J. Andrew Coombs (SBN 123881)
Annie S. Wang (SBN 243027)
J. Andrew Coombs, A Prof. Corp.
450 North Brand Blvd., Suite 600
Glendale, California 91203-2349
Telephone: (818) 291-6444
Facsimile: (818) 291-6446

andy@coombspc.com
annie@coombspc.com

Attorneys for Plaintiff Louis
Vuitton Malletier, S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Louis Vuitton Malletier, S.A., | Case No. C 07 3952 |
| Plaintiff, | PLAINTIFF'S NOTICE OF INTERESTED PARTIES |
| v. | LOCAL RULE 7.1-1 |
| Akanoc Solutions, Inc. Managed Solutions Group, Inc., Steven Chen and Does 1 through 10, inclusive, | |
| Defendants. | |

The undersigned, counsel of record for Plaintiff, Louis Vuitton Malletier, S.A., certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. **LOUIS VUITTON MALLETIER, S.A.**
2. **LVMH MOËT HENNESSY LOUIS VUITTON S.A.**
3. **AKANOC SOLUTIONS, INC.**
4. **MANAGED SOLUTIONS GROUP, INC.**
5. **STEVEN CHEN**

DATED: July __, 2007

J. Andrew Coombs, A Professional Corp.

By: _____
J. Andrew Coombs
Annie S. Wang
Attorneys for Louis Vuitton Malletier, S.A.