1  J. Andrew Coombs (SBN 123881)
2  Annie S. Wang (SBN 243027)
   J. Andrew Coombs, A Prof. Corp.
3  450 North Brand Blvd., Suite 600
   Glendale, California 91203-2349
   Telephone: (818) 291-6444
4  Facsimile:  (818) 291-6446

5  andy@coombspc.com
   annie@coombspc.com
6
7  Attorneys for Plaintiff Louis
   Vuitton Malletier, S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Louis Vuitton Malletier, S.A., | ) | Case No. C 07 3952 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | PLAINTIFF'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| v. | ) | |
| Akanoc Solutions, Inc, Managed Solutions Group, Inc., Steven Chen and Does 1 through 10, inclusive, | ) ) ) ) | |
| Defendants. | ) | |

**REQUEST FOR ASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 27, 2007

J. Andrew Coombs, A Professional Corp.

By: _____
J. Andrew Coombs
Annie S. Wang
Attorneys for Plaintiff Louis Vuitton Malletier, S.A.