UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOUIS VUITTON MALLETIER, S.A.,   No. C 07-03952 JW

        Plaintiff(s),

    v.   CLERK'S NOTICE

AKANOC SOLUTIONS, INC. ET AL,

        Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT due to reassignment the case management conference before Judge Maria Elena James previously noticed for November 8, at 10:00 AM, has been reset to **November 19, 2007 at 10:00 AM,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California before Hon. James Ware. The parties shall file a joint case management statement by November 9, 2007. Any previously noticed motions shall be re-noticed before Judge James Ware subject to availability.

Dated: August 8, 2007

                                            FOR THE COURT,
                                            Richard W. Wieking, Clerk

                                            by: _____/s/_____
                                                  Elizabeth Garcia
                                                  Courtroom Deputy