1  **GAUNTLETT & ASSOCIATES**
   David A. Gauntlett (SBN 96399)
2  James A. Lowe (SBN 214383)
   George K. Rosenstock (SBN 117515)
3  18400 Von Karman, Suite 300
   Irvine, California 92612
4  Telephone:  (949) 553-1010
   Facsimile:  (949) 553-2050
5  info@gauntlettlaw.com
   jal@gauntlettlaw.com
6  gkr@gauntlettlaw.com

7  Attorneys for Defendants
   Akanoc Solutions, Inc.,
8  Managed Solutions Group, Inc.
   and Steven Chen
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13

14 | LOUIS VUITTON MALLETIER, S.A.,        )  Case No.:  C 07-3952 JW
                                           )
15 |              Plaintiff,                )
                                           )  **ANSWER TO COMPLAINT AND**
16 |       vs.                              )  **DEMAND FOR JURY TRIAL**
                                           )
17 |                                        )
                                           )
18 | AKANOC SOLUTIONS, INC., MANAGED        )
     SOLUTIONS GROUP, INC., STEVEN CHEN    )
19 | AND DOES 1 THROUGH 10, INCLUSIVE,     )
                                           )
20 |              Defendants.                )
                                           )
21                                         )
                                           )
22 |_____)

In response to the Complaint for Contributory and Vicarious Trademark and Copyright Infringement ("Complaint") filed by Plaintiff, Louis Vuitton Malletier, S.A., ("Plaintiff" or "Vuitton"), Defendants Akanoc Solutions, Inc., ("Akanoc"), Managed Solutions Group, Inc., ("MSGI") and Steven Chen ("Chen") (collectively "Defendants") state as follows:

## I. Jurisdiction and Venue

1.  Defendants admit the allegations of paragraph 1 of the Complaint.
2.  Defendants admit the allegations of paragraph 2 of the Complaint
3.  Defendants admit the allegations of paragraph 3 of the Complaint.
4.  Defendants admit the allegations of paragraph 4 of the Complaint.

## II. Introduction

5.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 5 of the Complaint.
6.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 6 of the Complaint.
7.  Defendants deny each and every allegation in paragraph 7 of the Complaint.

## III. The Parties: Plaintiff

8.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 8 of the Complaint.
9.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 9 of the Complaint.
10. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 10 of the Complaint.
11. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 11 of the Complaint.
12. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 12 of the Complaint.
13. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 13 of the Complaint.

14. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 14 of the Complaint.

15. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 15 of the Complaint.

16. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 16 of the Complaint.

17. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 17 of the Complaint.

18. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 18 of the Complaint.

19. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 19 of the Complaint.

20. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 20 of the Complaint.

21. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 21 of the Complaint.

22. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 22 of the Complaint.

23. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 23 of the Complaint.

24. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 24 of the Complaint.

25. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 25 of the Complaint.

### IV. The Parties: Defendants

26. Defendants admit that Akanoc is a corporation duly organized and existing under the laws of the State of California with its principal place of business in Fremont, California. Akanoc denies each and every other allegation of paragraph 26 of the Complaint.

27. Defendants admit that MSGI is a corporation duly organized and existing under the laws of the State of California with its principal place of business in Fremont, California. MSGI denies each and every other allegation of paragraph 27 of the Complaint.

28. Defendants admit that Steven Chen is an individual resident of Fremont, California and a shareholder of Akanoc and MSGI. Defendants deny each and every other allegation of paragraph 28 of the Complaint.

29. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 29 of the Complaint.

### V.   The Alleged Infringing Activities

30. Defendants deny each and every allegation of paragraph 30 of the Complaint.

31. Defendants deny each and every allegation of paragraph 31 of the Complaint.

32. Defendants deny each and every allegation of paragraph 32 of the Complaint.

33. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 33 of the Complaint.

### FIRST CLAIM FOR RELIEF

34. Defendants repeat and re-allege all of the answers contained in paragraph 1 through 33, inclusive, as though fully set forth herein.

35. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 33 of the Complaint.

36. Defendants deny each and every allegation of paragraph 36 of the Complaint.

37. Defendants deny each and every allegation of paragraph 37 of the Complaint.

38. Defendants deny each and every allegation of paragraph 38 of the Complaint.

39. Defendants deny each and every allegation of paragraph 39 of the Complaint.

40. Defendants deny each and every allegation of paragraph 40 of the Complaint.

41. Defendants deny each and every allegation of paragraph 41 of the Complaint.

### SECOND CLAIM FOR RELIEF

42. Defendants repeat and re-allege all of the answers contained in paragraph 1 through 41, inclusive, as though fully set forth herein.

43. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 43 of the Complaint.

44. Defendants deny each and every allegation of paragraph 44 of the Complaint.

45. Defendants deny each and every allegation of paragraph 45 of the Complaint.

46. Defendants deny each and every allegation of paragraph 46 of the Complaint.

### THIRD CLAIM FOR RELIEF

47. Defendants repeat and re-allege all of the answers contained in paragraph 1 through 46, inclusive, as though fully set forth herein.

48. Defendants deny each and every allegation of paragraph 48 of the Complaint. Defendants deny each and every allegation of paragraph 49 of the Complaint.

49. Defendants deny each and every allegation of paragraph 49 of the Complaint.

50. Defendants deny each and every allegation of paragraph 50 of the Complaint.

51. Defendants deny each and every allegation of paragraph 51 of the Complaint.

52. Defendants deny each and every allegation of paragraph 52 of the Complaint.

**First Affirmative Defense**
**(Failure to State a Claim)**

53. Defendants have failed to state a claim upon which relief can be granted.

**Second Affirmative Defense**
**(Laches)**

54. The claims of Plaintiff are barred by the doctrine of laches.

**Third Affirmative Defense**
**(Estoppel)**

55. The claims of Plaintiff are barred by the doctrine of estoppel.

**Fourth Affirmative Defense**
**(Unclean Hands)**

56. The claims of Plaintiff are barred by its unclean hands.

///

///

### Fifth Affirmative Defense
### (Waiver)

57. The claims of Plaintiff are barred by the doctrine of waiver.

### Sixth Affirmative Defense
### (Failure to Comply with Notice Requirements of DMCA)

58. To the extent defendants, or each of them constitute "service providers" as that term is utilized in the Digital Millennium Copyright Act, 17 U.S.C. § 512 et seq., (DMCA) Plaintiff failed to substantially comply with claimed infringement elements of notification requirements of the DMCA.

### Seventh Affirmative Defense
### (Immunity of Service Providers Under DMCA)

59. To the extent defendants, or each or any of said defendants, constitute "service providers" as that term is utilized in the DMCA, defendants, or each or any of said defendants, are immune from liability for monetary relief pursuant to 17 U.S.C. § 512(a).

### Eighth Affirmative Defense
### (Immunity of Service Providers Under DMCA)

60. To the extent defendants, or each or any of said defendants, constitute "service providers" as that term is utilized in the DMCA, defendants, or each or any of said defendants, are immune from liability for monetary relief pursuant to 17 U.S.C. § 512(b).

### Ninth Affirmative Defense
### (Immunity of Service Providers Under DMCA)

61. To the extent defendants, or each or any of said defendants, constitute "service providers" as that term is utilized in the DMCA, defendants, or each or any of said defendants, are immune from liability for monetary relief pursuant to 17 U.S.C. § 512(c).

### Tenth Affirmative Defense
### (Immunity of Service Providers Under DMCA)

62. To the extent defendants, or each or any of said defendants, constitute "service providers" as that term is utilized in the DMCA, defendants, or each or any of said defendants, are

1  immune from liability for monetary relief pursuant to 17 U.S.C. § 512(d).

2  WHEREFORE, Defendants respectfully requests that this honorable Court:

3  1. Enter a judgment in Defendants' favor and against Plaintiff on its Complaint;

4  2. Award Defendants its costs of suit;

5  3. Award Defendants their attorneys' fees;

6  4. Award Defendants such other further relief that the Court deems just and proper; and

7  5. Declare that Plaintiff take nothing by this action.

Dated: September 10, 2007                **GAUNTLETT & ASSOCIATES**

By: s/ George K. Rosenstock
David A. Gauntlett
James A. Lowe
George K. Rosenstock

Attorneys for Defendants
Akanoc Solutions, Inc.,
Managed Solutions Group, Inc.,
and Steven Chen

## JURY DEMAND

Defendants hereby demand a trial by jury on all issues triable to a jury.

Dated: September 10, 2007

**GAUNTLETT & ASSOCIATES**

By: s/George K. Rosenstock
David A. Gauntlett
James A. Lowe
George K. Rosenstock

Attorneys for Defendants
Akanoc Solutions, Inc.,
Managed Solutions Group, Inc.,
and Steven Chen