UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Louis Vuitton Malletier, S.A.

                Plaintiff(s),

      v.

Akanoc Solutions, Inc., et al.

                Defendant(s).

Case No. C 07-3952 JW

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 7th November 2007

                                               [Party] Nikolay LiVADKIN

Dated: 11-8-07

                                               [Counsel]

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On November 8, 2007, I served on the interested parties in this action with the:

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

for the following civil action:

<u>Louis Vuitton Malletier S.A. v. Akanoc Solutions, Inc., et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| James A. Lowe, Esq.<br>Gauntlett & Associates<br>18400 Von Karman Ave., Suite 300<br>Irvine, California 92612 | |

Place of Mailing: Glendale, California
Executed on November 8, 2007, at Glendale, California.

_____
Jeremy Cordero