**J. ANDREW COOMBS, A P.C.**
J. Andrew Coombs (SBN 123881)
Annie S. Wang (SBN 243027)
517 E. Wilson Ave., Suite 202
Glendale, California 91206
Telephone:    (818) 500-3200
Facsimile:    (818) 500-3201
andy@coombspc.com
annie@coombspc.com

Attorneys for Plaintiff
Louis Vuitton Malletier, S.A.

**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
Brian E. Edwards (SBN 166258)
18400 Von Karman, Suite 300
Irvine, California 92612
Telephone:    (949) 553-1010
Facsimile:    (949) 553-2050
info@gauntlettlaw.com
jal@gauntlettlaw.com
bee@gauntlettlaw.com

Attorneys for Defendants
Akanoc Solutions, Inc.,
Managed Solutions Group, Inc.
and Steven Chen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| Louis Vuitton Malletier, S.A., ) | Case No.: C07-03952 JW (HRL) |
| ) | |
| Plaintiff, ) | **[PROPOSED] ORDER GRANTING CONTINUANCE OF SETTLEMENT CONFERENCE HEARING** |
| v. ) | |
| ) | |
| Akanoc Solutions, Inc., Managed Solutions Group, Inc., Steven Chen and Does 1 through 10, inclusive, ) | Court: Hon. Howard R. Lloyd<br>Date: April 4, 2008<br>Time: 9:30 a.m. |
| ) | |
| Defendants. ) | |

On or about January 4, 2008, the Court filed its Notice of Settlement Conference and Settlement Conference Order in this matter, with a settlement conference to take place on April 4, 2008 at 9:30 a.m. before the Honorable Judge Howard R Lloyd.

Louis Vuitton v. Akanoc, et al.: Proposed Order to Continue Settlement Conference     - 1 -

The Parties thereafter submitted a stipulation to continue the settlement conference in light of the need to complete discovery and engage in settlement discussions.

In light of the Parties' stipulation, the settlement conference in this matter which is currently on calendar for April 4, 2008, at 9:30 a.m., in Courtroom 2 of the United State Courthouse, 280 South First Street, in the city of San Jose, State of California, is continued until June 6, 2008, at 9:30.a.m.

IT IS SO ORDERED.

Dated:

_____
Hon. Howard R. Lloyd
Magistrate Judge, United States District Court,
Northern District of California

Presented By:

J. Andrew Coombs, A Professional Corp.

By: ___/s/ J. Andrew Coombs_____
　　　J. Andrew Coombs
　　　Annie S. Wang
Attorneys for Louis Vuitton Malletier, S.A.

Gauntlett & Associates

By: ___/s/ James A. Lowe _____
　　　James A. Lowe
　　　Brian E. Edwards
Attorneys for Defendants Akanoc Solutions, Inc., Managed Solutions Group, Inc. and Steven Chen