1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**J. ANDREW COOMBS, A P.C.**
J. Andrew Coombs (SBN 123881)
Annie S. Wang (SBN 243027)
517 E. Wilson Ave., Suite 202
Glendale, California  91206
Telephone:    (818) 500-3200
Facsimile:    (818) 500-3201
andy@coombspc.com
annie@coombspc.com

Attorneys for Plaintiff
Louis Vuitton Malletier, S.A.

**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
Brian E. Edwards (SBN 166258)
18400 Von Karman, Suite 300
Irvine, California  92612
Telephone:    (949) 553-1010
Facsimile:    (949) 553-2050
info@gauntlettlaw.com
jal@gauntlettlaw.com
bee@gauntlettlaw.com

Attorneys for Defendants
Akanoc Solutions, Inc.,
Managed Solutions Group, Inc.
and Steven Chen

**\*ORDER E-FILED 3/6/08\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| Louis Vuitton Malletier, S.A., | Case No. C07-03952 JW (HRL) |
| Plaintiff, | JOINT STIPULATION RE CONTINUANCE OF SETTLEMENT CONFERENCE  **AND ORDER** |
| v. | |
| Akanoc Solutions, Inc., Managed Solutions Group, Inc., Steven Chen and Does 1 through 10, inclusive, | Court:  Hon. Howard R. Lloyd Date:   April 4, 2008 Time:  9:30 a.m. |
| Defendants. | |

Plaintiff Louis Vuitton Malletier, S.A. ("Vuitton" or "Plaintiff") by and through its counsel

of record and Defendants Akanoc Solutions, Inc., Managed Solutions Group, Inc. and Steven Chen

(collectively referred to as "Defendants"), by and through their counsel of record, agree and stipulate

as follows:

Louis Vuitton v. Akanoc, et al.: Stipulation to Continue Settlement
Conference      - 1 -

WHEREAS this case was assigned to Judge Howard R. Lloyd as the referral judge on or about October 29, 2007:

WHEREAS the Parties engaged in an Alternative Dispute Resolution telephone conference on or about November 20, 2007 and were ordered on said date to contact the referral judge for the purposes of scheduling a settlement conference date;

WHEREAS on or about January 4, 2008, the Court issued its Notice of Settlement Conference and Settlement Conference Order in this matter, with a settlement conference hearing scheduled for April 4, 2008 at 9:30 a.m. before the Honorable Judge Howard R. Lloyd;

WHEREAS the Parties are attempting to resolve the claims alleged in the Complaint herein;

WHEREAS providing the Parties additional time will allow the Parties to conduct and complete their discovery;

WHEREAS the Parties intend to appear on the continued date for the settlement conference should settlement for any reason fail to be completed;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

2
          NOW, THEREFORE, the Parties stipulate and agree that the pending Settlement Conference

3
currently set for April 4, 2008, be continued until June 6, 2008, or a date thereafter acceptable to the

4
court.

5

6
IT IS SO STIPULATED by the parties hereto:

7
Dated: March 5, 2008                          J. Andrew Coombs, A Professional Corp.

8

9
                                              By:   /s/ J. Andrew Coombs_____

10
                                                    J. Andrew Coombs
                                                    Annie S. Wang

11
                                              Attorneys for Plaintiff Louis Vuitton Malletier, S.A.

12
Dated: March 5, 2008                          Gauntlett & Associates

13

14

15
                                              By:   /s/ James A. Lowe_____

16
                                                    James A. Lowe
                                                    Brian E. Edwards

17
                                              Attorneys for Defendants Akanoc Solutions, Inc.,
                                              Managed Solutions Group, Inc. and Steven Chen

18

19
          Pursuant to stipulation, it is so ordered.  The settlement conference is continued to

20
June 6, 2008, 9:30 a.m.

21
  Dated:   March 6, 2008

22

23
                                          IT IS SO ORDERED

24

25
                                          Judge Howard R. Lloyd

26

27

28