# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AKANOC SOLUTIONS, INC., et al.,<br><br>　　　　　Defendants. | Case No.: C 07-3952 JW<br><br>Hon. Magistrate Judge Howard R. Lloyd<br><br>**[PROPOSED] ORDER ON MOTION TO COMPEL DEPOSITION OF PLAINTIFF LOUIS VUITTON MALLETIER, S.A.**<br><br>Date:  April 22, 2008<br>Time:  10:00 a.m.<br>Dept.:  Courtroom 2, 5th Floor |

Managed Solutions Group, Inc.'s ("MSG") Motion to Compel the Deposition of Louis Vuitton Malletier, S.A. ("LV") came on regularly for hearing before the Honorable Magistrate Judge, Howard R. Lloyd, on April 15, 2008. The Court, having duly considered all moving and opposing papers and any oral and documentary evidence submitted on this motion, hereby orders as follows:

1. MSG's Motion to Compel is granted;

2. LV is ordered to produce, at its own expense, its FRCP Rule 30(b)(6) designee(s) for deposition in California, at a time and place to be agreed upon by counsel, on or before _____, 2008;

3. The Court issues the following additional orders:

4. _____.

**IT IS SO ORDERED.**

Dated: _____    _____
UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:

**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
*jal@gauntlettlaw.com*
Brian S. Edwards (SBN 166258)
*bse@gauntlettlaw.com*
18400 Von Karman, Suite 300
Irvine, California 92612
Telephone: (949) 553-1010
Facsimile: (949) 553-2050

Attorneys for Defendants