# Exhibit A

| | |
|---|---|
| 1 | J. Andrew Coombs (SBN 123881) |
|   | *andy@coombspc.com* |
| 2 | Annie S. Wang (SBN 243027) |
|   | *annie@coombspc.com* |
| 3 | **J. Andrew Coombs, A Prof. Corp.** |
|   | 517 East Wilson Avenue, Suite 202 |
| 4 | Glendale, California 91206 |
|   | Telephone:    (818) 500-3200 |
| 5 | Facsimile:     (818) 500-3201 |
| 6 | |
|   | Attorneys for Plaintiff Louis |
| 7 | Vuitton Malletier, S.A. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Louis Vuitton Malletier, S.A., | ) Case No.: C 07 3952 JW |
|---|---|
| Plaintiff, | ) **DISCLOSURES OF PLAINTIFF** |
| v. | ) **LOUIS VUITTON MALLETIER, S.A.** |
|   | ) **PURSUANT TO FED.R.CIV.P. 26** |
| Akanoc Solutions, Inc., et al., | ) |
| Defendants. | ) |

Plaintiff Louis Vuitton Malletier, S.A.. (hereafter "Louis Vuitton"), hereby makes the following Initial Disclosures in accordance with F.R.C.P. 26(a)(1). In doing so, Louis Vuitton does not waive any valid objections it may have to any request to produce documents identified herein. This disclosure is based on information reasonably available to Louis Vuitton as of this date. Louis Vuitton reserves the right to supplement this disclosure if and when additional responsive information becomes available.

**(A)    Persons likely to have discoverable information**

1. Nikolay Livadkin

   Anti-counterfeiting Manager / Intellectual Property Department

   Louis Vuitton Malletier

   2, Rue du Pont Neuf

Louis Vuitton v. Akanoc, et al.: Voluntary Disclosures          - 1 -

        Paris, France, 75001

2.    Robert Holmes

        IP Cybercrime.com

        400 Bank of America Plano Tower

        101 East Park Boulevard

        Plano, Texas 75074

Louis Vuitton further states that the Defendants Akanoc Solutions, Inc., Managed Solutions Group, Inc. and Steven Chen (collectively "Defendants") have discoverable information regarding this case. Plaintiff also identifies Defendants' employees, customers and third party service providers as potential witnesses in support of its claims.

**(B)**   **Document disclosure**

In accordance with Fed. R. Civ. P. 26(a)(1)(B), Louis Vuitton hereby provides the following descriptions of categories of non-privileged documents known to it at this time that may be relevant to the disputed facts in this matter:\

1.    Counterfeit Louis Vuitton merchandise and packaging sold through websites hosted by Defendants.

2.    Louis Vuitton trademark registrations.

3.    Louis Vuitton copyright registrations.

4.    Printouts from websites hosted by Defendants

5.    Documents relating to investigation of websites hosted by Defendants

These documents are located at J. Andrew Coombs, A P.C., 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

**(C)**

**A computation of any category of damages claimed.**

In addition to injunctive relief, Louis Vuitton may seek the following damages:

1. Statutory damages under the Trademark Act of up to One Million Dollars per counterfeit mark per type of goods sold, offered for sale, or distributed.

2. Statutory damages under the Copyright Act of up to One Hundred and Fifty Thousand Dollars for each registered copyright infringed upon.

3. Three times the amount of Louis Vuitton's actual damages.

4. Attorney's Fees.

5. Costs.

Louis Vuitton does not yet have complete information regarding the sales of counterfeit Louis Vuitton products made using Defendants services, and requires that information in order to accurately compute its damages.

**(D)  Insurance agreements.**

Not applicable.

Dated: November 28, 2007                    J. Andrew Coombs, A Professional Corp.

By: _____
J. Andrew Coombs
Annie S. Wang
Attorneys for Plaintiff Louis Vuitton Malletier, S.A.

Louis Vuitton v. Akanoc, et al.: Voluntary Disclosures        - 3 -
10562.002-9/13/07-158977.2

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On November 28, 2007, I served on the interested parties in this action with the:

- **DISCLOSURES OF PLAINTIFF LOUIS VUITTON MALLETIER, S.A. PURSUANT TO FED.R.CIV.P. 26**
- 

for the following civil action:

<u>Louis Vuitton Malletier S.A. v. Akanoc Solutions, Inc., et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| James A. Lowe, Esq.<br>Gauntlett & Associates<br>18400 Von Karman Ave., Suite 300<br>Irvine, California 92612 | |

Place of Mailing: Glendale, California
Executed on November 28, 2007, at Glendale, California.

_____
Jeremy Cordero