# Exhibit B

**GAUNTLETT &
ASSOCIATES**
ATTORNEYS AT LAW

18400 Von Karman, Suite 300
Irvine, California 92612
Phone: (949) 553-1010
Facsimile: (949) 553-2050

Email: info@gauntlettlaw.com
Website: www.gauntlettlaw.com

Our File Number:
10562-002

January 28, 2008

**VIA E-MAIL and U.S. MAIL**
andy@coombspc.com

J. Andrew Coombs, Esq.
LAW OFFICES J. ANDREW COOMBS, APC
517 E. Wilson Avenue, Suite 202
Glendale, CA 91206-5902

Re: *Louis Vuitton Malletier, S.A. v. Akanoc Solutions, Inc. et al.*
U.S.D.C., Northern District of CA, Case No. C07 3952-JW

Meet and Confer re Deposition Scheduling Pursuant to
Fed.R.Civ.P., Rule 30(b)(6)

Dear Counsel:

I.     **REQUEST TO CONFER ON DEPOSITION SCHEDULING**

In accordance with Rule 30-1 of the Local Rules, Defendants[1] would like to confer about scheduling Louis Vuitton Malletier's ("LV")[2] deposition pursuant to Fed.R.Civ.P., Rule 30(b)(6). Set forth below are the topics about which we intend to examine LV. As you know the Rule requires that LV "designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and [should] set forth, for each person designated, the matters on which the person will testify. . . . The persons so designated shall testify as to matters known or reasonably available to the organization."

This letter is intended to describe with reasonable particularity the matters or topics on which examination is requested. Our description of matters included within each topic is intended to be illustrative and not a comprehensive set of sub-categories. We invite LV to advise

---

[1] Defendants Managed Solutions Group, Inc. (individually "MSG"), Akanoc Solutions, Inc. (individually "Akanoc") and Steven Chen.
[2] Plaintiff Louis Vuitton Malletier, S.A.

us immediately if it has any questions concerning the descriptions we provide so as to avoid unnecessary disputes at a later time. The Local Rules require the parties to cooperate in avoiding disputes or misunderstandings. We therefore request that you immediately meet and confer with us about any anticipated objections or problems raised by this letter or its follow on deposition notice.

We will be requesting related documents, to the extent that they have not already been provided. Please let us know who will be produced to testify on the respective topics and their dates of availability. We intend to take the deposition(s) commencing in early March and would prefer them at our office but we can discuss alternate locations.

**Please provide the requested information no later than the close of business on Monday, February 4, 2008.**

## II. TOPICS ON WHICH EXAMINATION IS REQUESTED

LV is required to designate one or more officers, directors, managing agents or other persons who consent to testify on its behalf, each to testify as to the following matters:

### A.    LV's Trademarks and Copyrights

This includes testimony about ownership, registration, maintenance, validity and any licensing or transfers of trademarks and copyrights LV claims any ownership interest in and upon which this case is based.

This also includes testimony about LV's compliance with United States laws governing copyrights and trademarks.

This also will include testimony about LV's policies, practices, and procedures for identifying and investigating: (i) alleged counterfeit LV products bearing LV's trademarks or copyrights advertised on the Internet, (ii) persons who operate Websites selling alleged counterfeit LV products, and (iii) Web hosting companies who host those Websites.

This also includes testimony about LV's policies, practices, and procedures for shutting down Websites that sell alleged counterfeit LV products on the Internet.

This also includes testimony about LV's policies, practices, and procedures for notifying Web hosting companies, about allegedly counterfeit LV products being sold on Websites being hosted on their servers.

### B.    Manufacture and Sale of LV's Products

This includes testimony about the design, assembly, manufacture, marketing, licensing advertising, sales, wholesale and retail distribution, and authorized resale of genuine LV

products in the United States and China (including but not limited to handbags, luggage, leather goods, garment bags, wallets, apparel, accessories, and similar items) which bear trademarks or copyrighted designs LV claims ownership rights in.

This also includes evidence of wholesalers, retailers, Internet Websites and other vendors based in the United States and China that are authorized to sell and/or resell genuine Louis Vuitton products.

This also includes evidence of LV's business model, target markets, corporate structure including related entities and partners, operations, manufacturing processes, supply lines, suppliers, and shipping.

### C.   Manufacture and Sale of Allegedly Counterfeit LV Products

This includes testimony about the assembly, manufacture, purchase and sale of counterfeit products bearing LV trademarks and/or copyrights.

This also includes testimony about LV's policies, practices and procedures for investigating Websites that sell counterfeit LV products, and Web hosting companies that host Websites that sell allegedly counterfeit LV products.

This also includes testimony about LV's policies, procedures and technologies, including electronic equipment and software, used to input, collect, manipulate, analyze, report, or store information about LV's claims in the case and similar cases.

This also includes testimony identifying records or documents obtained, consulted, made or maintained in the course of investigating any Website referenced on **Exhibit "A"** attached hereto or any other Website Defendants allegedly hosted which LV alleges sold counterfeit LV products.

### D.   Electronically Stored Information

This includes testimony about the procedures, practices, hardware, software, and data used or collected concerning LV's allegedly infringed trademarks and copyrights. This includes all electronically stored information about the allegations in this case, its investigation and actions or decisions made in reliance thereon. This includes the identity and location of all persons and equipment used to collect, store or communicate information material to this lawsuit.

### E.   Facts Supporting LV's Claims In This Case

This includes testimony about all facts supporting LV's claims in this case, and all facts tending to show Defendants contributorily or vicariously infringed any of LV's trademarks or copyrights.

This also includes testimony about the direct infringement of any copyright or trademark the defendants allegedly contributorily or vicariously infringed.

This will also include testimony to identify all persons (including their current positions within LV or else their addresses and telephone numbers) and organizations that had any role, of whatever kind, in investigating the bases for LV's claims in this action.

F.   **The Websites Listed on Exhibit "A" hereto**

This includes testimony about the relevance to this lawsuit of the Websites listed on **Exhibit "A"** hereto including any evidence of a financial relationship or other relationship between Defendants and operators of those Websites.

G.   **LV's Damages in This Action**

This includes evidence of injuries, losses and damages allegedly suffered by LV as a result of the sale of alleged counterfeit LV products on Websites hosted by MSG and Akanoc.

H.   **Discovery in This Action**

This includes testimony about LV's efforts to search for documents or information responsive to LV's discovery requests in this lawsuit, including the identity of all LV personnel who participated in all such document or information searches.

We look forward to discussing the foregoing with you.

Very truly yours,

*Brian S Edwards*

Brian S. Edwards

BSE:pam
Attachment: Exhibit "A"

cc:   Clients (via email)
      James A. Lowe, Esq.

10191-031-1/28/2008-159904.1

Page 4

# EXHIBIT A

| 1  | 315EC.com |
|----|-----------|
| 2  | Ape168.com |
| 3  | Atozbrand.com |
| 4  | Bag4Sell.com |
| 5  | Bag925.com |
| 6  | BigWorldShoes.com |
| 7  | Bizyao.com |
| 8  | BrandFashioner.com |
| 9  | BrandStyleSales.com |
| 10 | Brandtrading.net |
| 11 | BuyMyShoes.net |
| 12 | Cn-Nike.com |
| 13 | DreamyShoes.com |
| 14 | Eastarbiz.com |
| 15 | EBuyNike.com |
| 16 | ECshoes.com |
| 17 | EGoToBuy.com |
| 18 | EMSYou.com |
| 19 | EShoes99.com |
| 20 | Famous-Shop.com |
| 21 | Fansjersey.com |
| 22 | Globefashion.com |
| 23 | GucciFendi.com |
| 24 | GZ-Free.com |
| 25 | HandBagSell.com |
| 26 | Imitation-Gold.com |
| 27 | InNike.com |
| 28 | LLouisVuitton.com |
| 29 | LongTimeGroup.com |
| 30 | Louisvuittonbags.com |
| 31 | Louis-vuitton-bags.org |
| 32 | Louisvuittonbagz.com |
| 33 | LoverNike.com |
| 34 | LuxeLike.com |
| 35 | Luxury2Us.com |
| 36 | LVBagz.com |
| 37 | lv-nike.com |
| 38 | MailGoods.com |
| 39 | Myshoes99.com |
| 40 | Nike558.com |
| 41 | Nikeexp.com |
| 42 | NikeShoesOffer.com |
| 43 | NikeWTO.com |
| 44 | NonStopBeauty.com |
| 45 | PFCStation.com |
| 46 | PickHipHop.com |
| 47 | PickYourGoods.com |
| 48 | PickYourOrder.com |
| 49 | Pro-Jordan.com |
| 50 | Replica-ebags.com |
| 51 | RRGNL.com |

EXHIBIT A

| 52 | Shoes-Order.com |
|----|-----------------|
| 53 | SoApparel.com |
| 54 | Sunny7Shoes.com |
| 55 | Super925.com |
| 56 | Swisshours.biz |
| 57 | Tytrade88.com |
| 58 | Watchesnreplica.com |
| 59 | WatchesReplica.net |
| 60 | WatchNReplica.net |
| 61 | WearOnline.net |
| 62 | Wendy929.com |
| 63 | Wendy929.net |
| 64 | Wendyluxury.com |
| 65 | WorldKeyTrade.com |
| 66 | YeahEBay.com |
| 67 | Yseenet.net |