1  J. Andrew Coombs (SBN 123881)
   Annie S. Wang (SBN 243027)
2  J. Andrew Coombs, A Prof. Corp.
   517 E. Wilson Ave., Suite 202
3  Glendale, California 91206
   Telephone: (818) 500-3200
4  Facsimile:  (818) 500-3201

5  andy@coombspc.com
   annie@coombspc.com
6
   Attorneys for Plaintiff Louis
7  Vuitton Malletier, S.A.

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11
   Louis Vuitton Malletier, S.A.,            )   Case No.: C 07 3952 JW
12                                            )
                    Plaintiff,                )   Hon. Magistrate Judge Howard R. Lloyd
13                                            )
          v.                                  )   [PROPOSED] ORDER GRANTING
14                                            )   MOTION TO COMPEL PRODUCTION
   Akanoc Solutions, Inc., et al.             )   OR INSPECTION OF ELECTRONIC
15                                            )   RECORDS
                    Defendants.               )
16                                            )   Date: April 29, 2008
                                              )   Time: 10:00 a.m.
17                                            )   Courtroom 2, 5th Floor

18
       WHEREAS Plaintiff Louis Vuitton Malletier, S.A. ("Louis Vuitton" or "Plaintiff") filed its
19
   Notice and Motion for an Order Compelling Production, or in the Alternative, Inspection of
20
   Electronic Records ("Motion"), against Defendants Akanoc Solutions, Inc., Managed Solutions
21
   Group, Inc. and Steven Chen (collectively "Defendants");
22
       WHEREAS Plaintiff, having served a copy of its Motion and Proposed Order on
23
   Defendants on March 25, 2008;
24
       The Court, having read and considered the pleadings, declarations and exhibits on file in
25
   this matter and having reviewed such evidence as was presented in regards to Plaintiff's Motion,
26
   hereby grants Plaintiff's Motion and orders production of data on servers owned, possessed or
27
   controlled by Defendants which relate to websites which offer Louis Vuitton branded merchandise
28
   at any time after July 1, 2005, including traffic logs, communications or other data concerning such
   websites since July 1, 2005, within seven (7) days of entry of this Order on PACER. [OR]

Defendants are ordered to make available for forensic inspection and copying a sampling of servers on which such sites were hosted at any time after July 1, 2005, within seven (7) days of entry of this Order on PACER.

IT IS SO ORDERED.

Dated:

Hon. Howard R. Lloyd
Magistrate Judge, United States District Court,
Northern District of California

Presented By:

J. Andrew Coombs, A Professional Corp.

By: ___/s/ J. Andrew Coombs___
    J. Andrew Coombs
    Annie S. Wang
Attorneys for Louis Vuitton Malletier, S.A.

**PROOF OF SERVICE**

I, _Daniel Villarreal_, certify and declare

I am over the age of 18 years, employed in the County of Los Angeles, State of California and my business address is: 3950 Verdugo View Drive, Los Angeles, California 90065

On March 25, 2008, I served a copy via hand delivery of the enclosed:

NOTICE OF MOTION AND MOTION OF PLAINTIFF LOUIS VUITTON MALLETIER, S.A. FOR AN ORDER COMPELLING PRODUCTION, OR IN THE ALTERNATIVE, INSPECTION OF ELECTRONIC RECORDS

[PROPOSED] ORDER GRANTING MOTION TO COMPEL PRODUCTION OR INSPECTION OF ELECTRONIC RECORDS

on the following:
James A. Lowe, Esq.
Brian S. Edwards, Esq.
Gauntlett & Associates
18400 Von Karman Ave., Suite 300
Irvine, California 92612

I delivered by hand the:

NOTICE OF MOTION AND MOTION OF PLAINTIFF LOUIS VUITTON MALLETIER, S.A. FOR AN ORDER COMPELLING PRODUCTION, OR IN THE ALTERNATIVE, INSPECTION OF ELECTRONIC RECORDS

[PROPOSED] ORDER GRANTING MOTION TO COMPEL PRODUCTION OR INSPECTION OF ELECTRONIC RECORDS

to the above referenced addressee.

Executed on March 25, 2008 at Los Angeles, California.

_Daniel Villarreal_