**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
Brian S, Edwards (SBN 166258)
18400 Von Karman, Suite 300
Irvine, California 92612
Telephone:    (949) 553-1010
Facsimile:    (949) 553-2050
info@gauntlettlaw.com
jal@gauntlettlaw.com
bse@gauntlettlaw.com

Attorneys for Defendants
Akanoc Solutions, Inc.,
Managed Solutions Group, Inc.
and Steven Chen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., <br><br> Plaintiff, <br><br> vs. <br><br> AKANOC SOLUTIONS, INC., et al., <br><br> Defendants. | Case No.: C 07-3952 JW <br><br> Hon. James Ware <br><br> **REQUEST FOR REMOVAL OF GEORGE K. ROSENSTOCK FROM THE COURT'S SERVICE LIST** |

1  Defendants Akanoc Solutions, Inc., Managed Solutions Group, Inc., and Steven Chen
2  (collectively "MSG") respectfully request that the Court remove George K. Rosenstock from the
3  Court's service list in this case. Mr. Rosenstock is no longer a member of Gauntlett & Associates
4  and is not associated with this case.

6  Dated: March 26, 2008                          **GAUNTLETT & ASSOCIATES**

8                                                 By:    s/James A. Lowe
                                                         David A. Gauntlett
9                                                        James A. Lowe
                                                         Brian S. Edwards

11                                                Attorneys for Defendants
                                                  Akanoc Solutions, Inc.,
12                                                Managed Solutions Group, Inc.,
                                                  and Steven Chen