1  **GAUNTLETT & ASSOCIATES**
   David A. Gauntlett (SBN 96399)
2  James A. Lowe (SBN 214383)
   Brian S. Edwards (SBN 166258)
3  18400 Von Karman, Suite 300
4  Irvine, California 92612
   Telephone:    (949) 553-1010
5  Facsimile:    (949) 553-2050
   jal@gauntlettlaw.com
6  bse@gauntlettlaw.com

7
   Attorneys for Defendants
8  Akanoc Solutions, Inc.,
   Managed Solutions Group, Inc.
9  and Steven Chen

10

11                     UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

13

14  LOUIS VUITTON MALLETIER, S.A.,    )  Case No.:  C 07-3952 JW
                                      )
15                                    )  Hon. Magistrate Judge Howard R. Lloyd
                                      )
16                Plaintiff,          )  **DECLARATION OF STEVEN CHEN IN
                                      )  SUPPORT OF MOTION TO COMPEL
17                                    )  THE DEPOSITION OF PLAINTIFF
                                      )  LOUIS VUITTON MALLETIER, S.A.**
18       vs.                          )
                                      )  [Fed. R. Civ. P. 30(b)(6), 37(a)]
19                                    )
    AKANOC SOLUTIONS, INC., et al.,   )  Date:  April 22, 2008
20                                    )  Time:  10:00 a.m.
                                      )  Dept.: Courtroom 2, 5th Floor
21                Defendants.         )
                                      )
22  _____ )

23

24

25

26

27

28

10562-002-4/8/2008-160809.1                      DECLARATION OF STEVEN CHEN IN SUPPORT OF MOTION
                                                  TO COMPEL THE DEPOSITION OF PLAINTIFF VUITTON
                                                                                    – C 07-3952 JW

I, STEVEN CHEN, declare as follows:

I am the President and founder of Managed Solutions Group, Inc. ("MSG") and Akanoc Solutions, Inc. ("Akanoc"). I am also a named Defendant in this action. The facts set forth in this declaration are of my own personal knowledge, and I could competently testify to them if called as a witness.

1. I am submitting this declaration in support of MSG's Motion to Compel the Deposition of Plaintiff Louis Vuitton Malletier, S.A. ("LV")

2. MSG's and Akanoc's operations, including all of its offices, its data center and all of its servers, are currently located (and have always been located) in Fremont, California and San Jose, California. Neither MSG nor Akanoc have ever had any offices, data centers, servers or other operations in New York or anywhere else outside of California. MSG and Akanoc have never utilized any third-party servers or other support in New York or anywhere else outside of Fremont or San Jose, California. To the extent that the "DomainTools.com" printouts LV's counsel attached as Exhibit "B" to his declaration appear to indicate otherwise, they are simply incorrect.

3. On April 8, 2008 and April 9, 2008, LV will take the deposition of Akanoc, MSG and myself at LV's counsel's office in Glendale, California. I have agreed to travel to Southern California to be deposed at LV's counsel's office as the designee of Akanoc and MSG.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in _Glendale_, California on this _7th_ day of April, 2008.

_____
STEVEN CHEN

I, STEVEN CHEN, declare as follows:

I am the President and founder of Managed Solutions Group, Inc. ("MSG") and Akanoc Solutions, Inc. ("Akanoc"). I am also a named Defendant in this action. The facts set forth in this declaration are of my own personal knowledge, and I could competently testify to them if called as a witness.

1. I am submitting this declaration in support of MSG's Motion to Compel the Deposition of Plaintiff Louis Vuitton Malletier, S.A. ("LV")

2. MSG's and Akanoc's operations, including all of its offices, its data center and all of its servers, are currently located (and have always been located) in Fremont, California and San Jose, California. Neither MSG nor Akanoc have ever had any offices, data centers, servers or other operations in New York or anywhere else outside of California. MSG and Akanoc have never utilized any third-party servers or other support in New York or anywhere else outside of Fremont or San Jose, California. To the extent that the "DomainTools.com" printouts LV's counsel attached as Exhibit "B" to his declaration appear to indicate otherwise, they are simply incorrect.

3. On April 8, 2008 and April 9, 2008, LV will take the deposition of Akanoc, MSG and myself at LV's counsel's office in Glendale, California. I have agreed to travel to Southern California to be deposed at LV's counsel's office as the designee of Akanoc and MSG

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in _____, California on this ____ day of April, 2008.

_____
STEVEN CHEN

10562-002-4/8/2008-160809.1    1    DECLARATION OF STEVEN CHEN IN SUPPORT OF MOTION TO COMPEL THE DEPOSITION OF PLAINTIFF VUITTON – C 07-3952 JW