1   **GAUNTLETT & ASSOCIATES**
    David A. Gauntlett (SBN 96399)
2   James A. Lowe (SBN 214383)
    Brian S. Edwards (SBN 166258)
3   18400 Von Karman, Suite 300
    Irvine, California 92612
4   Telephone:     (949) 553-1010
    Facsimile:     (949) 553-2050
5   jal@gauntlettlaw.com
    bse@gauntlettlaw.com
6
    Attorneys for Defendants
7   Akanoc Solutions, Inc.,
    Managed Solutions Group, Inc.
8   and Steven Chen

9

10                    **UNITED STATES DISTRICT COURT**

11        **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

12

13   LOUIS VUITTON MALLETIER, S.A.,          )   Case No.: C 07-3952 JW
                                             )
14                                           )   Hon. Magistrate Judge Howard R. Lloyd
                                             )
15                       Plaintiff,          )   **DECLARATION OF STEVEN CHEN IN**
                                             )   **OPPOSITION TO MOTION TO COMPEL**
16        vs.                                )   **PRODUCTION OF ELECTRONIC**
                                             )   **COMMUNICATIONS ON INTERNET**
17                                           )   **SERVERS**
     AKANOC SOLUTIONS, INC., et al.,         )
18                                           )   Date:   April 29, 2008
                                             )   Time:   10:00 a.m.
19                       Defendants.         )   Dept.:  Courtroom 2, 5th Floor
                                             )
20   _____)

21

22

23

24

25

26

27

28

DECLARATION OF STEVEN CHEN IN OPPOSITION TO
MOTION TO COMPEL.
– C 07-3952 JW

1    I, STEVEN CHEN, declare as follows:

2    I am the President and founder of Managed Solutions Group, Inc. ("MSG") and Akanoc

3    Solutions, Inc. ("Akanoc")  I am also a named defendant in this action.  The fact set forth in this

4    declaration are of my own personal knowledge, and I could competently testify to them if called as a

5    witness.

6    1.    MSG and Akanoc are Internet Service Providers (ISPs) that provide transmission,

7    routing, and connection for digital online communication for their customers but have no role in

8    choosing, authorizing, modifying or monitoring the information stored or transmitted by their

9    servers.

10    2.    A single IP address can be used by a single Website or it can be used by tens or

11    hundreds or even thousands of Websites. The Defendants do not control or know what specific use is

12    made of each IP address rented to others because they provide unmanaged IP addresses and servers.

13    3.    MSG and Akanoc only authorize a client, normally a web hosting reseller, to use

14    using one or more of its Internet servers, one or more IP addresses on a monthly basis.  MSG and

15    Akanoc provide servers with standard hosting application software installed and give password

16    control of the server to their customers for a minimal monthly charge.

17    4.    Because MSG's and Akanoc's Internet servers are physically located in San Jose,

18    California at the main U.S. west coast gateway to the Internet, their services are sought after by

19    many companies needing Internet access for telephone services, for downloading large digital files

20    on demand, for reselling Web hosting services to end users, etc.

21    I declare under penalty of perjury under the laws of the United States of America that the

22    foregoing is true and correct.

23    Executed in _Glendale_, California on this _7th_ day of April, 2008.

24

25

26    _____
             STEVEN CHEN

27

28

I, STEVEN CHEN, declare as follows:

I am the President and founder of Managed Solutions Group, Inc. ("MSG") and Akanoc Solutions, Inc. ("Akanoc")  I am also a named defendant in this action.  The facts set forth in this declaration are of my own personal knowledge, and I could competently testify to them if called as a witness.

1.    MSG and Akanoc are Internet Service Providers (ISPs) that provide transmission, routing, and connection for digital online communication for their customers but have no role in choosing, authorizing, modifying or monitoring the information stored or transmitted by their servers.

2.    A single IP address can be used by a single Website or it can be used by tens or hundreds or even thousands of Websites. The Defendants do not control or know what specific use is made of each IP address rented to others because they provide unmanaged IP addresses and servers.

3.    MSG and Akanoc only authorize a client, normally a web hosting reseller, to use using one or more of its Internet servers, one or more IP addresses on a monthly basis.  MSG and Akanoc provide servers with standard hosting application software installed and give password control of the server to their customers for a minimal monthly charge.

4.    Because MSG's and Akanoc's Internet servers are physically located in San Jose, California at the main U.S. west coast gateway to the Internet, their services are sought after by many companies needing Internet access for telephone services, for downloading large digital files on demand, for reselling Web hosting services to end users, etc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in _____, California on this ____ day of April, 2008.

_____
STEVEN CHEN