# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Howard R. Lloyd, Presiding**

Courtroom 2 - 5th Floor

# Civil Minute Order

Date:   April 29, 2008                                                       Time in Court: 26 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR:

---

**TITLE:**  Louis Vuitton Malletier, S.A. v. Akanoc Solutions, Inc. et al
**CASE NUMBER**: C07-03952JW
Plaintiff Attorney present: Andrew Coombs
Defendant Attorney present: Brian Edwards

---

**PROCEEDINGS: Plaintiff's Motion to Compel Documents**

Counsel present arguments.

Matter is taken under submission.  Court to issue written ruling.