# EXHIBIT 1501

```
(C) Copyright 1985-2001 Microsoft Corp.

H:\>ping www.cand.uscourts.gov

Pinging www.cand.uscourts.gov [207.41.19.17] with 32 bytes of data:

Reply from 207.41.19.17: bytes=32 time=107ms TTL=112
Reply from 207.41.19.17: bytes=32 time=121ms TTL=112
Reply from 207.41.19.17: bytes=32 time=117ms TTL=112
Reply from 207.41.19.17: bytes=32 time=106ms TTL=112

Ping statistics for 207.41.19.17:
    Packets: Sent = 4, Received = 4, Lost = 0 (0% loss),
Approximate round trip times in milli-seconds:
    Minimum = 106ms, Maximum = 121ms, Average = 112ms

H:\>
```

