**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
Brian S. Edwards (SBN 166258)
18400 Von Karman, Suite 300
Irvine, California 92612
Telephone:   (949) 553-1010
Facsimile:   (949) 553-2050
jal@gauntlettlaw.com
bse@gauntlettlaw.com

Attorneys for Defendants
Akanoc Solutions, Inc.,
Managed Solutions Group, Inc.
and Steve Chen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., | Case No.: C 07-3952 JW |
| Plaintiff, | Hon. James Ware |
| vs. | **DECLARATION OF JULIANA LUK IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| AKANOC SOLUTIONS, INC., et al., | Date: June 23, 2008<br>Time: 9:00 a.m.<br>Dept.: Courtroom 8, 4th Floor |
| Defendants. | Discov. Cut-off: April 29, 2008<br>Last Day to Hear<br>Dispositive Motions: June 30, 2008<br>Pre-Trial Conf: Sept. 8, 2008<br>Trial Date: None Set |

I, JULIANA LUK, declare as follows:

I am an employee of Defendant Akanoc Solutions, Inc. ("Akanoc"). The facts set forth in this declaration are of my own personal knowledge, and I could competently testify to them if called as a witness.

1. I am submitting this declaration in support of Defendants' motion for summary judgment

2. My sole responsibility as an employee of Defendant is to respond to all types of Internet abuse issues, including complaint notices that a domain or website is allegedly using infringing or counterfeit content (normally received via email).

3. Upon receipt of complaint notices, I ping the allegedly infringing domain name to determine the IP address of the domain.

4. I then compare the IP address to the list of 30,000 IP addresses assigned to Defendants Akanoc Solutions, Inc. and Managed Solutions Group, Inc. in order to determine if the IP address is within their IP range.

5. If I find that the domain is within the IP range assigned to Defendants Akanoc Solutions, Inc. and Managed Solutions Group, Inc., I send the customer assigned that IP address a "takedown" email warning them that they must remove the infringing content.

6. If I receive a further complaint about an IP address and I recall having already sent a takedown email to the customer assigned that IP address, I will request a technician to unplug the server using that customer's IP address, thus making that domain nonfunctional.

7. Managed Solutions Group and Akanoc Solutions' regular practice is to send "take down" notices to their customers if there is any complaint of activity from an IP address that violates the "acceptable use policy."

8. Whenever the defendant companies receive complaints of trademark or copyright infringement, they immediately forward the complaint to their customer about the complaint with instructions that the customer "take down" the offending material.

9. The customer is warned that violation of the acceptable use policy can result in termination of service.

1  10. As an employee of Defendant, my entire job is to send out such complaint notices
2  daily.
3  I declare under penalty of perjury under the laws of the United States of America that the
4  foregoing is true and correct.
5  Executed at Chino Hills, California on this 19th day of May, 2008.



JULIANA LUK

10562-002-5/19/2008-161234.1

2

DECLARATION OF JULIANA LUK IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
– C 07-3952 JW