**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
Brian S. Edwards (SBN 166258)
18400 Von Karman, Suite 300
Irvine, California 92612
Telephone: (949) 553-1010
Facsimile: (949) 553-2050
jal@gauntlettlaw.com
bse@gauntlettlaw.com

Attorneys for Defendants
Akanoc Solutions, Inc.,
Managed Solutions Group, Inc.
and Steve Chen

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., <br><br> Plaintiff, <br><br> vs. <br><br> AKANOC SOLUTIONS, INC., et al., <br><br> Defendants. | Case No.: C 07-3952 JW <br><br> Hon. James Ware <br><br> **DECLARATION OF WILL LONE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** <br><br> Date: June 23, 2008 <br> Time: 9:00 a.m. <br> Dept.: Courtroom 8, 4th Floor <br><br> Discov. Cut-off: April 29, 2008 <br> Last Day to Hear <br> Dispositive Motions: June 30, 2008 <br> Pre-Trial Conf: Sept. 8, 2008 <br> Trial Date: None Set |

I, WILL LONE, declare as follows:

I am an employee of Akanoc Solutions, Inc. ("Akanoc"). The facts set forth in this declaration are of my own personal knowledge, and I could competently testify to them if called as a witness.

1. I am submitting this declaration in support of Defendants' motion for summary judgment.

2. I am principally responsible for marketing work in China for these companies. In China, MSG and Akanoc only market their unmanaged Internet hosting services to Internet hosting resellers.

3. Internet hosting resellers in China market services directly to other customers within China, including Website operators. MSG and Akanoc do not directly market to Website operators in China.

4. Because I am able to speak and write in Chinese and because other MSG and Akanoc employees are able to speak Chinese, we are better able to conduct business with our customers in China. I believe that gives MSG and Akanoc a competitive advantage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Fremont, California on this 19th day of May, 2008.

_____
WILL LONE