**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
Brian S. Edwards (SBN 166258)
18400 Von Karman, Suite 300
Irvine, California  92612
Telephone:  (949) 553-1010
Facsimile:  (949) 553-2050
jal@gauntlettlaw.com
bse@gauntlettlaw.com

Attorneys for Defendants
Akanoc Solutions, Inc.,
Managed Solutions Group, Inc.
and Steve Chen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A.,<br><br>Plaintiff,<br><br>vs.<br><br>AKANOC SOLUTIONS, INC., et al.,<br><br>Defendants. | Case No.:  C 07-3952 JW<br><br>Hon. James Ware<br><br>**DECLARATION OF JAMES A. LOWE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  June 23, 2008<br>Time: 9:00 a.m.<br>Dept.:  Courtroom 8, 4th Floor<br><br>Discov. Cut-off:  April 29, 2008<br>Last Day to Hear<br>Dispositive Motions: June 30, 2008<br>Pre-Trial Conf:  Sept. 8, 2008<br>Trial Date:  None Set |

I, JAMES A. LOWE, declare:

1. I am an attorney duly licensed to practice law before all courts of the State of California, as well as before the United States District Court for the Northern District of California, and I am a partner with the law firm of Gauntlett & Associates, counsel of record for Akanoc Solutions Inc., Managed Solutions Group, Inc. and Steven Chen, the Defendants in this lawsuit. The following attached exhibits to this declaration are true and accurate copies of portions of transcripts in the case and about which I have personal knowledge based upon my involvement in this case.

2. **Exhibit "1502"**   Excerpts from deposition testimony of Nicolay Livadkin

3. **Exhibit "1503"**   Excerpts from deposition testimony of Robert Holmes

4. **Exhibit "1504"**   Excerpts from deposition testimony of Steven Chen

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Irvine, California on this 19th day of May, 2008.

_____
JAMES A. LOWE