# EXHIBIT 1504

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3
 4   LOUIS VUITTON MALLETIER, S.A.,    )
                                        )
 5                   Plaintiff,         )
                                        )
 6            vs.                       ) Case No. C073952JW
                                        )
 7   AKANOC SOLUTIONS, INC., MANAGED    )
     SOLUTIONS GROUP, INC., STEVEN      )
 8   CHEN and DOES 1 through 10,        )
     inclusive,                         )
 9                                      )
                     Defendants.        )
10   _____)
11
12
13
14
15            DEPOSITION OF STEVEN CHEN
16                    VOLUME I
17              Glendale, California
18            Tuesday, April 8, 2008
19
20
21
22
23
24   Reported by:  Janalee Whitacre
                   CSR No. 12223
25   NDS Job No.:  127887
```

EXHIBIT 1504

1    A.    Right.

2    Q.    -- make some new accounts?

3    A.    Right, right.

4    Q.    Are there ever any occasions where Akanoc
5  enters into an agreement with a reseller for server
6  capacity but does not show an assignment of the IP
7  address associated with that server capacity?

8         MR. LOWE:  What do you mean by "server
9  capacity"?  You talking about IPs or something
10 different?

11        MR. COOMBS:  No, I'm talking about something
12 different now.  Let me come back to this, actually.
13 I'll withdraw the question.

14   Q.    How many servers does Akanoc operate?

15   A.    At this point?

16   Q.    Yes.

17   A.    Probably about 1400.

18   Q.    And they're all located at the data center in
19 San Jose?

20   A.    Yeah.

21   Q.    And just by sort of as a point of reference,
22 approximately how many servers did Akanoc operate in
23 March of 2007?  Or if a different date is more
24 convenient for you, you can pick that, but in that time
25 frame.

1   A.  I think we've been running from, in the last
2 year or so, we have been running anywhere between a
3 thousand to 1400.
4   Q.  How many did Akanoc start with when it started
5 business in 2004?
6   A.  Zero.  I think the first batch we probably --
7 from zero to 300, or so, fairly fast.  And from 300 to
8 500 take a lot longer period, and since then we've been
9 around that level.
10  Q.  And what percentage of the capacity on those
11 1,000 to 1400 servers is in use at any given time, is
12 active, if you will?
13  A.  Active, that's what we have.
14  Q.  Oh, that's what's active?
15  A.  Yes.
16  Q.  So you have additional server capacity that's
17 unused?
18  A.  Give and take, 50 to a hundred.
19  Q.  50 or 15?
20  A.  15 -- no, 50.  I'm sorry.  50 to a hundred.
21  Q.  And those servers hold storage capacity for
22 Websites; is that correct?
23  A.  Not specifically.
24  Q.  Describe for me what those servers do.
25  A.  This is a big question.  There are many, many

1  applications that require users to put their servers in
2  the data center instead of just regular office.  So it's
3  not just Website.  Website I will consider probably the
4  smallest application in -- actually in our environment.
5  So, for instance, like VoIP, voiceover IP, you need
6  servers, and they all more or less like high-traffic
7  servers.  Downloads.  People, you know, put their
8  contents specifically for download purpose.  There are
9  people storing pictures, family pictures, things like
10 that.  Okay?  I mean, they have specific application for
11 that type of application.  Chat rooms, forums.  So...
12     Q.    E-mail servers?
13     A.    All e-mail servers, for sure.
14     Q.    What percentage of the server capacity that
15 you've been talking about is dedicated to Website
16 hosting?
17     A.    I have no idea.  We don't run any contents for
18 the customer.
19     Q.    Tell me how Akanoc sells its service to its
20 customers.  You mentioned packages.  Describe for me
21 what those packages consist of.
22     A.    Okay.  So if you go to the Website, they are
23 basic hardware specs to begin with.  So if it's a
24 Celeron 2.4, one gig memory, 80-gig hard drive and,
25 let's say, 600 gigabyte worth of bandwidth, that's one

Page 55

1  services that Akanoc provides to its customers.  Can --
2  you say that you generally sell by a package.  Can you
3  identify, by virtue of the kind of package that's
4  purchased, the kind of services that a reseller is
5  providing to its customers?  In other words, are some of
6  your packages tailored to Websites as opposed --
7      A.  No.
8      Q.  -- to chat rooms, that kind of thing?
9      A.  No, no, no.
10     Q.  It's primarily a function of volume and
11 operating systems choice?
12     A.  There are way too many factors.  It may be a
13 very small capacity server handle a lot of traffics
14 because of the application, which sometimes we don't
15 even know.  I've seen a very low-end server runs about
16 60, 70 megabytes constantly.  That's a lot of traffic.
17 But it runs.  We don't exactly know what's in it.
18     Q.  Does Akanoc at any time provide design services
19 for Websites?
20     A.  No.
21     Q.  Does it sell services directly to Website
22 operators as distinct from resellers?
23     A.  No.
24     Q.  Has it ever since it was first incorporated --
25     A.  No.

1    2007?
2        A.    No.
3        Q.    There are no records, nothing in the --
4        A.    No.
5        Q.    -- CPRO database?
6        A.    No.  We don't host Websites.  Our business
7    does -- I mean, our business does not handle Websites.
8        Q.    I understand.  But earlier I think you said
9    that when Akanoc receives a notice such as this, the
10   first thing that it will do is determine whether or not
11   that Website is in fact located within an IP block
12   assigned to Akanoc; is that correct?
13       A.    That is correct.
14       Q.    And if it is, then it will send a follow-up --
15   or it will forward the e-mail to the customer to which
16   that IP address was assigned; is that correct?
17       A.    That is correct.
18       Q.    And my question is, is there any way you could
19   determine whether or not, today, whether that Website
20   was assigned to an IP address belonging to one of
21   Akanoc's customers?
22       A.    No, no.
23       Q.    There's nothing in the CPRO database that will
24   tell you that?
25       A.    No, we don't deal with Websites.  We deal with

```
1    STATE OF CALIFORNIA            )
                                    ) ss:
2    COUNTY OF LOS ANGELES          )

3

4           I, JANALEE WHITACRE, do hereby certify:
5           That I am a duly qualified Certified Shorthand
6    Reporter, in and for the State of California, holder of
7    certificate number 12223, which is in full force and
8    effect and that I am authorized to administer oaths and
9    affirmations;
10          That the foregoing deposition testimony of the
11   herein named witness was taken before me at the time and
12   place herein set forth;
13          That prior to being examined, the witness named
14   in the foregoing deposition, was duly sworn or affirmed
15   by me, to testify the truth, the whole truth, and
16   nothing but the truth;
17          That the testimony of the witness and all
18   objections made at the time of the examination were
19   recorded stenographically by me, and were thereafter
20   transcribed under my direction and supervision;
21          That the foregoing pages contain a full, true
22   and accurate record of the proceedings and testimony to
23   the best of my skill and ability;
24          That prior to the completion of the foregoing
25   deposition, review of the transcript was requested.
```

I further certify that I am not a relative or employee or attorney or counsel of any of the parties, nor am I a relative or employee of such attorney or counsel, nor am I financially interested in the outcome of this action.

IN WITNESS WHEREOF, I have subscribed my name this 20th day of April, 2008.

*Janalee Whitacre*

JANALEE WHITACRE, CSR No. 12223

151