# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A.,<br><br>Plaintiff,<br><br>vs.<br><br>AKANOC SOLUTIONS, INC., et al.,<br><br>Defendants. | Case No.: C 07-3952 JW<br><br>Hon. James Ware<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: June 23, 2008<br>Time: 9:00 a.m.<br>Dept.: Courtroom 8, 4th Floor<br><br>Discov. Cut-off:      April 29, 2008<br>Last Day to Hear<br>Dispositive Motions: June 30, 2008<br>Pre-Trial Conf:       Sept. 8, 2008<br>Trial Date:           None Set |

This matter came on for hearing on June 23, 2008, upon Defendants Akanoc Solutions, Inc., Managed Solutions Group, Inc. and Steve Chen's Motion for Summary Judgment (collectively "Defendants"). The Court, being fully advised and after considering all of the evidence and argument, makes the following findings and conclusions:

No rational trier of fact, given the record as a whole, could find that Defendants are liable for contributory trademark infringement, vicarious trademark infringement, and contributory and vicarious copyright infringement. The Plaintiff cannot present evidence to prove necessary elements of its claims.

THEREFORE, Defendants' Motion for Summary Judgment is GRANTED.

Dated: _____          _____

JAMES WARE

United States District Judge

Prepared by:

GAUNTLETT & ASSOCIATES
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
Brian S. Edwards (SBN 166258)
18400 Von Karman, Suite 300
Irvine, California 92612
Telephone: (949) 553-1010
Facsimile:  (949) 553-2050

Attorneys for Defendants
Akanoc Solutions, Inc.,
Managed Solutions Group, Inc.
and Steve Chen