**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., | No. C 07-03952 JW |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE CONTINUING MOTION HEARING |
| AKANOC SOLUTIONS, INC. ET AL, | |
| Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Motion for Summary Judgment before Judge James Ware previously noticed for June 23, 3008 at 9:00 AM has been reset to **September 8, 2008 at 9:00 AM** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: May 20, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy