1

**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)

2

James A. Lowe (SBN 214383)
Brian S. Edwards (SBN 166258)

3

18400 Von Karman, Suite 300

4

Irvine, California  92612
Telephone:    (949) 553-1010

5

Facsimile:    (949) 553-2050
jal@gauntlettlaw.com

6

bse@gauntlettlaw.com

7

Attorneys for Defendants

8

Akanoc Solutions, Inc.,
Managed Solutions Group, Inc.

9

and Steve Chen

10

11

**UNITED STATES DISTRICT COURT**

12

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

13

14

LOUIS VUITTON MALLETIER, S.A.,            )  Case No.:  C 07-3952 JW (HRL)
                                          )

15

                                          )  **DECLARATION OF JAMES A. LOWE**
                                          )  **IN SUPPORT OF ADMINISTRATIVE**

16

                   Plaintiff,             )  **MOTION FOR A SEALING ORDER**
                                          )  **PURSUANT TO LOCAL RULE 79-5(d)**

17

                                          )

18

        vs.                               )
                                          )  Hon. James Ware

19

                                          )
AKANOC SOLUTIONS, INC., et al.,           )

20

                                          )
                                          )

21

                   Defendants.            )
                                          )

22

_____  )

23

24

25

26

27

28

1    I, JAMES A. LOWE, declare:

2    1.    I am an attorney duly licensed to practice law before the United States District Court

3    for the Northern District of California, and am a  partner within the law firm of Gauntlett & 

4    Associates, counsel of record for Akanoc Solutions Inc., Managed Solutions Group, Inc. and Steven

5    Chen, in this lawsuit. ("Defendants") I submit this declaration based on personal knowledge and

6    following a reasonable investigation.  If called upon as a witness, I could competently testify to the

7    truth of each statement herein.

8    2.    The stipulated protective order in this case (filed as Document 19) provides in part

9    that parties may designate documents as "Highly Confidential-Attorney's Eyes Only." Section 2.4

10    A courtesy copy of same is included with the Chambers copies submitted herewith.

11    3.    On May 19, 2008 Defendants filed a motion for summary judgment.  The motion

12    included excerpts from the deposition transcript of plaintiff Louis Vuitton Malletier, S.A.'s

13    ("Vuitton") Rule 30(b)(6) designee, Nikolay Livadkin.

14    4.    On May 22, 2008 Vuitton's counsel informed me that Vuitton was designating pages

15    12-39, 40-44, 52-62, 185-190 and 196-197 of Mr. Livadkin's deposition transcript as "Highly

16    Confidential – Attorney's Eyes Only" pursuant to Section 5.2 of the Stipulated Protective Order.

17    5.    The pages Vuitton designated include nine deposition pages (pgs. 22-28 and 61-62)

18    that had been included as part of Defendants' **Exhibit "1502"** filed with their summary judgment

19    motion on May 19, 2008. (Document 51)

20    6.    The parties could not agree to stipulate to a sealing order because Defendants do not

21    agree with Vuitton that pages 22-28 and 61-62 of the Livadkin deposition transcript contain

22    confidential information entitled to protection under the stipulated protective order.

23    I declare under penalty of perjury under the laws of the United States of America that the

24    foregoing is true and correct. Executed at Irvine, California on this 29th day of May, 2008.

25

26

27    JAMES A. LOWE

28

10562-002-5/29/2008-161391.1                1                DECLARATION OF JAMES A. LOWE IN SUPPORT OF
                                                             ADMINISTRATIVE MOTION FOR SEALING ORDER
                                                             – C 07-3952 JW