UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

CIVIL MINUTE ORDER

HOWARD R. LLOYD    UNITED STATES MAGISTRATE JUDGE            CT. #2

DATE: June 6, 2008                       CASE No.   C07-03952JW

CASE TITLE:  Louis Vuitton Malletier, S.A. v. Akanoc Solutions, Inc. et al

Courtroom Deputy: P. Cromwell            ERO:

APPEARANCES

For Plaintiff(s):                        For Defendant(s):

J. Andrew Coombs                         James Lowe

Also present: Nikolay Livadkin           Also present: Steve Chen and Carol Euwena

☐   Settlement Conference Held.  Case settled.

☒   Settlement Conference Held.  Case did not settle.

☐   Settlement Conference Held (telephonic).  Further Settlement Conference to be scheduled:

Comments:

cc:
Chambers

Judge:                                                   Hours:   4.0