**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
Brian S. Edwards (SBN 166258)
18400 Von Karman, Suite 300
Irvine, California 92612
Telephone:    (949) 553-1010
Facsimile:    (949) 553-2050
jal@gauntlettlaw.com
bse@gauntlettlaw.com

Attorneys for Defendants
Akanoc Solutions, Inc.,
Managed Solutions Group, Inc.
and Steven Chen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., <br><br> Plaintiff, <br><br> vs. <br><br> AKANOC SOLUTIONS, INC., et al., <br><br> Defendants. | Case No.: C 07-3952 JW (HRL) <br><br> Hon. Magistrate Judge Howard R. Lloyd <br><br> **DEFENDANTS' MISCELLANEOUS ADMINISTRATIVE REQUEST TO SUBMIT A STATEMENT OF RECENT DECISION** <br><br> [Local Rules 7-3(d) and 7-11] |

## I. MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE STATEMENT OF RECENT DECISION AND SUPPLEMENTAL DECLARATION

Defendants Akanoc Solutions, Inc., Managed Solutions Group, Inc. and Steve Chen submit this Miscellaneous Administrative Request for an Order allowing Defendants to file a Statement of Recent Decision and Declaration. *Quon v. Arch Wireless Operating Co., Inc.*, 2008 WL 2440559 (No. 07-55282, June 18, 2008, 9th Cir. (Cal.)) ("the *Quon*" case) supports Defendants' argument that Plaintiff Louis Vuitton's ("Vuitton") Motion to Compel Production Of Electronic Communications Contained on Internet Servers should be denied. The statement of recent decision will assist the Court in making a determination on Vuitton's pending motion to compel. Judicial economy will be served by allowing the filing, since the Court has not made a decision on the pending motions and the information is relevant to the Court's determination.

## II. THE LOCAL RULES ALLOW THE FILING OF THE DOCUMENTS

Local Rule 7-3(d) allows submission of a Statement of Recent Decision before the hearing of a motion, but not after the hearing, unless prior Court approval is obtained. Local Rule 7-11 permits a party to submit a Miscellaneous Administrative Request with respect to administrative matters that are not otherwise governed by the Federal Rules, statute, standing order or local rules. The administrative matter of obtaining Court approval to submit additional memoranda, papers or documents is not addressed by any statute, standing order or Federal or local rules; thus, Plaintiffs make their request pursuant to L.R. 7-11.

## III. STATEMENT OF DECISION PROVIDES GUIDANCE TO THE COURT

Defendants' request that the Court allow them to file a Statement of Recent Decision and Declaration which includes a copy of the recent decision from the Ninth Circuit Court of Appeals in *Quon v. Arch Wireless Operating Co., Inc.*, 2008 WL 2440559 (No. 07-55282, June 18, 2008, 9th Cir. (Cal.)). The *Quon* case is factually similar, and therefore pertinent to this matter, as it involves the applicability of the Federal Stored Communications Act to the disclosure of data stored on computer servers.

/ / /

/ / /

## IV. CONCLUSION

For the foregoing reasons, Defendants request the Court grant its Miscellaneous Administrative Request and order the Statement of Recent Decision and Declaration be filed with the Court.

Dated: June 20. 2008                    **GAUNTLETT & ASSOCIATES**

By: /s/ James A. Lowe
David A. Gauntlett
James A. Lowe
Brian S. Edwards

Attorneys for Defendants
AKANOC SOLUTIONS, INC., MANAGED SOLUTIONS GROUP, INC., AND STEVE CHEN