1
2
3
4
5
6
7
8                               UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
10
11  LOUIS VUITTON MALLETIER, S.A.,        )  Case No.  C-07-3952 JW (HRL)
                                          )
12              Plaintiff,                )  Hon. Magistrate Judge Howard R. Lloyd
                                          )
13       vs.                              )  **[PROPOSED] ORDER GRANTING
                                          )  DEFENDANTS' MISCELLANEOUS
14                                        )  ADMINISTRATIVE REQUEST FOR
                                          )  PERMISSION TO FILE A STATEMENT
15  AKANOC SOLUTIONS, INC., et al.,       )  OF RECENT DECISION**
                                          )
16              Defendants,               )
                                          )
17                                        )
                                          )
18  _____)
19
20
21
22
23
24
25
26
27
28

GOOD CAUSE APPEARING, IT IS ORDERED:

Defendants Akanoc Solutions, Inc., Managed Solutions Group, Inc., and Steve Chen are allowed to file a Statement of Recent Decision and Declaration regarding *Quon v. Arch Wireless Operating Co., Inc.*, 2008 WL 2440559 (No. 07-55282, June 18, 2008, 9th Cir. (Cal.))

Dated: _____    _____
UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:

**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
*jal@gauntlettlaw.com*
Brian S. Edwards (SBN 166258)
*bse@gauntlettlaw.com*
18400 Von Karman, Suite 300
Irvine, California 92612
Telephone:    (949) 553 1010
Facsimile:    (949) 553 2050

Attorneys for Defendants
AKANOC SOLUTIONS, INC.,
MANAGED SOLUTIONS GROUP, INC.
AND STEVEN CHEN