1  J. Andrew Coombs (SBN 123881)
   Annie S. Wang (SBN 243027)
2  J. Andrew Coombs, A Prof. Corp.
   517 E. Wilson Ave., Suite 202
3  Glendale, California 91206
   Telephone: (818) 500-3200
4  Facsimile:  (818) 500-3201

5  andy@coombspc.com
   annie@coombspc.com
6
   Attorneys for Plaintiff Louis
7  Vuitton Malletier, S.A.

8              UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

10 
   Louis Vuitton Malletier, S.A.,        )   Case No. C 07 3952 JW
11                                       )
                   Plaintiff,            )   [PROPOSED] ORDER GRANTING
12                                       )   PLAINTIFF LEAVE TO FILE A FIRST
           v.                            )   AMENDED COMPLAINT
13                                       )
   Akanoc Solutions, Inc., et al.        )   Date:  September 8, 2008
14                                       )   Time:  9:00 a.m.
                   Defendants.           )   Court: Hon. James Ware
15

16     This matter came on for hearing on September 8, 2008, on Plaintiff's duly noticed Motion

17 for Leave to File a First Amended Complaint ("the Motion"). Having read the papers submitted in

18 support of and in opposition to the Motion and having considered the arguments of counsel, the

19 Courts finds that justice requires that leave to amend be GRANTED.

20     Accordingly, Plaintiff's first amended complaint attached as Exhibit B to the Motion and

21 which was separately lodged with the Motion will be filed.

22     IT IS SO ORDERED.
   Dated:
23
                                             _____
24                                           Hon. James Ware
                                             Judge, United States District Court, Northern
                                             District of California
25 PRESENTED BY:
   J. Andrew Coombs, A Prof. Corp.
26
   By: __/s/ J. Andrew Coombs_____
27       J. Andrew Coombs
         Annie S. Wang
28 Attorneys for Plaintiff Louis Vuitton Malletier, S.A.

Louis Vuitton v. Akanoc, et al.: [Proposed] Order Granting Motion   - 1 -
for Leave to File First Amended Complaint