1  J. Andrew Coombs (SBN 123881)
2  Annie S. Wang (SBN 243027)
   J. Andrew Coombs, A Professional Corporation
3  517 E. Wilson Ave., Suite 202
   Glendale, California 91206
4  Telephone: (818) 500-3200
   Facsimile: (818) 500-3201
   andy@coombspc.com
5  annie@coombspc.com

6  Attorneys for Plaintiff
7  Louis Vuitton Malletier, S.A.

8  GAUNTLETT & ASSOCIATES
   David A. Gauntlett (SBN 96399)
9  James A. Lowe (SBN 214383)
   Brian S. Edwards (SBN 166258)
10 18400 Von Karman, Suite 300
   Irvine, California 92612
11 Telephone: (949) 553-1010
   Facsimile: (949) 553-2050
12 info@gauntlettlaw.com
   jal@gauntlettlaw.com
13 bse@gauntlettlaw.com

14 Attorneys for Defendants
   Akanoc Solutions, Inc.,
15 Managed Solutions Group, Inc.
   and Steven Chen

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| Louis Vuitton Malletier, S.A., | Case No. C07-03952 JW (HRL) |
| Plaintiff, | JOINT STIPULATION RE CONTINUANCE OF PRELIMINARY PRETRIAL CONFERENCE |
| v. | |
| Akanoc Solutions, Inc., Managed Solutions Group, Inc., Steven Chen and Does 1 through 10, inclusive, | Court: Hon. James Ware<br>Date: September 8, 2008<br>Time: 9:00 a.m. |
| Defendants. | |

Plaintiff Louis Vuitton Malletier, S.A. ("Vuitton" or "Plaintiff") by and through its counsel of record and Defendants Akanoc Solutions, Inc., Managed Solutions Group, Inc. and Steven Chen (collectively referred to as "Defendants"), by and through their counsel of record, agree and stipulate as follows:

WHEREAS the Court set a Preliminary Pretrial Conference in the matter on September 8, 2008 at 11:00 a.m.;

WHEREAS on or about May 19, 2008, Defendants filed their Motion for Summary Judgment;

WHEREAS on or about May 20, 2008, the Court Clerk issued its Notice Continuing Motion Hearing for Defendants' Motion for Summary Judgment to September 8, 2008, at 9:00 a.m.;

WHEREAS Plaintiff has filed its Motion for Leave to File a First Amended Complaint and has set its motion for hearing on September 8, 2008 at 9:00 a.m.;

WHEREAS the outcomes of the pending motions may significantly impact trial preparation;

WHEREAS Magistrate Judge Lloyd has recently granted Plaintiff's Motion to Compel which requires production by Defendants by July 31, 2008, failing that, inspection of Defendants' servers according to protocol to be determined;

WHEREAS the Court's Scheduling Order requires that the Parties submit Preliminary Pretrial Conference Statements 10 days before the Conference;

NOW, THEREFORE, the Parties stipulate and agree that the pending Preliminary Pretrial Conference currently set for September 8, 2008, be continued for a period of 60-90 days, or such other date as may be acceptable to the Court.

IT IS SO STIPULATED by the parties hereto:

Dated: July 16, 2008         J. Andrew Coombs, A Professional Corp.

By:  /s/ J. Andrew Coombs_____
    J. Andrew Coombs
    Annie S. Wang
Attorneys for Plaintiff Louis Vuitton Malletier, S.A.

Dated: July 16, 2008         Gauntlett & Associates

By:  /s/ James A. Lowe_____
    James A. Lowe
    Brian S. Edwards
Attorneys for Defendants Akanoc Solutions, Inc.,
Managed Solutions Group, Inc. and Steven Chen