```
J. Andrew Coombs (SBN 123881)
Annie S. Wang (SBN 243027)
J. Andrew Coombs, A Professional Corporation
517 E. Wilson Ave., Suite 202
Glendale, California  91206
Telephone:     (818) 500-3200
Facsimile:     (818) 500-3201
andy@coombspc.com
annie@coombspc.com
```

Attorneys for Plaintiff
Louis Vuitton Malletier, S.A.

```
GAUNTLETT & ASSOCIATES
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
Brian S. Edwards (SBN 166258)
18400 Von Karman, Suite 300
Irvine, California  92612
Telephone:     (949) 553-1010
Facsimile:     (949) 553-2050
info@gauntlettlaw.com
jal@gauntlettlaw.com
bse@gauntlettlaw.com
```

Attorneys for Defendants
Akanoc Solutions, Inc.,
Managed Solutions Group, Inc.
and Steven Chen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA- SAN JOSE DIVISION

| | |
|---|---|
| Louis Vuitton Malletier, S.A., <br><br>  Plaintiff, <br><br> v. <br><br> Akanoc Solutions, Inc., et al. <br><br>  Defendants. | Case No.: C 07 3952 JW <br><br> [PROPOSED] ORDER GRANTING CONTINUANCE OF PRELIMINARY PRETRIAL CONFERENCE <br><br> Date: September 8, 2008 <br> Time: 9:00 a.m. <br> Courtroom 8, 4th Floor |

WHEREAS the Parties filed their Joint Stipulation re Continuance of Preliminary Pretrial Conference due to the discussion and filing requirements associated with the Conference which may be affected by the outcome of pending motions before the Court and Magistrate Judge Lloyd's recent order Compelling Production or Inspection of Defendants' servers;

Louis Vuitton v Akanoc, et al.:  Proposed Order Continuing Preliminary Pretrial Conference    - 1 -

1  In light of the request, and good cause being shown, the Preliminary Pretrial Conference
2  currently on calendar for September 9, 2008, at 11:00 a.m. is continued until
3  _____, at _____, and all associated dates continued accordingly.

4

5  IT IS SO ORDERED.
6  Dated:

7
                                              _____
8                                             Hon. James Ware
                                              United States District Judge
9

10

11  Presented By:

12  J. Andrew Coombs, A Professional Corp.

13
    By: ____/s/ J. Andrew Coombs_____
14          J. Andrew Coombs
            Annie S. Wang
15  Attorneys for Louis Vuitton Malletier, S.A.

16

17

18

19

20

21

22

23

24

25

26

27

28

Louis Vuitton v Akanoc, et al.: Proposed Order Continuing    - 2 -
Preliminary Pretrial Conference