IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Louis Vuitton Malletier, S.A.,<br><br>    Plaintiff,<br>  v.<br><br>Akanoc Solutions, Inc., et al.,<br><br>    Defendants. | NO. C 07-03952 JW<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO FILE A FIRST AMENDED COMPLAINT; DENYING THE PARTIES' STIPULATION TO CONTINUE THE PRELIMINARY PRETRIAL CONFERENCE** |

      Luis Vuitton Malletier, S.A. ("Plaintiff") brings this action against Akonoc Solutions, Managed Solutions Group, and Steven Chen (collectively, "Defendants") for alleged trademark infringement. Before the Court is Plaintiff's Motion for Leave to File a First Amended Complaint. (hereafter, "Motion," Docket Item No. 64.) Due to the Court's unavailability, the motion is noticed for a hearing on September 8, 2008; thus, Defendants' obligation to file their opposition is not yet due.

      Plaintiff's proposed amendment modifies a single paragraph in the Complaint; the modification merely adds the names of the web sites alleged to have sold infringing products. (Motion, Ex. A.) Since the proposed amendment does not modify any substantive allegations or add additional parties, the Court finds good cause to GRANT Plaintiff leave to amend without further briefing or a hearing. See Civ. L.R. 7-1(b). On or before **August 4, 2008**, Plaintiff shall file its Amended Complaint as a separate docket entry.

1  The parties have also filed a Stipulation requesting a continuance of the Preliminary Pretrial
2  Conference currently scheduled for September 8, 2008.  (See Docket Item No. 66.)  The Court
3  DENIES the parties' Stipulation.  The Preliminary Pretrial Conference will remain on **September 8,**
4  **2008** unless otherwise ordered by the Court due to certain developments in the case.

5
6  Dated:  July 25, 2008

                                                    */s/ James Ware*
7                                              JAMES WARE
                                            United States District Judge

**United States District Court**
For the Northern District of California

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Annie S Wang annie@coombspc.com
Brian S. Edwards bse@gauntlettlaw.com
David A. Gauntlett info@gauntlettlaw.com
J. Andrew Coombs andy@coombspc.com
James A. Lowe info@gauntlettlaw.com

**Dated: July 25, 2008**                                   **Richard W. Wieking, Clerk**

                                            **By:   /s/ JW Chambers**
                                                     **Elizabeth Garcia**
                                                     **Courtroom Deputy**