United States District Court

For the Northern District of California

1

2

3

4

5

6

7    IN THE UNITED STATES DISTRICT COURT

8    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    SAN JOSE DIVISION

10   Louis Vuitton Malletier, S.A.,                    NO. C 07-03952 JW
                                                        NO. C 08-03255 HRL
11              Plaintiff,
        v.                                              **ORDER RE: RELATED CASES**
12
     Akanoc Solutions, Inc., et al.,
13
                Defendants.
14   _____/

15

16        Luis Vuitton Malletier, S.A. ("Plaintiff") brings this action against Akonoc Solutions,

17   Managed Solutions Group, and Steven Chen (collectively, "Defendants") for alleged trademark

18   infringement.  Before the Court is a *Sua Sponte* Judicial Referral for the Purpose of Determining

19   whether this case is related to Managed Solutions Group, Inc., et al., v. Great American Insurance

20   Company of New York, C 08-03255 HRL.  See Civ. L.R. 3-12.

21        Under Civ. L.R. 3-12(a), cases are related if:  1) they "concern substantially the same parties,

22   property, transaction, or events" and 2) it "appears likely that there will be an unduly burdensome

23   duplication of labor and expense or conflicting results if the cases are conducted before different

24   Judges."

25        In Managed Solutions, Managed Solutions claims that Great American Insurance has failed

26   to defend it in this action.  Since this action involves trademark infringement and Managed Solutions

27   involves an insurance coverage dispute, the Court finds that the cases do not concern the same

28   issues, events, or legal claims.  Further, since only Managed Solutions is a common party to each

1  suit, the Court finds that the cases do not involve substantially the same parties.  Accordingly, the

2  Court does not find that the cases are related within the meaning of Civ. L.R. 3-12.

3

4  Dated:  July 25, 2008                                                            _____

5                                                                          JAMES WARE
                                                                            United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Annie S Wang annie@coombspc.com
Brian S. Edwards bse@gauntlettlaw.com
David A. Gauntlett info@gauntlettlaw.com
J. Andrew Coombs andy@coombspc.com
James A. Lowe info@gauntlettlaw.com

**Dated:  July 25, 2008**                                    **Richard W. Wieking, Clerk**


**By:   /s/ JW Chambers_____**
          **Elizabeth Garcia**
          **Courtroom Deputy**

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28