**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
Brian S. Edwards (SBN 166258)
Christopher G. Lai (SBN 249425)
18400 Von Karman, Suite 300
Irvine, California 92612
Telephone:    (949) 553-1010
Facsimile:     (949) 553-2050
jal@gauntlettlaw.com
bse@gauntlettlaw.com
cl@gauntlettlaw.com

Attorneys for Defendants
Akanoc Solutions, Inc.,
Managed Solutions Group, Inc.
and Steve Chen

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., <br><br> Plaintiff, <br><br> vs. <br><br> AKANOC SOLUTIONS, INC., et al., <br><br> Defendants. | Case No.: C 07-3952 JW <br><br> Hon. James Ware <br><br> **DECLARATION OF STEVE CHEN IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT** <br><br> Date: September 8, 2008 <br> Time: 9:00 a.m. <br> Dept.: Courtroom 8, 4th Floor |

10562-002-8/4/2008-162384.1    DECLARATION OF STEVE CHEN IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT – C 07-3952 JW

I, STEVE CHEN, declare as follows:

I am the President and manager of Managed Solutions Group, Inc. ("MSG") and of Akanoc Solutions, Inc. ("Akanoc"). I am also a named Defendant in this action. The facts set forth in this declaration are of my own personal knowledge and I could competently testify to them if called as a witness.

1. I am submitting this declaration in support of Defendants' supplemental motion for summary judgment with regard to plaintiff Louis Vuitton Malletier, S.A.'s ("Vuitton") First Amended Complaint in this action.

2. Attached as **Exhibit "1505"** is Akanoc Solutions Inc.'s Interim Designation of Agent to Receive Notification of Claimed Infringement Form filed with the United States Copyright Office on November 30, 2007. The Designation accurately lists my mailing address, e-mail address, facsimile number, and telephone number.

3. Attached as **Exhibit "1506"** is Managed Solutions Group Inc.'s Interim Designation of Agent to Receive Notification of Claimed Infringement Form filed with the United States Copyright Office on November 30, 2007. The Designation accurately lists my mailing address, e-mail address, facsimile number, and telephone number.

4. I am the Agent Designated to Receive Notification of Claimed Infringement for Defendants Akanoc and MSG under the Digital Millennium Copyright Act ("DMCA").

5. I received no notification sent to me by Vuitton as the DMCA Designated Agent for MSG or Akanoc concerning the 72 new websites listed in paragraph 31 of Vuitton's First Amended Complaint ("FAC"). These 72 websites are: 315EC.com, at88.com, bag1881.net, bag4sell.com, bigworldshoes.com, bizyao.com, brandfashioner.com, brandstreets.com, eastarbiz.com, eastarbiz.net, ebuynike.com, ecshoes.com, egotobuy.com, emsyou.com, eshoes99.net, famous-shop.com, fansjersey.com, guccifendi.com, gz-free.com, handbagsell.com, imitation-gold.com, innike.com, lkkfashion2006.com, llouisvuitton.com, longtimegroup.com, louis-vuitton-bags.org, louisvuittonbagz.com, lovernike.com, luxelike.com, luxury2us.com, lvbagz.com, lv-handbag.com, lv-nike.com, mailgoods.com, myshoes99.com, nike558.com, nikeexp.com, nikeshoesoffer.com, nikewto.com, nonstopbeauty.com, pfcstation.com, pickhiphop.com, pickyourgoods.com,

pickyourorder.com, pro-jordan.com, queen-bag.com, replica-ebags.com, replicabc.com, rrgnl.com, shoes-order.com, soapparel.com, soapparel.net, sportsvendor.biz, sunny7shoes.com, super925.com, swisshours.biz, top-handbag.com, tytrade88.com, watchesnreplica.com, watchesreplica.net, watchnreplica.net, wearonline.net, wendy929.net, wendyluxury.com, worldkeytrade.com, yeahebay.com, yseenet.net.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Fremont, California on this 4th day of August, 2008.

*[signature]*

_____
STEVE CHEN

# EXHIBIT 1505

# Interim Designation of Agent to Receive Notification of Claimed Infringement

Full Legal Name of Service Provider: Akanoc Solutions, Inc

Alternative Name(s) of Service Provider (including all names under which the service provider is doing business): Akanoc.com ; cololacarte.com ; dediwebhost.com

Address of Service Provider: 45535 Northport Loop East, Fremont, CA 94538

Name of Agent Designated to Receive Notification of Claimed Infringement: Steve Chen

Full Address of Designated Agent to which Notification Should be Sent (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location): 45535 Northport Loop East, Fremont, CA 94538

Telephone Number of Designated Agent: 510-580-5588

Facsimile Number of Designated Agent: 510-580-5589

Email Address of Designated Agent: Steve@akanoc.com

Signature of Officer or Representative of the Designating Service Provider:
_____   Date: NOV 15, 2007

Typed or Printed Name and Title: STEVE CHEN, General Manager

Note: This Interim Designation Must be Accompanied by a $80 Filing Fee Made Payable to the Register of Copyrights.



SCANNED 01-03/2008

RECEIVED
NOV 30 2007
COPYRIGHT OFFICE

163609933

EXHIBIT
1505
ALL-STATE® INTERNATIONAL

# EXHIBIT 1506

# Interim Designation of Agent to Receive Notification of Claimed Infringement

Full Legal Name of Service Provider: Managed Solutions Group, Inc

Alternative Name(s) of Service Provider (including all names under which the service provider is doing business): Managedsg-inc.com

Address of Service Provider: 45535 Northport Loop East, Fremont, CA 94538

Name of Agent Designated to Receive Notification of Claimed Infringement: Steve Chen

Full Address of Designated Agent to which Notification Should be Sent (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location): 45535 Northport Loop East, Fremont, CA 94538

Telephone Number of Designated Agent: 510-580-5588

Facsimile Number of Designated Agent: 510-580-5589

Email Address of Designated Agent: steve@managedsg-inc.com

Signature of Officer or Representative of the Designating Service Provider: Date: Nov 15, 2007

Typed or Printed Name and Title: STEVE CHEN, General Manager

Note: This Interim Designation Must be Accompanied by a $80 Filing Fee Made Payable to the Register of Copyrights.

SCANNED 01-03/2008

RECEIVED
NOV 30 2007
COPYRIGHT OFFICE



EXHIBIT 1506
ALL-STATE INTERNATIONAL