**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
Brian S. Edwards (SBN 166258)
Christopher G. Lai (SBN 249425)
18400 Von Karman, Suite 300
Irvine, California 92612
Telephone:    (949) 553-1010
Facsimile:    (949) 553-2050
jal@gauntlettlaw.com
bse@gauntlettlaw.com
cl@gauntlettlaw.com

Attorneys for Defendants
Akanoc Solutions, Inc.,
Managed Solutions Group, Inc.
and Steve Chen

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., | ) Case No.: C 07-3952 JW |
| | ) |
| | ) Hon. James Ware |
| Plaintiff, | ) |
| | ) **DECLARATION OF JAMES A. LOWE IN** |
| | ) **SUPPORT OF DEFENDANTS'** |
| vs. | ) **SUPPLEMENTAL MOTION FOR** |
| | ) **SUMMARY JUDGMENT** |
| | ) |
| AKANOC SOLUTIONS, INC., et al., | ) Date:  September 8, 2008 |
| | ) Time:  9:00 a.m. |
| | ) Dept.: Courtroom 8, 4th Floor |
| Defendants. | ) |
| | ) |

10562-002-8/4/2008-162392.1

1    I, JAMES A. LOWE, declare:

2        1.    I am an attorney duly licensed to practice law before all courts of the State of

3    California, as well as before the United States District Court for the Northern District of California,

4    and I am a partner with the law firm of Gauntlett & Associates, counsel of record for Akanoc

5    Solutions Inc., Managed Solutions Group, Inc. and Steve Chen, the Defendants in this lawsuit.  The

6    following attached exhibits to this declaration are true and accurate copies of portions of transcripts

7    in the case and about which I have personal knowledge based upon my involvement in this case and

8    having taken the depositions of each witness.

9        2.    **Exhibit "1507"**    Excerpts from deposition testimony of Nicolay Livadkin

10       3.    **Exhibit "1508"**    Excerpts from deposition testimony of Robert Holmes

11       I declare under penalty of perjury under the laws of the United States of America that the

12   foregoing is true and correct.

13       Executed at Irvine, California on this 4th day of August 2008.

14

15

16                                                        JAMES A. LOWE

17

18

19

20

21

22

23

24

25

26

27

28

10562-002-8/4/2008-162392.1                    DECLARATION OF JAMES A. LOWE IN SUPPORT OF DEFENDANTS'
                                               SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT
                                               – C 07-3952 JW

# EXHIBIT 1507

1                  UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

3

4     LOUIS VUITTON MALLETIER, S.A.,        )
                                            )
5              Plaintiff,                   )
                                            )
6     vs.                                   )  Case No. C073952JW
                                            )
7     AKANOC SOLUTIONS, INC., MANAGED       )
      SOLUTIONS GROUP, INC., STEVEN CHEN    )
8     and DOES 1 through 10, inclusive,     )
                                            )
9              Defendants.                  )
      _____)

10

11

12

13

14

15              Deposition of NIKOLAY LIVADKIN,

16          taken on behalf of the Defendants, at

17          18400 Von Karman, Suite 300, Irvine,

18          California, commencing at 9:28 a.m., on

19          Wednesday, April 23, 2008, before

20          Tami L. Le, CSR No. 8716, RPR.

21

22

23

24

25

EXHIBIT

**1507**

ALL-STATE® INTERNATIONAL

NIKOLAY LIVADKIN

BARKLEY
Court Reporters

1    information?

2        A    Either DomainTools or Network Solutions or

3    Netscan Tools.

4        Q    Okay.  Do you remember doing this particular --

5    looking at information on this particular website?

6        A    Yes, I have certainly done that.

7        Q    Now, the date of this is August 29, 2007.  That

8    was after the date of the filing of this lawsuit?

9        A    Yes.

10       Q    And after you reviewed this information, what,

11   if anything, did you do?  Did you pass that on to

12   someone?  Did you send a letter to the defendants?

13           MR. COOMBS:  Exclude communications with

14   counsel.

15           THE DEPONENT:  Pardon?

16           MR. COOMBS:  Exclude communications with me and

17   my firm.  If there's anyone else -- as he said, did you

18   send a notice to defendants?

19           THE DEPONENT:  I haven't sent notice to

20   defendants, no.

21       Q    BY MR. LOWE:  You did not send notice to

22   defendants.  Okay.

23       A    I have stopped attempting to contact defendants

24   after we filed the lawsuit.

25       Q    So after the lawsuit was filed, you sent no

                              180

                    NIKOLAY LIVADKIN

BARKLEY
Court Reporters

1    more notices to the defendants?

2        A    No.  It was done through our counsel.

3        Q    Okay.  So Louis Vuitton sent no more notices to

4    the defendants after the lawsuit was filed; is that what

5    your testimony is?

6        A    Not -- not from what I recall.

7             MR. LOWE:  You'll be happy to see how fast I'm

8    going through these.

9             MR. COOMBS:  I should take some encouragement.

10   That's good.  I'll go with that.  Works for now.

11            THE DEPONENT:  If you want any help, let me

12   know.

13            MR. LOWE:  I appreciate that.

14            MR. COOMBS:  You have to bear in mind, for the

15   witness, it's after midnight now.

16            MR. LOWE:  So now I'm going to ask him tough

17   questions.

18       Q    Let's take a look at Exhibit 1063.

19            (Document handed to counsel and the deponent.)

20       Q    BY MR. LOWE:  Can you tell me what this is?

21       A    This is a printout of a website called

22   brandfashioner.com.  Fashioner as F-A-S-H-I-O-N-E-R.com.

23       Q    What is the significance of this printout?

24       A    This should be the home page for this website.

25       Q    Well, the whole document is what I'm talking

                              181

NIKOLAY LIVADKIN

1                DEPOSITION OFFICER'S CERTIFICATE

2

3    STATE OF CALIFORNIA      }
                              }      ss.
4    COUNTY OF ORANGE         }

5

6          I, TAMI L. LE, hereby certify:

7          I am a duly qualified Certified Shorthand

8    Reporter in the State of California, holder of

9    Certificate Number CSR 8716 issued by the Court

10   Reporters Board of California and which is in full force

11   and effect.  (Fed. R. Civ. P. 28(a)).

12         I am authorized to administer oaths or

13   affirmations pursuant to California Code of Civil

14   Procedure, Section 2093(b) and prior to being examined,

15   the witness was first duly sworn by me.  (Fed. R. Civ.

16   P. 28(a), 30(f)(1)).

17         I am not a relative or employee or attorney or

18   counsel of any of the parties, nor am I a relative or

19   employee of such attorney or counsel, nor am I

20   financially interested in this action.  (Fed. R. Civ. P.

21   28).

22         I am the deposition officer that

23   stenographically recorded the testimony in the foregoing

24   deposition and the foregoing transcript is a true record

25                         / / /

                             204

BARKLEY
Court Reporters

1   testimony given by the witness.  (Fed. R. Civ. P.

2   30(f)(1)).

3        Before completion of the deposition, a review of

4   the transcript  [x] was  [ ] was not requested.  If

5   requested, any changes made by the deponent (and

6   provided to the reporter) during the period allowed, are

7   appended hereto.  (Fed. R. Civ. P. 30(e)).

8

9   Dated:  May 2, 2008.

10

11

12        _____

13        TAMI L. IE
          Certified Shorthand Reporter No. 8716, RPR

14

15

16

17

18

19

20

21

22

23

24

25

                        205

# EXHIBIT 1508

```
1                IN THE UNITED STATES DISTRICT COURT

2              FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                        SAN JOSE DIVISION

4   LOUIS VUITTON MALLETIER, S.A.,    )
                                      )
5                     PLAINTIFF       )
              VS                      )C.A. NO. C 07 3952 JW
6                                     )
    AKANOC SOLUTIONS, INC., MANAGED   )
7   SOLUTIONS GROUP, INC., STEVEN     )
    CHEN AND DOES 1 THROUGH 10,       )
8   INCLUSIVE,                        )
                          DEFENDANTS  )
9   ─────────────────────────────────)

10

11

12

13

14                ORAL DEPOSITION OF ROBERT L. HOLMES,

15   produced as a witness at the instance of the Defendants,

16   and duly sworn, was taken in the above-styled

17   and -numbered cause on the 1st day of April, 2008, from

18   9:31 AM to 6:22 PM, before Ronald R. Cope, a CSR in and

19   for the State of Texas, Registered Professional Reporter

20   and Certified Realtime Reporter, reported by machine

21   shorthand at the offices of U.S. Legal

22   Support/MillerParker, Inc., 5910 North Central

23   Expressway, 100 Premier Place, Dallas, Texas, 75206,

24   pursuant to the Federal Rules of Civil Procedure and the

25   provisions stated on the record or attached hereto.
```



EXHIBIT

**1508**

ALL-STATE® INTERNATIONAL

ROBERT L. HOLMES

1     Q.   Actually, what I was asking --

2     A.   Yeah.  I think you need --

3     Q.   What I'm asking you is:  Did you identify any

4 of your cases by name, any name other than a domain

5 name, cases that were involved ultimately with this

6 lawsuit?

7     A.   I do not believe so, sir, not case names.

8     Q.   Okay.  Do you know how many cases that you

9 identified in your office that eventually became

10 involved in this lawsuit?

11    A.   No, sir.

12    Q.   Do you have an idea as to the range of -- the

13 number of different domains that you investigated for

14 this lawsuit?

15    A.   Yes, sir.  I told you before between a

16 half-dozen and a dozen and a half.

17    Q.   So between 6 and 18?

18    A.   That's perhaps correct.

19    Q.   And during what period of time did you do that?

20    A.   I do not remember.

21    Q.   Do you know when it started?

22    A.   I do not.

23    Q.   I believe earlier you had testified that you

24 were contacted by Mr. Livadkin in 2007 for this

25 lawsuit -- is that right?  -- something that led

32

ROBERT L. HOLMES

BARKLEY
Court Reporters

```
 1   STATE OF TEXAS      X

 2   COUNTY OF DALLAS    X

 3

 4           I, Ronald R. Cope, a Certified Shorthand

 5   Reporter duly commissioned and qualified in and for the

 6   State of Texas, Registered Professional Reporter and

 7   Certified Realtime Reporter, do hereby certify that

 8   there came before me on the 1st day of April, 2008, at

 9   U.S. Legal Support/MillerParker, Inc. Located at 5910

10   North Central Expressway, 100 Premier Place, Dallas,

11   Texas, 75206, the following named person, to-wit: ROBERT

12   L. HOLMES, who was duly sworn to testify the truth, the

13   whole truth, and nothing but the truth of knowledge

14   touching and concerning the matters in controversy in

15   this cause; and that he was thereupon examined upon oath

16   and his examination reduced to typewriting under my

17   supervision; that the deposition is a true record of the

18   testimony given by the witness.

19           I further certify that pursuant to FRCP

20   Rule 30(e) that the signature of the deponent:

21           _X_ was requested by the deponent or a

22   party before the completion of the deposition, and that

23   signature is to be before any notary public and returned

24   within 30 days from date of receipt of the transcript;

25                   ___ was not requested by the deponent or a
```

316

ROBERT L. HOLMES

1    party before the completion of the deposition.

2                  I further certify that I am neither

3    attorney or counsel for, nor related to or employed by

4    any of the parties to the action in which this

5    deposition is taken, and further that I am not a

6    relative or employee of any attorney or counsel employed

7    by the parties hereto, or financially interested in the

8    action.

9                  CERTIFIED TO BY ME on this the 7th day of

10   April, 2008.

11

12   _Ronald R. Cope_
     RONALD R. COPE, CSR, RPR, CRR,
13   Texas CSR 1813
     Expiration Date:  12/31/09
14   US Legal Support/MillerParker
     CRCB Registration No. 343
15   100 Premier Place
     5910 North Central Expressway
16   Dallas, Texas  75206-5190
     (214) 369-3376
17
     Charge for transcript and exhibits $ _____
18
     To be paid by Defendant James A. Lowe
19
     Job No. 68415
20

21

22

23

24

25