# EXHIBIT A



## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



*Commissioner of Patents and Trademarks*

**Plaintiff's Document Production 1**

EXHIBIT A                    Page 12

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

**United States Patent and Trademark Office**

Reg. No. 2,378,388

Registered Aug. 22, 2000

## TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE CORPORATION)
2, RUE DU PONT-NEUF
75001 PARIS, FRANCE

FOR: GOODS MADE OF LEATHER OR IMITATIONS OF LEATHER NOT INCLUDED IN OTHER CLASSES NAMELY BOXES OF LEATHER OR LEATHER BOARD PRINCIPALLY USED FOR TRAVEL PURPOSES, ENVELOPES OF LEATHER FOR MERCHANDISE PACKAGING, TRUNKS, VALISES, TRAVELING BAGS, TRAVELING SETS FOR CONTAINING COSMETICS, JEWELRY AND STATIONERY, GARMENT BAGS FOR TRAVEL, VANITY CASES, RUCKSACKS, HANDBAGS, BEACH BAGS, SHOPPING BAGS, SHOULDER BAGS, ATTACHE-CASES, BRIEF CASES, POUCHES, FINE LEATHER GOODS NAMELY, POCKET WALLETS, PURSES,

KEY CASES, BUSINESS CARD CASES, CREDIT CARD CASES, CALLING CARD CASES, PARASOLS, UMBRELLAS, CANES, WALKING-STICK SEATS. IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 7-0-1996; IN COMMERCE 7-0-1996.

OWNER OF U.S. REG. NOS. 1,615,681, 2,177,841 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PARIS", APART FROM THE MARK AS SHOWN.

THE COLORS LIGHT AND DARK BROWN ARE CLAIMED AS A FEATURE OF THE MARK. THE LINING CONSTITUTES A FEATURE OF THE MARK AND, ITSELF, DOES NOT INDICATE COLOR AS DESCRIBED AND CLAIMED HEREINABOVE.

THE NAME "LOUIS VUITTON" DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

Plaintiff's Document Production 2

*JAM- MGP- ALC*

*07410 . 0010*



**UNITED STATES**
**PATENT AND**
**TRADEMARK OFFICE**

Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3514
www.uspto.gov

REGISTRATION NO: 1794905    SERIAL NO: 74/147107    MAILING DATE: 05/04/2004
REGISTRATION DATE: 09/28/1993
MARK: LV
REGISTRATION OWNER: LOUIS VUITTON MALLETIER

CORRESPONDENCE ADDRESS:
MONTIA GIVENS PRESSEY
FINNEGAN HENDERSON FARABOW ET AL
1300 I ST NW
WASHINGTON DC 20005-3314

**RECEIVED**

MAY 1 3 2004

FINNEGAN, HENDERSON, and
FARABOW, GARRETT & DUNNER, LLP

# NOTICE OF ACCEPTANCE
### 15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-
IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE
TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

*************************************************

# NOTICE OF RENEWAL
### 15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-
IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE
TRADEMARK ACT, 15 U.S.C. Sec. 1059.

ACCORDINGLY, THE REGISTRATION IS RENEWED.

*************************************************

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
016, 025.

CLINKSCALES, ARLENE L
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

*DK 10*
*5-13*

CORRECTED

TMLT6A (3/2003)    **Plaintiff's Document Production 3**

EXHIBIT A                                    Page 14

# REQUIREMENTS FOR MAINTAINING A FEDERAL TRADEMARK REGISTRATION

## I) SECTION 8: AFFIDAVIT OF CONTINUED USE

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. Sec. 1058, at the end of each successive 10-year period following the date of registration.

**Failure to file the Section 8 Affidavit will result in the cancellation of the registration.**

## II) SECTION 9: APPLICATION FOR RENEWAL

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. Sec. 1059, at the end of each successive 10-year period following the date of registration.

**Failure to file the Application for Renewal will result in the expiration of the registration.**

**NO FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS WILL BE SENT TO THE REGISTRANT BY THE PATENT AND TRADEMARK OFFICE. IT IS RECOMMENDED THAT THE REGISTRANT CONTACT THE PATENT AND TRADEMARK OFFICE APPROXIMATELY ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.**

TMLT1R (9/99)

Plaintiff's Document Production 4

Int. Cls.: 16 and 25

Prior U.S. Cls.: 5, 11, 29, 37, 38 and 39

**United States Patent and Trademark Office**

Reg. No. 1,794,905
Registered Sep. 28, 1993

**TRADEMARK**
**PRINCIPAL REGISTER**



LOUIS VUITTON MALLETIER (FRANCE CORPORATION)
54, AVENUE MONTAIGNE
75008 PARIS, FRANCE , ASSIGNEE OF LOUIS VUITTON (FRANCE CORPORATION) 75008 PARIS, FRANCE

FOR: TRAVEL GOODS CATALOGS, STATIONERY, PADS OF STATIONERY, CALENDARS, INDEXES FOR ARTICLES MADE FOR TRAVELLERS, NOTEBOOKS, ENVELOPES; PRINTED LABELS FOR LUGGAGE AND OTHER TRAVEL GOODS AND LEATHER HOLDERS THEREFOR, SOLD AS A UNIT; WRITING PAPER, PAPER OR PLASTIC BAGS FOR PACKAGING, HAT BOXES, PAPER OR CARDBOARD BOXES, PHOTOGRAPHS, ADHESIVES FOR STATIONERY, OFFICE REQUISITES IN THE NATURE OF WRITING PADS, LETTER TRAYS, PAPER CUTTERS, LETTER OPENERS, WRITING TABLETS, PENCILS, PENCIL HOLDERS, FOUNTAIN PENS, BALLPOINT PENS, PEN CASES, PENCIL CASES, LEAD HOLDERS, BALLPOINTS FOR PENS, NIBS, NIBS OF GOLD, INKWELLS, INKSTANDS, PLAYING CARDS, IN CLASS 16 (U.S. CLS. 5, 11, 29, 37 AND 38).

FOR: CLOTHING FOR MEN AND WOMEN; NAMELY BELTS, SHAWLS, SASHES, SCARVES; FOOTWEAR HEADGEAR, IN CLASS 25 (U.S. CL. 39).

OWNER OF FRANCE REG. NO. 1540178, DATED 7-7-1989, EXPIRES 7-7-1999.

OWNER OF U.S. REG. NOS. 286,345, 1,522,311 AND OTHERS.

SER. NO. 74-147,107, FILED 3-12-1991.

PATRICK, LEVY, EXAMINING ATTORNEY

---

Client (Instr. Source): _____ LVT _____
Client Ref: _____
Changes of Title: _____

Our Ref: LVT USA TA-92/8173
Renewal due      : Sep 28, 2003
Section 8 due    : Sep 28, 1998
Section 8 filed  :
Class(es)        :
Section 15 filed :
Goods/Services   :

WEISS DAWID FROSS ZELNICK & LEHRMAN, P.C.
Plaintiff's Document Production 5

Int. Cls.: 16 and 25



Prior U.S. Cls.: 5, 11, 29, 37, 38 and 39

**United States Patent and Trademark Office**    Reg. No. 1,794,905
Registered Sep. 28, 1993

## TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE COR-
PORATION)
54, AVENUE MONTAIGNE
75008 PARIS, FRANCE , ASSIGNEE OF LOUIS
VUITTON (FRANCE CORPORATION) 75008
PARIS, FRANCE

FOR: TRAVEL GOODS CATALOGS, STA-
TIONERY, PADS OF STATIONERY, CALEN-
DARS, INDEXES FOR ARTICLES MADE FOR
TRAVELLERS, NOTEBOOKS, ENVELOPES;
PRINTED LABELS FOR LUGGAGE AND
OTHER TRAVEL GOODS AND LEATHER
HOLDERS THEREFOR, SOLD AS A UNIT;
WRITING PAPER, PAPER OR PLASTIC BAGS
FOR PACKAGING, HAT BOXES, PAPER OR
CARDBOARD BOXES, PHOTOGRAPHS, ADHE-
SIVES FOR STATIONERY, OFFICE REQUI-
SITES IN THE NATURE OF WRITING PADS,
LETTER TRAYS, PAPER CUTTERS, LETTER

OPENERS, WRITING TABLETS, PENCILS,
PENCIL HOLDERS, FOUNTAIN PENS, BALL-
POINT PENS, PEN CASES, PENCIL CASES,
LEAD HOLDERS, BALLPOINTS FOR PENS,
NIBS, NIBS OF GOLD, INKWELLS, INK-
STANDS, PLAYING CARDS, IN CLASS 16 (U.S.
CLS. 5, 11, 29, 37 AND 38).

FOR: CLOTHING FOR MEN AND WOMEN;
NAMELY BELTS, SHAWLS, SASHES,
SCARVES; FOOTWEAR HEADGEAR, IN
CLASS 25 (U.S. CL. 39).

OWNER OF FRANCE REG. NO. 1540178,
DATED 7-7-1989, EXPIRES 7-7-1999.

OWNER OF U.S. REG. NOS. 286,345, 1,522,311
AND OTHERS.

SER. NO. 74-147,107, FILED 3-12-1991.

PATRICK, LEVY, EXAMINING ATTORNEY

| | |
|---|---|
| Client (Instr. Source): ___LVT___<br>Client Ref: _____<br>Changes of Title: | Our Ref: LVT USA TA-92/8173<br>Renewal due    : Sep 28, 2003<br>Section 8 due   : Sep 28, 1998<br>Section 8 filed :<br>Class(es)       :<br>Section 15 filed:<br>Goods/Services  : |

**WEISS DAWID FROSS ZELNICK & LEHRMAN, P.C.**

MSS JAm KMT 7410.0999

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

FEBRUARY 09, 1999                                    PTAS

FINNEGAN, HENDERSON ET AL.
JULIA ANNE MATHESON, ESQ.
1300 I STREET, N.W.
WASHINGTON, D.C. 20005-3315

*100857337A*

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF
THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE MICROFILM COPY IS
AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER
REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE
INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA
PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD
FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY
CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 703-308-9723.
PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT AND TRADEMARK OFFICE,
ASSIGNMENT DIVISION, BOX ASSIGNMENTS, CG-4, 1213 JEFFERSON DAVIS HWY,
SUITE 320, WASHINGTON, D.C. 20231.

RECORDATION DATE: 10/16/1998          REEL/FRAME: 1801/0827
                                      NUMBER OF PAGES: 31

BRIEF: CHANGE OF ADDRESS

ASSIGNOR:
    LOUIS VUITTON MALLETIER           DOC DATE: 01/05/1998
                                      CITIZENSHIP: FRANCE
                                      ENTITY: CORPORATION

ASSIGNEE:
    LOUIS VUITTON MALLETIER           CITIZENSHIP: FRANCE
    2, RUE DU PONT-NEUF               ENTITY: CORPORATION
    75001 PARIS, FRANCE

APPLICATION NUMBER: 75143799          FILING DATE: 08/01/1996
REGISTRATION NUMBER: 2177828          ISSUE DATE: 08/04/1998

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

Plaintiff's Document Production 7

1801/0827 PAGE 2

APPLICATION NUMBER: 75143789          FILING DATE: 08/01/1996
REGISTRATION NUMBER: 2181753          ISSUE DATE: 08/18/1998

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74147107          FILING DATE: 03/12/1991
REGISTRATION NUMBER: 1794905          ISSUE DATE: 09/28/1993

MARK: LV
DRAWING TYPE: STYLIZED WORDS, LETTERS, OR NUMBERS

APPLICATION NUMBER: 75034427          FILING DATE: 12/19/1995
REGISTRATION NUMBER: 2147003          ISSUE DATE: 03/31/1998

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74000195          FILING DATE: 11/16/1989
REGISTRATION NUMBER: 1615681          ISSUE DATE: 10/02/1990

MARK: LOUIS VUITTON MALLETIER A PARIS
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 73811070          FILING DATE: 07/06/1989
REGISTRATION NUMBER: 1650162          ISSUE DATE: 07/09/1991

MARK: LV LOUIS VUITTON
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74618480          FILING DATE: 01/06/1995
REGISTRATION NUMBER: 1938808          ISSUE DATE: 11/28/1995

MARK: LV
DRAWING TYPE: STYLIZED WORDS, LETTERS, OR NUMBERS

APPLICATION NUMBER: 71313983          FILING DATE: 04/29/1931
REGISTRATION NUMBER: 0297594          ISSUE DATE: 09/20/1932

MARK: VL
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 73060441          FILING DATE: 08/13/1975
REGISTRATION NUMBER: 1045932          ISSUE DATE: 08/10/1976

MARK: LOUIS VUITTON
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75034621          FILING DATE: 12/19/1995
REGISTRATION NUMBER: 2075141          ISSUE DATE: 07/01/1997

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

Plaintiff's Document Production 8

1801/0827 PAGE 3

APPLICATION NUMBER: 75034446          FILING DATE: 12/19/1995
REGISTRATION NUMBER: 2159848          ISSUE DATE: 05/26/1998

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74197490          FILING DATE: 08/23/1991
REGISTRATION NUMBER: 1875198          ISSUE DATE: 01/24/1995

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 75034445          FILING DATE: 12/19/1995
REGISTRATION NUMBER: 2071273          ISSUE DATE: 06/17/1997

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74583288          FILING DATE: 10/07/1994
REGISTRATION NUMBER: 1936892          ISSUE DATE: 11/21/1995

MARK: TAIGA
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74730993          FILING DATE: 09/19/1995
REGISTRATION NUMBER: 2058732          ISSUE DATE: 05/06/1997

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74730994          FILING DATE: 09/19/1995
REGISTRATION NUMBER: 2098630          ISSUE DATE: 09/23/1997

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 75158241          FILING DATE: 08/27/1996
REGISTRATION NUMBER: 2177841          ISSUE DATE: 08/04/1998

MARK: LOUIS VUITTON CLASSIC
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74604074          FILING DATE: 11/29/1994
REGISTRATION NUMBER: 1990760          ISSUE DATE: 08/06/1996

MARK: LOUIS VUITTON
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74562190          FILING DATE: 08/17/1994
REGISTRATION NUMBER: 1931144          ISSUE DATE: 10/31/1995

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

Plaintiff's Document Production 9

1801/0827 PAGE 4

APPLICATION NUMBER: 74042919          FILING DATE: 03/22/1990
REGISTRATION NUMBER: 1653663          ISSUE DATE: 08/13/1991

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74148017          FILING DATE: 03/15/1991
REGISTRATION NUMBER: 1770131          ISSUE DATE: 05/11/1993

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74375622          FILING DATE: 04/05/1993
REGISTRATION NUMBER: 1923652          ISSUE DATE: 10/03/1995

MARK: TAIGA
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 73765337          FILING DATE: 11/23/1988
REGISTRATION NUMBER: 1574197          ISSUE DATE: 01/02/1990

MARK: L'AME DU VOYAGE
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74601972          FILING DATE: 11/22/1994
REGISTRATION NUMBER: 2101815          ISSUE DATE: 09/30/1997

MARK: LV CUP
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74178312          FILING DATE: 06/21/1991
REGISTRATION NUMBER: 1902728          ISSUE DATE: 07/04/1995

MARK: LV CUP
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 73726741          FILING DATE: 05/06/1988
REGISTRATION NUMBER: 1519828          ISSUE DATE: 01/10/1989

MARK: LV
DRAWING TYPE: STYLIZED WORDS, LETTERS, OR NUMBERS

APPLICATION NUMBER: 74033904          FILING DATE: 03/02/1990
REGISTRATION NUMBER: 1653662          ISSUE DATE: 08/13/1991

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74022168          FILING DATE: 01/24/1990
REGISTRATION NUMBER: 1643625          ISSUE DATE: 05/07/1991

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

Plaintiff's Document Production 10

1801/0827 PAGE 5

APPLICATION NUMBER: 74014368          FILING DATE: 12/26/1989
REGISTRATION NUMBER: 1646847          ISSUE DATE: 06/04/1991

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74033970          FILING DATE: 03/02/1990
REGISTRATION NUMBER: 1655564          ISSUE DATE: 09/03/1991

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74407999          FILING DATE: 06/28/1993
REGISTRATION NUMBER: 1841850          ISSUE DATE: 06/28/1994

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN


STEVEN POST, EXAMINER
ASSIGNMENT DIVISION
OFFICE OF PUBLIC RECORDS

Plaintiff's Document Production 11

15:31    2024884400    FINNEGAN HENDERSON    PAGE  04

MSS/VAN/RFC

UNITED STATES PATENT AND TRADEMARK OFFICE

7410.0024

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

REGISTRATION NO: 1938808    SERIAL NO: 74/618480    MAILING DATE: 12/20/2005
REGISTRATION DATE: 11/28/1995
MARK: LV
REGISTRATION OWNER: LOUIS VUITTON MALLETIER

CORRESPONDENCE ADDRESS:
JULIA ANNE MATHESON
FINNEGAN HENDERSON FARABOW GARRETT
DUNNER, LLP
901 NEW YORK AVENUE, N. W.
WASHINGTON, D.C. 20001-4413

# NOTICE OF ACCEPTANCE
## 15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-
IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE
TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

*****************************************************

# NOTICE OF RENEWAL
## 15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-
IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE
TRADEMARK ACT, 15 U.S.C. Sec. 1059.

ACCORDINGLY, THE REGISTRATION IS RENEWED.

*****************************************************

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
014, 024.

SMITH, WYE JEAN
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

ORIGINAL

TMLT&C (11/2005)

Plaintiff's Document Production 12

EXHIBIT A                                    Page 23

Int. Cls.: 14 and 24
Prior U.S. Cls.: 2, 27, 28, 42 and 50                        Reg. No. 1,938,808
United States Patent and Trademark Office            Registered Nov. 28, 1995
Corrected                                                    OG Date Apr. 1, 1997

## TRADEMARK
## PRINCIPAL REGISTER



LOUIS    VUITTON    MALLETIER
(FRANCE CORPORATION)
54, AVENUE MONTAIGNE
75008 PARIS, FRANCE

OWNER OF U.S. REG. NOS. 286,345,
1,794,905 AND OTHERS.

FOR: JEWELRY, WATCHES AND
STRAPS FOR WRIST WATCHES, IN
CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1910; IN COMMERCE
0-0-1910.

FOR: TRAVEL BLANKETS MADE OF
TEXTILE, IN CLASS 24 (U.S. CLS. 42
AND 50).

FIRST USE 0-0-1901; IN COMMERCE
0-0-1901.

SER. NO. 74-618,480, FILED 1-6-1995.



*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Apr. 1, 1997.*

*Bruce Lehman*

COMMISSIONER OF PATENTS AND TRADEMARKS

Plaintiff's Document Production 13

EXHIBIT A                                                    Page 24

MSS JAM KMT 7410.0999

**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

FEBRUARY 09, 1999

PTAS

FINNEGAN, HENDERSON ET AL.
JULIA ANNE MATHESON, ESQ.
1300 I STREET, N.W.
WASHINGTON, D.C. 20005-3315

*100857337A*

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF
THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE MICROFILM COPY IS
AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER
REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE
INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA
PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD
FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY
CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 703-308-9723.
PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT AND TRADEMARK OFFICE,
ASSIGNMENT DIVISION, BOX ASSIGNMENTS, CG-4, 1213 JEFFERSON DAVIS HWY,
SUITE 320, WASHINGTON, D.C. 20231.

RECORDATION DATE: 10/16/1998          REEL/FRAME: 1801/0827
                                      NUMBER OF PAGES: 31

BRIEF: CHANGE OF ADDRESS

ASSIGNOR:
  LOUIS VUITTON MALLETIER            DOC DATE: 01/05/1998
                                     CITIZENSHIP: FRANCE
                                     ENTITY: CORPORATION

ASSIGNEE:
  LOUIS VUITTON MALLETIER            CITIZENSHIP: FRANCE
  2, RUE DU PONT-NEUF                ENTITY: CORPORATION
  75001 PARIS, FRANCE

APPLICATION NUMBER: 75143799         FILING DATE: 08/01/1996
REGISTRATION NUMBER: 2177828         ISSUE DATE: 08/04/1998

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

NiD

Plaintiff's Document Production 14

EXHIBIT A                                Page 25

1801/0827 PAGE 2

APPLICATION NUMBER: 75143789          FILING DATE: 08/01/1996
REGISTRATION NUMBER: 2181753          ISSUE DATE: 08/18/1998

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74147107          FILING DATE: 03/12/1991
REGISTRATION NUMBER: 1794905          ISSUE DATE: 09/28/1993

MARK: LV
DRAWING TYPE: STYLIZED WORDS, LETTERS, OR NUMBERS

APPLICATION NUMBER: 75034427          FILING DATE: 12/19/1995
REGISTRATION NUMBER: 2147003          ISSUE DATE: 03/31/1998

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74000195          FILING DATE: 11/16/1989
REGISTRATION NUMBER: 1615681          ISSUE DATE: 10/02/1990

MARK: LOUIS VUITTON MALLETIER A PARIS
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 73811070          FILING DATE: 07/06/1989
REGISTRATION NUMBER: 1650162          ISSUE DATE: 07/09/1991

MARK: LV LOUIS VUITTON
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74618480          FILING DATE: 01/06/1995
REGISTRATION NUMBER: 1938808          ISSUE DATE: 11/28/1995

MARK: LV
DRAWING TYPE: STYLIZED WORDS, LETTERS, OR NUMBERS

APPLICATION NUMBER: 71313983          FILING DATE: 04/29/1931
REGISTRATION NUMBER: 0297594          ISSUE DATE: 09/20/1932

MARK: VL
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 73060441          FILING DATE: 08/13/1975
REGISTRATION NUMBER: 1045932          ISSUE DATE: 08/10/1976

MARK: LOUIS VUITTON
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75034621          FILING DATE: 12/19/1995
REGISTRATION NUMBER: 2075141          ISSUE DATE: 07/01/1997

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

Plaintiff's Document Production 15

1801/0827 PAGE 3

APPLICATION NUMBER: 75034446       FILING DATE: 12/19/1995
REGISTRATION NUMBER: 2159848     ISSUE DATE: 05/26/1998

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74197490       FILING DATE: 08/23/1991
REGISTRATION NUMBER: 1875198     ISSUE DATE: 01/24/1995

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 75034445       FILING DATE: 12/19/1995
REGISTRATION NUMBER: 2071273     ISSUE DATE: 06/17/1997

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74583288       FILING DATE: 10/07/1994
REGISTRATION NUMBER: 1936892     ISSUE DATE: 11/21/1995

MARK: TAIGA
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74730993       FILING DATE: 09/19/1995
REGISTRATION NUMBER: 2058732     ISSUE DATE: 05/06/1997

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74730994       FILING DATE: 09/19/1995
REGISTRATION NUMBER: 2098630     ISSUE DATE: 09/23/1997

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 75158241       FILING DATE: 08/27/1996
REGISTRATION NUMBER: 2177841     ISSUE DATE: 08/04/1998

MARK: LOUIS VUITTON CLASSIC
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74604074       FILING DATE: 11/29/1994
REGISTRATION NUMBER: 1990760     ISSUE DATE: 08/06/1996

MARK: LOUIS VUITTON
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74562190       FILING DATE: 08/17/1994
REGISTRATION NUMBER: 1931144     ISSUE DATE: 10/31/1995

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

Plaintiff's Document Production 16

1801/0827 PAGE 4

APPLICATION NUMBER: 74042919          FILING DATE: 03/22/1990
REGISTRATION NUMBER: 1653663          ISSUE DATE: 08/13/1991

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74148017          FILING DATE: 03/15/1991
REGISTRATION NUMBER: 1770131          ISSUE DATE: 05/11/1993

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74375622          FILING DATE: 04/05/1993
REGISTRATION NUMBER: 1923652          ISSUE DATE: 10/03/1995

MARK: TAIGA
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 73765337          FILING DATE: 11/23/1988
REGISTRATION NUMBER: 1574197          ISSUE DATE: 01/02/1990

MARK: L'AME DU VOYAGE
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74601972          FILING DATE: 11/22/1994
REGISTRATION NUMBER: 2101815          ISSUE DATE: 09/30/1997

MARK: LV CUP
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74178312          FILING DATE: 06/21/1991
REGISTRATION NUMBER: 1902728          ISSUE DATE: 07/04/1995

MARK: LV CUP
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 73726741          FILING DATE: 05/06/1988
REGISTRATION NUMBER: 1519828          ISSUE DATE: 01/10/1989

MARK: LV
DRAWING TYPE: STYLIZED WORDS, LETTERS, OR NUMBERS

APPLICATION NUMBER: 74033904          FILING DATE: 03/02/1990
REGISTRATION NUMBER: 1653662          ISSUE DATE: 08/13/1991

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74022168          FILING DATE: 01/24/1990
REGISTRATION NUMBER: 1643625          ISSUE DATE: 05/07/1991

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

Plaintiff's Document Production 17

1801/0827 PAGE 5

APPLICATION NUMBER: 74014368          FILING DATE: 12/26/1989
REGISTRATION NUMBER: 1646847          ISSUE DATE: 06/04/1991

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74033970          FILING DATE: 03/02/1990
REGISTRATION NUMBER: 1655564          ISSUE DATE: 09/03/1991

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74407999          FILING DATE: 06/28/1993
REGISTRATION NUMBER: 1841850          ISSUE DATE: 06/28/1994

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN




STEVEN POST, EXAMINER
ASSIGNMENT DIVISION
OFFICE OF PUBLIC RECORDS

Plaintiff's Document Production 18



Nº 286345

## CERTIFICATE OF RENEWAL

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for renewal of registration of the Mark shown herein, a copy of said Mark and pertinent data from the Registration being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Registration renewed under the Trademark Act of 1946, as amended, and said Registration has been duly renewed in the Patent and Trademark Office to the registrant named herein.

This Registration shall remain in force for TEN years from the date that said Registration was due to expire unless sooner terminated as provided by law.



In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this twenty-fourth day of September 1991.

*Harry F. Manbeck, Jr.*
Commissioner of Patents and Trademarks

PTO-134
(Rev. 8-89)

Plaintiff's Document Production 19

EXHIBIT A                                                    Page 30

Int. Cl.: 18

Prior U.S. Cl.: 3

**United States Patent and Trademark Office**
10 Year Renewal

Reg. No. 286,345
Registered Aug. 25, 1931
Renewal Term Begins Aug. 25, 1991

## TRADEMARK
## PRINCIPAL REGISTER



LOUIS VUITTON (FRANCE CORPORA-
TION)
54, AVENUE MONTAIGNE
75008, PARIS, FRANCE. BY CHANGE OF
NAME AND MESNE ASSINGMENT
FROM VUITTON & VUITTON, SOCIE-
TE A RESPONSABILITE LIMITEE
(FRANCE CORPORATION) PARIS,
FRANCE

OWNER OF FRANCE REG. NO. 219490,
DATED 10-29-1908.

FOR: TRUNKS, VALISES, TRAVEL-
ING BAGS, [SATCHELS,] HAT BOXES
AND SHOE BOXES USED FOR LUG-
GAGE, HAND BAGS, AND POCKET-
BOOKS, IN CLASS 3 (INT. CL. 18).

FIRST USE 0-0-1897; IN COMMERCE
0-0-1897.

SER. NO. 71-313,984, FILED 4-29-1931.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Sep. 24, 1991.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Plaintiff's Document Production 20

EXHIBIT A                    Page 31



## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



*Acting Commissioner of Patents and Trademarks*

Plaintiff's Document Production 21

Int. Cl.: 34

Prior U.S. Cls.: 2, 8, 9 and 17

**Reg. No. 2,291,907**

## United States Patent and Trademark Office

Registered Nov. 16, 1999

### TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE CORPORATION)
2, RUE DU PONT-NEUF
75001 PARIS, FRANCE

FOR: CIGAR AND CIGARETTE CASES NOT OF PRECIOUS METAL, CIGAR CUTTERS, CIGAR AND CIGARETTE HOLDERS NOT OF PRECIOUS METAL, ASHTRAYS NOT OF PRECIOUS METAL FOR SMOKERS, CIGAR AND CIGARETTE LIGHTERS NOT OF PRECIOUS

METAL FOR SMOKERS, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

OWNER OF FRANCE REG. NO. 1540178, DATED 7-12-1979, RENEWED AS REG. NO. 142382, DATED 7-7-1989, EXPIRES 7-7-1999.

OWNER OF U.S. REG. NOS. 1,519,828, 1,794,905, AND 1,938,808.

SER. NO. 75-297,388, FILED 5-23-1997.

JENNIFER CHICOSKI, EXAMINING ATTORNEY

**Plaintiff's Document Production 22**

07:46    LVM STANDARD → 00153205509                    NO. 492    D03
23:40    202 408 4400
04 17:56 FR FINNEGAN HENDERSON 202 408 4400 TO 011331558003399#    P.03

*jhinjinormi*

7410-39

# UNITED STATES
# PATENT AND
# TRADEMARK OFFICE

Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3514
www.uspto.gov

REGISTRATION NO: 1770131    SERIAL NO: 74/148017    MAILING DATE: 02/07/2004
REGISTRATION DATE: 05/11/1993
MARK: LV AND DESIGN
REGISTRATION OWNER: LOUIS VUITTON MALLETIER

RECEIVED

CORRESPONDENCE ADDRESS:
MONTIA GIVENS PRESSEY
FINNEGAN HENDERSON FARABOW GARRETT ET AL
1300 I ST NW
WASHINGTON DC  20005

FEB 2 5 2004

FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER LLP

# NOTICE OF ACCEPTANCE
15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-
IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE
TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# NOTICE OF RENEWAL
15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-
IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE
TRADEMARK ACT, 15 U.S.C. Sec. 1059.

ACCORDINGLY, THE REGISTRATION IS RENEWED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
025.

HORN GORE, ARLENE J
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

ORIGINAL

TMLT6A (3/2003)

Plaintiff's Document Production 23



# The United States of America

Nº 1770131

## CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, as amended, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

### PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for TEN years unless sooner terminated as provided by law.



In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this eleventh day of May 1993.

*Michael K. Kirk*

Acting Commissioner of Patents and Trademarks

Plaintiff's Document Production 24

Int. Cl.: 25

Prior U.S. Cl.: 39



Reg. No. 1,770,131

## United States Patent and Trademark Office    Registered May 11, 1993

## TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON (FRANCE CORPORATION)
54 AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: CLOTHING FOR MEN AND WOMEN; NAMELY, BELTS, SHAWLS, SASHES. SCARVES; FOOTWEAR, TIPS FOR FOOTWEAR; HEADGEAR, IN CLASS 25 (U.S. CL. 39).

OWNER OF FRANCE REG. NO. 1498338, DATED 11-15-1988, EXPIRES 11-15-1998.

OWNER OF U.S. REG. NO. 1,615,502.

SER. NO. 74-148,017, FILED 3-15-1991.

PATRICK, LEVY, EXAMINING ATTORNEY

**Plaintiff's Document Production 25**

MSS JAM KMT 7410.0999

**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

FEBRUARY 09, 1999

FINNEGAN, HENDERSON ET AL.                        PTAS
JULIA ANNE MATHESON, ESQ.
1300 I STREET, N.W.
WASHINGTON, D.C. 20005-3315

*100857337A*

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF
THE U.S. PATENT AND TRADEMARK OFFICE.  A COMPLETE MICROFILM COPY IS
AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER
REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE.  THE
INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA
PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM.  IF YOU SHOULD
FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY
CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 703-308-9723.
PLEASE SEND REQUEST FOR CORRECTION TO:  U.S. PATENT AND TRADEMARK OFFICE,
ASSIGNMENT DIVISION, BOX ASSIGNMENTS, CG-4, 1213 JEFFERSON DAVIS HWY,
SUITE 320, WASHINGTON, D.C. 20231.

RECORDATION DATE: 10/16/1998            REEL/FRAME: 1801/0827
                                         NUMBER OF PAGES: 31

BRIEF:  CHANGE OF ADDRESS

ASSIGNOR:
  LOUIS VUITTON MALLETIER                DOC DATE: 01/05/1998
                                         CITIZENSHIP: FRANCE
                                         ENTITY: CORPORATION

ASSIGNEE:
  LOUIS VUITTON MALLETIER                CITIZENSHIP: FRANCE
  2, RUE DU PONT-NEUF                    ENTITY: CORPORATION
  75001 PARIS, FRANCE

APPLICATION NUMBER: 75143799             FILING DATE: 08/01/1996
REGISTRATION NUMBER: 2177828             ISSUE DATE: 08/04/1998

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

N,D

**Plaintiff's Document Production 26**

1801/0827 PAGE 2

APPLICATION NUMBER: 75143789
REGISTRATION NUMBER: 2181753

FILING DATE: 08/01/1996
ISSUE DATE: 08/18/1998

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74147107
REGISTRATION NUMBER: 1794905

FILING DATE: 03/12/1991
ISSUE DATE: 09/28/1993

MARK: LV
DRAWING TYPE: STYLIZED WORDS, LETTERS, OR NUMBERS

APPLICATION NUMBER: 75034427
REGISTRATION NUMBER: 2147003

FILING DATE: 12/19/1995
ISSUE DATE: 03/31/1998

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74000195
REGISTRATION NUMBER: 1615681

FILING DATE: 11/16/1989
ISSUE DATE: 10/02/1990

MARK: LOUIS VUITTON MALLETIER A PARIS
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 73811070
REGISTRATION NUMBER: 1650162

FILING DATE: 07/06/1989
ISSUE DATE: 07/09/1991

MARK: LV LOUIS VUITTON
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74618480
REGISTRATION NUMBER: 1938808

FILING DATE: 01/06/1995
ISSUE DATE: 11/28/1995

MARK: LV
DRAWING TYPE: STYLIZED WORDS, LETTERS, OR NUMBERS

APPLICATION NUMBER: 71313983
REGISTRATION NUMBER: 0297594

FILING DATE: 04/29/1931
ISSUE DATE: 09/20/1932

MARK: VL
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 73060441
REGISTRATION NUMBER: 1045932

FILING DATE: 08/13/1975
ISSUE DATE: 08/10/1976

MARK: LOUIS VUITTON
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75034621
REGISTRATION NUMBER: 2075141

FILING DATE: 12/19/1995
ISSUE DATE: 07/01/1997

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

Plaintiff's Document Production 27

1801/0827 PAGE 3

APPLICATION NUMBER: 75034446          FILING DATE: 12/19/1995
REGISTRATION NUMBER: 2159848          ISSUE DATE: 05/26/1998

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74197490          FILING DATE: 08/23/1991
REGISTRATION NUMBER: 1875198          ISSUE DATE: 01/24/1995

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 75034445          FILING DATE: 12/19/1995
REGISTRATION NUMBER: 2071273          ISSUE DATE: 06/17/1997

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74583288          FILING DATE: 10/07/1994
REGISTRATION NUMBER: 1936892          ISSUE DATE: 11/21/1995

MARK: TAIGA
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74730993          FILING DATE: 09/19/1995
REGISTRATION NUMBER: 2058732          ISSUE DATE: 05/06/1997

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74730994          FILING DATE: 09/19/1995
REGISTRATION NUMBER: 2098630          ISSUE DATE: 09/23/1997

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 75158241          FILING DATE: 08/27/1996
REGISTRATION NUMBER: 2177841          ISSUE DATE: 08/04/1998

MARK: LOUIS VUITTON CLASSIC
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74604074          FILING DATE: 11/29/1994
REGISTRATION NUMBER: 1990760          ISSUE DATE: 08/06/1996

MARK: LOUIS VUITTON
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74562190          FILING DATE: 08/17/1994
REGISTRATION NUMBER: 1931144          ISSUE DATE: 10/31/1995

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

Plaintiff's Document Production 28

1801/0827 PAGE 4

APPLICATION NUMBER: 74042919          FILING DATE: 03/22/1990
REGISTRATION NUMBER: 1653663          ISSUE DATE: 08/13/1991

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74148017          FILING DATE: 03/15/1991
REGISTRATION NUMBER: 1770131          ISSUE DATE: 05/11/1993

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74375622          FILING DATE: 04/05/1993
REGISTRATION NUMBER: 1923652          ISSUE DATE: 10/03/1995

MARK: TAIGA
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 73765337          FILING DATE: 11/23/1988
REGISTRATION NUMBER: 1574197          ISSUE DATE: 01/02/1990

MARK: L'AME DU VOYAGE
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74601972          FILING DATE: 11/22/1994
REGISTRATION NUMBER: 2101815          ISSUE DATE: 09/30/1997

MARK: LV CUP
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74178312          FILING DATE: 06/21/1991
REGISTRATION NUMBER: 1902728          ISSUE DATE: 07/04/1995

MARK: LV CUP
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 73726741          FILING DATE: 05/06/1988
REGISTRATION NUMBER: 1519828          ISSUE DATE: 01/10/1989

MARK: LV
DRAWING TYPE: STYLIZED WORDS, LETTERS, OR NUMBERS

APPLICATION NUMBER: 74033904          FILING DATE: 03/02/1990
REGISTRATION NUMBER: 1653662          ISSUE DATE: 08/13/1991

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74022168          FILING DATE: 01/24/1990
REGISTRATION NUMBER: 1643625          ISSUE DATE: 05/07/1991

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

Plaintiff's Document Production 29

EXHIBIT A                                    Page 40

1801/0827 PAGE 5

APPLICATION NUMBER: 74014368                FILING DATE: 12/26/1989
REGISTRATION NUMBER: 1646847                 ISSUE DATE: 06/04/1991

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74033970                FILING DATE: 03/02/1990
REGISTRATION NUMBER: 1655564                 ISSUE DATE: 09/03/1991

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74407999                FILING DATE: 06/28/1993
REGISTRATION NUMBER: 1841850                 ISSUE DATE: 06/28/1994

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN




STEVEN POST, EXAMINER
ASSIGNMENT DIVISION
OFFICE OF PUBLIC RECORDS

Plaintiff's Document Production 30

í 2006 15:31 FR FINNEGAN HENDERSON 202 408 4400 TO 01133153205509#  P.03



## UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

REGISTRATION NO: 2303212      SERIAL NO: 75/297387      MAILING DATE: 12/19/2005
REGISTRATION DATE: 12/28/1999
MARK: LOUIS VUITTON
REGISTRATION OWNER: LOUIS VUITTON MALLETIER

CORRESPONDENCE ADDRESS:
JULIA ANNE MATHESON
FINNEGAN HENDERSON FARABOW ET AL
901 NEW YORK AVENUE, N.W.
WASHINGTON DC  20001-4413

JAN 0 3 2006

# NOTICE OF ACCEPTANCE
### 15 U.S.C. Sec. 1058(a)(1)

THE COMBINED AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS
THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# NOTICE OF ACKNOWLEDGEMENT
### 15 U.S.C. Sec. 1065

THE AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE
REQUIREMENTS OF SECTION 15 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1065.

ACCORDINGLY, THE SECTION 15 AFFIDAVIT IS ACKNOWLEDGED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
034.

HARPER, BARBARA A
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

   PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

ORIGINAL

Plaintiff's Document Production 31

EXHIBIT A                                    Page 42

Int. Cl.: 34

Prior U.S. Cls.: 2, 8, 9 and 17

**United States Patent and Trademark Office**

Reg. No. 2,303,212

Registered Dec. 28, 1999

## TRADEMARK
## PRINCIPAL REGISTER

## LOUIS VUITTON

LOUIS VUITTON MALLETIER (FRANCE COR-
PORATION)
54, AVENUE MONTAIGNE
PARIS, FRANCE 75008

FOR: CIGAR AND CIGARETTE CASES NOT
OF PRECIOUS METAL, CIGAR CUTTERS,
CIGAR AND CIGARETTE HOLDERS NOT OF
PRECIOUS METAL, ASHTRAYS NOT OF PRE-
CIOUS METAL FOR SMOKERS, CIGAR AND
CIGARETTE LIGHTERS NOT OF PRECIOUS
METAL FOR SMOKERS, IN CLASS 34 (U.S.
CLS. 2, 8, 9 AND 17).

OWNER OF FRANCE REG. NO. 1450752,
DATED 2-19-1998, EXPIRES 2-19-2008.

OWNER OF U.S. REG. NOS. 1,045,932,
1,615,681, AND 1,650,162.

THE NAME "LOUIS VUITTON" SHOWN IN
THE MARK DOES NOT IDENTIFY A LIVING
INDIVIDUAL.

SER. NO. 75-297,387, FILED 5-23-1997.

JENNIFER CHICOSKI, EXAMINING ATTOR-
NEY

**Plaintiff's Document Production 32**

**Requirements for Maintaining a
Federal Trademark Registration**

## SECTION 8: AFFIDAVIT OF CONTINUED USE

The registration shall remain in force for 10 years, except that the
registration shall be canceled for failure to file an Affidavit of Continued
Use under Section 8 of the Trademark Act, 15 U.S.C. §1058, upon the
expiration of the following time periods:

    i) At the end of 6 years following the date of registration.
    ii) At the end of each successive 10-year period following the date of
        registration.

*Failure to file a proper Section 8 Affidavit at the appropriate time will result in the
cancellation of the registration.*

## SECTION 9: APPLICATION FOR RENEWAL

The registration shall remain in force for 10 years, subject to the provisions
of Section 8, except that the registration shall expire for failure to file an
Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C.
§1059, at the end of each successive 10-year period following the date of
registration.

*Failure to file a proper Application for Renewal at the appropriate time will result in
the expiration of the registration.*

No further notice or reminder of these requirements will be sent to the
Registrant by the Patent and Trademark Office. It is recommended
that the Registrant contact the Patent and Trademark Office
approximately one year before the expiration of the time periods shown
above to determine the requirements and fees for the filings required to
maintain the registration.

**Plaintiff's Document Production 33**



## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



*Commissioner of Patents and Trademarks*

**Plaintiff's Document Production 34**

Int. Cls.: 16 and 18

Prior U.S. Cls.: 2, 3, 22, 37, 38 and 41

**United States Patent and Trademark Office**

Reg. No. 1,615,681
Registered Oct. 2, 1990

## TRADEMARK
### PRINCIPAL REGISTER

**LOUIS VUITTON**
MALLETIER A PARIS

LOUIS VUITTON (FRANCE CORPORATION)
30 RUE LA BOETIE
PARIS, FRANCE

FOR: PAPER AND CARDBOARD GOODS, NAMELY POSTERS, PRODUCT CATALOGS AND BROCHURES, PRODUCT PICTURE ALBUMS, PRODUCT MAGAZINES AND NOTEPADS, CALENDARS, INDEXES, NOTEBOOKS, ENVELOPES, LABELS, WRITING PAPER, BOXES OF CARDBOARD OR PAPER, PACKING PAPER, BAGS OF PAPER OR PLASTIC FOR PACKAGING, PHOTOGRAPHS, PENCILS, PENCIL HOLDERS, FOUNTAIN PENS, BALLPOINT PENS, INKSTANDS, NIBS OF GOLD AND PLAYING CARDS, IN CLASS 16 (U.S. CLS. 2, 22, 37 AND 38).

FIRST USE 1-1-1981; IN COMMERCE 1-1-1981.

FOR: TRAVELING BAGS, TRUNKS, VALISES, SATCHELS, HAT BOXES AND SHOE BOXES FOR TRAVEL, POUCHES AND SHOULDER BAGS USED FOR LUGGAGE, TRAVEL KITS AND VANITY CASES SOLD EMPTY AND USED FOR LUGGAGE, RUCKSACKS, SHOPPING BAGS AND BEACH BAGS IN THE NATURE OF LUGGAGE, HAND BAGS, POCKETBOOKS, BRIEFCASES, BRIEFCASE-TYPE PORTFOLIOS, WALLETS, BILLFOLDS, PASSPORT CASES, KEY CASES, CREDIT CARD CASES, BUSINESS CARD CASES, CHANGE PURSES, UMBRELLAS AND WALKING-STICK SEATS, IN CLASS 18 (U.S. CLS. 3 AND 41).

FIRST USE 1-1-1981; IN COMMERCE 1-1-1981.

OWNER OF FRANCE REG. NO. 1531858, DATED 5-19-1989, EXPIRES 5-19-1999.

OWNER OF U.S. REG. NOS. 286,345, 1,522,311 AND OTHERS.

THE ENGLISH TRANSLATION OF THE WORD "MALLETIER A PARIS" IN THE MARK IS "TRUNK MANUFACTURER TO PARIS".

SER. NO. 74-000,195, FILED 11-16-1989.

JODY HALLER DRAKE, EXAMINING ATTORNEY

**Plaintiff's Document Production 35**



Nᵒ 1615681

## CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, as amended, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

### PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for TEN years unless sooner terminated as provided by law.



In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this second day of October 1990.

*Harry F. Manbeck, Jr.*

Commissioner of Patents and Trademarks

PTO-130
(Rev. 8-89)

Plaintiff's Document Production 36

EXHIBIT A                                      Page 47

MSS JAm KMT 7410.0999

**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

FEBRUARY 09, 1999                     PTAS

FINNEGAN, HENDERSON ET AL.
JULIA ANNE MATHESON, ESQ.
1300 I STREET, N.W.
WASHINGTON, D.C. 20005-3315

*100857337A*

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF
THE U.S. PATENT AND TRADEMARK OFFICE.  A COMPLETE MICROFILM COPY IS
AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER
REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE.  THE
INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA
PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM.  IF YOU SHOULD
FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY
CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 703-308-9723.
PLEASE SEND REQUEST FOR CORRECTION TO:  U.S. PATENT AND TRADEMARK OFFICE,
ASSIGNMENT DIVISION, BOX ASSIGNMENTS, CG-4, 1213 JEFFERSON DAVIS HWY,
SUITE 320, WASHINGTON, D.C. 20231.

RECORDATION DATE: 10/16/1998          REEL/FRAME: 1801/0827
                                      NUMBER OF PAGES: 31

BRIEF:  CHANGE OF ADDRESS

ASSIGNOR:
    LOUIS VUITTON MALLETIER           DOC DATE: 01/05/1998
                                      CITIZENSHIP: FRANCE
                                      ENTITY: CORPORATION

ASSIGNEE:
    LOUIS VUITTON MALLETIER           CITIZENSHIP: FRANCE
    2, RUE DU PONT-NEUF               ENTITY: CORPORATION
    75001 PARIS, FRANCE

APPLICATION NUMBER: 75143799          FILING DATE: 08/01/1996
REGISTRATION NUMBER: 2177828          ISSUE DATE: 08/04/1998

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

Plaintiff's Document Production 37

1801/0827 PAGE 2

APPLICATION NUMBER: 75143789          FILING DATE: 08/01/1996
REGISTRATION NUMBER: 2181753          ISSUE DATE: 08/18/1998

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74147107          FILING DATE: 03/12/1991
REGISTRATION NUMBER: 1794905          ISSUE DATE: 09/28/1993

MARK: LV
DRAWING TYPE: STYLIZED WORDS, LETTERS, OR NUMBERS

APPLICATION NUMBER: 75034427          FILING DATE: 12/19/1995
REGISTRATION NUMBER: 2147003          ISSUE DATE: 03/31/1998

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74000195          FILING DATE: 11/16/1989
REGISTRATION NUMBER: 1615681          ISSUE DATE: 10/02/1990

MARK: LOUIS VUITTON MALLETIER A PARIS
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 73811070          FILING DATE: 07/06/1989
REGISTRATION NUMBER: 1650162          ISSUE DATE: 07/09/1991

MARK: LV LOUIS VUITTON
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74618480          FILING DATE: 01/06/1995
REGISTRATION NUMBER: 1938808          ISSUE DATE: 11/28/1995

MARK: LV
DRAWING TYPE: STYLIZED WORDS, LETTERS, OR NUMBERS

APPLICATION NUMBER: 71313983          FILING DATE: 04/29/1931
REGISTRATION NUMBER: 0297594          ISSUE DATE: 09/20/1932

MARK: VL
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 73060441          FILING DATE: 08/13/1975
REGISTRATION NUMBER: 1045932          ISSUE DATE: 08/10/1976

MARK: LOUIS VUITTON
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75034621          FILING DATE: 12/19/1995
REGISTRATION NUMBER: 2075141          ISSUE DATE: 07/01/1997

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

1801/0827 PAGE 3

APPLICATION NUMBER: 75034446          FILING DATE: 12/19/1995
REGISTRATION NUMBER: 2159848          ISSUE DATE: 05/26/1998

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74197490          FILING DATE: 08/23/1991
REGISTRATION NUMBER: 1875198          ISSUE DATE: 01/24/1995

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 75034445          FILING DATE: 12/19/1995
REGISTRATION NUMBER: 2071273          ISSUE DATE: 06/17/1997

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74583288          FILING DATE: 10/07/1994
REGISTRATION NUMBER: 1936892          ISSUE DATE: 11/21/1995

MARK: TAIGA
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74730993          FILING DATE: 09/19/1995
REGISTRATION NUMBER: 2058732          ISSUE DATE: 05/06/1997

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74730994          FILING DATE: 09/19/1995
REGISTRATION NUMBER: 2098630          ISSUE DATE: 09/23/1997

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 75158241          FILING DATE: 08/27/1996
REGISTRATION NUMBER: 2177841          ISSUE DATE: 08/04/1998

MARK: LOUIS VUITTON CLASSIC
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74604074          FILING DATE: 11/29/1994
REGISTRATION NUMBER: 1990760          ISSUE DATE: 08/06/1996

MARK: LOUIS VUITTON
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74562190          FILING DATE: 08/17/1994
REGISTRATION NUMBER: 1931144          ISSUE DATE: 10/31/1995

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

Plaintiff's Document Production 39

1801/0827 PAGE 4

APPLICATION NUMBER: 74042919          FILING DATE: 03/22/1990
REGISTRATION NUMBER: 1653663          ISSUE DATE: 08/13/1991

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74148017          FILING DATE: 03/15/1991
REGISTRATION NUMBER: 1770131          ISSUE DATE: 05/11/1993

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74375622          FILING DATE: 04/05/1993
REGISTRATION NUMBER: 1923652          ISSUE DATE: 10/03/1995

MARK: TAIGA
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 73765337          FILING DATE: 11/23/1988
REGISTRATION NUMBER: 1574197          ISSUE DATE: 01/02/1990

MARK: L'AME DU VOYAGE
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74601972          FILING DATE: 11/22/1994
REGISTRATION NUMBER: 2101815          ISSUE DATE: 09/30/1997

MARK: LV CUP
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74178312          FILING DATE: 06/21/1991
REGISTRATION NUMBER: 1902728          ISSUE DATE: 07/04/1995

MARK: LV CUP
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 73726741          FILING DATE: 05/06/1988
REGISTRATION NUMBER: 1519828          ISSUE DATE: 01/10/1989

MARK: LV
DRAWING TYPE: STYLIZED WORDS, LETTERS, OR NUMBERS

APPLICATION NUMBER: 74033904          FILING DATE: 03/02/1990
REGISTRATION NUMBER: 1653662          ISSUE DATE: 08/13/1991

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74022168          FILING DATE: 01/24/1990
REGISTRATION NUMBER: 1643625          ISSUE DATE: 05/07/1991

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

Plaintiff's Document Production 40

1801/0827 PAGE 5

APPLICATION NUMBER: 74014368              FILING DATE: 12/26/1989
REGISTRATION NUMBER: 1646847              ISSUE DATE: 06/04/1991

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74033970              FILING DATE: 03/02/1990
REGISTRATION NUMBER: 1655564              ISSUE DATE: 09/03/1991

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74407999              FILING DATE: 06/28/1993
REGISTRATION NUMBER: 1841850              ISSUE DATE: 06/28/1994

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN


STEVEN POST, EXAMINER
ASSIGNMENT DIVISION
OFFICE OF PUBLIC RECORDS

Plaintiff's Document Production 41

EXHIBIT A                                              Page 52

MAR 30 2005 16:01 FR FHFGD · 2024084400 TO 01133153205509    P.03

**UNITED STATES
PATENT AND
TRADEMARK OFFICE**

MSS/JAM/ARC
07410-0023

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

REGISTRATION NO: 1875198    SERIAL NO: 74/197490    MAILING DATE: 03/14/2005
REGISTRATION DATE: 01/24/1995
MARK: LV AND DESIGN
REGISTRATION OWNER: LOUIS VUITTON MALLETIER

CORRESPONDENCE ADDRESS:
JULIA ANNE MATHESON
FINNEGAN HENDERSON FARABOW ET AL.
901 NEW YORK AVE NW
WASHINGTON DC  20001-4413

## NOTICE OF ACCEPTANCE
### 15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-
IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE
TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF RENEWAL
### 15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-
IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE
TRADEMARK ACT, 15 U.S.C. Sec. 1059.

ACCORDINGLY, THE REGISTRATION IS RENEWED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
016.

RECEIVED

MAR 2 4 2005

MAKEL, RODNEY W
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP

PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

ORIGINAL

Dkted
3/24/05
JDS

TMLT8A (3/2003)

**Plaintiff's Document Production 42**

# REQUIREMENTS FOR MAINTAINING A FEDERAL TRADEMARK REGISTRATION

## I) SECTION 8: AFFIDAVIT OF CONTINUED USE

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. Sec. 1058, at the end of each successive 10-year period following the date of registration.

Failure to file the Section 8 Affidavit will result in the cancellation of the registration.

## II) SECTION 9: APPLICATION FOR RENEWAL

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. Sec. 1059, at the end of each successive 10-year period following the date of registration.

Failure to file the Application for Renewal will result in the expiration of the registration.

NO FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS WILL BE SENT TO THE REGISTRANT BY THE PATENT AND TRADEMARK OFFICE. IT IS RECOMMENDED THAT THE REGISTRANT CONTACT THE PATENT AND TRADEMARK OFFICE APPROXIMATELY ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.

TMLTI2 (9/99)

** TOTAL PAGE.04 *>

Plaintiff's Document Production 43



Int. Cl.: 16

Prior U.S. Cls.: 37 and 38

## United States Patent and Trademark Office

Reg. No. 1,875,198

Registered Jan. 24, 1995

### TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE COR-
PORATION)
54, AVENUE MONTAIGNE
75008 PARIS, FRANCE , ASSIGNEE OF LOUIS
VUITTON (FRANCE CORPORATION) 75008
PARIS, FRANCE

FOR: PAPER AND CARDBOARD ARTICLES;
NAMELY, POSTERS, PRODUCT PICTURE
ALBUMS, PRODUCT CATALOGS AND BRO-
CHURES, PRODUCT MAGAZINES AND NOTE-
PADS; STATIONERY, PADS OF STATIONERY,
CALENDARS, INDEXES, NOTEBOOKS, ENVE-
LOPES, LABELS, WRITING PAPER; PAPER OR
PLASTIC BAGS FOR PACKAGING, HAT
BOXES, PAPER OR CARDBOARD BOXES;
PHOTOGRAPHS; ADHESIVES FOR STATION-
ERY; PAINT BRUSHES; OFFICE REQUISITES

IN THE NATURE OF WRITING PADS,
LETTER TRAYS, PAPER CUTTERS, LETTER
OPENERS, WRITING CASES, WRITING TAB-
LETS, PENCILS, PENCIL HOLDERS, FOUN-
TAIN PENS, BALLPOINT PENS, LEAD HOLD-
ERS, BALLPOINTS FOR PENS, INKWELLS,
INKSTANDS; PLAYING CARDS, IN CLASS 16
(U.S. CLS. 37 AND 38).

OWNER OF FRANCE REG. NO. 1498338,
DATED 11-15-1988, EXPIRES 11-15-1998.

OWNER OF U.S. REG. NOS. 286,345, 1,794,905
AND OTHERS.

SER. NO. 74-197,490, FILED 8-23-1991.

ALICE SUE CARRUTHERS, EXAMINING AT-
TORNEY

Plaintiff's Document Production 44

MSS JAm KMT 7410.0999



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

FEBRUARY 09, 1999                    PTAS

FINNEGAN, HENDERSON ET AL.
JULIA ANNE MATHESON, ESQ.
1300 I STREET, N.W.
WASHINGTON, D.C. 20005-3315

*100857337A*

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF
THE U.S. PATENT AND TRADEMARK OFFICE.  A COMPLETE MICROFILM COPY IS
AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER
REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE.  THE
INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA
PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM.  IF YOU SHOULD
FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY
CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 703-308-9723.
PLEASE SEND REQUEST FOR CORRECTION TO:  U.S. PATENT AND TRADEMARK OFFICE,
ASSIGNMENT DIVISION, BOX ASSIGNMENTS, CG-4, 1213 JEFFERSON DAVIS HWY,
SUITE 320, WASHINGTON, D.C. 20231.

RECORDATION DATE: 10/16/1998          REEL/FRAME: 1801/0827
                                      NUMBER OF PAGES: 31

BRIEF:  CHANGE OF ADDRESS

ASSIGNOR:
    LOUIS VUITTON MALLETIER           DOC DATE: 01/05/1998
                                      CITIZENSHIP: FRANCE
                                      ENTITY: CORPORATION

ASSIGNEE:
    LOUIS VUITTON MALLETIER           CITIZENSHIP: FRANCE
    2, RUE DU PONT-NEUF               ENTITY: CORPORATION
    75001 PARIS, FRANCE

APPLICATION NUMBER: 75143799          FILING DATE: 08/01/1996
REGISTRATION NUMBER: 2177828          ISSUE DATE: 08/04/1998

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

NiD

Plaintiff's Document Production 45

1801/0827 PAGE 2

APPLICATION NUMBER: 75143789          FILING DATE: 08/01/1996
REGISTRATION NUMBER: 2181753          ISSUE DATE: 08/18/1998

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74147107          FILING DATE: 03/12/1991
REGISTRATION NUMBER: 1794905          ISSUE DATE: 09/28/1993

MARK: LV
DRAWING TYPE: STYLIZED WORDS, LETTERS, OR NUMBERS

APPLICATION NUMBER: 75034427          FILING DATE: 12/19/1995
REGISTRATION NUMBER: 2147003          ISSUE DATE: 03/31/1998

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74000195          FILING DATE: 11/16/1989
REGISTRATION NUMBER: 1615681          ISSUE DATE: 10/02/1990

MARK: LOUIS VUITTON MALLETIER A PARIS
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 73811070          FILING DATE: 07/06/1989
REGISTRATION NUMBER: 1650162          ISSUE DATE: 07/09/1991

MARK: LV LOUIS VUITTON
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74618480          FILING DATE: 01/06/1995
REGISTRATION NUMBER: 1938808          ISSUE DATE: 11/28/1995

MARK: LV
DRAWING TYPE: STYLIZED WORDS, LETTERS, OR NUMBERS

APPLICATION NUMBER: 71313983          FILING DATE: 04/29/1931
REGISTRATION NUMBER: 0297594          ISSUE DATE: 09/20/1932

MARK: VL
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 73060441          FILING DATE: 08/13/1975
REGISTRATION NUMBER: 1045932          ISSUE DATE: 08/10/1976

MARK: LOUIS VUITTON
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75034621          FILING DATE: 12/19/1995
REGISTRATION NUMBER: 2075141          ISSUE DATE: 07/01/1997

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

Plaintiff's Document Production 46

1801/0827 PAGE 3

APPLICATION NUMBER: 75034446
REGISTRATION NUMBER: 2159848

FILING DATE: 12/19/1995
ISSUE DATE: 05/26/1998

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74197490
REGISTRATION NUMBER: 1875198

FILING DATE: 08/23/1991
ISSUE DATE: 01/24/1995

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 75034445
REGISTRATION NUMBER: 2071273

FILING DATE: 12/19/1995
ISSUE DATE: 06/17/1997

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74583288
REGISTRATION NUMBER: 1936892

FILING DATE: 10/07/1994
ISSUE DATE: 11/21/1995

MARK: TAIGA
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74730993
REGISTRATION NUMBER: 2058732

FILING DATE: 09/19/1995
ISSUE DATE: 05/06/1997

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74730994
REGISTRATION NUMBER: 2098630

FILING DATE: 09/19/1995
ISSUE DATE: 09/23/1997

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 75158241
REGISTRATION NUMBER: 2177841

FILING DATE: 08/27/1996
ISSUE DATE: 08/04/1998

MARK: LOUIS VUITTON CLASSIC
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74604074
REGISTRATION NUMBER: 1990760

FILING DATE: 11/29/1994
ISSUE DATE: 08/06/1996

MARK: LOUIS VUITTON
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74562190
REGISTRATION NUMBER: 1931144

FILING DATE: 08/17/1994
ISSUE DATE: 10/31/1995

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

1801/0827 PAGE 4

APPLICATION NUMBER: 74042919
REGISTRATION NUMBER: 1653663

FILING DATE: 03/22/1990
ISSUE DATE: 08/13/1991

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74148017
REGISTRATION NUMBER: 1770131

FILING DATE: 03/15/1991
ISSUE DATE: 05/11/1993

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74375622
REGISTRATION NUMBER: 1923652

FILING DATE: 04/05/1993
ISSUE DATE: 10/03/1995

MARK: TAIGA
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 73765337
REGISTRATION NUMBER: 1574197

FILING DATE: 11/23/1988
ISSUE DATE: 01/02/1990

MARK: L'AME DU VOYAGE
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74601972
REGISTRATION NUMBER: 2101815

FILING DATE: 11/22/1994
ISSUE DATE: 09/30/1997

MARK: LV CUP
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74178312
REGISTRATION NUMBER: 1902728

FILING DATE: 06/21/1991
ISSUE DATE: 07/04/1995

MARK: LV CUP
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 73726741
REGISTRATION NUMBER: 1519828

FILING DATE: 05/06/1988
ISSUE DATE: 01/10/1989

MARK: LV
DRAWING TYPE: STYLIZED WORDS, LETTERS, OR NUMBERS

APPLICATION NUMBER: 74033904
REGISTRATION NUMBER: 1653662

FILING DATE: 03/02/1990
ISSUE DATE: 08/13/1991

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74022168
REGISTRATION NUMBER: 1643625

FILING DATE: 01/24/1990
ISSUE DATE: 05/07/1991

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

Plaintiff's Document Production 48

1801/0827 PAGE 5

APPLICATION NUMBER: 74014368          FILING DATE: 12/26/1989
REGISTRATION NUMBER: 1646847          ISSUE DATE: 06/04/1991

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74033970          FILING DATE: 03/02/1990
REGISTRATION NUMBER: 1655564          ISSUE DATE: 09/03/1991

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74407999          FILING DATE: 06/28/1993
REGISTRATION NUMBER: 1841850          ISSUE DATE: 06/28/1994

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN




STEVEN POST, EXAMINER
ASSIGNMENT DIVISION
OFFICE OF PUBLIC RECORDS

Plaintiff's Document Production 49



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

**United States Patent and Trademark Office**

May 15, 1996

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,655,564* IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM  *September 03, 1991*
SAID RECORDS SHOW TITLE TO BE IN:
   *LOUIS VUITTON MALLETIER*
   *A CORP OF FRANCE*



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

H. L. JACKSON
Certifying Officer

EXHIBIT A                                          Page 61

Cl.: 18

.ıor U.S. Cl.: 3                                                    Reg. No. 1,655,564

**United States Patent and Trademark Office**      Registered Sep. 3, 1991

Amended                                                            OG Date Aug. 5, 1997

**TRADEMARK**
**PRINCIPAL REGISTER**

LOUIS    VUITTON    MALLETIER
(FRANCE CORPORATION)
54, AVENUE MONTAIGNE
75008 PARIS, FRANCE, ASSIGNEE OF
LOUIS VUITTON (FRANCE CORPO-
RATION) 75008 PARIS, FRANCE

OWNER OF FRANCE REG. NO.
1532303, DATED 5-23-1989.
OWNER OF U.S. REG. NOS. 286,345,
1,574,197 AND OTHERS.
FOR: LEATHER AND IMITATION
LEATHER    LUGGAGE;    NAMELY,
TRAVELLING BAGS, TRUNKS, VA-
LISES, SATCHELS, HAT BOXES FOR
TRAVEL, SHOE BOXES FOR TRAVEL,

POUCHES, SHOULDER BAGS, TRAVEL
KITS AND VANITY CASES SOLD
EMPTY AND USED FOR LUGGAGE,
AND RUCKSACKS; LEATHER AND
IMITATION    LEATHER    SHOPPING
BAGS AND BEACH BAGS, HAND
BAGS, POCKETBOOKS, BRIEFCASES,
BRIEFCASE TYPE PORTFOLIOS, WAL-
LETS, BILLFOLDS, PASSPORT CASES,
KEY CASES, CREDIT CARD CASES,
BUSINESS CARD CASES AND CHANGE
PURSES, IN CLASS 18 (U.S. CL. 3).
FIRST USE 12-31-1987; IN COMMERCE
12-31-1987.

SER. NO. 74-033,970, FILED 3-2-1990.

*In testimony whereof I have hereunto set my hand*
*and caused the seal of The Patent and Trademark*
*Office to be affixed on Aug. 5, 1997.*

*Bruce Lehman*

COMMISSIONER OF PATENTS AND TRADEMARKS

**Plaintiff's Document Production 51**

.1.: 18

ior U.S. Cl.: 3

ited States Patent and Trademark Office   Reg. No. 1,655,564
Registered Sep. 3, 1991

## TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON (FRANCE CORPORATION)
30 RUE LA BOETIE
75008 PARIS, FRANCE

FOR: LEATHER AND IMITATION LEATH-
ER LUGGAGE; NAMELY, TRAVELLING
BAGS, TRUNKS, VALISES, SATCHELS, HAT
BOXES FOR TRAVEL, SHOE BOXES FOR
TRAVEL, POUCHES, SHOULDER BAGS,
TRAVEL KITS AND VANITY CASES SOLD
EMPTY AND USED FOR LUGGAGE, AND
RUCKSACKS; LEATHER AND IMITATION
LEATHER SHOPPING BAGS AND BEACH
BAGS, HAND BAGS, POCKETBOOKS, BRIEF-
CASES, BRIEFCASE TYPE PORTFOLIOS,
WALLETS, BILLFOLDS, PASSPORT CASES,
KEY CASES, CREDIT CARD CASES, BUSI-
NESS CARD CASES AND CHANGE PURSES,
IN CLASS 18 (U.S. CL. 3).

FIRST USE 12–31–1987; IN COMMERCE
12–31–1987.

OWNER OF FRANCE REG. NO. 1532303,
DATED 5–23–1989, EXPIRES 5–23–1999.

OWNER OF U.S. REG. NOS. 286,345, 1,574,197
AND OTHERS.

SER. NO. 74–033,970, FILED 3–2–1990.

TERESA M. RUPP, EXAMINING ATTORNEY

**Plaintiff's Document Production 52**