MSS JAm KMT 7410.0999

**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

FEBRUARY 09, 1999

PTAS

FINNEGAN, HENDERSON ET AL.
JULIA ANNE MATHESON, ESQ.
1300 I STREET, N.W.
WASHINGTON, D.C. 20005-3315

*100857337A*

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF
THE U.S. PATENT AND TRADEMARK OFFICE.  A COMPLETE MICROFILM COPY IS
AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER
REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE.  THE
INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA
PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM.  IF YOU SHOULD
FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY
CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 703-308-9723.
PLEASE SEND REQUEST FOR CORRECTION TO:  U.S. PATENT AND TRADEMARK OFFICE,
ASSIGNMENT DIVISION, BOX ASSIGNMENTS, CG-4, 1213 JEFFERSON DAVIS HWY,
SUITE 320, WASHINGTON, D.C. 20231.

RECORDATION DATE: 10/16/1998          REEL/FRAME: 1801/0827
                                      NUMBER OF PAGES: 31

BRIEF:  CHANGE OF ADDRESS

ASSIGNOR:
   LOUIS VUITTON MALLETIER            DOC DATE: 01/05/1998
                                      CITIZENSHIP: FRANCE
                                      ENTITY: CORPORATION

ASSIGNEE:
   LOUIS VUITTON MALLETIER            CITIZENSHIP: FRANCE
   2, RUE DU PONT-NEUF                ENTITY: CORPORATION
   75001 PARIS, FRANCE

APPLICATION NUMBER: 75143799          FILING DATE: 08/01/1996
REGISTRATION NUMBER: 2177828          ISSUE DATE: 08/04/1998

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

Plaintiff's Document Production 53

1801/0827 PAGE 2

APPLICATION NUMBER: 75143789          FILING DATE: 08/01/1996
REGISTRATION NUMBER: 2181753          ISSUE DATE: 08/18/1998

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74147107          FILING DATE: 03/12/1991
REGISTRATION NUMBER: 1794905          ISSUE DATE: 09/28/1993

MARK: LV
DRAWING TYPE: STYLIZED WORDS, LETTERS, OR NUMBERS

APPLICATION NUMBER: 75034427          FILING DATE: 12/19/1995
REGISTRATION NUMBER: 2147003          ISSUE DATE: 03/31/1998

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74000195          FILING DATE: 11/16/1989
REGISTRATION NUMBER: 1615681          ISSUE DATE: 10/02/1990

MARK: LOUIS VUITTON MALLETIER A PARIS
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 73811070          FILING DATE: 07/06/1989
REGISTRATION NUMBER: 1650162          ISSUE DATE: 07/09/1991

MARK: LV LOUIS VUITTON
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74618480          FILING DATE: 01/06/1995
REGISTRATION NUMBER: 1938808          ISSUE DATE: 11/28/1995

MARK: LV
DRAWING TYPE: STYLIZED WORDS, LETTERS, OR NUMBERS

APPLICATION NUMBER: 71313983          FILING DATE: 04/29/1931
REGISTRATION NUMBER: 0297594          ISSUE DATE: 09/20/1932

MARK: VL
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 73060441          FILING DATE: 08/13/1975
REGISTRATION NUMBER: 1045932          ISSUE DATE: 08/10/1976

MARK: LOUIS VUITTON
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75034621          FILING DATE: 12/19/1995
REGISTRATION NUMBER: 2075141          ISSUE DATE: 07/01/1997

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

Plaintiff's Document Production 54

1801/0827 PAGE 3

APPLICATION NUMBER: 75034446          FILING DATE: 12/19/1995
REGISTRATION NUMBER: 2159848          ISSUE DATE: 05/26/1998

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74197490          FILING DATE: 08/23/1991
REGISTRATION NUMBER: 1875198          ISSUE DATE: 01/24/1995

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 75034445          FILING DATE: 12/19/1995
REGISTRATION NUMBER: 2071273          ISSUE DATE: 06/17/1997

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74583288          FILING DATE: 10/07/1994
REGISTRATION NUMBER: 1936892          ISSUE DATE: 11/21/1995

MARK: TAIGA
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74730993          FILING DATE: 09/19/1995
REGISTRATION NUMBER: 2058732          ISSUE DATE: 05/06/1997

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74730994          FILING DATE: 09/19/1995
REGISTRATION NUMBER: 2098630          ISSUE DATE: 09/23/1997

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 75158241          FILING DATE: 08/27/1996
REGISTRATION NUMBER: 2177841          ISSUE DATE: 08/04/1998

MARK: LOUIS VUITTON CLASSIC
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74604074          FILING DATE: 11/29/1994
REGISTRATION NUMBER: 1990760          ISSUE DATE: 08/06/1996

MARK: LOUIS VUITTON
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74562190          FILING DATE: 08/17/1994
REGISTRATION NUMBER: 1931144          ISSUE DATE: 10/31/1995

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

Plaintiff's Document Production 55

1801/0827 PAGE 4

APPLICATION NUMBER: 74042919        FILING DATE: 03/22/1990
REGISTRATION NUMBER: 1653663        ISSUE DATE: 08/13/1991

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74148017        FILING DATE: 03/15/1991
REGISTRATION NUMBER: 1770131        ISSUE DATE: 05/11/1993

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74375622        FILING DATE: 04/05/1993
REGISTRATION NUMBER: 1923652        ISSUE DATE: 10/03/1995

MARK: TAIGA
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 73765337        FILING DATE: 11/23/1988
REGISTRATION NUMBER: 1574197        ISSUE DATE: 01/02/1990

MARK: L'AME DU VOYAGE
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74601972        FILING DATE: 11/22/1994
REGISTRATION NUMBER: 2101815        ISSUE DATE: 09/30/1997

MARK: LV CUP
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74178312        FILING DATE: 06/21/1991
REGISTRATION NUMBER: 1902728        ISSUE DATE: 07/04/1995

MARK: LV CUP
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 73726741        FILING DATE: 05/06/1988
REGISTRATION NUMBER: 1519828        ISSUE DATE: 01/10/1989

MARK: LV
DRAWING TYPE: STYLIZED WORDS, LETTERS, OR NUMBERS

APPLICATION NUMBER: 74033904        FILING DATE: 03/02/1990
REGISTRATION NUMBER: 1653662        ISSUE DATE: 08/13/1991

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74022168        FILING DATE: 01/24/1990
REGISTRATION NUMBER: 1643625        ISSUE DATE: 05/07/1991

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

Plaintiff's Document Production 56

1801/0827 PAGE 5

APPLICATION NUMBER: 74014368          FILING DATE: 12/26/1989
REGISTRATION NUMBER: 1646847          ISSUE DATE: 06/04/1991

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74033970          FILING DATE: 03/02/1990
REGISTRATION NUMBER: 1655564          ISSUE DATE: 09/03/1991

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74407999          FILING DATE: 06/28/1993
REGISTRATION NUMBER: 1841850          ISSUE DATE: 06/28/1994

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN


STEVEN POST, EXAMINER
ASSIGNMENT DIVISION
OFFICE OF PUBLIC RECORDS

Plaintiff's Document Production 57

*REF # 07410.0017*



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
OFFICE OF ASSISTANT COMMISSIONER FOR TRADEMARKS
2900 Crystal Drive
Arlington, Virginia    22202-3513

REGISTRATION NO: 0297594      SERIAL NO: 71313983      MAILING DATE: 01/29/2003
REGISTRATION DATE: 09/20/1932
MARK: VL AND DESIGN
REGISTRATION OWNER: LOUIS VUITTON MALLETIER
CORRESPONDENCE ADDRESS:

JAMES P. WILLIAMS
WEISS DAWID FROSS ZELNICK & LEHRMAN
633 THIRD AVENUE
NEW YORK, NY  10017-6754

## NOTICE OF ACCEPTANCE
### 15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-
IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE
TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF RENEWAL
### 15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-
IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE
TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE REGISTRATION IS RENEWED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
003.

AHMED, DEBORAH Y
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

ORIGINAL

TMLT6 (9/99)

**Plaintiff's Document Production 58**

MSS JAm KMT 7410.0999

**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

FEBRUARY 09, 1999                    PTAS

FINNEGAN, HENDERSON ET AL.
JULIA ANNE MATHESON, ESQ.
1300 I STREET, N.W.
WASHINGTON, D.C. 20005-3315

*100857337A*

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF
THE U.S. PATENT AND TRADEMARK OFFICE.  A COMPLETE MICROFILM COPY IS
AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER
REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE.  THE
INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA
PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM.  IF YOU SHOULD
FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY
CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 703-308-9723.
PLEASE SEND REQUEST FOR CORRECTION TO:  U.S. PATENT AND TRADEMARK OFFICE,
ASSIGNMENT DIVISION, BOX ASSIGNMENTS, CG-4, 1213 JEFFERSON DAVIS HWY,
SUITE 320, WASHINGTON, D.C. 20231.

RECORDATION DATE: 10/16/1998          REEL/FRAME: 1801/0827
                                      NUMBER OF PAGES: 31

BRIEF:  CHANGE OF ADDRESS

ASSIGNOR:
    LOUIS VUITTON MALLETIER          DOC DATE: 01/05/1998
                                     CITIZENSHIP: FRANCE
                                     ENTITY: CORPORATION

ASSIGNEE:
    LOUIS VUITTON MALLETIER          CITIZENSHIP: FRANCE
    2, RUE DU PONT-NEUF              ENTITY: CORPORATION
    75001 PARIS, FRANCE

APPLICATION NUMBER: 75143799         FILING DATE: 08/01/1996
REGISTRATION NUMBER: 2177828         ISSUE DATE: 08/04/1998

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

Plaintiff's Document Production 59

1801/0827 PAGE 2

APPLICATION NUMBER: 75143789          FILING DATE: 08/01/1996
REGISTRATION NUMBER: 2181753          ISSUE DATE: 08/18/1998

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74147107          FILING DATE: 03/12/1991
REGISTRATION NUMBER: 1794905          ISSUE DATE: 09/28/1993

MARK: LV
DRAWING TYPE: STYLIZED WORDS, LETTERS, OR NUMBERS

APPLICATION NUMBER: 75034427          FILING DATE: 12/19/1995
REGISTRATION NUMBER: 2147003          ISSUE DATE: 03/31/1998

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74000195          FILING DATE: 11/16/1989
REGISTRATION NUMBER: 1615681          ISSUE DATE: 10/02/1990

MARK: LOUIS VUITTON MALLETIER A PARIS
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 73811070          FILING DATE: 07/06/1989
REGISTRATION NUMBER: 1650162          ISSUE DATE: 07/09/1991

MARK: LV LOUIS VUITTON
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74618480          FILING DATE: 01/06/1995
REGISTRATION NUMBER: 1938808          ISSUE DATE: 11/28/1995

MARK: LV
DRAWING TYPE: STYLIZED WORDS, LETTERS, OR NUMBERS

APPLICATION NUMBER: 71313983          FILING DATE: 04/29/1931
REGISTRATION NUMBER: 0297594          ISSUE DATE: 09/20/1932

MARK: VL
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 73060441          FILING DATE: 08/13/1975
REGISTRATION NUMBER: 1045932          ISSUE DATE: 08/10/1976

MARK: LOUIS VUITTON
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75034621          FILING DATE: 12/19/1995
REGISTRATION NUMBER: 2075141          ISSUE DATE: 07/01/1997

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

Plaintiff's Document Production 60

1801/0827 PAGE 3

APPLICATION NUMBER: 75034446  FILING DATE: 12/19/1995
REGISTRATION NUMBER: 2159848  ISSUE DATE: 05/26/1998

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74197490  FILING DATE: 08/23/1991
REGISTRATION NUMBER: 1875198  ISSUE DATE: 01/24/1995

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 75034445  FILING DATE: 12/19/1995
REGISTRATION NUMBER: 2071273  ISSUE DATE: 06/17/1997

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74583288  FILING DATE: 10/07/1994
REGISTRATION NUMBER: 1936892  ISSUE DATE: 11/21/1995

MARK: TAIGA
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74730993  FILING DATE: 09/19/1995
REGISTRATION NUMBER: 2058732  ISSUE DATE: 05/06/1997

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74730994  FILING DATE: 09/19/1995
REGISTRATION NUMBER: 2098630  ISSUE DATE: 09/23/1997

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 75158241  FILING DATE: 08/27/1996
REGISTRATION NUMBER: 2177841  ISSUE DATE: 08/04/1998

MARK: LOUIS VUITTON CLASSIC
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74604074  FILING DATE: 11/29/1994
REGISTRATION NUMBER: 1990760  ISSUE DATE: 08/06/1996

MARK: LOUIS VUITTON
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74562190  FILING DATE: 08/17/1994
REGISTRATION NUMBER: 1931144  ISSUE DATE: 10/31/1995

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

Plaintiff's Document Production 61

1801/0827 PAGE 4

APPLICATION NUMBER: 74042919          FILING DATE: 03/22/1990
REGISTRATION NUMBER: 1653663          ISSUE DATE: 08/13/1991

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74148017          FILING DATE: 03/15/1991
REGISTRATION NUMBER: 1770131          ISSUE DATE: 05/11/1993

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74375622          FILING DATE: 04/05/1993
REGISTRATION NUMBER: 1923652          ISSUE DATE: 10/03/1995

MARK: TAIGA
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 73765337          FILING DATE: 11/23/1988
REGISTRATION NUMBER: 1574197          ISSUE DATE: 01/02/1990

MARK: L'AME DU VOYAGE
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74601972          FILING DATE: 11/22/1994
REGISTRATION NUMBER: 2101815          ISSUE DATE: 09/30/1997

MARK: LV CUP
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74178312          FILING DATE: 06/21/1991
REGISTRATION NUMBER: 1902728          ISSUE DATE: 07/04/1995

MARK: LV CUP
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 73726741          FILING DATE: 05/06/1988
REGISTRATION NUMBER: 1519828          ISSUE DATE: 01/10/1989

MARK: LV
DRAWING TYPE: STYLIZED WORDS, LETTERS, OR NUMBERS

APPLICATION NUMBER: 74033904          FILING DATE: 03/02/1990
REGISTRATION NUMBER: 1653662          ISSUE DATE: 08/13/1991

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74022168          FILING DATE: 01/24/1990
REGISTRATION NUMBER: 1643625          ISSUE DATE: 05/07/1991

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

Plaintiff's Document Production 62

```
1801/0827 PAGE 5
```

APPLICATION NUMBER: 74014368          FILING DATE: 12/26/1989
REGISTRATION NUMBER: 1646847          ISSUE DATE: 06/04/1991

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74033970          FILING DATE: 03/02/1990
REGISTRATION NUMBER: 1655564          ISSUE DATE: 09/03/1991

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74407999          FILING DATE: 06/28/1993
REGISTRATION NUMBER: 1841850          ISSUE DATE: 06/28/1994

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN



STEVEN POST, EXAMINER
ASSIGNMENT DIVISION
OFFICE OF PUBLIC RECORDS

Plaintiff's Document Production 63



Nº 297524

## CERTIFICATE OF RENEWAL

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for renewal of registration of the Mark shown herein, a copy of said Mark and pertinent data from the Registration being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Registration renewed under the Trademark Act of 1946, as amended, and said Registration has been duly renewed in the Patent and Trademark Office to the registrant named herein.

This Registration shall remain in force for TEN years from the date that said Registration was due to expire unless sooner terminated as provided by law.



In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this seventeenth day of May 1994.

*Bruce Lehman*

Commissioner of Patents and Trademarks

PTO-134
(Rev. 8-89)

Plaintiff's Document Production 64

Int. Cl.: 18

Prior U.S. Cl.: 3

United States Patent and Trademark Office

10 Year Renewal

Reg. No. 297,594

Registered Sep. 20, 1932

Renewal Term Begins Sep. 20, 1992

## TRADEMARK
## PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER
(FRANCE CORPORATION)
54, AVENUE MONTAIGNE
75008 PARIS, FRANCE, BY CHANGE OF
NAME, ASSIGNMENT, ASSIGNMENT
AND ASSIGNMENT FROM VUITTON
& VUITTON, SOCIETE A RESPONSA-
BILITE LIMITEE (FRANCE CORPO-
RATION) PARIS, FRANCE

OWNER OF FRANCE REG. NO.
219,497, DATED 10-29-1908, RENEWED
AS REG. NO. 219,497, DATED 8-3-1923.

THE REPRESENTATION OF A
TRUCK LINING OR A SECTION
THEREOF BEING HEREBY DIS-
CLAIMED.

FOR: TRUNKS, VALISES, TRAVEL-
ING BAGS, SATCHELS, HAT BOXES
AND SHOE BOXES USED FOR LUG-
GAGE, HAND BAGS, AND POCKET-
BOOKS, IN CLASS 3 (INT. CL. 18).
FIRST USE 0-0-1897; IN COMMERCE
0-0-1897.

SER. NO. 71-313,983, FILED 4-29-1931.



*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on May 17, 1994.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Plaintiff's Document Production 65

EXHIBIT A                                    Page 76

CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION
WHICH IS IN FULL FORCE AND EFFECT, WITH NOTATION
OF ALL STATUTORY ACTIONS TAKEN THEREON, AS DIS-
CLOSED BY THE RECORDS OF THE UNITED STATES PATEN
AND TRADEMARK OFFICE.  SAID RECORDS SHOW TITLE
TO BE IN: Louis Vuitton

**ATTEST**

OCT 5  1988

ATTESTING OFFICER

COMMISSIONER OF PATENTS
AND TRADEMARKS

Plaintiff's Document Production 66

# The United States of America

## CERTIFICATE OF RENEWAL

Reg. No. ___297594___

Application to renew the above identified registration having been duly filed in the Patent Office and there having been compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents,

This is to certify that said registration has been renewed in accordance with the Trademark Act of 1946 to   Vuitton et Fils, Societe a Responsabilite Limitee,

of Asnieres, ( Hauts de seine) France, a corporation of France,

and said registration will remain in force for twenty years from   September 20, 1972, unless sooner terminated as provided by law.

In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent Office to be affixed this fifteenth day of August, 1972.

COMMISSIONER OF PATENTS

PO-134
GPO   18—53694-13

Plaintiff's Document Production 67

Registered Sept. 20, 1932                    **Trade-Mark 297,594**

Renewed for 2nd time for 20 years from Sept. 20, 1972

Renewed September 20, 1952 to Vuitton & Vuitton, Societe
a Responsabilite Limitee, of Seine, France, a corporation
organized under the laws of the Republic of France.

PUB. (Sec 12c) on Aug. 7, 1979

COMB. AFF. SEC 8 & 15

# UNITED STATES PATENT OFFICE

VUITTON & VUITTON, SOCIETE A RESPONSABILITE LIMITEE, OF PARIS, FRANCE

ACT OF FEBRUARY 20, 1905

Application filed April 28, 1931. Serial No. 313,983.



## STATEMENT

*To all whom it may concern:*

Be it known that Vuitton & Vuitton, Societe a Responsabilite Limitee, a corporation duly organized under the laws of the Republic of France, located in the city of Paris, France, and doing business at 70 Avenue des Champs-Elysees, in said city, has adopted for its use the trade-mark shown in the accompanying drawing, the representation of a trunk lining or a section thereof being hereby disclaimed.

The trade-mark has been continuously used in its business since 1897.

The particular description of goods to which the trade-mark is appropriated is TRUNKS, VALISES, TRAVELING BAGS, SATCHELS, HAT BOXES AND SHOE BOXES USED FOR LUGGAGE, HAND BAGS, AND POCKETBOOKS, comprised in Class 3, Baggage, animal equipments, portfolios, and pocketbooks.

The trade-mark is usually displayed by stamping or otherwise impressing same directly upon the goods or by printing or otherwise impressing same on packages containing the goods.

Said trade-mark has been registered in France dated Oct. 29, 1908, renewed Aug. 3, 1923, No. 219,497. Mock & Blum, whose postal address is 10 East 40th Street, New York, N. Y., are designated, as applicant's representative, on whom process or notice of proceedings affecting the right of ownership of said trade-mark brought under the laws of the United States may be served.

VUITTON & VUITTON, SOCIETE
A RESPONSABILITE LIMITEE,
By G. L. VUITTON,
*Managing Director.*

Plaintiff's Document Production 68

Registered Sept. 20, 1932        **Trade-Mark 297,594**

Renewed Sept. 20, 1952, to Vuitton & Vuitton, Societe
a Responsabilite Limitee, Seine, France, a corporation
organized under the laws of the Republic of France.

# UNITED STATES PATENT OFFICE

VUITTON & VUITTON, SOCIETE A RESPONSABILITE LIMITEE, OF PARIS, FRANCE

ACT OF FEBRUARY 20, 1905

Application filed April 29, 1931. Serial No. 313,933.



## STATEMENT

*To all whom it may concern:*

Be it known that Vuitton & Vuitton, Societe a Responsabilite Limitee, a corporation duly organized under the laws of the Republic of France, located in the city of Paris, France, and doing business at 70 Avenue des Champs-Elysees, in said city, has adopted for its use the trade-mark shown in the accompanying drawing, the representation of a trunk lining or a section thereof being hereby disclaimed.

The trade-mark has been continuously used in its business since 1897.

The particular description of goods to which the trade-mark is appropriated is TRUNKS, VALISES, TRAVELING BAGS, SATCHELS, HAT BOXES AND SHOE BOXES USED FOR LUGGAGE, HAND BAGS, AND POCKETBOOKS, comprised in Class 3, Baggage, animal equipments, portfolios, and pocketbooks

The trade-mark is usually displayed by stamping or otherwise impressing same directly upon the goods or by printing or otherwise impressing same on packages containing the goods.

Said trade-mark has been registered in France dated Oct. 29, 1908, renewed Aug. 3, 1923, No. 219,497. Mock & Blum, whose postal address is 10 East 40th Street, New York, N. Y., are designated, as applicant's representative, on whom process or notice of proceedings affecting the right of ownership of said trade-mark brought under the laws of the United States may be served.

VUITTON & VUITTON, SOCIETE
a RESPONSABILITE LIMITEE,
By G. L. VUITTON,
*Managing Director.*

Plaintiff's Document Production 69

I.C. 18

09/05/2006  16:50    2024084400    FINNEGAN HENDERSON    PAGE  03



**UNITED STATES PATENT AND TRADEMARK OFFICE**

7410-20
mss-jam-6mm-shb-ar

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

REGISTRATION NO: 1045932    SERIAL NO: 73/060441    MAILING DATE: 07/15/2006
REGISTRATION DATE: 08/10/1976
MARK: LOUIS VUITTON
REGISTRATION OWNER: LOUIS VUITTON MALLETIER

CORRESPONDENCE ADDRESS:
JULIA ANNE MATHESON
FINNEGAN, HENDERSON, FARABOW, ET AL
901 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20001-4413

RECEIVED

JUL 2 7 2005

FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER, LLP

# NOTICE OF ACCEPTANCE
15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-
IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE
TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

*****************************************************

# NOTICE OF RENEWAL
15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-
IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE
TRADEMARK ACT, 15 U.S.C. Sec. 1059.

ACCORDINGLY, THE REGISTRATION IS RENEWED.

*****************************************************

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
018.

AUSTIN, DANA DIONNE
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

ORIGINAL

TMLT6C (11/2005)

Plaintiff's Document Production 70

## REQUIREMENTS FOR MAINTAINING A FEDERAL TRADEMARK REGISTRATION

### I) SECTION 8: AFFIDAVIT OF CONTINUED USE

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. Sec. 1058, at the end of each successive 10-year period following the date of registration.

Failure to file the Section 8 Affidavit will result in the cancellation of the registration.

### II) SECTION 9: APPLICATION FOR RENEWAL

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. Sec. 1059, at the end of each successive 10-year period following the date of registration.

Failure to file the Application for Renewal will result in the expiration of the registration.

**NO FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS WILL BE SENT TO THE REGISTRANT BY THE PATENT AND TRADEMARK OFFICE. IT IS RECOMMENDED THAT THE REGISTRANT CONTACT THE PATENT AND TRADEMARK OFFICE APPROXIMATELY ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.**

TMLTIR (9/99)

**Plaintiff's Document Production 71**



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

FEBRUARY 09, 1999

PTAS

FINNEGAN, HENDERSON ET AL.
JULIA ANNE MATHESON, ESQ.
1300 I STREET, N.W.
WASHINGTON, D.C. 20005-3315

*100857337A*

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF
THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE MICROFILM COPY IS
AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER
REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE
INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA
PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD
FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY
CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 703-308-9723.
PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT AND TRADEMARK OFFICE,
ASSIGNMENT DIVISION, BOX ASSIGNMENTS, CG-4, 1213 JEFFERSON DAVIS HWY,
SUITE 320, WASHINGTON, D.C. 20231.

RECORDATION DATE: 10/16/1998          REEL/FRAME: 1801/0827
                                      NUMBER OF PAGES: 31

BRIEF: CHANGE OF ADDRESS

ASSIGNOR:
    LOUIS VUITTON MALLETIER          DOC DATE: 01/05/1998
                                     CITIZENSHIP: FRANCE
                                     ENTITY: CORPORATION

ASSIGNEE:
    LOUIS VUITTON MALLETIER          CITIZENSHIP: FRANCE
    2, RUE DU PONT-NEUF              ENTITY: CORPORATION
    75001 PARIS, FRANCE

APPLICATION NUMBER: 75143799         FILING DATE: 08/01/1996
REGISTRATION NUMBER: 2177828         ISSUE DATE: 08/04/1998

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN



Plaintiff's Document Production 72

1801/0827 PAGE 2

APPLICATION NUMBER: 75143789          FILING DATE: 08/01/1996
REGISTRATION NUMBER: 2181753          ISSUE DATE: 08/18/1998

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74147107          FILING DATE: 03/12/1991
REGISTRATION NUMBER: 1794905          ISSUE DATE: 09/28/1993

MARK: LV
DRAWING TYPE: STYLIZED WORDS, LETTERS, OR NUMBERS

APPLICATION NUMBER: 75034427          FILING DATE: 12/19/1995
REGISTRATION NUMBER: 2147003          ISSUE DATE: 03/31/1998

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74000195          FILING DATE: 11/16/1989
REGISTRATION NUMBER: 1615681          ISSUE DATE: 10/02/1990

MARK: LOUIS VUITTON MALLETIER A PARIS
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 73811070          FILING DATE: 07/06/1989
REGISTRATION NUMBER: 1650162          ISSUE DATE: 07/09/1991

MARK: LV LOUIS VUITTON
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74618480          FILING DATE: 01/06/1995
REGISTRATION NUMBER: 1938808          ISSUE DATE: 11/28/1995

MARK: LV
DRAWING TYPE: STYLIZED WORDS, LETTERS, OR NUMBERS

APPLICATION NUMBER: 71313983          FILING DATE: 04/29/1931
REGISTRATION NUMBER: 0297594          ISSUE DATE: 09/20/1932

MARK: VL
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 73060441          FILING DATE: 08/13/1975
REGISTRATION NUMBER: 1045932          ISSUE DATE: 08/10/1976

MARK: LOUIS VUITTON
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75034621          FILING DATE: 12/19/1995
REGISTRATION NUMBER: 2075141          ISSUE DATE: 07/01/1997

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

1801/0827 PAGE 3

APPLICATION NUMBER: 75034446          FILING DATE: 12/19/1995
REGISTRATION NUMBER: 2159848          ISSUE DATE: 05/26/1998

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74197490          FILING DATE: 08/23/1991
REGISTRATION NUMBER: 1875198          ISSUE DATE: 01/24/1995

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 75034445          FILING DATE: 12/19/1995
REGISTRATION NUMBER: 2071273          ISSUE DATE: 06/17/1997

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74583288          FILING DATE: 10/07/1994
REGISTRATION NUMBER: 1936892          ISSUE DATE: 11/21/1995

MARK: TAIGA
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74730993          FILING DATE: 09/19/1995
REGISTRATION NUMBER: 2058732          ISSUE DATE: 05/06/1997

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74730994          FILING DATE: 09/19/1995
REGISTRATION NUMBER: 2098630          ISSUE DATE: 09/23/1997

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 75158241          FILING DATE: 08/27/1996
REGISTRATION NUMBER: 2177841          ISSUE DATE: 08/04/1998

MARK: LOUIS VUITTON CLASSIC
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74604074          FILING DATE: 11/29/1994
REGISTRATION NUMBER: 1990760          ISSUE DATE: 08/06/1996

MARK: LOUIS VUITTON
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74562190          FILING DATE: 08/17/1994
REGISTRATION NUMBER: 1931144          ISSUE DATE: 10/31/1995

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

Plaintiff's Document Production 74

1801/0827 PAGE 4

APPLICATION NUMBER: 74042919          FILING DATE: 03/22/1990
REGISTRATION NUMBER: 1653663          ISSUE DATE: 08/13/1991

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74148017          FILING DATE: 03/15/1991
REGISTRATION NUMBER: 1770131          ISSUE DATE: 05/11/1993

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74375622          FILING DATE: 04/05/1993
REGISTRATION NUMBER: 1923652          ISSUE DATE: 10/03/1995

MARK: TAIGA
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 73765337          FILING DATE: 11/23/1988
REGISTRATION NUMBER: 1574197          ISSUE DATE: 01/02/1990

MARK: L'AME DU VOYAGE
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74601972          FILING DATE: 11/22/1994
REGISTRATION NUMBER: 2101815          ISSUE DATE: 09/30/1997

MARK: LV CUP
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74178312          FILING DATE: 06/21/1991
REGISTRATION NUMBER: 1902728          ISSUE DATE: 07/04/1995

MARK: LV CUP
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 73726741          FILING DATE: 05/06/1988
REGISTRATION NUMBER: 1519828          ISSUE DATE: 01/10/1989

MARK: LV
DRAWING TYPE: STYLIZED WORDS, LETTERS, OR NUMBERS

APPLICATION NUMBER: 74033904          FILING DATE: 03/02/1990
REGISTRATION NUMBER: 1653662          ISSUE DATE: 08/13/1991

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74022168          FILING DATE: 01/24/1990
REGISTRATION NUMBER: 1643625          ISSUE DATE: 05/07/1991

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

Plaintiff's Document Production 75

1801/0827 PAGE 5

APPLICATION NUMBER: 74014368   FILING DATE: 12/26/1989
REGISTRATION NUMBER: 1646847  ISSUE DATE: 06/04/1991

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74033970   FILING DATE: 03/02/1990
REGISTRATION NUMBER: 1655564  ISSUE DATE: 09/03/1991

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74407999   FILING DATE: 06/28/1993
REGISTRATION NUMBER: 1841850  ISSUE DATE: 06/28/1994

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN


STEVEN POST, EXAMINER
ASSIGNMENT DIVISION
OFFICE OF PUBLIC RECORDS

Plaintiff's Document Production 76



## CERTIFICATE OF RENEWAL

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for renewal of registration of the Mark shown herein, a copy of said Mark and pertinent data from the Registration being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Registration renewed under the Trademark Act of 1946, as amended, and said Registration has been duly renewed in the Patent and Trademark Office to the registrant named herein.

This Registration shall remain in force for TEN years from the date that said Registration was due to expire unless sooner terminated as provided by law.



In Testimony whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this fifteenth day of October 1996.

*Bruce Lehman*

Commissioner of Patents and Trademarks

PTO-134
(Rev. 8-89)

Plaintiff's Document Production 77

EXHIBIT A                                    Page 88

Int. Cl.: 18

Prior U.S. Cl.: 3

Reg. No. 1,045,932

### United States Patent and Trademark Office

Registered Aug. 10, 1976

10 Year Renewal

Renewal Term Begins Aug. 10, 1996

## TRADEMARK
## PRINCIPAL REGISTER

### LOUIS VUITTON

LOUIS VUITTON MALLETIER
(FRANCE CORPORATION)
54, AVENUE MONTAIGNE
75008 PARIS, FRANCE, BY ASSIGN-
MENT, ASSIGNMENT AND ASSIGN-
MENT FROM VUITTON ET FILS
S.A.R.L. (FRANCE CORPORATION)
92600 ASNIERES, FRANCE

FOR: LUGGAGE AND LADIES'
HANDBAGS, IN CLASS 18 (U.S. CL. 3).

FIRST USE 0-0-1875; IN COMMERCE
0-0-1925.

SER. NO. 73–060,441, FILED 8-13-1975.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Oct. 15, 1996.*

COMMISSIONER OF PATENTS AND TRADEMARKS

**Plaintiff's Document Production 78**

EXHIBIT A                                                    Page 89

Int. Cl.: 18

Prior U.S. Cl.: 3

**United States Patent Office**

Reg. No. 1,045,932

Registered Aug. 10, 1976

## TRADEMARK
### Principal Register

## LOUIS VUITTON

Vuitton et Fils S.A.R.L. (French corporation)
18, Rue du Congres
92600 Asnieres, France

For: LUGGAGE AND LADIES' HANDBAGS, in CLASS 18 (U.S. CL. 3).
First use at least as early as 1875; in commerce at least as early as 1925.

Ser. No. 60,441, filed Aug. 13, 1975.

B. A. CHAPMAN, Examiner

REGISTERED FOR A TERM OF 20 YEARS FROM    Aug. 10, 1976

COMB. AFF. SEC. 8 & 15

CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION
WHICH IS IN FULL FORCE AND EFFECT WITH NOTATION
OF ALL STATUTORY ACTIONS TAKEN THEREON, AS DIS-
CLOSED BY THE RECORDS OF THE UNITED STATES PATENT
AND TRADEMARK OFFICE. SAID RECORDS SHOW TITLE
TO BE IN:  Louis Vuitton Malletier, a France Corp.

Attest

MAR 10 1994

*Bruce Lehman*

ASSISTANT SECRETARY OF COMMERCE AND
COMMISSIONER OF PATENTS AND TRADEMARKS

Attesting Officer

Document Production 79

Int. Cl.: 18

Prior U.S. Cl.: 3

## United States Patent Office

Reg. No. 1,045,932
Registered Aug. 10, 1976

### TRADEMARK
#### Principal Register

## LOUIS VUITTON

Vuitton et Fils S.A.R.L. (French corporation)
18, Rue du Congres
92600 Asnieres, France

For: LUGGAGE AND LADIES' HANDBAGS,
in CLASS 18 (U.S. CL. 3).
First use at least as early as 1875; in commerce at least
as early as 1925.

Ser. No. 60,441, filed Aug. 13, 1975.

B. A. CHAPMAN, Examiner

REGISTERED FOR A TERM OF 20 YEARS FROM Aug. 10, 1976

COMB. AFF. SEC 8 & 15

CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION
WHICH IS IN FULL FORCE AND EFFECT, WITH NOTATION
OF ALL STATUTORY ACTIONS TAKEN THEREON, AS DIS-
CLOSED BY THE RECORDS OF THE UNITED STATES PATENT
AND TRADEMARK OFFICE.    SAID RECORDS SHOW TITLE
TO BE IN: Louis Vuitton

Attest

SEP 29 1988
Attesting Officer

COMMISSIONER OF PATENTS
AND TRADEMARKS

Plaintiff's Document Production 80



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME;

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

November 15, 2000

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,519,828* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *January 10, 1989*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
   *LOUIS VUITTON MALLETIER*
   *A CORPORATION OF FRANCE*



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

N. WILLIAMS
Certifying Officer

Plaintiff's Document Production 81

15:17 FR FINNEGAN HENDERSON    202 408 4400 TO 12125888315

Int. Cl.: 18

Prior U.S. Cl.: 3

Reg. No. 1,519,828

## United States Patent and Trademark Office

Registered Jan. 10, 1989

### TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON (FRANCE CORPORATION)
30 RUE LA BOETIE
PARIS, FRANCE

FOR: TRUNKS, VALISES, TRAVELING BAGS, SATCHELS, HAT BOXES AND SHOE BOXES USED FOR LUGGAGE, HAND BAGS, POCKETBOOKS, IN CLASS 18 (U.S. CL. 3).

FIRST USE 0-0-1897; IN COMMERCE 0-0-1925.
OWNER OF U.S. REG. NOS. 286,345 AND 297,594.

SER. NO. 726,741, FILED 5-6-1988.

CHRIS A. F. PEDERSEN, EXAMINING ATTORNEY

REGISTERED FOR A TERM OF 20 YEARS FROM    Jan. 10, 1989

COMB. AFF. SEC. 8 & 15 (PENDING)



Attest

APR 5 1998

M.M. Brown
Attesting Officer

CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION WHICH IS IN FULL FORCE AND EFFECT WITH NOTATION OF ALL STATUTORY ACTIONS TAKEN THEREON, AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE. SAID RECORDS SHOW TITLE TO BE IN: Louis Vuitton Malletier, corp. of France

Bruce Lehman

**Plaintiff's Document Production 82**



Nº 1519828

# THE UNITED STATES OF AMERICA

### CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

### PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for Twenty Years unless sooner terminated as provided by law.



In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this tenth day of January, 1989.

Commissioner of Patents and Trademarks

# NOTICE

*This Registration will be canceled by the Commissioner of Patents and Trademarks at the end of six years following the date of registration, unless within one year next preceding the expiration of such six years, the registrant files in the Patent and Trademark Office an affidavit showing that said mark is in use in Commerce or showing that its nonuse is due to special circumstances which excuse such nonuse and is not due to any intention to abandon the mark. A fee of $100.00 for each class must accompany the affidavit.*

Plaintiff's Document Production 84

Int. Cl.: 18



Prior U.S. Cl.: 3

**Reg. No. 1,519,828**

## United States Patent and Trademark Office

Registered Jan. 10, 1989

### TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON (FRANCE CORPORATION)
30 RUE LA BOETIE
PARIS, FRANCE

FOR: TRUNKS, VALISES, TRAVELING BAGS, SATCHELS, HAT BOXES AND SHOE BOXES USED FOR LUGGAGE, HAND BAGS, POCKETBOOKS, IN CLASS 18 (U.S. CL. 3).

FIRST USE 0-0-1897; IN COMMERCE 0-0-1925.
OWNER OF U.S. REG. NOS. 286,345 AND 297,594.

SER. NO. 726,741, FILED 5-6-1988.

CHRIS A. F. PEDERSEN, EXAMINING ATTOR-NEY

**Plaintiff's Document Production 85**

MSS JAM KMT 7410.0999



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

FEBRUARY 09, 1999                                PTAS

FINNEGAN, HENDERSON ET AL.
JULIA ANNE MATHESON, ESQ.
1300 I STREET, N.W.
WASHINGTON, D.C. 20005-3315

*100857337A*

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF
THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE MICROFILM COPY IS
AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER
REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE
INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA
PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD
FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY
CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 703-308-9723.
PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT AND TRADEMARK OFFICE,
ASSIGNMENT DIVISION, BOX ASSIGNMENTS, CG-4, 1213 JEFFERSON DAVIS HWY,
SUITE 320, WASHINGTON, D.C. 20231.

RECORDATION DATE: 10/16/1998              REEL/FRAME: 1801/0827
                                          NUMBER OF PAGES: 31

BRIEF: CHANGE OF ADDRESS

ASSIGNOR:
    LOUIS VUITTON MALLETIER              DOC DATE: 01/05/1998
                                        CITIZENSHIP: FRANCE
                                        ENTITY: CORPORATION

ASSIGNEE:
    LOUIS VUITTON MALLETIER              CITIZENSHIP: FRANCE
    2, RUE DU PONT-NEUF                  ENTITY: CORPORATION
    75001 PARIS, FRANCE

APPLICATION NUMBER: 75143799             FILING DATE: 08/01/1996
REGISTRATION NUMBER: 2177828             ISSUE DATE: 08/04/1998

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

Plaintiff's Document Production 86

EXHIBIT A                                            Page 97

1801/0827 PAGE 2

APPLICATION NUMBER: 75143789          FILING DATE: 08/01/1996
REGISTRATION NUMBER: 2181753          ISSUE DATE: 08/18/1998

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74147107          FILING DATE: 03/12/1991
REGISTRATION NUMBER: 1794905          ISSUE DATE: 09/28/1993

MARK: LV
DRAWING TYPE: STYLIZED WORDS, LETTERS, OR NUMBERS

APPLICATION NUMBER: 75034427          FILING DATE: 12/19/1995
REGISTRATION NUMBER: 2147003          ISSUE DATE: 03/31/1998

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74000195          FILING DATE: 11/16/1989
REGISTRATION NUMBER: 1615681          ISSUE DATE: 10/02/1990

MARK: LOUIS VUITTON MALLETIER A PARIS
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 73811070          FILING DATE: 07/06/1989
REGISTRATION NUMBER: 1650162          ISSUE DATE: 07/09/1991

MARK: LV LOUIS VUITTON
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74618480          FILING DATE: 01/06/1995
REGISTRATION NUMBER: 1938808          ISSUE DATE: 11/28/1995

MARK: LV
DRAWING TYPE: STYLIZED WORDS, LETTERS, OR NUMBERS

APPLICATION NUMBER: 71313983          FILING DATE: 04/29/1931
REGISTRATION NUMBER: 0297594          ISSUE DATE: 09/20/1932

MARK: VL
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 73060441          FILING DATE: 08/13/1975
REGISTRATION NUMBER: 1045932          ISSUE DATE: 08/10/1976

MARK: LOUIS VUITTON
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75034621          FILING DATE: 12/19/1995
REGISTRATION NUMBER: 2075141          ISSUE DATE: 07/01/1997

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

Plaintiff's Document Production 87

1801/0827 PAGE 3

APPLICATION NUMBER: 75034446          FILING DATE: 12/19/1995
REGISTRATION NUMBER: 2159848          ISSUE DATE: 05/26/1998

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74197490          FILING DATE: 08/23/1991
REGISTRATION NUMBER: 1875198          ISSUE DATE: 01/24/1995

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 75034445          FILING DATE: 12/19/1995
REGISTRATION NUMBER: 2071273          ISSUE DATE: 06/17/1997

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74583288          FILING DATE: 10/07/1994
REGISTRATION NUMBER: 1936892          ISSUE DATE: 11/21/1995

MARK: TAIGA
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74730993          FILING DATE: 09/19/1995
REGISTRATION NUMBER: 2058732          ISSUE DATE: 05/06/1997

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74730994          FILING DATE: 09/19/1995
REGISTRATION NUMBER: 2098630          ISSUE DATE: 09/23/1997

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 75158241          FILING DATE: 08/27/1996
REGISTRATION NUMBER: 2177841          ISSUE DATE: 08/04/1998

MARK: LOUIS VUITTON CLASSIC
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74604074          FILING DATE: 11/29/1994
REGISTRATION NUMBER: 1990760          ISSUE DATE: 08/06/1996

MARK: LOUIS VUITTON
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74562190          FILING DATE: 08/17/1994
REGISTRATION NUMBER: 1931144          ISSUE DATE: 10/31/1995

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

Plaintiff's Document Production 88

1801/0827 PAGE 4

APPLICATION NUMBER: 74042919         FILING DATE: 03/22/1990
REGISTRATION NUMBER: 1653663         ISSUE DATE: 08/13/1991

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74148017         FILING DATE: 03/15/1991
REGISTRATION NUMBER: 1770131         ISSUE DATE: 05/11/1993

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74375622         FILING DATE: 04/05/1993
REGISTRATION NUMBER: 1923652         ISSUE DATE: 10/03/1995

MARK: TAIGA
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 73765337         FILING DATE: 11/23/1988
REGISTRATION NUMBER: 1574197         ISSUE DATE: 01/02/1990

MARK: L'AME DU VOYAGE
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74601972         FILING DATE: 11/22/1994
REGISTRATION NUMBER: 2101815         ISSUE DATE: 09/30/1997

MARK: LV CUP
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74178312         FILING DATE: 06/21/1991
REGISTRATION NUMBER: 1902728         ISSUE DATE: 07/04/1995

MARK: LV CUP
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 73726741         FILING DATE: 05/06/1988
REGISTRATION NUMBER: 1519828         ISSUE DATE: 01/10/1989

MARK: LV
DRAWING TYPE: STYLIZED WORDS, LETTERS, OR NUMBERS

APPLICATION NUMBER: 74033904         FILING DATE: 03/02/1990
REGISTRATION NUMBER: 1653662         ISSUE DATE: 08/13/1991

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74022168         FILING DATE: 01/24/1990
REGISTRATION NUMBER: 1643625         ISSUE DATE: 05/07/1991

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

1801/0827 PAGE 5

APPLICATION NUMBER: 74014368          FILING DATE: 12/26/1989
REGISTRATION NUMBER: 1646847          ISSUE DATE: 06/04/1991

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74033970          FILING DATE: 03/02/1990
REGISTRATION NUMBER: 1655564          ISSUE DATE: 09/03/1991

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74407999          FILING DATE: 06/28/1993
REGISTRATION NUMBER: 1841850          ISSUE DATE: 06/28/1994

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN


STEVEN POST, EXAMINER
ASSIGNMENT DIVISION
OFFICE OF PUBLIC RECORDS

Plaintiff's Document Production 90



UNITED STATES PATENT AND TRADEMARK OFFICE

NSS- JAM - GMM- PEC

07410. 0030

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

REGISTRATION NO: 1990760     SERIAL NO: 74/604074     MAILING DATE: 10/17/2006
REGISTRATION DATE: 08/06/1996
MARK: LOUIS VUITTON
REGISTRATION OWNER: Louis Vuitton Malletier

CORRESPONDENCE ADDRESS:
JULIA ANNE MATHESON
FINNEGAN HENDERSON FARABOW, ET AL.
901 NEW YORK AVE NW
WASHINGTON DC  20001 4413

## RECEIVED

OCT 2 5 2006

FINNEGAN, HENDERSON, FARABOW,
GARRETT AND DUNNER, LLP

# NOTICE OF ACCEPTANCE
### 15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-
IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE
TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

**************************************************

# NOTICE OF RENEWAL
### 15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-
IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE
TRADEMARK ACT, 15 U.S.C. Sec. 1059.

ACCORDINGLY, THE REGISTRATION IS RENEWED.

**************************************************

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
014, 016, 024, 025, 018.

EVERETT, PATRICIA
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

ORIGINAL

DK 7"
10.25-06

TMLT6C (11/2005)

Plaintiff's Document Production 91

# REQUIREMENTS FOR MAINTAINING A FEDERAL TRADEMARK REGISTRATION

## I) SECTION 8: AFFIDAVIT OF CONTINUED USE

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. Sec. 1058, at the end of each successive 10-year period following the date of registration.

**Failure to file the Section 8 Affidavit will result in the cancellation of the registration.**

## II) SECTION 9: APPLICATION FOR RENEWAL

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. Sec. 1059, at the end of each successive 10-year period following the date of registration.

**Failure to file the Application for Renewal will result in the expiration of the registration.**

**NO FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS WILL BE SENT TO THE REGISTRANT BY THE PATENT AND TRADEMARK OFFICE. IT IS RECOMMENDED THAT THE REGISTRANT CONTACT THE PATENT AND TRADEMARK OFFICE APPROXIMATELY ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.**

TMLTIR (9/99)

APR 16 2003 11:16 FR FINNEGAN HENDERSON 202 408 4400 TO 011331532055094    P.03



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office

**OFFICE OF ASSISTANT COMMISSIONER FOR TRADEMARKS**
2900 Crystal Drive
Arlington, Virginia   22202-3513

*7410.0030*
*SAM/MCP/BBS*
*ACP*

REGISTRATION NO: 1990760       SERIAL NO: 74/604074       MAILING DATE: 04/01/2003
REGISTRATION DATE: 08/06/1996
MARK: LOUIS VUITTON
REGISTRATION OWNER: Louis Vuitton Malletier
CORRESPONDENCE ADDRESS:

MONTIA GIVENS PRESSEY
FINNEGAN, HENDERSON, FARABOW, ET AL.
1300 I STREET, N.W.
WASHINGTON, DC  20005

**RECEIVED**

APR 0 7 2003

FINNEGAN, HENDERSON, FARABOW
GARRETT AND DUNNER, LLP

# NOTICE OF ACCEPTANCE
### 15 U.S.C. Sec. 1058(a)(1)

THE COMBINED AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

**********************************************

# NOTICE OF ACKNOWLEDGEMENT
### 15 U.S.C. Sec. 1065

THE AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 15 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1065.

ACCORDINGLY, THE SECTION 15 AFFIDAVIT IS ACKNOWLEDGED.

**********************************************

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
014  016  018  024  025.

HARPER, BARBARA A
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

ORIGINAL    *Offsite File*
*Box # 86793*

TMLT4 (9/99)

Plaintiff's Document Production 93

** TOTAL PAGE.03 **

MSS JAM KMT 7410.0999

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

FEBRUARY 09, 1999

PTAS

FINNEGAN, HENDERSON ET AL.
JULIA ANNE MATHESON, ESQ.
1300 I STREET, N.W.
WASHINGTON, D.C. 20005-3315

*100857337A*

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF
THE U.S. PATENT AND TRADEMARK OFFICE.  A COMPLETE MICROFILM COPY IS
AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER
REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE.  THE
INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA
PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM.  IF YOU SHOULD
FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY
CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 703-308-9723.
PLEASE SEND REQUEST FOR CORRECTION TO:  U.S. PATENT AND TRADEMARK OFFICE,
ASSIGNMENT DIVISION, BOX ASSIGNMENTS, CG-4, 1213 JEFFERSON DAVIS HWY,
SUITE 320, WASHINGTON, D.C. 20231.

RECORDATION DATE: 10/16/1998              REEL/FRAME: 1801/0827
                                          NUMBER OF PAGES: 31

BRIEF:  CHANGE OF ADDRESS

ASSIGNOR:
    LOUIS VUITTON MALLETIER              DOC DATE: 01/05/1998
                                        CITIZENSHIP: FRANCE
                                        ENTITY: CORPORATION

ASSIGNEE:
    LOUIS VUITTON MALLETIER              CITIZENSHIP: FRANCE
    2, RUE DU PONT-NEUF                 ENTITY: CORPORATION
    75001 PARIS, FRANCE

APPLICATION NUMBER: 75143799            FILING DATE: 08/01/1996
REGISTRATION NUMBER: 2177828            ISSUE DATE: 08/04/1998

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

Plaintiff's Document Production 94

EXHIBIT A                                    Page 105

1801/0827 PAGE 2

```
APPLICATION NUMBER: 75143789        FILING DATE: 08/01/1996
REGISTRATION NUMBER: 2181753        ISSUE DATE: 08/18/1998

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74147107        FILING DATE: 03/12/1991
REGISTRATION NUMBER: 1794905        ISSUE DATE: 09/28/1993

MARK: LV
DRAWING TYPE: STYLIZED WORDS, LETTERS, OR NUMBERS

APPLICATION NUMBER: 75034427        FILING DATE: 12/19/1995
REGISTRATION NUMBER: 2147003        ISSUE DATE: 03/31/1998

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74000195        FILING DATE: 11/16/1989
REGISTRATION NUMBER: 1615681        ISSUE DATE: 10/02/1990

MARK: LOUIS VUITTON MALLETIER A PARIS
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 73811070        FILING DATE: 07/06/1989
REGISTRATION NUMBER: 1650162        ISSUE DATE: 07/09/1991

MARK: LV LOUIS VUITTON
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74618480        FILING DATE: 01/06/1995
REGISTRATION NUMBER: 1938808        ISSUE DATE: 11/28/1995

MARK: LV
DRAWING TYPE: STYLIZED WORDS, LETTERS, OR NUMBERS

APPLICATION NUMBER: 71313983        FILING DATE: 04/29/1931
REGISTRATION NUMBER: 0297594        ISSUE DATE: 09/20/1932

MARK: VL
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 73060441        FILING DATE: 08/13/1975
REGISTRATION NUMBER: 1045932        ISSUE DATE: 08/10/1976

MARK: LOUIS VUITTON
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75034621        FILING DATE: 12/19/1995
REGISTRATION NUMBER: 2075141        ISSUE DATE: 07/01/1997

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN
```

Plaintiff's Document Production 95

1801/0827 PAGE 3

APPLICATION NUMBER: 75034446          FILING DATE: 12/19/1995
REGISTRATION NUMBER: 2159848          ISSUE DATE: 05/26/1998

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74197490          FILING DATE: 08/23/1991
REGISTRATION NUMBER: 1875198          ISSUE DATE: 01/24/1995

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 75034445          FILING DATE: 12/19/1995
REGISTRATION NUMBER: 2071273          ISSUE DATE: 06/17/1997

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74583288          FILING DATE: 10/07/1994
REGISTRATION NUMBER: 1936892          ISSUE DATE: 11/21/1995

MARK: TAIGA
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74730993          FILING DATE: 09/19/1995
REGISTRATION NUMBER: 2058732          ISSUE DATE: 05/06/1997

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74730994          FILING DATE: 09/19/1995
REGISTRATION NUMBER: 2098630          ISSUE DATE: 09/23/1997

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 75158241          FILING DATE: 08/27/1996
REGISTRATION NUMBER: 2177841          ISSUE DATE: 08/04/1998

MARK: LOUIS VUITTON CLASSIC
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74604074          FILING DATE: 11/29/1994
REGISTRATION NUMBER: 1990760          ISSUE DATE: 08/06/1996

MARK: LOUIS VUITTON
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74562190          FILING DATE: 08/17/1994
REGISTRATION NUMBER: 1931144          ISSUE DATE: 10/31/1995

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

Plaintiff's Document Production 96

1801/0827 PAGE 4

APPLICATION NUMBER: 74042919        FILING DATE: 03/22/1990
REGISTRATION NUMBER: 1653663        ISSUE DATE: 08/13/1991

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74148017        FILING DATE: 03/15/1991
REGISTRATION NUMBER: 1770131        ISSUE DATE: 05/11/1993

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74375622        FILING DATE: 04/05/1993
REGISTRATION NUMBER: 1923652        ISSUE DATE: 10/03/1995

MARK: TAIGA
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 73765337        FILING DATE: 11/23/1988
REGISTRATION NUMBER: 1574197        ISSUE DATE: 01/02/1990

MARK: L'AME DU VOYAGE
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74601972        FILING DATE: 11/22/1994
REGISTRATION NUMBER: 2101815        ISSUE DATE: 09/30/1997

MARK: LV CUP
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74178312        FILING DATE: 06/21/1991
REGISTRATION NUMBER: 1902728        ISSUE DATE: 07/04/1995

MARK: LV CUP
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 73726741        FILING DATE: 05/06/1988
REGISTRATION NUMBER: 1519828        ISSUE DATE: 01/10/1989

MARK: LV
DRAWING TYPE: STYLIZED WORDS, LETTERS, OR NUMBERS

APPLICATION NUMBER: 74033904        FILING DATE: 03/02/1990
REGISTRATION NUMBER: 1653662        ISSUE DATE: 08/13/1991

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74022168        FILING DATE: 01/24/1990
REGISTRATION NUMBER: 1643625        ISSUE DATE: 05/07/1991

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

1801/0827 PAGE 5

APPLICATION NUMBER: 74014368  FILING DATE: 12/26/1989
REGISTRATION NUMBER: 1646847  ISSUE DATE: 06/04/1991

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74033970  FILING DATE: 03/02/1990
REGISTRATION NUMBER: 1655564  ISSUE DATE: 09/03/1991

MARK: LV
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74407999  FILING DATE: 06/28/1993
REGISTRATION NUMBER: 1841850  ISSUE DATE: 06/28/1994

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

STEVEN POST, EXAMINER
ASSIGNMENT DIVISION
OFFICE OF PUBLIC RECORDS

Plaintiff's Document Production 98



## CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, as amended, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

### PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for TEN years unless sooner terminated as provided by law.



In Testimony whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this sixth day of August 1996.

*Bruce Lehman*

Commissioner of Patents and Trademarks

Plaintiff's Document Production 99



Int. Cls.: **14, 16, 18, 24 and 25**

Prior U.S. Cls.: **1, 2, 3, 5, 22, 23, 27, 28, 29, 37, 38, 39, 41, 42 and 50**

**United States Patent and Trademark Office**

Reg. No. 1,990,760

Registered Aug. 6, 1996

## TRADEMARK
## PRINCIPAL REGISTER

## LOUIS VUITTON

LOUIS VUITTON MALLETIER (FRANCE CORPORATION)
54, AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: WATCHES AND STRAPS FOR WRIST WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1910; IN COMMERCE 0-0-1910.

FOR: PHOTOGRAPH ALBUMS; CATALOGUES FEATURING LUGGAGE AND TRAVEL ACCESSORIES, BAGS, SMALL LEATHER GOODS AND GARMENTS; ENGAGEMENT BOOKS, NOTEBOOKS, PICTURE BOOKS, ANTHOLOGIES AND PAMPHLETS REFERRING TO TRAVEL; CALENDARS; TELEPHONE INDEXES; HAT BOXES OF CARDBOARD; OFFICE REQUISITES IN THE NATURE OF WRITING PADS, LETTER TRAYS, WRITING CASES, PENCIL HOLDERS; FOUNTAIN PENS, BALLPOINT PENS, NIBS, INK WELLS, INK STANDS; PLAYING CARDS; COVERS FOR POCKET AND DESK DIARIES, AND CHECKBOOK HOLDERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1923; IN COMMERCE 0-0-1923.

FOR: TRUNKS; TRAVELING TRUNKS; SUITCASES; TRAVELING BAGS; LUGGAGE; GARMENT BAGS FOR TRAVEL; HAT BOXES FOR TRAVEL; SHOE BAGS FOR TRAVEL; UMBRELLAS; ANIMAL CARRIERS; BAGS FOR CLIMBERS; BAGS FOR CAMPERS; RUCKSACKS; HAVERSACKS; LEATHER OR TEX-

TILE SHOPPING BAGS; BEACH BAGS; HUNTERS' GAME BAGS; HANDBAGS; VANITY CASES SOLD EMPTY; ATTACHE CASES; SCHOOL BAGS; SCHOOL SATCHELS; TOTE BAGS, TRAVEL SATCHELS; CLUTCH BAGS; BRIEFCASES; WALLETS; POCKET WALLETS; CREDIT CARD CASES; BUSINESS CARD CASES; BILL AND CARD HOLDERS; CHECKBOOK HOLDERS; KEY CASES; CHANGE PURSES; BRIEFCASE-TYPE PORTFOLIOS; ENVELOPES OF LEATHER OR IMITATION LEATHER FOR PACKAGING, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0-0-1854; IN COMMERCE 0-0-1898.

FOR: TRAVEL BLANKETS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 0-0-1901; IN COMMERCE 0-0-1901.

FOR: SHIRTS; SWEATSHIRTS; POLO SHIRTS; T-SHIRTS; HEADWEAR; JACKETS; TIES; BELTS; SHAWLS; SASHES; SCARVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1909; IN COMMERCE 0-0-1909.

OWNER OF U.S. REG. NOS. 1,045,932, 1,615,681 AND OTHERS.

THE NAME "LOUIS VUITTON" IS THE NAME OF THE DECEASED, FOUNDER OF THE APPLICANT'S BUSINESS.

SER. NO. 74-604,074, FILED 11-29-1994.

RANDY RICARDO, EXAMINING ATTORNEY

**Plaintiff's Document Production 100**



## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the  Mark and pertinent data from the application are part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



*Commissioner of Patents and Trademarks*

**Plaintiff's Document Production 101**

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**Reg. No. 2,361,695**

## United States Patent and Trademark Office

Registered June 27, 2000

### TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE CORPORATION)
2 RUE DU PONT-NEUF
75001 PARIS, FRANCE

FOR: CLOTHING AND UNDERWEAR, NAMELY, SWEATERS, SHIRTS, SWEATSHIRTS, POLO SHIRTS, T-SHIRTS, CORSETS, SUITS, WAISTCOATS, RAINCOATS, SKIRTS, COATS, PULLOVERS, TROUSERS, DRESSES, JACKETS, SHAWLS, STOLES, SASHES FOR WEAR, SCARVES, NECKTIES, POCKET SQUARES, SUSPENDERS, POCKET HANDKERCHIEF

SQUARES FOR WEAR, BRACES, GLOVES, TIES, BELTS, STOCKINGS, TIGHTS, SOCKS, BATH ROBES, BATHING SUITS, SHOES, BOOTS AND SANDALS, TIPS FOR FOOTWEAR; HATS AND CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0–0–1896; IN COMMERCE 0–0–1981.

OWNER OF U.S. REG. NOS. 1,519,828, 1,794,905, AND 1,938,808.

SER. NO. 75–620,753, FILED 1–13–1999.

INGRID C. EULIN, EXAMINING ATTORNEY

**Plaintiff's Document Production 102**



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached color photocopies are a true representation of the work entitled **MULTICOLOR MONOGRAM – BLACK PRINT** deposited in the Copyright Office with claim of copyright registered under number **VA 1-250-121**.

**THIS IS TO CERTIFY FURTHER**, that due to the nature of the work deposited the attached color photocopies are the best possible electrostatic positive prints available.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on February 11, 2005.

Marybeth Peters
Register of Copyrights

By:  James B. Enzinna
Assistant Chief
Information and Reference
Division

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

es OURY
LEPARON
is THEZE
e NARBEY
75008 PARIS

M° THEZE
NOTA
CO
G   BEXTEAUR

Certified true copy
Pan's February 24, 2005



**Plaintiff's Document Production 104**



**MASTER MAITRE**

Date          : 28/07/2003
Code          : A31027

Désignation        TOILE FORTE
                   MULTICOLORE ECHELLE 1

Couleur        NOIR

Indice         A

VA 1−250−121

LIBRARY OF CONGRESS
COPYRIGHT OFFICE

**Plaintiff's Document Production 105**

EXHIBIT A                          Page 116



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached color photocopies are a true representation of the work entitled **MULTICOLOR MONOGRAM - WHITE PRINT** deposited in the Copyright Office with claim of copyright registered under number **VA 1-250-120.**

**THIS IS TO CERTIFY FURTHER**, that due to the nature of the work deposited the attached color photocopies are the best possible electrostatic positive prints available.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on February 11, 2005.

Marybeth Peters
Register of Copyrights

By:   James B. Enzinna
Assistant Chief
Information and Reference
Division

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

**Plaintiff's Document Production 106**



VA 1—250—120

Plaintiff's Document Production 107