# EXHIBIT C







EXHIBIT C Page 124