J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 E. Wilson Ave., Suite 202
Glendale, California  91206
Telephone:  (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiff Louis
Vuitton Malletier, S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| Louis Vuitton Malletier, S.A., ) | Case No.: C 07 3952 JW |
| ) | |
| Plaintiff, ) | DECLARATION OF ROBERT L. HOLMES IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| v. ) | |
| Akanoc Solutions, Inc., et al. ) | |
| ) | Date:  September 8, 2008 |
| Defendants. ) | Time: 9:00 a.m. |
| ) | Courtroom 8, 4th Floor |

## DECLARATION OF ROBERT L. HOLMES

I, Robert L. Holmes, declare as follows:

1. I am a private detective and the principal of IPCybrcrime.com, LLC ("IPCybercrime"). IPCybercrime is located in Plano, Texas, and specializes in intellectual property investigations on the Internet. I have over 25 years of experience investigating counterfeiters on the internet and identifying involved parties. Except as otherwise stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows.

2. Beginning in or around 2007, I began investigating a number of websites selling allegedly counterfeit goods of Louis Vuitton which were hosted at IP addresses allocated to the Defendants in this case. I had heard of Defendants prior to receiving this assignment from Louis Vuitton as Defendants have been found by me to have hosted other infringing websites selling counterfeits of other companies' goods. From my experience and research in investigations of online counterfeiting, I understand Defendants have a reputation for hosting websites that specialize in counterfeiting as well as spam activities.

3. On or about May 15, 2007, I began investigating the website bag4sell.com at IP Address 204.13.66.161 which was offering suspect Louis Vuitton products. On or about that date, I confirmed that bag4sell.com was being hosted by Akanoc Solutions, Inc. I confirmed that bag4sell.com was hosted by Akanoc Solutions, Inc. using at least three different methods of verification, including the "pinging" method. On or about May 15, 2007, an order was placed for a sample of Louis Vuitton product and was received by my office on or about May 30, 2007. The contact for this purchase was nina@bag4sell.com and bag4sell@gmail.com. The return address stated the product originated from Guangdong, China. The payee for this purchase was Jinxiu Fang. This purchase was later forwarded for review by Louis Vuitton.

4. On or about May 15, 2007, I began investigating the website innike.com at IP Address 205.209.165.82 which was offering suspect Louis Vuitton products. On or about that date, I confirmed that innike.com was being hosted by Managed Solutions Group, Inc. I confirmed that innike.com was hosted by Managed Solutions Group, Inc. using at least three different methods of verification, including the "pinging" method. On or about May 15, 2007, an order was placed for a sample of Louis Vuitton product and was received by my office on or about May 30, 2007. The contact for this purchase was innike02@yahoo.com and innike03@hotmail.com. The return address stated the product originated from Foshan, China. The payee for this purchase was Siyi Wang. This purchase was later forwarded for review by Louis Vuitton.

5. On or about May 15, 2007, I began investigating the website soapparel.com at IP Address 204.16.192.244 which was offering suspect Louis Vuitton products. On or about that date, I confirmed that soapparel.com was being hosted by Akanoc Solutions, Inc. I confirmed that soapparel.com was hosted by Akanoc Solutions, Inc. using at least three different methods of verification, including the "pinging" method. On or about May 15, 2007, an order was placed for a sample of Louis Vuitton product and was received by my office on or about May 30, 2007. The contact for this purchase was "Vivian" and email address soapparel@yahoo.com.cn. The return address stated the product originated from Guangdong, China. The payee for this purchase was Si Yi Wang. This purchase was later forwarded for review by Louis Vuitton.

6. On or about May 22, 2007, I began investigating the website wendy929.net at IP Address 204.13.69.140 which was offering suspect Louis Vuitton products. On or about that date, I confirmed that wendy929.net was being hosted by Akanoc Solutions, Inc. I confirmed that wendy929.net was hosted by Akanoc, Solutions Inc. using at least three different methods of verification, including the "pinging" method. On or about May 22, 2007, an order was placed for a sample of Louis Vuitton product and was received by my office on or about June 26, 2007. The

contact for this purchase was bag929@126.com. The return address stated the product originated from Shanghai, China. The payee for this purchase was Weiliang Zhang. This purchase was later forwarded for review by Louis Vuitton.

7. On or about May 31, 2007, I began investigating the website famous-shop.com at IP Address 205.209.143.93 which was offering suspect Louis Vuitton products. On or about that date, I confirmed that famous-shop.com was being hosted by Managed Solutions Group, Inc. I confirmed that famous-shop.com was hosted by Managed Solutions Group, Inc. using at least three different methods of verification, including the "pinging" method. On or about May 31, 2007, an order was placed for a sample of Louis Vuitton product and was received by my office on or about August 7, 2007. The contact for this purchase was famous-shop01@hotmail.com. The return address was illegible, however, the payee for this purchase was Qiaolin Zhang. This purchase was later forwarded for review by Louis Vuitton.

8. On or about June 5, 2007, I began investigating the website pickyourgoods.com at IP Address 205.209.165.84 which was offering suspect Louis Vuitton products. On or about that date, I confirmed that pickyourgoods.com was being hosted by Managed Solutions Group, Inc. I confirmed that pickyourgoods.com was hosted by Managed Solutions Group, Inc. using at least three different methods of verification, including the "pinging" method. On or about June 5, 2007, an order was placed for a sample of Louis Vuitton product and was received by my office on or about June 26, 2007. The contact for this purchase was "Rose" with email pickyourgoods@yahoo.com.cn. The return address stated the product originated from Xingtai, China. The payee for this purchase was Linxiao Wang. This purchase was later forwarded for review by Louis Vuitton.

9. On or about June 28 2007, I began investigating the website watchnreplica.net at IP Address 66.79.176.207 which was offering suspect Louis Vuitton products. On or about that date,

I confirmed that watchnreplica.net was being hosted by Managed Solutions Group, Inc. I confirmed that watchnreplica.net was hosted by Managed Solutions Group, Inc. using at least three different methods of verification, including the "pinging" method. On or about June 27 2007, an order was placed for a sample of Louis Vuitton product and was received by my office on or about July 24, 2007. The contact for this purchase was lvbagz@gmail.com. The return address was in Chinese. However, the payee for this purchase was HK NEWENDER E-BUSINESS C TSIM SHAT SUI HK. This purchase was later forwarded for review by Louis Vuitton.

10. On or about July 26, 2007, I began investigating the website replica-ebags.com at IP Address 204.16.193.146 which was offering suspect Louis Vuitton products. On or about that date, I confirmed that replica-ebags.com was being hosted by Akanoc Solutions, Inc. I confirmed that replica-ebags.com was hosted by Akanoc Solutions, Inc. using at least three different methods of verification, including the "pinging" method. On or about July 26, 2007, an order was placed for a sample of Louis Vuitton product and was received by my office on or about August 14, 2007. The contact for this purchase sales@replica-ebags.com. The return address stated the product originated from Hunan, China. The payee for this purchase was T24CC.COM. This purchase was later forwarded for review by Louis Vuitton.

11. On or about July 27, 2007, I began investigating the website watchesreplica.net at IP Address 204.16.193.146 which was offering suspect Louis Vuitton products. On or about that date, I confirmed that watchesreplica.net was being hosted by Akanoc Solutions, Inc. I confirmed that watchesreplica.net was hosted by Akanoc Solutions, Inc. using at least three different methods of verification, including the "pinging" method. On or about July 27, 2007, an order was placed for a sample of Louis Vuitton product and was received by my office on or about August 14, 2007. The contact for this purchase was sales@watchesreplica.net. The return address stated the product

Louis Vuitton v Akanoc, et al.: Holmes Declaration in Support of
Opposition to Motion for Summary Judgment

originated from Hunan, China. The payee for this purchase was Tujian Zhou. This purchase was later forwarded for review by Louis Vuitton.

12. On or about October 15, 2007, I began investigating the website guccifendi.com at IP Address 204.16.194.103 which was offering suspect Louis Vuitton products. On or about that date, I confirmed that guccifendi.com was being hosted by Akanoc Solutions, Inc. I confirmed that guccifendi.com was hosted by Akanoc Solutions, Inc. using at least three different methods of verification, including the "pinging" method. On or about October 25, 2007, an order was placed for a sample of Louis Vuitton product and was received by my office on or about November 13, 2007. The contact for this purchase was guccifendi68@vip.163.com. The return address stated the product originated from Beijing, China. The payee for this purchase was Yangla Li. This purchase was later forwarded for review by Louis Vuitton.

13. On or about October 15, 2007, I began investigating the website luxury2us.com at IP Address 204.16.193.105 which was offering suspect Louis Vuitton products. On or about that date, I confirmed that luxury2us.com was being hosted by Akanoc Solutions, Inc. I confirmed that luxury2us.com was hosted by Akanoc Solutions, Inc. using at least three different methods of verification, including the "pinging" method. On or about October 25, 2007, an order was placed for a sample of Louis Vuitton product and was received by my office on or about November 6, 2007. The contact for this purchase was luxury2us@yahoo.com.cn. The return address was in Chinese. The payee for this purchase was Li Liu. This purchase was later forwarded for review by Louis Vuitton.

14. On or about October 15, 2007, I began investigating the website rrgnl.com at IP Address 205.209.180.88 which was offering suspect Louis Vuitton products. On or about that date, I confirmed that rrgnl.com was being hosted by Managed Solutions Group, Inc. I confirmed that rrgnl.com was hosted by Managed Solutions Group, Inc. using at least three different methods

of verification, including the "pinging" method. On or about October 25, 2007, an order was placed for a sample of Louis Vuitton product and was received by my office on or about November 6, 2007. The contact for this purchase nike-rrgnl@hotmail.com. The return address stated the product originated from Shanghai, China. The payee for this purchase was Feiyong Gao. This purchase was later forwarded for review by Louis Vuitton.

15. On or about October 15, 2007, I began investigating the website sunny7shoes.com at IP Address 205.209.136.108 which was offering suspect Louis Vuitton products. On or about that date, I confirmed that sunny7shoes.com was being hosted by Managed Solutions Group, Inc. I confirmed that sunny7shoes.com was hosted by Managed Solutions Group, Inc. using at least three different methods of verification, including the "pinging" method. On or about October 25, 2007, an order was placed for a sample of Louis Vuitton product and was received by my office on or about November 6, 2007. The contact for this purchase was sunny7shoes@gmail.com. The return address stated the product originated from Guangdong, China. The payee for this purchase was Bin Sun. This purchase was later forwarded for review by Louis Vuitton.

16. In connection with the above investigations, I also conducted Reverse IP Searches to determine other websites hosted at the same respective IP Address. Through this process, I reviewed hundreds of websites which also sold suspect Louis Vuitton products while hosted by one of the Defendants.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 31st day of July, 2008, at Plano, Texas.

_____
ROBERT L. HOLMES