**Exhibit E**

1   **GAUNTLETT & ASSOCIATES**
    David A. Gauntlett (SBN 96399)
2   James A. Lowe (SBN 214383)
    Brian S. Edwards (SBN 166258)
3   18400 Von Karman Avenue, Suite 300
    Irvine, California 92612
4   Telephone:    (949) 553-1010
    Facsimile:    (949) 553-2050
5   jal@gauntlettlaw.com
    bse@gauntlettlaw.com
6

7   Attorneys for Defendants
    Akanoc Solutions, Inc.,
8   Managed Solutions Group, Inc.
    and Steven Chen
9

10                  **UNITED STATES DISTRICT COURT**

11          **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

12

13  LOUIS VUITTON MALLETIER, S.A.,        )   Case No.:  C 07-3952 JW
                                          )
14                  Plaintiff,            )
                                          )   **RESPONSES OF DEFENDANT AKANOC**
15          vs.                           )   **SOLUTIONS, INC. TO FIRST SET OF**
                                          )   **REQUESTS FOR ADMISSION BY**
16                                        )   **PLAINTIFF**
                                          )
17  AKANOC SOLUTIONS, INC., et al.,       )
                                          )
18                  Defendants.           )
                                          )
19  ─────────────────────────────────────

20  **PROPOUNDING PARTY:**        **LOUIS VUITTON MALLETIER, S.A.**

21  **RESPONDING PARTY:**         **AKANOC SOLUTIONS, INC.**

22  **SET NUMBER:**               **ONE**

23          To Plaintiff Louis Vuitton Malletier, S.A., and its attorney of record:

24          Pursuant to Fed. R. Civ. P. 36(l), Defendant Akanoc Solutions, Inc. ("Akanoc") hereby

25  responds and objects to Plaintiff's first requests for admission.

26                          **GENERAL OBJECTIONS**

27          1.      By responding or failing to respond to some of the requests, Akanoc does not concede

28  the relevance or materiality of any request or the subject to which it relates.

10562-002-4/17/2008-160743.1                              AKANOC SOLUTIONS' RESPONSES TO
                                                          REQUESTS FOR ADMISSION – SET ONE
                                                          – C 07-3952 JW

2.      Akanoc objects to all requests to the extent they seek information protected by the attorney-client privilege, attorney work product doctrine or any other applicable privilege.

3.      Inadvertent production of privileged information by Akanoc shall not constitute waiver of any applicable privilege or doctrine, including, but not limited to, objections on the basis of competency, confidentiality, relevancy, materiality, privilege and/or admissibility as evidence as such objections may apply at trial or otherwise in this action.

4.      Akanoc objects to each and every request to the extent they call for information protected by the United States Constitution and any applicable statutes, including, but not limited to, the right of privacy.

**REQUEST NO. 1:**

PLAINTIFF owns a valid and effective trademark registration numbered 1,045,932 for "LOUIS VUITTON".

**RESPONSE TO REQUEST NO. 1:**

Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is unable to authenticate LV's purported trademark registrations.

**REQUEST NO. 2:**

Attached hereto as Exhibit A is a true copy of United States Patent and Trademark Office Trademark Registration Number 1,045,932.

**RESPONSE TO REQUEST NO. 2:**

Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is unable to authenticate LV's purported trademark registrations.

**REQUEST NO. 3:**

PLAINTIFF owns a valid and effective trademark registration numbered 1,990,760 for "LOUIS VUITTON".

**RESPONSE TO REQUEST NO. 3:**

1    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

2  known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is

3  unable to authenticate LV's purported trademark registrations.

4  **REQUEST NO. 4:**

5    Attached hereto as Exhibit B is a true copy of United States Patent and Trademark Office

6  Trademark Registration Number 1,990,760.

7  **RESPONSE TO REQUEST NO. 4:**

8    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

9  known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is

10 unable to authenticate LV's purported trademark registrations.

11 **REQUEST NO. 5:**

12   PLAINTIFF owns a valid and effective trademark registration numbered 2,303,212 for

13 "LOUIS VUITTON".

14 **RESPONSE TO REQUEST NO. 5:**

15   Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

16 known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is

17 unable to authenticate LV's purported trademark registrations.

18 **REQUEST NO. 6:**

19   Attached hereto as Exhibit C is a true copy of United States Patent and Trademark Office

20 Trademark Registration Number 2,303,212.

21 **RESPONSE TO REQUEST NO. 6:**

22   Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

23 known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is

24 unable to authenticate LV's purported trademark registrations.

25 **REQUEST NO. 7:**

26   PLAINTIFF owns a valid and effective trademark registration numbered 286,345 for "LV".

27 **RESPONSE TO REQUEST NO. 7:**

28   Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

10562-002-4/17/2008-160743.1                    3              AKANOC SOLUTIONS' RESPONSES TO
                                                               REQUESTS FOR ADMISSION – SET ONE
                                                               – C 07-3952 JW

1 known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is
2 unable to authenticate LV's purported trademark registrations.

3 **REQUEST NO. 8:**

4     Attached hereto as Exhibit D is a true copy of United States Patent and Trademark Office
5 Trademark Registration Number 286,345.

6 **RESPONSE TO REQUEST NO. 8:**

7     Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
8 known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is
9 unable to authenticate LV's purported trademark registrations.

10 **REQUEST NO. 9:**

11     PLAINTIFF owns a valid and effective trademark registration numbered 1,519,828 for "LV".

12 **RESPONSE TO REQUEST NO. 9:**

13     Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
14 known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is
15 unable to authenticate LV's purported trademark registrations.

16 **REQUEST NO. 10:**

17     Attached hereto as Exhibit E is a true copy of United States Patent and Trademark Office
18 Trademark Registration Number 1519,828.

19 **RESPONSE TO REQUEST NO. 10:**

20     Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
21 known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is
22 unable to authenticate LV's purported trademark registrations.

23 **REQUEST NO. 11:**

24     PLAINTIFF owns a valid and effective trademark registration numbered 1,655,564 for "LV".

25 **RESPONSE TO REQUEST NO. 11:**

26     Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
27 known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is
28 unable to authenticate LV's purported trademark registrations.

1  **REQUEST NO. 12:**

2       Attached hereto as Exhibit F is a true copy of United States Patent and Trademark Office

3  Trademark Registration Number 1,655,564.

4  **RESPONSE TO REQUEST NO. 12:**

5       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

6  known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is

7  unable to authenticate LV's purported trademark registrations.

8  **REQUEST NO. 13:**

9       PLAINTIFF owns a valid and effective trademark registration numbered 1,794,905 for "LV".

10 **RESPONSE TO REQUEST NO. 13:**

11      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

12 known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is

13 unable to authenticate LV's purported trademark registrations.

14 **REQUEST NO. 14:**

15      Attached hereto as Exhibit G is a true copy of United States Patent and Trademark Office

16 Trademark Registration Number 1,794,905.

17 **RESPONSE TO REQUEST NO. 14:**

18      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

19 known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is

20 unable to authenticate LV's purported trademark registrations.

21 **REQUEST NO. 15:**

22      PLAINTIFF owns a valid and effective trademark registration numbered 1,938,808 for "LV".

23 **RESPONSE TO REQUEST NO. 15:**

24      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

25 known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is

26 unable to authenticate LV's purported trademark registrations.

27 **REQUEST NO. 16:**

28      Attached hereto as Exhibit H is a true copy of United States Patent and Trademark Office

1    Trademark Registration Number 1,938,808.

2    **RESPONSE TO REQUEST NO. 16:**

3       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

4   known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is

5   unable to authenticate LV's purported trademark registrations.

6    **REQUEST NO. 17:**

7       PLAINTIFF owns a valid and effective trademark registration numbered 2,291,907 for "LV".

8    **RESPONSE TO REQUEST NO. 17:**

9       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

10   known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is

11   unable to authenticate LV's purported trademark registrations.

12   **REQUEST NO. 18:**

13      Attached hereto as Exhibit I is a true copy of United States Patent and Trademark Office

14   Trademark Registration Number 2,291,907.

15   **RESPONSE TO REQUEST NO. 18:**

16      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

17   known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is

18   unable to authenticate LV's purported trademark registrations.

19   **REQUEST NO. 19:**

20      PLAINTIFF owns a valid and effective trademark registration numbered 2,361,695 for "LV".

21   **RESPONSE TO REQUEST NO. 19:**

22      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

23   known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is

24   unable to authenticate LV's purported trademark registrations.

25   **REQUEST NO. 20:**

26      Attached hereto as Exhibit J is a true copy of United States Patent and Trademark Office

27   Trademark Registration Number 2,361,695.

28   **RESPONSE TO REQUEST NO. 20:**

1        Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

2  known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is

3  unable to authenticate LV's purported trademark registrations.

4  **REQUEST NO. 21:**

5        YOU are not authorized by PLAINTIFF to use the trademark "LOUIS VUITTON".

6  **RESPONSE TO REQUEST NO. 21:**

7        Objection. Akanoc objects to the definition of "YOU" and "YOUR" to the extent LV seeks

8  to obtain information outside MSG's personal knowledge and/or seeks information protected by the

9  attorney-client privilege and/or work product doctrine. Without waiving and subject to said

10  objections, Akanoc responds as follows: Akanoc admits only that Akanoc Solutions, Inc. is not

11  authorized to use that trademark and specifically denies ever using that trademark. Pursuant to Fed.

12  R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information known or readily

13  obtainable by it is insufficient to enable it to admit or deny the request further.

14  **REQUEST NO. 22:**

15        YOU are not authorized by PLAINTIFF to use the trademark "LV".

16  **RESPONSE TO REQUEST NO. 22:**

17        Objection. Akanoc objects to the definition of "YOU" and "YOUR" to the extent LV seeks

18  to obtain information outside MSG's personal knowledge and/or seeks information protected by the

19  attorney-client privilege and/or work product doctrine. Without waiving and subject to said

20  objections, Akanoc responds as follows: Akanoc admits only that Akanoc Solutions, Inc. is not

21  authorized to use that trademark and specifically denies ever using that trademark. Pursuant to Fed.

22  R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information known or readily

23  obtainable by it is insufficient to enable it to admit or deny the request further.

24  **REQUEST NO. 23:**

25        Exhibit K attached hereto is a true and correct copy of the ARIN WHOIS record.

26  **RESPONSE TO REQUEST NO. 23:**

27        Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

28  known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc

1   Solutions, Inc. is unable to authenticate purported ARIN WHOIS records.

2   **REQUEST NO. 24:**

3        Exhibit K accurately reflects the Internet Protocol (IP) addresses assigned to YOU.

4   **RESPONSE TO REQUEST NO. 24:**

5        Objection. This request is vague and ambiguous as to time.  Without waiving and subject to

6   said objections, Akanoc responds as follows: Deny

7   **REQUEST NO. 25:**

8        YOU have been assigned IP addresses within the block of addresses between 204.13.64.0

9   and 204.13.71.255

10  **RESPONSE TO REQUEST NO. 25:**

11       Objection. This request is vague and ambiguous as to time.  Without waiving and subject to

12  said objections, Akanoc responds as follows: Admit

13  **REQUEST NO. 26:**

14       YOU have been assigned IP addresses within the block of addresses between 204.15.192.0

15  and 204.15.199.255

16  **RESPONSE TO REQUEST NO. 26:**

17       Objection. This request is vague and ambiguous as to time.  Without waiving and subject to

18  said objections, Akanoc responds as follows: Deny

19  **REQUEST NO. 27:**

20       YOU have been assigned IP addresses within the block of addresses between 208.77.40.0

21  and 208.77.47.255.

22  **RESPONSE TO REQUEST NO. 27:**

23       Objection. This request is vague and ambiguous as to time.  Without waiving and subject to

24  said objections, Akanoc responds as follows: Admit

25  **REQUEST NO. 28:**

26       The website 315EC.COM was hosted at IP address 205.209.159.69 at any time between July

27  8, 2007 and August 12, 2007.

28  **RESPONSE TO REQUEST NO. 28:**

1    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

2    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

3    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

4    determine if the domain is assigned at an IP address within its IP range and if so will send out a

5    takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

6    or deny that the Website, and specifically the content of the Website, is located or hosted at a

7    particular IP address.

8    **REQUEST NO. 29:**

9    MANAGED SOLUTIONS was assigned the IP address 205.209.159.69 at ALL RELEVANT

10    TIMES.

11    **RESPONSE TO REQUEST NO. 29:**

12    Admit.

13    **REQUEST NO. 30:**

14    The website 315EC.COM was hosted at IP address 205.209.138.141 at any time between

15    August 12, 2007 and December 2, 2007.

16    **RESPONSE TO REQUEST NO. 30:**

17    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

18    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

19    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

20    determine if the domain is assigned at an IP address within its IP range and if so will send out a

21    takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

22    or deny that the Website, and specifically the content of the Website, is located or hosted at a

23    particular IP address.

24    **REQUEST NO. 31:**

25    MANAGED SOLUTIONS was assigned the IP address 205.209.138.141 at ALL

26    RELEVANT TIMES.

27    **RESPONSE TO REQUEST NO. 31:**

28    Admit.

**REQUEST NO. 32:**

The website 315EC.COM was hosted at IP address 205.209.138.146 at any time between November 25, 2007 and December 2, 2007.

**RESPONSE TO REQUEST NO. 32:**

Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information known or readily obtainable by it is insufficient to enable it to admit or deny the request further for the following reasons: Upon receipt of a notice of infringement Akanoc will ping the domain to determine if the domain is assigned at an IP address within its IP range and if so will send out a takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit or deny that the Website, and specifically the content of the Website, is located or hosted at a particular IP address.

**REQUEST NO. 33:**

MANAGED SOLUTIONS was assigned the IP address 205.209.138.146 at ALL RELEVANT TIMES.

**RESPONSE TO REQUEST NO. 33:**

Admit.

**REQUEST NO. 34:**

The website 315EC.COM was hosted at IP address 66.79.181.210 at any time between December 2, 2007 and the present.

**RESPONSE TO REQUEST NO. 34:**

Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information known or readily obtainable by it is insufficient to enable it to admit or deny the request further for the following reasons: Upon receipt of a notice of infringement Akanoc will ping the domain to determine if the domain is assigned at an IP address within its IP range and if so will send out a takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit or deny that the Website, and specifically the content of the Website, is located or hosted at a particular IP address.

**REQUEST NO. 35:**

AKANOC SOLUTIONS' RESPONSES TO
REQUESTS FOR ADMISSION – SET ONE
– C 07-3952 JW

1    MANAGED SOLUTIONS was assigned the IP address 66.79.181.210 at ALL RELEVANT
2  TIMES.

3  **RESPONSE TO REQUEST NO. 35:**

4    Admit.

5  **REQUEST NO. 36:**

6    Attached hereto as Exhibit L is a true and correct copy of one page from the 315EC.COM
7  website.

8  **RESPONSE TO REQUEST NO. 36:**

9    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
10  known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is
11  unable to authenticate purported pages from a third party Website.

12  **REQUEST NO. 37:**

13    The website APE168.COM was hosted at the IP address 204.16.197.27 at any time between
14  January 13, 2007 and August 19, 2007.

15  **RESPONSE TO REQUEST NO. 37:**

16    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
17  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for
18  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to
19  determine if the domain is assigned at an IP address within its IP range and if so will send out a
20  takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit
21  or deny that the Website, and specifically the content of the Website, is located or hosted at a
22  particular IP address.

23  **REQUEST NO. 38:**

24    MANAGED SOLUTIONS was assigned the IP address 204.16.197.27 at ALL RELEVANT
25  TIMES.

26  **RESPONSE TO REQUEST NO. 38:**

27    Deny.

28  **REQUEST NO. 39:**

10562-002-4/17/2008-160743.1                    11                    AKANOC SOLUTIONS' RESPONSES TO
REQUESTS FOR ADMISSION – SET ONE
– C 07-3952 JW

1    Attached hereto as Exhibit M is a true and correct copy of one page from the APE168.COM

2  website.

3  **RESPONSE TO REQUEST NO. 39:**

4    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

5  known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is

6  unable to authenticate purported pages from a third party Website.

7  **REQUEST NO. 40:**

8    The website ATOZBRAND.COM was hosted at the IP address 204.16.195.49 at any time

9  between April 7, 2007 and June 17, 2007.

10  **RESPONSE TO REQUEST NO. 40:**

11    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

12  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

13  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

14  determine if the domain is assigned at an IP address within its IP range and if so will send out a

15  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

16  or deny that the Website, and specifically the content of the Website, is located or hosted at a

17  particular IP address.

18  **REQUEST NO. 41:**

19    YOU were assigned the IP address 204.16.195.49 at ALL RELEVANT TIMES.

20  **RESPONSE TO REQUEST NO. 41:**

21    Admit.

22  **REQUEST NO. 42:**

23    The website ATOZBRAND.COM was hosted at the IP address 205.209.140.10 at any time

24  between November 25, 2006 and April 7, 2007.

25  **RESPONSE TO REQUEST NO. 42:**

26    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

27  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

28  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

10562-002-4/17/2008-160743.1                    12                    AKANOC SOLUTIONS' RESPONSES TO
                                                                      REQUESTS FOR ADMISSION – SET ONE
                                                                      – C 07-3952 JW

1  determine if the domain is assigned at an IP address within its IP range and if so will send out a

2  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

3  or deny that the Website, and specifically the content of the Website, is located or hosted at a

4  particular IP address.

5  **REQUEST NO. 43:**

6      MANAGED SOLUTIONS was assigned the IP address 205.209.140.10 at ALL RELEVANT

7  TIMES.

8  **RESPONSE TO REQUEST NO. 43:**

9      Admit.

10  **REQUEST NO. 44:**

11      Attached hereto as Exhibit N is a true and correct copy of one page from the

12  ATOZBRAND.COM website.

13  **RESPONSE TO REQUEST NO. 44:**

14      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

15  known or readily obtainable by it is insufficient to enable it to admit or deny the request.  Akanoc is

16  unable to authenticate purported pages from a third party Website.

17  **REQUEST NO. 45:**

18      The website BAG4SELL.COM was hosted at the IP address 204.13.64.173 at any time

19  between December 9, 2006 and February 10, 2007.

20  **RESPONSE TO REQUEST NO. 45:**

21      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

22  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

23  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

24  determine if the domain is assigned at an IP address within its IP range and if so will send out a

25  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

26  or deny that the Website, and specifically the content of the Website, is located or hosted at a

27  particular IP address.

28  **REQUEST NO. 46:**

10562-002-4/17/2008-160743.1                    13                    AKANOC SOLUTIONS' RESPONSES TO
                                                                     REQUESTS FOR ADMISSION – SET ONE
                                                                     – C 07-3952 JW

1    YOU were assigned the IP address 204.13.64.173 at ALL RELEVANT TIMES.

2    **RESPONSE TO REQUEST NO. 46:**

3    Admit.

4    **REQUEST NO. 47:**

5    The website BAG4SELL.COM was hosted at the IP address 204.13.66.161 at any time

6    between February 10, 2007 and June 10, 2007.

7    **RESPONSE TO REQUEST NO. 47:**

8    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

9    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

10   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

11   determine if the domain is assigned at an IP address within its IP range and if so will send out a

12   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

13   or deny that the Website, and specifically the content of the Website, is located or hosted at a

14   particular IP address.

15   **REQUEST NO. 48:**

16   YOU were assigned the IP address 204.13.66.161 at ALL RELEVANT TIMES.

17   **RESPONSE TO REQUEST NO. 48:**

18   Admit.

19   **REQUEST NO. 49:**

20   The website BAG4SELL.COM was hosted at the IP address 204.13.70.50 at any time

21   between June 10, 2007 and October 28, 2007.

22   **RESPONSE TO REQUEST NO. 49:**

23   Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

24   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

25   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

26   determine if the domain is assigned at an IP address within its IP range and if so will send out a

27   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

28   or deny that the Website, and specifically the content of the Website, is located or hosted at a

1  particular IP address.

2  **REQUEST NO. 50:**

3      YOU were assigned the IP address 204.13.70.50 at ALL RELEVANT TIMES.

4  **RESPONSE TO REQUEST NO. 50:**

5      Admit.

6  **REQUEST NO. 51:**

7      The website BAG4SELL.COM was hosted at the IP address 204.16.193.107 at any time

8  between October 28, 2007 and December 16, 2007.

9  **RESPONSE TO REQUEST NO. 51:**

10      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

11  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

12  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

13  determine if the domain is assigned at an IP address within its IP range and if so will send out a

14  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

15  or deny that the Website, and specifically the content of the Website, is located or hosted at a

16  particular IP address.

17  **REQUEST NO. 52:**

18      YOU were assigned the IP address 204.16.193.107 at ALL RELEVANT TIMES.

19  **RESPONSE TO REQUEST NO. 52:**

20      Admit.

21  **REQUEST NO. 53:**

22      The website BAG4SELL.COM was hosted at the IP address 204.16.196.218 at any time

23  between December 30, 2007 and February 24, 2008.

24  **RESPONSE TO REQUEST NO. 53:**

25      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

26  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

27  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

28  determine if the domain is assigned at an IP address within its IP range and if so will send out a

1  takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit
2  or deny that the Website, and specifically the content of the Website, is located or hosted at a
3  particular IP address. **REQUEST NO. 54:**

4      YOU were assigned the IP address 204.16.196.218 at ALL RELEVANT TIMES.

5  **RESPONSE TO REQUEST NO. 54:**

6      Admit.

7  **REQUEST NO. 55:**

8      Attached hereto as Exhibit O is a true and correct copy of one page from the
9  BAG4SELL.COM website.

10 **RESPONSE TO REQUEST NO. 55:**

11     Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
12 known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is
13 unable to authenticate purported pages from a third party Website.

14 **REQUEST NO. 56:**

15     The website BAG925.COM was hosted at the IP address 204.16.195.46 at any time between
16 August 12, 2006 and April 7, 2007.

17 **RESPONSE TO REQUEST NO. 56:**

18     Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
19 known or readily obtainable by it is insufficient to enable it to admit or deny the request further for
20 the following reasons: Upon receipt of a notice of infringement Akanoc will ping the domain to
21 determine if the domain is assigned at an IP address within its IP range and if so will send out a
22 takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit
23 or deny that the Website, and specifically the content of the Website, is located or hosted at a
24 particular IP address.

25 **REQUEST NO. 57:**

26     YOU were assigned the IP address 204.16.195.46 at ALL RELEVANT TIMES.

27 **RESPONSE TO REQUEST NO. 57:**

28     Admit.

**REQUEST NO. 58:**

1

2    The website BAG925.COM was hosted at the IP address 204.13.64.76 at any time between

3    April 7, 2007 and June 3, 2007.

4    **RESPONSE TO REQUEST NO. 58:**

5    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

6    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

7    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

8    determine if the domain is assigned at an IP address within its IP range and if so will send out a

9    takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

10   or deny that the Website, and specifically the content of the Website, is located or hosted at a

11   particular IP address.

12   **REQUEST NO. 59:**

13   YOU were assigned the IP address 204.13.64.76 at ALL RELEVANT TIMES.

14   **RESPONSE TO REQUEST NO. 59:**

15   Admit.

16   **REQUEST NO. 60:**

17   The website BAG925.COM was hosted at the IP address 204.16.195.50 at any time between

18   June 3, 2007 and June 17, 2007.

19   **RESPONSE TO REQUEST NO. 60:**

20   Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

21   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

22   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

23   determine if the domain is assigned at an IP address within its IP range and if so will send out a

24   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

25   or deny that the Website, and specifically the content of the Website, is located or hosted at a

26   particular IP address.

27   **REQUEST NO. 61:**

28   YOU were assigned the IP address 204.16.195.50 at ALL RELEVANT TIMES.

1    **RESPONSE TO REQUEST NO. 61:**

2        Admit.

3    **REQUEST NO. 62:**

4        Attached hereto as Exhibit P is a true and correct copy of one page from the BAG925.COM

5    website.

6    **RESPONSE TO REQUEST NO. 62:**

7        Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

8    known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is

9    unable to authenticate purported pages from a third party Website.

10   **REQUEST NO. 63:**

11       The website BIGWORLDSHOES.COM was hosted at the IP address 204.16.196.217 at any

12   time between September 16, 2007 and October 28, 2007.

13   **RESPONSE TO REQUEST NO. 63:**

14       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

15   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

16   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

17   determine if the domain is assigned at an IP address within its IP range and if so will send out a

18   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

19   or deny that the Website, and specifically the content of the Website, is located or hosted at a

20   particular IP address.

21   **REQUEST NO. 64:**

22       YOU were assigned the IP address 204.16.196.217 at ALL RELEVANT TIMES.

23   **RESPONSE TO REQUEST NO. 64:**

24       Admit.

25   **REQUEST NO. 65:**

26       The website BIGWORLDSHOES.COM was hosted at the IP address 204.16.196.218 at any

27   time between October 28, 2007 and December 2, 2007.

28   **RESPONSE TO REQUEST NO. 65:**

1        Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

2  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

3  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

4  determine if the domain is assigned at an IP address within its IP range and if so will send out a

5  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

6  or deny that the Website, and specifically the content of the Website, is located or hosted at a

7  particular IP address.

8  **REQUEST NO. 66:**

9       YOU were assigned the IP address 204.16.196.218 at ALL RELEVANT TIMES.

10  **RESPONSE TO REQUEST NO. 66:**

11      Admit.

12  **REQUEST NO. 67:**

13       The website BIGWORLDSHOES.COM was hosted at the IP address 204.16.196.219 at any

14  time between December 16, 2007 and January 13, 2008.

15  **RESPONSE TO REQUEST NO. 67:**

16       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

17  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

18  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

19  determine if the domain is assigned at an IP address within its IP range and if so will send out a

20  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

21  or deny that the Website, and specifically the content of the Website, is located or hosted at a

22  particular IP address.

23  **REQUEST NO. 68:**

24       YOU were assigned the IP address 204.16.196.219 at ALL RELEVANT TIMES.

25  **RESPONSE TO REQUEST NO. 68:**

26      Admit.

27  **REQUEST NO. 69:**

28       The website BIGWORLDSHOES.COM was hosted at the IP address 204.16.193.49 at any

1 | time between January 13, 2008 and January 20, 2008.

2 | **RESPONSE TO REQUEST NO. 69:**

3 |       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

4 | known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

5 | the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

6 | determine if the domain is assigned at an IP address within its IP range and if so will send out a

7 | takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

8 | or deny that the Website, and specifically the content of the Website, is located or hosted at a

9 | particular IP address. **REQUEST NO. 70:**

10 |      YOU were assigned the IP address 204.16.193.49 at ALL RELEVANT TIMES.

11 | **RESPONSE TO REQUEST NO. 70:**

12 |      Admit.

13 | **REQUEST NO. 71:**

14 |      Attached hereto as Exhibit Q is a true and correct copy of one page from the

15 | BIGWORLDSHOES.COM website.

16 | **RESPONSE TO REQUEST NO. 71:**

17 |      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

18 | known or readily obtainable by it is insufficient to enable it to admit or deny the request.  Akanoc is

19 | unable to authenticate purported pages from a third party Website.

20 | **REQUEST NO. 72:**

21 |      The website BIZYAO.COM was hosted at the IP address 205.209.172.163 at any time

22 | between December 2, 2006 and December 9, 2006.

23 | **RESPONSE TO REQUEST NO. 72:**

24 |      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

25 | known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

26 | the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

27 | determine if the domain is assigned at an IP address within its IP range and if so will send out a

28 | takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

1  or deny that the Website, and specifically the content of the Website, is located or hosted at a

2  particular IP address. **REQUEST NO. 73:**

3      MANAGED SOLUTIONS was assigned the IP address 205.209.172.163 at ALL

4  RELEVANT TIMES.

5  **RESPONSE TO REQUEST NO. 73:**

6      Admit.

7  **REQUEST NO. 74:**

8      The website BIZYAO.COM was hosted at the IP address 205.209.172.165 at any time

9  between December 9, 2006 and March 24, 2007.

10  **RESPONSE TO REQUEST NO. 74:**

11      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

12  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

13  the following reasons: Upon receipt of a notice of infringement Akanoc will ping the domain to

14  determine if the domain is assigned at an IP address within its IP range and if so will send out a

15  takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit

16  or deny that the Website, and specifically the content of the Website, is located or hosted at a

17  particular IP address.

18  **REQUEST NO. 75:**

19      MANAGED SOLUTIONS was assigned the IP address 205.209.172.165 at ALL

20  RELEVANT TIMES.

21  **RESPONSE TO REQUEST NO. 75:**

22      Admit.

23  **REQUEST NO. 76:**

24      The website BIZYAO.COM was hosted at the IP address 205.209.136.83 at any time

25  between March 24, 2007 and September 30, 2007.

26  **RESPONSE TO REQUEST NO. 76:**

27      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

28  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

1   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

2   determine if the domain is assigned at an IP address within its IP range and if so will send out a

3   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

4   or deny that the Website, and specifically the content of the Website, is located or hosted at a

5   particular IP address.

6   **REQUEST NO. 77:**

7        MANAGED SOLUTIONS was assigned the IP address 205.209.136.83 at ALL RELEVANT

8   TIMES.

9   **RESPONSE TO REQUEST NO. 77:**

10       Admit.

11  **REQUEST NO. 78:**

12       Attached hereto as Exhibit R is a true and correct copy of one page from the BIZYAO.COM

13  website.

14  **RESPONSE TO REQUEST NO. 78:**

15       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

16  known or readily obtainable by it is insufficient to enable it to admit or deny the request.  Akanoc is

17  unable to authenticate purported pages from a third party Website.

18  **REQUEST NO. 79:**

19       The website BRANDFASHIONER.COM was hosted at the IP address 204.16.195.128 at any

20  time between November 18, 2006 and December 16, 2006.

21  **RESPONSE TO REQUEST NO. 79:**

22       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

23  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

24  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

25  determine if the domain is assigned at an IP address within its IP range and if so will send out a

26  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

27  or deny that the Website, and specifically the content of the Website, is located or hosted at a

28  particular IP address. **REQUEST NO. 80:**

1    YOU were assigned the IP address 204.16.195.128 at ALL RELEVANT TIMES.

2    **RESPONSE TO REQUEST NO. 80:**

3    Admit.

4    **REQUEST NO. 81:**

5    The website BRANDFASHIONER.COM was hosted at the IP address 204.16.196.121 at any

6    time between December 16, 2006 and December 23, 2007.

7    **RESPONSE TO REQUEST NO. 81:**

8    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

9    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

10   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

11   determine if the domain is assigned at an IP address within its IP range and if so will send out a

12   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

13   or deny that the Website, and specifically the content of the Website, is located or hosted at a

14   particular IP address.

15   **REQUEST NO. 82:**

16   YOU were assigned the IP address 204.16.196.121 at ALL RELEVANT TIMES.

17   **RESPONSE TO REQUEST NO. 82:**

18   Admit.

19   **REQUEST NO. 83:**

20   The website BRANDFASHIONER.COM was hosted at the IP address 204.16.195.58 at any

21   time between December 23, 2007 and the present.

22   **RESPONSE TO REQUEST NO. 83:**

23   Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

24   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

25   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

26   determine if the domain is assigned at an IP address within its IP range and if so will send out a

27   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

28   or deny that the Website, and specifically the content of the Website, is located or hosted at a

1    particular IP address. **REQUEST NO. 84:**

2       YOU were assigned the IP address 204.16.195.58 at ALL RELEVANT TIMES.

3    **RESPONSE TO REQUEST NO. 84:**

4       Admit.

5    **REQUEST NO. 85:**

6       Attached hereto as Exhibit S is a true and correct copy of one page from the

7    BRANDFASHIONER.COM website.

8    **RESPONSE TO REQUEST NO. 85:**

9       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

10    known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is

11    unable to authenticate purported pages from a third party Website.

12    **REQUEST NO. 86:**

13       The website BRANDSTYLESALES.COM was hosted at the IP address 204.16.197.118 at

14    any time between September 16, 2007 and the present.

15    **RESPONSE TO REQUEST NO. 86:**

16       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

17    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

18    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

19    determine if the domain is assigned at an IP address within its IP range and if so will send out a

20    takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

21    or deny that the Website, and specifically the content of the Website, is located or hosted at a

22    particular IP address. **REQUEST NO. 87:**

23       YOU were assigned the IP address 204.16.197.118 at ALL RELEVANT TIMES.

24    **RESPONSE TO REQUEST NO. 87:**

25       Admit.

26    **REQUEST NO. 88:**

27       Attached hereto as Exhibit T is a true and correct copy of one page from the

28    BRANDSTYLESALES.COM website.

1    **RESPONSE TO REQUEST NO. 88:**

2         Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

3    known or readily obtainable by it is insufficient to enable it to admit or deny the request.  Akanoc is

4    unable to authenticate purported pages from a third party Website.

5    **REQUEST NO. 89:**

6         The website BRANDTRADING.NET was hosted at the IP address 204.16.197.26 at any time

7    between July 22, 2006 and July 29, 2006.

8    **RESPONSE TO REQUEST NO. 89:**

9         Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

10   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

11   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

12   determine if the domain is assigned at an IP address within its IP range and if so will send out a

13   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

14   or deny that the Website, and specifically the content of the Website, is located or hosted at a

15   particular IP address.

16   **REQUEST NO. 90:**

17        YOU were assigned the IP address 204.16.197.26 at ALL RELEVANT TIMES.

18   **RESPONSE TO REQUEST NO. 90:**

19        Admit.

20   **REQUEST NO. 91:**

21        The website BRANDTRADING.NET was hosted at the IP address 205.209.172.163 at any

22   time between January 13, 2007 and January 20, 2007.

23   **RESPONSE TO REQUEST NO. 91:**

24        Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

25   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

26   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

27   determine if the domain is assigned at an IP address within its IP range and if so will send out a

28   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

1  or deny that the Website, and specifically the content of the Website, is located or hosted at a

2  particular IP address.

3  **REQUEST NO. 92:**

4     MANAGED SOLUTIONS was assigned the IP address 205.209.172.163 at ALL

5  RELEVANT TIMES.

6  **RESPONSE TO REQUEST NO. 92:**

7     Admit.

8  **REQUEST NO. 93:**

9     The website BRANDTRADING.NET was hosted at the IP address 205.209.172.165 at any

10  time between January 20, 2007 and March 24, 2007.

11  **RESPONSE TO REQUEST NO. 93:**

12     Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

13  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

14  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

15  determine if the domain is assigned at an IP address within its IP range and if so will send out a

16  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

17  or deny that the Website, and specifically the content of the Website, is located or hosted at a

18  particular IP address.

19  **REQUEST NO. 94:**

20     MANAGED SOLUTIONS was assigned the IP address 205.209.172.165 at ALL

21  RELEVANT TIMES.

22  **RESPONSE TO REQUEST NO. 94:**

23     Admit.

24  **REQUEST NO. 95:**

25     The website BRANDTRADING.NET was hosted at the IP address 205.209.136.83 at any

26  time between March 24, 2007 and the present.

27  **RESPONSE TO REQUEST NO. 95:**

28     Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

1   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

2   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

3   determine if the domain is assigned at an IP address within its IP range and if so will send out a

4   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

5   or deny that the Website, and specifically the content of the Website, is located or hosted at a

6   particular IP address.

7   **REQUEST NO. 96:**

8       MANAGED SOLUTIONS was assigned the IP address 205.209.136.83 at ALL RELEVANT

9   TIMES.

10  **RESPONSE TO REQUEST NO. 96:**

11      Admit.

12  **REQUEST NO. 97:**

13      Attached hereto as Exhibit U is a true and correct copy of one page from the

14  BRANDTRADING.NET website.

15  **RESPONSE TO REQUEST NO. 97:**

16      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

17  known or readily obtainable by it is insufficient to enable it to admit or deny the request.  Akanoc is

18  unable to authenticate purported pages from a third party Website.

19  **REQUEST NO. 98:**

20      The website BUYMYSHOES.NET was hosted at the IP address 204.13.64.61 at any time

21  between October 7, 2006 and January 20, 2007.

22  **RESPONSE TO REQUEST NO. 98:**

23      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

24  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

25  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

26  determine if the domain is assigned at an IP address within its IP range and if so will send out a

27  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

28  or deny that the Website, and specifically the content of the Website, is located or hosted at a

1    particular IP address.

2    **REQUEST NO. 99:**

3        YOU were assigned the IP address 204.13.64.61 at ALL RELEVANT TIMES.

4    **RESPONSE TO REQUEST NO. 99:**

5        Admit.

6    **REQUEST NO. 100:**

7        The website BUYMYSHOES.NET was hosted at the IP address 204.16.197.27 at any time

8    between January 20, 2007 and August 12, 2007.

9    **RESPONSE TO REQUEST NO. 100:**

10        Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

11    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

12    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

13    determine if the domain is assigned at an IP address within its IP range and if so will send out a

14    takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

15    or deny that the Website, and specifically the content of the Website, is located or hosted at a

16    particular IP address.

17    **REQUEST NO. 101:**

18        YOU were assigned the IP address 204.16.197.27 at ALL RELEVANT TIMES.

19    **RESPONSE TO REQUEST NO. 101:**

20        Admit.

21    **REQUEST NO. 102:**

22        The website BUYMYSHOES.NET was hosted at the IP address 204.13.64.65 at any time

23    between August 12, 2007 and September 30, 2007.

24    **RESPONSE TO REQUEST NO. 102:**

25        Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

26    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

27    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

28    determine if the domain is assigned at an IP address within its IP range and if so will send out a

1    takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit

2    or deny that the Website, and specifically the content of the Website, is located or hosted at a

3    particular IP address.

4    **REQUEST NO. 103:**

5        YOU were assigned the IP address 204.13.64.65 at ALL RELEVANT TIMES.

6    **RESPONSE TO REQUEST NO. 103:**

7        Admit.

8    **REQUEST NO. 104:**

9        The website BUYMYSHOES.NET was hosted at the IP address 204.16.198.150 at any time

10    between September 30, 2007 and October 7, 2007.

11    **RESPONSE TO REQUEST NO. 104:**

12        Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

13    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

14    the following reasons: Upon receipt of a notice of infringement Akanoc will ping the domain to

15    determine if the domain is assigned at an IP address within its IP range and if so will send out a

16    takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit

17    or deny that the Website, and specifically the content of the Website, is located or hosted at a

18    particular IP address.

19    **REQUEST NO. 105:**

20        YOU were assigned the IP address 204.16.198.150 at ALL RELEVANT TIMES.

21    **RESPONSE TO REQUEST NO. 105:**

22        Admit.

23    **REQUEST NO. 106:**

24        The website BUYMYSHOES.NET was hosted at the IP address 204.16.194.107 at any time

25    between October 7, 2007 and December 23, 2007.

26    **RESPONSE TO REQUEST NO. 106:**

27        Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

28    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

1   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

2   determine if the domain is assigned at an IP address within its IP range and if so will send out a

3   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

4   or deny that the Website, and specifically the content of the Website, is located or hosted at a

5   particular IP address.

6   **REQUEST NO. 107:**

7       YOU were assigned the IP address 204.16.194.107 at ALL RELEVANT TIMES.

8   **RESPONSE TO REQUEST NO. 107:**

9       Admit.

10  **REQUEST NO. 108:**

11      The website BUYMYSHOES.NET was hosted at the IP address 205.209.171.44 at any time

12  between December 23, 2007 and January 20, 2008.

13  **RESPONSE TO REQUEST NO. 108:**

14      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

15  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

16  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

17  determine if the domain is assigned at an IP address within its IP range and if so will send out a

18  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

19  or deny that the Website, and specifically the content of the Website, is located or hosted at a

20  particular IP address.

21  **REQUEST NO. 109:**

22      MANAGED SOLUTIONS was assigned the IP address 205.209.171.44 at ALL RELEVANT

23  TIMES.

24  **RESPONSE TO REQUEST NO. 109:**

25      Admit

26  **REQUEST NO. 110:**

27      Attached hereto as Exhibit V is a true and correct copy of one page from the

28  BUYMYSHOES.NET website.

1   **RESPONSE TO REQUEST NO. 110:**

2         Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

3   known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is

4   unable to authenticate purported pages from a third party Website.

5   **REQUEST NO. 111:**

6         The website CN-NIKE.US was hosted at the IP address 205.209.136.108 at any time

7   between September 9, 2007 and September 23, 2007.

8   **RESPONSE TO REQUEST NO. 111:**

9         Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

10   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

11   the following reasons: Upon receipt of a notice of infringement Akanoc will ping the domain to

12   determine if the domain is assigned at an IP address within its IP range and if so will send out a

13   takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit

14   or deny that the Website, and specifically the content of the Website, is located or hosted at a

15   particular IP address.

16   **REQUEST NO. 112:**

17         MANAGED SOLUTIONS was assigned the IP address 205.209.136.108 at ALL

18   RELEVANT TIMES.

19   **RESPONSE TO REQUEST NO. 112:**

20         Admit.

21   **REQUEST NO. 113:**

22         The website CN-NIKE.US was hosted at the IP address 205.209.168.1 at any time between

23   September 23, 2007 and October 28, 2007.

24   **RESPONSE TO REQUEST NO. 113:**

25         Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

26   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

27   the following reasons: Upon receipt of a notice of infringement Akanoc will ping the domain to

28   determine if the domain is assigned at an IP address within its IP range and if so will send out a

1    takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit

2    or deny that the Website, and specifically the content of the Website, is located or hosted at a

3    particular IP address.

4    **REQUEST NO. 114:**

5        MANAGED SOLUTIONS was assigned the IP address 205.209.168.1 at ALL RELEVANT

6    TIMES.

7    **RESPONSE TO REQUEST NO. 114:**

8        Admit.

9    **REQUEST NO. 115:**

10        The website CN-NIKE.US was hosted at the IP address 205.209.168.3 at any time between

11    October 28, 2007 and February 17, 2008.

12    **RESPONSE TO REQUEST NO. 115:**

13        Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

14    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

15    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

16    determine if the domain is assigned at an IP address within its IP range and if so will send out a

17    takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit

18    or deny that the Website, and specifically the content of the Website, is located or hosted at a

19    particular IP address.

20    **REQUEST NO. 116:**

21        MANAGED SOLUTIONS was assigned the IP address 205.209.168.3 at ALL RELEVANT

22    TIMES.

23    **RESPONSE TO REQUEST NO. 116:**

24        Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

25    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

26    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

27    determine if the domain is assigned at an IP address within its IP range and if so will send out a

28    takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit

1  or deny that the Website, and specifically the content of the Website, is located or hosted at a
2  particular IP address.

3  **REQUEST NO. 117:**

4      The website CN-NIKE.US was hosted at the IP address 205.209.165.65 at any time between
5  February 17, 2008 and the present.

6  **RESPONSE TO REQUEST NO. 117:**

7      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
8  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for
9  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to
10 determine if the domain is assigned at an IP address within its IP range and if so will send out a
11 takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit
12 or deny that the Website, and specifically the content of the Website, is located or hosted at a
13 particular IP address.

14 **REQUEST NO. 118:**

15     MANAGED SOLUTIONS was assigned the IP address 205.209.165.65 at ALL RELEVANT
16 TIMES.

17 **RESPONSE TO REQUEST NO. 118:**

18     Admit.

19 **REQUEST NO. 119:**

20     Attached hereto as Exhibit W is a true and correct copy of one page from the CN-
21 NIKE.COM website.

22 **RESPONSE TO REQUEST NO. 119:**

23     Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
24 known or readily obtainable by it is insufficient to enable it to admit or deny the request.  Akanoc is
25 unable to authenticate purported pages from a third party Website.

26 **REQUEST NO. 120:**

27     The website DREAMYSHOES.COM was hosted at the IP address 204.16.197.27 at any time
28 between October 28, 2006 and August 12, 2007.

1    **RESPONSE TO REQUEST NO. 120:**

2         Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

3    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

4    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

5    determine if the domain is assigned at an IP address within its IP range and if so will send out a

6    takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

7    or deny that the Website, and specifically the content of the Website, is located or hosted at a

8    particular IP address.

9    **REQUEST NO. 121:**

10        YOU were assigned the IP address 204.16.197.27 at ALL RELEVANT TIMES.

11   **RESPONSE TO REQUEST NO. 121:**

12        Admit.

13   **REQUEST NO. 122:**

14        The website DREAMYSHOES.COM was hosted at the IP address 204.13.64.65 at any time

15   between August 12, 2007 and October 28, 2007.

16   **RESPONSE TO REQUEST NO. 122:**

17        Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

18   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

19   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

20   determine if the domain is assigned at an IP address within its IP range and if so will send out a

21   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

22   or deny that the Website, and specifically the content of the Website, is located or hosted at a

23   particular IP address.

24   **REQUEST NO. 123:**

25        YOU were assigned the IP address 204.13.64.65 at ALL RELEVANT TIMES.

26   **RESPONSE TO REQUEST NO. 123:**

27        Admit

28   **REQUEST NO. 124:**

1    The website DREAMYSHOES.COM was hosted at the IP address 204.16.198.150 at any
2    time between October 28, 2007 and the present.

3    **RESPONSE TO REQUEST NO. 124:**

4    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
5    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for
6    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to
7    determine if the domain is assigned at an IP address within its IP range and if so will send out a
8    takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit
9    or deny that the Website, and specifically the content of the Website, is located or hosted at a
10   particular IP address.

11   **REQUEST NO. 125:**

12   YOU were assigned the IP address 204.16.198.150 at ALL RELEVANT TIMES.

13   **RESPONSE TO REQUEST NO. 125:**

14   Admit.

15   **REQUEST NO. 126:**

16   Attached hereto as Exhibit X is a true and correct copy of one page from the
17   DREAMYSHOES.COM website.

18   **RESPONSE TO REQUEST NO. 126:**

19   Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
20   known or readily obtainable by it is insufficient to enable it to admit or deny the request.  Akanoc is
21   unable to authenticate purported pages from a third party Website.

22   **REQUEST NO. 127:**

23   The website EASTARBIZ.COM was hosted at the IP address 204.16.193.109 at any time
24   between April 7, 2007 and September 30, 2007.

25   **RESPONSE TO REQUEST NO. 127:**

26   Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
27   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for
28   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

1   determine if the domain is assigned at an IP address within its IP range and if so will send out a

2   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

3   or deny that the Website, and specifically the content of the Website, is located or hosted at a

4   particular IP address.

5   **REQUEST NO. 128:**

6        YOU were assigned the IP address 204.16.193.109 at ALL RELEVANT TIMES.

7   **RESPONSE TO REQUEST NO. 128:**

8        Admit

9   **REQUEST NO. 129:**

10       The website EASTARBIZ.COM was hosted at the IP address 205.209.140.66 at any time

11  between September 30, 2007 and the present.

12  **RESPONSE TO REQUEST NO. 129:**

13       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

14  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

15  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

16  determine if the domain is assigned at an IP address within its IP range and if so will send out a

17  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

18  or deny that the Website, and specifically the content of the Website, is located or hosted at a

19  particular IP address.

20  **REQUEST NO. 130:**

21       MANAGED SOLUTIONS was assigned the IP address 205.209.140.66 at ALL RELEVANT

22  TIMES.

23  **RESPONSE TO REQUEST NO. 130:**

24       Admit

25  **REQUEST NO. 131:**

26       Attached hereto as Exhibit Y is a true and correct copy of one page from the

27  EASTARBIZ.COM website.

28  **RESPONSE TO REQUEST NO. 131:**

1    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

2    known or readily obtainable by it is insufficient to enable it to admit or deny the request.  Akanoc is

3    unable to authenticate purported pages from a third party Website.

4    **REQUEST NO. 132:**

5    The website EBUYNIKE.COM was hosted at the IP address 205.209.143.146 at any time

6    between September 23, 2007 and December 30, 2007.

7    **RESPONSE TO REQUEST NO. 132:**

8    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

9    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

10    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

11    determine if the domain is assigned at an IP address within its IP range and if so will send out a

12    takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

13    or deny that the Website, and specifically the content of the Website, is located or hosted at a

14    particular IP address.

15    **REQUEST NO. 133:**

16    MANAGED  SOLUTIONS  was  assigned  the  IP  address  205.209.143.146  at  ALL

17    RELEVANT TIMES.

18    **RESPONSE TO REQUEST NO. 133:**

19    Admit

20    **REQUEST NO. 134:**

21    The website EBUYNIKE.COM was hosted at the IP address 208.77.47.201 at any time

22    between February 24, 2008 and March 9, 2008.

23    **RESPONSE TO REQUEST NO. 134:**

24    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

25    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

26    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

27    determine if the domain is assigned at an IP address within its IP range and if so will send out a

28    takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

1 | or deny that the Website, and specifically the content of the Website, is located or hosted at a

2 | particular IP address.

3 | **REQUEST NO. 135:**

4 |    YOU were assigned the IP address 208.77.47.201 at ALL RELEVANT TIMES.

5 | **RESPONSE TO REQUEST NO. 135:**

6 |    Admit.

7 | **REQUEST NO. 136:**

8 |    Attached hereto as Exhibit Z is a true and correct copy of one page from the

9 | EBUYNIKE.COM website.

10 | **RESPONSE TO REQUEST NO. 136:**

11 |    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

12 | known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is

13 | unable to authenticate purported pages from a third party Website.

14 | **REQUEST NO. 137:**

15 |    The website ECSHOES.COM was hosted at the IP address 205.209.143.146 at any time

16 | between September 23, 2007 and December 23, 2007.

17 | **RESPONSE TO REQUEST NO. 137:**

18 |    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

19 | known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

20 | the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

21 | determine if the domain is assigned at an IP address within its IP range and if so will send out a

22 | takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

23 | or deny that the Website, and specifically the content of the Website, is located or hosted at a

24 | particular IP address.

25 | **REQUEST NO. 138:**

26 |    MANAGED SOLUTIONS was assigned the IP address 205.209.143.146 at ALL

27 | RELEVANT TIMES.

28 | **RESPONSE TO REQUEST NO. 138:**

1    Admit.

2    **REQUEST NO. 139:**

3    The website ECSHOES.COM was hosted at the IP address 208.77.47.201 at any time

4    between February 24, 2008 and the present.

5    **RESPONSE TO REQUEST NO. 139:**

6    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

7    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

8    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

9    determine if the domain is assigned at an IP address within its IP range and if so will send out a

10   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

11   or deny that the Website, and specifically the content of the Website, is located or hosted at a

12   particular IP address.

13   **REQUEST NO. 140:**

14   YOU were assigned the IP address 208.77.47.201 at ALL RELEVANT TIMES.

15   **RESPONSE TO REQUEST NO. 140:**

16   Admit.

17   **REQUEST NO. 141:**

18   Attached hereto as Exhibit AA is a true and correct copy of one page from the

19   ECSHOES.COM website.

20   **RESPONSE TO REQUEST NO. 141:**

21   Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

22   known or readily obtainable by it is insufficient to enable it to admit or deny the request.  Akanoc is

23   unable to authenticate purported pages from a third party Website.

24   **REQUEST NO. 142:**

25   The website EGOTOBUY.COM was hosted at the IP address 205.209.141.3 at any time

26   between December 9, 2006 and April 29, 2007.

27   **RESPONSE TO REQUEST NO. 142:**

28   Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

1 | known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

2 | the following reasons: Upon receipt of a notice of infringement Akanoc will ping the domain to

3 | determine if the domain is assigned at an IP address within its IP range and if so will send out a

4 | takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit

5 | or deny that the Website, and specifically the content of the Website, is located or hosted at a

6 | particular IP address.

7 | **REQUEST NO. 143:**

8 | MANAGED SOLUTIONS was assigned the IP address 205.209.141.3 at ALL RELEVANT

9 | TIMES.

10 | **RESPONSE TO REQUEST NO. 143:**

11 | Admit.

12 | **REQUEST NO. 144:**

13 | The website EGOTOBUY.COM was hosted at the IP address 205.209.140.162 at any time

14 | between April 29, 2007 and the present.

15 | **RESPONSE TO REQUEST NO. 144:**

16 | Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

17 | known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

18 | the following reasons: Upon receipt of a notice of infringement Akanoc will ping the domain to

19 | determine if the domain is assigned at an IP address within its IP range and if so will send out a

20 | takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit

21 | or deny that the Website, and specifically the content of the Website, is located or hosted at a

22 | particular IP address.

23 | **REQUEST NO. 145:**

24 | MANAGED SOLUTIONS was assigned the IP address 205.209.140.162 at ALL

25 | RELEVANT TIMES.

26 | **RESPONSE TO REQUEST NO. 145:**

27 | Admit.

28 | **REQUEST NO. 146:**

1    Attached hereto as Exhibit BB is a true and correct copy of one page from the
2    EGOTOBUY.COM website.

3    **RESPONSE TO REQUEST NO. 146:**

4    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
5    known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is
6    unable to authenticate purported pages from a third party Website.

7    **REQUEST NO. 147:**

8    The website EMSYOU.COM was hosted at the IP address 205.209.182.221 at any time
9    between November 27, 2006 and May 27, 2007.

10   **RESPONSE TO REQUEST NO. 147:**

11   Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
12   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for
13   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to
14   determine if the domain is assigned at an IP address within its IP range and if so will send out a
15   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit
16   or deny that the Website, and specifically the content of the Website, is located or hosted at a
17   particular IP address.

18   **REQUEST NO. 148:**

19   MANAGED  SOLUTIONS  was  assigned  the  IP  address  205.209.182.221  at  ALL
20   RELEVANT TIMES.

21   **RESPONSE TO REQUEST NO. 148:**

22   Admit.

23   **REQUEST NO. 149:**

24   The website EMSYOU.COM was hosted at the IP address 205.209.182.222 at any time
25   between May 27, 2007 and June 10, 2007.

26   **RESPONSE TO REQUEST NO. 149:**

27   Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
28   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

1  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

2  determine if the domain is assigned at an IP address within its IP range and if so will send out a

3  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

4  or deny that the Website, and specifically the content of the Website, is located or hosted at a

5  particular IP address.

6  **REQUEST NO. 150:**

7      MANAGED  SOLUTIONS  was  assigned  the  IP  address  205.209.182.222  at  ALL

8  RELEVANT TIMES.

9  **RESPONSE TO REQUEST NO. 150:**

10      Admit.

11  **REQUEST NO. 151:**

12      The website EMSYOU.COM was hosted at the IP address 204.13.67.94 at any time between

13  June 10, 2007 and July 1, 2007.

14  **RESPONSE TO REQUEST NO. 151:**

15      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

16  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

17  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

18  determine if the domain is assigned at an IP address within its IP range and if so will send out a

19  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

20  or deny that the Website, and specifically the content of the Website, is located or hosted at a

21  particular IP address.

22  **REQUEST NO. 152:**

23      YOU were assigned the IP address 204.13.67.94 at ALL RELEVANT TIMES.

24  **RESPONSE TO REQUEST NO. 152:**

25      Admit.

26  **REQUEST NO. 153:**

27      The website EMSYOU.COM was hosted at the IP address 205.209.148.81 at any time

28  between July 1, 2007 and September 30, 2007.

1  **RESPONSE TO REQUEST NO. 153:**

2          Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

3  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

4  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

5  determine if the domain is assigned at an IP address within its IP range and if so will send out a

6  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

7  or deny that the Website, and specifically the content of the Website, is located or hosted at a

8  particular IP address.

9  **REQUEST NO. 154:**

10          MANAGED SOLUTIONS was assigned the IP address 205.209.148.81 at ALL RELEVANT

11  TIMES.

12  **RESPONSE TO REQUEST NO. 154:**

13          Admit.

14  **REQUEST NO. 155:**

15          The website EMSYOU.COM was hosted at the IP address 205.209.148.82 at any time

16  between September 30, 2007 and the present.

17  **RESPONSE TO REQUEST NO. 155:**

18          Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

19  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

20  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

21  determine if the domain is assigned at an IP address within its IP range and if so will send out a

22  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

23  or deny that the Website, and specifically the content of the Website, is located or hosted at a

24  particular IP address.

25  **REQUEST NO. 156:**

26          MANAGED SOLUTIONS was assigned the IP address 205.209.148.82 at ALL RELEVANT

27  TIMES.

28  **RESPONSE TO REQUEST NO. 156:**

1   Admit.

2   **REQUEST NO. 157:**

3   Attached hereto as Exhibit CC is a true and correct copy of one page from the

4   EMSYOU.COM website.

5   **RESPONSE TO REQUEST NO. 157:**

6   Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

7   known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is

8   unable to authenticate purported pages from a third party Website.

9   **REQUEST NO. 158:**

10   The website ESHOES99.COM was hosted at the IP address 204.16.197.26 at any time

11   between July 22, 2006 and December 9, 2006.

12   **RESPONSE TO REQUEST NO. 158:**

13   Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

14   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

15   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

16   determine if the domain is assigned at an IP address within its IP range and if so will send out a

17   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

18   or deny that the Website, and specifically the content of the Website, is located or hosted at a

19   particular IP address. **REQUEST NO. 159:**

20   YOU were assigned the IP address 204.16.197.26 at ALL RELEVANT TIMES.

21   **RESPONSE TO REQUEST NO. 159:**

22   Admit.

23   **REQUEST NO. 160:**

24   The website ESHOES99.COM was hosted at the IP address 205.209.172.165 at any time

25   between December 9, 2006 and March 24, 2007.

26   **RESPONSE TO REQUEST NO. 160:**

27   Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

28   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

1    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

2    determine if the domain is assigned at an IP address within its IP range and if so will send out a

3    takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

4    or deny that the Website, and specifically the content of the Website, is located or hosted at a

5    particular IP address.

6    **REQUEST NO. 161:**

7         MANAGED  SOLUTIONS  was  assigned  the  IP  address  205.209.172.165  at  ALL

8    RELEVANT TIMES.

9    **RESPONSE TO REQUEST NO. 161:**

10        Admit.

11   **REQUEST NO. 162:**

12        The website ESHOES99.COM was hosted at the IP address 205.209.136.83 at any time

13   between March 24, 2007 and March 9, 2008.

14   **RESPONSE TO REQUEST NO. 162:**

15        Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

16   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

17   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

18   determine if the domain is assigned at an IP address within its IP range and if so will send out a

19   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

20   or deny that the Website, and specifically the content of the Website, is located or hosted at a

21   particular IP address.

22   **REQUEST NO. 163:**

23        MANAGED SOLUTIONS was assigned the IP address 205.209.136.83 at ALL RELEVANT

24   TIMES.

25   **RESPONSE TO REQUEST NO. 163:**

26        Admit.

27   **REQUEST NO. 164:**

28        Attached hereto as Exhibit DD is a true and correct copy of one page from the

1  ESHOES99.COM website.

2  **RESPONSE TO REQUEST NO. 164:**

3      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

4  known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is

5  unable to authenticate purported pages from a third party Website.

6  **REQUEST NO. 165:**

7      The website FAMOUS-SHOP.COM was hosted at the IP address 205.209.143.93 at any time

8  between February 5, 2007 and the present.

9  **RESPONSE TO REQUEST NO. 165:**

10      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

11  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

12  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

13  determine if the domain is assigned at an IP address within its IP range and if so will send out a

14  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

15  or deny that the Website, and specifically the content of the Website, is located or hosted at a

16  particular IP address.

17  **REQUEST NO. 166:**

18      MANAGED SOLUTIONS was assigned the IP address 205.209.143.93 at ALL RELEVANT

19  TIMES.

20  **RESPONSE TO REQUEST NO. 166:**

21      Admit.

22  **REQUEST NO. 167:**

23      Attached hereto as Exhibit EE is a true and correct copy of one page from the FAMOUS-

24  SHOP.COM website.

25  **RESPONSE TO REQUEST NO. 167:**

26      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

27  known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is

28  unable to authenticate purported pages from a third party Website.

**REQUEST NO. 168:**

The website FANSJERSEY.COM was hosted at the IP address 205.209.172.163 at any time between February 3, 2007 and March 24, 2007.

**RESPONSE TO REQUEST NO. 168:**

Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information known or readily obtainable by it is insufficient to enable it to admit or deny the request further for the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to determine if the domain is assigned at an IP address within its IP range and if so will send out a takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit or deny that the Website, and specifically the content of the Website, is located or hosted at a particular IP address.

**REQUEST NO. 169:**

MANAGED SOLUTIONS was assigned the IP address 205.209.172.163 at ALL RELEVANT TIMES.

**RESPONSE TO REQUEST NO. 169:**

Admit.

**REQUEST NO. 170:**

The website FANSJERSEY.COM was hosted at the IP address 205.209.136.83 at any time between March 24, 2007 and the present.

**RESPONSE TO REQUEST NO. 170:**

Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information known or readily obtainable by it is insufficient to enable it to admit or deny the request further for the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to determine if the domain is assigned at an IP address within its IP range and if so will send out a takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit or deny that the Website, and specifically the content of the Website, is located or hosted at a particular IP address.

**REQUEST NO. 171:**

1    MANAGED SOLUTIONS was assigned the IP address 205.209.136.83 at ALL RELEVANT

2  TIMES.

3  **RESPONSE TO REQUEST NO. 171:**

4    Admit.

5  **REQUEST NO. 172:**

6    Attached hereto as Exhibit FF is a true and correct copy of one page from the

7  FANSJERSEY.COM website.

8  **RESPONSE TO REQUEST NO. 172:**

9    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

10  known or readily obtainable by it is insufficient to enable it to admit or deny the request.  Akanoc is

11  unable to authenticate purported pages from a third party Website.

12  **REQUEST NO. 173:**

13    The website GUCCIFENDI.COM was hosted at the IP address 204.13.70.117 at any time

14  between July 5, 2007 and the present.

15  **RESPONSE TO REQUEST NO. 173:**

16    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

17  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

18  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

19  determine if the domain is assigned at an IP address within its IP range and if so will send out a

20  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

21  or deny that the Website, and specifically the content of the Website, is located or hosted at a

22  particular IP address.

23  **REQUEST NO. 174:**

24    YOU were assigned the IP address 204.13.70.117 at ALL RELEVANT TIMES.

25  **RESPONSE TO REQUEST NO. 174:**

26    Admit.

27  **REQUEST NO. 175:**

28    The website GUCCIFENDI.COM was hosted at the IP address 204.16.194.103 at any time

1 | between July 15, 2007 and December 16, 2007.

2 | **RESPONSE TO REQUEST NO. 175:**

3 |     Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

4 | known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

5 | the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

6 | determine if the domain is assigned at an IP address within its IP range and if so will send out a

7 | takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

8 | or deny that the Website, and specifically the content of the Website, is located or hosted at a

9 | particular IP address.

10 | **REQUEST NO. 176:**

11 |     YOU were assigned the IP address 204.16.194.103 at ALL RELEVANT TIMES.

12 | **RESPONSE TO REQUEST NO. 176:**

13 |     Admit

14 | **REQUEST NO. 177:**

15 |     Attached hereto as Exhibit GG is a true and correct copy of one page from the

16 | GUCCIFENDI.COM website.

17 | **RESPONSE TO REQUEST NO. 177:**

18 |     Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

19 | known or readily obtainable by it is insufficient to enable it to admit or deny the request.  Akanoc is

20 | unable to authenticate purported pages from a third party Website.

21 | **REQUEST NO. 178:**

22 |     The website GZ-FREE.COM was hosted at the IP address 205.209.159.28 at any time

23 | between February 3, 2007 and July 22, 2007.

24 | **RESPONSE TO REQUEST NO. 178:**

25 |     Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

26 | known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

27 | the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

28 | determine if the domain is assigned at an IP address within its IP range and if so will send out a

1   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

2   or deny that the Website, and specifically the content of the Website, is located or hosted at a

3   particular IP address.

4   **REQUEST NO. 179:**

5       MANAGED SOLUTIONS was assigned the IP address 205.209.159.28 at ALL RELEVANT

6   TIMES.

7   **RESPONSE TO REQUEST NO. 179:**

8       Admit.

9   **REQUEST NO. 180:**

10      The website GZ-FREE.COM was hosted at the IP address 205.209.138.141 at any time

11  between July 22, 2007 and November 21, 2007.

12  **RESPONSE TO REQUEST NO. 180:**

13      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

14  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

15  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

16  determine if the domain is assigned at an IP address within its IP range and if so will send out a

17  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

18  or deny that the Website, and specifically the content of the Website, is located or hosted at a

19  particular IP address.

20  **REQUEST NO. 181:**

21      MANAGED SOLUTIONS was assigned the IP address 205.209.138.141 at ALL

22  RELEVANT TIMES.

23  **RESPONSE TO REQUEST NO. 181:**

24      Admit.

25  **REQUEST NO. 182:**

26      The website GZ-FREE.COM was hosted at the IP address 205.209.149.15 at any time

27  between November 21, 2007 and the present.

28  **RESPONSE TO REQUEST NO. 182:**

1    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

2   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

3   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

4   determine if the domain is assigned at an IP address within its IP range and if so will send out a

5   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

6   or deny that the Website, and specifically the content of the Website, is located or hosted at a

7   particular IP address.

8   **REQUEST NO. 183:**

9    MANAGED SOLUTIONS was assigned the IP address 205.209.149.15 at ALL RELEVANT

10  TIMES.

11  **RESPONSE TO REQUEST NO. 183:**

12   Admit.

13  **REQUEST NO. 184:**

14   Attached hereto as Exhibit HH is a true and correct copy of one page from the GZ-

15  FREE.COM website.

16  **RESPONSE TO REQUEST NO. 184:**

17   Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

18  known or readily obtainable by it is insufficient to enable it to admit or deny the request.  Akanoc is

19  unable to authenticate purported pages from a third party Website.

20  **REQUEST NO. 185:**

21   The website HANDBAGSELL.COM was hosted at the IP address 205.209.185.54 at any

22  time between September 30, 2007 and December 16, 2007.

23  **RESPONSE TO REQUEST NO. 185:**

24   Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

25  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

26  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

27  determine if the domain is assigned at an IP address within its IP range and if so will send out a

28  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

1  or deny that the Website, and specifically the content of the Website, is located or hosted at a

2  particular IP address.

3  **REQUEST NO. 186:**

4      MANAGED SOLUTIONS was assigned the IP address 205.209.185.54 at ALL RELEVANT

5  TIMES.

6  **RESPONSE TO REQUEST NO. 186:**

7      Admit.

8  **REQUEST NO. 187:**

9      The website HANDBAGSELL.COM was hosted at the IP address 205.209.185.74 at any

10  time between December 16, 2007 and January 20, 2008.

11  **RESPONSE TO REQUEST NO. 187:**

12      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

13  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

14  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

15  determine if the domain is assigned at an IP address within its IP range and if so will send out a

16  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

17  or deny that the Website, and specifically the content of the Website, is located or hosted at a

18  particular IP address.

19  **REQUEST NO. 188:**

20      MANAGED SOLUTIONS was assigned the IP address 205.209.185.74 at ALL RELEVANT

21  TIMES.

22  **RESPONSE TO REQUEST NO. 188:**

23      Admit.

24  **REQUEST NO. 189:**

25      The website HANDBAGSELL.COM was hosted at the IP address 205.209.185.75 at any

26  time between January 20, 2008 and March 9, 2008.

27  **RESPONSE TO REQUEST NO. 189:**

28      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

1  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

2  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

3  determine if the domain is assigned at an IP address within its IP range and if so will send out a

4  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

5  or deny that the Website, and specifically the content of the Website, is located or hosted at a

6  particular IP address.

7  **REQUEST NO. 190:**

8      MANAGED SOLUTIONS was assigned the IP address 205.209.185.75 at ALL RELEVANT

9  TIMES.

10  **RESPONSE TO REQUEST NO. 190:**

11      Admit.

12  **REQUEST NO. 191:**

13      Attached hereto as Exhibit II is a true and correct copy of one page from the

14  HANDBAGSELL.COM website.

15  **RESPONSE TO REQUEST NO. 191:**

16      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

17  known or readily obtainable by it is insufficient to enable it to admit or deny the request.  Akanoc is

18  unable to authenticate purported pages from a third party Website.

19  **REQUEST NO. 192:**

20      The website IMITATION-GOLD.COM was hosted at the IP address 205.209.168.129 at any

21  time between March 31, 2007 and December 2, 2007.

22  **RESPONSE TO REQUEST NO. 192:**

23      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

24  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

25  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

26  determine if the domain is assigned at an IP address within its IP range and if so will send out a

27  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

28  or deny that the Website, and specifically the content of the Website, is located or hosted at a

1  particular IP address.

2  **REQUEST NO. 193:**

3      MANAGED SOLUTIONS was assigned the IP address 205.209.168.129 at ALL

4  RELEVANT TIMES.

5  **RESPONSE TO REQUEST NO. 193:**

6      Admit.

7  **REQUEST NO. 194:**

8      The website INNIKE.COM was hosted at the IP address 205.209.165.82 at any time between

9  March 17, 2007 and February 17, 2008.

10  **RESPONSE TO REQUEST NO. 194:**

11      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

12  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

13  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

14  determine if the domain is assigned at an IP address within its IP range and if so will send out a

15  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

16  or deny that the Website, and specifically the content of the Website, is located or hosted at a

17  particular IP address.

18  **REQUEST NO. 195:**

19      MANAGED SOLUTIONS was assigned the IP address 205.209.165.82 at ALL RELEVANT

20  TIMES.

21  **RESPONSE TO REQUEST NO. 195:**

22      Admit.

23  **REQUEST NO. 196:**

24      The website INNIKE.COM was hosted at the IP address 205.209.165.46 at any time between

25  February 17, 2008 and February 24, 2008.

26  **RESPONSE TO REQUEST NO. 196:**

27      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

28  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

1  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

2  determine if the domain is assigned at an IP address within its IP range and if so will send out a

3  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

4  or deny that the Website, and specifically the content of the Website, is located or hosted at a

5  particular IP address.

6  **REQUEST NO. 197:**

7      MANAGED SOLUTIONS was assigned the IP address 205.209.165.46 at ALL RELEVANT

8  TIMES.

9  **RESPONSE TO REQUEST NO. 197:**

10     Admit.

11 **REQUEST NO. 198:**

12     The website INNIKE.COM was hosted at the IP address 205.209.165.49 at any time between

13 February 24, 2008 and the present.

14 **RESPONSE TO REQUEST NO. 198:**

15     Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

16 known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

17 the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

18 determine if the domain is assigned at an IP address within its IP range and if so will send out a

19 takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

20 or deny that the Website, and specifically the content of the Website, is located or hosted at a

21 particular IP address. **REQUEST NO. 199:**

22     MANAGED SOLUTIONS was assigned the IP address 205.209.165.49 at ALL RELEVANT

23 TIMES.

24 **RESPONSE TO REQUEST NO. 199:**

25     Admit

26 **REQUEST NO. 200:**

27     The website ILOUISVUITTON.COM was hosted at the IP address 205.209.154.12 at any

28 time between July 8, 2007 and September 16, 2007.

**RESPONSE TO REQUEST NO. 200:**

Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information known or readily obtainable by it is insufficient to enable it to admit or deny the request further for the following reasons: Upon receipt of a notice of infringement Akanoc will ping the domain to determine if the domain is assigned at an IP address within its IP range and if so will send out a takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit or deny that the Website, and specifically the content of the Website, is located or hosted at a particular IP address.

**REQUEST NO. 201:**

MANAGED SOLUTIONS was assigned the IP address 205.209.154.12 at ALL RELEVANT TIMES.

**RESPONSE TO REQUEST NO. 201:**

Admit.

**REQUEST NO. 202:**

The website ILOUISVUITTON.COM was hosted at the IP address 66.79.176.78 at any time between September 16, 2007 and the present.

**RESPONSE TO REQUEST NO. 202:**

Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information known or readily obtainable by it is insufficient to enable it to admit or deny the request further for the following reasons: Upon receipt of a notice of infringement Akanoc will ping the domain to determine if the domain is assigned at an IP address within its IP range and if so will send out a takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit or deny that the Website, and specifically the content of the Website, is located or hosted at a particular IP address.

**REQUEST NO. 203:**

MANAGED SOLUTIONS was assigned the IP address 66.79.176.78 at ALL RELEVANT TIMES.

**RESPONSE TO REQUEST NO. 203:**

1    Admit.

2    **REQUEST NO. 204:**

3    The website LONGTIMEGROUP.COM was hosted at the IP address 204.13.70.167 at any

4    time between March 17, 2007 and March 31, 2007.

5    **RESPONSE TO REQUEST NO. 204:**

6    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

7    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

8    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

9    determine if the domain is assigned at an IP address within its IP range and if so will send out a

10   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

11   or deny that the Website, and specifically the content of the Website, is located or hosted at a

12   particular IP address.

13   **REQUEST NO. 205:**

14   YOU were assigned the IP address 204.13.70.167 at ALL RELEVANT TIMES.

15   **RESPONSE TO REQUEST NO. 205:**

16   Admit.

17   **REQUEST NO. 206:**

18   The website LONGTIMEGROUP.COM was hosted at the IP address 204.16.197.118 at any

19   time between March 31, 2007 and October 21, 2007.

20   **RESPONSE TO REQUEST NO. 206:**

21   Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

22   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

23   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

24   determine if the domain is assigned at an IP address within its IP range and if so will send out a

25   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

26   or deny that the Website, and specifically the content of the Website, is located or hosted at a

27   particular IP address. **REQUEST NO. 207:**

28   YOU were assigned the IP address 204.16.197.118 at ALL RELEVANT TIMES.

1   **RESPONSE TO REQUEST NO. 207:**

2       Admit.

3   **REQUEST NO. 208:**

4       The website LOUIS-VUITTON-BAGS.ORG was hosted at the IP address 66.79.176.207 at

5   any time between April 29, 2007 and October 28, 2007.

6   **RESPONSE TO REQUEST NO. 208:**

7       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

8   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

9   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

10   determine if the domain is assigned at an IP address within its IP range and if so will send out a

11   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

12   or deny that the Website, and specifically the content of the Website, is located or hosted at a

13   particular IP address.

14   **REQUEST NO. 209:**

15       MANAGED SOLUTIONS was assigned the IP address 66.79.176.207 at ALL RELEVANT

16   TIMES.

17   **RESPONSE TO REQUEST NO. 209:**

18       Admit.

19   **REQUEST NO. 210:**

20       The website LOUIS-VUITTON-BAGS.ORG was hosted at the IP address 66.79.176.207 at

21   any time between November 18, 2007 and December 2, 2007.

22   **RESPONSE TO REQUEST NO. 210:**

23       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

24   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

25   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

26   determine if the domain is assigned at an IP address within its IP range and if so will send out a

27   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

28   or deny that the Website, and specifically the content of the Website, is located or hosted at a

1  particular IP address.

2  **REQUEST NO. 211:**

3       MANAGED SOLUTIONS was assigned the IP address 66.79.176.207 at ALL RELEVANT

4  TIMES.

5  **RESPONSE TO REQUEST NO. 211:**

6       Admit.

7  **REQUEST NO. 212:**

8       The website LOUISVUITTONBAGZ.COM was hosted at the IP address 66.79.176.207 at

9  any time between April 22, 2007 and October 21, 2007.

10 **RESPONSE TO REQUEST NO. 212:**

11      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

12 known or readily obtainable by it is insufficient to enable it to admit or deny the request because

13 absent notice Akanoc has no means of knowing what Website, if any, is being hosted at a particular

14 IP address.

15 **REQUEST NO. 213:**

16      MANAGED SOLUTIONS was assigned the IP address 66.79.176.207 at ALL RELEVANT

17 TIMES.

18 **RESPONSE TO REQUEST NO. 213:**

19      Admit.

20 **REQUEST NO. 214:**

21      The website LOUISVUITTONBAGZ.COM was hosted at the IP address 66.79.176.207 at

22 any time between November 18, 2007 and December 2, 2007.

23 **RESPONSE TO REQUEST NO. 214:**

24      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

25 known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

26 the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

27 determine if the domain is assigned at an IP address within its IP range and if so will send out a

28 takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

1    or deny that the Website, and specifically the content of the Website, is located or hosted at a

2    particular IP address.

3    **REQUEST NO. 215:**

4        MANAGED SOLUTIONS was assigned the IP address 66.79.176.207 at ALL RELEVANT

5    TIMES.

6    **RESPONSE TO REQUEST NO. 215:**

7        Admit.

8    **REQUEST NO. 216:**

9        The website LOVERNIKE.COM was hosted at IP address 205.209.185.225 at any time

10   between August 26, 2006 and November 18, 2007.

11   **RESPONSE TO REQUEST NO. 216:**

12        Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

13   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

14   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

15   determine if the domain is assigned at an IP address within its IP range and if so will send out a

16   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

17   or deny that the Website, and specifically the content of the Website, is located or hosted at a

18   particular IP address.

19   **REQUEST NO. 217:**

20        MANAGED SOLUTIONS was assigned the IP address 205.209.185.225 at ALL

21   RELEVANT TIMES.

22   **RESPONSE TO REQUEST NO. 217:**

23        Admit.

24   **REQUEST NO. 218:**

25        The website LOVERNIKE.COM was hosted at IP address 205.209.185.227 at any time

26   between November 18, 2007 and December 2, 2007.

27   **RESPONSE TO REQUEST NO. 218:**

28        Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

1  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

2  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

3  determine if the domain is assigned at an IP address within its IP range and if so will send out a

4  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

5  or deny that the Website, and specifically the content of the Website, is located or hosted at a

6  particular IP address.

7  **REQUEST NO. 219:**

8      MANAGED   SOLUTIONS   was   assigned   the   IP   address   205.209.185.227   at   ALL

9  RELEVANT TIMES.

10  **RESPONSE TO REQUEST NO. 219:**

11      Admit.

12  **REQUEST NO. 220:**

13      The website LUXELIKE.COM was hosted at IP address 205.209.180.89 at any time between

14  August 26, 2007 and September 23, 2007.

15  **RESPONSE TO REQUEST NO. 220:**

16      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

17  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

18  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

19  determine if the domain is assigned at an IP address within its IP range and if so will send out a

20  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

21  or deny that the Website, and specifically the content of the Website, is located or hosted at a

22  particular IP address.

23  **REQUEST NO. 221:**

24      MANAGED SOLUTIONS was assigned the IP address 205.209.180.89 at ALL RELEVANT

25  TIMES.

26  **RESPONSE TO REQUEST NO. 221:**

27      Admit.

28  **REQUEST NO. 222:**

1    The website LUXURY2US.COM was hosted at IP address 204.16.198.246 at any time
2    between December 9, 2006 and December 23, 2006.

3    **RESPONSE TO REQUEST NO. 222:**

4    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
5    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for
6    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to
7    determine if the domain is assigned at an IP address within its IP range and if so will send out a
8    takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit
9    or deny that the Website, and specifically the content of the Website, is located or hosted at a
10   particular IP address.

11   **REQUEST NO. 223:**

12   YOU were assigned the IP address 204.16.198.246 at ALL RELEVANT TIMES.

13   **RESPONSE TO REQUEST NO. 223:**

14   Admit.

15   **REQUEST NO. 224:**

16   The website LUXURY2US.COM was hosted at IP address 204.16.193.105 at any time
17   between December 23, 2006 and January 20, 2008.

18   **RESPONSE TO REQUEST NO. 224:**

19   Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
20   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for
21   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to
22   determine if the domain is assigned at an IP address within its IP range and if so will send out a
23   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit
24   or deny that the Website, and specifically the content of the Website, is located or hosted at a
25   particular IP address.

26   **REQUEST NO. 225:**

27   YOU were assigned the IP address 204.16.193.105 at ALL RELEVANT TIMES.

28   **RESPONSE TO REQUEST NO. 225:**

1    Admit.

2    **REQUEST NO. 226:**

3        The website LVBAGZ.COM was hosted at IP address 66.79.176.207 at any time between

4    April 22, 2007 and September 18, 2007.

5    **RESPONSE TO REQUEST NO. 226:**

6        Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

7    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

8    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

9    determine if the domain is assigned at an IP address within its IP range and if so will send out a

10   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

11   or deny that the Website, and specifically the content of the Website, is located or hosted at a

12   particular IP address.

13   **REQUEST NO. 227:**

14       MANAGED SOLUTIONS was assigned the IP address 66.79.176.207 at ALL RELEVANT

15   TIMES.

16   **RESPONSE TO REQUEST NO. 227:**

17       Admit.

18   **REQUEST NO. 228:**

19       The website LVBAGZ.COM was hosted at IP address 66.79.176.78 at any time between

20   September 16, 2007 and October 21, 2007.

21   **RESPONSE TO REQUEST NO. 228:**

22       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

23   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

24   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

25   determine if the domain is assigned at an IP address within its IP range and if so will send out a

26   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

27   or deny that the Website, and specifically the content of the Website, is located or hosted at a

28   particular IP address.

Exhibit E                                    Page 183

1    **REQUEST NO. 229:**

2         MANAGED SOLUTIONS was assigned the IP address 66.79.176.78 at ALL RELEVANT

3    TIMES.

4    **RESPONSE TO REQUEST NO. 229:**

5         Admit.

6    **REQUEST NO. 230:**

7         The website LVBAGZ.COM was hosted at the IP address 205.209.148.70 at any time

8    between March 2, 2008 and March 9, 2008.

9    **RESPONSE TO REQUEST NO. 230:**

10        Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

11   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

12   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

13   determine if the domain is assigned at an IP address within its IP range and if so will send out a

14   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

15   or deny that the Website, and specifically the content of the Website, is located or hosted at a

16   particular IP address.

17   **REQUEST NO. 231:**

18        MANAGED SOLUTIONS was assigned the IP address 205.209.148.70 at ALL RELEVANT

19   TIMES.

20   **RESPONSE TO REQUEST NO. 231:**

21        Admit.

22   **REQUEST NO. 232:**

23        Attached hereto as Exhibit JJ is a true and correct copy of one page from the LVBAGZ.COM

24   website.

25   **RESPONSE TO REQUEST NO. 232:**

26        Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

27   known or readily obtainable by it is insufficient to enable it to admit or deny the request.  Akanoc is

28   unable to authenticate purported pages from a third party Website.

1   **REQUEST NO. 233:**

2       The website LV-NIKE.COM was hosted at IP address 205.209.172.163 at any time between

3   December 2, 2006 and December 9, 2006.

4   **RESPONSE TO REQUEST NO. 233:**

5       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

6   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

7   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

8   determine if the domain is assigned at an IP address within its IP range and if so will send out a

9   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

10  or deny that the Website, and specifically the content of the Website, is located or hosted at a

11  particular IP address.

12  **REQUEST NO. 234:**

13      MANAGED SOLUTIONS was assigned the IP address 205.209.172.163 at ALL

14  RELEVANT TIMES.

15  **RESPONSE TO REQUEST NO. 234:**

16      Admit.

17  **REQUEST NO. 235:**

18      The website LV-NIKE.COM was hosted at IP address 205.209.172.165 at any time between

19  December 9, 2006 and March 24, 2007.

20  **RESPONSE TO REQUEST NO. 235:**

21      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

22  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

23  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

24  determine if the domain is assigned at an IP address within its IP range and if so will send out a

25  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

26  or deny that the Website, and specifically the content of the Website, is located or hosted at a

27  particular IP address.

28  **REQUEST NO. 236:**

1    MANAGED SOLUTIONS was assigned the IP address 205.209.172.165 at ALL
2    RELEVANT TIMES.

3    **RESPONSE TO REQUEST NO. 236:**

4    Admit.

5    **REQUEST NO. 237:**

6    The website LV-NIKE.COM was hosted at IP address 205.209.136.83 at any time between
7    March 24, 2007 and April 14, 2007.

8    **RESPONSE TO REQUEST NO. 237:**

9    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
10   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for
11   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to
12   determine if the domain is assigned at an IP address within its IP range and if so will send out a
13   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit
14   or deny that the Website, and specifically the content of the Website, is located or hosted at a
15   particular IP address.

16   **REQUEST NO. 238:**

17   MANAGED SOLUTIONS was assigned the IP address 205.209.136.83 at ALL RELEVANT
18   TIMES.

19   **RESPONSE TO REQUEST NO. 238:**

20   Admit.

21   **REQUEST NO. 239:**

22   Attached hereto as Exhibit KK is a true and correct copy of one page from the LV-
23   NIKE.COM website.

24   **RESPONSE TO REQUEST NO. 239:**

25   Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
26   known or readily obtainable by it is insufficient to enable it to admit or deny the request.  Akanoc is
27   unable to authenticate purported pages from a third party Website.

28   **REQUEST NO. 240:**

1    The website MAILGOODS.COM was hosted at IP address 204.16.195.46 at any time
2 between June 3, 2006 and July 5, 2006.

3 **RESPONSE TO REQUEST NO. 240:**

4    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
5 known or readily obtainable by it is insufficient to enable it to admit or deny the request further for
6 the following reasons: Upon receipt of a notice of infringement Akanoc will ping the domain to
7 determine if the domain is assigned at an IP address within its IP range and if so will send out a
8 takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit
9 or deny that the Website, and specifically the content of the Website, is located or hosted at a
10 particular IP address.

11 **REQUEST NO. 241:**

12    YOU were assigned the IP address 204.16.195.46 at ALL RELEVANT TIMES.

13 **RESPONSE TO REQUEST NO. 241:**

14    Admit.

15 **REQUEST NO. 242:**

16    The website MAILGOODS.COM was hosted at IP address 204.13.64.77 at any time between
17 December 9, 2006 and January 27, 2007.

18 **RESPONSE TO REQUEST NO. 242:**

19    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
20 known or readily obtainable by it is insufficient to enable it to admit or deny the request further for
21 the following reasons: Upon receipt of a notice of infringement Akanoc will ping the domain to
22 determine if the domain is assigned at an IP address within its IP range and if so will send out a
23 takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit
24 or deny that the Website, and specifically the content of the Website, is located or hosted at a
25 particular IP address.

26 **REQUEST NO. 243:**

27    YOU were assigned the IP address 204.13.64.77 at ALL RELEVANT TIMES.

28 **RESPONSE TO REQUEST NO. 243:**

1    Admit.

2    **REQUEST NO. 244:**

3    The website MAILGOODS.COM was hosted at IP address 205.209.191.67 at any time

4    between June 17, 2007 and October 21, 2007.

5    **RESPONSE TO REQUEST NO. 244:**

6    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

7    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

8    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

9    determine if the domain is assigned at an IP address within its IP range and if so will send out a

10   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

11   or deny that the Website, and specifically the content of the Website, is located or hosted at a

12   particular IP address.

13   **REQUEST NO. 245:**

14   MANAGED SOLUTIONS was assigned the IP address 205.209.191.67 at ALL RELEVANT

15   TIMES.

16   **RESPONSE TO REQUEST NO. 245:**

17   Admit.

18   **REQUEST NO. 246:**

19   The website MYSHOES99.COM was hosted at IP address 204.13.64.100 at any time

20   between October 29, 2005 and April 22, 2006.

21   **RESPONSE TO REQUEST NO. 246:**

22   Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

23   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

24   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

25   determine if the domain is assigned at an IP address within its IP range and if so will send out a

26   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

27   or deny that the Website, and specifically the content of the Website, is located or hosted at a

28   particular IP address.

1    **REQUEST NO. 247:**

2        YOU were assigned the IP address 204.13.64.100 at ALL RELEVANT TIMES.

3    **RESPONSE TO REQUEST NO. 247:**

4        Admit.

5    **REQUEST NO. 248:**

6        The website MYSHOES99.COM was hosted at IP address 205.209.185.150 at any time

7    between April 22, 2006 and January 13, 2007.

8    **RESPONSE TO REQUEST NO. 248:**

9        Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

10   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

11   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

12   determine if the domain is assigned at an IP address within its IP range and if so will send out a

13   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

14   or deny that the Website, and specifically the content of the Website, is located or hosted at a

15   particular IP address.

16   **REQUEST NO. 249:**

17       MANAGED SOLUTIONS was assigned the IP address 205.209.185.150 at ALL

18   RELEVANT TIMES.

19   **RESPONSE TO REQUEST NO. 249:**

20       Admit.

21   **REQUEST NO. 250:**

22       The website MYSHOES99.COM was hosted at IP address 205.209.185.151 at any time

23   between January 13, 2007 and February 3, 2007.

24   **RESPONSE TO REQUEST NO. 250:**

25       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

26   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

27   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

28   determine if the domain is assigned at an IP address within its IP range and if so will send out a

1  takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit

2  or deny that the Website, and specifically the content of the Website, is located or hosted at a

3  particular IP address.

4  **REQUEST NO. 251:**

5      MANAGED SOLUTIONS was assigned the IP address 205.209.185.151 at ALL

6  RELEVANT TIMES.

7  **RESPONSE TO REQUEST NO. 251:**

8      Admit.

9  **REQUEST NO. 252:**

10     The website NIKE558.COM was hosted at IP address 204.16.197.27 at any time between

11 March 10, 2007 and August 12, 2007.

12 **RESPONSE TO REQUEST NO. 252:**

13     Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

14 known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

15 the following reasons: Upon receipt of a notice of infringement Akanoc will ping the domain to

16 determine if the domain is assigned at an IP address within its IP range and if so will send out a

17 takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit

18 or deny that the Website, and specifically the content of the Website, is located or hosted at a

19 particular IP address.

20 **REQUEST NO. 253:**

21     YOU were assigned the IP address 204.16.197.27 at ALL RELEVANT TIMES.

22 **RESPONSE TO REQUEST NO. 253:**

23     Admit

24 **REQUEST NO. 254:**

25     The website NIKE558.COM was hosted at IP address 204.13.64.65 at any time between

26 August 12, 2007 and September 30, 2007.

27 **RESPONSE TO REQUEST NO. 254:**

28     Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

1  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

2  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

3  determine if the domain is assigned at an IP address within its IP range and if so will send out a

4  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

5  or deny that the Website, and specifically the content of the Website, is located or hosted at a

6  particular IP address.

7  **REQUEST NO. 255:**

8      YOU were assigned the IP address 204.13.64.65 at ALL RELEVANT TIMES.

9  **RESPONSE TO REQUEST NO. 255:**

10     Admit.

11 **REQUEST NO. 256:**

12     The website NIKE558.COM was hosted at IP address 204.13.70.147 at any time between

13 September 30, 2007 and December 2, 2007.

14 **RESPONSE TO REQUEST NO. 256:**

15     Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

16 known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

17 the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

18 determine if the domain is assigned at an IP address within its IP range and if so will send out a

19 takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

20 or deny that the Website, and specifically the content of the Website, is located or hosted at a

21 particular IP address.

22 **REQUEST NO. 257:**

23     YOU were assigned the IP address 204.13.70.147 at ALL RELEVANT TIMES.

24 **RESPONSE TO REQUEST NO. 257:**

25     Admit.

26 **REQUEST NO. 258:**

27     The website NIKE558.COM was hosted at IP address 204.13.70.148 at any time between

28 December 2, 2007 and March 9, 2008.

1  **RESPONSE TO REQUEST NO. 258:**

2      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

3  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

4  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

5  determine if the domain is assigned at an IP address within its IP range and if so will send out a

6  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

7  or deny that the Website, and specifically the content of the Website, is located or hosted at a

8  particular IP address.

9  **REQUEST NO. 259:**

10     YOU were assigned the IP address 204.13.70.148 at ALL RELEVANT TIMES.

11  **RESPONSE TO REQUEST NO. 259:**

12     Admit.

13  **REQUEST NO. 260:**

14     The website NIKESHOESOFFER.COM was hosted at IP address 205.209.140.162 at any

15  time between July 8, 2006 and December 16, 2007.

16  **RESPONSE TO REQUEST NO. 260:**

17     Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

18  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

19  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

20  determine if the domain is assigned at an IP address within its IP range and if so will send out a

21  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

22  or deny that the Website, and specifically the content of the Website, is located or hosted at a

23  particular IP address.

24  **REQUEST NO. 261:**

25     MANAGED SOLUTIONS was assigned the IP address 205.209.140.162 at ALL

26  RELEVANT TIMES.

27  **RESPONSE TO REQUEST NO. 261:**

28     Admit.

**REQUEST NO. 262:**

The website NIKESHOESOFFER.COM was hosted at IP address 204.16.195.130 at any time between July 8, 2007 and December 16, 2007.

**RESPONSE TO REQUEST NO. 262:**

Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information known or readily obtainable by it is insufficient to enable it to admit or deny the request further for the following reasons: Upon receipt of a notice of infringement Akanoc will ping the domain to determine if the domain is assigned at an IP address within its IP range and if so will send out a takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit or deny that the Website, and specifically the content of the Website, is located or hosted at a particular IP address.

**REQUEST NO. 263:**

YOU were assigned the IP address 204.16.195.130 at ALL RELEVANT TIMES.

**RESPONSE TO REQUEST NO. 263:**

Admit.

**REQUEST NO. 264:**

The website NIKESHOESOFFER.COM was hosted at IP address 205.209.175.218 at any time between December 16, 2007 and January 20, 2008.

**RESPONSE TO REQUEST NO. 264:**

Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information known or readily obtainable by it is insufficient to enable it to admit or deny the request further for the following reasons: Upon receipt of a notice of infringement Akanoc will ping the domain to determine if the domain is assigned at an IP address within its IP range and if so will send out a takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit or deny that the Website, and specifically the content of the Website, is located or hosted at a particular IP address.

**REQUEST NO. 265:**

MANAGED SOLUTIONS was assigned the IP address 205.209.175.218 at ALL

1    RELEVANT TIMES.

2    **RESPONSE TO REQUEST NO. 265:**

3        Admit.

4    **REQUEST NO. 266:**

5        Attached hereto as Exhibit LL is a true and correct copy of one page from the
6    NIKESHOESOFFER.COM website.

7    **RESPONSE TO REQUEST NO. 266:**

8        Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
9    known or readily obtainable by it is insufficient to enable it to admit or deny the request.  Akanoc is
10   unable to authenticate purported pages from a third party Website.

11   **REQUEST NO. 267:**

12       The website NIKEWTO.COM was hosted at IP address 205.209.136.108 at any time
13   between September 9, 2007 and October 28, 2007.

14   **RESPONSE TO REQUEST NO. 267:**

15       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
16   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for
17   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to
18   determine if the domain is assigned at an IP address within its IP range and if so will send out a
19   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit
20   or deny that the Website, and specifically the content of the Website, is located or hosted at a
21   particular IP address.

22   **REQUEST NO. 268:**

23       MANAGED SOLUTIONS was assigned the IP address 205.209.136.108 at ALL
24   RELEVANT TIMES.

25   **RESPONSE TO REQUEST NO. 268:**

26       Admit.

27   **REQUEST NO. 269:**

28       The website NIKEWTO.COM was hosted at IP address 205.209.165.65 at any time between

1  February 24, 2008 and March 9, 2008.

2  **RESPONSE TO REQUEST NO. 269:**

3  　　　Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

4  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

5  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

6  determine if the domain is assigned at an IP address within its IP range and if so will send out a

7  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

8  or deny that the Website, and specifically the content of the Website, is located or hosted at a

9  particular IP address. **REQUEST NO. 270:**

10  　　　MANAGED SOLUTIONS was assigned the IP address 205.209.165.65 at ALL RELEVANT

11  TIMES.

12  **RESPONSE TO REQUEST NO. 270:**

13  　　　Admit.

14  **REQUEST NO. 271:**

15  　　　The website NONSTOPBEAUTY.COM was hosted at IP address 204.16.199.153 at any

16  time between April 15, 2006 and April 29, 2006.

17  **RESPONSE TO REQUEST NO. 271:**

18  　　　Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

19  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

20  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

21  determine if the domain is assigned at an IP address within its IP range and if so will send out a

22  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

23  or deny that the Website, and specifically the content of the Website, is located or hosted at a

24  particular IP address.

25  **REQUEST NO. 272:**

26  　　　YOU were assigned the IP address 204.16.199.153 at ALL RELEVANT TIMES.

27  **RESPONSE TO REQUEST NO. 272:**

28  　　　Admit.

**REQUEST NO. 273:**

The website NONSTOPBEAUTY.COM was hosted at IP address 204.16.195.127 at any time between April 29, 2006 and May 20, 2006.

**RESPONSE TO REQUEST NO. 273:**

Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information known or readily obtainable by it is insufficient to enable it to admit or deny the request further for the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to determine if the domain is assigned at an IP address within its IP range and if so will send out a takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit or deny that the Website, and specifically the content of the Website, is located or hosted at a particular IP address.

**REQUEST NO. 274:**

YOU were assigned the IP address 204.16.195.127 at ALL RELEVANT TIMES.

**RESPONSE TO REQUEST NO. 274:**

Admit.

**REQUEST NO. 275:**

The website NONSTOPBEAUTY.COM was hosted at IP address 204.13.64.184 at any time between May 20, 2006 and October 21, 2006.

**RESPONSE TO REQUEST NO. 275:**

Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information known or readily obtainable by it is insufficient to enable it to admit or deny the request further for the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to determine if the domain is assigned at an IP address within its IP range and if so will send out a takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit or deny that the Website, and specifically the content of the Website, is located or hosted at a particular IP address.

**REQUEST NO. 276:**

YOU were assigned the IP address 204.13.64.184 at ALL RELEVANT TIMES.

**RESPONSE TO REQUEST NO. 276:**

Admit.

**REQUEST NO. 277:**

The website NONSTOPBEAUTY.COM was hosted at IP address 205.209.161.20 at any time between October 21, 2006 and September 30, 2007.

**RESPONSE TO REQUEST NO. 277:**

Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information known or readily obtainable by it is insufficient to enable it to admit or deny the request further for the following reasons: Upon receipt of a notice of infringement Akanoc will ping the domain to determine if the domain is assigned at an IP address within its IP range and if so will send out a takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit or deny that the Website, and specifically the content of the Website, is located or hosted at a particular IP address.

**REQUEST NO. 278:**

MANAGED SOLUTIONS was assigned the IP address 205.209.161.20 at ALL RELEVANT TIMES.

**RESPONSE TO REQUEST NO. 278:**

Admit.

**REQUEST NO. 279:**

The website PFCSTATION.COM was hosted at IP address 205.209.168.1 at any time between June 24, 2007 and December 16, 2007.

**RESPONSE TO REQUEST NO. 279:**

Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information known or readily obtainable by it is insufficient to enable it to admit or deny the request further for the following reasons: Upon receipt of a notice of infringement Akanoc will ping the domain to determine if the domain is assigned at an IP address within its IP range and if so will send out a takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit or deny that the Website, and specifically the content of the Website, is located or hosted at a

1  particular IP address.

2  **REQUEST NO. 280:**

3      MANAGED SOLUTIONS was assigned the IP address 205.209.168.1 at ALL RELEVANT

4  TIMES.

5  **RESPONSE TO REQUEST NO. 280:**

6      Admit.

7  **REQUEST NO. 281:**

8      The website PICKHIPHOP.COM was hosted at IP address 204.16.195.128 at any time

9  between November 25, 2006 and December 9, 2006.

10  **RESPONSE TO REQUEST NO. 281:**

11      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

12  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

13  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

14  determine if the domain is assigned at an IP address within its IP range and if so will send out a

15  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

16  or deny that the Website, and specifically the content of the Website, is located or hosted at a

17  particular IP address.

18  **REQUEST NO. 282:**

19      YOU were assigned the IP address 204.16.195.128 at ALL RELEVANT TIMES.

20  **RESPONSE TO REQUEST NO. 282:**

21      Admit.

22  **REQUEST NO. 283:**

23      The website PICKHIPHOP.COM was hosted at IP address 204.13.66.116 at any time

24  between December 9, 2006 and June 3, 2007.

25  **RESPONSE TO REQUEST NO. 283:**

26      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

27  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

28  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

1  determine if the domain is assigned at an IP address within its IP range and if so will send out a

2  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

3  or deny that the Website, and specifically the content of the Website, is located or hosted at a

4  particular IP address.

5  **REQUEST NO. 284:**

6      YOU were assigned the IP address 204.13.66.116 at ALL RELEVANT TIMES.

7  **RESPONSE TO REQUEST NO. 284:**

8      Admit.

9  **REQUEST NO. 285:**

10     The website PICKHIPHOP.COM was hosted at IP address 204.13.64.26 at any time between

11 June 3, 2007 and December 2, 2007.

12 **RESPONSE TO REQUEST NO. 285:**

13     Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

14 known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

15 the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

16 determine if the domain is assigned at an IP address within its IP range and if so will send out a

17 takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

18 or deny that the Website, and specifically the content of the Website, is located or hosted at a

19 particular IP address.

20 **REQUEST NO. 286:**

21     YOU were assigned the IP address 204.13.64.26 at ALL RELEVANT TIMES.

22 **RESPONSE TO REQUEST NO. 286:**

23     Admit.

24 **REQUEST NO. 287:**

25     The website PICKYOURGOODS.COM was hosted at IP address 205.209.142.227 at any

26 time between March 17, 2007 and April 14, 2007.

27 **RESPONSE TO REQUEST NO. 287:**

28     Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

1 known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

2 the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

3 determine if the domain is assigned at an IP address within its IP range and if so will send out a

4 takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

5 or deny that the Website, and specifically the content of the Website, is located or hosted at a

6 particular IP address.

7 **REQUEST NO. 288:**

8     MANAGED  SOLUTIONS  was  assigned  the  IP  address  205.209.142.227  at  ALL

9 RELEVANT TIMES.

10 **RESPONSE TO REQUEST NO. 288:**

11     Admit.

12 **REQUEST NO. 289:**

13     The website PICKYOURGOODS.COM was hosted at IP address 205.209.165.84 at any time

14 between April 14, 2007 and the present.

15 **RESPONSE TO REQUEST NO. 289:**

16     Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

17 known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

18 the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

19 determine if the domain is assigned at an IP address within its IP range and if so will send out a

20 takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

21 or deny that the Website, and specifically the content of the Website, is located or hosted at a

22 particular IP address.

23 **REQUEST NO. 290:**

24     MANAGED SOLUTIONS was assigned the IP address 205.209.165.84 at ALL RELEVANT

25 TIMES.

26 **RESPONSE TO REQUEST NO. 290:**

27     Admit.

28 **REQUEST NO. 291:**

1    The website PICKYOURORDER.COM was hosted at IP address 204.13.64.61 at any time

2  between April 22, 2007 and June 17, 2007.

3  **RESPONSE TO REQUEST NO. 291:**

4    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

5  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

6  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

7  determine if the domain is assigned at an IP address within its IP range and if so will send out a

8  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

9  or deny that the Website, and specifically the content of the Website, is located or hosted at a

10  particular IP address.

11  **REQUEST NO. 292:**

12    YOU were assigned the IP address 204.13.64.61 at ALL RELEVANT TIMES.

13  **RESPONSE TO REQUEST NO. 292:**

14    Admit.

15  **REQUEST NO. 293:**

16    The website PICKYOURORDER.COM was hosted at IP address 204.13.70.40 at any time

17  between June 17, 2007 and August 12, 2007.

18  **RESPONSE TO REQUEST NO. 293:**

19    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

20  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

21  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

22  determine if the domain is assigned at an IP address within its IP range and if so will send out a

23  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

24  or deny that the Website, and specifically the content of the Website, is located or hosted at a

25  particular IP address.

26  **REQUEST NO. 294:**

27    YOU were assigned the IP address 204.13.64.61 at ALL RELEVANT TIMES.

28  **RESPONSE TO REQUEST NO. 294:**

1    Admit.

2    **REQUEST NO. 295:**

3    The website PICKYOURORDER.COM was hosted at IP address 204.13.70.38 at any time

4  between August 12, 2007 and October 10, 2007.

5    **RESPONSE TO REQUEST NO. 295:**

6    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

7  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

8  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

9  determine if the domain is assigned at an IP address within its IP range and if so will send out a

10  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

11  or deny that the Website, and specifically the content of the Website, is located or hosted at a

12  particular IP address.

13    **REQUEST NO. 296:**

14    YOU were assigned the IP address at 204.13.70.38 at ALL RELEVANT TIMES.

15    **RESPONSE TO REQUEST NO. 296:**

16    Admit.

17    **REQUEST NO. 297:**

18    The website PICKYOURORDER.COM was hosted at IP address 205.209.185.116 at any

19  time between October 7, 2007 and December 2, 2007.

20    **RESPONSE TO REQUEST NO. 297:**

21    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

22  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

23  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

24  determine if the domain is assigned at an IP address within its IP range and if so will send out a

25  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

26  or deny that the Website, and specifically the content of the Website, is located or hosted at a

27  particular IP address.

28    **REQUEST NO. 298:**

1   MANAGED SOLUTIONS was assigned the IP address 205.209.185.116 at ALL
2   RELEVANT TIMES.

3   **RESPONSE TO REQUEST NO. 298:**

4   Admit.

5   **REQUEST NO. 299:**

6   The website PICKYOURORDER.COM was hosted at IP address 205.209.185.114 at any
7   time between December 23, 2007 and March 9, 2008.

8   **RESPONSE TO REQUEST NO. 299:**

9   Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
10  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for
11  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to
12  determine if the domain is assigned at an IP address within its IP range and if so will send out a
13  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit
14  or deny that the Website, and specifically the content of the Website, is located or hosted at a
15  particular IP address.

16  **REQUEST NO. 300:**

17  MANAGED SOLUTIONS was assigned the IP address 205.209.185.114 at ALL
18  RELEVANT TIMES.

19  **RESPONSE TO REQUEST NO. 300:**

20  Admit.

21  **REQUEST NO. 301:**

22  Attached hereto as Exhibit MM is a true and correct copy of one page from the
23  PICKYOURORDER.COM website.

24  **RESPONSE TO REQUEST NO. 301:**

25  Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
26  known or readily obtainable by it is insufficient to enable it to admit or deny the request.  Akanoc is
27  unable to authenticate purported pages from a third party Website.

28  **REQUEST NO. 302:**

10562-002-4/17/2008-160743.1                83                AKANOC SOLUTIONS' RESPONSES TO
                                                              REQUESTS FOR ADMISSION – SET ONE
                                                              – C 07-3952 JW

1        The website PRO-JORDAN.COM was hosted at IP address 204.16.198.173 at any time

2    between September 2, 2006 and September 9, 2006.

3    **RESPONSE TO REQUEST NO. 302:**

4        Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

5    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

6    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

7    determine if the domain is assigned at an IP address within its IP range and if so will send out a

8    takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

9    or deny that the Website, and specifically the content of the Website, is located or hosted at a

10   particular IP address.

11   **REQUEST NO. 303:**

12       YOU were assigned the IP address 204.16.198.173 at ALL RELEVANT TIMES.

13   **RESPONSE TO REQUEST NO. 303:**

14       Admit.

15   **REQUEST NO. 304:**

16       The website PRO-JORDAN.COM was hosted at IP address 205.209.173.209 at any time

17   between April 29, 2007 and May 27, 2007.

18   **RESPONSE TO REQUEST NO. 304:**

19       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

20   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

21   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

22   determine if the domain is assigned at an IP address within its IP range and if so will send out a

23   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

24   or deny that the Website, and specifically the content of the Website, is located or hosted at a

25   particular IP address.

26   **REQUEST NO. 305:**

27       MANAGED SOLUTIONS was assigned the IP address 205.209.173.209 at ALL

28   RELEVANT TIMES.

**RESPONSE TO REQUEST NO. 305:**

Admit.

**REQUEST NO. 306:**

The website PRO-JORDAN.COM was hosted at IP address 205.209.173.80 at any time between May 27, 2007 and September 30, 2007.

**RESPONSE TO REQUEST NO. 306:**

Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information known or readily obtainable by it is insufficient to enable it to admit or deny the request further for the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to determine if the domain is assigned at an IP address within its IP range and if so will send out a takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit or deny that the Website, and specifically the content of the Website, is located or hosted at a particular IP address.

**REQUEST NO. 307:**

MANAGED SOLUTIONS was assigned the IP address 205.209.173.80 at ALL RELEVANT TIMES.

**RESPONSE TO REQUEST NO. 307:**

Admit.

**REQUEST NO. 308:**

The website PRO-JORDAN.COM was hosted at IP address 205.209.136.234 at any time between September 30, 2007 and December 2, 2007.

**RESPONSE TO REQUEST NO. 308:**

Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information known or readily obtainable by it is insufficient to enable it to admit or deny the request further for the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to determine if the domain is assigned at an IP address within its IP range and if so will send out a takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit or deny that the Website, and specifically the content of the Website, is located or hosted at a

1 | particular IP address.

2 | **REQUEST NO. 309:**

3 |     MANAGED SOLUTIONS was assigned the IP address 205.209.136.234 at ALL
4 | RELEVANT TIMES.

5 | **RESPONSE TO REQUEST NO. 309:**

6 |     Admit.

7 | **REQUEST NO. 310:**

8 |     The website PRO-JORDAN.COM was hosted at IP address 205.209.137.121 at any time
9 | between February 24, 2008 and March 9, 2008.

10 | **RESPONSE TO REQUEST NO. 310:**

11 |     Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
12 | known or readily obtainable by it is insufficient to enable it to admit or deny the request further for
13 | the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to
14 | determine if the domain is assigned at an IP address within its IP range and if so will send out a
15 | takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit
16 | or deny that the Website, and specifically the content of the Website, is located or hosted at a
17 | particular IP address.

18 | **REQUEST NO. 311:**

19 |     MANAGED SOLUTIONS was assigned the IP address 205.209.137.121 at ALL
20 | RELEVANT TIMES.

21 | **RESPONSE TO REQUEST NO. 311:**

22 |     Admit.

23 | **REQUEST NO. 312:**

24 |     Attached hereto as Exhibit NN is a true and correct copy of one page from the PRO-
25 | JORDAN.COM website.

26 | **RESPONSE TO REQUEST NO. 312:**

27 |     Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
28 | known or readily obtainable by it is insufficient to enable it to admit or deny the request.  Akanoc is

1  unable to authenticate purported pages from a third party Website.

2  **REQUEST NO. 313:**

3      The website REPLICA-EBAGS.COM was hosted at IP address 204.16.193.146 at any time

4  between February 10, 2007 and November 11, 2007.

5  **RESPONSE TO REQUEST NO. 313:**

6      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

7  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

8  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

9  determine if the domain is assigned at an IP address within its IP range and if so will send out a

10  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

11  or deny that the Website, and specifically the content of the Website, is located or hosted at a

12  particular IP address.

13  **REQUEST NO. 314:**

14      YOU were assigned the IP address 204.16.193.146 at ALL RELEVANT TIMES.

15  **RESPONSE TO REQUEST NO. 314:**

16      Admit.

17  **REQUEST NO. 315:**

18      The website REPLICA-EBAGS.COM was hosted at IP address 204.16.193.146 at any time

19  between December 2, 2007 and January 20, 2008.

20  **RESPONSE TO REQUEST NO. 315:**

21      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

22  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

23  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

24  determine if the domain is assigned at an IP address within its IP range and if so will send out a

25  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

26  or deny that the Website, and specifically the content of the Website, is located or hosted at a

27  particular IP address.

28  **REQUEST NO. 316:**

1    YOU were assigned the IP address 204.16.193.146 at ALL RELEVANT TIMES.

2    **RESPONSE TO REQUEST NO. 316:**

3    Admit.

4    **REQUEST NO. 317:**

5    Attached hereto as Exhibit OO is a true and correct copy of one page from the REPLICA-

6    EBAGS.COM website.

7    **RESPONSE TO REQUEST NO. 317:**

8    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

9    known or readily obtainable by it is insufficient to enable it to admit or deny the request.  Akanoc is

10   unable to authenticate purported pages from a third party Website.

11   **REQUEST NO. 318:**

12   The website RRGNL.COM was hosted at IP address 205.209.180.88 at any time between

13   September 23, 2006 and July 3, 2007.

14   **RESPONSE TO REQUEST NO. 318:**

15   Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

16   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

17   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

18   determine if the domain is assigned at an IP address within its IP range and if so will send out a

19   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

20   or deny that the Website, and specifically the content of the Website, is located or hosted at a

21   particular IP address.

22   **REQUEST NO. 319:**

23   MANAGED SOLUTIONS was assigned the IP address 205.209.180.88 at ALL RELEVANT

24   TIMES.

25   **RESPONSE TO REQUEST NO. 319:**

26   Admit.

27   **REQUEST NO. 320:**

28   The website SHOES-ORDER.COM was hosted at IP address 204.16.198.243 at any time

10562-002-4/17/2008-160743.1                    88                    AKANOC SOLUTIONS' RESPONSES TO
                                                                      REQUESTS FOR ADMISSION – SET ONE
                                                                      – C 07-3952 JW

1  between August 26, 2006 and November 4, 2006.

2  **RESPONSE TO REQUEST NO. 320:**

3         Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

4  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

5  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

6  determine if the domain is assigned at an IP address within its IP range and if so will send out a

7  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

8  or deny that the Website, and specifically the content of the Website, is located or hosted at a

9  particular IP address.

10  **REQUEST NO. 321:**

11        YOU were assigned the IP address 204.16.198.243 at ALL RELEVANT TIMES.

12  **RESPONSE TO REQUEST NO. 321:**

13        Admit.

14  **REQUEST NO. 322:**

15        The website SHOES-ORDER.COM was hosted at IP address 204.13.70.53 at any time

16  between November 4, 2006 and December 23, 2006.

17  **RESPONSE TO REQUEST NO. 322:**

18         Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

19  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

20  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

21  determine if the domain is assigned at an IP address within its IP range and if so will send out a

22  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

23  or deny that the Website, and specifically the content of the Website, is located or hosted at a

24  particular IP address.

25  **REQUEST NO. 323:**

26        YOU were assigned the IP address 204.13.70.53 at ALL RELEVANT TIMES.

27  **RESPONSE TO REQUEST NO. 323:**

28        Admit.

**REQUEST NO. 324:**

The website SHOES-ORDER.COM was hosted at IP address 204.16.193.106 at any time between December 23, 2006 and March 31, 2007.

**RESPONSE TO REQUEST NO. 324:**

Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information known or readily obtainable by it is insufficient to enable it to admit or deny the request further for the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to determine if the domain is assigned at an IP address within its IP range and if so will send out a takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit or deny that the Website, and specifically the content of the Website, is located or hosted at a particular IP address.

**REQUEST NO. 325:**

YOU were assigned the IP address 204.16.193.106 at ALL RELEVANT TIMES.

**RESPONSE TO REQUEST NO. 325:**

Admit.

**REQUEST NO. 326:**

The website SHOES-ORDER.COM was hosted at IP address 204.13.66.161 at any time between March 31, 2007 and June 24, 2007.

**RESPONSE TO REQUEST NO. 326:**

Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information known or readily obtainable by it is insufficient to enable it to admit or deny the request further for the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to determine if the domain is assigned at an IP address within its IP range and if so will send out a takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit or deny that the Website, and specifically the content of the Website, is located or hosted at a particular IP address.

**REQUEST NO. 327:**

YOU were assigned the IP address 204.13.66.161 at ALL RELEVANT TIMES.

1   **RESPONSE TO REQUEST NO. 327:**

2      Admit.

3   **REQUEST NO. 328:**

4      The website SHOES-ORDER.COM was hosted at IP address 204.13.66.161 at any time

5   between December 23, 2007 and January 20, 2008.

6   **RESPONSE TO REQUEST NO. 328:**

7      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

8   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

9   the following reasons: Upon receipt of a notice of infringement Akanoc will ping the domain to

10   determine if the domain is assigned at an IP address within its IP range and if so will send out a

11   takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit

12   or deny that the Website, and specifically the content of the Website, is located or hosted at a

13   particular IP address.

14   **REQUEST NO. 329:**

15      YOU were assigned the IP address 204.13.66.161 at ALL RELEVANT TIMES.

16   **RESPONSE TO REQUEST NO. 329:**

17      Admit.

18   **REQUEST NO. 330:**

19      The website SHOES-ORDER.COM was hosted at IP address 204.13.70.50 at any time

20   between June 24, 2007 and October 28, 2007.

21   **RESPONSE TO REQUEST NO. 330:**

22      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

23   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

24   the following reasons: Upon receipt of a notice of infringement Akanoc will ping the domain to

25   determine if the domain is assigned at an IP address within its IP range and if so will send out a

26   takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit

27   or deny that the Website, and specifically the content of the Website, is located or hosted at a

28   particular IP address.

1    **REQUEST NO. 331:**

2        YOU were assigned the IP address 204.13.70.50 at ALL RELEVANT TIMES.

3    **RESPONSE TO REQUEST NO. 331:**

4        Admit.

5    **REQUEST NO. 332:**

6        The website SHOES-ORDER.COM was hosted at IP address 204.16.198.252 at any time

7    between October 28, 2007 and November 18, 2007.

8    **RESPONSE TO REQUEST NO. 332:**

9        Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

10   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

11   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

12   determine if the domain is assigned at an IP address within its IP range and if so will send out a

13   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

14   or deny that the Website, and specifically the content of the Website, is located or hosted at a

15   particular IP address.

16   **REQUEST NO. 333:**

17       YOU were assigned the IP address 204.16.198.252 at ALL RELEVANT TIMES.

18   **RESPONSE TO REQUEST NO. 333:**

19       Admit.

20   **REQUEST NO. 334:**

21       The website SHOES-ORDER.COM was hosted at IP address 204.13.70.21 at any time

22   between November 18, 2007 and March 2, 2008.

23   **RESPONSE TO REQUEST NO. 334:**

24   Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information known

25   or readily obtainable by it is insufficient to enable it to admit or deny the request further for the

26   following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

27   determine if the domain is assigned at an IP address within its IP range and if so will send out a

28   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

1   or deny that the Website, and specifically the content of the Website, is located or hosted at a

2   particular IP address.

3   **REQUEST NO. 335:**

4       YOU were assigned the IP address 204.13.70.21 at ALL RELEVANT TIMES.

5   **RESPONSE TO REQUEST NO. 335:**

6       Admit.

7   **REQUEST NO. 336:**

8       The website SHOES-ORDER.COM was hosted at IP address 204.13.66.1 at any time

9   between January 20, 2008 and March 2, 2008.

10  **RESPONSE TO REQUEST NO. 336:**

11      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

12  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

13  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

14  determine if the domain is assigned at an IP address within its IP range and if so will send out a

15  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

16  or deny that the Website, and specifically the content of the Website, is located or hosted at a

17  particular IP address.

18  **REQUEST NO. 337:**

19      YOU were assigned the IP address 204.13.66.1 at ALL RELEVANT TIMES.

20  **RESPONSE TO REQUEST NO. 337:**

21      Admit.

22  **REQUEST NO. 338:**

23      Attached hereto as Exhibit PP is a true and correct copy of one page from the SHOES-

24  ORDER.COM website.

25  **RESPONSE TO REQUEST NO. 338:**

26      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

27  known or readily obtainable by it is insufficient to enable it to admit or deny the request.  Akanoc is

28  unable to authenticate purported pages from a third party Website.

1  **REQUEST NO. 339:**

2      The website SOAPPAREL.COM was hosted at IP address 205.209.174.125 at any time

3  between February 10, 2007 and March 31, 2007.

4  **RESPONSE TO REQUEST NO. 339:**

5      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

6  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

7  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

8  determine if the domain is assigned at an IP address within its IP range and if so will send out a

9  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

10 or deny that the Website, and specifically the content of the Website, is located or hosted at a

11 particular IP address.

12 **REQUEST NO. 340:**

13     MANAGED SOLUTIONS was assigned the IP address 205.209.174.125 at ALL

14 RELEVANT TIMES.

15 **RESPONSE TO REQUEST NO. 340:**

16     Admit.

17 **REQUEST NO. 341:**

18     The website SOAPPAREL.COM was hosted at IP address 204.16.192.244 at any time

19 between March 31, 2007 and February 17, 2008.

20 **RESPONSE TO REQUEST NO. 341:**

21     Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

22 known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

23 the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

24 determine if the domain is assigned at an IP address within its IP range and if so will send out a

25 takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

26 or deny that the Website, and specifically the content of the Website, is located or hosted at a

27 particular IP address.

28 **REQUEST NO. 342:**

1        YOU were assigned the IP address 204.16.192.244 at ALL RELEVANT TIMES.

2    **RESPONSE TO REQUEST NO. 342:**

3        Admit.

4    **REQUEST NO. 343:**

5        The website SOAPPAREL.COM was hosted at IP address 205.209.165.50 at any time

6    between February 17, 2008 and the present.

7    **RESPONSE TO REQUEST NO. 343:**

8        Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

9    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

10   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

11   determine if the domain is assigned at an IP address within its IP range and if so will send out a

12   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

13   or deny that the Website, and specifically the content of the Website, is located or hosted at a

14   particular IP address.

15   **REQUEST NO. 344:**

16       MANAGED SOLUTIONS was assigned the IP address 205.209.165.50 at ALL RELEVANT

17   TIMES.

18   **RESPONSE TO REQUEST NO. 344:**

19       Admit.

20   **REQUEST NO. 345:**

21       Attached hereto as Exhibit QQ is a true and correct copy of one page from the

22   SOAPPAREL.COM website.

23   **RESPONSE TO REQUEST NO. 345:**

24       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

25   known or readily obtainable by it is insufficient to enable it to admit or deny the request.  Akanoc is

26   unable to authenticate purported pages from a third party Website.

27   **REQUEST NO. 346:**

28       The website SUNNY7SHOES.COM was hosted at IP address 205.209.136.108 at any time

1 | between September 9, 2007 and October 28, 2007.

2 | **RESPONSE TO REQUEST NO. 346:**

3 |         Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

4 | known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

5 | the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

6 | determine if the domain is assigned at an IP address within its IP range and if so will send out a

7 | takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

8 | or deny that the Website, and specifically the content of the Website, is located or hosted at a

9 | particular IP address.

10 | **REQUEST NO. 347:**

11 |         MANAGED  SOLUTIONS  was  assigned  the  IP  address  205.209.136.108  at  ALL

12 | RELEVANT TIMES.

13 | **RESPONSE TO REQUEST NO. 347:**

14 |         Admit.

15 | **REQUEST NO. 348:**

16 |         The website SUNNY7SHOES.COM was hosted at IP address 205.209.155.155 at any time

17 | between October 28, 2007 and November 18, 2007.

18 | **RESPONSE TO REQUEST NO. 348:**

19 |         Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

20 | known or readily obtainable by it is insufficient to enable it to admit or deny the request because

21 | absent notice Akanoc has no means of knowing what Website, if any, is being hosted at a particular

22 | IP address.

23 | **REQUEST NO. 349:**

24 |         MANAGED  SOLUTIONS  was  assigned  the  IP  address  205.209.155.155  at  ALL

25 | RELEVANT TIMES.

26 | **RESPONSE TO REQUEST NO. 349:**

27 |         Admit.

28 | **REQUEST NO. 350:**

1    The website SUPER925.COM was hosted at IP address 204.16.197.26 at any time between

2    July 22, 2006 and April 14, 2007.

3    **RESPONSE TO REQUEST NO. 350:**

4    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

5    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

6    the following reasons: Upon receipt of a notice of infringement Akanoc will ping the domain to

7    determine if the domain is assigned at an IP address within its IP range and if so will send out a

8    takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit

9    or deny that the Website, and specifically the content of the Website, is located or hosted at a

10    particular IP address.

11    **REQUEST NO. 351:**

12    YOU were assigned the IP address 204.16.197.26 at ALL RELEVANT TIMES.

13    **RESPONSE TO REQUEST NO. 351:**

14    Admit.

15    **REQUEST NO. 352:**

16    The website SUPER925.COM was hosted at IP address 204.13.64.61 at any time between

17    April 14, 2007 and July 22, 2007.

18    **RESPONSE TO REQUEST NO. 352:**

19    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

20    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

21    the following reasons: Upon receipt of a notice of infringement Akanoc will ping the domain to

22    determine if the domain is assigned at an IP address within its IP range and if so will send out a

23    takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit

24    or deny that the Website, and specifically the content of the Website, is located or hosted at a

25    particular IP address.

26    **REQUEST NO. 353:**

27    YOU were assigned the IP address 204.13.64.61 at ALL RELEVANT TIMES.

28    **RESPONSE TO REQUEST NO. 353:**

1    Admit.

2    **REQUEST NO. 354:**

3    The website SUPER925.COM was hosted at IP address 205.209.163.29 at any time between

4    July 22, 2007 and the present.

5    **RESPONSE TO REQUEST NO. 354:**

6    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

7    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

8    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

9    determine if the domain is assigned at an IP address within its IP range and if so will send out a

10   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

11   or deny that the Website, and specifically the content of the Website, is located or hosted at a

12   particular IP address.

13   **REQUEST NO. 355:**

14   MANAGED SOLUTIONS was assigned the IP address 205.209.163.29 at ALL RELEVANT

15   TIMES.

16   **RESPONSE TO REQUEST NO. 355:**

17   Admit.

18   **REQUEST NO. 356:**

19   The website SUPER925.COM was hosted at IP address 204.16.194.104 at any time between

20   December 2, 2007 and March 9, 2008.

21   **RESPONSE TO REQUEST NO. 356:**

22   Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

23   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

24   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

25   determine if the domain is assigned at an IP address within its IP range and if so will send out a

26   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

27   or deny that the Website, and specifically the content of the Website, is located or hosted at a

28   particular IP address.

1  **REQUEST NO. 357:**

2      YOU were assigned the IP address 204.16.194.104 at ALL RELEVANT TIMES.

3  **RESPONSE TO REQUEST NO. 357:**

4      Admit.

5  **REQUEST NO. 358:**

6      Attached hereto as Exhibit RR is a true and correct copy of one page from the

7  SUPER925.COM website.

8  **RESPONSE TO REQUEST NO. 358:**

9      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

10 known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

11 the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

12 determine if the domain is assigned at an IP address within its IP range and if so will send out a

13 takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

14 or deny that the Website, and specifically the content of the Website, is located or hosted at a

15 particular IP address.

16 **REQUEST NO. 359:**

17     The website SWISSHOURS.BIZ was hosted at IP address 66.79.176.207 at any time

18 between June 1, 2007 and October 28. 2007.

19 **RESPONSE TO REQUEST NO. 359:**

20     Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

21 known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

22 the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

23 determine if the domain is assigned at an IP address within its IP range and if so will send out a

24 takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

25 or deny that the Website, and specifically the content of the Website, is located or hosted at a

26 particular IP address.

27 **REQUEST NO. 360:**

28     MANAGED SOLUTIONS was assigned the IP address 66.79.176.207 at ALL RELEVANT

10562-002-4/17/2008-160743.1    99    AKANOC SOLUTIONS' RESPONSES TO
REQUESTS FOR ADMISSION – SET ONE
– C 07-3952 JW

1   TIMES.

2   **RESPONSE TO REQUEST NO. 360:**

3       Admit.

4   **REQUEST NO. 361:**

5       The website TYTRADE88.COM was hosted at IP address 205.209.172.164 at any time

6   between December 16, 2006 and March 24, 2007.

7   **RESPONSE TO REQUEST NO. 361:**

8       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

9   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

10  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

11  determine if the domain is assigned at an IP address within its IP range and if so will send out a

12  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

13  or deny that the Website, and specifically the content of the Website, is located or hosted at a

14  particular IP address.

15  **REQUEST NO. 362:**

16      MANAGED SOLUTIONS was assigned the IP address 205.209.172.164 at ALL

17  RELEVANT TIMES.

18  **RESPONSE TO REQUEST NO. 362:**

19      Admit.

20  **REQUEST NO. 363:**

21      The website TYTRADE88.COM was hosted at IP address 205.209.136.83 at any time

22  between March 24, 2007 and the present.

23  **RESPONSE TO REQUEST NO. 363:**

24      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

25  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

26  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

27  determine if the domain is assigned at an IP address within its IP range and if so will send out a

28  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

1  or deny that the Website, and specifically the content of the Website, is located or hosted at a

2  particular IP address.

3  **REQUEST NO. 364:**

4  MANAGED SOLUTIONS was assigned the IP address 205.209.136.83 at ALL RELEVANT

5  TIMES.

6  **RESPONSE TO REQUEST NO. 364:**

7  Admit.

8  **REQUEST NO. 365:**

9  The website WATCHESNREPLICA.COM was hosted at IP address 66.79.176.207 at any

10  time between April 29, 2007 and October 28, 2007.

11  **RESPONSE TO REQUEST NO. 365:**

12  Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

13  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

14  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

15  determine if the domain is assigned at an IP address within its IP range and if so will send out a

16  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

17  or deny that the Website, and specifically the content of the Website, is located or hosted at a

18  particular IP address.

19  **REQUEST NO. 366:**

20  The website WATCHESNREPLICA.COM was hosted at IP address 66.79.176.207 at any

21  time between November 18, 2007 and December 2, 2007.

22  **RESPONSE TO REQUEST NO. 366:**

23  Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

24  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

25  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

26  determine if the domain is assigned at an IP address within its IP range and if so will send out a

27  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

28  or deny that the Website, and specifically the content of the Website, is located or hosted at a

1  particular IP address.

2  **REQUEST NO. 367:**

3      MANAGED SOLUTIONS was assigned the IP address 66.79.176.207 at ALL RELEVANT

4  TIMES.

5  **RESPONSE TO REQUEST NO. 367:**

6      Admit.

7  **REQUEST NO. 368:**

8      The website WATCHESREPLICA.NET was hosted at IP address 204.16.193.146 at any

9  time between May 11, 2007 and December 2, 2007.

10  **RESPONSE TO REQUEST NO. 368:**

11      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

12  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

13  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

14  determine if the domain is assigned at an IP address within its IP range and if so will send out a

15  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

16  or deny that the Website, and specifically the content of the Website, is located or hosted at a

17  particular IP address.

18  **REQUEST NO. 369:**

19      YOU were assigned the IP address 204.16.193.146 at ALL RELEVANT TIMES.

20  **RESPONSE TO REQUEST NO. 369:**

21      Admit.

22  **REQUEST NO. 370:**

23      The website WATCHNREPLICA.NET was hosted at IP address 66.79.176.207 at any time

24  between June 3, 2007 and October 28, 2007.

25  **RESPONSE TO REQUEST NO. 370:**

26      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

27  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

28  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

1  determine if the domain is assigned at an IP address within its IP range and if so will send out a

2  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

3  or deny that the Website, and specifically the content of the Website, is located or hosted at a

4  particular IP address.

5  **REQUEST NO. 371:**

6      MANAGED SOLUTIONS was assigned the IP address 66.79.176.207 at ALL RELEVANT

7  TIMES.

8  **RESPONSE TO REQUEST NO. 371:**

9      Admit.

10  **REQUEST NO. 372:**

11      The website WEARONLINE.NET was hosted at IP address 204.13.70.139 at any time

12  between April 2, 2006 and April 29, 2007.

13  **RESPONSE TO REQUEST NO. 372:**

14      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

15  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

16  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

17  determine if the domain is assigned at an IP address within its IP range and if so will send out a

18  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

19  or deny that the Website, and specifically the content of the Website, is located or hosted at a

20  particular IP address.

21  **REQUEST NO. 373:**

22      YOU were assigned the IP address 204.13.70.139 at ALL RELEVANT TIMES.

23  **RESPONSE TO REQUEST NO. 373:**

24      Admit.

25  **REQUEST NO. 374:**

26      The website WEARONLINE.NET was hosted at IP address 204.13.70.133 at any time

27  between April 29, 2007 and the present.

28  **RESPONSE TO REQUEST NO. 374:**

1    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

2    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

3    the following reasons: Upon receipt of a notice of infringement Akanoc will ping the domain to

4    determine if the domain is assigned at an IP address within its IP range and if so will send out a

5    takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit

6    or deny that the Website, and specifically the content of the Website, is located or hosted at a

7    particular IP address.

8    **REQUEST NO. 375:**

9    YOU were assigned the IP address 204.13.70.133 at ALL RELEVANT TIMES.

10   **RESPONSE TO REQUEST NO. 375:**

11   Admit.

12   **REQUEST NO. 376:**

13   The website WENDY929.COM was hosted at IP address 205.209.163.83 at any time

14   between September 23, 2006 and October 28, 2006.

15   **RESPONSE TO REQUEST NO. 376:**

16   Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

17   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

18   the following reasons: Upon receipt of a notice of infringement Akanoc will ping the domain to

19   determine if the domain is assigned at an IP address within its IP range and if so will send out a

20   takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit

21   or deny that the Website, and specifically the content of the Website, is located or hosted at a

22   particular IP address.

23   **REQUEST NO. 377:**

24   MANAGED SOLUTIONS was assigned the IP address 205.209.163.83 at ALL RELEVANT

25   TIMES.

26   **RESPONSE TO REQUEST NO. 377:**

27   Admit.

28   **REQUEST NO. 378:**

1    The website WENDY929.COM was hosted at IP address 204.13.69.140 at any time between

2    October 28, 2006 and the present.

3    **RESPONSE TO REQUEST NO. 378:**

4    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

5    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

6    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

7    determine if the domain is assigned at an IP address within its IP range and if so will send out a

8    takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

9    or deny that the Website, and specifically the content of the Website, is located or hosted at a

10    particular IP address.

11    **REQUEST NO. 379:**

12    YOU were assigned the IP address 204.13.69.140 at ALL RELEVANT TIMES.

13    **RESPONSE TO REQUEST NO. 379:**

14    Admit.

15    **REQUEST NO. 380:**

16    The website WENDY929.NET was hosted at IP address 205.209.163.83 at any time between

17    September 23, 2006 and October 28, 2006.

18    **RESPONSE TO REQUEST NO. 380:**

19    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

20    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

21    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

22    determine if the domain is assigned at an IP address within its IP range and if so will send out a

23    takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

24    or deny that the Website, and specifically the content of the Website, is located or hosted at a

25    particular IP address.

26    **REQUEST NO. 381:**

27    MANAGED SOLUTIONS was assigned the IP address 205.209.163.83 at ALL RELEVANT

28    TIMES.

1  **RESPONSE TO REQUEST NO. 381:**

2      Admit.

3  **REQUEST NO. 382:**

4      The website WENDY929.NET was hosted at IP address 204.13.69.140 at any time between

5  October 28, 2006 and the present.

6  **RESPONSE TO REQUEST NO. 382:**

7      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

8  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

9  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

10 determine if the domain is assigned at an IP address within its IP range and if so will send out a

11 takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

12 or deny that the Website, and specifically the content of the Website, is located or hosted at a

13 particular IP address.

14 **REQUEST NO. 383:**

15     YOU were assigned the IP address 204.13.69.140 at ALL RELEVANT TIMES.

16 **RESPONSE TO REQUEST NO. 383:**

17     Admit.

18 **REQUEST NO. 384:**

19     Attached hereto as Exhibit SS is a true and correct copy of one page from the

20 WENDY929.COM website.

21 **RESPONSE TO REQUEST NO. 384:**

22     Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

23 known or readily obtainable by it is insufficient to enable it to admit or deny the request.  Akanoc is

24 unable to authenticate purported pages from a third party Website.

25 **REQUEST NO. 385:**

26     The website WENDYLUXURY.COM was hosted at IP address 205.209.163.83 at any time

27 between September 28, 2006 and October 28, 2006.

28 **RESPONSE TO REQUEST NO. 385:**

1    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

2    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

3    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

4    determine if the domain is assigned at an IP address within its IP range and if so will send out a

5    takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

6    or deny that the Website, and specifically the content of the Website, is located or hosted at a

7    particular IP address.

8    **REQUEST NO. 386:**

9    MANAGED SOLUTIONS was assigned the IP address 205.209.163.83 at ALL RELEVANT

10    TIMES.

11    **RESPONSE TO REQUEST NO. 386:**

12    Admit.

13    **REQUEST NO. 387:**

14    The website WENDYLUXURY.COM was hosted at IP address 204.13.69.140 at any time

15    between October 28, 2006 and December 16, 2007.

16    **RESPONSE TO REQUEST NO. 387:**

17    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

18    known or readily obtainable by it is insufficient to enable it to admit or deny the request because

19    absent notice Akanoc has no means of knowing what Website, if any, is being hosted at a particular

20    IP address.

21    **REQUEST NO. 388:**

22    YOU were assigned the IP address 204.13.69.140 at ALL RELEVANT TIMES.

23    **RESPONSE TO REQUEST NO. 388:**

24    Admit.

25    **REQUEST NO. 389:**

26    The website WORLDKEYTRADE.COM was hosted at IP address 66.79.176.49 at any time

27    between April 22, 2007 and May 13, 2007.

28    **RESPONSE TO REQUEST NO. 389:**

1    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

2  known or readily obtainable by it is insufficient to enable it to admit or deny the request because

3  absent notice Akanoc has no means of knowing what Website, if any, is being hosted at a particular

4  IP address.

5  **REQUEST NO. 390:**

6    MANAGED SOLUTIONS was assigned the IP address 66.79.176.49 at ALL RELEVANT

7  TIMES.

8  **RESPONSE TO REQUEST NO. 390:**

9    Admit.

10  **REQUEST NO. 391:**

11    The website WORLDKEYTRADE.COM was hosted at IP address 205.209.155.145 at any

12  time between September 9, 2007 and November 11, 2007.

13  **RESPONSE TO REQUEST NO. 391:**

14    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

15  known or readily obtainable by it is insufficient to enable it to admit or deny the request because

16  absent notice Akanoc has no means of knowing what Website, if any, is being hosted at a particular

17  IP address.

18  **REQUEST NO. 392:**

19    MANAGED SOLUTIONS was assigned the IP address 205.209.155.145 at ALL

20  RELEVANT TIMES.

21  **RESPONSE TO REQUEST NO. 392:**

22    Admit.

23  **REQUEST NO. 393:**

24    The website WORLDKEYTRADE.COM was hosted at IP address 205.209.168.3 at any time

25  between November 18, 2007 and December 16, 2007.

26  **RESPONSE TO REQUEST NO. 393:**

27    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

28  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

1  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

2  determine if the domain is assigned at an IP address within its IP range and if so will send out a

3  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

4  or deny that the Website, and specifically the content of the Website, is located or hosted at a

5  particular IP address.

6  **REQUEST NO. 394:**

7      MANAGED SOLUTIONS was assigned the IP address 205.209.168.3 at ALL RELEVANT

8  TIMES.

9  **RESPONSE TO REQUEST NO. 394:**

10     Admit.

11  **REQUEST NO. 395:**

12     The website WORLDKEYTRADE.COM was hosted at IP address 205.209.165.65 at any

13  time between December 16, 2007 and December 23, 2007.

14  **RESPONSE TO REQUEST NO. 395:**

15     Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

16  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

17  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

18  determine if the domain is assigned at an IP address within its IP range and if so will send out a

19  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

20  or deny that the Website, and specifically the content of the Website, is located or hosted at a

21  particular IP address.

22  **REQUEST NO. 396:**

23     MANAGED SOLUTIONS was assigned the IP address 205.209.165.65 at ALL RELEVANT

24  TIMES.

25  **RESPONSE TO REQUEST NO. 396:**

26     Admit.

27  **REQUEST NO. 397:**

28     Attached hereto as Exhibit TT is a true and correct copy of one page from the

1  WORLDKEYTRADE.COM website.

2  **RESPONSE TO REQUEST NO. 397:**

3       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

4  known or readily obtainable by it is insufficient to enable it to admit or deny the request.  Akanoc is

5  unable to authenticate purported pages from a third party Website.

6  **REQUEST NO. 398:**

7       The website YEAHEBAY.COM was hosted at IP address 204.16.195.126 at any time

8  between September 23, 2006 and January 27, 2008.

9  **RESPONSE TO REQUEST NO. 398:**

10       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

11  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

12  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

13  determine if the domain is assigned at an IP address within its IP range and if so will send out a

14  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

15  or deny that the Website, and specifically the content of the Website, is located or hosted at a

16  particular IP address.

17  **REQUEST NO. 399:**

18       YOU were assigned the IP address 204.16.195.126 at ALL RELEVANT TIMES.

19  **RESPONSE TO REQUEST NO. 399:**

20       Admit.

21  **REQUEST NO. 400:**

22       The website YSEENET.NET was hosted at IP address 204.13.69.140 at any time between

23  April 7, 2007 and December 23, 2007.

24  **RESPONSE TO REQUEST NO. 400:**

25       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

26  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

27  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

28  determine if the domain is assigned at an IP address within its IP range and if so will send out a

1    takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit

2    or deny that the Website, and specifically the content of the Website, is located or hosted at a

3    particular IP address.

4    **REQUEST NO. 401:**

5        YOU were assigned the IP address 204.13.69.140 at ALL RELEVANT TIMES.

6    **RESPONSE TO REQUEST NO. 401:**

7        Admit.

8

9    Dated: April 17, 2008                                    **GAUNTLETT & ASSOCIATES**

10

11                                                    By:    _Brian S Edwards_

12                                                           David A. Gauntlett
                                                             James A. Lowe
13                                                           Brian S. Edwards

14                                                    Attorneys for Defendants
                                                     Akanoc Solutions, Inc.,
15                                                   Managed Solutions Group, Inc.,
                                                     and Steven Chen

16

17

18

19

20

21

22

23

24

25

26

27

28

10562-002-4/17/2008-160743.1                    111              AKANOC SOLUTIONS' RESPONSES TO
                                                                 REQUESTS FOR ADMISSION – SET ONE
                                                                           – C 07-3952 JW

1  RE:          *Louis Vuitton Malletier, S.A. v. Akanoc Solutions, Inc., et al.*
   VENUE:       U.S.D.C., Northern District, San Jose Division
2  CASE NO.:    C-07-03952 JW

3                          **PROOF OF SERVICE**

4       I am employed in the County of Orange, State of California.  I am over the age of eighteen (18)
   years and not a party to the within action; my business address is: Gauntlett & Associates, 18400 Von
5  Karman, Suite 300, Irvine, California 92612.

6       On April 17, 2008, I served the foregoing document described as: **RESPONSES OF
   DEFENDANT AKANOC SOLUTIONS, INC. TO FIRST SET OF REQUESTS FOR
7  ADMISSION BY PLAINTIFF** on the interested parties in this action by placing a true copy thereof
   enclosed in a sealed envelope addressed as follows:

8
                          J. Andrew Coombs, Esq.
9                          Annie S. Wang, Esq.
                     J. Andrew Coombs, A Prof. Corp.
10                     517 E. Wilson Avenue, Suite 202
                          Glendale, CA 91206-5902
11                     Telephone:  (818) 500-3200
                       Facsimile:  (818) 500-3201
12                         andy@coombspc.com
                           annie@coombspc.com
13
               *Attorneys for Plaintiff, Louis Vuitton Malletier, S.A.*
14
15 [X]   **(BY MAIL)**  I am "readily familiar" with the firm's practice of collection and processing
        correspondence for mailing.  Under that practice it would be deposited with U.S. Postal Service
16      on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course
        of business.  I am aware that on motion of the party served, service is presumed invalid if postal
17      cancellation date or postage meter date is more than one day after date of deposit for mailing
        in affidavit.

18 [ ]   **(BY FACSIMILE)** The document was transmitted by facsimile transmission to the above fax
        numbers with the transmission reported as complete and without error.
19
20 [X]   **(BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION)** I caused the document
        to be sent to the respective e-mail address(es) of the party(ies) as stated above.  I did not receive,
21      within a reasonable time after the transmission, any electronic message or other indication that
        the transmission was unsuccessful.

22 [ ]   **(BY PERSONAL SERVICE)**  I caused such envelope to be delivered by hand to the offices
        of the above addressees by DDS Attorney Services.
23
24 [ ]   **(BY UPS NEXT DAY AIR)**  I caused such package to be deposited with the UPS Drop Box
        or UPS Air Service Center located at one of the following locations: 18400 Von Karman, Irvine,
        California 92612 or 2222 Michelson Drive, #222, Irvine, California 92612.
25
26 [X]   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at
        whose direction the service was made.

27      Executed on April 17, 2008, at Irvine, California.

28 Peggy Murray
   (Print Name)                              (Signature)

1    **GAUNTLETT & ASSOCIATES**
     David A. Gauntlett (SBN 96399)
2    James A. Lowe (SBN 214383)
     Brian S. Edwards (SBN 166258)
3    18400 Von Karman Avenue, Suite 300
     Irvine, California 92612
4    Telephone:    (949) 553-1010
     Facsimile:    (949) 553-2050
5    jal@gauntlettlaw.com
     bse@gauntlettlaw.com
6

7    Attorneys for Defendants
     Akanoc Solutions, Inc.,
8    Managed Solutions Group, Inc.
     and Steven Chen
9

10                   **UNITED STATES DISTRICT COURT**

11        **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

12

13   LOUIS VUITTON MALLETIER, S.A.,        )   Case No.:  C 07-3952 JW
                                           )
14                     Plaintiff,          )
                                           )   **RESPONSES OF DEFENDANT MANAGED**
15        vs.                              )   **SOLUTIONS GROUP, INC. TO FIRST SET**
                                           )   **OF REQUESTS FOR ADMISSION BY**
16                                         )   **PLAINTIFF**
                                           )
17   AKANOC SOLUTIONS, INC., et al.,       )
                                           )
18                     Defendants.         )
                                           )
19   ────────────────────────────────────

20   **PROPOUNDING PARTY:**        **LOUIS VUITTON MALLETIER, S.A.**

21   **RESPONDING PARTY:**         **MANAGED SOLUTIONS GROUP, INC.**

22   **SET NUMBER:**               **ONE**

23        To Plaintiff Louis Vuitton Malletier, S.A., and its attorney of record:

24        Pursuant to Fed. R. Civ. P. 36(l), Defendant Managed Solutions Group, Inc. ("MSG") hereby

25   responds and objects to Plaintiff's first requests for admission.

26                        **GENERAL OBJECTIONS**

27        1.    By responding or failing to respond to some of the requests, MSG does not concede

28   the relevance or materiality of any request or the subject to which it relates.

10562-002-4/17/2008-160746.1                        **MSG'S RESPONSES TO**
                                            **REQUESTS FOR ADMISSION – SET ONE**
                                                       **– C 07-3952 JW**

1       2.     MSG objects to all requests to the extent they seek information protected by the

2  attorney-client privilege, attorney work product doctrine or any other applicable privilege.

3       3.     Inadvertent production of privileged information by MSG shall not constitute waiver

4  of any applicable privilege or doctrine, including, but not limited to, objections on the basis of

5  competency, confidentiality, relevancy, materiality, privilege and/or admissibility as evidence as

6  such objections may apply at trial or otherwise in this action.

7       4.     MSG objects to each and every request to the extent they call for information

8  protected by the United States Constitution and any applicable statutes, including, but not limited to,

9  the right of privacy.

10

11  **REQUEST NO. 1:**

12       PLAINTIFF owns a valid and effective trademark registration numbered 1,045,932 for

13  "LOUIS VUITTON".

14  **RESPONSE TO REQUEST NO. 1:**

15       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

16  known or readily obtainable by it is insufficient to enable it to admit or deny the request. MSG is

17  unable to authenticate LV's purported trademark registrations.

18  **REQUEST NO. 2:**

19       Attached hereto as Exhibit A is a true copy of United States Patent and Trademark Office

20  Trademark Registration Number 1,045,932.

21  **RESPONSE TO REQUEST NO. 2:**

22       Pursuant to Fed. R. Civ. P. 36(a), MSG has made a reasonable inquiry and the information

23  known or readily obtainable by it is insufficient to enable it to admit or deny the request. MSG is

24  unable to authenticate LV's purported trademark registrations.

25  **REQUEST NO. 3:**

26       PLAINTIFF owns a valid and effective trademark registration numbered 1,990,760 for

27  "LOUIS VUITTON".

28  **RESPONSE TO REQUEST NO. 3:**

1    Pursuant to Fed. R. Civ. P. 36(a), MSG has made a reasonable inquiry and the information

2  known or readily obtainable by it is insufficient to enable it to admit or deny the request.  MSG is

3  unable to authenticate LV's purported trademark registrations.

4  **REQUEST NO. 4:**

5    Attached hereto as Exhibit B is a true copy of United States Patent and Trademark Office

6  Trademark Registration Number 1,990,760.

7  **RESPONSE TO REQUEST NO. 4:**

8    Pursuant to Fed. R. Civ. P. 36(a), MSG has made a reasonable inquiry and the information

9  known or readily obtainable by it is insufficient to enable it to admit or deny the request.  MSG is

10  unable to authenticate LV's purported trademark registrations.

11  **REQUEST NO. 5:**

12    PLAINTIFF owns a valid and effective trademark registration numbered 2,303,212 for

13  "LOUIS VUITTON".

14  **RESPONSE TO REQUEST NO. 5:**

15    Pursuant to Fed. R. Civ. P. 36(a), MSG has made a reasonable inquiry and the information

16  known or readily obtainable by it is insufficient to enable it to admit or deny the request.  MSG is

17  unable to authenticate LV's purported trademark registrations.

18  **REQUEST NO. 6:**

19    Attached hereto as Exhibit C is a true copy of United States Patent and Trademark Office

20  Trademark Registration Number 2,303,212.

21  **RESPONSE TO REQUEST NO. 6:**

22    Pursuant to Fed. R. Civ. P. 36(a), MSG has made a reasonable inquiry and the information

23  known or readily obtainable by it is insufficient to enable it to admit or deny the request.  MSG is

24  unable to authenticate LV's purported trademark registrations.

25  **REQUEST NO. 7:**

26    PLAINTIFF owns a valid and effective trademark registration numbered 286,345 for "LV".

27  **RESPONSE TO REQUEST NO. 7:**

28    Pursuant to Fed. R. Civ. P. 36(a), MSG has made a reasonable inquiry and the information

1  known or readily obtainable by it is insufficient to enable it to admit or deny the request.  MSG is

2  unable to authenticate LV's purported trademark registrations.

3  **REQUEST NO. 8:**

4      Attached hereto as Exhibit D is a true copy of United States Patent and Trademark Office

5  Trademark Registration Number 286,345.

6  **RESPONSE TO REQUEST NO. 8:**

7      Pursuant to Fed. R. Civ. P. 36(a), MSG has made a reasonable inquiry and the information

8  known or readily obtainable by it is insufficient to enable it to admit or deny the request.  MSG is

9  unable to authenticate LV's purported trademark registrations.

10  **REQUEST NO. 9:**

11      PLAINTIFF owns a valid and effective trademark registration numbered 1,519,828 for "LV".

12  **RESPONSE TO REQUEST NO. 9:**

13      Pursuant to Fed. R. Civ. P. 36(a), MSG has made a reasonable inquiry and the information

14  known or readily obtainable by it is insufficient to enable it to admit or deny the request.  MSG is

15  unable to authenticate LV's purported trademark registrations.

16  **REQUEST NO. 10:**

17      Attached hereto as Exhibit E is a true copy of United States Patent and Trademark Office

18  Trademark Registration Number 1519,828.

19  **RESPONSE TO REQUEST NO. 10:**

20      Pursuant to Fed. R. Civ. P. 36(a), MSG has made a reasonable inquiry and the information

21  known or readily obtainable by it is insufficient to enable it to admit or deny the request.  MSG is

22  unable to authenticate LV's purported trademark registrations.

23  **REQUEST NO. 11:**

24      PLAINTIFF owns a valid and effective trademark registration numbered 1,655,564 for "LV".

25  **RESPONSE TO REQUEST NO. 11:**

26      Pursuant to Fed. R. Civ. P. 36(a), MSG has made a reasonable inquiry and the information

27  known or readily obtainable by it is insufficient to enable it to admit or deny the request.  MSG is

28  unable to authenticate LV's purported trademark registrations.

10562-002-4/17/2008-160746.1                  4                    **MSG'S RESPONSES TO REQUESTS FOR ADMISSION – SET ONE – C 07-3952 JW**

1    **REQUEST NO. 12:**

2        Attached hereto as Exhibit F is a true copy of United States Patent and Trademark Office

3    Trademark Registration Number 1,655,564.

4    **RESPONSE TO REQUEST NO. 12:**

5        Pursuant to Fed. R. Civ. P. 36(a), MSG has made a reasonable inquiry and the information

6    known or readily obtainable by it is insufficient to enable it to admit or deny the request.  MSG is

7    unable to authenticate LV's purported trademark registrations.

8    **REQUEST NO. 13:**

9        PLAINTIFF owns a valid and effective trademark registration numbered 1,794,905 for "LV".

10   **RESPONSE TO REQUEST NO. 13:**

11       Pursuant to Fed. R. Civ. P. 36(a), MSG has made a reasonable inquiry and the information

12   known or readily obtainable by it is insufficient to enable it to admit or deny the request.  MSG is

13   unable to authenticate LV's purported trademark registrations.

14   **REQUEST NO. 14:**

15       Attached hereto as Exhibit G is a true copy of United States Patent and Trademark Office

16   Trademark Registration Number 1,794,905.

17   **RESPONSE TO REQUEST NO. 14:**

18       Pursuant to Fed. R. Civ. P. 36(a), MSG has made a reasonable inquiry and the information

19   known or readily obtainable by it is insufficient to enable it to admit or deny the request.  MSG is

20   unable to authenticate LV's purported trademark registrations.

21   **REQUEST NO. 15:**

22       PLAINTIFF owns a valid and effective trademark registration numbered 1,938,808 for "LV".

23   **RESPONSE TO REQUEST NO. 15:**

24       Pursuant to Fed. R. Civ. P. 36(a), MSG has made a reasonable inquiry and the information

25   known or readily obtainable by it is insufficient to enable it to admit or deny the request.  MSG is

26   unable to authenticate LV's purported trademark registrations.

27   **REQUEST NO. 16:**

28       Attached hereto as Exhibit H is a true copy of United States Patent and Trademark Office

1 | Trademark Registration Number 1,938,808.

2 | **RESPONSE TO REQUEST NO. 16:**

3 |     Pursuant to Fed. R. Civ. P. 36(a), MSG has made a reasonable inquiry and the information

4 | known or readily obtainable by it is insufficient to enable it to admit or deny the request. MSG is

5 | unable to authenticate LV's purported trademark registrations.

6 | **REQUEST NO. 17:**

7 |     PLAINTIFF owns a valid and effective trademark registration numbered 2,291,907 for "LV".

8 | **RESPONSE TO REQUEST NO. 17:**

9 |     Pursuant to Fed. R. Civ. P. 36(a), MSG has made a reasonable inquiry and the information

10 | known or readily obtainable by it is insufficient to enable it to admit or deny the request. MSG is

11 | unable to authenticate LV's purported trademark registrations.

12 | **REQUEST NO. 18:**

13 |     Attached hereto as Exhibit I is a true copy of United States Patent and Trademark Office

14 | Trademark Registration Number 2,291,907.

15 | **RESPONSE TO REQUEST NO. 18:**

16 |     Pursuant to Fed. R. Civ. P. 36(a), MSG has made a reasonable inquiry and the information

17 | known or readily obtainable by it is insufficient to enable it to admit or deny the request. MSG is

18 | unable to authenticate LV's purported trademark registrations.

19 | **REQUEST NO. 19:**

20 |     PLAINTIFF owns a valid and effective trademark registration numbered 2,361,695 for "LV".

21 | **RESPONSE TO REQUEST NO. 19:**

22 |     Pursuant to Fed. R. Civ. P. 36(a), MSG has made a reasonable inquiry and the information

23 | known or readily obtainable by it is insufficient to enable it to admit or deny the request. MSG is

24 | unable to authenticate LV's purported trademark registrations.

25 | **REQUEST NO. 20:**

26 |     Attached hereto as Exhibit J is a true copy of United States Patent and Trademark Office

27 | Trademark Registration Number 2,361,695.

28 | **RESPONSE TO REQUEST NO. 20:**

1    Pursuant to Fed. R. Civ. P. 36(a), MSG has made a reasonable inquiry and the information

2  known or readily obtainable by it is insufficient to enable it to admit or deny the request.  MSG is

3  unable to authenticate LV's purported trademark registrations.

4  **REQUEST NO. 21:**

5    YOU are not authorized by PLAINTIFF to use the trademark "LOUIS VUITTON".

6  **RESPONSE TO REQUEST NO. 21:**

7    Objection.  MSG objects to the definition of "YOU" and "YOUR" to the extent LV seeks to

8  obtain information outside MSG's personal knowledge and/or seeks information protected by the

9  attorney-client privilege and/or work product doctrine.  Without waiving and subject to said

10  objections, MSG responds as follows: MSG admits only that Managed Solutions Group, Inc. is not

11  authorized to use that trademark and specifically denies ever using that trademark. Pursuant to Fed.

12  R. Civ. P. 36(a), MSG has made a reasonable inquiry and the information known or readily

13  obtainable by it is insufficient to enable it to admit or deny the request further.

14  **REQUEST NO. 22:**

15    YOU are not authorized by PLAINTIFF to use the trademark "LV".

16  **RESPONSE TO REQUEST NO. 22:**

17    Objection.  MSG objects to the definition of "YOU" and "YOUR" to the extent LV seeks to

18  obtain information outside MSG's personal knowledge and/or seeks information protected by the

19  attorney-client privilege and/or work product doctrine.  Without waiving and subject to said

20  objections, MSG responds as follows: MSG admits only that Managed Solutions Group, Inc. is not

21  authorized to use that trademark and specifically denies ever using that trademark. Pursuant to Fed.

22  R. Civ. P. 36(a), MSG has made a reasonable inquiry and the information known or readily

23  obtainable by it is insufficient to enable it to admit or deny the request further.

24  **REQUEST NO. 23:**

25    Exhibit K attached hereto is a true and correct copy of the ARIN WHOIS record.

26  **RESPONSE TO REQUEST NO. 23:**

27    Pursuant to Fed. R. Civ. P. 36(a), MSG has made a reasonable inquiry and the information

28  known or readily obtainable by it is insufficient to enable it to admit or deny the request.  MSG

1    Solutions, Inc. is unable to authenticate purported ARIN WHOIS records.

2    **REQUEST NO. 24:**

3        Exhibit K accurately reflects the Internet Protocol (IP) addresses assigned to YOU.

4    **RESPONSE TO REQUEST NO. 24:**

5        Objection. This request is vague and ambiguous as to time.  Without waiving and subject to

6    said objections, MSG responds as follows: Deny

7    **REQUEST NO. 25:**

8        YOU have been assigned IP addresses within the block of addresses between 205.209.128.0

9    and 205.209.191.255

10   **RESPONSE TO REQUEST NO. 25:**

11       Objection. This request is vague and ambiguous as to time.  Without waiving and subject to

12   said objections, MSG responds as follows: Admit

13   **REQUEST NO. 26:**

14       YOU have been assigned IP addresses within the block of addresses between 66.79.160.0

15   and 66.79.191.255

16   **RESPONSE TO REQUEST NO. 26:**

17       Admit.

18   **REQUEST NO. 27:**

19       The website 315EC.COM was hosted at IP address 205.209.159.69 at any time between July

20   8, 2007 and August 12, 2007.

21   **RESPONSE TO REQUEST NO. 27:**

22       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

23   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

24   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

25   determine if the domain is assigned at an IP address within its IP range and if so will send out a

26   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

27   or deny that the Website, and specifically the content of the Website, is located or hosted at a

28   particular IP address.

1   **REQUEST NO. 28:**

2       YOU were assigned the IP address 205.209.159.69 at ALL RELEVANT TIMES.

3   **RESPONSE TO REQUEST NO. 28:**

4       Admit.

5   **REQUEST NO. 29:**

6       The website 315EC.COM was hosted at IP address 205.209.138.141 at any time between

7   August 12, 2007 and December 2, 2007.

8   **RESPONSE TO REQUEST NO. 29:**

9       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

10  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

11  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

12  determine if the domain is assigned at an IP address within its IP range and if so will send out a

13  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

14  or deny that the Website, and specifically the content of the Website, is located or hosted at a

15  particular IP address.

16  **REQUEST NO. 30:**

17      YOU were assigned the IP address 205.209.138.141 at ALL RELEVANT TIMES.

18  **RESPONSE TO REQUEST NO. 30:**

19      Admit.

20  **REQUEST NO. 31:**

21      The website 315EC.COM was hosted at IP address 205.209.138.146 at any time between

22  November 25, 2007 and December 2, 2007.

23  **RESPONSE TO REQUEST NO. 31:**

24      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

25  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

26  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

27  determine if the domain is assigned at an IP address within its IP range and if so will send out a

28  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

1  or deny that the Website, and specifically the content of the Website, is located or hosted at a
2  particular IP address.

3  **REQUEST NO. 32:**

4       YOU were assigned the IP address 205.209.138.146 at ALL RELEVANT TIMES.

5  **RESPONSE TO REQUEST NO. 32:**

6       Admit.

7  **REQUEST NO. 33:**

8       The website 315EC.COM was hosted at IP address 66.79.181.210 at any time between
9  December 2, 2007 and the present.

10  **RESPONSE TO REQUEST NO. 33:**

11       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
12  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for
13  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to
14  determine if the domain is assigned at an IP address within its IP range and if so will send out a
15  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit
16  or deny that the Website, and specifically the content of the Website, is located or hosted at a
17  particular IP address.

18  **REQUEST NO. 34:**

19       YOU were assigned the IP address 66.79.181.210 at ALL RELEVANT TIMES.

20  **RESPONSE TO REQUEST NO. 34:**

21       Admit.

22  **REQUEST NO. 35:**

23       Attached hereto as Exhibit L is a true and correct copy of one page from the 315EC.COM
24  website.

25  **RESPONSE TO REQUEST NO. 35:**

26       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
27  known or readily obtainable by it is insufficient to enable it to admit or deny the request.  Akanoc is
28  unable to authenticate purported pages from a third party Website.

**REQUEST NO. 36:**

The website APE168.COM was hosted at the IP address 204.16.197.27 at any time between January 13, 2007 and August 19, 2007.

**RESPONSE TO REQUEST NO. 36:**

Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information known or readily obtainable by it is insufficient to enable it to admit or deny the request further for the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to determine if the domain is assigned at an IP address within its IP range and if so will send out a takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit or deny that the Website, and specifically the content of the Website, is located or hosted at a particular IP address.

**REQUEST NO. 37:**

YOU were assigned the IP address 204.16.197.27 at ALL RELEVANT TIMES.

**RESPONSE TO REQUEST NO. 37:**

Deny

**REQUEST NO. 38:**

Attached hereto as Exhibit M is a true and correct copy of one page from the APE168.COM website.

**RESPONSE TO REQUEST NO. 38:**

Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information known or readily obtainable by it is insufficient to enable it to admit or deny the request.  Akanoc is unable to authenticate purported pages from a third party Website.

**REQUEST NO. 39:**

The website ATOZBRAND.COM was hosted at the IP address 204.16.195.49 at any time between April 7, 2007 and June 17, 2007.

**RESPONSE TO REQUEST NO. 39:**

Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

1   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

2   determine if the domain is assigned at an IP address within its IP range and if so will send out a

3   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

4   or deny that the Website, and specifically the content of the Website, is located or hosted at a

5   particular IP address.

6   **REQUEST NO. 40:**

7        AKANOC was assigned the IP address 204.16.195.49 at ALL RELEVANT TIMES.

8   **RESPONSE TO REQUEST NO. 40:**

9        Admit.

10  **REQUEST NO. 41:**

11       The website ATOZBRAND.COM was hosted at the IP address 205.209.140.10 at any time

12  between November 25, 2006 and April 7, 2007.

13  **RESPONSE TO REQUEST NO. 41:**

14       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

15  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

16  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

17  determine if the domain is assigned at an IP address within its IP range and if so will send out a

18  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

19  or deny that the Website, and specifically the content of the Website, is located or hosted at a

20  particular IP address. **REQUEST NO. 42:**

21       YOU were assigned the IP address 205.209.140.10 at ALL RELEVANT TIMES.

22  **RESPONSE TO REQUEST NO. 42:**

23       Admit.

24  **REQUEST NO. 43:**

25       Attached hereto as Exhibit N is a true and correct copy of one page from the

26  ATOZBRAND.COM website.

27  **RESPONSE TO REQUEST NO. 43:**

28       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

1  known or readily obtainable by it is insufficient to enable it to admit or deny the request.  Akanoc is

2  unable to authenticate purported pages from a third party Website.

3  **REQUEST NO. 44:**

4      The website BAG4SELL.COM was hosted at the IP address 204.13.64.173 at any time

5  between December 9, 2006 and February 10, 2007.

6  **RESPONSE TO REQUEST NO. 44:**

7      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

8  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

9  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

10  determine if the domain is assigned at an IP address within its IP range and if so will send out a

11  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

12  or deny that the Website, and specifically the content of the Website, is located or hosted at a

13  particular IP address.

14  **REQUEST NO. 45:**

15      AKANOC was assigned the IP address 204.13.64.173 at ALL RELEVANT TIMES.

16  **RESPONSE TO REQUEST NO. 45:**

17      Admit.

18  **REQUEST NO. 46:**

19      The website BAG4SELL.COM was hosted at the IP address 204.13.66.161 at any time

20  between February 10, 2007 and June 10, 2007.

21  **RESPONSE TO REQUEST NO. 46:**

22      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

23  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

24  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

25  determine if the domain is assigned at an IP address within its IP range and if so will send out a

26  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

27  or deny that the Website, and specifically the content of the Website, is located or hosted at a

28  particular IP address.

10562-002-4/17/2008-160746.1                    13                    MSG'S RESPONSES TO
                                                                      REQUESTS FOR ADMISSION – SET ONE
                                                                      – C 07-3952 JW

1    **REQUEST NO. 47:**

2        AKANOC was assigned the IP address 204.13.66.161 at ALL RELEVANT TIMES.

3    **RESPONSE TO REQUEST NO. 47:**

4        Admit.

5    **REQUEST NO. 48:**

6        The website BAG4SELL.COM was hosted at the IP address 204.13.70.50 at any time

7    between June 10, 2007 and October 28, 2007.

8    **RESPONSE TO REQUEST NO. 48:**

9        Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

10   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

11   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

12   determine if the domain is assigned at an IP address within its IP range and if so will send out a

13   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

14   or deny that the Website, and specifically the content of the Website, is located or hosted at a

15   particular IP address.

16   **REQUEST NO. 49:**

17       AKANOC was assigned the IP address 204.13.70.50 at ALL RELEVANT TIMES.

18   **RESPONSE TO REQUEST NO. 49:**

19       Admit.

20   **REQUEST NO. 50:**

21       The website BAG4SELL.COM was hosted at the IP address 204.16.193.107 at any time

22   between October 28, 2007 and December 16, 2007.

23   **RESPONSE TO REQUEST NO. 50:**

24       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

25   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

26   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

27   determine if the domain is assigned at an IP address within its IP range and if so will send out a

28   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

1 | or deny that the Website, and specifically the content of the Website, is located or hosted at a
2 | particular IP address.

3 | **REQUEST NO. 51:**

4 | AKANOC was assigned the IP address 204.16.193.107 at ALL RELEVANT TIMES.

5 | **RESPONSE TO REQUEST NO. 51:**

6 | Admit that 204.16.193.107 was in Akanoc's IP Range on 11/26/07.

7 | **REQUEST NO. 52:**

8 | The website BAG4SELL.COM was hosted at the IP address 204.16.196.218 at any time
9 | between December 30, 2007 and February 24, 2008.

10 | **RESPONSE TO REQUEST NO. 52:**

11 | Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
12 | known or readily obtainable by it is insufficient to enable it to admit or deny the request further for
13 | the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to
14 | determine if the domain is assigned at an IP address within its IP range and if so will send out a
15 | takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit
16 | or deny that the Website, and specifically the content of the Website, is located or hosted at a
17 | particular IP address.

18 | **REQUEST NO. 53:**

19 | AKANOC was assigned the IP address 204.16.196.218 at ALL RELEVANT TIMES.

20 | **RESPONSE TO REQUEST NO. 53:**

21 | Admit.

22 | **REQUEST NO. 54:**

23 | Attached hereto as Exhibit O is a true and correct copy of one page from the
24 | BAG4SELL.COM website.

25 | **RESPONSE TO REQUEST NO. 54:**

26 | Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
27 | known or readily obtainable by it is insufficient to enable it to admit or deny the request.  Akanoc is
28 | unable to authenticate purported pages from a third party Website.

**REQUEST NO. 55:**

The website BAG925.COM was hosted at the IP address 204.16.195.46 at any time between August 12, 2006 and April 7, 2007.

**RESPONSE TO REQUEST NO. 55:**

Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information known or readily obtainable by it is insufficient to enable it to admit or deny the request further for the following reasons: Upon receipt of a notice of infringement Akanoc will ping the domain to determine if the domain is assigned at an IP address within its IP range and if so will send out a takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit or deny that the Website, and specifically the content of the Website, is located or hosted at a particular IP address.

**REQUEST NO. 56:**

AKANOC was assigned the IP address 204.16.195.46 at ALL RELEVANT TIMES.

**RESPONSE TO REQUEST NO. 56:**

Admit.

**REQUEST NO. 57:**

The website BAG925.COM was hosted at the IP address 204.13.64.76 at any time between April 7, 2007 and June 3, 2007.

**RESPONSE TO REQUEST NO. 57:**

Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information known or readily obtainable by it is insufficient to enable it to admit or deny the request further for the following reasons: Upon receipt of a notice of infringement Akanoc will ping the domain to determine if the domain is assigned at an IP address within its IP range and if so will send out a takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit or deny that the Website, and specifically the content of the Website, is located or hosted at a particular IP address.

**REQUEST NO. 58:**

AKANOC was assigned the IP address 204.13.64.76 at ALL RELEVANT TIMES.

1    **RESPONSE TO REQUEST NO. 58:**

2       Admit.

3    **REQUEST NO. 59:**

4       The website BAG925.COM was hosted at the IP address 204.16.195.50 at any time between

5   June 3, 2007 and June 17, 2007.

6    **RESPONSE TO REQUEST NO. 59:**

7       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

8   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

9   the following reasons: Upon receipt of a notice of infringement Akanoc will ping the domain to

10   determine if the domain is assigned at an IP address within its IP range and if so will send out a

11   takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit

12   or deny that the Website, and specifically the content of the Website, is located or hosted at a

13   particular IP address.

14    **REQUEST NO. 60:**

15       AKANOC was assigned the IP address 204.16.195.50 at ALL RELEVANT TIMES.

16    **RESPONSE TO REQUEST NO. 60:**

17       Admit.

18    **REQUEST NO. 61:**

19       Attached hereto as Exhibit P is a true and correct copy of one page from the BAG925.COM

20   website.

21    **RESPONSE TO REQUEST NO. 61:**

22       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

23   known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is

24   unable to authenticate purported pages from a third party Website.

25    **REQUEST NO. 62:**

26       The website BIGWORLDSHOES.COM was hosted at the IP address 204.16.196.217 at any

27   time between September 16, 2007 and October 28, 2007.

28    **RESPONSE TO REQUEST NO. 62:**

1    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

2   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

3   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

4   determine if the domain is assigned at an IP address within its IP range and if so will send out a

5   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

6   or deny that the Website, and specifically the content of the Website, is located or hosted at a

7   particular IP address.

8   **REQUEST NO. 63:**

9    AKANOC was assigned the IP address 204.16.196.217 at ALL RELEVANT TIMES.

10  **RESPONSE TO REQUEST NO. 63:**

11   Admit.

12  **REQUEST NO. 64:**

13   The website BIGWORLDSHOES.COM was hosted at the IP address 204.16.196.218 at any

14  time between October 28, 2007 and December 2, 2007.

15  **RESPONSE TO REQUEST NO. 64:**

16    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

17  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

18  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

19  determine if the domain is assigned at an IP address within its IP range and if so will send out a

20  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

21  or deny that the Website, and specifically the content of the Website, is located or hosted at a

22  particular IP address.

23  **REQUEST NO. 65:**

24   AKANOC was assigned the IP address 204.16.196.218 at ALL RELEVANT TIMES.

25  **RESPONSE TO REQUEST NO. 65:**

26   Admit.

27  **REQUEST NO. 66:**

28   The website BIGWORLDSHOES.COM was hosted at the IP address 204.16.196.219 at any

1    time between December 16, 2007 and January 13, 2008.

2    **RESPONSE TO REQUEST NO. 66:**

3        Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

4    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

5    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

6    determine if the domain is assigned at an IP address within its IP range and if so will send out a

7    takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

8    or deny that the Website, and specifically the content of the Website, is located or hosted at a

9    particular IP address.

10    **REQUEST NO. 67:**

11        AKANOC was assigned the IP address 204.16.196.219 at ALL RELEVANT TIMES.

12    **RESPONSE TO REQUEST NO. 67:**

13        Admit.

14    **REQUEST NO. 68:**

15        The website BIGWORLDSHOES.COM was hosted at the IP address 204.16.193.49 at any

16    time between January 13, 2008 and January 20, 2008.

17    **RESPONSE TO REQUEST NO. 68:**

18        Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

19    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

20    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

21    determine if the domain is assigned at an IP address within its IP range and if so will send out a

22    takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

23    or deny that the Website, and specifically the content of the Website, is located or hosted at a

24    particular IP address.

25    **REQUEST NO. 69:**

26        AKANOC was assigned the IP address 204.16.193.49 at ALL RELEVANT TIMES.

27    **RESPONSE TO REQUEST NO. 69:**

28        Admit.

**REQUEST NO. 70:**

Attached hereto as Exhibit Q is a true and correct copy of one page from the BIGWORLDSHOES.COM website.

**RESPONSE TO REQUEST NO. 70:**

Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is unable to authenticate purported pages from a third party Website.

**REQUEST NO. 71:**

The website BIZYAO.COM was hosted at the IP address 205.209.172.163 at any time between December 2, 2006 and December 9, 2006.

**RESPONSE TO REQUEST NO. 71:**

Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information known or readily obtainable by it is insufficient to enable it to admit or deny the request further for the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to determine if the domain is assigned at an IP address within its IP range and if so will send out a takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit or deny that the Website, and specifically the content of the Website, is located or hosted at a particular IP address.

**REQUEST NO. 72:**

YOU were assigned the IP address 205.209.172.163 at ALL RELEVANT TIMES.

**RESPONSE TO REQUEST NO. 72:**

Admit.

**REQUEST NO. 73:**

The website BIZYAO.COM was hosted at the IP address 205.209.172.165 at any time between December 9, 2006 and March 24, 2007.

**RESPONSE TO REQUEST NO. 73:**

Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

1   the following reasons: Upon receipt of a notice of infringement Akanoc will ping the domain to

2   determine if the domain is assigned at an IP address within its IP range and if so will send out a

3   takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit

4   or deny that the Website, and specifically the content of the Website, is located or hosted at a

5   particular IP address.

6   **REQUEST NO. 74:**

7        YOU were assigned the IP address 205.209.172.165 at ALL RELEVANT TIMES.

8   **RESPONSE TO REQUEST NO. 74:**

9        Admit.

10  **REQUEST NO. 75:**

11       The website BIZYAO.COM was hosted at the IP address 205.209.136.83 at any time

12  between March 24, 2007 and September 30, 2007.

13  **RESPONSE TO REQUEST NO. 75:**

14       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

15  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

16  the following reasons: Upon receipt of a notice of infringement Akanoc will ping the domain to

17  determine if the domain is assigned at an IP address within its IP range and if so will send out a

18  takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit

19  or deny that the Website, and specifically the content of the Website, is located or hosted at a

20  particular IP address.

21  **REQUEST NO. 76:**

22       YOU were assigned the IP address 205.209.136.83 at ALL RELEVANT TIMES.

23  **RESPONSE TO REQUEST NO. 76:**

24       Admit.

25  **REQUEST NO. 77:**

26       Attached hereto as Exhibit R is a true and correct copy of one page from the BIZYAO.COM

27  website.

28  **RESPONSE TO REQUEST NO. 77:**

1      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

2 known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is

3 unable to authenticate purported pages from a third party Website.

4 **REQUEST NO. 78:**

5      The website BRANDFASHIONER.COM was hosted at the IP address 204.16.195.128 at any

6 time between November 18, 2006 and December 16, 2006.

7 **RESPONSE TO REQUEST NO. 78:**

8      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

9 known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

10 the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

11 determine if the domain is assigned at an IP address within its IP range and if so will send out a

12 takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

13 or deny that the Website, and specifically the content of the Website, is located or hosted at a

14 particular IP address.

15 **REQUEST NO. 79:**

16      AKANOC was assigned the IP address 204.16.195.128 at ALL RELEVANT TIMES.

17 **RESPONSE TO REQUEST NO. 79:**

18      Admit.

19 **REQUEST NO. 80:**

20      The website BRANDFASHIONER.COM was hosted at the IP address 204.16.196.121 at any

21 time between December 16, 2006 and December 23, 2007.

22 **RESPONSE TO REQUEST NO. 80:**

23      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

24 known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

25 the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

26 determine if the domain is assigned at an IP address within its IP range and if so will send out a

27 takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

28 or deny that the Website, and specifically the content of the Website, is located or hosted at a

1  particular IP address.

2  **REQUEST NO. 81:**

3      AKANOC was assigned the IP address 204.16.196.121 at ALL RELEVANT TIMES.

4  **RESPONSE TO REQUEST NO. 81:**

5      Admit.

6  **REQUEST NO. 82:**

7      The website BRANDFASHIONER.COM was hosted at the IP address 204.16.195.58 at any

8  time between December 23, 2007 and the present.

9  **RESPONSE TO REQUEST NO. 82:**

10      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

11  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

12  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

13  determine if the domain is assigned at an IP address within its IP range and if so will send out a

14  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

15  or deny that the Website, and specifically the content of the Website, is located or hosted at a

16  particular IP address.

17  **REQUEST NO. 83:**

18      AKANOC was assigned the IP address 204.16.195.58 at ALL RELEVANT TIMES.

19  **RESPONSE TO REQUEST NO. 83:**

20      Admit.

21  **REQUEST NO. 84:**

22      Attached hereto as Exhibit S is a true and correct copy of one page from the

23  BRANDFASHIONER.COM website.

24  **RESPONSE TO REQUEST NO. 84:**

25      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

26  known or readily obtainable by it is insufficient to enable it to admit or deny the request.  Akanoc is

27  unable to authenticate purported pages from a third party Website.

28  **REQUEST NO. 85:**

1    The website BRANDSTYLESALES.COM was hosted at the IP address 204.16.197.118 at

2  any time between September 16, 2007 and the present.

3  **RESPONSE TO REQUEST NO. 85:**

4    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

5  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

6  the following reasons: Upon receipt of a notice of infringement Akanoc will ping the domain to

7  determine if the domain is assigned at an IP address within its IP range and if so will send out a

8  takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit

9  or deny that the Website, and specifically the content of the Website, is located or hosted at a

10  particular IP address.

11  **REQUEST NO. 86:**

12    AKANOC was assigned the IP address 204.16.197.118 at ALL RELEVANT TIMES.

13  **RESPONSE TO REQUEST NO. 86:**

14    Admit.

15  **REQUEST NO. 87:**

16    Attached hereto as Exhibit T is a true and correct copy of one page from the

17  BRANDSTYLESALES.COM website.

18  **RESPONSE TO REQUEST NO. 87:**

19    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

20  known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is

21  unable to authenticate purported pages from a third party Website.

22  **REQUEST NO. 88:**

23    The website BRANDTRADING.NET was hosted at the IP address 204.16.197.26 at any time

24  between July 22, 2006 and July 29, 2006.

25  **RESPONSE TO REQUEST NO. 88:**

26    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

27  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

28  the following reasons: Upon receipt of a notice of infringement Akanoc will ping the domain to

1  determine if the domain is assigned at an IP address within its IP range and if so will send out a

2  takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit

3  or deny that the Website, and specifically the content of the Website, is located or hosted at a

4  particular IP address.

5  **REQUEST NO. 89:**

6      AKANOC was assigned the IP address 204.16.197.26 at ALL RELEVANT TIMES.

7  **RESPONSE TO REQUEST NO. 89:**

8      Admit.

9  **REQUEST NO. 90:**

10     The website BRANDTRADING.NET was hosted at the IP address 205.209.172.163 at any

11  time between January 13, 2007 and January 20, 2007.

12  **RESPONSE TO REQUEST NO. 90:**

13     Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

14  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

15  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

16  determine if the domain is assigned at an IP address within its IP range and if so will send out a

17  takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit

18  or deny that the Website, and specifically the content of the Website, is located or hosted at a

19  particular IP address.

20  **REQUEST NO. 91:**

21     YOU were assigned the IP address 205.209.172.163 at ALL RELEVANT TIMES.

22  **RESPONSE TO REQUEST NO. 91:**

23     Admit.

24  **REQUEST NO. 92:**

25     The website BRANDTRADING.NET was hosted at the IP address 205.209.172.165 at any

26  time between January 20, 2007 and March 24, 2007.

27  **RESPONSE TO REQUEST NO. 92:**

28     Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

1    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

2    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

3    determine if the domain is assigned at an IP address within its IP range and if so will send out a

4    takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

5    or deny that the Website, and specifically the content of the Website, is located or hosted at a

6    particular IP address.

7    **REQUEST NO. 93:**

8        YOU were assigned the IP address 205.209.172.165 at ALL RELEVANT TIMES.

9    **RESPONSE TO REQUEST NO. 93:**

10        Admit.

11    **REQUEST NO. 94:**

12        The website BRANDTRADING.NET was hosted at the IP address 205.209.136.83 at any

13    time between March 24, 2007 and the present.

14    **RESPONSE TO REQUEST NO. 94:**

15        Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

16    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

17    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

18    determine if the domain is assigned at an IP address within its IP range and if so will send out a

19    takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

20    or deny that the Website, and specifically the content of the Website, is located or hosted at a

21    particular IP address.

22    **REQUEST NO. 95:**

23        YOU were assigned the IP address 205.209.136.83 at ALL RELEVANT TIMES.

24    **RESPONSE TO REQUEST NO. 95:**

25        Admit.

26    **REQUEST NO. 96:**

27        Attached hereto as Exhibit U is a true and correct copy of one page from the

28    BRANDTRADING.NET website.

10562-002-4/17/2008-160746.1                    26                    MSG'S RESPONSES TO
                                                                      REQUESTS FOR ADMISSION – SET ONE
                                                                      – C 07-3952 JW

1    **RESPONSE TO REQUEST NO. 96:**

2    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

3    known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is

4    unable to authenticate purported pages from a third party Website.

5    **REQUEST NO. 97:**

6    The website BUYMYSHOES.NET was hosted at the IP address 204.13.64.61 at any time

7    between October 7, 2006 and January 20, 2007.

8    **RESPONSE TO REQUEST NO. 97:**

9    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

10   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

11   the following reasons: Upon receipt of a notice of infringement Akanoc will ping the domain to

12   determine if the domain is assigned at an IP address within its IP range and if so will send out a

13   takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit

14   or deny that the Website, and specifically the content of the Website, is located or hosted at a

15   particular IP address.

16   **REQUEST NO. 98:**

17   AKANOC was assigned the IP address 204.13.64.61 at ALL RELEVANT TIMES.

18   **RESPONSE TO REQUEST NO. 98:**

19   Admit.

20   **REQUEST NO. 99:**

21   The website BUYMYSHOES.NET was hosted at the IP address 204.16.197.27 at any time

22   between January 20, 2007 and August 12, 2007.

23   **RESPONSE TO REQUEST NO. 99:**

24   Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

25   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

26   the following reasons: Upon receipt of a notice of infringement Akanoc will ping the domain to

27   determine if the domain is assigned at an IP address within its IP range and if so will send out a

28   takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit

1   or deny that the Website, and specifically the content of the Website, is located or hosted at a

2   particular IP address.

3   **REQUEST NO. 100:**

4        AKANOC was assigned the IP address 204.16.197.27 at ALL RELEVANT TIMES.

5   **RESPONSE TO REQUEST NO. 100:**

6        Admit.

7   **REQUEST NO. 101:**

8        The website BUYMYSHOES.NET was hosted at the IP address 204.13.64.65 at any time

9   between August 12, 2007 and September 30, 2007.

10  **RESPONSE TO REQUEST NO. 101:**

11       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

12  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

13  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

14  determine if the domain is assigned at an IP address within its IP range and if so will send out a

15  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

16  or deny that the Website, and specifically the content of the Website, is located or hosted at a

17  particular IP address.

18  **REQUEST NO. 102:**

19       AKANOC was assigned the IP address 204.13.64.65 at ALL RELEVANT TIMES.

20  **RESPONSE TO REQUEST NO. 102:**

21       Admit.

22  **REQUEST NO. 103:**

23       The website BUYMYSHOES.NET was hosted at the IP address 204.16.198.150 at any time

24  between September 30, 2007 and October 7, 2007.

25  **RESPONSE TO REQUEST NO. 103:**

26       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

27  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

28  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

1    determine if the domain is assigned at an IP address within its IP range and if so will send out a

2    takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

3    or deny that the Website, and specifically the content of the Website, is located or hosted at a

4    particular IP address.

5    **REQUEST NO. 104:**

6        AKANOC was assigned the IP address 204.16.198.150 at ALL RELEVANT TIMES.

7    **RESPONSE TO REQUEST NO. 104:**

8        Admit.

9    **REQUEST NO. 105:**

10        The website BUYMYSHOES.NET was hosted at the IP address 204.16.194.107 at any time

11    between October 7, 2007 and December 23, 2007.

12    **RESPONSE TO REQUEST NO. 105:**

13        Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

14    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

15    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

16    determine if the domain is assigned at an IP address within its IP range and if so will send out a

17    takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

18    or deny that the Website, and specifically the content of the Website, is located or hosted at a

19    particular IP address.

20    **REQUEST NO. 106:**

21        AKANOC was assigned the IP address 204.16.194.107 at ALL RELEVANT TIMES.

22    **RESPONSE TO REQUEST NO. 106:**

23        Admit.

24    **REQUEST NO. 107:**

25        The website BUYMYSHOES.NET was hosted at the IP address 205.209.171.44 at any time

26    between December 23, 2007 and January 20, 2008.

27    **RESPONSE TO REQUEST NO. 107:**

28        Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

1   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

2   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

3   determine if the domain is assigned at an IP address within its IP range and if so will send out a

4   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

5   or deny that the Website, and specifically the content of the Website, is located or hosted at a

6   particular IP address.

7   **REQUEST NO. 108:**

8       YOU were assigned the IP address 205.209.171.44 at ALL RELEVANT TIMES.

9   **RESPONSE TO REQUEST NO. 108:**

10      Admit

11   **REQUEST NO. 109:**

12      Attached hereto as Exhibit V is a true and correct copy of one page from the

13   BUYMYSHOES.NET website.

14   **RESPONSE TO REQUEST NO. 109:**

15      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

16   known or readily obtainable by it is insufficient to enable it to admit or deny the request.  Akanoc is

17   unable to authenticate purported pages from a third party Website.

18   **REQUEST NO. 110:**

19      The website CN-NIKE.US was hosted at the IP address 205.209.136.108 at any time

20   between September 9, 2007 and September 23, 2007.

21   **RESPONSE TO REQUEST NO. 110:**

22      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

23   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

24   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

25   determine if the domain is assigned at an IP address within its IP range and if so will send out a

26   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

27   or deny that the Website, and specifically the content of the Website, is located or hosted at a

28   particular IP address.

1    **REQUEST NO. 111:**

2        YOU were assigned the IP address 205.209.136.108 at ALL RELEVANT TIMES.

3    **RESPONSE TO REQUEST NO. 111:**

4        Admit.

5    **REQUEST NO. 112:**

6        The website CN-NIKE.US was hosted at the IP address 205.209.168.1 at any time between

7    September 23, 2007 and October 28, 2007.

8    **RESPONSE TO REQUEST NO. 112:**

9        Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

10   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

11   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

12   determine if the domain is assigned at an IP address within its IP range and if so will send out a

13   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

14   or deny that the Website, and specifically the content of the Website, is located or hosted at a

15   particular IP address.

16   **REQUEST NO. 113:**

17       YOU were assigned the IP address 205.209.168.1 at ALL RELEVANT TIMES.

18   **RESPONSE TO REQUEST NO. 113:**

19       Admit.

20   **REQUEST NO. 114:**

21       The website CN-NIKE.US was hosted at the IP address 205.209.168.3 at any time between

22   October 28, 2007 and February 17, 2008.

23   **RESPONSE TO REQUEST NO. 114:**

24       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

25   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

26   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

27   determine if the domain is assigned at an IP address within its IP range and if so will send out a

28   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

1   or deny that the Website, and specifically the content of the Website, is located or hosted at a

2   particular IP address.

3   **REQUEST NO. 115:**

4       YOU were assigned the IP address 205.209.168.3 at ALL RELEVANT TIMES.

5   **RESPONSE TO REQUEST NO. 115:**

6       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

7   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

8   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

9   determine if the domain is assigned at an IP address within its IP range and if so will send out a

10  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

11  or deny that the Website, and specifically the content of the Website, is located or hosted at a

12  particular IP address.

13  **REQUEST NO. 116:**

14      The website CN-NIKE.US was hosted at the IP address 205.209.165.65 at any time between

15  February 17, 2008 and the present.

16  **RESPONSE TO REQUEST NO. 116:**

17      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

18  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

19  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

20  determine if the domain is assigned at an IP address within its IP range and if so will send out a

21  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

22  or deny that the Website, and specifically the content of the Website, is located or hosted at a

23  particular IP address.

24  **REQUEST NO. 117:**

25      YOU were assigned the IP address 205.209.165.65 at ALL RELEVANT TIMES.

26  **RESPONSE TO REQUEST NO. 117:**

27      Admit.

28  **REQUEST NO. 118:**

1    Attached hereto as Exhibit W is a true and correct copy of one page from the CN-
2  NIKE.COM website.

3  **RESPONSE TO REQUEST NO. 118:**

4    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
5  known or readily obtainable by it is insufficient to enable it to admit or deny the request.  Akanoc is
6  unable to authenticate purported pages from a third party Website.

7  **REQUEST NO. 119:**

8    The website DREAMYSHOES.COM was hosted at the IP address 204.16.197.27 at any time
9  between October 28, 2006 and August 12, 2007.

10 **RESPONSE TO REQUEST NO. 119:**

11    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
12 known or readily obtainable by it is insufficient to enable it to admit or deny the request further for
13 the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to
14 determine if the domain is assigned at an IP address within its IP range and if so will send out a
15 takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit
16 or deny that the Website, and specifically the content of the Website, is located or hosted at a
17 particular IP address.

18 **REQUEST NO. 120:**

19    AKANOC was assigned the IP address 204.16.197.27 at ALL RELEVANT TIMES.

20 **RESPONSE TO REQUEST NO. 120:**

21    Admit.

22 **REQUEST NO. 121:**

23    The website DREAMYSHOES.COM was hosted at the IP address 204.13.64.65 at any time
24 between August 12, 2007 and October 28, 2007.

25 **RESPONSE TO REQUEST NO. 121:**

26    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
27 known or readily obtainable by it is insufficient to enable it to admit or deny the request further for
28 the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

1  determine if the domain is assigned at an IP address within its IP range and if so will send out a

2  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

3  or deny that the Website, and specifically the content of the Website, is located or hosted at a

4  particular IP address.

5  **REQUEST NO. 122:**

6     AKANOC was assigned the IP address 204.13.64.65 at ALL RELEVANT TIMES.

7  **RESPONSE TO REQUEST NO. 122:**

8     Admit

9  **REQUEST NO. 123:**

10    The website DREAMYSHOES.COM was hosted at the IP address 204.16.198.150 at any

11  time between October 28, 2007 and the present.

12  **RESPONSE TO REQUEST NO. 123:**

13    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

14  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

15  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

16  determine if the domain is assigned at an IP address within its IP range and if so will send out a

17  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

18  or deny that the Website, and specifically the content of the Website, is located or hosted at a

19  particular IP address.

20  **REQUEST NO. 124:**

21    AKANOC was assigned the IP address 204.16.198.150 at ALL RELEVANT TIMES.

22  **RESPONSE TO REQUEST NO. 124:**

23    Admit.

24  **REQUEST NO. 125:**

25    Attached hereto as Exhibit X is a true and correct copy of one page from the

26  DREAMYSHOES.COM website.

27  **RESPONSE TO REQUEST NO. 125:**

28    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

10562-002-4/17/2008-160746.1                34            MSG'S RESPONSES TO
                                                          REQUESTS FOR ADMISSION – SET ONE
                                                          – C 07-3952 JW

1   known or readily obtainable by it is insufficient to enable it to admit or deny the request.  Akanoc is

2   unable to authenticate purported pages from a third party Website.

3   **REQUEST NO. 126:**

4       The website EASTARBIZ.COM was hosted at the IP address 204.16.193.109 at any time

5   between April 7, 2007 and September 30, 2007.

6   **RESPONSE TO REQUEST NO. 126:**

7       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

8   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

9   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

10  determine if the domain is assigned at an IP address within its IP range and if so will send out a

11  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

12  or deny that the Website, and specifically the content of the Website, is located or hosted at a

13  particular IP address.

14  **REQUEST NO. 127:**

15      AKANOC was assigned the IP address 204.16.193.109 at ALL RELEVANT TIMES.

16  **RESPONSE TO REQUEST NO. 128:**

17      Admit

18  **REQUEST NO. 128:**

19      The website EASTARBIZ.COM was hosted at the IP address 205.209.140.66 at any time

20  between September 30, 2007 and the present.

21  **RESPONSE TO REQUEST NO. 128:**

22      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

23  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

24  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

25  determine if the domain is assigned at an IP address within its IP range and if so will send out a

26  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

27  or deny that the Website, and specifically the content of the Website, is located or hosted at a

28  particular IP address.

10562-002-4/17/2008-160746.1                     35                     MSG'S RESPONSES TO
                                                                        REQUESTS FOR ADMISSION – SET ONE
                                                                        – C 07-3952 JW

1  **REQUEST NO. 129:**

2      YOU were assigned the IP address 205.209.140.66 at ALL RELEVANT TIMES.

3  **RESPONSE TO REQUEST NO. 129:**

4      Admit

5  **REQUEST NO. 130:**

6      Attached hereto as Exhibit Y is a true and correct copy of one page from the

7  EASTARBIZ.COM website.

8  **RESPONSE TO REQUEST NO. 130:**

9      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

10  known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is

11  unable to authenticate purported pages from a third party Website.

12  **REQUEST NO. 131:**

13      The website EBUYNIKE.COM was hosted at the IP address 205.209.143.146 at any time

14  between September 23, 2007 and December 30, 2007.

15  **RESPONSE TO REQUEST NO. 131:**

16      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

17  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

18  the following reasons: Upon receipt of a notice of infringement Akanoc will ping the domain to

19  determine if the domain is assigned at an IP address within its IP range and if so will send out a

20  takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit

21  or deny that the Website, and specifically the content of the Website, is located or hosted at a

22  particular IP address.

23  **REQUEST NO. 132:**

24      YOU were assigned the IP address 205.209.143.146 at ALL RELEVANT TIMES.

25  **RESPONSE TO REQUEST NO. 132:**

26      Admit

27  **REQUEST NO. 133:**

28      The website EBUYNIKE.COM was hosted at the IP address 208.77.47.201 at any time

1  between February 24, 2008 and March 9, 2008.

2  **RESPONSE TO REQUEST NO. 133:**

3      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

4  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

5  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

6  determine if the domain is assigned at an IP address within its IP range and if so will send out a

7  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

8  or deny that the Website, and specifically the content of the Website, is located or hosted at a

9  particular IP address.

10  **REQUEST NO. 134:**

11      AKANOC was assigned the IP address 208.77.47.201 at ALL RELEVANT TIMES.

12  **RESPONSE TO REQUEST NO. 134:**

13      Admit.

14  **REQUEST NO. 135:**

15      Attached hereto as Exhibit Z is a true and correct copy of one page from the

16  EBUYNIKE.COM website.

17  **RESPONSE TO REQUEST NO. 135:**

18      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

19  known or readily obtainable by it is insufficient to enable it to admit or deny the request.  Akanoc is

20  unable to authenticate purported pages from a third party Website.

21  **REQUEST NO. 136:**

22      The website ECSHOES.COM was hosted at the IP address 205.209.143.146 at any time

23  between September 23, 2007 and December 23, 2007.

24  **RESPONSE TO REQUEST NO. 136:**

25      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

26  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

27  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

28  determine if the domain is assigned at an IP address within its IP range and if so will send out a

1    takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit

2    or deny that the Website, and specifically the content of the Website, is located or hosted at a

3    particular IP address.

4    **REQUEST NO. 137:**

5        YOU were assigned the IP address 205.209.143.146 at ALL RELEVANT TIMES.

6    **RESPONSE TO REQUEST NO. 137:**

7        Admit.

8    **REQUEST NO. 138:**

9        The website ECSHOES.COM was hosted at the IP address 208.77.47.201 at any time

10   between February 24, 2008 and the present.

11   **RESPONSE TO REQUEST NO. 138:**

12       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

13   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

14   the following reasons: Upon receipt of a notice of infringement Akanoc will ping the domain to

15   determine if the domain is assigned at an IP address within its IP range and if so will send out a

16   takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit

17   or deny that the Website, and specifically the content of the Website, is located or hosted at a

18   particular IP address.

19   **REQUEST NO. 139:**

20       AKANOC was assigned the IP address 208.77.47.201 at ALL RELEVANT TIMES.

21   **RESPONSE TO REQUEST NO. 139:**

22       Admit.

23   **REQUEST NO. 140:**

24       Attached hereto as Exhibit AA is a true and correct copy of one page from the

25   ECSHOES.COM website.

26   **RESPONSE TO REQUEST NO. 140:**

27       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

28   known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is

1  unable to authenticate purported pages from a third party Website.

2  **REQUEST NO. 141:**

3      The website EGOTOBUY.COM was hosted at the IP address 205.209.141.3 at any time

4  between December 9, 2006 and April 29, 2007.

5  **RESPONSE TO REQUEST NO. 141:**

6      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

7  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

8  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

9  determine if the domain is assigned at an IP address within its IP range and if so will send out a

10  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

11  or deny that the Website, and specifically the content of the Website, is located or hosted at a

12  particular IP address.

13  **REQUEST NO. 142:**

14      YOU were assigned the IP address 205.209.141.3 at ALL RELEVANT TIMES.

15  **RESPONSE TO REQUEST NO. 142:**

16      Admit.

17  **REQUEST NO. 143:**

18      The website EGOTOBUY.COM was hosted at the IP address 205.209.140.162 at any time

19  between April 29, 2007 and the present.

20  **RESPONSE TO REQUEST NO. 143:**

21      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

22  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

23  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

24  determine if the domain is assigned at an IP address within its IP range and if so will send out a

25  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

26  or deny that the Website, and specifically the content of the Website, is located or hosted at a

27  particular IP address.

28  **REQUEST NO. 144:**

1       YOU were assigned the IP address 205.209.140.162 at ALL RELEVANT TIMES.

2 **RESPONSE TO REQUEST NO. 144:**

3       Admit.

4 **REQUEST NO. 145:**

5       Attached hereto as Exhibit BB is a true and correct copy of one page from the

6 EGOTOBUY.COM website.

7 **RESPONSE TO REQUEST NO. 145:**

8       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

9 known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is

10 unable to authenticate purported pages from a third party Website.

11 **REQUEST NO. 146:**

12       The website EMSYOU.COM was hosted at the IP address 205.209.182.221 at any time

13 between November 27, 2006 and May 27, 2007.

14 **RESPONSE TO REQUEST NO. 146:**

15       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

16 known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

17 the following reasons: Upon receipt of a notice of infringement Akanoc will ping the domain to

18 determine if the domain is assigned at an IP address within its IP range and if so will send out a

19 takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit

20 or deny that the Website, and specifically the content of the Website, is located or hosted at a

21 particular IP address.

22 **REQUEST NO. 147:**

23       YOU were assigned the IP address 205.209.182.221 at ALL RELEVANT TIMES.

24 **RESPONSE TO REQUEST NO. 147:**

25       Admit.

26 **REQUEST NO. 148:**

27       The website EMSYOU.COM was hosted at the IP address 205.209.182.222 at any time

28 between May 27, 2007 and June 10, 2007.

1  **RESPONSE TO REQUEST NO. 148:**

2      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

3  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

4  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

5  determine if the domain is assigned at an IP address within its IP range and if so will send out a

6  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

7  or deny that the Website, and specifically the content of the Website, is located or hosted at a

8  particular IP address.

9  **REQUEST NO. 149:**

10      YOU were assigned the IP address 205.209.182.222 at ALL RELEVANT TIMES.

11  **RESPONSE TO REQUEST NO. 149:**

12      Admit.

13  **REQUEST NO. 150:**

14      The website EMSYOU.COM was hosted at the IP address 204.13.67.94 at any time between

15  June 10, 2007 and July 1, 2007.

16  **RESPONSE TO REQUEST NO. 150:**

17      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

18  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

19  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

20  determine if the domain is assigned at an IP address within its IP range and if so will send out a

21  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

22  or deny that the Website, and specifically the content of the Website, is located or hosted at a

23  particular IP address.

24  **REQUEST NO. 151:**

25      AKANOC was assigned the IP address 204.13.67.94 at ALL RELEVANT TIMES.

26  **RESPONSE TO REQUEST NO. 151:**

27      Admit.

28  **REQUEST NO. 152:**

1    The website EMSYOU.COM was hosted at the IP address 205.209.148.81 at any time
2    between July 1, 2007 and September 30, 2007.

3    **RESPONSE TO REQUEST NO. 152:**

4    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
5    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for
6    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to
7    determine if the domain is assigned at an IP address within its IP range and if so will send out a
8    takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit
9    or deny that the Website, and specifically the content of the Website, is located or hosted at a
10   particular IP address.

11   **REQUEST NO. 153:**

12   YOU were assigned the IP address 205.209.148.81 at ALL RELEVANT TIMES.

13   **RESPONSE TO REQUEST NO. 153:**

14   Admit.

15   **REQUEST NO. 154:**

16   The website EMSYOU.COM was hosted at the IP address 205.209.148.82 at any time
17   between September 30, 2007 and the present.

18   **RESPONSE TO REQUEST NO. 154:**

19   Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
20   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for
21   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to
22   determine if the domain is assigned at an IP address within its IP range and if so will send out a
23   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit
24   or deny that the Website, and specifically the content of the Website, is located or hosted at a
25   particular IP address.

26   **REQUEST NO. 155:**

27   YOU were assigned the IP address 205.209.148.82 at ALL RELEVANT TIMES.

28   **RESPONSE TO REQUEST NO. 155:**

1    Admit.

2    **REQUEST NO. 156:**

3    Attached hereto as Exhibit CC is a true and correct copy of one page from the

4    EMSYOU.COM website.

5    **RESPONSE TO REQUEST NO. 156:**

6    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

7    known or readily obtainable by it is insufficient to enable it to admit or deny the request.  Akanoc is

8    unable to authenticate purported pages from a third party Website.

9    **REQUEST NO. 157:**

10    The website ESHOES99.COM was hosted at the IP address 204.16.197.26 at any time

11    between July 22, 2006 and December 9, 2006.

12    **RESPONSE TO REQUEST NO. 157:**

13    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

14    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

15    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

16    determine if the domain is assigned at an IP address within its IP range and if so will send out a

17    takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

18    or deny that the Website, and specifically the content of the Website, is located or hosted at a

19    particular IP address.

20    **REQUEST NO. 158:**

21    AKANOC was assigned the IP address 204.16.197.26 at ALL RELEVANT TIMES.

22    **RESPONSE TO REQUEST NO. 158:**

23    Admit.

24    **REQUEST NO. 159:**

25    The website ESHOES99.COM was hosted at the IP address 205.209.172.165 at any time

26    between December 9, 2006 and March 24, 2007.

27    **RESPONSE TO REQUEST NO. 159:**

28    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

1   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

2   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

3   determine if the domain is assigned at an IP address within its IP range and if so will send out a

4   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

5   or deny that the Website, and specifically the content of the Website, is located or hosted at a

6   particular IP address.

7   **REQUEST NO. 160:**

8      YOU were assigned the IP address 205.209.172.165 at ALL RELEVANT TIMES.

9   **RESPONSE TO REQUEST NO. 160:**

10      Admit.

11   **REQUEST NO. 161:**

12      The website ESHOES99.COM was hosted at the IP address 205.209.136.83 at any time

13   between March 24, 2007 and March 9, 2008.

14   **RESPONSE TO REQUEST NO. 161:**

15      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

16   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

17   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

18   determine if the domain is assigned at an IP address within its IP range and if so will send out a

19   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

20   or deny that the Website, and specifically the content of the Website, is located or hosted at a

21   particular IP address.

22   **REQUEST NO. 162:**

23      YOU were assigned the IP address 205.209.136.83 at ALL RELEVANT TIMES.

24   **RESPONSE TO REQUEST NO. 162:**

25      Admit.

26   **REQUEST NO. 163:**

27      Attached hereto as Exhibit DD is a true and correct copy of one page from the

28   ESHOES99.COM website.

1  **RESPONSE TO REQUEST NO. 163:**

2       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

3  known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is

4  unable to authenticate purported pages from a third party Website.

5  **REQUEST NO. 164:**

6       The website FAMOUS-SHOP.COM was hosted at the IP address 205.209.143.93 at any time

7  between February 5, 2007 and the present.

8  **RESPONSE TO REQUEST NO. 164:**

9       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

10 known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

11 the following reasons: Upon receipt of a notice of infringement Akanoc will ping the domain to

12 determine if the domain is assigned at an IP address within its IP range and if so will send out a

13 takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit

14 or deny that the Website, and specifically the content of the Website, is located or hosted at a

15 particular IP address.

16 **REQUEST NO. 165:**

17      YOU were assigned the IP address 205.209.143.93 at ALL RELEVANT TIMES.

18 **RESPONSE TO REQUEST NO. 165:**

19      Admit.

20 **REQUEST NO. 166:**

21      Attached hereto as Exhibit EE is a true and correct copy of one page from the FAMOUS-

22 SHOP.COM website.

23 **RESPONSE TO REQUEST NO. 166:**

24      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

25 known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is

26 unable to authenticate purported pages from a third party Website.

27 **REQUEST NO. 167:**

28      The website FANSJERSEY.COM was hosted at the IP address 205.209.172.163 at any time

1  between February 3, 2007 and March 24, 2007.

2  **RESPONSE TO REQUEST NO. 167:**

3      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

4  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

5  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

6  determine if the domain is assigned at an IP address within its IP range and if so will send out a

7  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

8  or deny that the Website, and specifically the content of the Website, is located or hosted at a

9  particular IP address.

10 **REQUEST NO. 168:**

11      YOU were assigned the IP address 205.209.172.163 at ALL RELEVANT TIMES.

12 **RESPONSE TO REQUEST NO. 168:**

13      Admit.

14 **REQUEST NO. 169:**

15      The website FANSJERSEY.COM was hosted at the IP address 205.209.136.83 at any time

16 between March 24, 2007 and the present.

17 **RESPONSE TO REQUEST NO. 169:**

18      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

19 known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

20 the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

21 determine if the domain is assigned at an IP address within its IP range and if so will send out a

22 takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

23 or deny that the Website, and specifically the content of the Website, is located or hosted at a

24 particular IP address.

25 **REQUEST NO. 170:**

26      YOU were assigned the IP address 205.209.136.83 at ALL RELEVANT TIMES.

27 **RESPONSE TO REQUEST NO. 170:**

28      Admit.

1  **REQUEST NO. 171:**

2       Attached hereto as Exhibit FF is a true and correct copy of one page from the

3  FANSJERSEY.COM website.

4  **RESPONSE TO REQUEST NO. 171:**

5       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

6  known or readily obtainable by it is insufficient to enable it to admit or deny the request.  Akanoc is

7  unable to authenticate purported pages from a third party Website.

8  **REQUEST NO. 172:**

9       The website GUCCIFENDI.COM was hosted at the IP address 204.13.70.117 at any time

10  between July 5, 2007 and the present.

11  **RESPONSE TO REQUEST NO. 172:**

12       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

13  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

14  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

15  determine if the domain is assigned at an IP address within its IP range and if so will send out a

16  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

17  or deny that the Website, and specifically the content of the Website, is located or hosted at a

18  particular IP address.

19  **REQUEST NO. 173:**

20       AKANOC was assigned the IP address 204.13.70.117 at ALL RELEVANT TIMES.

21  **RESPONSE TO REQUEST NO. 173:**

22       Admit.

23  **REQUEST NO. 174:**

24       The website GUCCIFENDI.COM was hosted at the IP address 204.16.194.103 at any time

25  between July 15, 2007 and December 16, 2007.

26  **RESPONSE TO REQUEST NO. 174:**

27       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

28  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

1  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

2  determine if the domain is assigned at an IP address within its IP range and if so will send out a

3  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

4  or deny that the Website, and specifically the content of the Website, is located or hosted at a

5  particular IP address.

6  **REQUEST NO. 175:**

7      YOU were assigned the IP address 204.16.194.103 at ALL RELEVANT TIMES.

8  **RESPONSE TO REQUEST NO. 175:**

9      Admit

10 **REQUEST NO. 176:**

11     Attached hereto as Exhibit GG is a true and correct copy of one page from the

12 GUCCIFENDI.COM website.

13 **RESPONSE TO REQUEST NO. 176:**

14     Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

15 known or readily obtainable by it is insufficient to enable it to admit or deny the request.  Akanoc is

16 unable to authenticate purported pages from a third party Website.

17 **REQUEST NO. 177:**

18     The website GZ-FREE.COM was hosted at the IP address 205.209.159.28 at any time

19 between February 3, 2007 and July 22, 2007.

20 **RESPONSE TO REQUEST NO. 177:**

21     Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

22 known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

23 the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

24 determine if the domain is assigned at an IP address within its IP range and if so will send out a

25 takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

26 or deny that the Website, and specifically the content of the Website, is located or hosted at a

27 particular IP address.

28 **REQUEST NO. 178:**

1       YOU were assigned the IP address 205.209.159.28 at ALL RELEVANT TIMES.

2  **RESPONSE TO REQUEST NO. 178:**

3       Admit.

4  **REQUEST NO. 179:**

5       The website GZ-FREE.COM was hosted at the IP address 205.209.138.141 at any time

6  between July 22, 2007 and November 21, 2007.

7  **RESPONSE TO REQUEST NO. 179:**

8       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

9  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

10  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

11  determine if the domain is assigned at an IP address within its IP range and if so will send out a

12  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

13  or deny that the Website, and specifically the content of the Website, is located or hosted at a

14  particular IP address.

15  **REQUEST NO. 180:**

16       YOU were assigned the IP address 205.209.138.141 at ALL RELEVANT TIMES.

17  **RESPONSE TO REQUEST NO. 180:**

18       Admit.

19  **REQUEST NO. 181:**

20       The website GZ-FREE.COM was hosted at the IP address 205.209.149.15 at any time

21  between November 21, 2007 and the present.

22  **RESPONSE TO REQUEST NO. 181:**

23       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

24  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

25  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

26  determine if the domain is assigned at an IP address within its IP range and if so will send out a

27  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

28  or deny that the Website, and specifically the content of the Website, is located or hosted at a

1  particular IP address.

2  **REQUEST NO. 182:**

3      YOU were assigned the IP address 205.209.149.15 at ALL RELEVANT TIMES.

4  **RESPONSE TO REQUEST NO. 182:**

5      Admit.

6  **REQUEST NO. 183:**

7      Attached hereto as Exhibit HH is a true and correct copy of one page from the GZ-

8  FREE.COM website.

9  **RESPONSE TO REQUEST NO. 183:**

10      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

11  known or readily obtainable by it is insufficient to enable it to admit or deny the request.  Akanoc is

12  unable to authenticate purported pages from a third party Website.

13  **REQUEST NO. 184:**

14      The website HANDBAGSELL.COM was hosted at the IP address 205.209.185.54 at any

15  time between September 30, 2007 and December 16, 2007.

16  **RESPONSE TO REQUEST NO. 184:**

17      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

18  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

19  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

20  determine if the domain is assigned at an IP address within its IP range and if so will send out a

21  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

22  or deny that the Website, and specifically the content of the Website, is located or hosted at a

23  particular IP address.

24  **REQUEST NO. 185:**

25      YOU were assigned the IP address 205.209.185.54 at ALL RELEVANT TIMES.

26  **RESPONSE TO REQUEST NO. 185:**

27      Admit.

28  **REQUEST NO. 186:**

1    The website HANDBAGSELL.COM was hosted at the IP address 205.209.185.74 at any

2    time between December 16, 2007 and January 20, 2008.

3    **RESPONSE TO REQUEST NO. 186:**

4    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

5    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

6    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

7    determine if the domain is assigned at an IP address within its IP range and if so will send out a

8    takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

9    or deny that the Website, and specifically the content of the Website, is located or hosted at a

10   particular IP address.

11   **REQUEST NO. 187:**

12   YOU were assigned the IP address 205.209.185.74 at ALL RELEVANT TIMES.

13   **RESPONSE TO REQUEST NO. 187:**

14   Admit.

15   **REQUEST NO. 188:**

16   The website HANDBAGSELL.COM was hosted at the IP address 205.209.185.75 at any

17   time between January 20, 2008 and March 9, 2008.

18   **RESPONSE TO REQUEST NO. 188:**

19   Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

20   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

21   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

22   determine if the domain is assigned at an IP address within its IP range and if so will send out a

23   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

24   or deny that the Website, and specifically the content of the Website, is located or hosted at a

25   particular IP address.

26   **REQUEST NO. 189:**

27   YOU were assigned the IP address 205.209.185.75 at ALL RELEVANT TIMES.

28   **RESPONSE TO REQUEST NO. 189:**

1      Admit.

2 **REQUEST NO. 190:**

3      Attached hereto as Exhibit II is a true and correct copy of one page from the

4 HANDBAGSELL.COM website.

5 **RESPONSE TO REQUEST NO. 190:**

6      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

7 known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is

8 unable to authenticate purported pages from a third party Website.

9 **REQUEST NO. 191:**

10      The website IMITATION-GOLD.COM was hosted at the IP address 205.209.168.129 at any

11 time between March 31, 2007 and December 2, 2007.

12 **RESPONSE TO REQUEST NO. 191:**

13      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

14 known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

15 the following reasons: Upon receipt of a notice of infringement Akanoc will ping the domain to

16 determine if the domain is assigned at an IP address within its IP range and if so will send out a

17 takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit

18 or deny that the Website, and specifically the content of the Website, is located or hosted at a

19 particular IP address.

20 **REQUEST NO. 192:**

21      YOU were assigned the IP address 205.209.168.129 at ALL RELEVANT TIMES.

22 **RESPONSE TO REQUEST NO. 192:**

23      Admit.

24 **REQUEST NO. 193:**

25      The website INNIKE.COM was hosted at the IP address 205.209.165.82 at any time between

26 March 17, 2007 and February 17, 2008.

27 **RESPONSE TO REQUEST NO. 193:**

28      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

1  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

2  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

3  determine if the domain is assigned at an IP address within its IP range and if so will send out a

4  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

5  or deny that the Website, and specifically the content of the Website, is located or hosted at a

6  particular IP address.

7  **REQUEST NO. 194:**

8       YOU were assigned the IP address 205.209.165.82 at ALL RELEVANT TIMES.

9  **RESPONSE TO REQUEST NO. 194:**

10      Admit.

11  **REQUEST NO. 195:**

12      The website INNIKE.COM was hosted at the IP address 205.209.165.46 at any time between

13  February 17, 2008 and February 24, 2008.

14  **RESPONSE TO REQUEST NO. 195:**

15      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

16  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

17  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

18  determine if the domain is assigned at an IP address within its IP range and if so will send out a

19  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

20  or deny that the Website, and specifically the content of the Website, is located or hosted at a

21  particular IP address.

22  **REQUEST NO. 196:**

23      YOU were assigned the IP address 205.209.165.46 at ALL RELEVANT TIMES.

24  **RESPONSE TO REQUEST NO. 196:**

25      Admit.

26  **REQUEST NO. 197:**

27      The website INNIKE.COM was hosted at the IP address 205.209.165.49 at any time between

28  February 24, 2008 and the present.

1    **RESPONSE TO REQUEST NO. 197:**

2          Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

3    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

4    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

5    determine if the domain is assigned at an IP address within its IP range and if so will send out a

6    takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

7    or deny that the Website, and specifically the content of the Website, is located or hosted at a

8    particular IP address.

9    **REQUEST NO. 198:**

10        YOU were assigned the IP address 205.209.165.49 at ALL RELEVANT TIMES.

11   **RESPONSE TO REQUEST NO. 198:**

12        Admit

13   **REQUEST NO. 199:**

14        The website ILOUISVUITTON.COM was hosted at the IP address 205.209.154.12 at any

15   time between July 8, 2007 and September 16, 2007.

16   **RESPONSE TO REQUEST NO. 199:**

17        Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

18   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

19   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

20   determine if the domain is assigned at an IP address within its IP range and if so will send out a

21   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

22   or deny that the Website, and specifically the content of the Website, is located or hosted at a

23   particular IP address.

24   **REQUEST NO. 200:**

25        YOU were assigned the IP address 205.209.154.12 at ALL RELEVANT TIMES.

26   **RESPONSE TO REQUEST NO. 200:**

27        Admit.

28   **REQUEST NO. 201:**

1    The website ILOUISVUITTON.COM was hosted at the IP address 66.79.176.78 at any time

2  between September 16, 2007 and the present.

3  **RESPONSE TO REQUEST NO. 201:**

4    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

5  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

6  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

7  determine if the domain is assigned at an IP address within its IP range and if so will send out a

8  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

9  or deny that the Website, and specifically the content of the Website, is located or hosted at a

10  particular IP address.

11  **REQUEST NO. 202:**

12    YOU were assigned the IP address 66.79.176.78 at ALL RELEVANT TIMES.

13  **RESPONSE TO REQUEST NO. 202:**

14    Admit.

15  **REQUEST NO. 203:**

16    The website LONGTIMEGROUP.COM was hosted at the IP address 204.13.70.167 at any

17  time between March 17, 2007 and March 31, 2007.

18  **RESPONSE TO REQUEST NO. 203:**

19    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

20  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

21  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

22  determine if the domain is assigned at an IP address within its IP range and if so will send out a

23  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

24  or deny that the Website, and specifically the content of the Website, is located or hosted at a

25  particular IP address. **REQUEST NO. 204:**

26    AKANOC was assigned the IP address 204.13.70.167 at ALL RELEVANT TIMES.

27  **RESPONSE TO REQUEST NO. 204:**

28    Admit.

1    **REQUEST NO. 205:**

2         The website LONGTIMEGROUP.COM was hosted at the IP address 204.16.197.118 at any

3    time between March 31, 2007 and October 21, 2007.

4    **RESPONSE TO REQUEST NO. 205:**

5         Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

6    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

7    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

8    determine if the domain is assigned at an IP address within its IP range and if so will send out a

9    takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

10   or deny that the Website, and specifically the content of the Website, is located or hosted at a

11   particular IP address.

12   **REQUEST NO. 206:**

13        AKANOC was assigned the IP address 204.16.197.118 at ALL RELEVANT TIMES.

14   **RESPONSE TO REQUEST NO. 206:**

15        Admit.

16   **REQUEST NO. 207:**

17        The website LOUIS-VUITTON-BAGS.ORG was hosted at the IP address 66.79.176.207 at

18   any time between April 29, 2007 and October 28, 2007.

19   **RESPONSE TO REQUEST NO. 207:**

20        Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

21   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

22   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

23   determine if the domain is assigned at an IP address within its IP range and if so will send out a

24   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

25   or deny that the Website, and specifically the content of the Website, is located or hosted at a

26   particular IP address.

27   **REQUEST NO. 208:**

28        YOU were assigned the IP address 66.79.176.207 at ALL RELEVANT TIMES.

1   **RESPONSE TO REQUEST NO. 208:**

2       Admit.

3   **REQUEST NO. 209:**

4       The website LOUIS-VUITTON-BAGS.ORG was hosted at the IP address 66.79.176.207 at

5   any time between November 18, 2007 and December 2, 2007.

6   **RESPONSE TO REQUEST NO. 209:**

7       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

8   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

9   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

10  determine if the domain is assigned at an IP address within its IP range and if so will send out a

11  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

12  or deny that the Website, and specifically the content of the Website, is located or hosted at a

13  particular IP address.

14  **REQUEST NO. 210:**

15      YOU were assigned the IP address 66.79.176.207 at ALL RELEVANT TIMES.

16  **RESPONSE TO REQUEST NO. 210:**

17      Admit.

18  **REQUEST NO. 211:**

19      The website LOUISVUITTONBAGZ.COM was hosted at the IP address 66.79.176.207 at

20  any time between April 22, 2007 and October 21, 2007.

21  **RESPONSE TO REQUEST NO. 211:**

22      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

23  known or readily obtainable by it is insufficient to enable it to admit or deny the request because

24  absent notice Akanoc has no means of knowing what Website, if any, is being hosted at a particular

25  IP address.

26  **REQUEST NO. 212:**

27      YOU were assigned the IP address 66.79.176.207 at ALL RELEVANT TIMES.

28  **RESPONSE TO REQUEST NO. 212:**

1   Admit.

2   **REQUEST NO. 213:**

3   The website LOUISVUITTONBAGZ.COM was hosted at the IP address 66.79.176.207 at

4   any time between November 18, 2007 and December 2, 2007.

5   **RESPONSE TO REQUEST NO. 213:**

6   Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

7   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

8   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

9   determine if the domain is assigned at an IP address within its IP range and if so will send out a

10  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

11  or deny that the Website, and specifically the content of the Website, is located or hosted at a

12  particular IP address.

13  **REQUEST NO. 214:**

14  YOU were assigned the IP address 66.79.176.207 at ALL RELEVANT TIMES.

15  **RESPONSE TO REQUEST NO. 214:**

16  Admit.

17  **REQUEST NO. 215:**

18  The website LOVERNIKE.COM was hosted at IP address 205.209.185.225 at any time

19  between August 26, 2006 and November 18, 2007.

20  **RESPONSE TO REQUEST NO. 215:**

21  Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

22  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

23  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

24  determine if the domain is assigned at an IP address within its IP range and if so will send out a

25  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

26  or deny that the Website, and specifically the content of the Website, is located or hosted at a

27  particular IP address.

28  **REQUEST NO. 216:**

1    YOU were assigned the IP address 205.209.185.225 at ALL RELEVANT TIMES.

2    **RESPONSE TO REQUEST NO. 216:**

3    Admit.

4    **REQUEST NO. 217:**

5    The website LOVERNIKE.COM was hosted at IP address 205.209.185.227 at any time

6    between November 18, 2007 and December 2, 2007.

7    **RESPONSE TO REQUEST NO. 217:**

8    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

9    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

10   the following reasons: Upon receipt of a notice of infringement Akanoc will ping the domain to

11   determine if the domain is assigned at an IP address within its IP range and if so will send out a

12   takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit

13   or deny that the Website, and specifically the content of the Website, is located or hosted at a

14   particular IP address.

15   **REQUEST NO. 218:**

16   YOU were assigned the IP address 205.209.185.227 at ALL RELEVANT TIMES.

17   **RESPONSE TO REQUEST NO. 218:**

18   Admit.

19   **REQUEST NO. 219:**

20   The website LUXELIKE.COM was hosted at IP address 205.209.180.89 at any time between

21   August 26, 2007 and September 23, 2007.

22   **RESPONSE TO REQUEST NO. 219:**

23   Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

24   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

25   the following reasons: Upon receipt of a notice of infringement Akanoc will ping the domain to

26   determine if the domain is assigned at an IP address within its IP range and if so will send out a

27   takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit

28   or deny that the Website, and specifically the content of the Website, is located or hosted at a

1  particular IP address.

2  **REQUEST NO. 220:**

3      YOU were assigned the IP address 205.209.180.89 at ALL RELEVANT TIMES.

4  **RESPONSE TO REQUEST NO. 220:**

5      Admit.

6  **REQUEST NO. 221:**

7      The website LUXURY2US.COM was hosted at IP address 204.16.198.246 at any time

8  between December 9, 2006 and December 23, 2006.

9  **RESPONSE TO REQUEST NO. 221:**

10      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

11  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

12  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

13  determine if the domain is assigned at an IP address within its IP range and if so will send out a

14  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

15  or deny that the Website, and specifically the content of the Website, is located or hosted at a

16  particular IP address.

17  **REQUEST NO. 222:**

18      AKANOC was assigned the IP address 204.16.198.246 at ALL RELEVANT TIMES.

19  **RESPONSE TO REQUEST NO. 222:**

20      Admit.

21  **REQUEST NO. 223:**

22      The website LUXURY2US.COM was hosted at IP address 204.16.193.105 at any time

23  between December 23, 2006 and January 20, 2008.

24  **RESPONSE TO REQUEST NO. 223:**

25      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

26  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

27  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

28  determine if the domain is assigned at an IP address within its IP range and if so will send out a

1   takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit
2   or deny that the Website, and specifically the content of the Website, is located or hosted at a
3   particular IP address.

4   **REQUEST NO. 224:**

5       AKANOC was assigned the IP address 204.16.193.105 at ALL RELEVANT TIMES.

6   **RESPONSE TO REQUEST NO. 224:**

7       Admit.

8   **REQUEST NO. 225:**

9       The website LVBAGZ.COM was hosted at IP address 66.79.176.207 at any time between
10  April 22, 2007 and September 18, 2007.

11  **RESPONSE TO REQUEST NO. 225:**

12      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
13  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for
14  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to
15  determine if the domain is assigned at an IP address within its IP range and if so will send out a
16  takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit
17  or deny that the Website, and specifically the content of the Website, is located or hosted at a
18  particular IP address.

19  **REQUEST NO. 226:**

20      YOU were assigned the IP address 66.79.176.207 at ALL RELEVANT TIMES.

21  **RESPONSE TO REQUEST NO. 226:**

22      Admit.

23  **REQUEST NO. 227:**

24      The website LVBAGZ.COM was hosted at IP address 66.79.176.78 at any time between
25  September 16, 2007 and October 21, 2007.

26  **RESPONSE TO REQUEST NO. 227:**

27      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
28  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

1    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

2    determine if the domain is assigned at an IP address within its IP range and if so will send out a

3    takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

4    or deny that the Website, and specifically the content of the Website, is located or hosted at a

5    particular IP address.

6    **REQUEST NO. 228:**

7        YOU were assigned the IP address 66.79.176.78 at ALL RELEVANT TIMES.

8    **RESPONSE TO REQUEST NO. 228:**

9        Admit.

10   **REQUEST NO. 229:**

11       The website LVBAGZ.COM was hosted at the IP address 205.209.148.70 at any time

12   between March 2, 2008 and March 9, 2008.

13   **RESPONSE TO REQUEST NO. 229:**

14       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

15   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

16   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

17   determine if the domain is assigned at an IP address within its IP range and if so will send out a

18   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

19   or deny that the Website, and specifically the content of the Website, is located or hosted at a

20   particular IP address.

21   **REQUEST NO. 230:**

22       YOU were assigned the IP address 205.209.148.70 at ALL RELEVANT TIMES.

23   **RESPONSE TO REQUEST NO. 230:**

24       Admit.

25   **REQUEST NO. 231:**

26       Attached hereto as Exhibit JJ is a true and correct copy of one page from the LVBAGZ.COM

27   website.

28   **RESPONSE TO REQUEST NO. 231:**

1        Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

2    known or readily obtainable by it is insufficient to enable it to admit or deny the request.  Akanoc is

3    unable to authenticate purported pages from a third party Website.

4    **REQUEST NO. 232:**

5        The website LV-NIKE.COM was hosted at IP address 205.209.172.163 at any time between

6    December 2, 2006 and December 9, 2006.

7    **RESPONSE TO REQUEST NO. 232:**

8        Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

9    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

10   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

11   determine if the domain is assigned at an IP address within its IP range and if so will send out a

12   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

13   or deny that the Website, and specifically the content of the Website, is located or hosted at a

14   particular IP address.

15   **REQUEST NO. 233:**

16       YOU were assigned the IP address 205.209.172.163 at ALL RELEVANT TIMES.

17   **RESPONSE TO REQUEST NO. 233:**

18       Admit.

19   **REQUEST NO. 234:**

20       The website LV-NIKE.COM was hosted at IP address 205.209.172.165 at any time between

21   December 9, 2006 and March 24, 2007.

22   **RESPONSE TO REQUEST NO. 234:**

23       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

24   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

25   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

26   determine if the domain is assigned at an IP address within its IP range and if so will send out a

27   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

28   or deny that the Website, and specifically the content of the Website, is located or hosted at a

1 particular IP address.

2 **REQUEST NO. 235:**

3     YOU were assigned the IP address 205.209.172.165 at ALL RELEVANT TIMES.

4 **RESPONSE TO REQUEST NO. 235:**

5     Admit.

6 **REQUEST NO. 236:**

7     The website LV-NIKE.COM was hosted at IP address 205.209.136.83 at any time between

8 March 24, 2007 and April 14, 2007.

9 **RESPONSE TO REQUEST NO. 236:**

10     Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

11 known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

12 the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

13 determine if the domain is assigned at an IP address within its IP range and if so will send out a

14 takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

15 or deny that the Website, and specifically the content of the Website, is located or hosted at a

16 particular IP address.

17 **REQUEST NO. 237:**

18     YOU were assigned the IP address 205.209.136.83 at ALL RELEVANT TIMES.

19 **RESPONSE TO REQUEST NO. 237:**

20     Admit.

21 **REQUEST NO. 238:**

22     Attached hereto as Exhibit KK is a true and correct copy of one page from the LV-

23 NIKE.COM website.

24 **RESPONSE TO REQUEST NO. 238:**

25     Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

26 known or readily obtainable by it is insufficient to enable it to admit or deny the request.  Akanoc is

27 unable to authenticate purported pages from a third party Website.

28 **REQUEST NO. 239:**

1    The website MAILGOODS.COM was hosted at IP address 204.16.195.46 at any time
2    between June 3, 2006 and July 5, 2006.

3    **RESPONSE TO REQUEST NO. 239:**

4    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
5    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for
6    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to
7    determine if the domain is assigned at an IP address within its IP range and if so will send out a
8    takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit
9    or deny that the Website, and specifically the content of the Website, is located or hosted at a
10    particular IP address.

11    **REQUEST NO. 240:**

12    AKANOC was assigned the IP address 204.16.195.46 at ALL RELEVANT TIMES.

13    **RESPONSE TO REQUEST NO. 240:**

14    Admit.

15    **REQUEST NO. 241:**

16    The website MAILGOODS.COM was hosted at IP address 204.13.64.77 at any time between
17    December 9, 2006 and January 27, 2007.

18    **RESPONSE TO REQUEST NO. 241:**

19    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
20    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for
21    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to
22    determine if the domain is assigned at an IP address within its IP range and if so will send out a
23    takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit
24    or deny that the Website, and specifically the content of the Website, is located or hosted at a
25    particular IP address.

26    **REQUEST NO. 242:**

27    AKANOC was assigned the IP address 204.13.64.77 at ALL RELEVANT TIMES.

28    **RESPONSE TO REQUEST NO. 242:**

1     Admit.

2     **REQUEST NO. 243:**

3     The website MAILGOODS.COM was hosted at IP address 205.209.191.67 at any time

4     between June 17, 2007 and October 21, 2007.

5     **RESPONSE TO REQUEST NO. 243:**

6     Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

7     known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

8     the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

9     determine if the domain is assigned at an IP address within its IP range and if so will send out a

10    takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

11    or deny that the Website, and specifically the content of the Website, is located or hosted at a

12    particular IP address.

13    **REQUEST NO. 244:**

14    YOU were assigned the IP address 205.209.191.67 at ALL RELEVANT TIMES.

15    **RESPONSE TO REQUEST NO. 244:**

16    Admit.

17    **REQUEST NO. 245:**

18    The website MYSHOES99.COM was hosted at IP address 204.13.64.100 at any time

19    between October 29, 2005 and April 22, 2006.

20    **RESPONSE TO REQUEST NO. 245:**

21    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

22    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

23    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

24    determine if the domain is assigned at an IP address within its IP range and if so will send out a

25    takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

26    or deny that the Website, and specifically the content of the Website, is located or hosted at a

27    particular IP address.

28    **REQUEST NO. 246:**

1        AKANOC was assigned the IP address 204.13.64.100 at ALL RELEVANT TIMES.

2   **RESPONSE TO REQUEST NO. 246:**

3        Admit.

4   **REQUEST NO. 247:**

5        The website MYSHOES99.COM was hosted at IP address 205.209.185.150 at any time

6   between April 22, 2006 and January 13, 2007.

7   **RESPONSE TO REQUEST NO. 247:**

8        Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

9   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

10  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

11  determine if the domain is assigned at an IP address within its IP range and if so will send out a

12  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

13  or deny that the Website, and specifically the content of the Website, is located or hosted at a

14  particular IP address.

15  **REQUEST NO. 248:**

16       YOU were assigned the IP address 205.209.185.150 at ALL RELEVANT TIMES.

17  **RESPONSE TO REQUEST NO. 248:**

18       Admit.

19  **REQUEST NO. 249:**

20       The website MYSHOES99.COM was hosted at IP address 205.209.185.151 at any time

21  between January 13, 2007 and February 3, 2007.

22  **RESPONSE TO REQUEST NO. 249:**

23       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

24  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

25  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

26  determine if the domain is assigned at an IP address within its IP range and if so will send out a

27  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

28  or deny that the Website, and specifically the content of the Website, is located or hosted at a

1  particular IP address.

2  **REQUEST NO. 250:**

3      YOU were assigned the IP address 205.209.185.151 at ALL RELEVANT TIMES.

4  **RESPONSE TO REQUEST NO. 250:**

5      Admit.

6  **REQUEST NO. 251:**

7      The website NIKE558.COM was hosted at IP address 204.16.197.27 at any time between

8  March 10, 2007 and August 12, 2007.

9  **RESPONSE TO REQUEST NO. 251:**

10      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

11  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

12  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

13  determine if the domain is assigned at an IP address within its IP range and if so will send out a

14  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

15  or deny that the Website, and specifically the content of the Website, is located or hosted at a

16  particular IP address.

17  **REQUEST NO. 252:**

18      AKANOC was assigned the IP address 204.16.197.27 at ALL RELEVANT TIMES.

19  **RESPONSE TO REQUEST NO. 252:**

20      Admit

21  **REQUEST NO. 253:**

22      The website NIKE558.COM was hosted at IP address 204.13.64.65 at any time between

23  August 12, 2007 and September 30, 2007.

24  **RESPONSE TO REQUEST NO. 253:**

25      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

26  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

27  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

28  determine if the domain is assigned at an IP address within its IP range and if so will send out a

1  takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit

2  or deny that the Website, and specifically the content of the Website, is located or hosted at a

3  particular IP address.

4  **REQUEST NO. 254:**

5    AKANOC was assigned the IP address 204.13.64.65 at ALL RELEVANT TIMES.

6  **RESPONSE TO REQUEST NO. 254:**

7    Admit.

8  **REQUEST NO. 255:**

9    The website NIKE558.COM was hosted at IP address 204.13.70.147 at any time between

10  September 30, 2007 and December 2, 2007.

11  **RESPONSE TO REQUEST NO. 255:**

12    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

13  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

14  the following reasons: Upon receipt of a notice of infringement Akanoc will ping the domain to

15  determine if the domain is assigned at an IP address within its IP range and if so will send out a

16  takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit

17  or deny that the Website, and specifically the content of the Website, is located or hosted at a

18  particular IP address.

19  **REQUEST NO. 256:**

20    YOU were assigned the IP address 204.13.70.147 at ALL RELEVANT TIMES.

21  **RESPONSE TO REQUEST NO. 256:**

22    Admit.

23  **REQUEST NO. 257:**

24    The website NIKE558.COM was hosted at IP address 204.13.70.148 at any time between

25  December 2, 2007 and March 9, 2008.

26  **RESPONSE TO REQUEST NO. 257:**

27    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

28  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

1  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

2  determine if the domain is assigned at an IP address within its IP range and if so will send out a

3  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

4  or deny that the Website, and specifically the content of the Website, is located or hosted at a

5  particular IP address.

6  **REQUEST NO. 258:**

7      AKANOC was assigned the IP address 204.13.70.148 at ALL RELEVANT TIMES.

8  **RESPONSE TO REQUEST NO. 258:**

9      Admit.

10  **REQUEST NO. 259:**

11      The website NIKESHOESOFFER.COM was hosted at IP address 205.209.140.162 at any

12  time between July 8, 2006 and December 16, 2007.

13  **RESPONSE TO REQUEST NO. 259:**

14      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

15  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

16  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

17  determine if the domain is assigned at an IP address within its IP range and if so will send out a

18  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

19  or deny that the Website, and specifically the content of the Website, is located or hosted at a

20  particular IP address.

21  **REQUEST NO. 260:**

22      YOU were assigned the IP address 205.209.140.162 at ALL RELEVANT TIMES.

23  **RESPONSE TO REQUEST NO. 260:**

24      Admit.

25  **REQUEST NO. 261:**

26      The website NIKESHOESOFFER.COM was hosted at IP address 204.16.195.130 at any

27  time between July 8, 2007 and December 16, 2007.

28  **RESPONSE TO REQUEST NO. 261:**

1    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

2  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

3  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

4  determine if the domain is assigned at an IP address within its IP range and if so will send out a

5  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

6  or deny that the Website, and specifically the content of the Website, is located or hosted at a

7  particular IP address.

8  **REQUEST NO. 262:**

9    AKANOC was assigned the IP address 204.16.195.130 at ALL RELEVANT TIMES.

10  **RESPONSE TO REQUEST NO. 262:**

11    Admit.

12  **REQUEST NO. 263:**

13    The website NIKESHOESOFFER.COM was hosted at IP address 205.209.175.218 at any

14  time between December 16, 2007 and January 20, 2008.

15  **RESPONSE TO REQUEST NO. 263:**

16    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

17  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

18  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

19  determine if the domain is assigned at an IP address within its IP range and if so will send out a

20  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

21  or deny that the Website, and specifically the content of the Website, is located or hosted at a

22  particular IP address.

23  **REQUEST NO. 264:**

24    YOU were assigned the IP address 205.209.175.218 at ALL RELEVANT TIMES.

25  **RESPONSE TO REQUEST NO. 264:**

26    Admit.

27  **REQUEST NO. 265:**

28    Attached hereto as Exhibit LL is a true and correct copy of one page from the

1  NIKESHOESOFFER.COM website.

2  **RESPONSE TO REQUEST NO. 265:**

3      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

4  known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is

5  unable to authenticate purported pages from a third party Website.

6  **REQUEST NO. 266:**

7      The website NIKEWTO.COM was hosted at IP address 205.209.136.108 at any time

8  between September 9, 2007 and October 28, 2007.

9  **RESPONSE TO REQUEST NO. 266:**

10      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

11  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

12  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

13  determine if the domain is assigned at an IP address within its IP range and if so will send out a

14  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

15  or deny that the Website, and specifically the content of the Website, is located or hosted at a

16  particular IP address.

17  **REQUEST NO. 267:**

18      YOU were assigned the IP address 205.209.136.108 at ALL RELEVANT TIMES.

19  **RESPONSE TO REQUEST NO. 267:**

20      Admit.

21  **REQUEST NO. 268:**

22      The website NIKEWTO.COM was hosted at IP address 205.209.165.65 at any time between

23  February 24, 2008 and March 9, 2008.

24  **RESPONSE TO REQUEST NO. 268:**

25      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

26  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

27  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

28  determine if the domain is assigned at an IP address within its IP range and if so will send out a

1  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

2  or deny that the Website, and specifically the content of the Website, is located or hosted at a

3  particular IP address.

4  **REQUEST NO. 269:**

5      YOU were assigned the IP address 205.209.165.65 at ALL RELEVANT TIMES.

6  **RESPONSE TO REQUEST NO. 269:**

7      Admit.

8  **REQUEST NO. 270:**

9      The website NONSTOPBEAUTY.COM was hosted at IP address 204.16.199.153 at any

10  time between April 15, 2006 and April 29, 2006.

11  **RESPONSE TO REQUEST NO. 270:**

12      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

13  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

14  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

15  determine if the domain is assigned at an IP address within its IP range and if so will send out a

16  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

17  or deny that the Website, and specifically the content of the Website, is located or hosted at a

18  particular IP address.

19  **REQUEST NO. 271:**

20      AKANOC was assigned the IP address 204.16.199.153 at ALL RELEVANT TIMES.

21  **RESPONSE TO REQUEST NO. 271:**

22      Admit.

23  **REQUEST NO. 272:**

24      The website NONSTOPBEAUTY.COM was hosted at IP address 204.16.195.127 at any

25  time between April 29, 2006 and May 20, 2006.

26  **RESPONSE TO REQUEST NO. 272:**

27      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

28  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

1  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

2  determine if the domain is assigned at an IP address within its IP range and if so will send out a

3  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

4  or deny that the Website, and specifically the content of the Website, is located or hosted at a

5  particular IP address.

6  **REQUEST NO. 273:**

7      AKANOC was assigned the IP address 204.16.195.127 at ALL RELEVANT TIMES.

8  **RESPONSE TO REQUEST NO. 273:**

9      Admit.

10  **REQUEST NO. 274:**

11      The website NONSTOPBEAUTY.COM was hosted at IP address 204.13.64.184 at any time

12  between May 20, 2006 and October 21, 2006.

13  **RESPONSE TO REQUEST NO. 274:**

14      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

15  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

16  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

17  determine if the domain is assigned at an IP address within its IP range and if so will send out a

18  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

19  or deny that the Website, and specifically the content of the Website, is located or hosted at a

20  particular IP address.

21  **REQUEST NO. 275:**

22      AKANOC was assigned the IP address 204.13.64.184 at ALL RELEVANT TIMES.

23  **RESPONSE TO REQUEST NO. 275:**

24      Admit.

25  **REQUEST NO. 276:**

26      The website NONSTOPBEAUTY.COM was hosted at IP address 205.209.161.20 at any

27  time between October 21, 2006 and September 30, 2007.

28  **RESPONSE TO REQUEST NO. 276:**

1          Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

2    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

3    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

4    determine if the domain is assigned at an IP address within its IP range and if so will send out a

5    takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

6    or deny that the Website, and specifically the content of the Website, is located or hosted at a

7    particular IP address.

8    **REQUEST NO. 277:**

9          YOU were assigned the IP address 205.209.161.20 at ALL RELEVANT TIMES.

10   **RESPONSE TO REQUEST NO. 277:**

11         Admit.

12   **REQUEST NO. 278:**

13         The website PFCSTATION.COM was hosted at IP address 205.209.168.1 at any time

14   between June 24, 2007 and December 16, 2007.

15   **RESPONSE TO REQUEST NO. 278:**

16         Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

17   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

18   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

19   determine if the domain is assigned at an IP address within its IP range and if so will send out a

20   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

21   or deny that the Website, and specifically the content of the Website, is located or hosted at a

22   particular IP address.

23   **REQUEST NO. 279:**

24         YOU were assigned the IP address 205.209.168.1 at ALL RELEVANT TIMES.

25   **RESPONSE TO REQUEST NO. 279:**

26         Admit.

27   **REQUEST NO. 280:**

28         The website PICKHIPHOP.COM was hosted at IP address 204.16.195.128 at any time

1  between November 25, 2006 and December 9, 2006.

2  **RESPONSE TO REQUEST NO. 280:**

3      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

4  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

5  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

6  determine if the domain is assigned at an IP address within its IP range and if so will send out a

7  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

8  or deny that the Website, and specifically the content of the Website, is located or hosted at a

9  particular IP address.

10  **REQUEST NO. 281:**

11      AKANOC was assigned the IP address 204.16.195.128 at ALL RELEVANT TIMES.

12  **RESPONSE TO REQUEST NO. 281:**

13      Admit.

14  **REQUEST NO. 282:**

15      The website PICKHIPHOP.COM was hosted at IP address 204.13.66.116 at any time

16  between December 9, 2006 and June 3, 2007.

17  **RESPONSE TO REQUEST NO. 282:**

18      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

19  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

20  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

21  determine if the domain is assigned at an IP address within its IP range and if so will send out a

22  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

23  or deny that the Website, and specifically the content of the Website, is located or hosted at a

24  particular IP address.

25  **REQUEST NO. 283:**

26      AKANOC was assigned the IP address 204.13.66.116 at ALL RELEVANT TIMES.

27  **RESPONSE TO REQUEST NO. 283:**

28      Admit.

1  **REQUEST NO. 284:**

2      The website PICKHIPHOP.COM was hosted at IP address 204.13.64.26 at any time between

3  June 3, 2007 and December 2, 2007.

4  **RESPONSE TO REQUEST NO. 284:**

5      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

6  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

7  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

8  determine if the domain is assigned at an IP address within its IP range and if so will send out a

9  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

10  or deny that the Website, and specifically the content of the Website, is located or hosted at a

11  particular IP address.

12  **REQUEST NO. 285:**

13      AKANOC was assigned the IP address 204.13.64.26 at ALL RELEVANT TIMES.

14  **RESPONSE TO REQUEST NO. 285:**

15      Admit.

16  **REQUEST NO. 286:**

17      The website PICKYOURGOODS.COM was hosted at IP address 205.209.142.227 at any

18  time between March 17, 2007 and April 14, 2007.

19  **RESPONSE TO REQUEST NO. 286:**

20      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

21  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

22  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

23  determine if the domain is assigned at an IP address within its IP range and if so will send out a

24  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

25  or deny that the Website, and specifically the content of the Website, is located or hosted at a

26  particular IP address.

27  **REQUEST NO. 287:**

28      YOU were assigned the IP address 205.209.142.227 at ALL RELEVANT TIMES.

1   **RESPONSE TO REQUEST NO. 287:**

2      Admit.

3   **REQUEST NO. 288:**

4      The website PICKYOURGOODS.COM was hosted at IP address 205.209.165.84 at any time

5   between April 14, 2007 and the present.

6   **RESPONSE TO REQUEST NO. 288:**

7      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

8   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

9   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

10   determine if the domain is assigned at an IP address within its IP range and if so will send out a

11   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

12   or deny that the Website, and specifically the content of the Website, is located or hosted at a

13   particular IP address.

14   **REQUEST NO. 289:**

15      YOU were assigned the IP address 205.209.165.84 at ALL RELEVANT TIMES.

16   **RESPONSE TO REQUEST NO. 289:**

17      Admit.

18   **REQUEST NO. 290:**

19      The website PICKYOURORDER.COM was hosted at IP address 204.13.64.61 at any time

20   between April 22, 2007 and June 17, 2007.

21   **RESPONSE TO REQUEST NO. 290:**

22      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

23   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

24   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

25   determine if the domain is assigned at an IP address within its IP range and if so will send out a

26   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

27   or deny that the Website, and specifically the content of the Website, is located or hosted at a

28   particular IP address.

1    **REQUEST NO. 291:**

2        AKANOC was assigned the IP address 204.13.64.61 at ALL RELEVANT TIMES.

3    **RESPONSE TO REQUEST NO. 291:**

4        Admit.

5    **REQUEST NO. 292:**

6        The website PICKYOURORDER.COM was hosted at IP address 204.13.70.40 at any time

7    between June 17, 2007 and August 12, 2007.

8    **RESPONSE TO REQUEST NO. 292:**

9        Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

10   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

11   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

12   determine if the domain is assigned at an IP address within its IP range and if so will send out a

13   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

14   or deny that the Website, and specifically the content of the Website, is located or hosted at a

15   particular IP address.

16   **REQUEST NO. 293:**

17       AKANOC was assigned the IP address 204.13.64.61 at ALL RELEVANT TIMES.

18   **RESPONSE TO REQUEST NO. 293:**

19       Admit.

20   **REQUEST NO. 294:**

21       The website PICKYOURORDER.COM was hosted at IP address 204.13.70.38 at any time

22   between August 12, 2007 and October 10, 2007.

23   **RESPONSE TO REQUEST NO. 294:**

24       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

25   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

26   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

27   determine if the domain is assigned at an IP address within its IP range and if so will send out a

28   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

1    or deny that the Website, and specifically the content of the Website, is located or hosted at a

2    particular IP address.

3    **REQUEST NO. 295:**

4        AKANOC was assigned the IP address at 204.13.70.38 at ALL RELEVANT TIMES.

5    **RESPONSE TO REQUEST NO. 295:**

6        Admit.

7    **REQUEST NO. 296:**

8        The website PICKYOURORDER.COM was hosted at IP address 205.209.185.116 at any

9    time between October 7, 2007 and December 2, 2007.

10    **RESPONSE TO REQUEST NO. 296:**

11        Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

12    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

13    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

14    determine if the domain is assigned at an IP address within its IP range and if so will send out a

15    takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

16    or deny that the Website, and specifically the content of the Website, is located or hosted at a

17    particular IP address.

18    **REQUEST NO. 297:**

19        YOU were assigned the IP address 205.209.185.116 at ALL RELEVANT TIMES.

20    **RESPONSE TO REQUEST NO. 297:**

21        Admit.

22    **REQUEST NO. 298:**

23        The website PICKYOURORDER.COM was hosted at IP address 205.209.185.114 at any

24    time between December 23, 2007 and March 9, 2008.

25    **RESPONSE TO REQUEST NO. 298:**

26        Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

27    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

28    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

1  determine if the domain is assigned at an IP address within its IP range and if so will send out a
2  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit
3  or deny that the Website, and specifically the content of the Website, is located or hosted at a
4  particular IP address.

5  **REQUEST NO. 299:**

6      YOU were assigned the IP address 205.209.185.114 at ALL RELEVANT TIMES.

7  **RESPONSE TO REQUEST NO. 299:**

8      Admit.

9  **REQUEST NO. 300:**

10      Attached hereto as Exhibit MM is a true and correct copy of one page from the
11  PICKYOURORDER.COM website.

12  **RESPONSE TO REQUEST NO. 300:**

13      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
14  known or readily obtainable by it is insufficient to enable it to admit or deny the request.  Akanoc is
15  unable to authenticate purported pages from a third party Website.

16  **REQUEST NO. 301:**

17      The website PRO-JORDAN.COM was hosted at IP address 204.16.198.173 at any time
18  between September 2, 2006 and September 9, 2006.

19  **RESPONSE TO REQUEST NO. 301:**

20      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
21  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for
22  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to
23  determine if the domain is assigned at an IP address within its IP range and if so will send out a
24  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit
25  or deny that the Website, and specifically the content of the Website, is located or hosted at a
26  particular IP address.

27  **REQUEST NO. 302:**

28      AKANOC was assigned the IP address 204.16.198.173 at ALL RELEVANT TIMES.

1  **RESPONSE TO REQUEST NO. 302:**

2      Admit.

3  **REQUEST NO. 303:**

4      The website PRO-JORDAN.COM was hosted at IP address 205.209.173.209 at any time

5  between April 29, 2007 and May 27, 2007.

6  **RESPONSE TO REQUEST NO. 303:**

7      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

8  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

9  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

10  determine if the domain is assigned at an IP address within its IP range and if so will send out a

11  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

12  or deny that the Website, and specifically the content of the Website, is located or hosted at a

13  particular IP address.

14  **REQUEST NO. 304:**

15      YOU were assigned the IP address 205.209.173.209 at ALL RELEVANT TIMES.

16  **RESPONSE TO REQUEST NO. 304:**

17      Admit.

18  **REQUEST NO. 305:**

19      The website PRO-JORDAN.COM was hosted at IP address 205.209.173.80 at any time

20  between May 27, 2007 and September 30, 2007.

21  **RESPONSE TO REQUEST NO. 305:**

22      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

23  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

24  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

25  determine if the domain is assigned at an IP address within its IP range and if so will send out a

26  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

27  or deny that the Website, and specifically the content of the Website, is located or hosted at a

28  particular IP address.

1    **REQUEST NO. 306:**

2        YOU were assigned the IP address 205.209.173.80 at ALL RELEVANT TIMES.

3    **RESPONSE TO REQUEST NO. 306:**

4        Admit.

5    **REQUEST NO. 307:**

6        The website PRO-JORDAN.COM was hosted at IP address 205.209.136.234 at any time

7    between September 30, 2007 and December 2, 2007.

8    **RESPONSE TO REQUEST NO. 307:**

9        Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

10   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

11   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

12   determine if the domain is assigned at an IP address within its IP range and if so will send out a

13   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

14   or deny that the Website, and specifically the content of the Website, is located or hosted at a

15   particular IP address.

16   **REQUEST NO. 308:**

17       YOU were assigned the IP address 205.209.136.234 at ALL RELEVANT TIMES.

18   **RESPONSE TO REQUEST NO. 308:**

19       Admit.

20   **REQUEST NO. 309:**

21       The website PRO-JORDAN.COM was hosted at IP address 205.209.137.121 at any time

22   between February 24, 2008 and March 9, 2008.

23   **RESPONSE TO REQUEST NO. 309:**

24       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

25   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

26   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

27   determine if the domain is assigned at an IP address within its IP range and if so will send out a

28   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

1  or deny that the Website, and specifically the content of the Website, is located or hosted at a

2  particular IP address.

3  **REQUEST NO. 310:**

4      YOU were assigned the IP address 205.209.137.121 at ALL RELEVANT TIMES.

5  **RESPONSE TO REQUEST NO. 310:**

6      Admit.

7  **REQUEST NO. 311:**

8      Attached hereto as Exhibit NN is a true and correct copy of one page from the PRO-

9  JORDAN.COM website.

10  **RESPONSE TO REQUEST NO. 311:**

11      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

12  known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is

13  unable to authenticate purported pages from a third party Website.

14  **REQUEST NO. 312:**

15      The website REPLICA-EBAGS.COM was hosted at IP address 204.16.193.146 at any time

16  between February 10, 2007 and November 11, 2007.

17  **RESPONSE TO REQUEST NO. 312:**

18      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

19  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

20  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

21  determine if the domain is assigned at an IP address within its IP range and if so will send out a

22  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

23  or deny that the Website, and specifically the content of the Website, is located or hosted at a

24  particular IP address.

25  **REQUEST NO. 313:**

26      AKANOC was assigned the IP address 204.16.193.146 at ALL RELEVANT TIMES.

27  **RESPONSE TO REQUEST NO. 313:**

28      Admit.

1    **REQUEST NO. 314:**

2       The website REPLICA-EBAGS.COM was hosted at IP address 204.16.193.146 at any time

3    between December 2, 2007 and January 20, 2008.

4    **RESPONSE TO REQUEST NO. 314:**

5       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

6    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

7    the following reasons: Upon receipt of a notice of infringement Akanoc will ping the domain to

8    determine if the domain is assigned at an IP address within its IP range and if so will send out a

9    takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit

10   or deny that the Website, and specifically the content of the Website, is located or hosted at a

11   particular IP address.

12   **REQUEST NO. 315:**

13      AKANOC was assigned the IP address 204.16.193.146 at ALL RELEVANT TIMES.

14   **RESPONSE TO REQUEST NO. 315:**

15      Admit.

16   **REQUEST NO. 316:**

17      Attached hereto as Exhibit OO is a true and correct copy of one page from the REPLICA-

18   EBAGS.COM website.

19   **RESPONSE TO REQUEST NO. 316:**

20      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

21   known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is

22   unable to authenticate purported pages from a third party Website.

23   **REQUEST NO. 317:**

24      The website RRGNL.COM was hosted at IP address 205.209.180.88 at any time between

25   September 23, 2006 and July 3, 2007.

26   **RESPONSE TO REQUEST NO. 317:**

27      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

28   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

1  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

2  determine if the domain is assigned at an IP address within its IP range and if so will send out a

3  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

4  or deny that the Website, and specifically the content of the Website, is located or hosted at a

5  particular IP address.

6  **REQUEST NO. 318:**

7        YOU were assigned the IP address 205.209.180.88 at ALL RELEVANT TIMES.

8  **RESPONSE TO REQUEST NO. 318:**

9        Admit.

10  **REQUEST NO. 319:**

11        The website SHOES-ORDER.COM was hosted at IP address 204.16.198.243 at any time

12  between August 26, 2006 and November 4, 2006.

13  **RESPONSE TO REQUEST NO. 319:**

14        Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

15  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

16  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

17  determine if the domain is assigned at an IP address within its IP range and if so will send out a

18  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

19  or deny that the Website, and specifically the content of the Website, is located or hosted at a

20  particular IP address.

21  **REQUEST NO. 320:**

22        AKANOC was assigned the IP address 204.16.198.243 at ALL RELEVANT TIMES.

23  **RESPONSE TO REQUEST NO. 320:**

24        Admit.

25  **REQUEST NO. 321:**

26        The website SHOES-ORDER.COM was hosted at IP address 204.13.70.53 at any time

27  between November 4, 2006 and December 23, 2006.

28  **RESPONSE TO REQUEST NO. 321:**

1      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

2    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

3    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

4    determine if the domain is assigned at an IP address within its IP range and if so will send out a

5    takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

6    or deny that the Website, and specifically the content of the Website, is located or hosted at a

7    particular IP address.

8    **REQUEST NO. 322:**

9       AKANOC was assigned the IP address 204.13.70.53 at ALL RELEVANT TIMES.

10    **RESPONSE TO REQUEST NO. 322:**

11       Admit.

12    **REQUEST NO. 323:**

13       The website SHOES-ORDER.COM was hosted at IP address 204.16.193.106 at any time

14    between December 23, 2006 and March 31, 2007.

15    **RESPONSE TO REQUEST NO. 323:**

16       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

17    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

18    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

19    determine if the domain is assigned at an IP address within its IP range and if so will send out a

20    takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

21    or deny that the Website, and specifically the content of the Website, is located or hosted at a

22    particular IP address.

23    **REQUEST NO. 324:**

24       AKANOC was assigned the IP address 204.16.193.106 at ALL RELEVANT TIMES.

25    **RESPONSE TO REQUEST NO. 324:**

26       Admit.

27    **REQUEST NO. 325:**

28       The website SHOES-ORDER.COM was hosted at IP address 204.13.66.161 at any time

1    between March 31, 2007 and June 24, 2007.

2    **RESPONSE TO REQUEST NO. 325:**

3           Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

4    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

5    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

6    determine if the domain is assigned at an IP address within its IP range and if so will send out a

7    takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

8    or deny that the Website, and specifically the content of the Website, is located or hosted at a

9    particular IP address.

10   **REQUEST NO. 326:**

11          AKANOC was assigned the IP address 204.13.66.161 at ALL RELEVANT TIMES.

12   **RESPONSE TO REQUEST NO. 326:**

13          Admit.

14   **REQUEST NO. 327:**

15          The website SHOES-ORDER.COM was hosted at IP address 204.13.66.161 at any time

16   between December 23, 2007 and January 20, 2008.

17   **RESPONSE TO REQUEST NO. 327:**

18          Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

19   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

20   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

21   determine if the domain is assigned at an IP address within its IP range and if so will send out a

22   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

23   or deny that the Website, and specifically the content of the Website, is located or hosted at a

24   particular IP address.

25   **REQUEST NO. 328:**

26          AKANOC was assigned the IP address 204.13.66.161 at ALL RELEVANT TIMES.

27   **RESPONSE TO REQUEST NO. 328:**

28          Admit.

1    **REQUEST NO. 329:**

2        The website SHOES-ORDER.COM was hosted at IP address 204.13.70.50 at any time

3    between June 24, 2007 and October 28, 2007.

4    **RESPONSE TO REQUEST NO. 329:**

5        Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

6    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

7    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

8    determine if the domain is assigned at an IP address within its IP range and if so will send out a

9    takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

10   or deny that the Website, and specifically the content of the Website, is located or hosted at a

11   particular IP address.

12   **REQUEST NO. 330:**

13       AKANOC was assigned the IP address 204.13.70.50 at ALL RELEVANT TIMES.

14   **RESPONSE TO REQUEST NO. 330:**

15       Admit.

16   **REQUEST NO. 331:**

17       The website SHOES-ORDER.COM was hosted at IP address 204.16.198.252 at any time

18   between October 28, 2007 and November 18, 2007.

19   **RESPONSE TO REQUEST NO. 331:**

20       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

21   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

22   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

23   determine if the domain is assigned at an IP address within its IP range and if so will send out a

24   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

25   or deny that the Website, and specifically the content of the Website, is located or hosted at a

26   particular IP address.

27   **REQUEST NO. 332:**

28       AKANOC was assigned the IP address 204.16.198.252 at ALL RELEVANT TIMES.

1  **RESPONSE TO REQUEST NO. 332:**

2      Admit.

3  **REQUEST NO. 333:**

4      The website SHOES-ORDER.COM was hosted at IP address 204.13.70.21 at any time

5  between November 18, 2007 and March 2, 2008.

6  **RESPONSE TO REQUEST NO. 333:**

7      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

8  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

9  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

10 determine if the domain is assigned at an IP address within its IP range and if so will send out a

11 takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

12 or deny that the Website, and specifically the content of the Website, is located or hosted at a

13 particular IP address.

14 **REQUEST NO. 334:**

15     AKANOC was assigned the IP address 204.13.70.21 at ALL RELEVANT TIMES.

16 **RESPONSE TO REQUEST NO. 334:**

17     Admit.

18 **REQUEST NO. 335:**

19     The website SHOES-ORDER.COM was hosted at IP address 204.13.66.1 at any time

20 between January 20, 2008 and March 2, 2008.

21 **RESPONSE TO REQUEST NO. 335:**

22     Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

23 known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

24 the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

25 determine if the domain is assigned at an IP address within its IP range and if so will send out a

26 takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

27 or deny that the Website, and specifically the content of the Website, is located or hosted at a

28 particular IP address.

1    **REQUEST NO. 336:**

2        AKANOC was assigned the IP address 204.13.66.1 at ALL RELEVANT TIMES.

3    **RESPONSE TO REQUEST NO. 336:**

4        Admit.

5    **REQUEST NO. 337:**

6        Attached hereto as Exhibit PP is a true and correct copy of one page from the SHOES-

7    ORDER.COM website.

8    **RESPONSE TO REQUEST NO. 337:**

9        Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

10   known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is

11   unable to authenticate purported pages from a third party Website.

12   **REQUEST NO. 338:**

13       The website SOAPPAREL.COM was hosted at IP address 205.209.174.125 at any time

14   between February 10, 2007 and March 31, 2007.

15   **RESPONSE TO REQUEST NO. 338:**

16       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

17   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

18   the following reasons: Upon receipt of a notice of infringement Akanoc will ping the domain to

19   determine if the domain is assigned at an IP address within its IP range and if so will send out a

20   takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit

21   or deny that the Website, and specifically the content of the Website, is located or hosted at a

22   particular IP address.

23   **REQUEST NO. 339:**

24       YOU were assigned the IP address 205.209.174.125 at ALL RELEVANT TIMES.

25   **RESPONSE TO REQUEST NO. 339:**

26       Admit.

27   **REQUEST NO. 340:**

28       The website SOAPPAREL.COM was hosted at IP address 204.16.192.244 at any time

1  between March 31, 2007 and February 17, 2008.

2  **RESPONSE TO REQUEST NO. 340:**

3      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

4  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

5  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

6  determine if the domain is assigned at an IP address within its IP range and if so will send out a

7  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

8  or deny that the Website, and specifically the content of the Website, is located or hosted at a

9  particular IP address.

10  **REQUEST NO. 341:**

11      AKANOC was assigned the IP address 204.16.192.244 at ALL RELEVANT TIMES.

12  **RESPONSE TO REQUEST NO. 341:**

13      Admit.

14  **REQUEST NO. 342:**

15      The website SOAPPAREL.COM was hosted at IP address 205.209.165.50 at any time

16  between February 17, 2008 and the present.

17  **RESPONSE TO REQUEST NO. 342:**

18      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

19  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

20  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

21  determine if the domain is assigned at an IP address within its IP range and if so will send out a

22  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

23  or deny that the Website, and specifically the content of the Website, is located or hosted at a

24  particular IP address.

25  **REQUEST NO. 343:**

26      YOU were assigned the IP address 205.209.165.50 at ALL RELEVANT TIMES.

27  **RESPONSE TO REQUEST NO. 343:**

28      Admit.

**REQUEST NO. 344:**

Attached hereto as Exhibit QQ is a true and correct copy of one page from the SOAPPAREL.COM website.

**RESPONSE TO REQUEST NO. 344:**

Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information known or readily obtainable by it is insufficient to enable it to admit or deny the request. Akanoc is unable to authenticate purported pages from a third party Website.

**REQUEST NO. 345:**

The website SUNNY7SHOES.COM was hosted at IP address 205.209.136.108 at any time between September 9, 2007 and October 28, 2007.

**RESPONSE TO REQUEST NO. 345:**

Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information known or readily obtainable by it is insufficient to enable it to admit or deny the request further for the following reasons: Upon receipt of a notice of infringement Akanoc will ping the domain to determine if the domain is assigned at an IP address within its IP range and if so will send out a takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit or deny that the Website, and specifically the content of the Website, is located or hosted at a particular IP address.

**REQUEST NO. 346:**

YOU were assigned the IP address 205.209.136.108 at ALL RELEVANT TIMES.

**RESPONSE TO REQUEST NO. 346:**

Admit.

**REQUEST NO. 347:**

The website SUNNY7SHOES.COM was hosted at IP address 205.209.155.155 at any time between October 28, 2007 and November 18, 2007.

**RESPONSE TO REQUEST NO. 347:**

Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information known or readily obtainable by it is insufficient to enable it to admit or deny the request because

1  absent notice Akanoc has no means of knowing what Website, if any, is being hosted at a particular

2  IP address.

3  **REQUEST NO. 348:**

4      YOU were assigned the IP address 205.209.155.155 at ALL RELEVANT TIMES.

5  **RESPONSE TO REQUEST NO. 348:**

6      Admit.

7  **REQUEST NO. 349:**

8      The website SUPER925.COM was hosted at IP address 204.16.197.26 at any time between

9  July 22, 2006 and April 14, 2007.

10  **RESPONSE TO REQUEST NO. 349:**

11      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

12  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

13  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

14  determine if the domain is assigned at an IP address within its IP range and if so will send out a

15  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

16  or deny that the Website, and specifically the content of the Website, is located or hosted at a

17  particular IP address.

18  **REQUEST NO. 350:**

19      AKANOC was assigned the IP address 204.16.197.26 at ALL RELEVANT TIMES.

20  **RESPONSE TO REQUEST NO. 350:**

21      Admit.

22  **REQUEST NO. 351:**

23      The website SUPER925.COM was hosted at IP address 204.13.64.61 at any time between

24  April 14, 2007 and July 22, 2007.

25  **RESPONSE TO REQUEST NO. 351:**

26      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

27  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

28  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

1    determine if the domain is assigned at an IP address within its IP range and if so will send out a

2    takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit

3    or deny that the Website, and specifically the content of the Website, is located or hosted at a

4    particular IP address.

5    **REQUEST NO. 352:**

6      AKANOC was assigned the IP address 204.13.64.61 at ALL RELEVANT TIMES.

7    **RESPONSE TO REQUEST NO. 352:**

8      Admit.

9    **REQUEST NO. 353:**

10      The website SUPER925.COM was hosted at IP address 205.209.163.29 at any time between

11    July 22, 2007 and the present.

12    **RESPONSE TO REQUEST NO. 353:**

13      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

14    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

15    the following reasons: Upon receipt of a notice of infringement Akanoc will ping the domain to

16    determine if the domain is assigned at an IP address within its IP range and if so will send out a

17    takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit

18    or deny that the Website, and specifically the content of the Website, is located or hosted at a

19    particular IP address.

20    **REQUEST NO. 354:**

21      YOU were assigned the IP address 205.209.163.29 at ALL RELEVANT TIMES.

22    **RESPONSE TO REQUEST NO. 354:**

23      Admit.

24    **REQUEST NO. 355:**

25      The website SUPER925.COM was hosted at IP address 204.16.194.104 at any time between

26    December 2, 2007 and March 9, 2008.

27    **RESPONSE TO REQUEST NO. 355:**

28      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

1    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for
2    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to
3    determine if the domain is assigned at an IP address within its IP range and if so will send out a
4    takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit
5    or deny that the Website, and specifically the content of the Website, is located or hosted at a
6    particular IP address.

7    **REQUEST NO. 356:**

8        AKANOC was assigned the IP address 204.16.194.104 at ALL RELEVANT TIMES.

9    **RESPONSE TO REQUEST NO. 356:**

10       Admit.

11   **REQUEST NO. 357:**

12       Attached hereto as Exhibit RR is a true and correct copy of one page from the
13   SUPER925.COM website.

14   **RESPONSE TO REQUEST NO. 357:**

15       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
16   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for
17   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to
18   determine if the domain is assigned at an IP address within its IP range and if so will send out a
19   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit
20   or deny that the Website, and specifically the content of the Website, is located or hosted at a
21   particular IP address.

22   **REQUEST NO. 358:**

23       The website SWISSHOURS.BIZ was hosted at IP address 66.79.176.207 at any time
24   between June 1, 2007 and October 28. 2007.

25   **RESPONSE TO REQUEST NO. 358:**

26       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
27   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for
28   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

1    determine if the domain is assigned at an IP address within its IP range and if so will send out a

2    takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

3    or deny that the Website, and specifically the content of the Website, is located or hosted at a

4    particular IP address.

5    **REQUEST NO. 359:**

6        YOU were assigned the IP address 66.79.176.207 at ALL RELEVANT TIMES.

7    **RESPONSE TO REQUEST NO. 359:**

8        Admit.

9    **REQUEST NO. 360:**

10       The website TYTRADE88.COM was hosted at IP address 205.209.172.164 at any time

11   between December 16, 2006 and March 24, 2007.

12   **RESPONSE TO REQUEST NO. 360:**

13       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

14   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

15   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

16   determine if the domain is assigned at an IP address within its IP range and if so will send out a

17   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

18   or deny that the Website, and specifically the content of the Website, is located or hosted at a

19   particular IP address.

20   **REQUEST NO. 361:**

21       YOU were assigned the IP address 205.209.172.164 at ALL RELEVANT TIMES.

22   **RESPONSE TO REQUEST NO. 361:**

23       Admit.

24   **REQUEST NO. 362:**

25       The website TYTRADE88.COM was hosted at IP address 205.209.136.83 at any time

26   between March 24, 2007 and the present.

27   **RESPONSE TO REQUEST NO. 362:**

28       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

1    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

2    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

3    determine if the domain is assigned at an IP address within its IP range and if so will send out a

4    takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

5    or deny that the Website, and specifically the content of the Website, is located or hosted at a

6    particular IP address.

7    **REQUEST NO. 363:**

8        YOU were assigned the IP address 205.209.136.83 at ALL RELEVANT TIMES.

9    **RESPONSE TO REQUEST NO. 363:**

10        Admit.

11    **REQUEST NO. 364:**

12        The website WATCHESNREPLICA.COM was hosted at IP address 66.79.176.207 at any

13    time between April 29, 2007 and October 28, 2007.

14    **RESPONSE TO REQUEST NO. 364:**

15        Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

16    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

17    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

18    determine if the domain is assigned at an IP address within its IP range and if so will send out a

19    takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

20    or deny that the Website, and specifically the content of the Website, is located or hosted at a

21    particular IP address.

22    **REQUEST NO. 365:**

23        The website WATCHESNREPLICA.COM was hosted at IP address 66.79.176.207 at any

24    time between November 18, 2007 and December 2, 2007.

25    **RESPONSE TO REQUEST NO. 365:**

26        Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

27    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

28    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

1   determine if the domain is assigned at an IP address within its IP range and if so will send out a
2   takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit
3   or deny that the Website, and specifically the content of the Website, is located or hosted at a
4   particular IP address.

5   **REQUEST NO. 366:**

6       YOU were assigned the IP address 66.79.176.207 at ALL RELEVANT TIMES.

7   **RESPONSE TO REQUEST NO. 366:**

8       Admit.

9   **REQUEST NO. 367:**

10      The website WATCHESREPLICA.NET was hosted at IP address 204.16.193.146 at any
11  time between May 11, 2007 and December 2, 2007.

12  **RESPONSE TO REQUEST NO. 367:**

13      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
14  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for
15  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to
16  determine if the domain is assigned at an IP address within its IP range and if so will send out a
17  takedown email. However, Akanoc does not visit the Website itself and is therefore unable to admit
18  or deny that the Website, and specifically the content of the Website, is located or hosted at a
19  particular IP address.

20  **REQUEST NO. 368:**

21      AKANOC was assigned the IP address 204.16.193.146 at ALL RELEVANT TIMES.

22  **RESPONSE TO REQUEST NO. 368:**

23      Admit.

24  **REQUEST NO. 369:**

25      The website WATCHNREPLICA.NET was hosted at IP address 66.79.176.207 at any time
26  between June 3, 2007 and October 28, 2007.

27  **RESPONSE TO REQUEST NO. 369:**

28      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

1  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for
2  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to
3  determine if the domain is assigned at an IP address within its IP range and if so will send out a
4  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit
5  or deny that the Website, and specifically the content of the Website, is located or hosted at a
6  particular IP address.

7  **REQUEST NO. 370:**

8       YOU were assigned the IP address 66.79.176.207 at ALL RELEVANT TIMES.

9  **RESPONSE TO REQUEST NO. 370:**

10      Admit.

11  **REQUEST NO. 371:**

12      The website WEARONLINE.NET was hosted at IP address 204.13.70.139 at any time
13  between April 2, 2006 and April 29, 2007.

14  **RESPONSE TO REQUEST NO. 371:**

15      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
16  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for
17  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to
18  determine if the domain is assigned at an IP address within its IP range and if so will send out a
19  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit
20  or deny that the Website, and specifically the content of the Website, is located or hosted at a
21  particular IP address.

22  **REQUEST NO. 372:**

23      AKANOC was assigned the IP address 204.13.70.139 at ALL RELEVANT TIMES.

24  **RESPONSE TO REQUEST NO. 372:**

25      Admit.

26  **REQUEST NO. 373:**

27      The website WEARONLINE.NET was hosted at IP address 204.13.70.133 at any time
28  between April 29, 2007 and the present.

1    **RESPONSE TO REQUEST NO. 373:**

2          Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

3    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

4    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

5    determine if the domain is assigned at an IP address within its IP range and if so will send out a

6    takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

7    or deny that the Website, and specifically the content of the Website, is located or hosted at a

8    particular IP address.

9    **REQUEST NO. 374:**

10          AKANOC was assigned the IP address 204.13.70.133 at ALL RELEVANT TIMES.

11   **RESPONSE TO REQUEST NO. 374:**

12          Admit.

13   **REQUEST NO. 375:**

14          The website WENDY929.COM was hosted at IP address 205.209.163.83 at any time

15   between September 23, 2006 and October 28, 2006.

16   **RESPONSE TO REQUEST NO. 375:**

17          Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

18   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

19   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

20   determine if the domain is assigned at an IP address within its IP range and if so will send out a

21   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

22   or deny that the Website, and specifically the content of the Website, is located or hosted at a

23   particular IP address.

24   **REQUEST NO. 376:**

25          YOU were assigned the IP address 205.209.163.83 at ALL RELEVANT TIMES.

26   **RESPONSE TO REQUEST NO. 376:**

27          Admit.

28   **REQUEST NO. 377:**

1    The website WENDY929.COM was hosted at IP address 204.13.69.140 at any time between
2    October 28, 2006 and the present.

3    **RESPONSE TO REQUEST NO. 377:**

4    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
5    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for
6    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to
7    determine if the domain is assigned at an IP address within its IP range and if so will send out a
8    takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit
9    or deny that the Website, and specifically the content of the Website, is located or hosted at a
10   particular IP address.

11   **REQUEST NO. 378:**

12   AKANOC was assigned the IP address 204.13.69.140 at ALL RELEVANT TIMES.

13   **RESPONSE TO REQUEST NO. 378:**

14   Admit.

15   **REQUEST NO. 379:**

16   The website WENDY929.NET was hosted at IP address 205.209.163.83 at any time between
17   September 23, 2006 and October 28, 2006.

18   **RESPONSE TO REQUEST NO. 379:**

19   Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information
20   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for
21   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to
22   determine if the domain is assigned at an IP address within its IP range and if so will send out a
23   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit
24   or deny that the Website, and specifically the content of the Website, is located or hosted at a
25   particular IP address.

26   **REQUEST NO. 380:**

27   YOU were assigned the IP address 205.209.163.83 at ALL RELEVANT TIMES.

28   **RESPONSE TO REQUEST NO. 380:**

1    Admit.

2    **REQUEST NO. 381:**

3    The website WENDY929.NET was hosted at IP address 204.13.69.140 at any time between

4    October 28, 2006 and the present.

5    **RESPONSE TO REQUEST NO. 381:**

6    Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

7    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

8    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

9    determine if the domain is assigned at an IP address within its IP range and if so will send out a

10   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

11   or deny that the Website, and specifically the content of the Website, is located or hosted at a

12   particular IP address.

13   **REQUEST NO. 382:**

14   AKANOC was assigned the IP address 204.13.69.140 at ALL RELEVANT TIMES.

15   **RESPONSE TO REQUEST NO. 382:**

16   Admit.

17   **REQUEST NO. 383:**

18   Attached hereto as Exhibit SS is a true and correct copy of one page from the

19   WENDY929.COM website.

20   **RESPONSE TO REQUEST NO. 383:**

21   Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

22   known or readily obtainable by it is insufficient to enable it to admit or deny the request.  Akanoc is

23   unable to authenticate purported pages from a third party Website.

24   **REQUEST NO. 384:**

25   The website WENDYLUXURY.COM was hosted at IP address 205.209.163.83 at any time

26   between September 28, 2006 and October 28, 2006.

27   **RESPONSE TO REQUEST NO. 384:**

28   Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

1   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

2   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

3   determine if the domain is assigned at an IP address within its IP range and if so will send out a

4   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

5   or deny that the Website, and specifically the content of the Website, is located or hosted at a

6   particular IP address.

7   **REQUEST NO. 385:**

8       YOU were assigned the IP address 205.209.163.83 at ALL RELEVANT TIMES.

9   **RESPONSE TO REQUEST NO. 385:**

10      Admit.

11  **REQUEST NO. 386:**

12      The website WENDYLUXURY.COM was hosted at IP address 204.13.69.140 at any time

13  between October 28, 2006 and December 16, 2007.

14  **RESPONSE TO REQUEST NO. 386:**

15      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

16  known or readily obtainable by it is insufficient to enable it to admit or deny the request because

17  absent notice Akanoc has no means of knowing what Website, if any, is being hosted at a particular

18  IP address.

19  **REQUEST NO. 387:**

20      AKANOC was assigned the IP address 204.13.69.140 at ALL RELEVANT TIMES.

21  **RESPONSE TO REQUEST NO. 387:**

22      Admit.

23  **REQUEST NO. 388:**

24      The website WORLDKEYTRADE.COM was hosted at IP address 66.79.176.49 at any time

25  between April 22, 2007 and May 13, 2007.

26  **RESPONSE TO REQUEST NO. 388:**

27      Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

28  known or readily obtainable by it is insufficient to enable it to admit or deny the request because

1  absent notice Akanoc has no means of knowing what Website, if any, is being hosted at a particular

2  IP address.

3  **REQUEST NO. 389:**

4     YOU were assigned the IP address 66.79.176.49 at ALL RELEVANT TIMES.

5  **RESPONSE TO REQUEST NO. 389:**

6     Admit.

7  **REQUEST NO. 390:**

8     The website WORLDKEYTRADE.COM was hosted at IP address 205.209.155.145 at any

9  time between September 9, 2007 and November 11, 2007.

10  **RESPONSE TO REQUEST NO. 390:**

11     Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

12  known or readily obtainable by it is insufficient to enable it to admit or deny the request because

13  absent notice Akanoc has no means of knowing what Website, if any, is being hosted at a particular

14  IP address.

15  **REQUEST NO. 391:**

16     YOU were assigned the IP address 205.209.155.145 at ALL RELEVANT TIMES.

17  **RESPONSE TO REQUEST NO. 391:**

18     Admit.

19  **REQUEST NO. 392:**

20     The website WORLDKEYTRADE.COM was hosted at IP address 205.209.168.3 at any time

21  between November 18, 2007 and December 16, 2007.

22  **RESPONSE TO REQUEST NO. 392:**

23     Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

24  known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

25  the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

26  determine if the domain is assigned at an IP address within its IP range and if so will send out a

27  takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

28  or deny that the Website, and specifically the content of the Website, is located or hosted at a

1 | particular IP address.

2 | **REQUEST NO. 393:**

3 |     YOU were assigned the IP address 205.209.168.3 at ALL RELEVANT TIMES.

4 | **RESPONSE TO REQUEST NO. 393:**

5 |     Admit.

6 | **REQUEST NO. 394:**

7 |     The website WORLDKEYTRADE.COM was hosted at IP address 205.209.165.65 at any

8 | time between December 16, 2007 and December 23, 2007.

9 | **RESPONSE TO REQUEST NO. 394:**

10 |     Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

11 | known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

12 | the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

13 | determine if the domain is assigned at an IP address within its IP range and if so will send out a

14 | takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

15 | or deny that the Website, and specifically the content of the Website, is located or hosted at a

16 | particular IP address.

17 | **REQUEST NO. 395:**

18 |     YOU were assigned the IP address 205.209.165.65 at ALL RELEVANT TIMES.

19 | **RESPONSE TO REQUEST NO. 395:**

20 |     Admit.

21 | **REQUEST NO. 396:**

22 |     Attached hereto as Exhibit TT is a true and correct copy of one page from the

23 | WORLDKEYTRADE.COM website.

24 | **RESPONSE TO REQUEST NO. 396:**

25 |     Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

26 | known or readily obtainable by it is insufficient to enable it to admit or deny the request.  Akanoc is

27 | unable to authenticate purported pages from a third party Website.

28 | **REQUEST NO. 397:**

1        The website YEAHEBAY.COM was hosted at IP address 204.16.195.126 at any time

2    between September 23, 2006 and January 27, 2008.

3    **RESPONSE TO REQUEST NO. 397:**

4        Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

5    known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

6    the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

7    determine if the domain is assigned at an IP address within its IP range and if so will send out a

8    takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

9    or deny that the Website, and specifically the content of the Website, is located or hosted at a

10   particular IP address.

11   **REQUEST NO. 398:**

12       AKANOC was assigned the IP address 204.16.195.126 at ALL RELEVANT TIMES.

13   **RESPONSE TO REQUEST NO. 398:**

14       Admit.

15   **REQUEST NO. 399:**

16       The website YSEENET.NET was hosted at IP address 204.13.69.140 at any time between

17   April 7, 2007 and December 23, 2007.

18   **RESPONSE TO REQUEST NO. 399:**

19       Pursuant to Fed. R. Civ. P. 36(a), Akanoc has made a reasonable inquiry and the information

20   known or readily obtainable by it is insufficient to enable it to admit or deny the request further for

21   the following reasons:  Upon receipt of a notice of infringement Akanoc will ping the domain to

22   determine if the domain is assigned at an IP address within its IP range and if so will send out a

23   takedown email.  However, Akanoc does not visit the Website itself and is therefore unable to admit

24   or deny that the Website, and specifically the content of the Website, is located or hosted at a

25   particular IP address.

26   **REQUEST NO. 400:**

27       AKANOC was assigned the IP address 204.13.69.140 at ALL RELEVANT TIMES.

28   **RESPONSE TO REQUEST NO. 400:**

1        Admit.

2

3    Dated: April 17, 2008                    **GAUNTLETT & ASSOCIATES**

4

5                                            By:    _Brian S Edwards_

6                                                   David A. Gauntlett
                                                    James A. Lowe
7                                                   Brian S. Edwards

8                                            Attorneys for Defendants
                                             Akanoc Solutions, Inc.,
9                                            Managed Solutions Group, Inc.,
                                             and Steven Chen

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

10562-002-4/17/2008-160746.1            108            **MSG'S RESPONSES TO
                                                       REQUESTS FOR ADMISSION – SET ONE
                                                       – C 07-3952 JW**

1  RE:          *Louis Vuitton Malletier, S.A. v. Akanoc Solutions, Inc., et al.*
   VENUE:       U.S.D.C., Northern District, San Jose Division
2  CASE NO.:    C-07-03952 JW

3                      **PROOF OF SERVICE**

4       I am employed in the County of Orange, State of California.  I am over the age of eighteen (18)
   years and not a party to the within action; my business address is: Gauntlett & Associates, 18400 Von
5  Karman, Suite 300, Irvine, California 92612.

6       On April 17, 2008, I served the foregoing document described as: **RESPONSES OF
   DEFENDANT MANAGED SOLUTIONS GROUP, INC. TO FIRST SET OF REQUESTS FOR
7  ADMISSION BY PLAINTIFF** on the interested parties in this action by placing a true copy thereof
   enclosed in a sealed envelope addressed as follows:

8
                              J. Andrew Coombs, Esq.
9                              Annie S. Wang, Esq.
                          J. Andrew Coombs, A Prof. Corp.
10                          517 E. Wilson Avenue, Suite 202
                              Glendale, CA 91206-5902
11                          Telephone:  (818) 500-3200
                            Facsimile:  (818) 500-3201
12                              andy@coombspc.com
                                annie@coombspc.com
13
                    *Attorneys for Plaintiff, Louis Vuitton Malletier, S.A.*
14
15  [X]    **(BY MAIL)**  I am "readily familiar" with the firm's practice of collection and processing
          correspondence for mailing.  Under that practice it would be deposited with U.S. Postal Service
16        on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course
          of business.  I am aware that on motion of the party served, service is presumed invalid if postal
17        cancellation date or postage meter date is more than one day after date of deposit for mailing
          in affidavit.

18  [ ]    **(BY FACSIMILE)** The document was transmitted by facsimile transmission to the above fax
          numbers with the transmission reported as complete and without error.
19
20  [X]    **(BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION)** I caused the document
          to be sent to the respective e-mail address(es) of the party(ies) as stated above.  I did not receive,
21        within a reasonable time after the transmission, any electronic message or other indication that
          the transmission was unsuccessful.

22  [ ]    **(BY PERSONAL SERVICE)**  I caused such envelope to be delivered by hand to the offices
          of the above addressees by DDS Attorney Services.
23
24  [ ]    **(BY UPS NEXT DAY AIR)**  I caused such package to be deposited with the UPS Drop Box
          or UPS Air Service Center located at one of the following locations: 18400 Von Karman, Irvine,
          California 92612 or 2222 Michelson Drive, #222, Irvine, California 92612.
25
26  [X]    **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at
          whose direction the service was made.

27        Executed on April 17, 2008, at Irvine, California.

28  Peggy Murray_____                    _____
    (Print Name)                                  (Signature)

**From:**       security
**Sent:**       Thursday, November 29, 2007 11:29 AM
**To:**         noraq
**Subject:**    [Fwd: Counterfeit product complaint;  immediate action required; 12 hours final notice]


Dear Sir,

We have received letter complaint from legal authority that your server
IP:204.16.193.146 main IP:205.209.136.51 is hosting website: watchesreplica.net  which
engaged in sale of counterfeit products.
Please take down the specific website immediately, or we will disconnect the abuse IP.

Thank you for your cooperation.

Security SS

△  Ⓟ EXHIBIT__8__
DATE:___4-8-08___
WITNESS:__S. Chen__
PAGE___1___OF___1___
J. WHITACRE, CSR

1

**From:** security
**Sent:** Friday, November 30, 2007 8:04 AM
**To:** noraq@126.com
**Subject:** Re: [Fwd: Counterfeit product complaint;  immediate action required; 12 hours final  notice]

Nora, this is Steve.
You need to take care this one fast; we are under big pressure from the lawyer.
For the extraIP, we can nullroute the extraIP without killing the whole server; but this
one is on main IP, so if you don't kill the website, we will need to kill the server.
In the future, try not to put applications on main IP.
Steve

noraq@126.com wrote:
> pushing the customer to resolve it
>
> From: "security" <security@akanoc.com>
> To: "noraq" <noraq@126.com>
> Date: Fri, 30 Nov 2007 03:34:51 +0800 (CST)
> Subject: [Fwd: Counterfeit product complaint; immediate action
> required; 12 hours final notice]
>
>
>
> > Dear Sir,
> >
> > We have received letter complaint from legal authority that your
> > server
> > IP:205.209.143.146 main IP:205.209.143.146 is hosting website:
> > ebuynike.com and ecshoes.com which engaged in sale of counterfeit
> > products.
> > Please take down the specific website immediately, or we will
> > disconnect
> > the abuse IP.
> >
> > Thank you for your cooperation.
> >
> > Security SS
> >
> >
> >
> >
> >

△  EXHIBIT  9
DATE: 4-8-08
WITNESS: S. Chen
PAGE  1  OF  1
J. WHITACRE, CSR

1

**From:**          security
**Sent:**          Wednesday, December 19, 2007 6:44 AM
**To:**            wa78@mail2000.com.tw
**Subject:**       Re: Fw: {100-134182} RE: Reboot 205.209.143.93


This is due to a website famous-shop.com selling illegal counterfeit product, in
particular Louis Vuitton.
Please take care of this issue immediately.
Thanks.
Security Team

Chen wrote:
> What is wrong with this server?
>
> Chen
> -----Forwarded message-----
> From: reboot@akanoc.com
> To: wa78@mail2000.com.tw
> Date: Tue, 18 Dec 2007 13:14:08 -0800 (PST)
> Subject: {100-134182} RE: Reboot 205.209.143.93
>
>   Tech :: Ken has responded to your help desk request.
>
> ------------------------------------------------
>   (Tech :: Ken)
> ------------------------------------------------
>
>
> Dear Customer,
>
> this server has been unplugged due to abuse complaint, please contact the security dept
via security@akanoc.com to replug your server. thank you.
>
>
>
>
> Best Regards,
> Support Team
>
>
> _____
> Thank you
> Tech :: Ken
>
>
>
>

△  (π)  EXHIBIT  10
DATE:  4-08-08
WITNESS:  S. Chen
PAGE  1  OF  1
J. WHITACRE, CSR

1

| From: | security |
|---|---|
| Sent: | Thursday, November 29, 2007 11:58 AM |
| To: | yong@abcde.cn |
| Subject: | [Fwd: Counterfeit product complaint;  immediate action required; 12 hours final notice] |

Dear Sir,

We have received letter complaint from legal authority that your server
IP:205.209.168.3 main IP:205.209.142.235 is hosting website: worldkeytrade.com which
engaged in sale of counterfeit products.
Please take down the specific website immediately, or we will disconnect the abuse IP.

Thank you for your cooperation.

Security SS

1

**From:** security [security@akanoc.com]
**Sent:** Thursday, July 19, 2007 4:03 PM
**To:** steve chen
**Subject:** Re: Legal complaint through mail

so what should you do? you handle it now! tks

steve chen wrote:
> Looks like:
> eshoes99.com DEAD.
> bizyao.com  205.209.136.83
> famous-shop.com 205.209.143.93
>
> steve
>
> -----Original Message-----
> From: Timecard
> Sent: Thursday, July 19, 2007 12:04 PM
> To: steve chen
> Subject: MX-M350N_ 20070719_ 130602;
>
>
>
> MX-M350N_ 20070719_ 130602;
>  <<MX-M350N_ 20070719_ 130602.pdf>>

1

| From: | steve chen [steve@racklogic.com] |
|---|---|
| Sent: | Wednesday, August 08, 2007 3:05 PM |
| To: | Security (E-mail) |
| Subject: | FW: 204.16.197.27 removed from 204.13.69.170 main IP;  we are being suited by LV for hosting this website, ape168.com |

FYI, stupid LV instead of suit ape168, they suit us.  damn!

> -----Original Message-----
> From:        steve chen
> Sent: Wednesday, August 08, 2007 3:04 PM
> To:    steve chen; 'zhonghh@it5.cn'; 'chendan@it5.cn'
> Cc:    'Willone  ( E-mail)  '
> Subject:       RE: 204.16.197.27 removed from 204.13.69.170 main IP;
> we are being suited by LV for hosting this website, ape168.com
>
> Do not let this guy stay here with LV trademark.
> Steve
>
> -----Original Message-----
> From:        steve chen
> Sent: Wednesday, August 08, 2007 2:51 PM
> To:    'zhonghh@it5.cn'; 'chendan@it5.cn'
> Cc:    Willone  ( E-mail)
> Subject:       204.16.197.27 removed from 204.13.69.170 main IP;  we
> are being suited by LV for hosting this website, ape168.com
>
>

1

**From:**   security
**Sent:**   Thursday, December 13, 2007 11:25 PM
**To:**   idc@abcde.cn
**Subject:** [Fwd: Re: [Fwd: Counterfeit product complaint; immediate action required; 12 hours final notice]]

resend

-------- Original Message --------
    **Subject:** Re: [Fwd: Counterfeit product complaint; immediate action required; 12 hours final notice]
      **Date:** Thu, 13 Dec 2007 20:48:07 -0800
    **From:** security <security@akanoc.com>
      **To:** yong@abcde.cn
**References:** <474F19C9.7050301@akanoc.com>

```
Resend

security wrote:
>
> Dear Sir,
>
> We have received letter complaint from legal authority that your
> server IP:205.209.168.3 main IP:205.209.142.235 is hosting website:
> worldkeytrade.com which engaged in sale of counterfeit products.
> Please take down the specific website immediately, or we will
> disconnect the abuse IP.
>
> Thank you for your cooperation.
>
> Security SS
>
>
>
>
>
>
```

△ (π) EXHIBIT 11
DATE: 4-8-08
WITNESS: S. Chen
PAGE 1 OF 1
J. WHITACRE, CSR

3/25/2008

Date: Fri, 14 Dec 2007 17:55:53 +0800
Mime-Version: 1.0
Content-Type: text/plain; format=flowed; charset="GB2312"
Content-Transfer-Encoding: 8bit
Message-Id: <20071214095553.17BA120D195@ctcmail.idscn.com>

您好,
非常抱歉,是这边误解您的意思了,以为只要关闭站点就行了。现在马上通知客户删除,必须得把205.209.65挡住开放一下。
非常抱歉,打扰您这么长时间。
谢谢!

security 写道:

> We need you to remove the domain from our ip range. The domain still
> live, and your customer is moving from IP to the other IP.

> idc@abcde.cn wrote:
> 您好,
> 非常抱歉打扰你,是不是把站点关闭也不行,一定要把站点和站点资料都删除才
> 行?是不是这边的处理方式不对?
> 谢谢!

> security 写道:
> Dear Sir,
> Now your customer just moved from 205.209.168.3 to 205.209.165.65.
> If you don't take this domain out, I will need to unplug the whole
> server. It is 1:30am here. I don't have time to play with your customer.
> idc@abcde.cn wrote:
> 您好,
> 这个不可能的,我们不会做处理就按原样开通站点,这边已经确认了没有再开
> 通了。
> 应该是您那边出错了。
> 现在205.209.168.3这个IP怎么处理?
> 谢谢!

△ (π) EXHIBIT 12
DATE: 4-8-08
WITNESS: S. Chen
PAGE 1 OF 2
J. WHITACRE, CSR

Find:                              □ Match case

file:///C:/Documents%20and%20Settings/Annie/Desktop/Akanoc/Security%20AKA%20(out)/INBOX

>>>> 谢谢!
>>>> security 写道:
>>>> it was still live this morning when we checked.
>>>> idc@abode.cn wrote:
>>>> 您好,
>>>> worldkeytrade.com这个站点已经在11月30日时就已经关闭了,那时收到您
>>>> 那边的
>>>> 邮件,马上就处理了。为什么现在还有同样的问题?
>>>> 谢谢!
>>>> security 写道:
>>>> resend
>>>> —————— Original Message ——————
>>>> Subject: Re: [Fwd: Counterfeit product complaint; immediate
>>>> action
>>>> required; 12 hours final notice]
>>>> Date: Thu, 13 Dec 2007 20:48:07 -0800
>>>> From: security <security@akanoc.com>
>>>> To: yong@abcde.cn
>>>> References: <4F4F19C9.7050301@akanoc.com>
>>>> Resend
>>>> security wrote:

Dear Sir,
We have received letter complaint from legal authority that your
server IP:205.209.168.3 main IP:205.209.142.235 is hosting website:
worldkeytrade.com which engaged in sale of counterfeit products.
Please take down the specific website immediately, or we will
disconnect the abuse IP.
Thank you for your cooperation.
Security SS

△    π    EXHIBIT____12____
DATE:_____
WITNESS:_____
PAGE____2____OF____2____
J. WHITACRE, CSR

| | |
|---|---|
| **From:** | "security" <security@akanoc.com> |
| **To:** | "Server TongYong" <server@tongyong.net> |
| **Sent:** | Friday, January 11, 2008 2:53 PM |
| **Subject:** | Re: [Fwd: FW: http://www.lvbagz.com/66.79.176.207] |

Thanks Rick.
Steve

Server TongYong wrote:

> done, site deleted. and will force the reseller to delete the offender too.
>
>
> Request timed out.
> Request timed out.
> Request timed out.
> Request timed out.
>
> Ping statistics for 66.79.176.207:
>    Packets: Sent = 151, Received = 50, Lost = 101 (66% loss),
>
>
>
> 2008/1/11, Server TongYong <server@tongyong.net>:
> ' will do and will update u soon. tks, Rick
> |
> | 2008/1/11, security <security@akanoc.com>:

Page 1 of 1

---

**From:**    "security" <security@akanoc.com>
**To:**    "Server TongYong" <server@tongyong.net>
**Sent:**    Friday, January 11, 2008 3:39 PM
**Subject:**    Re: [Fwd: FW: http://www.lvbagz.com/66.79.176.207]

Hi Rick,
Please disable this website too;  same IP. louisvuittonbagz.com
Thanks.
Steve

security wrote:

> Thanks Rick.
> Steve
>
> Server TongYong wrote:
>
>> done, site deleted. and will force the reseller to delete the offender too.
>>
>>
>> Request timed out.
>> Request timed out.
>> Request timed out.
>> Request timed out.
>>
>> Ping statistics for 66.79.176.207:
>>     Packets: Sent = 151, Received = 50, Lost = 101 (66% loss),
>>
>>
>>
>> 2008/1/11, Server TongYong <server@tongyong.net>:
>>   will do and will update u soon. tks, Rick
>>
>>  2008/1/11, security <security@akanoc.com>:

**From:**     "security" <security@akanoc.com>
**To:**        "zhonghh" <zhonghh@it8.cn>
**Sent:**      Monday, January 14, 2008 11:57 AM
**Subject:**  Counterfeit product complaint; immediate action required; 12 hours final notice

Dear Sir,

We have received letter complaint from legal authority that your server
IP: 205.209.136.83 is hosting website: tytrade88.com which engaged in sale of counterfeit products.
Please take down the specific website immediately, or we will disconnect the abuse IP.

Thank you for your cooperation.

Security SS

7/23/2008

Page 1 of 1

| | |
|---|---|
| **From:** | "security" <security@akanoc.com> |
| **To:** | "0755 >> paul liu" <0755sz@gmail.com> |
| **Sent:** | Monday, January 14, 2008 11:55 AM |
| **Subject:** | Counterfeit product complaint; immediate action required; 12 hours final notice |

Dear Sir,

We have received letter complaint from legal authority that your server
IP: 204.16.192.244 main IP:205.209.136.92 is hosting website: soapparel.com which engaged in sale of
counterfeit products.
Please take down the specific website immediately, or we will disconnect the abuse IP.

Thank you for your cooperation.

Security SS

7/23/2008

| From: | "security" <security@akanoc.com> |
|-------|-----------------------------------|
| To: | "zhonghh" <zhonghh@it8.cn> |
| Sent: | Monday, January 14, 2008 11:53 AM |
| Subject: | Counterfeit product complaint; immediate action required; 12 hours final notice |

Dear Sir,

We have received letter complaint from legal authority that your server
IP: 204.13.66.161 main IP:204.13.69.210 is hosting website: shoes-order.com which engaged in sale of counterfeit products.
Please take down the specific website immediately, or we will disconnect the abuse IP.

Thank you for your cooperation.

Security SS

7/23/2008

**From:**      "security" <security@akanoc.com>
**To:**        <wangkiyo@hotmail.com>
**Sent:**      Monday, January 14, 2008 11:50 AM
**Subject:**   Counterfeit product complaint; immediate action required; 12 hours final notice

Dear Sir,

We have received letter complaint from legal authority that your server
IP: 205.209.185.114 main IP:205.209.143.27 is hosting website: pickyourorder.com which engaged in sale of
counterfeit products.
Please take down the specific website immediately, or we will disconnect the abuse IP.

Thank you for your cooperation.

Security SS

7/23/2008

**From:**      "security" <security@akanoc.com>
**To:**        <support@zlankj.com>
**Sent:**      Monday, January 14, 2008 11:48 AM
**Subject:**   Counterfeit product complaint; immediate action required; 12 hours final notice

Dear Sir,

We have received letter complaint from legal authority that your server
IP: 205.209.165.84 main IP:205.209.143.29 is hosting website: pickyourgoods.com which engaged in sale of
counterfeit products.
Please take down the specific website immediately, or we will disconnect the abuse IP.

Thank you for your cooperation.

Security SS

7/23/2008

**From:**   "security" <security@akanoc.com>
**To:**   "noraq" <noraq@126.com>
**Sent:**   Monday, January 14, 2008 11:47 AM
**Subject:**   Counterfeit product complaint; immediate action required; 12 hours final notice

Dear Sir,

We have received letter complaint from legal authority that your server
IP: 205.209.175.218 main IP:204.13.69.10 is hosting website: nikeshoesoffer.com which engaged in sale of counterfeit products.
Please take down the specific website immediately, or we will disconnect the abuse IP.

Thank you for your cooperation.

Security SS

7/23/2008

**From:**    "security" <security@akanoc.com>
**To:**      <qq837369@yahoo.com>
**Sent:**    Monday, January 14, 2008 11:41 AM
**Subject:** Counterfeit product complaint; immediate action required; 12 hours final notice

Dear Sir,

We have received letter complaint from legal authority that your server
IP: 205.209.165.82 main IP:205.209.142.227 is hosting website: innike.com which engaged in sale of
counterfeit products.
Please take down the specific website immediately, or we will disconnect the abuse IP.

Thank you for your cooperation.

Security SS

7/23/2008

Page 1 of 1

| | |
|---|---|
| **From:** | "security" <security@akanoc.com> |
| **To:** | "Billing" <billing@scmsky.com> |
| **Sent:** | Monday, January 14, 2008 11:40 AM |
| **Subject:** | Counterfeit product complaint; immediate action required; 12 hours final notice |

Dear Sir,

We have received letter complaint from legal authority that your server
IP: 205.209.185.74 main IP:205.209.140.69 is hosting website: handbagsell.com which engaged in sale of
counterfeit products.
Please take down the specific website immediately, or we will disconnect the abuse IP.

Thank you for your cooperation.

Security SS

7/23/2008

**From:**   "security" <security@akanoc.com>
**To:**    "chendan" <chendan@it8.cn>
**Sent:**   Monday, January 14, 2008 11:36 AM
**Subject:**  Counterfeit product complaint; immediate action required; 12 hours final notice

Dear Sir,

We have received letter complaint from legal authority that your server
IP:204.13.70.133 main IP:204.13.69.170 is hosting website: wearonline.net which engaged in sale of counterfeit
products.
Please take down the specific website immediately, or we will disconnect the abuse IP.

Thank you for your cooperation.

Security SS

7/23/2008

**From:**    "security" <security@akanoc.com>
**To:**      "Chen" <wa78@mail2000.com.tw>
**Sent:**    Monday, January 14, 2008 11:30 AM
**Subject:** Counterfeit product complaint; immediate action required; 12 hours final notice

Dear Sir,

We have received letter complaint from legal authority that your server
IP:205.209.143.93 hosting website: famous-shop.com which engaged in sale of counterfeit products.
Please take down the specific website immediately, or we will disconnect the abuse IP.

Thank you for your cooperation.

Security SS

7/23/2008

| | |
|---|---|
| **From:** | "security" <security@akanoc.com> |
| **To:** | <wangkiyo@hotmail.com> |
| **Sent:** | Monday, January 14, 2008 11:27 AM |
| **Subject:** | Counterfeit product complaint; immediate action required; 12 hours final notice |

Dear Sir,

We have received letter complaint from legal authority that your server
IP: 205.209.140.66 is hosting website: eastarbiz.com which engaged in sale of counterfeit products.
Please take down the specific website immediately, or we will disconnect the abuse IP.

Thank you for your cooperation.

Security SS

7/23/2008

Page 1 of 1

| | |
|---|---|
| **From:** | "security" <security@akanoc.com> |
| **To:** | "chendan" <chendan@it8.cn> |
| **Sent:** | Monday, January 14, 2008 11:25 AM |
| **Subject:** | Counterfeit product complaint; immediate action required; 12 hours final notice |

Dear Sir,

We have received letter complaint from legal authority that your server
IP: 204.16.198.150 main IP:204.13.69.170 is hosting website: dreamyshoes.com which engaged in sale of counterfeit products.
Please take down the specific website immediately, or we will disconnect the abuse IP.

Thank you for your cooperation.

Security SS

**7/23/2008**

| | |
|---|---|
| **From:** | "security" <security@akanoc.com> |
| **To:** | "zhonghh" <zhonghh@it8.cn> |
| **Sent:** | Monday, January 14, 2008 11:22 AM |
| **Subject:** | Counterfeit product complaint; immediate action required; 12 hours final notice |

Dear Sir,

We have received letter complaint from legal authority that your server
IP:205.209.171.44 main IP:205.209.136.90 is hosting website:buymyshoes.net which engaged in sale of counterfeit products.
Please take down the specific website immediately, or we will disconnect abuse IP.

Thank you for your cooperation.

Security SS

7/23/2008

Exhibit E                                      Page 365

| | |
|---|---|
| **From:** | "security" <security@akanoc.com> |
| **To:** | "zhaomuserver" <zhaomuserver@126.com> |
| **Sent:** | Monday, January 14, 2008 11:19 AM |
| **Subject:** | Counterfeit product complaint; immediate action required; 12 hours final notice |

Dear Sir,

We have received letter complaint from legal authority that your server
IP: 204.16.195.58 main IP:204.13.69.61 is hosting website: brandfashioner.com which engaged in sale of counterfeit products.
Please take down the specific website immediately, or we will disconnect the abuse IP.

Thank you for your cooperation.

Security SS

7/23/2008

**From:**   "zhaomuserver" <zhaomuserver@126.com>
**To:**   "security" <security@akanoc.com>
**Sent:**   Monday, January 14, 2008 7:36 PM
**Subject:**   Re:Counterfeit product complaint; immediate action required; 12 hours final notice

I have closed the website.

在2008-01-15 , security <security@akanoc.com> 写道 :

Dear Sir,

We have received letter complaint from legal authority that your server
IP: 204.16.195.58 main IP:204.13.69.61 is hosting website: brandfashioner.com which engaged in sale of counterfeit pro
Please take down the specific website immediately, or we will disconnect the abuse IP.

Thank you for your cooperation.

Security SS

7/23/2008

| | |
|---|---|
| **From:** | "Chen" <wa78@mail2000.com.tw> |
| **To:** | "security" <security@akanoc.com> |
| **Sent:** | Monday, January 14, 2008 7:49 PM |
| **Subject:** | Re: Counterfeit product complaint; immediate action required; 12 hours final notice |

This is not my client's domain, it just point to my client's IP, and my client's server do not have this domain it only shows "Under Construction".

——Original message——

From:security <security@akanoc.com>

To:Chen <wa78@mail2000.com.tw>

Date:Mon, 14 Jan 2008 10:30:23 -0800

Subject:Counterfeit product complaint;  immediate action required; 12 hours final notice

Dear Sir,

We have received letter complaint from legal authority that your server IP:205.209.143.93 hosting website: famous-shop.com which engaged in sale of counterfeit products. Please take down the specific website immediately, or we will disconnect the abuse IP.

Thank you for your cooperation.

Security SS

7/23/2008

**From:**    "遠振資訊 - Chris" <chris@burning-g.net>
**To:**      "'security'" <security@akanoc.com>
**Cc:**      "'Will Lone'" <will@akanoc.com>
**Sent:**    Tuesday, January 15, 2008 12:15 AM
**Subject:** RE: Counterfeit product complaint; immediate action required; 12 hours final notice

**Dear Sir**

famous-shop.com 這個不是我們的網站，之前就跟你們說過了，不要再因為這種奇怪的
原因找我的機器。


#####################################
遠振資訊有限公司
業務專員　陳育佑　Chris
電話：02-22508163　　傳真：02-22512525
行動電話：0982-666332
E-Mail：chris@burning-g.net
http://burning-g.net/
地址：台北縣板橋市文化路二段434號3樓
#####################################
-----Original Message-----
From: security [mailto:security@akanoc.com]
Sent: Tuesday, January 15, 2008 2:30 AM
To: Chen
Subject: Counterfeit product complaint; immediate action required; 12 hours
final notice


Dear Sir,

We have received letter complaint from legal authority that your server
IP:205.209.143.93 hosting website: famous-shop.com which engaged in sale of
counterfeit products.
Please take down the specific website immediately, or we will disconnect the
abuse IP.

Thank you for your cooperation.

| From: | "zhonghh" <zhonghh@it8.cn> |
|---|---|
| To: | "security" <security@akanoc.com> |
| Sent: | Tuesday, January 15, 2008 12:23 AM |
| Subject: | Re: Counterfeit product complaint; immediate action required; 12 hoursfinal notice |

security您好

　　我们这里处理这个网站,请核实,谢谢

====== 2008-01-15 02:45:11 您在来信中写道：======

>
>Dear Sir,
>
>We have received letter complaint from legal authority that your server
>IP: 204.16.193.105 main IP:204.13.69.210 is hosting website: luxury2us.com which engaged in sale of counterfeit products.
>Please take down the specific website immediately, or we will disconnect the abuse IP.
>
>Thank you for your cooperation.
>
>Security SS
>
>
>
>
>
>
>

= = = = = = = = = = = = = = = = = = =

　　　　　　　致
礼！


　　　　zhonghh
　　　　zhonghh@it8.cn
　　　　2008-01-15

7/23/2008

| From: | "zhonghh" <zhonghh@it8.cn> |
|---|---|
| To: | "security" <security@akanoc.com> |
| Sent: | Tuesday, January 15, 2008 12:28 AM |
| Subject: | Re: Counterfeit product complaint; immediate action required; 12 hoursfinal notice |

security您好

我们这里处理这个网站,请核实,谢谢

======= 2008-01-15 02:53:40 您在来信中写道：=======

>
>Dear Sir,
>
>We have received letter complaint from legal authority that your server
>IP: 204.13.66.161 main IP:204.13.69.210 is hosting website: shoes-order.com which engaged in sale of counterfeit products.
>Please take down the specific website immediately, or we will disconnect the abuse IP.
>
>Thank you for your cooperation.
>
>Security SS
>
>
>
>
>
>
>

= = = = = = = = = = = = = = = = = = =

致

礼！

| From: | "zhonghh" <zhonghh@it8.cn> |
|---|---|
| To: | "security" <security@akanoc.com> |
| Sent: | Tuesday, January 15, 2008 6:44 AM |
| Subject: | Re: Counterfeit product complaint; immediate action required; 12 hoursfinal notice |

security您好

我们这里处理这个网站,请核实,谢谢

======= 2008-01-15 02:22:26 您在来信中写道：=======

>
>Dear Sir,
>
>We have received letter complaint from legal authority that your server
>IP:205.209.171.44 main IP:205.209.136.90 is hosting website:buymyshoes.net which engaged in sale of counterfeit products.
>Please take down the specific website immediately, or we will disconnect abuse IP.
>
>Thank you for your cooperation.
>
>Security SS
>
>
>
>
>
>
>

= = = = = = = = = = = = = = = = = = =

致

礼！

        zhonghh
        zhonghh@it8.cn
        2008-01-15

7/23/2008

| | |
|---|---|
| **From:** | "security" <security@akanoc.com> |
| **To:** | <wangkiyo@hotmail.com> |
| **Sent:** | Friday, January 11, 2008 2:00 PM |
| **Subject:** | Re: Counterfeit product complaint; immediate action required; 12 hours final notice |

Dear Sir,
We disconnected the server due to the same website now changed to
204.16.193.49; still the same server.
Security SS

security wrote:
> Dear Sir,
> We have disabled 204.16.196.219 due to bigworldshoes.com still inside
> this server.
> Please make sure you remove this website; or we will need to take
> down the whole server.
> Thanks.
> Security SS
>
> security wrote:
>>
>>
>> Dear Sir,
>>
>> We have received letter complaint from legal authority that your
>> server IP: 204.16.196.218  main IP: 205.209.161.147 is hosting
>> website: bigworldshoes.com which engaged in sale of counterfeit
>> products.
>> Please take down the specific website immediately, or we will
>> disconnect the abuse IP.
>>
>> Thank you for your cooperation.
>>
>> Security SS
>>
>>
>>
>>
>

Exhibit E                              Page 373

| | |
|---|---|
| **From:** | <noraq@126.com> |
| **To:** | "security" <security@akanoc.com> |
| **Sent:** | Monday, January 14, 2008 9:40 PM |
| **Subject:** | Re: Counterfeit product complaint; immedi ate action required; 12 hours final notic e |

pushing the customer to resolve it,thanks

From: "security" <security@akanoc.com>

To: "noraq" <noraq@126.com>

Date: Tue, 15 Jan 2008 02:52:06 +0800 (CST)

Subject: Counterfeit product complaint; immediate action required; 12 hours final notice

>

> Dear Sir,

>

> We have received letter complaint from legal authority that your server

> IP:204.16.193.146 main IP:205.209.136.51 is hosting website: replica-ebags.com which engaged in sale of counterfeit products.

> Please take down the specific website immediately, or we will disconnect the abuse IP.

>

> Thank you for your cooperation.

>

> Security SS

>

>

>

>

>

>

>

网 易 有 道 词 典 - - 全 球 最 强 大 的 免 费 英 汉 互 译 词 典 （ 只 有 2 兆 ）

7/23/2008

**From:**      <noraq@126.com>
**To:**        "security" <security@akanoc.com>
**Sent:**      Monday, January 14, 2008 9:45 PM
**Subject:**   Re: Counterfeit product complaint; immedi ate action required; 12 hours final notic e

we have shutdown the site and will not open it until they remove the content in question

From: "security" <security@akanoc.com>
To: "noraq" <noraq@126.com>
Date: Tue, 15 Jan 2008 02:47:06 +0800 (CST)
Subject: Counterfeit product complaint; immediate action required; 12 hours final notice

>
> Dear Sir,
>
> We have received letter complaint from legal authority that your server
> IP: 205.209.175.218 main IP:204.13.69.10 is hosting website: nikeshoesoffer.com which engaged
in sale of counterfeit products.
> Please take down the specific website immediately, or we will disconnect the abuse IP.
>
> Thank you for your cooperation.
>
> Security SS
>
>
>
>
>
>
>

网易有道词典 - - 全球最强大的免费英汉互译词典（只有 2 兆 ）

Page 1 of 1

| | |
|---|---|
| **From:** | "security" <security@akanoc.com> |
| **To:** | <wangkiyo@hotmail.com> |
| **Sent:** | Monday, March 03, 2008 6:58 PM |
| **Subject:** | www.eastarebiz.com Counterfeit product complaint; immediate action required; 12 hours final notice |

Dear Sir,

Your server has been unplugged due to a website involves in sales of counterfeit product.
Please get back to us immediately for further action to take care this matter.
We have received letter complaint from legal authority that your server
IP: 205.209.140.66 is hosting website: www.eastarebiz.com which engaged in sale of counterfeit products.
Please take down the specific website immediately, or we will disconnect the abuse IP.

Thank you for your cooperation.

Security SS

26

**From:**      "security" <security@akanoc.com>
**To:**        "?? ?" <wangkiyo@hotmail.com>
**Sent:**      Tuesday, April 01, 2008 8:40 AM
**Subject:**   www.eastarbiz.net Counterfeit product complaint; immediate action required; 12 hours final notice

Dear Sir,

Your server IP has been disabled due to a website involves in sales of counterfeit product.
Please get back to us immediately for further action to take care this matter.
We have received letter complaint from legal authority that your server
IP:205.209.164.100 main IP:205.209.140.66 is hosting website: www.eastarbiz.net which engaged in
sale of counterfeit products.
Please take down the specific website immediately, or we will disconnect the abuse IP.

Thank you for your cooperation.

Security SS

27

**EXHIBIT F**

1  **GAUNTLETT & ASSOCIATES**
   James A. Lowe (SBN 214383)
2  *jal@gauntlettlaw.com*
   Brian S. Edwards (SBN 166258)
3  *bse@gauntlettlaw.com*
   18400 Von Karman, Suite 300
4  Irvine, California 92612
   Telephone:    (949) 553-1010
5  Facsimile:    (949) 553-2050

6  Attorneys for Defendants
   Akanoc Solutions, Inc., Managed
7  Solutions Group, Inc., and Steven Chen

8

9                    UNITED STATES DISTRICT COURT

10        NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

11

12 Louis Vuitton Malletier, S.A.,              )   Case No.: C 07 3952 JW
                                               )
13                      Plaintiff,             )   **DEFENDANTS' INITIAL**
                                               )   **DISCLOSURES PURSUANT**
14           v.                                )   **TO FED.R.CIV.P 26(a)(1)**
                                               )
15 Akanoc Solutions, Inc., Managed Solutions   )
   Group, Inc., Steven Chen, and Does 1 through)
16 10, inclusive,                              )
                                               )
17                      Defendants.            )
                                               )

18

19         Defendants Akanoc Solutions, Inc., Managed Solutions Group, Inc., and Steven Chen

20 (collectively "Defendants") hereby provide their initial disclosures to Plaintiff Louis Vuitton

21 Malletier, S.A. ("LV") pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, based on

22 the information now reasonably available to them. This initial disclosure statement shall be subject

23 to further supplementation upon the discovery of relevant information learned during the course of

24 the litigation between the parties.

25         **A.    WITNESSES**

26         Based upon information currently available to Defendants, the individuals listed below

27 would appear to have information pertinent to this action which Defendants may use to support

28

their claims or defenses. Defendants reserve the right to revise this listing as additional information becomes available to them.

1. Steven Chen, President of Akanoc Solutions, Inc. and Managed Solutions Group, Inc., 45535 Northport Loop East, Fremont, CA 94538-6458, (888) 589-5589;

2. Juliana Luk, Security Dept., Managed Solutions Group, Inc. and Akanoc Solutions, Inc., 45535 Northport Loop East, Fremont, CA 94538-6458, (888) 589-5589

3. Andrew Cheng, Network Management Dept., Managed Solutions Group, Inc. and Akanoc Solutions, Inc., 45535 Northport Loop East, Fremont, CA 94538-6458, (888) 589-5589

4. Investigators hired by LV or its attorneys or agents with knowledge of the alleged infringement described in the complaint in this action.

## B.    DOCUMENTS

Defendants may use the following documents in their possession, custody or control to support their claims or defenses in this action:

1. LV's complaint as well as other pertinent non-privileged pleadings, discovery and documents in this action;

2. Correspondence and documents mailed to Defendants or their agents by LV or its agents in connection with LV's claims in the instant action;

3. The standard service agreement and use policy utilized by Akanoc Solutions, Inc. and Managed Solutions Group, Inc with their customers; and

4. Relevant web pages from ARIN.NET and DOMAINTOOLS.COM which set forth mechanisms for finding contract and registration information for resources registered with ARIN.

Defendants will make available for inspection and copying, upon LV's reasonable request, all of the above non-privileged and non-protected documents in their possession, custody or control, to the extent the documents are not already in LV's possession, have not been already produced or are not equally available to LV.

/ / /

/ / /

10562.002-12/3/2007-159253.1                                    2
DEFENDANTS' RULE 26(a)(1) INITIAL DISCLOSURES

C.    **COMPUTATION OF DAMAGES**

Defendants are not currently seeking any damages from LV except for costs of suit and such other relief that the Court deems just and proper.

D.    **INSURANCE POLICIES**

The following insurance policies may provide coverage for the instant action:

1.    Commercial General Liability Policy No. PAC 5281196, issued by Great American Insurance Group to Managed Solutions Group, Inc., for the period including 4/15/04 through 4/14/08.

E.    **RESERVATIONS**

Defendants' initial disclosures are based upon information currently available to them and are complete and correct to the best of the signer's knowledge as of the time they are made. Defendants reserve the right to revise or supplement their initial disclosures as additional information becomes available.

Dated:  December 3, 2007

**GAUNTLETT & ASSOCIATES**

By: _____
        James A. Lowe
        Brian S. Edwards

Attorneys for Defendants
Akanoc Solutions, Inc., Managed
Solutions Group, Inc., and Steven Chen

10562.002-12/3/2007-159253.1
DEFENDANTS' RULE 26(a)(1) INITIAL DISCLOSURES

3

1   RE:         *Louis Vuitton Malletier, S.A. v. Akanoc Solutions, Inc., et al.*
       VENUE:     U.S.D.C., Northern District, San Jose Division

2   CASE NO.:  C-07-3952 JW

3                        **PROOF OF SERVICE**

4        I am employed in the County of Orange, State of California. I am over the age of eighteen (18)
years and not a party to the within action; my business address is: Gauntlett & Associates, 18400 Von

5   Karman, Suite 300, Irvine, California 92612.

6        On December 3, 2007, I served the foregoing document described as: **DEFENDANTS'
INITIAL DISCLOSURES PURSUANT TO FED.R.CIV.P 26(A)(1)** on the interested parties in this

7   action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

8                          J. Andrew Coombs, Esq.
                              Annie S. Wang, Esq.

9                 J. Andrew Coombs, A Prof. Corp.
                  517 E. Wilson Avenue, Suite 202

10                   Glendale, CA 91206-5902
                 Telephone: (818) 500-3200

11                 Facsimile: (818) 500-3201
                  andy@coombspc.com

12                 annie@coombspc.com

13                  *Attorneys for Plaintiff*
                 *Louis Vuitton Malletier, S.A.*

14

15   [X]   **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing
correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service

16        on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course
of business. I am aware that on motion of the party served, service is presumed invalid if postal

17        cancellation date or postage meter date is more than one day after date of deposit for mailing
in affidavit.

18
   [ ]    **(BY FACSIMILE)** The document was transmitted by facsimile transmission to the above fax

19       numbers with the transmission reported as complete and without error.

20   [ ]    **(BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION)** I caused the document
to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive,

21       within a reasonable time after the transmission, any electronic message or other indication that
the transmission was unsuccessful.

22
   [ ]    **(BY UPS NEXT DAY AIR)** I caused such package to be deposited with the UPS Drop Box

23       or UPS Air Service Center located at one of the following locations: 18400 Von Karman, Irvine,
California 92612 or 2222 Michelson Drive, #222, Irvine, California 92612.

24
   [X]   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at

25       whose direction the service was made.

26        Executed on December 3, 2007, at Irvine, California.

27

   Peggy Murray                                             

28   (Print Name)                                  (Signature)

10562-002-12/03/2007-159303.1                          **PROOF OF SERVICE - C-99-20207 JW**