J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Professional Corporation
517 E. Wilson Ave., Suite 202
Glendale, California 91206
Telephone:   (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiff
Louis Vuitton Malletier, S.A.

David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
*jal@gauntlettlaw.com*
Brian S. Edwards (SBN 166258)
*bse@gauntlettlaw.com*
GAUNTLETT & ASSOCIATES
18400 Von Karman, Suite 300
Irvine, California 92612
Telephone:   (949) 553-1010
Facsimile:   (949) 553-2050

Attorneys for Defendants
Akanoc Solutions, Inc.,
Managed Solutions Group, Inc.
and Steve Chen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| Louis Vuitton Malletier, S.A., </br></br> Plaintiff, </br></br> v. </br></br> Akanoc Solutions, Inc., et al. </br></br> Defendants. | Case No. C 07 3952 JW </br></br> JOINT PRELIMINARY PRETRIAL AND TRIAL SETTING CONFERENCE STATEMENT AND [PROPOSED] ORDER </br></br> Date: September 8, 2008 </br> Time: 9:00 a.m. </br> Court: Hon. James Ware |

Plaintiff Louis Vuitton Malletier, S.A. ("Plaintiff") and Defendants Akanoc Solutions, Inc., Managed Solutions Group, Inc. and Steve Chen (collectively "Defendants") submit the following Joint Preliminary Pretrial and Trial Setting Conference Statement and [Proposed] Order.

**Plaintiff Proposes:**

Plaintiff filed the action on or about August 1, 2007. The Defendants were served on or about August 15, 2007. No Doe defendants have been identified and all Doe defendants may be dismissed from the action.

The Parties are not yet ready for trial as two outstanding and material discovery issues remain: (i) pursuant to Magistrate Judge Lloyd's order compelling Plaintiff to produce its Rule 30(b)(6) witness in the Northern District of California, Defendants were to pay one-half of actual out of pocket expenses incurred by Plaintiff for such appearance which has not been paid; and (ii) pursuant to Magistrate Judge Lloyd's order compelling Defendants to product documents or to permit inspection of servers, the Parties report that the Defendants have made no production but the Parties are attempting to negotiate the protocol for inspection provided for pursuant to the Court's order. The payment of costs pursuant to (i) and the inspection pursuant to (ii) remain outstanding discovery issues that will need to be resolved or completed in preparation of trial. All other discovery is closed.

Additionally, Defendants have filed two motions for summary judgment which are set for hearing on September 8, 2008. Plaintiff has filed timely oppositions to the motions. The disposition of these motions also prevents the Parties from moving forward with trial at this time.

Given the above outstanding issues, the Parties are unable to commit to a timeline for trial in terms of the amount of time for trial or the calendar period for the trial. The Parties request the Court hold a Further Pretrial and Trial Setting Conference at least sixty (60) days or more from the date of entry on PACER of the order(s) on Defendants' motions for summary judgment.

**Defendants Propose:**

<u>Readiness for Trial</u>

The Parties are preparing the protocol for Plaintiff's upcoming inspection of Defendants MSG and Akanoc's Internet servers in accordance with the Court's order. This case is not currently ready for trial because this server inspection has not yet been completed. In addition, two defense motions for summary judgment are set for hearing on September 8, 2008.

<u>The Amount of Time the Court Should Allocate for Trial</u>

Based upon current knowledge of witnesses and issues in this case, Defendants estimate that four (4) days should be allocated for trial.

<u>Calendar Period for the Trial</u>

Two defense motions for summary judgment are pending and are both set for hearing September 8, 2008. After the Court rules on the summary judgment motions, a further Pretrial and Trial Setting Conference may be appropriate.

Dated: August 22, 2008                    J. Andrew Coombs, A Professional Corp.

                                          ___/s/ J. Andrew Coombs_____
                                          By:   J. Andrew Coombs
                                                Annie S. Wang
                                          Attorneys for Plaintiff Louis Vuitton Malletier, S.A.

Dated: August 22, 2008                    Gauntlett & Associates

                                          ____/s/ James A. Lowe_____
                                          By:   David A. Gauntlett
                                                James A. Lowe
                                                Brian S. Edwards
                                          Attorneys for Defendants Akanoc Solutions, Inc.,
                                          Managed Solutions Group, Inc. and Steve Chen

The Court, having read and considered the foregoing Joint Preliminary Pretrial and Trial Setting Conference Statement, now orders:

1. All Doe defendants are dismissed. The action shall proceed against the named defendants, Akanoc Solutions, Inc., Managed Solutions Group, Inc. and Steve Chen only.

2. If necessary, the Court will set a _____ Conference on _____ after determining the two pending Motions for Summary Judgment.

Dated: _____, 2008        _____
                                                         Hon. James Ware
                                                         United States District Judge