UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

**Judge:** James Ware
**Date:**   September 8, 2008
**Case No.:** C-07-3952 JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez (Motion Hearing on record), Preliminary Pretrial Conference (Off Record)
**Interpreter:** N/A

## TITLE

Louis Vuitton Malletier, S.A. v. Akanoc Solutions, Inc. Et al

**Attorney(s) for Plaintiff(s)**: Annie wang, J. Andrew Coombs
**Attorney(s) for Defendant(s)**: James Lowe

## PROCEEDINGS

1. Defendants' Motion for Summary Judgment (on record)
2.  Preliminary Pretrial Conference (off record)

## ORDER AFTER HEARING

Motion hearing held on record.  The Court took the matter under submission after oral argument.  The Court held the Preliminary Pretrial Conference off record.  The Court set the following pretrial and trial dates:

1.  Final Pretrial Conference set for **March 23, 2009 at 3:00 PM**
2.  Jury Selection set for **April 7, 2009 at 9:00 AM - 12:00 PM**
3. Jury Trial:
**April 8, 2009 through  April 10, 2009 1:00 PM - 4:00 PM****
**April 24, 2009 through April 17, 2008 1:00 PM - 4:00 PM ****
**April 21, 2009 through April 24, 2009 1:00 PM - 4:00 PM****

** At the Final Pretrial Conference, the Court may fold in afternoon dates to make full days (9:00 AM - 12:00 PM, 1:00 PM - 4:00 PM)  for trial.

The Court to issue further orders following the Summary Judgment hearing and following the Preliminary Pretrial Conference.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: J. Younger