**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., | Case No. C-07-3952 JW (HRL) |
| Plaintiff, | Hon. Magistrate Judge Howard R. Lloyd |
| vs. | **[PROPOSED] ORDER GRANTING DEFENDANTS' OPPOSITION TO VUITTON'S ADMINISTRATIVE MOTION RE DISCOVERY ORDERS** |
| AKANOC SOLUTIONS, INC., et al., | |
| Defendants, | |

163387.1-10562-002-11/12/2008 4:19 PM

**[PROPOSED] ORDER GRANTING DEFENDANTS' OPPOSITION TO PLAINTIFF'S ADMINISTRATIVE MOTION RE DISCOVERY ORDERS**
**C07-03952 JW (HRL)**

Having considered Plaintiff Louis Vuitton Malletier's Administrative Motion Re Discovery Orders and Defendants Managed Solutions Group, Inc., Akanoc Solutions, Inc. and Steve Chen's Opposition to Plaintiff's Administrative Motion Re Discovery Orders, IT IS ORDERED:

1. Plaintiff's Motion Re Discovery Orders is denied because it is procedurally improper and seeks substantive relief that is not available under Northern District Local Rule 7-11.

2. Plaintiff is directed to provide to Defendants by December 1, 2008 a protocol that actually explains how the Internet server inspection would be done. Defendants are directed to respond to Plaintiff's protocol within two weeks thereafter. If the parties are unable to agree to a protocol, then the parties may submit their respective proposed protocols to the Court in accordance with the Court's order of July 15, 2008 and the Court shall decide upon the protocol to be followed.

Dated: _____     _____
                                    UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:

**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
jal@gauntlettlaw.com
Brian S. Edwards (SBN 166258)
bse@gauntlettlaw.com
18400 Von Karman, Suite 300
Irvine, California 92612
Telephone:   (949) 553 1010
Facsimile:    (949) 553 2050

Attorneys for Defendants
AKANOC SOLUTIONS, INC.,
MANAGED SOLUTIONS GROUP, INC.
AND STEVEN CHEN