J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Annie S. Wang (SBN 243027)
annie@coombspc.com
J. Andrew Coombs, A Prof. Corp.
517 E. Wilson Ave., Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff Louis
Vuitton Malletier, S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

| | |
|---|---|
| Louis Vuitton Malletier, S.A., <br><br> Plaintiff, <br> v. <br><br> Akanoc Solutions, Inc., et al. <br><br> Defendants. | Case No.: C 07 3952 JW (HRL) <br><br> Hon. Magistrate Judge Howard R. Lloyd <br><br> NOTICE OF PARTIAL WITHDRAWAL OF ADMINISTRATIVE MOTION FILED NOVEMBER 10, 2008 |

TO DEFENDANTS AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, Plaintiff Louis Vuitton Malletier, S.A. ("Louis Vuitton") hereby withdraws the portion of its November 10, 2008, Administrative Motion that the Court compel payment of deposition costs by Defendants as ordered, only. On or about December 30, 2008, Defendants' tendered purportedly half of Plaintiff's 30(b)(6) deposition costs by reimbursing costs incurred in Euros by applying a significantly lower exchange rate than when the expenses were actually incurred. In light of the partial performance by Defendants, Plaintiff now withdraws that portion of its Administrative Motion filed November 10, 2008, only.

However, Plaintiff renews its request that the Court provide further guidance on the ordered inspection protocol, or, issue such other discovery sanctions as appropriate.

Dated: January 14, 2009

J. ANDREW COOMBS,
A Professional Corporation

By: J. Andrew Coombs
Attorneys for Plaintiff Louis Vuitton Malletier, S.A.