J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Annie S. Wang (SBN 243027)
annie@coombspc.com
J. Andrew Coombs, A Prof. Corp.
517 E. Wilson Ave., Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff Louis
Vuitton Malletier, S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| Louis Vuitton Malletier, S.A., | Case No.: C 07 3952 JW (HRL) |
| Plaintiff, | OPPOSITION OF PLAINTIFF LOUIS VUITTON MALLETIER, S.A. TO DEFENDANTS' MOTION IN LIMINE NO. 4 TO EXCLUDE ALL TESTIMONY ABOUT COUNTERFEITING IN CHINA; DECLARATION OF J. ANDREW COOMBS, EXHIBITS IN SUPPORT |
| v. | |
| Akanoc Solutions, Inc., et al. | |
| Defendants. | |

## INTRODUCTION

Defendants' Motion in Limine No. 4 to "Exclude All Testimony About Counterfeiting in China" ("Motion No. 4") is fundamentally flawed. It is predicated upon unfounded and inflammatory accusations of racism, inapplicable case authority, and a fundamental misunderstanding of the purposes of the proposed testimony.

Plaintiff's testimony is based upon facts supported by governmental sources, statements contained on the infringing websites, information from the purchases made by Plaintiff's investigator, and most reliably, from information offered by Defendants themselves. This evidence is highly probative for completely valid and appropriate purposes unrelated to Defendants' ethnicity and Defendants' motion should be denied.

### A. The Rules of Evidence Favor Admissibility

Motions in limine should be granted sparingly. Alliance Fin. Capital, Inc. v. Herzfeld, 2007 Bankr. LEXIS 4511, at *2 (N.D. Ga. December 17, 2007) citing Sperberg v. Goodyear Tire &

Rubber Co., 519 F.2d 708, 712 (6th Cir. 1975); Middleby Corp. v. Hussmann Corp. 1992 U.S. Dist. LEXIS 13138, at *9-10 (N.D. Ill. August 27, 1992). "A pretrial motion in limine forces a court to decide the merits of introducing a piece of evidence without the benefit of the context of trial." CFM Communs., LLC v. Mitts Telecasting Co., 424 F. Supp. 2d 1229, 1233 (E.D. Cal. 2005); see also U.S. v. Marino, 200 F.3d 6, 11 (1st Cir. 1999) (recognizing that proffered evidence can be more accurately assessed in the context of other evidence).

Evidence should be "excluded on a motion in limine only if the evidence is *clearly* inadmissible for any purpose" (internal quotations omitted, emphasis added). Fresenius Med. Care Holdings, Inc. v. Baxter Int'l, Inc., 2006 U.S. Dist. LEXIS 42159, at *14 (N.D. Cal. June 12, 2006). This means Defendants will have to overcome the well established policies favoring admissibility. Daubert v. Merrell Dow Pharms., 509 U.S. 579, 587 (1993) ("The Rules' basic standard of relevance thus is a liberal one."); U.S. v. Curtin, 489 F.3d 935, 942 (9th Cir. 2007) citing Huddleston v. United States, 485 U.S. 681, 688-89 (1988) (the version of Rule 404(b) which became law was intended to "plac[e] greater emphasis on admissibility than did the final Court version."); see also U.S. v. Williams, 445 F.3d 724, 732 (4th Cir. 2006) (relief against admissibility under Rule 403 should be granted sparingly); U.S. v. Fleming, 215 F.3d 930, 939 (9th Cir. 2000) (Rule 403 favors admissibility); U.S. v. Hankey, 203 F.3d 1160, 1172 (9th Cir. 2000) ("the application of Rule 403 must be cautious and sparing"); Fed. R. Evid. 102 Adv. Comm. Notes ("rules are to be liberally construed in favor of admissibility" within the bounds of the Rules to achieve goals of "speedy, inexpensive, and fair trials designed to reach the truth"). Defendants fail to meet their burden given the probative value of the evidence, the Rules, sound case law, and in light of these policies.

### C.     The Evidence Is Of High Probative Value and Is Not Prejudicial

Defendants assert one ground and one ground only for exclusion of the proposed testimony: F.R.E. 403 (the evidence is more prejudicial than probative).

Relief against admissibility under Rule 403 should be granted sparingly as Rule 403 favors admissibility. Fleming, 215 F.3d at 939; see also Hankey, 203 F.3d at 1172. Some circuits have

required that the unfair prejudice be "exceedingly great" while looking at the evidence "most favorable to its proponent, maximizing its probative value and minimizing its prejudicial effect." U.S. v. Stout, 509 F.3d 796, 806 (6th Cir. 2007). "Relevant evidence is inherently prejudicial; but it is only unfair prejudice, substantially outweighing probative value, which permits exclusion of relevant matter under Rule 403. Unless trials are to be conducted as scenarios, or unreal facts tailored and sanitized for the occasion, the application of Rule 403 must be cautious and sparing. Its major function is limited to excluding matter of scant or cumulative probative force, dragged in by the heels for the sake of its prejudicial effect." Hankey, 203 F.3d at 1172.

Defendants fundamentally mischaracterize the purpose of the testimony and, in doing so artificially magnify the purported prejudice that testimony might cause. Louis Vuitton's claims for contributory copyright and trademark infringement are predicated upon proof of underlying direct infringement. See, for example, Defendants' proposed *Supplemental Jury Instruction No. 1*. Proof of direct infringement includes evidence of harm caused by the underlying infringement. Perfect 10, Inc. v. Visa Int'l. Serv. Assoc., 494 F.3d 788, 795, 807 (9th Cir. 2007). In addition to the purchases that were received from the People's Republic of China, many of the websites themselves stated that their location was somewhere in the People's Republic of China. Declaration of J. Andrew Coombs ("Coombs Decl.") at ¶ 2, Ex. A (sample pages from websites). Defendant Chen also testified that his "customers" were based primarily in the People's Republic of China. Coombs Decl. at ¶ 3, Ex. B (Deposition of Steve Chen ("Chen Depo.") at 18-20). These are plain, relevant and admissible facts.

In addition, among the factors to be considered in making an award of statutory damages under 15 U.S.C. § 1117 is the harm caused by the underlying counterfeiting behavior which can be magnified when the actor is acting with knowledge of its infringement. In particular, evidence of motive and willfulness are especially probative in calculating statutory damage enhancements and evidence of Defendants' willful catering to an unlawful enterprise should be admissible.

Finally, as though these were not enough reasons to demonstrate the materiality of the proposed testimony, Louis Vuitton's claims for contributory infringement are both predicated upon

Defendants' knowledge, actual or constructive as noted by the Court in its ruling on Defendants' Motion for Summary Judgment. Judge Ware's Ruling on Defendants' Motion for Summary Judgment at p. 8, citing A&M Records, Inc. v. Napster, Inc., 239 F.3d 1004, 1020 (9th Cir. 2001). The prevalence of counterfeit product in the safe haven which exists in the People's Republic of China is one added factor.[1] Furthermore, the fact that the Defendants' business model enables direct offers of such product to United States based consumers is key evidence of both damage to Louis Vuitton and the explanation for Defendants' refusal to act when placed on notice of infringing conduct using their goods and services.

Conversely, Defendants set up the fact the individual Defendant Steve Chen is Chinese to assert the proposed testimony is prejudicial. Defendant Chen's ethnicity is immaterial and the proposed testimony addresses the territorial origin of counterfeit product not the ethnicity of Defendant Chen or of the direct infringers which profit from Defendants' shelter. Moreover, Louis Vuitton has no information suggesting that Defendant Chen is from the People's Republic of China as distinct from the numerous other jurisdictions which are home to ethnic Chinese.

The suggestion that Louis Vuitton introduces this proposed evidence for the invidious purposes suggested by Defendants' motion is not only unsupported, it is outrageous and unprofessional.

The authorities cited by Defendants are accordingly inapplicable. In U.S. v. Cabrera, 222 F.3d 590 (9th Cir. 2001), the Court addressed the extensive testimony offered by a police detective concerning overall criminal activity and drug consumption preferences within a specific ethnic community to which the Defendant belonged. Id. at 595-596. Acknowledging that some of the testimony was irrelevant and even that which was arguably relevant highly prejudicial in the context of that criminal prosecution, the Court reversed. Of course, as noted above, the testimony

---

[1] Arguably the extent to which counterfeiting in the People's Republic of China contributes to the global trade in counterfeit goods is an issue concerning which the Court could take judicial notice pursuant to F.R.E. 201. See, for example, U.S. Customs and Border Patrol, U.S. Immigration and Customs Enforcement "Intellectual Property Rights: Seizure Statistics FY 2008" (January 2009, http://www.cbp.gov/xp/cgov/trade/priority_trade/ipr/seizure/) which show that 81% of all customs seizures for intellectual property rights violations in calendar year 2008 were from China with the next largest contributing jurisdiction – India – responsible for 6%. Id. at pp. 13-14.

in <u>Cabrera</u> dealt with the ethnic generalizations which are specifically not the subject of the proferred testimony here and was offered in a criminal proceeding where the Fifth Amendment guarantee of a fair trial was implicated by the objectionable testimony. <u>Id.</u> at 594.

Similarly, the decision in <u>Jinro America, Inc. v. Secure Investments, Inc.</u>, 266 F 3d 993 (9th Cir. 2001) is also inapplicable. In <u>Jinro</u>, the Court concluded that expert testimony concerning alleged business practices within the Korean community should be excluded. Like the testimony in <u>Cabrera</u>, the testimony was offered for the purpose of linking the defendant in that action with the alleged general practices which were the subject of the litigation. As noted above, Louis Vuitton has no information concerning Defendant Chen's country of origin (which is clearly irrelevant) and there is no suggestion in any of the testimony which is the subject of this motion that Defendant Chen is engaged in the business of the underlying counterfeiters who find safe haven on the Defendants' servers and whose business is facilitated by the direction of Internet traffic to those servers.

For these reasons, the motion should be denied and testimony concerning the extent of counterfeiting in China (not to mention the underlying direct infringement sheltered by Defendants) should be admitted.

Dated: March 9, 2009

J. Andrew Coombs, A Professional Corp.

By: _____
     J. Andrew Coombs
     Annie Wang
Attorneys for Plaintiff Louis Vuitton Malletier, S.A.

# DECLARATION OF J. ANDREW COOMBS

I, J. Andrew Coombs, declare as follows:

1.    I am an attorney at law duly admitted to practice before the Courts of the State of California and the United States District Court for the Northern District of California. I am counsel of record for Plaintiff Louis Vuitton Malletier, S.A. ("Plaintiff" or "Louis Vuitton") in an action styled <u>Louis Vuitton Malletier, S.A. v. Akanoc Solutions, Inc., et al.</u>, Case No. C 07 3952 JW. I submit this declaration in support of Plaintiff's Opposition to Defendants' Motion in Limine No. 4. Except as otherwise stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows.

2.    Attached Exhibit A are true and correct copies of select excerpts from exhibits relating to the infringing websites designated by Plaintiff in this matter.

3.    Attached Exhibit B is a true and accurate copy of portions of the transcript from the deposition testimony of Steve Chen, individually and as the Rule 30(b)(6) witness for each of the two corporate defendants in this matter, which too place on or about April 8-9, 2008.

4.    Attached as Exhibit C is a true and correct copy of a portion of the U.S.Customs and Border Patrol report on IPR seizures in 2008. Louis Vuitton requests that the Court take juridical notice of the attached information.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 9th day of March, 2009, at Glendale, California.

J. ANDREW COOMBS

**Exhibit A**

*Professional supplier in* **Wholesale Nike Sneakers**,*many more Nike sneaker selection. wholesale nike sneakers we specializing in top foc*

Inqui

*Eshoes99.com*  Nike Shox N3,N4,N2,TL,CL, Jo

| Home | About us | Product | Contact | Feedback | Vip service | Help |

St   Phone   Search

**You are here:Home » About us**

| Help center |
| Order method |
| Shipping method |
| Payment method |
| VIP service |
| About us |
| Contact us |
| FAQ |

**About us**

Guangzhou HD Trading Co., Ltd. is one of the leading professional supplie shoes, handbags, jeans, T-shirts, sunglasses and brand watches in China.

We have developed mutual trust and understanding with many clients all o countries as diverse as USA, Canada, UK, ITALY, and France amongst oth has become synonymous with high quality, reliability and great service and fulfill any request you may have as we have a commitment to customer ser

We have many years of experience in dealing with all types of shipping larg we have developed extensive contacts with many local and international fre organizations, we are able to ship our goods safely and reliably to anywher

Equipped with classic management, high quality and quick service, we are to establishing long-term and mutual-beneficial business relationship with y company soon.

About Us | Contact Us | FAQ | Help

Copyright © 2006 Guangzhou HD [Eshoes99.Com]Co., Ltd  All rights reserved.
Your use of this website is subject to, and constitutes acknowledgement and acceptance of our Terms & Condit

PLAINTIFF'S
EXHIBIT
15.2

22/11/2007

http://www.eshoes99.com/AboutUs.html



HOME | ABOUT US | PRODUCT | POLICY | PAYMENT | FEEDBACK | CONTACT US

# www.longtimegroup.com

**Product Catalog**

All bigclass | All smallclass ▾ | (• All Products ( StockProducts | Search

❖ Jordan
❖ Air Force 1
❖ ADIDAS
❖ Bape Shoes
❖ Jeans
❖ Coat
❖ Nike Shox
❖ Air Max
❖ Nike Else
❖ CHANEL/DG/LV
❖ Timberland/PUMA
❖ Gucci/Lacoste/Converse □ Conyeyge Shoehc : HU
❖ 4US/Versace/Dsquarde □ GucciGittras: Putian City, Fujian Province, China
❖ Boss/Coach/Dior/Fendi □ GudeDAownade :351100
□ Lacoste Shoes

⬩ Payment

For all the orders, full prepayment is required.
We prefer Western Union transfer, it is very fast, and when you send the money
by western union, please kindly let us know the sender's following information:
first name and last name you write on the bank receipt, and exact amount you
make, and MTCN (money transfer control number). You can learn how to use it
via www.westernunion.com. The following is our information for the transfer,
please contact us.

**1. Western union information:**

First Name: ZHI HUA

LOS ANGELES
2:00:50

NEW YORK
5:00:50

PARIS
11:00:50

EXHIBIT A

www.longtimegroup.com

Burberry/Hogan/Paul
Smith

❖ Prada/Eris/Bikken
Bergs

❖ Reebok/Ice Cream

❖ Watches

❖ T-Shirt

❖ Hat

❖ Bag

❖ Mobile Phone

❖ Sports Suits

❖ Blue Tooth Earphone

❖ Glasses

❖ MP3/MP4

**2.our banking deatils is :**

Receive NAME: HU ZHI HUA

A/C NO.: 4552301-0188-080746-4

Receive bank: BANK OF CHINA LIMITED, FUJIAN BRANCH

SWIFT CODE: BKCHCNBJ720

Bank talk-back: 086-594-2220218

TOKYO

**19:00:50**

Family - Website





Copyright @2004-2008 China Longtimegroup Co.,Ltd. All Right Reserved
Email:longtimechina@yahoo.com; MSN:longtimechina@hotmail.com
Email:longtrade888@hotmail.com; MSN:longtrade888@hotmail.com

http://www.longtimegroup.com/en/nav.asp

**EXHIBIT A**

29/10/2007

**Page 9**

## GOTOBUY.COM
Best Supplier Of Sale Network



USE: [____]
PWD: [____]

⊙ LOGIN   ⊙ JOIN

- **Bag**
- **Cell phone**
- **Mirror Image Bags**
- **Lady Boot**
- **Clothing**
- **Hats and Caps**
- **Jeans**
- **Perfume**
- **Scarf**
- **Ball**
- **Lighter**
- **T-shirt**

| Home | About us | Product | My Order | Information |

**Payment method**
Western Union:
first name:Jinxiong
last name:Cai
address:quanzhou city of fujian province in china

Moneygram:
first name:Jinxiong
last name:Cai
address:quanzhou city of fujian province in china

EXHIBIT A



Login Name:

E-mail:eastarbiz@vip.163.com

Password:

Skype:eastarbiz

Yahoo:eastarbiz@yahoo.com

MSN:eastarbiz@hotmail.com

Submit    Register

**Home    New Product    Hottest Product    Download Catalogs    Help Desk    My Account    Contact US**

## Help Desk

**Hlep Center**

▣ Shopping Flow

▣ Payment

▣ Express Delivery

▣ You Problem

▣ About US

▣ Contact US

**NEW Product**



3355233M

# Contact Us

**Company name:Eastar International Trade Co.,ltd**

**Contact Person:  Weimin Xi**

**Telephone: (+86)013791820963**

**Address: 168#,Global International Trade Center Building,Huanshixi Road,Liwan district,Guangzhou City,Guangdong Province,510160,China.**

**MSN:eastarbiz@hotmail.com**

**Yahoo : eastarbiz@yahoo.com**

**E-mail:eastarbiz@vip.163.com**

**Skype : eastarbiz**

**Website:www.eastarbiz.com**

**Product Album:http://eastarbiz.vip.photo.163.com**

EXHIBIT A



Home | About us | Product | My Order | Process | Price | Payment | Contact us

LOGIN FOR MEMBERS

MEMBERID:

PASSWORD:

JOIN IN | LOGIN

Forgot your account or password?

PRODUCT CATALOGUE

⊟ Shoes
- Nike Air Max
- Nike Air Force one
- Nike Shox
- Nike James 2
- Nike James 2.5
- nike James 3
- air max botton 360
- Nike other Shoes
- Nike James 4
- dunk
- Air Jordan man size
- Air Jordan woman size
- Old James Shoes
- Old James zoom team
- Adidas other shoes

BEST SELLERS

dunk-099
ORDER| 🛒

jordan01-029
ORDER| 🛒

max87-030
ORDER| 🛒

jordan03-042
ORDER| 🛒

Burberryscarf016
ORDER| 🛒

edhoodie-011
ORDER| 🛒

Product name ▾ | 🔍 search

PRODUCT SEARCH :    About US

KEYWORD:    ORDER|

Our company is in Fujian province.owning large factory and automatic production lines.all products are wholesale price including price.in god quality/ no real store shipping to your home address cost.why do we sale such brand products at unbelievable low price in god quality/ no real store cost.no tax for e-commerce.our products have been exported to all over the world, and have got warmly welcome from customers by its good quality, reasonable price,safedelivery and outstanding services.For more details ,please do not hesitate to contact me.We can deliver the Shoes of our Customers within24 hours upon receiving the payment. All the Shoes are packed with original box.If you can not find what you want, please email us.
Please do not hesitate to contact us if you are interested in our products.
msn:cghsz@hotmail.com
msn:www.emsyou.com@hotmail.com
contact person:mr cheng
Tel: 0086-594-6118038
Fax: 0086-594-2389269

PLAINTIFF'S
EXHIBIT
103



**HOME  ABOUT US  PRODUCT  PAYMENT  POLICY  CONTACT US**

FAQ
order step
size

**Product Catalogue**

**Shoes**

01.Air Max
02.Nike shox
03.Air Jordan
04.Air force one
05.Dunk shoes
06.D&G shoes
07.Nike shoes
08.James shoes
09.Nike KOBE
10.PRADA shoes
11.PUMA shoes
12.Gucci shoes
13.BAPE shoes
14.ICECREAM
15.Timberland

**Company Introduction**

Product photo album  http://ecshoesaaa.photo.163.com

A china Nike customs Shoes Wholesale design company, we Wholesale
Ni...

Hot Product

ID:5962
CLH hoodies

ID:5897
polo T-shirts

ID:5733
Kidrobot

ID:5654
ROCK jeans

ID:5623
Rolex watch

EXHIBIT A

BUY SELL NIKE SHOX JORDAN MAX TIMBERLAND AIR FORCE PRADA TN PUMA SHOES Nike wholesale - Nike shoes wholesale. Nike sho...

16.LV shoes
17.Adidas shoes
18.Lacoste shoes
19.Kids shoes
20.4US SHOES
21.Richmond
22.Slippers
23.Dsquared2
25.Hogan shoes
26.Chanel shoes
27.BIKKE shoes
28.EVISU shoes

Clothes

BAPE
BBC
EVISU
red monkey
Lacoste
D&G
lrg
Burberry
Coogl
Kids
POLO
Gino Green Global
ECKO
ED-hardy
underwear
Jerseys
A&F
Artful dodger
ROCK
Diesel
Kidrobot
CLH

ID:5576
GGG hoodies

ID:5380
NFL suits

ID:4814
MAX90

ID:5568
BBC jacket

ID:5356
A&F T-005

ID:3758
maxLTD 026

ID:3239

ID:5485
8800 II

ID:5323
GGG T-048

ID:3582
R3 36

ID:3121

ID:5479
8800

ID:5170
Bape J-011

ID:3558
LV bag 095

ID:3089

ID:5475
N95

ID:4989
EVISU S-020

ID:3547
gucci B062

ID:2910

EXHIBIT A

BUY SELL NIKE SHOX JORDAN MAX TIMBERLAND AIR FORCE PRADA TN PUMA SHOES Nike wholesale - Nike shoes wholesale. Nike sho...

Bags
01.LV bags
02.prada bag
03.nike bag
04.chanel bag
05.gucci bag
06.Dior bags
07.Chloe bag
08.Coach bag

Hats
bape
BBC
NEW ERA
ED-hardy

Other
Belts

Electronics
Watch
phone
APPLE IPOD

**Product Search**

Product ID
All Big
All Small

Search

**Information**

| | | | | | |
|---|---|---|---|---|---|
| ID:3444 MAX95 043 | ID:2682 max180 | max2003 025 ID:2025 nike bag-05 | Coach 025 ID:764 Monster 02 | Chanel 050 ID:722 tl4 07 | R4 47 ID:712 TL3 |
| ID:497 jordan21.5-06 | | ID:492 jordan5-05 | ID:477 J21 014 | ID:462 jordan20.5-02 | ID:423 Jordan 22 15 |
| ID:392 jordan19-04 | | ID:379 J17.5 -001 | ID:364 jordan16-03 | ID:359 J15 -001 | ID:356 J14 -010 |

UY SELL NIKE SHOX JORDAN MAX TIMBERLAND AIR FORCE PRADA TN PUMA SHOES Nike wholesale - Nike shoes wholesale. Nike sho...



LOS ANGELES
NEW YORK
PARIS
TOKYO

ID:296 AF1 L-057
ID:294 AF1 L-055
ID:292 AF1 L-053
ID:291 AF1 L-052
ID:279 AF1 L-040

ID:247 J11.J4 001
ID:220 J10-014
ID:190 J8 005
ID:171 J4.5 008
ID:146 J5 011

Copyright 2000-2008 Fujian putian ecshoes company All rights reserved

TEL : 08613860950059   ADD : PUTIAN FUJIAN CHINA   ZIP : 351100   E-mail : ecshoesaa@yahoo.com.cn   MSN : ecshoesae@hotmail.com   Nike Shoes Wholesale,Jordan SHOES, Wholesale Handbags Sneakers, Wholesale Purses, Wholesale Sandals ...Nike wholesale - Nike shoes wholesale. Nike shoes: Nike shox air force1 jordan TL NZ R4 ... We sale wholesale Nike shoes(Nike trainers, Nike sneakers, Nike tn nike shox r3 nike shox r4 nike max 95 wholesale nike shoes tn shox r3 r4 nz oz jordans sneakers wholesale purses , Wholesale nike shoes: nike air force 1, Nike shooair Dunk, Nike air jordan, Nike shox kobe Nike air jordan (tl;nz;r4;turbo;monster), nike air maxtn shox wholeale handbags jeans (90;95;97;2003;2004;360;TnPlus)   Nike shoes sale and wholesale: replica nike shoes of Nike trainers,Nike sneakers,nike running shoes,Nike Men's shoes,nike women's shoes,Nike mens shoes, nike womens shoes. sale niko shoes: Nike Air force 1, nike air force one, nike air jordan, nike air Wholesale Handbags Sneakers, Wholesale Purses, Wholesale Sandals Nike wholesale - Nike shoes wholesale. Nike shoes: Nike shox air force1 jordan TL NZ R4 ... We sale wholesale Nike shoes(Nike trainers, Nike sneakers, wholesale nike handbag purse jeans fendi chanel gucci   jordans,nike air dunk,nike air dunks,Nike shox.Nike shocks,Nike shox tl,Nike shox r4,Nike shox nz,Nike shox r,Nike shox ride,Nike shox turbo,nike shox monster,nike airmax, Nike Air max tn plus,Nike air max 90,Nike air max 95, Nike air max 97, Nike air max 2003,Nike air max 2004,Nike air max 360,Nike air rift, China replica shoes factory and Nike factory wholesale and sale replica nike shoes to your Nike shop & nike store.   we wholesale new nike sneakers air jordan sneakers at cheap price,cheap jordan chanel fendi shoes sneakers handbag purse at wholesale price,china wholesale louis vuitton gucci prada dg bathing apa bbc at wholesale price,nike wholesale sneakers Niko celebrates 25 birthday of Air Force Ones wholesale basketball jerseys nba nfl jerseys wholesale,football jerseys at cheap price,factory   wholesale basketball jersey, China Wholesale basketball jersey,Many mobile

JY SELL NIKE SHOX JORDAN MAX TIMBERLAND AIR FORCE PRADA TN PUMA SHOES Nike wholesale - Nike shoes wholesale. Nike sho...



HOME   ABOUT US   PRODUCT   PAYMENT   POLICY   CONTACT US

○ Policy
○

- FAQ
- order step
- size

**Product Catalogue**

Shoes

01.Air Max
02.Nike shox
03.Air Jordan
04.Air force one
05.Dunk shoes
06.D&G shoes
07.Nike shoes
08.James shoes
09.Nike KOBE
10.PRADA shoes
11.PUMA shoes
12.Gucci shoes
13.BAPE shoes
14.ICECREAM
15.Timberland

A: Order step

1. Send a mail to us with the following information:
   * ID and Name and Quantity you want
   * Your CONTACT details (Name,Address,zipcode,city,country,email and tel no)

2. We will confirm your mail and we will request the total amount?to be transfered to us.(ALL prices are inclusive shipping fee)

3. You can send us money via Bank(Wire Transfer) or Western Union or Moneygram (is faster).

4. After receiving the amount, we will ship the package to the shipping address(customer).All the shoes are shipped from China !

5. We will send you the tracking number after we have shipped the shoes.(after 3days)

6. The package will be delivered within 10days (sometimes it can be delivered faster).?
   It depends where you are located.

7. We would appreciate if you give feedback after you have received the package.

B: Payment

EXHIBIT A

JY SELL NIKE SHOX JORDAN MAX TIMBERLAND AIR FORCE PRADA TN PUMA SHOES Nike wholesale - Nike shoes wholesale. Nike sho...

16.LV shoes
17.Adidas shoes
18.Lacoste shoes
19.Kids shoes
20.AUS SHOES
21.Richmond
22.Slippers
23.Dsquared2
25.Hogan shoes
26.Chanel shoes
27.BIKKE shoes
28.EVISU shoes
Clothes
BAPE
BBC
EVISU
red monkey
Lacoste
D&G
Irg
Burberry
Coogl
Kids
POLO
Gino Green Global
ECKO
ED-hardy
underwear
Jerseys
A&F
Artful dodger
ROCK
Diesel
Kidrobot
CLH

For all the orders, Full prepayment is required.

We accept and maintain the following payment channels:

1. T/T (Wire Transfer via Bank)

Please contact us for banking details

2. Western Union

We prefer Western Union transfer (very fast)

3.For price what we agree is inc shipping cost to

your office ,only promise go out of china,for this

we will send you tracking No ,if your custom catch

your package,we will not responsible for replacement

or refund.(if you pay usd 7prs more before shipment,

then will 100% replacement or refund )

4.We don't accept payments via Credit Cards.

C: Shipping policies

1. The shipment always after full payment for any orders, the tracking number will be given to buyers for check up the status of their orders.

2. For shoes we have in stock, send to our clients the goods always in two workdays after we have receive the payment; for bulk orders, shipping is after production completed.

**EXHIBIT A**

UY SELL NIKE SHOX JORDAN MAX TIMBERLAND AIR FORCE PRADA TN PUMA SHOES Nike wholesale - Nike shoes wholesale. Nike sho...

3. We can send shoes to virtually any address in the world.

4. Shoes are usually delivered via air express ways. Mostly EMS or TNT or UPS or DHL or FEDEX and other if you specify.

Bags

01.LV bags
02.prada bag
03.nike bag
04.chanel bag
05.gucci bag
06.Dior bags
07.Chloe bag
08.Coach bag

Hats

bape
BBC
NEW ERA
ED-hardy

Other

Belts
Electronics
Watch
phone
APPLE IPOD

Product Search

Product ID ▸
All Big ▸
All Small ▸

Search



Information

EXHIBIT A



**SHOESTRADE.BIZ**

Welcome to www.shoestrade.biz

| Home | About Us | Products List | New Products | Payment | Contact Us | Feedback |

Price List + Shipping Policy + Rules + Shoes Size + FAQ + Want To Order

Search: [Please input keywords] [All Class ▼] ✎ SEARCH  Hot Keywords: Air force one Timberland boots Nike Shox Air max Jordan shoes POLO T-shirt

▼ **Member Login**

User ID: [          ]
Password: [          ]
[Submit] [Reset]
Get a new ID!

▼ **Product List**

- Jordans shoes
- Nike Air Max shoes
- Nike Shox shoes
- Air Force 1 shoes
- Dunk sb shoes
- Adidas shoes
- Rift shoes
- BAPE STA Shoes
- Football shoes
- Timberland boots
- EVISU shoes
- HOGAN Shoes
- Puma shoes
- Prada shoes
- Dsquared2 shoes
- Gucci shoes
- LV shoes
- Burberry shoes
- Converse shoes
- James shoes
- D&G shoes
- Lacoste shoes
- LEVI'S shoes
- MAURI Shoes
- COACH Shoes
- Ed Hardy Shoes
- C A Shoes
- Versace shoes
- Paioctt 4US Shoes
- Women's Sandal
- UGG Boots
- Women boots
- Jeans
- Underwear
- Bikini
- Shorts
- T-Shirts
- jersey
- Clothing/Jacket
- Purse
- Bag/Handbag
- Hat Cap
- Scarf & Amice
- Strap & Belts
- Glasses
- Wristwatch
- MK4 5 GHD
- PSP

**Shipping Policy**

**Shipping policies**

**1)**-The shipment always after full payment for any orders. the tracking number will be given to buyers for check up the status of their orders.

**2)**- For shoes we have in stock, send to our clients the goods always in 2 workdays after we have receive the payment; for bulk orders, shipping is after production completed.

**3)**-Buyers must pay all shipping costs.

**4)**-We don't carry responsibilities for custom clearance and taxes charges in buyer's countries.

**Shipping options**

**1)**-We don't carry duties on any damages or loss during shipping.

**2)**-We can send shoes to virtually any address in the world.

**3)**-Shoes are usually delivered via air express ways. Mostly EMS, or EHL or TNT or UPS or FEDEX and other if you specify.

**Trade Item**

**1)**-The price is including shipping cost to buyers office or buyers home.

**2)**- If your country's custom seized the shoes, we will not be responsible for replacement or refund.

**3)**- If Chinese customs seized the shoes, we will send out your shoes again.

▼ **What's New**

1. Notice — holiday... [2009-1-19]

1. 2009 New Mobile Phones ..... [2009-1-7]
1. New 2009 D&G Dolce&Gabban... [2008-12-29]
1. New UGG Boots ... ... [2008-12-28]

**Exhibit B**

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3

4   LOUIS VUITTON MALLETIER, S.A.,  )

                               )

5                 Plaintiff,   )

                               )

6                  vs.        ) Case No. C073952JW

                               )

7   AKANOC SOLUTIONS, INC., MANAGED   )

   SOLUTIONS GROUP, INC., STEVEN    )

8   CHEN and DOES 1 through 10,      )

   inclusive,                  )

9                               )

                 Defendants.  )

10   _____)

11

12

13

14

15            DEPOSITION OF STEVEN CHEN

16                 VOLUME I

17            Glendale, California

18           Tuesday, April 8, 2008

19

20

21

22

23

24   Reported by:  Janalee Whitacre

                CSR No. 12223

25   NDS Job No.:  127887

1    Q.   To your knowledge, does she provide similar

2  services for any other ISPs?

3    A.   I don't think so.

4    Q.   Or any other companies?

5    A.   I don't think so.

6    Q.   Your sales department, is that located in the

7  Fremont office as well?

8    A.   One is -- Akanoc is in Fremont office.

9  DediWebHost is in the cage, in downtown San Jose.  We

10  just -- everybody work, you know, on-line, so it doesn't

11  matter where they're at.

12    Q.   When you say they work on-line, does that mean

13  that they also tend to telecommute as opposed to working

14  from Akanoc's business location?

15    A.   Most of the time they all in the office, yeah.

16    Q.   Who is the one salesperson based in Fremont?

17    A.   Will Lone, W-i-l-l, L-o-n-e.

18    Q.   And Mr. Lone is a full-time employee?

19    A.   Yes.

20    Q.   And how long has he been employed by Akanoc?

21    A.   Probably two years.

22    Q.   And could you briefly describe for me his job

23  function?

24    A.   He is from China, and so his main role is

25  develop the Chinese -- I mean, China, customers in

```
 1    China.

 2         Q.    And does he travel back to China regularly to

 3    market Akanoc?

 4         A.    From what I remember, three times.

 5         Q.    In the two years that he's worked for Akanoc?

 6         A.    Yeah.

 7         Q.    And you said there was another salesperson for

 8    DediWebHost --

 9         A.    Yes.

10         Q.    -- who works in San Jose.  What is that?

11         A.    Patrick Yeoh.

12         Q.    Can you spell his last name?

13         A.    Y-e-o-h, I believe.

14         Q.    How long has Mr. Yeoh been with Akanoc?

15         A.    About three years.

16         Q.    And are both Mr. Lone and Mr. Yeoh full-time

17    employees?

18         A.    Yes.

19         Q.    Does Mr. Yeoh also market DediWebHost services

20    in China?

21         A.    No.

22         Q.    Can you tell me how Mr. Lone markets Akanoc

23    services in China, other than the occasional trip that

24    you mentioned earlier?

25         A.    From the beginning I believe that he went
```

```
 1    through an -- ISP in China, they call it ICP, you know,

 2    Internet Content Provider.  He research a list of those

 3    people and then start contacting everybody.

 4         Q.   How does he contact them?

 5         A.   Just through e-mail.  And from there probably

 6    we establish like 10, 15 resellers.  And from there the

 7    resellers start developing business locally, and they

 8    are advertising that if you want US-dedicated servers,

 9    then they represent companies in the U.S. not

10    specifically for Akanoc.

11         Q.   So it's your understanding that the 10 to 15

12    resellers you just mentioned provide or obtain hosting

13    services from companies other than Akanoc?

14         A.   Yes.

15         Q.   In the United States?

16         A.   Yes, yes.

17         Q.   Are these 10 to 15 resellers located in any

18    particular region in China, or are they spread

19    throughout the country?

20         A.   I think they're spread out.

21         Q.   Mostly in the East, I would imagine?

22         A.   Yeah, along the coast.

23         Q.   You have three employees in the billing

24    department.  Can you identify them for me?

25         A.   Kathy Tseng, T-s-e-n-g; Emily Tsai, T-s-a-i,
```

**Exhibit C**



# Intellectual Property Rights

Seizure Statistics: FY 2008

*Published: January 2009*



U.S. Customs and
Border Protection

U.S. Immigration and
Customs Enforcement

EXHIBIT C                                               Page 25

# Top Trading Partners

China Remains the Top Trading Partner for IPR Violations

FY 2008 seizures of IPR infringing products from China increased by 40% in domestic value to $221.7M from FY 2007, and accounted for 81% of the total domestic value of all IPR seizures.

- India's $16.2M in seized value makes it the second most significant trading partner by value for IPR seizures.

- Pharmaceuticals accounted for 99% of the total domestic value of IPR seizures from India.

- Hong Kong had the third highest domestic value, with $13.4M in IPR seizures.



U.S. Customs and Border Protection

Disclaimer
The information contained on this page does not constitute the official trade statistics of the United States. The statistics, and the projections based upon those statistics, are not intended to be used for economic analysis, and are provided for the purpose of establishing CBP priorities and workload.

U.S. Immigration and Customs Enforcement

12

EXHIBIT C                    Page 26

# Top Trading Partners

## Percentage Change by Value – FY 2008 vs. FY 2007

| Trading Partners FY 2008 | FY 2008 Domestic Value | Percent of Total Value | FY 2007 Domestic Value | Difference FY08 vs. FY 07 | % Increase or Decrease |
|---|---|---|---|---|---|
| China | $ 221,661,579 | 81% | $ 158,082,597 | $ 63,578,982 | 40% |
| India | $ 16,258,368 | 6% | $ 855,231 | $ 15,403,137 | 1801% |
| Hong Kong | $ 13,433,606 | 5% | $ 12,729,121 | $ 704,485 | 5% |
| Taiwan | $ 2,631,980 | 1% | $ 3,454,048 | $ (822,068) | 23% |
| Korea | $ 1,028,348 | <1% | $ 902,904 | $ 125,444 | 13% |
| Dominican Republic | $ 942,128 | <1% | $ 23,261 | $ 918,867 | 3950% |
| Pakistan | $ 780,109 | <1% | $ 2,530,545 | $ 1,750,436 | 69% |
| Vietnam | $ 747,567 | <1% | $ 483,821 | $ 263,746 | 54% |
| United Arab Emirates | $ 658,626 | <1% | $ 372,932 | $ 285,694 | 76% |
| Indonesia | $ 649,066 | <1% | $ 96,753 | $ 552,313 | 570% |
| All Others | $ 13,937,502 | 5% | $ 17,223,164 | $ (3,285,662) | -19% |
| **Total Domestic Value of All IPR Seizures** | **$ 272,728,879** | | **$ 196,754,377** | **$ 75,974,502** | **38%** |
| **Total Number of Seizures** | **14,992** | | **13,657** | **1,335** | **9%** |



U.S. Customs and
Border Protection

**Disclaimer**
The information contained on this page does not constitute the official trade statistics of the United States. The statistics, and the projections based upon those statistics, are not intended to be used for economic analysis, and are provided for the purpose of establishing CBP priorities and workload.

U.S. Immigration and
Customs Enforcement  14

EXHIBIT C                    Page 27

# Top Trading Partners

Top Five Countries by Value for IPR Seizures – FY 2008



$221.6M
81%

$16.2M
6%

$13.4M
5%

$2.6M
1%

$1.0M
<1%

$17.8M
7%

■ China   ■ India   ■ Hong Kong
  Taiwan   ■ Korea   All Others



U.S. Customs and
Border Protection

**Disclaimer**
The information contained on this page does not constitute the official trade statistics of the United States. The statistics, and the projections based upon those statistics, are not intended to be used for economic analysis, and are provided for the purpose of establishing CBP priorities and workload.

U.S. Immigration and
Customs Enforcement        13

EXHIBIT C                    Page 28