# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME: 30 mins**

## CIVIL MINUTES

**Judge: James Ware**                                **Courtroom Deputy: Elizabeth Garcia**
**Date:  March 23, 2009**                           **Court Reporter: Unreported**
**Case No.: C-07-03952  JW**                        **Interpreter: N/A**
**Related Case No.: N/A**

## TITLE

**Louis Vuitton Malletier, S.A. v. Akanoc Solutions, Inc. et. al.**

**Attorney(s) for Plaintiff(s)**: J. Andrew Coombs, Annie Wang
**Attorney(s) for Defendant(s)**: James Lowe

## PROCEEDINGS

**Final Pretrial Conference**

## ORDER AFTER HEARING

Conference held upreported, in chambers. The Court set the following pretrial and trial dates:

1. Final Pretrial Conference set for July 6, 2009 at 3:00 PM
2. Jury Selection set for August 18, 2009 at 9:00 AM - 12:00 PM
3. Jury trial set for
August 19, 2009 through August 21, 2009 at 1:00 PM - 4:00 PM
August 25, 2009 through August 28, 2009 at 1:00 PM - 4:00 PM
September 1, 2009 through September 4, 2009  at 1:00 PM - 4:00 PM


*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: J Younger