J. Andrew Coombs (SBN 123881)  
andy@coombspc.com  
Annie S. Wang (SBN 243027)  
annie@coombspc.com  
J. Andrew Coombs, A Prof. Corp.  
517 E. Wilson Ave., Suite 202  
Glendale, California 91206  
Telephone: (818) 500-3200  
Facsimile: (818) 500-3201  

*E-FILED 4/20/2009*

Attorneys for Plaintiff Louis Vuitton Malletier, S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| Louis Vuitton Malletier, S.A., <br><br> Plaintiff, <br><br> v. <br><br> Akanoc Solutions, Inc., et al. <br><br> Defendants. | Case No.: C 07-3952 JW <br><br> Hon. Magistrate Judge Howard R. Lloyd <br><br> [PROPOSED] ORDER GRANTING SHORTENING OF TIME TO HEAR MOTION FOR MODIFICATION OF ORDER FOR INSPECTION AND SANCTIONS |

WHEREAS Plaintiff Louis Vuitton Malletier, S.A. ("Louis Vuitton" or "Plaintiff") filed its Notice and Motion for Shortening of Time to Hear its Motion for Modification of Order For Inspection and Sanctions ("Motion");

The Court, having read and considered the request, declaration on file in this matter and having reviewed such evidence as was presented in regards to Plaintiff's Motion, hereby grants Plaintiff's Motion and advances the hearing date on Plaintiff's Motion to May 12, 2009, 10:00 a.m. ~~, and all applicable deadlines for oppositions and replies advanced accordingly.~~ Defendants' opposition is due by April 24, 2009, 5:00 p.m. Plaintiff's reply is due by April 28, 2009.

IT IS SO ORDERED.

Dated: April 20, 2009

_____  
Hon. Howard R. Lloyd  
United States Magistrate Judge

Presented By:  
J. Andrew Coombs, A Professional Corp.

By: ___/s/ J. Andrew Coombs___  
    J. Andrew Coombs  
    Annie S. Wang  
Attorneys for Louis Vuitton Malletier, S.A.

Louis Vuitton v Akanoc, et al.: Proposed Order Shortening Time    - 1 -