GAUNTLETT & ASSOCIATES
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
Brian S. Edwards (SBN 166258)
Christopher Lai (SBN 249425)
18400 Von Karman, Suite 300
Irvine, California 92612
Telephone: (949) 553-1010
Facsimile: (949) 553-2050
jal@gauntlettlaw.com
bse@gauntlettlaw.com
cl@gauntlettlaw.com

Attorneys for Defendants
Akanoc Solutions, Inc.,
Managed Solutions Group, Inc.
and Steve Chen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., <br><br> Plaintiff, <br><br> vs. <br><br> AKANOC SOLUTIONS, INC., et al., <br><br> Defendants. | Case No.: C 07-3952 JW (HRL) <br><br> Magistrate Judge Howard R. Lloyd <br><br> **DECLARATION OF JAMES A. LOWE IN SUPPORT OF DEFENDANTS' OPPOSITION TO VUITTON'S MOTION FOR MODIFICATION OF ORDER AND SANCTIONS** <br><br> Date: May 26, 2009 <br> Time: 10:00 a.m. <br> Ctrm: 2, 5th Floor |

164835.2-10562-002-4/24/2009

DECL. OF JAMES A. LOWE IN SUPPORT OF
DEFENDANTS' OPPOSITION TO MOTION FOR
MODIFICATION OF ORDER AND SANCTIONS
– C 07-3952 JW (HRL)

I, JAMES A. LOWE, declare:

1. I am an attorney duly licensed to practice law before this Court and am a partner in the law firm of Gauntlett & Associates, counsel of record for defendants Managed Solutions Group, Inc., Akanoc Solutions, Inc. and Steve Chen ("Defendants").

2. I have personal knowledge of the facts stated in this Declaration and could testify competently to them if called upon as a witness.

3. This declaration is submitted in support of Defendants' Opposition to Vuitton's Motion for Modification of the Court's March 10, 2009 Order.

4. Attached as **Exhibit "1531"** is a copy of Vuitton's Second Set of Requests for Production of Documents to Defendant Managed Solutions Group, Inc., served on January 3, 2008. This set is substantively identical to the Requests for Production of Documents, Sets 2, that Vuitton served on Akanoc Solutions, Inc. and Steve Chen at the same time.

5. Attached as **Exhibit "1532"** is an April 8, 2008 e-mail my office sent to J. Andrew Coombs, lead counsel for Louis Vuitton Malletier, attaching a Microsoft Excel file entitled "123107-all data.xls". This file contained data from Defendants' CPRO database.

6. Attached as **Exhibit "1533"** are excerpts from Louis Vuitton's April 8-9, 2008 depositions of Steve Chen. I attended the depositions taken by Andrew J. Coombs. The excerpts reflect testimony about Defendants' CPRO database.

7. Attached as **Exhibit "1534"** is an April 11, 2008 letter I received from J. Andrew Coombs where he acknowledges receipt of data from the CPRO database.

8. Attached as **Exhibit "1535"** is an April 22, 2008 letter I received from J. Andrew Coombs.

9. Attached as **Exhibit "1536"** is a April 24, 2008 letter I sent to J. Andrew Coombs confirming hand-delivery of a CD-ROM to Mr. Coombs containing data from Defendants' CPRO database.

10. Attached as **Exhibit "1537"** is a September 5, 2008 letter I sent to Annie Wang, one of Vuitton's attorney's further describing how Defendants are able to utilize the CPRO database to

164835.2-10562-002-4/24/2009

DECL. OF JAMES A. LOWE IN SUPPORT OF
DEFENDANTS' OPPOSITION TO MOTION FOR
MODIFICATION OF ORDER AND SANCTIONS
– C 07-3952 JW (HRL)

identify servers based on IP addresses.

11. Attached as **Exhibit "1538"** are letters and e-mails between the parties' counsel between August 4, 2008 and March 17, 2009 discussing details of the planned Internet server inspection and attempting to reach an agreement on a protocol.

12. Attached as **Exhibit "1539"** is an April 7, 2009 letter I sent to J. Andrew Coombs requesting, in accordance with the Magistrate Judge's March 10, 2009 Order, copies of the materials Vuitton's expert copied during the server inspection on March 25 and 26, 2009.

13. Attached as **Exhibit "1540"** is a responsive letter I received from J. Andrew Coombs the same day (April 7, 2009) refusing to provide copies of the hard drives made at Defendants' premises.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Irvine, California on April 24, 2009.

s/ James A. Lowe
James A. Lowe

164835.2-10562-002-4/24/2009

DECL. OF JAMES A. LOWE IN SUPPORT OF
DEFENDANTS' OPPOSITION TO MOTION FOR
MODIFICATION OF ORDER AND SANCTIONS
– C 07-3952 JW (HRL)