**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
Brian S. Edwards (SBN 166258)
Christopher Lai (SBN 249425)
18400 Von Karman, Suite 300
Irvine, California 92612
Telephone: (949) 553-1010
Facsimile: (949) 553-2050
jal@gauntlettlaw.com
bse@gauntlettlaw.com
cl@gauntlettlaw.com

Attorneys for Defendants
Akanoc Solutions, Inc.,
Managed Solutions Group, Inc.
and Steve Chen

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., <br><br> Plaintiff, <br><br> vs. <br><br> AKANOC SOLUTIONS, INC., et al., <br><br> Defendants. | Case No.: C 07-3952 JW (HRL) <br><br> **DECLARATION OF JAMES A. LOWE IN SUPPORT OF DEFENDANTS' MOTION TO REQUIRE PLAINTIFF LOUIS VUITTON TO "PARE DOWN" ITS INFRINGEMENT CONTENTIONS FOR TRIAL** <br><br> Date: June 15, 2009 <br> Time: 9:00 a.m. <br> Ctrm.: 8, 4th Floor |

164966.1-10562-002-5/11/2009

**DECL. OF JAMES A. LOWE IN SUPPORT OF DEFENDANTS' MOTION TO REQUIRE VUITTON TO "PARE DOWN" INRINGEMENT CONTENTIONS FOR TRIAL – C 07-3952 JW (HRL)**

I, JAMES A. LOWE, declare:

1. I am an attorney duly licensed to practice law before this Court and am a partner in the law firm of Gauntlett & Associates, counsel of record for defendants Managed Solutions Group, Inc., Akanoc Solutions, Inc. and Steve Chen ("Defendants").

2. I have personal knowledge of the facts stated in this Declaration and could testify competently to them if called upon as a witness.

3. This Declaration is submitted in support of Defendants' Motion to Require Plaintiff Louis Vuitton ("Vuitton") to "Pare Down" its Infringement Contentions for Trial.

4. Attached as **Exhibit "1541"** is a 1 page sample verdict form prepared by my office. It covers a single contributory copyright infringement claim (alleged infringement of Vuitton's *"Multicolor Monogram-White Print"* copyrighted work) by a single defendant (Managed Solutions Group, Inc.) at one accused website (Ape168.com).

5. Attached as **Exhibit "1542"** is a 1.5 page sample verdict form also prepared by my office. This verdict form covers a single contributory trademark infringement claim (alleged infringement of the *"Louis Vuitton (Interlocked Letters) Design"* trademark) by a single defendant (Managed Solutions Group, Inc.) at one accused website (Ape168.com).

6. These sample verdict forms represent the minimum findings a jury needs to make as to each alleged infringement of a Vuitton mark or copyrighted work, by each defendant, at each accused website.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Irvine, California on May 11, 2009.

s/ James A. Lowe
James A. Lowe

164966.1-10562-002-5/11/2009

1

**DECL. OF JAMES A. LOWE IN SUPPORT OF DEFENDANTS' MOTION TO REQUIRE VUITTON TO "PARE DOWN" INRINGEMENT CONTENTIONS FOR TRIAL – C 07-3952 JW (HRL)**