# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

# Civil Minute Order

Date:   May 12, 2009                                                    Time in Court: 21 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

**TITLE:**   Louis Vuitton Malletier, S.A. v. Akanoc Solutions, Inc., et. al.
**CASE NUMBER**: C07-03952JW
Plaintiff Attorney present: J. Andrew Coombs
Defendant Attorney present: James Lowe

**PROCEEDINGS:**   Motion for Modification and for Sanctions

Counsel present arguments.

Matter is taken under submission.  Court to issue written ruling.