**\*E-FILED 5/12/2009\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., | No. C07-03952 JW (HRL) |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION TO SEAL DOCUMENT** |
| v. | |
| AKANOC SOLUTIONS, INC., MANAGED SOLUTIONS GROUP, INC. STEVEN CHEN and DOES 1 THROUGH 10, | [Re: Docket No. 139] |
| Defendants. | |

Plaintiff moves to seal a photograph of defendants' CPRO database, which was submitted as Exhibit A to the Declaration of Joseph T. Murin in support of plaintiff's motion for modification of this court's prior discovery orders (Docket #137). Defendants have now confirmed that this photograph does not contain or comprise confidential information. Accordingly, plaintiff's motion to seal is denied. The above-identified photograph shall be placed in the court's public records.

SO ORDERED.

Dated: May 12, 2009

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 **5:07-cv-3952 Notice has been electronically mailed to:**

2 Annie S Wang annie@coombspc.com, andy@coombspc.com

3 Brian S. Edwards bse@gauntlettlaw.com

4 David A. Gauntlett info@gauntlettlaw.com

5 J. Andrew Coombs andy@coombspc.com, jeremy@coombspc.com, katrina@coombspc.com, ruth@coombspc.com

6

7 James A. Lowe info@gauntlettlaw.com, ams@gauntlettlaw.com, arm@gauntlettlaw.com, bse@gauntlettlaw.com, jal@gauntlettlaw.com, pam@gauntlettlaw.com

8 **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.