

| CUST-3923? | 07/10/2008 | 00:38:04 | mung | #144007 remove KVM |
| CUST-3923? | 07/10/2008 | 02:13:29 | poey | #144010 Put KVM for customer |
| CUST-3923? | 07/10/2008 | 08:35:13 | patrick | #145057 Removed 204.13.65.49 from 205.209.143.107, hosting 100 counterfeit product serial n... |
| CUST-3923? | 07/30/2008 | 14:15:51 | patrick | (AUTO) Remove Additional IP 204.13.65.49 (1) 2008-07-30 14:16:23 |
| CUST-3923? | 07/30/2008 | 14:16:25 | willione | monthly charge changed from 1.65 to 126.5. REASON: buy 10IP=910 |
| CUST-3923? | 07/31/2008 | 13:34:03 | patrick | [AUTO] Add Additional IP 205.209.177.31 1-10.00 2008-07-31 14... |
| | 08/18/2008 | | | #145045 redo p... |
| | 08/29/2008 | 04:19:36 | | ... |

| IP Address | Customer ID | Date | Time |
| --- | --- | --- | --- |
| 205.209.143.107 | CUST-39237 | | 14:15:51 |
| 205.209.143.107 | CUST-39237 | 07/20/2008 | 14:16:25 |
| 205.209.143.107 | CUST-39237 | 07/31/2008 | 13:34:03 |
| 205.209.143.107 | CUST-39237 | 07/31/2008 | 14:17:43 |
| 205.209.143.107 | CUST-39237 | 08/18/2008 | 14:19:36 |
| 205.209.143.107 | CUST-39237 | 08/29/2008 | 04:19:36 |
| 205.209.143.107 | CUST-39237 | 08/29/2008 | 04:44:08 |

EXHIBIT A Page

removed 204.13.65.49 from 205.209.145.107; hosting 100

Remove Additional IP: 204.13.65.49-49 (1) 2008-07-30 14:16:23

charge changed from 116.5 to 126.5; REASON: buy 10 IP; +$10

Add Additional IP: 205.209.177.131-140 (10) 2008-07-31 14:17:12

15 reboot

205.209.149.12 removed from main IP 205.209.145.107 due to...

Additional IP: 205.209.149.12 ... 2008.02.20...