1  J. Andrew Coombs (SBN 123881)
   Annie S. Wang (SBN 243027)
2  J. Andrew Coombs, A Professional Corporation
   517 E. Wilson Ave., Suite 202
3  Glendale, California  91206
   Telephone:    (818) 500-3200
4  Facsimile:    (818) 500-3201
   andy@coombspc.com
5  annie@coombspc.com

6  Attorneys for Plaintiff
   Louis Vuitton Malletier, S.A.
7
   GAUNTLETT & ASSOCIATES
8  David A. Gauntlett (SBN 96399)
   James A. Lowe (SBN 214383)
9  Brian S. Edwards (SBN 166258)
   Christopher Lai (SBN 249425)
10 18400 Von Karman, Suite 300
   Irvine, California  92612
11 Telephone:    (949) 553-1010
   Facsimile:    (949) 553-2050
12 info@gauntlettlaw.com
   jal@gauntlettlaw.com
13 bse@gauntlettlaw.com
   cl@gauntlettlaw.com
14
   Attorneys for Defendants
15 Akanoc Solutions, Inc.,
   Managed Solutions Group, Inc.
16 and Steve Chen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| Louis Vuitton Malletier, S.A., | Case No. C07-03952 JW (HRL) |
| Plaintiff, | JOINT STIPULATION RE CONTINUANCE OF HEARING ON DEFENDANTS' MOTION TO REQUIRE PLAINTIFF TO "PARE DOWN" ITS INFRINGEMENT CONTENTIONS FOR TRIAL |
| v. | |
| Akanoc Solutions, Inc., Managed Solutions Group, Inc., Steve Chen and Does 1 through 10, inclusive, | |
| Defendants. | Date:  June 15, 2009<br>Time:  9:00 a.m.<br>Courtroom 8, 4th Floor |

Plaintiff Louis Vuitton Malletier, S.A. ("Vuitton" or "Plaintiff") by and through its counsel of record and Defendants Akanoc Solutions, Inc., Managed Solutions Group, Inc. and Steven Chen

Louis Vuitton v. Akanoc, et al.: Stipulation to Continue Hearing     - 1 -

(collectively referred to as "Defendants"), by and through their counsel of record, agree and stipulate as follows:

WHEREAS the Defendants' set the hearing on their "Motion to Require Plaintiff Louis Vuitton to "Pare Down" Its Infringement Contentions for Trial" for June 15, 2009, at 9:00 a.m.;

WHEREAS counsel for Plaintiff has a calendar conflict on June 15, 2009, preventing him from making an appearance in San Jose on the noticed hearing date;

NOW, THEREFORE, the Parties stipulate and agree that the hearing on Defendants' "Motion to Require Plaintiff Louis Vuitton to "Pare Down" Its Infringement Contentions for Trial" currently set for June 15, 2009, 9:00 a.m., be continued to June 29, 2009, at 9:00 a.m., or such date thereafter as may be acceptable to the Court, with Plaintiff's Opposition, and any Reply by Defendants' due pursuant to the original briefing schedule.

IT IS SO STIPULATED by the parties hereto:

Dated: May 22, 2009     J. Andrew Coombs, A Professional Corp.

By: /s/ Annie S. Wang
    J. Andrew Coombs
    Annie S. Wang
Attorneys for Plaintiff Louis Vuitton Malletier, S.A.

Dated: May 22, 2009     Gauntlett & Associates

By: /s/ James A. Lowe
    James A. Lowe
    Brian S. Edwards
Attorneys for Defendants Akanoc Solutions, Inc.,
Managed Solutions Group, Inc. and Steve Chen