1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A Professional Corporation
   517 E. Wilson Ave., Suite 202
4  Glendale, California  91206
   Telephone:     (818) 500-3200
5  Facsimile:      (818) 500-3201

6  Attorneys for Plaintiff
   Louis Vuitton Malletier, S.A.
7
   GAUNTLETT & ASSOCIATES
8  David A. Gauntlett (SBN 96399)
   James A. Lowe (SBN 214383)
9  *jal@gauntlettlaw.com*
   Brian S. Edwards (SBN 166258)
10 *bse@gauntlettlaw.com*
   18400 Von Karman, Suite 300
11 Irvine, California  92612
   Telephone:     (949) 553-1010
12 Facsimile:      (949) 553-2050

13 Attorneys for Defendants Akanoc Solutions, Inc.,
   Managed Solutions Group, Inc.
14 and Steven Chen

15                    UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| Louis Vuitton Malletier, S.A., | ) | Case No. C07-03952 JW (HRL) |
|---|---|---|
| Plaintiff, | ) ) | JOINT WITNESS LIST |
| v. | ) ) | Final Pre-Trial Conferenc |
| Akanoc Solutions, Inc., Managed Solutions Group, Inc., Steven Chen and Does 1 through 10, inclusive, | ) ) ) ) | Date:   July 6, 2009 Time:   3:00 p.m. Court:  Hon. James Ware |
| Defendants. | ) ) | |

TO THE COURT:

   Pursuant to the Court's Preliminary Pretrial Conference Scheduling Order – (Jury Trial), the Parties submit the following Joint Witness List:

| **WITNESSES FOR PLAINTIFF** | **DATES OF TESTIMONY** |
|---|---|
| Nikolay Livadkin Anti-Counterfeiting Coordinator LVMH Fashion Group | |

LV v. Akanoc, et al.:  Joint Witness List                    - 1 -

| | |
|---|---|
| Robert Holmes<br>IPCybercrime.com, LLC | |
| Steven Chen<br>Defendant | |
| Juliana Luk<br>Employee of Defendant | |
| Joseph T. Murin<br>Senior eDiscovery Consultant<br>Guidance Software Inc. | |
| Phil Cooper<br>eDiscovery Technical Manager Professional Services Division<br>Guidance Software, Inc. | |
| Michael B. Wilson<br>Senior Enterprise Consultant<br>Guidance Software Inc. | |
| **WITNESSES FOR DEFENDANTS** | |
| Steve Chen | |
| Will Lone | |
| Andrew Cheng | |
| Juliana Luk | |
| Richard Gralnik | |
| Any witness listed or called by Plaintiff | |

DATED: June 5, 2009        J. Andrew Coombs, A Professional Corp.

                    _____/s/ Annie S. Wang_____
                         J. Andrew Coombs
                         Annie S. Wang
                    Attorneys for Plaintiff Louis Vuitton Malletier, S.A.


DATED: June 5, 2009        GAUNTLETT & ASSOCIATES


                    _____/s/ James A. Lowe_____
                         David A. Gauntlett
                         James A. Lowe
                         Brian S. Edwards
                    Attorneys for Defendants Akanoc Solutions, Inc.,
                    Managed Solutions Group, Inc. and Steven Chen