**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
Brian S. Edwards (SBN 166258)
Christopher Lai (SBN 249425)
18400 Von Karman, Suite 300
Irvine, California  92612
Telephone:   (949) 553-1010
Facsimile:    (949) 553-2050
info@gauntlettlaw.com
jal@gauntlettlaw.com
bse@gauntlettlaw.com

Attorneys for Defendants
Akanoc Solutions, Inc.,
Managed Solutions Group, Inc.
and Steve Chen

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., <br><br> Plaintiff, <br><br> vs. <br><br> AKANOC SOLUTIONS, INC., MANAGED SOLUTIONS GROUP, INC., STEVEN CHEN AND DOES 1 THROUGH 10, INCLUSIVE, <br><br> Defendants. | Case No.:  C 07-3952 JW (HRL) <br><br> **SUPPLEMENTAL JURY INSTRUCTION NO. 6** |

164167.1-10562-002-6/5/2009

**SUPPLEMENTAL JURY INSTRUCTION NO. 6
– C 07-3952 JW**

**JURY INSTRUCTION No. \_\_\_\_**

CONTRIBUTORY COPYRIGHT INFRINGMENT – INDUCED, CAUSED OR MATERIALLY CONTRIBUTED TO DIRECT INFRINGEMENT

A defendant materially contributes to copyright infringement if the defendant's equipment was expressly engineered, and the defendant's services were disseminated and promoted, explicitly for the purpose of facilitating the exchange of counterfeit goods.

*A&M Records, Inc. v Napster, Inc.,* 239 F.3d 1004 (9th Cir. 2001) ("Napster was a file sharing program which, while capable of non-infringing use, was **expressly engineered to enable the easy exchange of pirated music** and was widely so used.")

*Perfect 10, Inc. v. Visa Intern. Service Ass'n,* 494 F.3d 788, 799 n. 10 (9th Cir. 2007) ("In fact, as virtually every interested college student knew-and as the program's creator expressly admitted-**the sole purpose of the Napster program was to provide a forum for easy copyright infringement.** [citation omitted] **Perfect 10 does not contend** that Defendants' payment systems were **engineered for infringement** in this way, and we decline to radically expand Napster's cursory treatment of "material contribution" to cover a credit card payment system that was not so designed

*Perfect 10, Inc. v. Visa International Service Association,* 494 F.3d 788, 801 (9th Cir.2007) ("**The software systems** in *Napster* and *Grokster* **were engineered, disseminated, and promoted explicitly for the purpose of facilitating piracy of copyrighted music** and reducing legitimate sales of such music to the extent. **Most** *Napster* and *Grokster* **users** understood this and **used those systems to purloin copyrighted music**. . . Perfect 10 does not allege that Defendants **created or promote their payment systems** as a means **to break laws**.")

164167.1-10562-002-6/5/2009                                    **SUPPLEMENTAL JURY INSTRUCTION NO. 6 – C 07-3952 JW**