1  **GAUNTLETT & ASSOCIATES**
   David A. Gauntlett (SBN 96399)
2  James A. Lowe (SBN 214383)
   Brian S. Edwards (SBN 166258)
3  Christopher Lai (SBN 249425)
   18400 Von Karman, Suite 300
4  Irvine, California  92612
   Telephone:    (949) 553-1010
5  Facsimile:     (949) 553-2050
   info@gauntlettlaw.com
6  jal@gauntlettlaw.com
   bse@gauntlettlaw.com
7
   Attorneys for Defendants
8  Akanoc Solutions, Inc.,
   Managed Solutions Group, Inc.
9  and Steve Chen

10                  **UNITED STATES DISTRICT COURT**

11          **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

12

| | |
|---|---|
| 13  LOUIS VUITTON MALLETIER, S.A., | ) Case No.:  C 07-3952 JW (HRL) |
| 14                Plaintiff, | ) |
| 15      vs. | ) **SUPPLEMENTAL JURY** <br> ) **INSTRUCTION NO. 16** |
| 16 | ) |
| 17  AKANOC SOLUTIONS, INC., MANAGED <br> SOLUTIONS GROUP, INC., STEVEN CHEN <br> 18  AND DOES 1 THROUGH 10, INCLUSIVE, | ) |
| 19                Defendants. | ) |
| 20 | ) |

21
22
23
24
25
26
27
28

163878.1-10562-002-6/5/2009                       **SUPPLEMENTAL JURY INSTRUCTION NO. 16**
                                                                      **– C 07-3952 JW**

**JURY INSTRUCTION No. \_\_\_\_**

DAMAGES—WILLFUL TRADEMARK INFRINGEMENT

If you find that a defendant contributorily infringed any of Louis Vuitton's trademarks you must also determine whether that defendant's conduct was intentional or willful. Willfulness carries a connotation of a deliberate intent to deceive. In order to find that a defendant's contributory infringement was intentional or willful, you must find by clear and convincing evidence that the defendant(s) deliberately intended to deceive Louis Vuitton.

Ninth Circuit Model Civil Jury Instruction 15.27 Trademark Damages – Intentional Infringement

*Collegenet, Inc. v. XAP Corp.,* 483 F.Supp.2d 1058, 1065 (D.Or.2007) ("A finding of willful misconduct under the Lanham Act must be supported by clear and convincing evidence. [citing *Tamko Roofing Prods., Inc. v. Ideal Roofing Co., Ltd.,* 294 F.3d 227, 229 (1st Cir.2002); *Versa Prods. Co., Inc. v. Bifold Co. (Mfg.) Ltd.,* 50 F.3d 189, 208 (3d Cir.1995); *Castrol, Inc. v. Pennzoil Quaker State Co.,* 169 F.Supp.2d 332, 341 & n. 8 (D.N.J.2001)].")

*Lindy Pen Co., Inc. v. Bic Pen Corp.,* 982 F.2d 1400, 1406 (9th Cir.1993) ("Willful infringement carries a connotation of deliberate intent to deceive. Courts generally apply forceful labels such as "deliberate," "false," "misleading," or "fraudulent" to conduct that meets this standard.")