1  **GAUNTLETT & ASSOCIATES**
   David A. Gauntlett (SBN 96399)
2  James A. Lowe (SBN 214383)
   Brian S. Edwards (SBN 166258)
3  Christopher Lai (SBN 249425)
   18400 Von Karman, Suite 300
4  Irvine, California 92612
   Telephone:   (949) 553-1010
5  Facsimile:   (949) 553-2050
   info@gauntlettlaw.com
6  jal@gauntlettlaw.com
   bse@gauntlettlaw.com
7
   Attorneys for Defendants
8  Akanoc Solutions, Inc.,
   Managed Solutions Group, Inc.
9  and Steve Chen

10 **UNITED STATES DISTRICT COURT**

11 **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

12

13 | LOUIS VUITTON MALLETIER, S.A., | ) | Case No.: C 07-3952 JW (HRL) |

14 | Plaintiff, | ) |

15 | vs. | ) | **SUPPLEMENTAL JURY INSTRUCTION NO. 21** |

16 | | ) |

17 | AKANOC SOLUTIONS, INC., MANAGED SOLUTIONS GROUP, INC., STEVEN CHEN AND DOES 1 THROUGH 10, INCLUSIVE, | ) |

18

19 | Defendants. | ) |

20

21

164582.1-10562-002-6/5/2009 **SUPPLEMENTAL JURY INSTRUCTION NO. 21 – C 07-3952 JW**

Dockets.Justia.com

## JURY INSTRUCTION No. \_\_\_\_

### INVESTIGATIONS BY JURORS PROHIBITED

In reaching your verdict, you may only consider the testimony of witnesses in this courtroom and the exhibits received into evidence during the trial. You are instructed to disregard anything you may see or hear outside the court or when the court is not in session.

You are specifically prohibited from using the Internet to conduct your own investigation of the parties or any other aspect related to this case, including any search, review or investigation of the following:

1. Louis Vuitton
2. Purses, handbags, luggage, belts or watches
3. Akanoc Solutions, Inc.
4. Managed Solutions Group, Inc.
5. Steve Chen
6. Nikolay Livadkin
7. Robert Holmes
8. Any website identified by an exhibit or mentioned during the trial
9. The general subjects of counterfeiting and on-line counterfeiting, and
10. The testimony of any witness

You are also specifically prohibited from reading any media articles or reports, including any Internet, press, radio, or television articles or reports concerning any issue related in any manner to this specific case or the subject matter involved in this case.

Complying with this instruction is very important. Any failure to comply can have serious consequences for the parties and their right to a fair trial. If you feel that you may have violated this instruction, even innocently, or learn that any other juror may have done so, you must let me know immediately. In that event, at the earliest opportunity please tell Mr. Davis, our Courtroom Deputy Clerk, or Ms. Rodriguez our court reporter, that you need to speak with me about an urgent matter.

9th Circuit Model Rule 1.7