**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
Brian S. Edwards (SBN 166258)
Christopher Lai (SBN 249425)
18400 Von Karman, Suite 300
Irvine, California 92612
Telephone:  (949) 553-1010
Facsimile:   (949) 553-2050
info@gauntlettlaw.com
jal@gauntlettlaw.com
bse@gauntlettlaw.com

Attorneys for Defendants
Akanoc Solutions, Inc.,
Managed Solutions Group, Inc.
and Steve Chen

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., | Case No.: C 07-3952 JW (HRL) |
| Plaintiff, | |
| vs. | **SUPPLEMENTAL JURY INSTRUCTION NO. 22** |
| AKANOC SOLUTIONS, INC., MANAGED SOLUTIONS GROUP, INC., STEVEN CHEN AND DOES 1 THROUGH 10, INCLUSIVE, | |
| Defendants. | |

**JURY INSTRUCTION No. \_\_\_\_**

ACTUAL DAMAGES

I will now instruct you on the law with respect to the award of damages in this case. The fact that I instruct you on the law regarding damages does not mean that the Court believes you should award damages. That is a matter for you to decide.

There are two separate damage assessments which you must make. First, if you decide that any of the defendants contributorily infringed one or more of plaintiff's copyrighted works you must decide how much to award to plaintiff because of that infringement.

Next, if you find that any of the defendants contributorily infringed one or more of plaintiff's trademarks you must decide how much to award to plaintiff because of that infringement.

DAMAGES FOR CONTRIBUTORY COPYRIGHT INFRINGEMENT

You must decide separately whether plaintiff has proven, by a preponderance of the evidence, that each defendant contributorily infringed each asserted copyrighted work. If you find that a defendant contributorily infringed at least one copyrighted work, you must determine the amount of damages to be awarded plaintiff for each copyrighted work that was contributorily infringed. The amount of those damages must be adequate to compensate plaintiff for the contributory infringement. Plaintiff Louis Vuitton bears the burden of proving by a preponderance of the evidence the amount of damages it has suffered as a direct result of the contributory infringement.

DAMAGES FOR CONTRIBUTORY TRADEMARK INFRINGEMENT

You must decide separately whether plaintiff has proven, by a preponderance of the evidence, that each defendant contributorily infringed each asserted trademark. If you find that a defendant contributorily infringed at least one trademark at issue, you must determine the amount of damages to be awarded plaintiff for each trademark that was contributorily infringed. The amount of those damages must be adequate to compensate plaintiff for the contributory infringement. Plaintiff Louis Vuitton bears the burden of proving by a preponderance of the evidence the amount of damages it has suffered as a direct result of the contributory infringement.

9th Circuit Model Rule 1.7