1  **GAUNTLETT & ASSOCIATES**
   David A. Gauntlett (SBN 96399)
2  James A. Lowe (SBN 214383)
   Brian S. Edwards (SBN 166258)
3  Christopher Lai (SBN 249425)
   18400 Von Karman, Suite 300
4  Irvine, California 92612
   Telephone:  (949) 553-1010
5  Facsimile:  (949) 553-2050
   info@gauntlettlaw.com
6  jal@gauntlettlaw.com
   bse@gauntlettlaw.com
7
   Attorneys for Defendants
8  Akanoc Solutions, Inc.,
   Managed Solutions Group, Inc.
9  and Steve Chen

10                    **UNITED STATES DISTRICT COURT**

11              **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

12

13 | LOUIS VUITTON MALLETIER, S.A., ) Case No.: C 07-3952 JW (HRL)
14 |                               )
   |             Plaintiff,        )
15 |                               ) **SUPPLEMENTAL JURY**
   |     vs.                       ) **INSTRUCTION NO. 23**
16 |                               )
   |                               )
17 | AKANOC SOLUTIONS, INC., MANAGED )
   | SOLUTIONS GROUP, INC., STEVEN CHEN )
18 | AND DOES 1 THROUGH 10, INCLUSIVE, )
   |                               )
19 |             Defendants.        )
20 |                               )

21

22

23

24

25

26

27

28

**JURY INSTRUCTION No. \_\_\_\_**

OVERVIEW OF WEB HOSTING

I will now give you a brief overview of how the Internet operates and the terminology you will be hearing during the course of this trial.  The following is meant to assist you in understanding the evidence in this case; it is not evidence in itself.

During the course of the trial you may hear some of the witnesses refer to Internet Protocol addresses or IP addresses.  An IP address is literally the location of a Website on the Internet at a particular point in time.  It is a 7 or 8 digit number (e.g. 56.234.277) that marks the location of a Website or other content on the Internet much like a street address denotes the location of a house or building within a city.  A single IP address can host a single Website or thousands of Websites.  The operator of a Website can move his or her site from one IP address to another, much like a business can move its operations from one street address to another.

Allocation of IP addresses in the United States and Canada is controlled by the American Registry for Internet Numbers ("ARIN"), a non-profit corporation.  The nature of the services ARIN provides is described in ARIN's mission statement:

> Applying the principles of stewardship, ARIN, a nonprofit corporation, allocates Internet Protocol resources; develops consensus-based policies; and facilitates the advancement of the Internet through information and educational outreach.

ARIN does not allocate and assign IP addresses directly to Website operators like ebay.com and youtube.com.  ARIN allocates blocks of IP addresses to individual web hosting companies or Internet Service Providers ("ISP").  An ISP is a company that offers its customers access to the Internet. The ISP connects its customers using a data transmission technology appropriate for delivering Internet Protocol datagrams, such as dial-up, DSL, cable modem or dedicated high-speed interconnects. ISPs may also provide other services unique to each particular ISP.

Many ISPs re-allocate the IP addresses assigned them by ARIN to resellers or industry website operators such as ebay.com and youtube.com to put up Websites or to use for program downloading, Internet telephone services, video services, games, data backing and other applications.  Some Internet hosting companies re-allocate or "rent" their assigned IP addresses and

1  Internet bandwidth to third party resellers and Internet hosting companies who in turn re-allocate
2  those addresses to website operators and other end users.