Case5:07-cv-03952-JW Document170-2 Filed06/22/09 Page8 of 13

Uploadfiles
File Edit View Favorites Tools Help
Back Search Folders
Address H:\79590-E01A\208.77.45.22\30808475-WCA584125924\D\hosting\wwwroot\replica4handbags_com\htdocs\Uploadfiles
Folders
myelibaba_com
nadidas_com
nike3c_com
nike19_com
nikeaaashoes2_com
nikeeasy_com
nikeft_com
nikeglobaldepot_com
nike-king_com
nikeokey_com
nikeperfect_com
nikeshoeswholesale_com_cn
nike-skycn_com
niketw_com
nikeyeah_com
nikieorg_com
omega-watch_biz
only361_com
open321_com
orientalgourmettea_com
oshang3c_com
ouroriental_com
pc-pen_com
peiyork_net
pickyanike_com
poease_com
polenshoes_com
pollysports_com
ptshoesshop_com
replica4handbags_com
htdocs
Database
Uploadfiles
WebLog
replicawiki_com
rwholesalemarket_com
Louis vuitton-116 95$
Louis vuitton-192 65$
Louis vuitton-209 90$
Louis vuitton-210 80$
Louis vuitton-215 80$
Louis vuitton-216 96$
Louis vuitton-217 90$
Louis vuitton-218 88$
Louis vuitton-219 95$
Louis vuitton-220 86$
Louis vuitton-221 80$
Louis vuitton-222 84$
Louis vuitton-226 98$
Louis vuitton-250 90$
Louis vuitton-252 78$
LVbag-N-01
LVbag-N-02
LVbag-N-03
LVbag-N-04
LVbag-N-05
LVbag-N-06
LVbag-N-07
LVbag-N-08
LVbag-N-09
Uploadfiles
File Edit View Favorites Tools Help
Back Search Folders
Address H:\79590-E01A\208.77.45.22\30808475-WCA584125924\D\hosting\wwwroot\sunny7shoes_com\htdocs\Uploadfiles
Folders
rwholesalemarket_com
sansiro_cn
sellershoestrade_com
sellfamousshoes_com
shipolo_com
shoes200_com
shoes-bags-clothes_com
shoesonlineshop_net
shoppingnowuk_com
shyuxuan_com
skbrand_net
sneakersell_com
sneakersupermarket_com
sohoable_com
sunny7shoes_com
htdocs
Uploadfiles
WebLog
sunshine2008_com
szbanzheng_com_cn
szsinda_com
tbmkart_com
tjjzgm_com
todayshopping_net
topquality4less_com
tphoenix_cn
tpytrade_com
trade211_com
trade745_com
trade789_com
tradekey888_com
tradewep_com
u-enjoy4wholesale_com
ufine-trade_com
uggboots-ghd_com
upsolar_com
LV (1)
LV (2)
LV (4)
LV (5)
LV (6)
LV (7)
LV (8)
LV (9)
LV (10)
LV (11)
LV (12)
LV (13)
LV (14)
LV (15)
LV (16)
LV (17)
LV (18)
LV (19)
LV (20)
LV (21)
LV (22)
LV (23)
LV (24)
LV (25)

19 of 24

Exhibit A, Page 30











