# EXHIBIT B

Dockets.Justia.com

| IP | Customer | Date/Time | User | Note |
|---|---|---|---|---|
| 205.209.143.107 | CUST-39237 | 00:38:04 | nung | #145998 server rebooted and ping ok |
| 205.209.143.107 | CUST-39237 | 07/10/2008 02:13:29 | nung | #144007 remor KVM |
| 205.209.143.107 | CUST-39237 | 07/10/2008 08:35:15 | poev | #144010 Put KVM for customer |
| 205.209.143.107 | CUST-39237 | 07/30/2008 14:15:51 | patrick | #145057 Removed 204.13.65.49 from 205.209.143.107; hosting 100 counterfeit product website on one I |
| 205.209.143.107 | CUST-39237 | 07/30/2008 14:16:25 | patrick | (AUTO) Remove Additional IP: 204.13.65.49-49 (1) 2008-07-30 14:16:23 |
| 205.209.143.107 | CUST-39237 | 07/31/2008 13:34:03 | willone | monthly_charge changed from 116.5 to 126.5, REASON: buy 10 IP +$10 |
| 205.209.143.107 | CUST-39237 | 07/31/2008 14:17:43 | patrick | (AUTO) Add Additional IP: 205.209.177.131-140 (10) 2008-07-31 14:17:12 |
| 205.209.143.107 | CUST-39237 | 08/18/2008 04:19:56 | tap | #145915 reboot |
| 205.209.143.107 | CUST-39237 | 08/29/2008 09:44:08 | patrick | #146340 205.209.149.12 removed from main IP:205.209.143.107 due to ingnoring Nike complaint |
| 205.209.143.107 | CUST-39237 | 08/29/2008 09:44:30 | patrick | (AUTO) Remove Additional IP: 205.209.149.12-12 (1) 2008-08-29 09:44:28 |
| 205.209.143.107 | CUST-39237 | 10/27/2008 17:05:24 | willone | email changed from: yong@abcde.cn to: bill2@abcde.cn |
| 205.209.143.107 | CUST-39237 | 02/02/2009 14:53:12 | patrick | #153152 removed 205.209.177.131 from 205.209.143.107 due to LV complaint hosting 45 counterfeit sites |
| 205.209.143.107 | CUST-39237 | 02/02/2009 14:54:18 | patrick | #153153 removed 204.13.67.152-152 from 205.209.143.107 due to LV complaint hosts 8 counterfeit sites |
| 205.209.143.107 | CUST-39237 | 02/02/2009 14:57:55 | patrick | (AUTO) Remove Additional IP: 204.13.67.152-152 (1) 2009-02-02 14:57:06 |
| 205.209.143.107 | CUST-39237 | 02/02/2009 14:57:56 | patrick | (AUTO) Remove Additional IP: 205.209.177.131-131 (1) 2009-02-02 14:57:06 |
| 205.209.143.107 | CUST-39237 | 02/03/2009 15:05:15 | willone | monthly_charge changed from 126.5 to 131.5, REASON: buy 5 IP +$5 |