Remove 204.13.65.49 from 205.209.143.107; hosting 100 counterfe

Remove Additional IP: 204.13.65.49 (1) 2008-07-30 14:16:23

y_charge changed from 116.5 to 126.5, REASON: buy 10 IP, +$10

(O) Add Additional IP: 205.209.177.131-140 (1D) 2008-07-31 14:17:12

915 reboot

3340 205.209.149.12 removed from main IP: 205.209.143.107 due to ingmoun

(TO) Remove Additional IP: 205.209.149.12-12 (1) 2008-08-29 09:44:28

changed from: yong@abcde.cn to: bill2@abcde.cn