# EXHIBIT 1587

Dockets.Justia.com

1         IN THE UNITED STATES DISTRICT COURT

2       FOR THE NORTHERN DISTRICT OF CALIFORNIA

3              SAN JOSE DIVISION

4   LOUIS VUITTON MALLETIER, S.A.,    )
                                      )
5                      PLAINTIFF      )
            VS                        )C.A. NO. C 07 3952 JW
6                                     )
    AKANOC SOLUTIONS, INC., MANAGED   )
7   SOLUTIONS GROUP, INC., STEVEN     )
    CHEN AND DOES 1 THROUGH 10,       )
8   INCLUSIVE,                        )
                       DEFENDANTS     )
9   _____)

10

11

12

13

14         ORAL DEPOSITION OF ROBERT L. HOLMES,

15   produced as a witness at the instance of the Defendants,

16   and duly sworn, was taken in the above-styled

17   and -numbered cause on the 1st day of April, 2008, from

18   9:31 AM to 6:22 PM, before Ronald R. Cope, a CSR in and

19   for the State of Texas, Registered Professional Reporter

20   and Certified Realtime Reporter, reported by machine

21   shorthand at the offices of U.S. Legal

22   Support/MillerParker, Inc., 5910 North Central

23   Expressway, 100 Premier Place, Dallas, Texas, 75206,

24   pursuant to the Federal Rules of Civil Procedure and the

25   provisions stated on the record or attached hereto.



EXHIBIT
1587
ALL-STATE LEGAL®

ROBERT L. HOLMES

BARKLEY
Court Reporters

1    Bates Number 269, 270, 271, and 272.

2        Q.    (BY MR. LOWE)   But do you recognize any of

3    this?

4        A.    This is an Internet search, a popular database,

5    but I see up top here, it says, "Page 1 sur 3" and is

6    probably printed on a French-language computer.  So I

7    would say probably I did not see this particular

8    printout.

9        Q.    Well, let me ask you if the information on here

10   is familiar to you.

11              MR. COOMBS:  Specifically or in general?

12       Q.    (BY MR. LOWE)   In general.  Is there anything

13   about this that looks familiar?  Looks like this has to

14   do with a Who is record for 315ec.com; is that correct?

15       A.    Yes, sir.  I --

16       Q.    Does that sound familiar to you?

17              MR. COOMBS:  Vague.

18       Q.    (BY MR. LOWE)   Are you familiar with that

19   website at all, as you sit here today?

20       A.    I don't specifically remember that website,

21   sir.  But this is a popular search engine, and I have

22   been to it many times.

23       Q.    What search engine do you recognize here?

24       A.    This is from a website called domaintools.com.

25       Q.    But you don't recognize this Exhibit 1035?

54

ROBERT L. HOLMES

BARKLEY
Court Reporters

1     A.   I don't specifically remember having a copy of

2  this printout.

3     Q.   Are you familiar with Exhibit 1036?

4     A.   Not this specific printout.

5     Q.   Okay.  Are you familiar with Exhibit 1037?

6     A.   This looks like any one of thousands of

7  websites.  I can't say for sure.

8     Q.   The page numbering indicates at the top right

9  corner, for example, Page 1 sur 2, Page 2 sur 2.  So

10  does that indicate this was also printed on a

11  French-language computer?

12     A.   I'm not an authority on that, sir, but I don't

13  recognize that phrasing for something that would have

14  come out of one of my computers.  That's why I recognize

15  it was not something that I would have printed.

16     Q.   So you're not familiar with that exhibit?

17     A.   Not the printout itself; but Again, it looks

18  like any one of thousands of websites that I may have

19  investigated.

20     Q.   Does that website look familiar to you in any

21  way?

22     A.   It looks like any one of thousands of Chinese

23  websites.  I could show you a hundred websites that look

24  exactly like this in probably 15 minutes.

25     Q.   Well, I'm only interested in this one.  Do you

55

ROBERT L. HOLMES

BARKLEY
Court Reporters

 1   Could you just tell me the date of my purchase on the

 2   previous exhibit?

 3              MR. COOMBS:   (Gesturing.)

 4              THE WITNESS:   Thank you.

 5        Q.   (BY MR. LOWE)   You were looking, Mr. Holmes, at

 6   Exhibit 1043 a moment ago?

 7        A.   Yes.

 8        Q.   What was the date of the purchase?

 9        A.   It was May of 2007.

10        Q.   Now, this Exhibit 1050 has a date on the

11   bottom.   Looks like --

12              MR. COOMBS:   I believe it's --

13        A.   Dates vary from August to September of 2007,

14   which would mean the product remained on the website

15   months after my purchase.

16        Q.   (BY MR. LOWE)   Does this appear to be something

17   that you printed, or is this, once again,

18   French-printed?

19              MR. COOMBS:   I was going to say it looks

20   like the French convention on date, so I think it

21   actually begins in March.

22              THE WITNESS:   Yes, you're right.   Begin in

23   March and carried through September.   Yes, sir.

24        Q.   (BY MR. LOWE)   And the numbering is -- uses the

25   French word "sur" instead of "of"?

137

ROBERT L. HOLMES

BARKLEY
Court Reporters

1      A.   I don't know what the French word is, but I

2   don't believe it's an English word that I know.

3      Q.   All right.  So it doesn't look like something

4   you printed?

5      A.   Yes, sir.

6      Q.   Okay.  All right.  Please take a look at

7   Exhibit 1051.  Tell me if you recognize that.  I think

8   it is part of the same group of production.

9      A.   It is a printout from DomainTools.  Appears to

10  be two printouts.

11     Q.   Can you tell whether it's yours or someone

12  else's?

13     A.   I can't say for sure whose computer it was

14  printed on, but it was probably printed on an

15  English-speaking computer.

16     Q.   Okay.

17     A.   And these are two printouts, sir.

18     Q.   And what's the difference between the two, if

19  any?

20     A.   The size of the fonts.

21     Q.   Okay.  Are they the same reports, or are they

22  different reports, or what?

23     A.   They were searches for the same domain name.

24     Q.   Can you tell from these when those searches

25  were done?

138

ROBERT L. HOLMES

BARKLEY
Court Reporters

```
1   STATE OF TEXAS      X

2   COUNTY OF DALLAS    X

3

4            I, Ronald R. Cope, a Certified Shorthand

5   Reporter duly commissioned and qualified in and for the

6   State of Texas, Registered Professional Reporter and

7   Certified Realtime Reporter, do hereby certify that

8   there came before me on the 1st day of April, 2008, at

9   U.S. Legal Support/MillerParker, Inc. Located at 5910

10  North Central Expressway, 100 Premier Place, Dallas,

11  Texas, 75206, the following named person, to-wit: ROBERT

12  L. HOLMES, who was duly sworn to testify the truth, the

13  whole truth, and nothing but the truth of knowledge

14  touching and concerning the matters in controversy in

15  this cause; and that he was thereupon examined upon oath

16  and his examination reduced to typewriting under my

17  supervision; that the deposition is a true record of the

18  testimony given by the witness.

19            I further certify that pursuant to FRCP

20  Rule 30(e) that the signature of the deponent:

21            _X_ was requested by the deponent or a

22  party before the completion of the deposition, and that

23  signature is to be before any notary public and returned

24  within 30 days from date of receipt of the transcript;

25            ___ was not requested by the deponent or a
```

316

ROBERT L. HOLMES

BARKLEY
Court Reporters

1   party before the completion of the deposition.

2            I further certify that I am neither

3   attorney or counsel for, nor related to or employed by

4   any of the parties to the action in which this

5   deposition is taken, and further that I am not a

6   relative or employee of any attorney or counsel employed

7   by the parties hereto, or financially interested in the

8   action.

9            CERTIFIED TO BY ME on this the 7th day of

10  April, 2008.

11

12  _____
                RONALD R. COPE, CSR, RPR, CRR, CLR
13              Texas CSR 1813
                Expiration Date:  12/31/09
14              US Legal Support/MillerParker
                CRCB Registration No. 343
15              100 Premier Place
                5910 North Central Expressway
16              Dallas, Texas  75206-5190
                (214) 369-3376
17
    Charge for transcript and exhibits $ _____
18
    To be paid by Defendant James A. Lowe
19

20

21

22

23

24

25

ROBERT L. HOLMES

BARKLEY
Court Reporters

# EXHIBIT 1588

1               UNITED STATES DISTRICT COURT

2        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

3

4    LOUIS VUITTON MALLETIER, S.A.,      )
                                         )
5              Plaintiff,                )
                                         )
6    vs.                                 ) Case No. C073952JW
                                         )
7    AKANOC SOLUTIONS, INC., MANAGED     )
     SOLUTIONS GROUP, INC., STEVEN CHEN  )
8    and DOES 1 through 10, inclusive,   )
                                         )
9              Defendants.               )
     _____)

10

11

12

13

14

15              Deposition of NIKOLAY LIVADKIN,

16          taken on behalf of the Defendants, at

17          18400 Von Karman, Suite 300, Irvine,

18          California, commencing at 9:28 a.m., on

19          Wednesday, April 23, 2008, before

20          Tami L. Le, CSR No. 8716, RPR.

21

22

23

24

25
                        EXHIBIT

                         1588

                    NIKOLAY LIVADKIN

BARKLEY
Court Reporters

1       A       Yes.

2       Q       And what does that generally -- what sort of

3    information does that generally provide you?

4       A       It provides me with -- with the names of

5    Websites.

6       Q       Okay.

7       A       URLs.

8       Q       A website name, not a -- not an IP address?

9       A       A URL.

10      Q       Just a URL?

11      A       Yes.

12      Q       And when you get those reports, what else do

13   you -- what do you do with that information?

14      A       We are creating a file where we -- we collect

15   all relevant information about the website, which is

16   printouts of -- of the pages, eventually soft -- soft

17   copies of some of the -- some of the pages in digital

18   format.  Whois information.

19      Q       Who does that work, printing out these things

20   or getting additional information?

21      A       My assistant or trainees.  And it's validated

22   by myself.

23      Q       And how do you validate that information?

24      A       I -- I check the accuracy of the information

25   that is collected in the file.

17

NIKOLAY LIVADKIN

BARKLEY
Court Reporters

1       Q       How do you do that?

2       A       By reviewing the printouts.

3       Q       Do you go to the Websites that are listed on

4   the reports yourself?

5       A       Yeah, most of the times.

6       Q       And when you view a website on the Internet

7   that you are investigating, what are you -- what exactly

8   do you do?

9       A       Well, I verify the -- the counterfeit offer, I

10  confirm that the products offered are infringing.  I

11  verify which brands are sold.  I verify contact

12  information if provided on the website.  Most -- most of

13  the time there is no contact information except e-mail

14  address.  I verify the -- the Whois information.

15      Q       How do you do that?

16      A       By checking Whois databases.

17      Q       Which database in particular or do you use more

18  than one?

19      A       We can use more than one.

20      Q       Which ones do you use?

21      A       The main one we use is DomainTools.

22      Q       What other ones?

23      A       We use also a software called Netscan Tools.

24  Netscan is one word and Tools.

25      Q       And --

18

NIKOLAY LIVADKIN

BARKLEY
Court Reporters

1        A     We can use ARIN.

2        Q     Anything else?  Any others?

3        A     Of course, country code Whois databases.  If

4   the domain name is CCTLD, which means country code

5   top-level domain.  If it's a dot -- if it is a .cn

6   domain name, I would go to -- to the China registry to

7   check the information because it's not -- it's not

8   available on DomainTools as DomainTools is only for

9   GTLD, which stands for generic top-level domain.

10       Q     And do you do that yourself or do you have your

11  assistant do it or some other person?

12       A     As I told you, my assistant and/or trainee

13  builds the -- the file, which consists in printing out

14  everything.  And I would -- I would verify this

15  information afterwards.

16       Q     Now, how do you determine that a website is

17  selling counterfeit merchandise?

18       A     Well, first of all, with Louis Vuitton, it's

19  quite easy because we have exclusive distribution

20  network.  The whole logistics -- logistic chain is

21  strictly controlled, which means that Louis Vuitton has

22  his own -- its own production facilities, store network.

23  There are no distributors, no third-party distributors,

24  no licensees, so there is no way that a new authentic

25  product could be sold outside of the Louis Vuitton

NIKOLAY LIVADKIN

BARKLEY
Court Reporters

1    websites offering counterfeit products, this -- this

2    feeling of exclusivity is -- is diminished.  So our

3    customers would -- would not go for -- would not

4    purchase our products anymore, to put it in a simple

5    way.

6        Q    Has Louis Vuitton experienced any decrease in

7    sales that can be tied to any Internet advertising of

8    counterfeit products?

9        A    Certainly.

10       Q    How?

11       A    This -- you -- the -- Louis Vuitton's turnover

12   has -- keeps -- keeps growing thanks to -- thanks to the

13   efforts of the company, but I presume that if we -- we

14   did not have the -- the counterfeit offer, the growth --

15   the growth would have been even bigger.

16       Q    So the sales have not gone down, they have

17   actually gone up?

18       A    Yes.

19       Q    But you just presume that they would go up more

20   if you didn't have counterfeit --

21       A    Absolutely.

22       Q    -- competition?

23       A    Yeah.

24       Q    Do you have any evidence to back up that

25   presumption?

NIKOLAY LIVADKIN

BARKLEY
Court Reporters

1      A     Not right now.

2      Q     You mentioned the phrase that this Internet

3  advertising and counterfeit products is detrimental to

4  the reputation of Louis Vuitton.  How is it detrimental?

5      A     I just described it.

6      Q     Okay.  So you mean by that the same thing?

7      A     Uh-huh.

8      Q     At the present time the plaintiff has no

9  specific amount of damages that it could show that it

10 suffered as a result of any Internet advertising or sale

11 of counterfeit products?

12        MR. COOMBS:  I just want to interpose an

13 objection that this issue, to some extent, was addressed

14 in connection with our meet and confer with the document

15 production and we agreed not to be pursuing actual

16 damages based on Louis Vuitton's loss.  Just to make

17 sure the record is complete in this area.

18        Subject to that, to the extent it calls for a

19 legal conclusion, you can answer.

20      Q     BY MR. LOWE:  Can you answer?

21      A     Can you repeat your question?

22      Q     Is it true that at the present time the

23 plaintiff has no specific amount of damages that it

24 could show that it suffered as a result of any Internet

25 advertising or sale of counterfeit Louis Vuitton

43

NIKOLAY LIVADKIN

BARKLEY
Court Reporters

<u>DEPOSITION OFFICER'S CERTIFICATE</u>

STATE OF CALIFORNIA      }
                         }    ss.
COUNTY OF <u>ORANGE</u>          }

I, <u>TAMI L. LE</u>, hereby certify:

I am a duly qualified Certified Shorthand Reporter in the State of California, holder of Certificate Number CSR <u>8716</u> issued by the Court Reporters Board of California and which is in full force and effect.  (Fed. R. Civ. P. 28(a)).

I am authorized to administer oaths or affirmations pursuant to California Code of Civil Procedure, Section 2093(b) and prior to being examined, the witness was first duly sworn by me.  (Fed. R. Civ. P. 28(a), 30(f)(1)).

I am not a relative or employee or attorney or counsel of any of the parties, nor am I a relative or employee of such attorney or counsel, nor am I financially interested in this action.  (Fed. R. Civ. P. 28).

I am the deposition officer that stenographically recorded the testimony in the foregoing deposition and the foregoing transcript is a true record

/ / /

204

BARKLEY
Court Reporters

1   testimony given by the witness.  (Fed. R. Civ. P.

2   30(f)(1)).

3        Before completion of the deposition, a review of

4   the transcript  [x] was  [ ] was not requested.  If

5   requested, any changes made by the deponent (and

6   provided to the reporter) during the period allowed, are

7   appended hereto.  (Fed. R. Civ. P. 30(e)).

8

9   Dated:  May 2, 2008.

10

11

12   _____

13        TAMI L. IE
     Certified Shorthand Reporter No. 8716, RPR

14

15

16

17

18

19

20

21

22

23

24

25

205

# EXHIBIT 1589

Wendy929.Com Online Shop





PAY BY CREDIT CARD >>>    VERIFIED by VISA

Welcome. Please sign in to it

Home    News    Shopping Bag    Shop our Catalog

English

| MULBERRY HANDBAGS | FENDI HANDBAGS | CHLOE HANDBAGS | GUCCI HANDBAGS | LV HandBags | Walle |



**Phone For Order**



**PHONE**

English Speaking

80-21-13601820913

wendy929mm@yahoo.com

 **NEW ARRIVALS**

Loewe |

 MasterCard

 Secure Shopping
128-bits s1 v2/v3

 Wholesale Bags  CLICK    New Items  CLICK    Promotion

Products Show

**Member Login**

Username:

Password:

[Login]  [Register]

Forget Password? Click Here

**Products Search**

Brand:

- Select Brand -

Keyword:

[Search]

**Products Catalogr**

**PRADA HANDBAGS**

Sutted Tote | Boston | Pitone
Clutch | Prada
Luggage | Gauffre | Fringe |

**YSL HANDBAG**

Tribute Tote | Downtown | Other
Ysl | Muse | Reverse Tote |

**BALLY HANDBAGS**

Loewe Nappa Aire Large Tote
Tan
Item: loewe0013
Price: 148
More...

Loewe Nappa Aire Larg
White
Item: loewe0012
Price: 148
More...

Loewe Nappa Aire Large Tote
Pink
Item: loewe0011
Price: 148
More...

Loewe Nappa Aire Larg
Black
Item: loewe0010
Price: 148
More...

Loewe Nappa Aire Large Tote
Golden
Item: loewe0009
Price: 148
More...

Loewe Nappa Aire Larg
Silver
Item: loewe0008
Price: 148
More...

Loewe Nappa Aire Large Tote
Yellow
Item: loewe0007
Price: 148
More...

Loewe Nappa Aire Larg
Green
Item: loewe0006
Price: 148
More...

Loewe Nappa Aire Large Tote
Bronze
Item: loewe0005

Loewe Nappa Aire Larg
Red
Item: loewe0004



PLAINTIFF'S EXHIBIT
63.4

EXHIBIT
1589

Wendy929.Com Online Shop

Bally |

**LUGGAGE**

luggages |

**THOMAS WYLDE HANDBAGS**

Thomaswylde |

**ACCESSORIES**

Louis vuitton Belt | gucci
Belt | Necklace | Finger Ring | Key
Ring & Phone Strap |

**MQUEEN HANDBAGS**

Mqueen |

**MiuMiu**

Leather Tote | Perforated
Satchel | Butterfly | Strap | 2007 New
Release | Frame | Coffer | Large
Tote | Miumiu bags |

**Other Bag**

Other Styles |

**WATCHES**

Fendi watches | Dior watches | Armani
watches | Burberry watches | LV
watches |

**GOYARD HANDBAGS**

goyard |

**Promotion**

On Sale |

**Out of Stock**

out of stock momoent |

**Online payment**

**CELINE HANDBAGS**

Celine |

**Anya Hindmarch HANDBAGS**

Anya Hindmarch |

**LOEWE HANDBAGS**

Loewe |

**New bags**

new bag |

**BOTTEGA VENETA HANDBAG**

Bottega Veneta Men | Woven
Hobo | Embroidered Boston | Woven
Tote | Large Woven
Tote | Hobo | Shoulder Bag | Bottega
Veneta Bag |

**BALENCIAGA HANDBAGS**

Giant Wide | Giant City  | Giant Brief
 | Hook & Arena | Twiggy
Duffle | 34cm | 45cm | 51cm | 38cm |

**KOOBA HANDBAGS**

Kooba |

**MULBERRY HANDBAGS**



Price: 148

More...



Price: 148

More...

Loewe Nappa Aire Large Tote

Item: loewe0003

Price: 168

More...

Loewe Nappa Aire Larg

Item: loewe0002

Price: 168

More...

Loewe Nappa Aire Large Tote

Item: loewe0001

Price: 168

More...

46 / Page        Tot



Wendy929.Com Online Shop

Mulberry For
Giles | Annie | Emmy | Elgin | Baby
Roxanne | Bayswater | Mulberry
Roxanne | Other Mulberry |

**FENDIHANDBAGS**

Crossword | Fendi B Bag | Other Fendi
| Spy |

**GUCCI HANDBAGS**

Gucci Snow Glam | Gucci
Clutch | Gucci 07 Winter | Gucci Baby
Carrier | 06-07 Spring &
Summer | 85th Anniversary | Gucci
"Jolicoeur" Tote | NEW
ARRIVAL | Gucci Boston Bag | Gucci
Hobo | Scarf Collection | Gucci Moon
Bag | Gucci D Bag | Gucci Bag |

**Marc Jacobs HANDBAGS**

Other Marc Jacobs | Stam
Hobo | Tote | East
West | Venitia | Stam |

**CHLOE HANDBAGS**

Chloe Paddington Shopper | Chloe IT
Edith Bag | Chloe Large
Paddington | Chloe Silverado | Chloe
Betty | Chloe Paddington With Silver
Hardware | Chloe Paddington With
Shoulder Strap | Chloe Paddington
| Chloe Elvire | paddington round
zipped | Chloe Bay | Chloe mini
paddington | Chloe Paddington
Tote | Chloe Diamond
Paddington | Chloe Diamond Large
Paddington | Chloe Diamond
Paddington Hobo | Chloe Paddington
Color Hardware |

**LV HandBags**

Waltz Oskar | Monogram
Multicolore | Monogram
Denim | Damier Canvas | Monogram
Ceries | Taiga | Damier
Geant | Epi | Perforated | Suhali
| Cruise Collection | NEW
ARRIVALS | Mini | Monogram
Canvas | Monogram Groom | thats
love | Utah | Denim
Cruise | Monogram
Lepoad | Monogram
Charms | Monogram
Embossed | Monogram Miror | Damier
Azur | Nomade | Mini Lin | Monogram
Dentelle | Cup | 2007 Braided
Leather | Denim Patchwork | vernis |

**HERMES HANDBAG**

Hermes Man | 32cm Kelly | 35cm
Ostrich | 30cm Birkin Togo
Leather | 35cm Hermes Birkin
Crocodile | 42cm JPG Birkins
| Hermes Tote | 35cm Birkin Togo
Leather |

**Chanel Bag**

Wendy929.Com Online Shop

New Cambon | 2007 New | New
Hobo | Chanel Clutch | Flap | Coco
Cabas | Classic Bag | Cambon  |

**CHRISTAIN DIOR HANDBAGS**

Embroidered | Dior Jeanne
Nubuck | My Dior | Other Dior | Dior
Cannage | Dior Gaucho  |

**BOTIKER HANDBAGS**

Botiker |

**LUELLA HANDBAGS**

Luella |

**JIMMY CHOO HANDBAGS**

Jimmy Choo Shoulder | Jimmy Choo
Belted Chain | Jimmy Choo
Mahala | Jimmy Choo Morgan | Jimmy
Choo Marin | Jimmy Choo Ramona  |

**BULGA HANDBAGS**

Bulga |

**Wallet**

Hermes Wallet | Prada
Wallet | Bottega Veneta
wallet | Chanel Wallet | Marc Jacobs
Wallet | Chloe wallet | Louis vuitton
Wallet | Gucci wallet |

**Shoes**

Chloe Shoes | Hermes Shoes | LV
shoes |

..:::: Welcome WendySports.com ::...





PLAINTIFF'S
EXHIBIT
63.2

