IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Louis Vuitton Malletier, S.A., | NO. C 07-03952 JW |
|     Plaintiff, | **ORDER CONTINUING FINAL PRETRIAL CONFERENCE** |
|   v. | |
| Akanoc Solutions, Inc., et al., | |
|     Defendants. | |

This case was scheduled for a Final Pretrial Conference on July 6, 2009. However, in light of the issues to be discussed and the Court's schedule, the Final Pretrial Conference is CONTINUED to **July 13, 2009 at 11 a.m.**

Dated: June 30, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Annie S Wang annie@coombspc.com
Brian S. Edwards bse@gauntlettlaw.com
David A. Gauntlett info@gauntlettlaw.com
J. Andrew Coombs andy@coombspc.com
James A. Lowe info@gauntlettlaw.com

**Dated:  June 30, 2009**                                        **Richard W. Wieking, Clerk**

                                                                **By:      /s/ JW Chambers**
                                                                       **Elizabeth Garcia**
                                                                       **Courtroom Deputy**