1  **GAUNTLETT & ASSOCIATES**
   David A. Gauntlett (SBN 96399)
2  James A. Lowe (SBN 214383)
   Brian S. Edwards (SBN 166258)
3  Christopher Lai (SBN 249425)
   18400 Von Karman, Suite 300
4  Irvine, California 92612
   Telephone:   (949) 553-1010
5  Facsimile:    (949) 553-2050
   jal@gauntlettlaw.com
6  bse@gauntlettlaw.com
   cl@gauntlettlaw.com
7
   Attorneys for Defendants
8  Akanoc Solutions, Inc.,
   Managed Solutions Group, Inc.
9  and Steve Chen

10

11                     **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

13

14 | LOUIS VUITTON MALLETIER, S.A.,           ) Case No.: C 07-3952 JW (HRL)
                                              )
15 |                 Plaintiff,                ) **DEFENDANTS' MOTION FOR**
                                              ) **ADMINISTRATIVE RELIEF FOR**
16 | vs.                                       ) **LEAVE TO FILE MOTIONS IN**
                                              ) **LIMINE #13, #14 AND #15**
17 |                                           )
                                              )
18 | AKANOC SOLUTIONS, INC., et al.,           )
                                              )
19 |                 Defendants.               )
                                              )
20 |_____)

165202.1-10562-002-7/2/2009                                              **DEFENDANTS' MOTION FOR ADMINISTRATIVE**
                                                                          **RELIEF FOR LEAVE TO FILE MOTIONS**
                                                                          **IN LIMINE #13, #14 AND #15**
                                                                          **– C 07-3952 JW**

Dockets.Justia.com

Pursuant to Civil L.R. 7-11,[1] Defendants Managed Solutions Group, Inc., Akanoc Solutions, Inc. and Steve Chen ("Defendants") respectfully submit this motion for administrative relief for an order granting leave to file its Motion in Limine #13 to Exclude the Testimony of Joseph T. Murin and Phil Cooper, its Motion in Limine #14 to Exclude Plaintiff Louis Vuitton Malletier's ("Vuitton's") Untimely Trial Exhibits and its Motion in Limine #15 to Preclude Vuitton's Expert Witness From Providing Additional Testimony About Actions Or Opinions Not Disclosed Prior To His Deposition.

This motion for administrative relief is required because the Court's June 5, 2009 deadline for filing motions in limine has passed and because the Court has no available motion hearing dates remaining prior to the trial, making it impossible for Defendants to file a motion for leave to file its additional motions in limine pursuant to Northern District Civil Local Rule 7-2.

Good cause for Defendants' motion for administrative relief exists because (1) the admissibility of the testimony of Murin and Cooper, two lay witnesses recently designated by Vuitton on May 22, 2009, and the admissibility of Vuitton's untimely filed trial exhibits are urgent matters that must be determined by the Court prior to the inception of trial, (2) Defendants were unable to file these motions in limine by Court's deadline of June 5, 2009 because Vuitton did not produce to Defendants a number of objectionable exhibits until June 5, 2009[2] and (3) Defendants were not informed until June 27, 2009 of Vuitton's expert witness's intent to testify about additional matters, investigations and opinions he expected to reach.[3]

Vuitton will not be significantly prejudiced if the Court grants Defendants' motion for administrative relief. For instance, Defendants' two-page Motion in Limine #13 will not present the Court with any additional legal argument that has not already been presented in its prior motions in limine, nor will the filing of this additional motion prejudice Vuitton. This is because Defendants'

---

[1] Defendants contacted plaintiff's counsel via telephone and e-mail on July 2, 2009, requesting that plaintiff stipulate to the filing of this motion for administrative relief. Plaintiff's counsel refused to stipulate to the filing of this motion. Declaration of Christopher Lai ("Lai Decl.") ¶6.

[2] Lai Decl. ¶¶4-5

[3] Declaration of James A. Lowe ("Lowe Decl.") ¶4-5.

165202.1-10562-002-7/2/2009     1     **DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE MOTIONS IN LIMINE #13, #14 AND #15 – C 07-3952 JW**

sole legal argument in their Motion in Limine #13 is the same legal argument made in their Motion in Limine #9, namely, that testimony by a lay witness that is technical and specialized in nature is inadmissible lay witness testimony under Fed. R. Evid. 701(c). The filing of this additional motion in limine will not prejudice Vuitton because Vuitton may simply re-apply its legal argument from its Opposition to Motion in Limine #9 to any opposition that it wishes to file in response to Defendants' Motion in Limine #13. Motion in Limine #14 also incorporates several arguments previously articulated in Defendant's previously filed motions in limine and merely applies these arguments to additional, more recently-filed exhibits. Motion in Limine #15 does not require additional legal analysis and instead only requests that the Court enforce its own order regarding the limitation on testimony by expert witnesses.

Granting this motion will expedite this trial of this matter because it allows resolution of evidence objections that would otherwise have to be raised during the trial. Advance resolution of these issues will benefit the jury, the Court and the trial preparation of both parties.

## I.   CONCLUSION

Defendants respectfully request that the Court enter an order granting Defendants leave to file their Motion in Limine #13 to exclude the testimony of Joseph T. Murin and Phil Cooper, its Motion in Limine #14 to Exclude Vuitton's Untimely Trial Exhibits and its Motion in Limine #15 to Preclude Vuitton's Expert Witness From Providing Additional Testimony About Actions Or Opinions Not Disclosed Prior To His Deposition.

Dated:  July 2, 2009

**GAUNTLETT & ASSOCIATES**

By:   /s/James A. Lowe
      David A. Gauntlett
      James A. Lowe
      Brian S. Edwards
      Christopher Lai

Attorneys for Defendants
Akanoc Solutions, Inc.,
Managed Solutions Group, Inc.,
and Steve Chen