1  **GAUNTLETT & ASSOCIATES**
   David A. Gauntlett (SBN 96399)
2  James A. Lowe (SBN 214383)
   Brian S. Edwards (SBN 166258)
3  Christopher Lai (SBN 249425)
   18400 Von Karman, Suite 300
4  Irvine, California  92612
   Telephone:    (949) 553-1010
5  Facsimile:    (949) 553-2050
   jal@gauntlettlaw.com
6  bse@gauntlettlaw.com
   cl@gauntlettlaw.com
7
   Attorneys for Defendants
8  Akanoc Solutions, Inc.,
   Managed Solutions Group, Inc.
9  and Steve Chen

10

11                          **UNITED STATES DISTRICT COURT**

12                 **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

13

14 | LOUIS VUITTON MALLETIER, S.A.,   )  Case No.:  C 07-3952 JW (HRL)
15 |                                  )
   |             Plaintiff,           )
16 |                                  )  **DECLARATION OF JAMES A. LOWE**
   |   vs.                            )  **IN SUPPORT OF DEFENDANTS' MOTION**
17 |                                  )  **FOR ADMINISTRATIVE RELIEF FOR**
   |                                  )  **LEAVE TO FILE  MOTIONS IN LIMINE**
18 | AKANOC SOLUTIONS, INC., et al.,   )  **#13, #14 AND #15**
   |                                  )
19 |             Defendants.          )
   |                                  )
20 |_____ )

21

22

23

24

25

26

27

28
   165449.1-10562-002-7/2/2009                     **DECL. OFJAMES A. LOWE IN SUPPORT OF
                                                   DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF
                                                   FOR LEAVE TO FILE MOTIONS IN LIMINE #13, #14, AND #15
                                                   – C 07-3952 JW (HRL)**

Dockets.Justia.com

I, JAMES A. LOWE, declare:

1. I am an attorney duly licensed to practice law before this Court and am a partner in the law firm of Gauntlett & Associates, counsel of record for defendants Managed Solutions Group, Inc., Akanoc Solutions, Inc. and Steve Chen ("Defendants").

2. I have personal knowledge of the facts stated in this Declaration and could testify competently to them if called upon as a witness.

3. This declaration is submitted in support of Defendants' Motion for Administrative Relief for Leave to File its Motions in Limine #13, #14 and #15.

4. On June 27, 2009, I personally took the deposition of Michael Wilson, Vuitton's expert witness.

5. At his deposition, Mr. Wilson indicated, for the first time, that he intended to provide further testimony, at an unspecified later date, about actions that he planned to take with regard to his attempts to "rebuild" Internet domains.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Irvine, California on July 2, 2009.

                                                s/ James A. Lowe
                                                  James A. Lowe

165449.1-10562-002-7/2/2009

**DECL. OF JAMES A. LOWE IN SUPPORT OF DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE MOTIONS IN LIMINE #13, #14, AND #15 – C 07-3952 JW (HRL)**