**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
Brian S. Edwards (SBN 166258)
Christopher Lai (SBN 249425)
18400 Von Karman, Suite 300
Irvine, California 92612
Telephone:     (949) 553-1010
Facsimile:     (949) 553-2050
jal@gauntlettlaw.com
bse@gauntlettlaw.com
cl@gauntlettlaw.com

Attorneys for Defendants
Akanoc Solutions, Inc.,
Managed Solutions Group, Inc.
and Steve Chen

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., | Case No.: C 07-3952 JW (HRL) |
| Plaintiff, | |
| vs. | **DECLARATION OF CHRISTOPHER LAI IN SUPPORT OF DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE MOTIONS IN LIMINE #13, #14 AND #15** |
| AKANOC SOLUTIONS, INC., et al., | |
| Defendants. | |

165363.1-10562-002-7/2/2009

DECL. OF CHRISTOPHER LAI IN SUPPORT OF
DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF
FOR LEAVE TO FILE MOTIONS IN LIMINE #13, #14, AND #15
– C 07-3952 JW (HRL)

I, CHRISTOPHER LAI, declare:

1.      I am an attorney duly licensed to practice law before this Court and am an associate in the law firm of Gauntlett & Associates, counsel of record for defendants Managed Solutions Group, Inc., Akanoc Solutions, Inc. and Steve Chen ("Defendants").

2.      I have personal knowledge of the facts stated in this Declaration and could testify competently to them if called upon as a witness.

3.      This declaration is submitted in support of Defendants' Motion for Administrative Relief for Leave to File Motions in Limine #13, #14 and #15.

4.      Vuitton's counsel did not produce to Defendants its exhibit number 594 until June 5, 2009.  Attached as **Exhibit "1595"** are June 5, 2009 emails sent to me by Vuitton's counsel, Annie Wang, attaching Vuitton's "timeline" exhibit number 594.    This was the first time that Vuitton produced exhibit number 594 to Defendants.

5.      Vuitton's counsel did not produce to Defendants its exhibits 593.1 through 593.31 until June 5, 2009.

6.      I contacted plaintiff's counsel via telephone and e-mail on July 2, 2009, requesting that plaintiff stipulate to the filing of this motion for administrative relief.  Plaintiff's counsel refused to stipulate to the filing of this motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Irvine, California on July 2, 2009.


_____s/  Christopher Lai_____
Christopher Lai