UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., </br></br> Plaintiff, </br></br> vs. </br></br> AKANOC SOLUTIONS, INC., et al., </br></br> Defendants. | Case No.: C 07-3952 JW (HRL) </br></br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE MOTIONS IN LIMINE #13, #14 AND #15** </br></br> Judge: Hon. James Ware |

165465.1-10562-002-7/2/2009

[PROPOSED] ORDER GRANTING MOTION FOR
ADMINISTRATIVE RELIEF FOR LEAVE TO FILE
MOTIONS IN LIMINE #13, #14, AND #15
**– C 07-3952 JW**

1  Having considered Defendants Akanoc Solutions, Inc.'s, Managed Solutions, Inc.'s and Steve Chen's ("Defendants") Motion for Administrative Relief for Leave to File Motions in Limine #13, #14 and #15, IT IS ORDERED:

1. Defendants' Motion for Administrative Relief for Leave to File Motions in Limine #13, #14 and #15 is GRANTED.

Dated: _____             _____
                                     HON. JAMES WARE
                                     United States District Judge

Prepared by:

GAUNTLETT & ASSOCIATES
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
Brian S. Edwards (SBN 166258)
Christopher Lai (SBN 249425)
18400 Von Karman, Suite 300
Irvine, California 92612
Telephone: (949) 553-1010
Facsimile:  (949) 553-2050

Attorneys for Defendants
Akanoc Solutions, Inc.,
Managed Solutions Group, Inc.
and Steve Chen