# EXHIBIT 1597

Dockets.Justia.com

J. Andrew Coombs (SBN 123881)
Annie S. Wang (SBN 243027)
J. Andrew Coombs, A Prof. Corp.
517 E. Wilson Ave., Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile:  (818) 500-3201

andy@coombspc.com
annie@coombspc.com

Attorneys for Plaintiff Louis
Vuitton Malletier, S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| Louis Vuitton Malletier, S.A., | Case No. C 07 3952 JW |
| Plaintiff, | SUPPLEMENTAL DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(a) |
| v. | |
| Akanoc Solutions, Inc., et al. | |
| Defendants. | |

Plaintiff Louis Vuitton Malletier, S.A. (hereafter "Louis Vuitton"), hereby makes the following Supplemental Disclosure in accordance with Fed. R. Civ. P. 26(a). These disclosures are based on information reasonably available to Louis Vuitton as of this date. Louis Vuitton reserves the right to supplement these disclosures if and when additional responsive information becomes available.

**(A)   Additional persons likely to have discoverable information**

       Joseph T. Murin
       Senior eDiscovery Consultant
       Guidance Software, Inc.
       2200 Powell Street, Suite 800
       Emeryville, CA 94608
       Phone: (626) 229-9191

       Phil Cooper
       eDiscovery Technical Manager Professional Services Division



EXHIBIT 1597

Guidance Software, Inc.
2200 Powell Street, Suite 800
Emeryville, CA 94608
Phone: (626) 229-9191

**(B)** **Additional document disclosure**

1. In addition to the documents previously identified by category in Louis Vuitton's Initial Disclosures and already supplied to Defendants in connection with pretrial obligations, Louis Vuitton identifies responsive documents obtained from Defendants' servers located at 55 S. Market Street, San Jose, California, and photographs taken at 55 S. Market Street, San Jose, California during the retrieval of data from Defendants' servers.

These documents are located at J. Andrew Coombs, A P.C., 517 East Wilson Avenue, Suite 202, Glendale, California, 91206.

Dated: May 21, 2009

J. Andrew Coombs, A Professional Corp.

By: _____
J. Andrew Coombs
Annie S. Wang
Attorneys for Plaintiff Louis Vuitton Malletier, S.A.

Louis Vuitton v. Akanoc, et al.: Supplemental Disclosure — 2 —

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On May 21 2009, I served on the interested parties in this action with the:

SUPPLEMENTAL DISCLOSURE PURSUANT TO FED.R.CIV.P.26(a)

for the following civil action:

<u>Louis Vuitton Malletier S.A. v. Akanoc Solutions, Inc., et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| |
|---|
| James A. Lowe |
| Brian S. Edwards |
| Gauntlett & Associates |
| 18400 Von Karman Ave., Suite 300 |
| Irvine, California 92612 |

Place of Mailing: Glendale, California
Executed on May 21, 2009, at Glendale, California.

_____
Katrina Bartolome