# EXHIBIT 1591

Dockets.Justia.com

Joint Exhibit List

Louis Vuitton Malletier, S.A. v. Akanoc Solutions, Inc., et al. CV07-3952 JW

| Ex. # | Description | Identified | Admitted |
|---|---|---|---|
| | **Plaintiff's Exhibits** | | |
| 584 | R. Holmes buy report dated 3/10/09 w/ images of product and packaging purchased from www.Sunny7shoes.com and related documents (CONFIDENTIAL) | 3/19/2009 | |
| 585 | Evidence www.Sunny7shoes.com LV long wallet (brown monogram) and packaging | 3/19/2009 | |
| 586 | R. Holmes buy report dated 2/17/09 w/ images of product and packaging purchased from www.Eshoes99.net and related documents (CONFIDENTIAL) | 3/19/2009 | |
| 587 | Evidence www.Eshoes99.net LV belt (brown/tan monogram w/ silver buckle) | 3/19/2009 | |
| 588 | R. Holmes buy report dated 2/24/09 w/ images of product and packaging purchased from www.Bigworldshoes.com and related documents (CONFIDENTIAL) | 3/19/2009 | |
| 589 | Evidence www.Bigworldshoes.com LV shoes pair (denim/black/gold) and packaging | 3/19/2009 | |
| 590 | R. Holmes buy report dated 3/10/09 w/ images of product and packaging purchased from www.Bapesky.com and related documents (CONFIDENTIAL) | 3/19/2009 | |
| 591 | Evidence www.Bapesky.com LV belt (brown w/ silver buckle) and packaging | 3/19/2009 | |

EXHIBIT
1591