# EXHIBIT 1592

Dockets.Justia.com

## Joint Exhibit List
## Louis Vuitton Malletier, S.A. v. Akanoc Solutions, Inc., et al. CV07-3952 JW

| Ex. # | Description | Identified | Admitted |
|---|---|---|---|
| | **Plaintiff's Exhibits** | | |
| 65 | R. Holmes buy report dated 6/26/07 w/images of product and packaging purchased from www.wendy929.net and related documents (CONFIDENTIAL) | 2/18/2009 | |
| 66 | | | |
| 67 | Evidence www.wendy929.net multi-colored handbag and packaging | 2/18/2009 | |
| 81 | R. Holmes buy report dated 5/30/07 w/images of product and packaging purchased from www.bag4sell.com and related documents (CONFIDENTIAL) | 2/18/2009 | |
| 82 | Evidence www.bag4sell.com LV purse (small, brown monogram) and packaging | 2/18/2009 | |
| 83 | | | |
| 116 | R. Holmes buy report dated 11/13/07 w/images of product and packaging purchased from www.guccifendi.com and related documents (CONFIDENTIAL) | 2/18/2009 | |
| 117 | Evidence www.guccifendi.com LV handbag white w/mulitcolored monogram and packaging | 2/18/2009 | |
| 128 | R. Holmes buy report dated 5/30/07 w/images of product and packaging purchased from www.innike.com and related documents (CONFIDENTIAL) | 2/18/2009 | |
| 129 | Evidence www.innike.com LV multi-colored handbag with pink flowers and packaging | 2/18/2009 | |
| 141 | R. Holmes buy report dated 11/6/07 w/images of product and packaging purchased rom www.luxury2us.com and related documents (CONFIDENTIAL) | 2/18/2009 | |
| 142 | Evidence www.luxury2us.com LV wallet (white/multicolor monogram) and packaging | 2/18/2009 | |
| 173 | R. Holmes buy report dated 6/26/07 w/images of product and packaging purchased from www.pickyourgoods.com and related documents (CONFIDENTIAL) | 2/18/2009 | |
| 174 | | | |
| 175 | Evidence www.pickyourgoods.com LV Monogram bag (brown) and packaging | 2/18/2009 | |
| 185 | R. Holmes buy report dated 11/6/07 w/images of product and packaging purchased from www.rrgnl.com and related documents (CONFIDENTIAL) | 2/18/2009 | |
| 186 | Evidence www.Rrgnl.com LV belt (brown w/tan monogram) and packaging | 2/18/2009 | |
| 191 | R. Holmes buy report dated 5/30/07 w/images of product and packaging purchased from www.soapparel.com and related documents (CONFIDENTIAL) | 2/18/2009 | |
| 192 | Evidence www.soapparel.com LV cruise bag (red label) and packaging | 2/18/2009 | |
| 195 | R. Holmes buy report dated 11/6/07 w/images of product and packaging purchased from www.sunny7shoes.com and related documents (CONFIDENTIAL) | 2/18/2009 | |

EXHIBIT
1592

| 196 | Evidence www.Sunny7shoes.com LV wallet (brown w/tan monogram) and packaging | 2/18/2009 | |