# EXHIBIT 1593

Dockets.Justia.com

# Joint Exhibit List
## Louis Vuitton Malletier, S.A. v. Akanoc Solutions, Inc., et al. CV07-3952 JW

| Ex. # | Description | Identified | Admitted |
|---|---|---|---|
| | **Plaintiff's Exhibits** | | |
| 51 | Letter from J. Andrew Coombs, Esq. to James A. Lowe, Esq. dated 1/30/09 | 2/18/2009 | |
| 52 | Letter from J. Andrew Coombs, Esq. to James A. Lowe, Esq. dated 2/4/09 | 2/18/2009 | |
| 53 | Response to 9/19/08 letter from James A. Lowe, Esq. to J. Andrew Coombs, Esq. dated 10/2/08 | 2/18/2009 | |
| 483 | Letter from J. Andrew Coombs, Esq. to James A. Lowe, Esq. dated 6/2/08 | 2/18/2009 | |
| 484 | Letter from J. Andrew Coombs, Esq. to James A. Lowe, Esq. dated 6/20/08 | 2/18/2009 | |
| 485 | Letter from J. Andrew Coombs, Esq. to James A. Lowe, Esq. dated 6/24/08 | 2/18/2009 | |
| 486 | Response to 6/20/08 letter from James A. Lowe, Esq. to J. Andrew Coombs, Esq. dated 6/24/08 | 2/18/2009 | |
| 488 | Letter from J. Andrew Coombs, Esq. to James A. Lowe, Esq. dated 7/25/08 | 2/18/2009 | |
| 489 | Letter from J. Andrew Coombs, Esq. to James A. Lowe, Esq. dated 9/19/08 | 2/18/2009 | |

EXHIBIT
1593