# EXHIBIT 1594

Dockets.Justia.com









- www.Wendy929.net (63.3, 63.4, 64.3, 64.4)
- www.YeahEBay.com (218)
- www.315EC.com (77, 78, 78.1)
- www.Cn-Nike.com (www.cn-nike.us) (95, 95.1)
- www.EBuyNike.com (101, 102)
- www.ECshoes.com (103, 104)
- www.EGoToBuy.com (105, 106)
- www.EMSYou.com (107, 108)
- www.EShoes99.com (75, 75.1, 75.2, 76.2, 76.3, 76.4, 76.5)
- www.Famous-Shop.com (110, 110.1, 111, 111.1, 111.2)
- www.GZ-Free.com (118, 118.1, 119, 119.1, 119.2)
- www.HandBagSell.com (120, 120.1, 121)
- www.LLouisVuitton.com (www.ilouisvuitton.com) (122, 123)
- www.Imitation-Gold.com (124, 125)
- www.InNike.com (126, 126.1, 127, 127.1, 128, 129)
- www.Louisvuittonbagz.com (133, 134, 134.1)
- www.LoverNike.com (135, 135.1, 136)
- www.LuxeLike.com (137, 137.1, 138)
- www.LVBagz.com (143, 144)
- www.MailGoods.com (146, 146.1, 147)
- www.NikeShoesOffer.com (151, 151.1, 151.2, 152, 152.1)
- www.NikeWTO.com (153, 153.1, 153.2, 154)
- www.NonStopBeauty.com (155, 155.1, 156, 156.1)
- www.PFCStation.com (167, 167.1, 168, 168.1)
- www.PickYourGoods.com (171, 171.1, 171.2, 172, 172.1, 173, 175)
- www.PickYourOrder.com (176, 177, 177.1)
- www.Pro-Jordan.com (178, 178.1, 179, 179.1)
- www.RRGNL.com (183, 183.1, 184, 184.1, 185, 186)
- www.Sunny7Shoes.com (193, 194, 195, 196)
- www.WatchNReplica.net (208, 209, 210, 211)
- www.WorldKeyTrade.com (216, 217)







- www.Atozbrand.com
- www.Af88.com
- www.Bag1881.net
- www.Bag4Sell.com
- www.Bag925.com
- BigWorldShoes.com
- www.Bizyao.com
- BrandFashioner.com
- Brandstreets.com.cn
- BrandStyleSales.net
- www.Brandtrading.net
- www.BuyMyShoes.net
- www.Ch-nike.us
- www.DreamyShoes.com
- www.Eastarbiz.net
- www.EBuyNike.com
- www.ECshoes.com
- www.EGoToBuy.com
- www.EMSYou.com
- www.EShoes99.net
- www.Famous-Shop.com
- www.Fansjersey.com
- www.GucciFendi.com
- www.GZ-Free.com
- www.HandBagSell.com
- Imitation-Gold.com
- www.InNike.com
- Lkkfashion2006.com
- www.llousvuitton.com
- LongTimeGroup.com
- louis-vuitton-bags.org
- louisvuittonbagz.com
- www.LoverNike.com
- www.LuxeLike.com
- www.Luxury2Us.com
- www.LVBagz.com
- www.lv-nike.com
- www.lv-handbag.com
- www.MailGoods.com
- www.Myshoes99.com
- www.Nike558.com
- www.Nikexp.com
- NikeShoesOffer.com
- www.NikeWTO.com
- NonStopBeauty.com
- www.PFCStation.com
- www.PickHipHop.com
- PickYourGoods.com
- PickYourOrder.com
- www.Pro-Jordan.com
- www.Queen-bag.com
- www.Replica-ebags.com
- www.Replicabc.com
- www.RRGNL.com
- www.Shoes-Order.com
- www.SoApparel.net
- www.Sportsvendor.biz
- www.Sunny7Shoes.com
- www.Super925.com
- www.Swisshours.biz

- www.Cicitrade.com (252)
- www.Ch2009.com (254)
- www.Chlv.us (256)
- www.Ch-nfl.com (258, 259)
- www.Cntradetop.com (260, 261)
- www.Cocotrade.com (262)
- www.Copy-offer.com (264)
- www.Copytransfer.com (266)
- www.Cxdtrade.com (268)
- www.Dadidatrade.com (270)
- www.Divastyle-exclusives.com (272, 273)
- www.Dowellchina.com (274)
- www.E-bayshoe.com (276)
- www.Ebaytra.com (278)
- www.Ec21china.com (280)
- www.EC21copy.com
- www.Ecvvcn.com
- www.Ecvvnike.com (282, 283)
- www.Electricvip.com (284)
- www.Eshoesbiz.com
- www.Factory-trade.com (290, 291)
- www.Fallinmall.com (292)
- www.Fashionholland.com (294)
- www.Fugems.com (296, 297)
- www.Gegtrade.com (298, 299)
- www.Gift-pop.com (300)
- www.Goingwto.com (302, 303)
- www.Guangruntrade.com (304)
- www.Iknowkick.com (306)
- www.Joinustrade.com (310)
- www.Jordanaf1.com (312)
- www.Jordan-plaza.com (314, 315)
- www.Kickaaa.com (316)
- www.Kneagle.com (318)
- www.Laceduptrade.com (320, 321)
- www.Lg668.com (322)
- www.Look9good.com (324)
- www.Maike998.com (326)
- www.Mayfutrade.com (328, 329)
- www.Nikejordan.us (332)
- www.Nikejordanun.com (334, 335)
- www.Nike-king.com (336, 337)
- www.Nikeme.com (338)
- www.Nikeseller.com (340)
- www.Nikeshoes888.com (342)
- www.Nikeshoeshua.com (344)
- www.Nikeshoesshopping.com (346)
- www.Nikeskyb2b.com (348, 349)
- www.Niketrading.com (350)
- www.Nikezone23.com
- www.Popularkicks8.com (356.1)

- www.Realfashion.us (358)
- www.Ruimachina.com (362)
- www.Sellonshoes.com (364)
- www.Shoestrade.biz (366)
- www.Shoestrade168.com (368)
- www.Shopping-key.com (372)
- www.Shop-zappos.com
- www.Shp365.com (374, 375)
- www.Sndress-trade.com (376)
- www.Sneaker123.com
- www.Sportshoesshow.com (380)
- www.Sport-sky.com (382)
- www.Super99nike.com (384)
- www.Thefirstshoes.com (386, 387)
- www.Tmslw.com
- www.Tomorrow-trade.com (390, 391)
- www.Tophopworld.com
- www.Trade31.com (394)
- www.Trade58.com (396, 397)
- www.Trade789.com (398)
- www.Tradekey1.com (400)
- www.Tradewto.com (407)
- www.Trapkicks.com (409)
- www.Trendstown.com (411, 412)
- www.Viciper.com (413)
- www.Vow-nike.com (415)
- www.Well-telecom.com
- www.Wholesale-bn.com (419)
- www.Wholesalerelectron.com (421)
- www.Xinda-trade.com (423)
- www.Xinteshoes.com (425)
- www.Xqmade.com (427)
- www.Yabertrade.com (429)
- www.Yournikeshop.com (431)

- w.Tvtrade88.com
- Watchesnreplica.com
- WatchNReplica.net
- w.WearOnline.net
- w.Wendy929.com
- .Wendyluxury.com
- WorldKeyTrade.com
- w.YeahEBay.com
- ww.Yseenet.net



www.dadidatrade.com (270.1, 271)
www.dreamyshoes.com (96.1, 96.2, 97.2, 97.3, 97.4)
www.ebaytra.com (278.1, 279)
www.ec21china.com (280.1, 280.2, 281, 281.1)
www.ec21copy.com (514, 515)
www.ecvvcn.com (516, 517)
www.electricvip.com (284.1, 285)
www.equaldeal.com (286.2, 287.3)
**www.eshoes99.net (512, 512.1, 513.3)**
www.eshoesbiz.com (288.1, 289)
www.fashionholland.com (294.1, 294.2, 295, 295.1, 295.2)
www.gift-pop.com (300.1, 301, 301.1)
www.globwholesale.com (510, 511)
www.guangruntrade.com (304.1, 305, 305.1)
www.itemscatalog.com (506, 506.1, 507, 507.1)
www.joinustrade.com (310.1, 311)
www.jordanaf1.com (312.1, 312.2, 313, 313.1, 313.2)
www.kickaaa.com (316.1, 316.2, 317, 317.1)
www.kneagle.com (318.1, 319, 319.1)
www.lg668.com (322.1, 323)
www.look9good.com (324.1, 325)
www.maike998.com (326.1, 326.2, 327, 327.1)
www.nikejordan.us (332.1, 332.2, 333, 333.1)
www.nikene.com (338.1, 339)
www.nikeseller.com (340.1, 341)
www.nikeshoes888.com (342.1, 343)
www.nikeshoeshua.com (344.1, 345)
www.nikeshoesshopping.com (346.1, 347)
www.niketrading.com (350.1, 350.2, 351, 351.1)
www.popularkicks8.com (356.2, 356.3, 357.2, 357.3)
www.realfashion.us (358.1, 358.2, 359, 359.1)
www.replicabc.com (360.2, 361.3)
www.ruimachina.com (362.1, 362.2, 363, 363.1)
www.sellcnshoes.com (364.1, 365)
www.shoestrade.biz (367.1, 367.2, 367.3, 367.4)
www.shopping-key.com (372.1, 372.2, 373)
www.sndress-trade.com (376.1, 377)
www.sneaker123.com (378.1, 378.2, 379, 379.1)
www.sportsshoesshow.com (380.1, 381)
www.sportsvendor.biz (492.1, 493.1)
www.sunny7shoes.com (193.1, 194.2, 194.3)
www.super99nike.com (384.1, 384.2, 385, 385.1)
www.supplyingshoes.com (504, 504.1, 505, 505.1)
www.tophopworld.com (392.1, 392.2, 393, 393.1)
www.trade31.com (394.1, 394.2, 395, 395.1)
www.trade789.com (398.1, 398.2, 399, 399.1)
www.tradeelectron.com (520, 521)
www.tradekey1.com (400.1, 401, 401.1)
www.tradewto.com (407.1, 408)
www.trapkicks.com (409.1, 409.2, 409.3, 410, 410.1)
www.viciper.com (413.1, 414)

www.vow-nike.com (415.1, 416)
www.well-telecom.com (417.1, 418)
www.wholesale-bn.com (419.1, 420)
www.wholesaleprice.us (502, 503)
www.wholesalerelectron.com (421.1, 422)
www.xinda-trade.com (423.1, 424)
www.xinteshoes.com (425.1, 425.2, 426, 426.1)
www.xqmade.com (427.1, 428)
www.yabertrade.com (429.1, 430)
www.youmikeshop.com (431.1, 431.2, 431.3, 432, 432.1, 432.2)

**www.bapesky.com (590, 591)**

**www.sunny7shoes.com (584, 585)**

-INSPECTION-
SERVERS
COPIED
Ex. 593

2009 March | 2009 April | 2009 May | 2009 June

www.epopzone.com
www.sportshoe.cn
www.topbrandtrade.com
www.obaa-eurofashion.com
**www.lv-nike.com**
**www.bizyao.com**
www.askshoe.com
www.nike9988.com
www.usnike.com
www.huayutrade.com
www.trade1313.com
www.usahuaer.com
www.brandtrading.net
**www.cshoes99.com**
**www.cshoes99.net**
www.toptraderes.com.com
www.nikeinchina.net (www.toptraderes.com.com)
"sportshoe"



www.test.com
www.brandgoods2008.com
www.fansjersey.com
www.kimway.com
www.sportshoes.hk
www.topbrandsale.com
www.gobaghome.com
"**equaldeal**"
www.bag338.com
"**bagforyourself**"
"**bapesky**"
"exporter333"
www.fashionfy.com
www.52ally.com ("lvcosmeticbag")
www.b2gz.com ("lvcostmeticbag")
www.gobaghome.com
"**modasupply**"
"bag2b2b"
www.bag925.com
"**bapedirect**"
"fashion789"
www.trade745.com
www.138nfl.com
www.afashiongogo.com
www.amazonwholesale.net
www.trade35.com (apparellead.com)
www.authentic-trade.com
www.bagtrade.com
www.bbnike.com
**www.bigworldshoes.com**
www.brdgoods.com
www.cngoodstrade.com
**wwww.cnnike.us**
www.cnptbest.com
www.cooldak.com.cn
www.cssgate.com
**www.eastarbiz.com**
www.ec21wholesale.com
www.ectradeship.com
www.eshoes4u.com
www.etherbags.com
www.ev21vip.com
www.famousshoeshop.com
www.forumbrandsalon.com
www.gdoit.com
www.goftrade.com
www.goodshoessale.com
www.hitcart.com
www.huaxiongtrade.com
www.jordanvip.com
www.lishoes.com

www.lucky2012.com
www.manynike.com
www.modishoe.com
www.nadidas.com
www.nike-king.com
www.nikeshoeswholesale.com.cn
www.omega-watch.biz
www.open321.com
www.pollysports.com
www.replica4handbags.com
www.replicawiki.com
www.rwholesalemarket.com
www.shoes-bags-clothes.com
www.sohoable.com
**www.sunny7shoes.com**
www.tjzgm.com
www.todayshopping.net
www.topquality4less.com
www.tpytrade.com
www.trade789.com
www.tradekey888.com
www.tradewep.com
www.wellshoes.com
www.xiefutrade.com
www.yikalin.com
www.dunk2009.com
www.brandoem.com
**www.dadidatrade.com**
www.exintrade.com
www.fashion361.com
**www.globwholesale.com**
www.jordanugg.com
www.2008nike.com (www.nike3c.com)
www.nikemark.com