# EXHIBIT 1595

Dockets.Justia.com

**Christopher Lai**

| | |
|---|---|
| **From:** | Christopher Lai |
| **Sent:** | Friday, June 05, 2009 2:51 PM |
| **To:** | 'Annie Wang' |
| **Cc:** | 'Andy Coombs'; Lowe, James A.; Murray, Peggy A. |
| **Subject:** | RE: LV v. Akanoc |

Annie,

We never received the Timeline/Summary of events that you have assigned exhibit number 594.  Please provide us a copy as soon as possible.

Thanks,
Chris

**From:** Annie Wang [mailto:annie@coombspc.com]
**Sent:** Thursday, June 04, 2009 11:20 AM
**To:** Christopher Lai
**Cc:** 'Andy Coombs'; Lowe, James A.
**Subject:** LV v. Akanoc

Chris,

Per Andy's email to Jim, we will be identifying material from the inspection including more specific pathways in the exhibit list but the underlying data you already have.   Also, we will be adding the attached as well as a Timeline/Summary of Events.  I will get you any other outstanding materials as soon as I can.

Thanks,
Annie

**Annie S. Wang**
Law Offices of J. Andrew Coombs, A P.C.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201
Email: annie@coombspc.com

This message contains information that is privileged, confidential and exempt from disclosure under applicable law. The information is intended to be for the use of the individual or entity to which it is addressed. If you are not the intended recipient, or an employee of the recipient, be aware that any disclosure, copying, distribution or use of the contents of this communication is strictly prohibited. If you have received this electronic message in error, please notify us by calling (818) 500-3200 immediately and delete or destroy all copies of this transmission.



EXHIBIT
1595

6/19/2009

## Christopher Lai

| | |
|---|---|
| **From:** | Annie Wang [annie@coombspc.com] |
| **Sent:** | Friday, June 05, 2009 3:20 PM |
| **To:** | Christopher Lai |
| **Cc:** | 'Andy Coombs'; Lowe, James A.; Murray, Peggy A. |
| **Subject:** | RE: LV v. Akanoc |
| **Attachments:** | Exhibit 594 (part 1).pdf |

Chris,

We may show this in sequence if technology allows, but I am attaching a .pdf that I will be sending in parts.

Thanks,
Annie

---

**From:** Christopher Lai [mailto:CL@gauntlettlaw.com]
**Sent:** Friday, June 05, 2009 2:51 PM
**To:** Annie Wang
**Cc:** Andy Coombs; Lowe, James A.; Murray, Peggy A.
**Subject:** RE: LV v. Akanoc

Annie,

We never received the Timeline/Summary of events that you have assigned exhibit number 594.  Please provide us a copy as soon as possible.

Thanks,
Chris

---

**From:** Annie Wang [mailto:annie@coombspc.com]
**Sent:** Thursday, June 04, 2009 11:20 AM
**To:** Christopher Lai
**Cc:** 'Andy Coombs'; Lowe, James A.
**Subject:** LV v. Akanoc

Chris,

Per Andy's email to Jim, we will be identifying material from the inspection including more specific pathways in the exhibit list but the underlying data you already have.   Also, we will be adding the attached as well as a Timeline/Summary of Events.  I will get you any other outstanding materials as soon as I can.

Thanks,
Annie

## Annie S. Wang
Law Offices of J. Andrew Coombs, A P.C.

6/23/2009

517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201
Email: annie@coombspc.com

This message contains information that is privileged, confidential and exempt from disclosure under applicable law. The information is intended to be for the use of the individual or entity to which it is addressed. If you are not the intended recipient, or an employee of the recipient, be aware that any disclosure, copying, distribution or use of the contents of this communication is strictly prohibited. If you have received this electronic message in error, please notify us by calling (818) 500-3200 immediately and delete or destroy all copies of this transmission.

## Christopher Lai

| | |
|---|---|
| **From:** | Annie Wang [annie@coombspc.com] |
| **Sent:** | Friday, June 05, 2009 3:50 PM |
| **To:** | Christopher Lai |
| **Cc:** | 'Andy Coombs'; Lowe, James A.; Murray, Peggy A. |
| **Subject:** | FW: LV v. Akanoc |
| **Attachments:** | Exhibit 594 (part 1).pdf |

Chris, I think I sent you one where some of the information was obstructed.  It should be corrected in the attached.

---

**From:** Annie Wang [mailto:annie@coombspc.com]
**Sent:** Friday, June 05, 2009 3:20 PM
**To:** 'Christopher Lai'
**Cc:** 'Andy Coombs'; 'Lowe, James A.'; 'Murray, Peggy A.'
**Subject:** RE: LV v. Akanoc

Chris,

We may show this in sequence if technology allows, but I am attaching a .pdf that I will be sending in parts.

Thanks,
Annie

---

**From:** Christopher Lai [mailto:CL@gauntlettlaw.com]
**Sent:** Friday, June 05, 2009 2:51 PM
**To:** Annie Wang
**Cc:** Andy Coombs; Lowe, James A.; Murray, Peggy A.
**Subject:** RE: LV v. Akanoc

Annie,

We never received the Timeline/Summary of events that you have assigned exhibit number 594.  Please provide us a copy as soon as possible.

Thanks,
Chris

---

**From:** Annie Wang [mailto:annie@coombspc.com]
**Sent:** Thursday, June 04, 2009 11:20 AM
**To:** Christopher Lai
**Cc:** 'Andy Coombs'; Lowe, James A.
**Subject:** LV v. Akanoc

Chris,

6/23/2009

Per Andy's email to Jim, we will be identifying material from the inspection including more specific pathways in the exhibit list but the underlying data you already have.   Also, we will be adding the attached as well as a Timeline/Summary of Events.  I will get you any other outstanding materials as soon as I can.

Thanks,
Annie


**Annie S. Wang**
Law Offices of J. Andrew Coombs, A P.C.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201
Email: annie@coombspc.com

This message contains information that is privileged, confidential and exempt from disclosure under applicable law. The information is intended to be for the use of the individual or entity to which it is addressed. If you are not the intended recipient, or an employee of the recipient, be aware that any disclosure, copying, distribution or use of the contents of this communication is strictly prohibited. If you have received this electronic message in error, please notify us by calling (818) 500-3200 immediately and delete or destroy all copies of this transmission.

6/23/2009

# Christopher Lai

| | |
|---|---|
| **From:** | Annie Wang [annie@coombspc.com] |
| **Sent:** | Friday, June 05, 2009 3:59 PM |
| **To:** | Christopher Lai |
| **Cc:** | 'Andy Coombs'; Lowe, James A.; Murray, Peggy A. |
| **Subject:** | FW: LV v. Akanoc |
| **Attachments:** | Exhibit 594 (part 2).pdf |

Part 2.

---

**From:** Annie Wang [mailto:annie@coombspc.com]
**Sent:** Friday, June 05, 2009 3:20 PM
**To:** 'Christopher Lai'
**Cc:** 'Andy Coombs'; 'Lowe, James A.'; 'Murray, Peggy A.'
**Subject:** RE: LV v. Akanoc

Chris,

We may show this in sequence if technology allows, but I am attaching a .pdf that I will be sending in parts.

Thanks,
Annie

---

**From:** Christopher Lai [mailto:CL@gauntlettlaw.com]
**Sent:** Friday, June 05, 2009 2:51 PM
**To:** Annie Wang
**Cc:** Andy Coombs; Lowe, James A.; Murray, Peggy A.
**Subject:** RE: LV v. Akanoc

Annie,

We never received the Timeline/Summary of events that you have assigned exhibit number 594.  Please provide us a copy as soon as possible.

Thanks,
Chris

---

**From:** Annie Wang [mailto:annie@coombspc.com]
**Sent:** Thursday, June 04, 2009 11:20 AM
**To:** Christopher Lai
**Cc:** 'Andy Coombs'; Lowe, James A.
**Subject:** LV v. Akanoc

Chris,

Per Andy's email to Jim, we will be identifying material from the inspection including more specific pathways in the

6/23/2009

exhibit list but the underlying data you already have.   Also, we will be adding the attached as well as a Timeline/Summary of Events.  I will get you any other outstanding materials as soon as I can.

Thanks,
Annie


**Annie S. Wang**
Law Offices of J. Andrew Coombs, A P.C.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201
Email: annie@coombspc.com

This message contains information that is privileged, confidential and exempt from disclosure under applicable law. The information is intended to be for the use of the individual or entity to which it is addressed. If you are not the intended recipient, or an employee of the recipient, be aware that any disclosure, copying, distribution or use of the contents of this communication is strictly prohibited. If you have received this electronic message in error, please notify us by calling (818) 500-3200 immediately and delete or destroy all copies of this transmission.

6/23/2009