# EXHIBIT 1596

Dockets.Justia.com

**Joint Exhibit List**

**Louis Vuitton Malletier, S.A. v. Akanoc Solutions, Inc., et al. CV07-3952 JW**

| Ex. # | Description | Identified | Admitted |
|---|---|---|---|
| | **Plaintiff's Exhibits** | | |
| 71.4 | Hosting Status www.atozbrand.com dated 7/24/08 | 2/18/2009 | |
| 73.3 | Hosting Status www.bag925.com 7/24/08 | 2/18/2009 | |
| 84.1 | Website www.Bigworldshoes.com 1/27/09 | 2/18/2009 | |
| 84.2 | Website www.Bigworldshoes.com 1/28/09 | 2/18/2009 | |
| 85.2 | Hosting Status www.Bigworldshoes.com 1/23/09 | 2/18/2009 | |
| 85.3 | Hosting Status www.Bigworldshoes.com 1/27/09 | 2/18/2009 | |
| 85.4 | Hosting Status www.Bigworldshoes.com 1/28/09 | 2/18/2009 | |
| 94.1 | Website www.Cn-nike.us 1/29/09 | 2/18/2009 | |
| 94.2 | Website www.Cn-nike.us 2/11/09 | 2/18/2009 | |
| 95.3 | Hosting Status www.Cn-nike.us 4/28/08 | 2/18/2009 | |
| 95.4 | Hosting Status www.Cn-nike.us 4/29/08 | 2/18/2009 | |
| 95.5 | Hosting Status www.Cn-nike.us 5/13/08 | 2/18/2009 | |
| 95.6 | Hosting Status www.Cn-nike.us 1/29/09 | 2/18/2009 | |
| 95.7 | Hosting Status www.Cn-nike.us 2/11/09 | 2/18/2009 | |
| 96.1 | Website www.Dreamyshoes.com 1/27/09 | 2/18/2009 | |
| 96.2 | Website www.Dreamyshoes.com 1/28/09 | 2/18/2009 | |
| 97.2 | Hosting Status www.Dreamyshoes.com 1/23/09 | 2/18/2009 | |
| 97.3 | Hosting Status www.Dreamyshoes.com 1/27/09 | 2/18/2009 | |
| 97.4 | Hosting Status www.Dreamyshoes.com 1/28/09 | 2/18/2009 | |
| 98.3 | Website www.Eastarbiz.com 5/12/08 | 2/18/2009 | |
| 99.3 | Hosting Status www.Eastarbiz.com 4/28/08 | 2/18/2009 | |
| 99.4 | Hosting Status www.Eastarbiz.com 4/29/08 | 2/18/2009 | |
| 99.5 | Hosting Status www.Eastarbiz.com 5/13/08 | 2/18/2009 | |
| 100 | Hosting Status www.Eastarbiz.net 8/21/08 | 2/18/2009 | |
| 109 | Hosting Status www.Eshoes99.net 1/23/09 | 2/18/2009 | |
| 109.1 | Hosting Status www.Eshoes99.net 1/27/09 | 2/18/2009 | |
| 144.2 | Hosting Status www.Lvbagz.com 4/28/08 | 2/18/2009 | |
| 144.3 | Hosting Status www.Lvbagz.com 4/29/08 | 2/18/2009 | |
| 159 | Webiste www.Nikebrother.com 5/13/08 | 2/18/2009 | |
| 160 | Hosting Status www.Nikebrother.com 4/28/08 | 2/18/2009 | |
| 160.1 | Hosting Status www.Nikebrother.com 4/29/08 | 2/18/2009 | |
| 160.2 | Hosting Status www.Nikebrother.com 5/13/08 | 2/18/2009 | |
| 161 | Website www.ecvv.com/www.lkkfashion2006.com 5/13/08 | 2/18/2009 | |
| 162 | Hosting Status www.lkkfashion2006.com 4/28/08 | 2/18/2009 | |
| 162.1 | Hosting Status www.lkkfashion2006.com 4/29/08 | 2/18/2009 | |
| 162.2 | Hosting Status www.lkkfashion2006.com 5/13/08 | 2/18/2009 | |
| 163 | Website www.Lv-handbag.com 5/13/08 | 2/18/2009 | |
| 164 | Hosting Status www.Lv-handbag.com 4/28/08 | 2/18/2009 | |
| 164.1 | Hosting Status www.Lv-handbag.com 4/29/08 | 2/18/2009 | |
| 164.2 | Hosting Status www.Lv-handbag.com 5/13/08 | 2/18/2009 | |
| 165 | Website www.At88.com 5/12/08 | 2/18/2009 | |
| 166 | Hosting Status www.At88.com 4/28/08 | 2/18/2009 | |
| 166.1 | Hosting Status www.At88.com 4/29/08 | 2/18/2009 | |
| 166.2 | Hosting Status www.At88.com 5/13/08 | 2/18/2009 | |
| 193.1 | Website www.Sunny7shoes.com 1/27/09 | 2/18/2009 | |
| 194.2 | Hosting Status www.Sunny7shoes.com 1/23/09 | 2/18/2009 | |
| 194.3 | Hosting Status www.Sunny7shoes.com 1/27/09 | 2/18/2009 | |
| 213.2 | Hosting Status www.Wearonline.net 4/28/08 | 2/18/2009 | |

EXHIBIT

1596

| 213.3 | Hosting Status www.Wearonline.net 4/29/08 | 2/18/2009 | |
|---|---|---|---|
| 213.4 | Hosting Status www.Wearonline.net 5/13/08 | 2/18/2009 | |
| 222 | Website www.2008allshoes.com 7/25/08 | 2/18/2009 | |
| 222.1 | Website www.2008allshoes.com 1/20/09 | 2/18/2009 | |
| 223 | Hosting Status www.2008allshoes.com 1/20/09 | 2/18/2009 | |
| 224 | Website www.21cntrade.com 7/25/08 | 2/18/2009 | |
| 225 | Hosting Status www.21cntrade.com 2/18/09 | 2/18/2009 | |
| 226 | Websitewww.21cn-trade.com 7/25/08 | 2/18/2009 | |
| 227 | Hosting Status www.21cn-trade.com 2/18/09 | 2/18/2009 | |
| 228 | Website www.Activestreetwear.com 7/25/08 | 2/18/2009 | |
| 228.1 | Website www.Activestreetwear.com 1/19/09 | 2/18/2009 | |
| 228.2 | Website www.Activestreetwear.com 1/26/09 | 2/18/2009 | |
| 229 | Hosting Status www.ActiveStreetwear.com 1/19/09 | 2/18/2009 | |
| 229.1 | Hosting Status www.ActiveStreetwear.com 1/26/09 | 2/18/2009 | |
| 230 | Website www.Aifacn.com 7/25/08 | 2/18/2009 | |
| 230.1 | Website www.Aifacn.com 1/19/09 | 2/18/2009 | |
| 231 | Hosting Status www.Aifacn.com 1/19/09 | 2/18/2009 | |
| 232 | Website www.Aileapparelonline.com 7/25/08 | 2/18/2009 | |
| 232.1 | Website www.Aileapparelonline.com 1/19/09 | 2/18/2009 | |
| 232.2 | Website www.Aileapparelonline.com 1/26/09 | 2/18/2009 | |
| 233 | Hosting Status www.Aileapparelonline.com 1/19/09 | 2/18/2009 | |
| 233.1 | Hosting Status www.Aileapparelonline.com 1/26/09 | 2/18/2009 | |
| 234 | Website www.Alijordan.com 7/25/08 | 2/18/2009 | |
| 234.1 | Website www.Alijordan.com 1/19/09 | 2/18/2009 | |
| 235 | Hosting Status www.Alijordan.com 1/19/09 | 2/18/2009 | |
| 236 | Website www.Asiaagora.com 7/25/08 | 2/18/2009 | |
| 237 | Hosting Status www.Asiaagora.com 2/18/09 | 2/18/2009 | |
| 238 | Website www.Bbnike.com 7/25/08 | 2/18/2009 | |
| 239 | Hosting Status www.Bbnike.com 2/18/09 | 2/18/2009 | |
| 240 | Website www.Bestgoods4u.com 7/25/08 | 2/18/2009 | |
| 240.1 | Website www.Bestgoods4u.com 1/19/09 | 2/18/2009 | |
| 241 | Hosting Status www.Bestgoods4u.com 1/19/09 | 2/18/2009 | |
| 242 | Website www.Biz918.com 8/5/08 | 2/18/2009 | |
| 243 | Hosting Status www.biz918.com 2/18/09 | 2/18/2009 | |
| 244 | Website www.Bizwto.com 7/25/08 | 2/18/2009 | |
| 244.1 | Website www.Bizwto.com 1/20/09 | 2/18/2009 | |
| 244.2 | Website www.Bizwto.com 1/26/09 | 2/18/2009 | |
| 245 | Hosting Status www.Bizwto.com 1/20/09 | 2/18/2009 | |
| 245.1 | Hosting Status www.Bizwto.com 1/26/09 | 2/18/2009 | |
| 246 | Website www.Brandshoesclub.com 7/25/08 | 2/18/2009 | |
| 247 | Hosting Status www.Brandshoesclub.com 2/18/09 | 2/18/2009 | |
| 248 | Website www.Chinabizshop.com 7/25/08 | 2/18/2009 | |
| 248.1 | Website www.Chinabizshop.com 1/20/09 | 2/18/2009 | |
| 249 | Hosting Status www.Chinabizshop.com 1/20/09 | 2/18/2009 | |
| 250 | Website www.China-sneakers.com 7/25/08 | 2/18/2009 | |
| 250.1 | Website www.China-sneakers.com 1/20/09 | 2/18/2009 | |
| 251 | Hosting Status www.China-sneakers.com 1/20/09 | 2/18/2009 | |
| 252 | Website www.Cicitrade.com 7/25/08 | 2/18/2009 | |
| 252.1 | Website www.Cicitrade.com 1/20/09 | 2/18/2009 | |
| 252.2 | Website www.Cicitrade.com 1/30/09 | 2/18/2009 | |
| 253 | Hosting Status www.Cicitrade.com 1/20/09 | 2/18/2009 | |
| 253.1 | Hosting Status www.Cicitrade.com 1/30/09 | 2/18/2009 | |

| | | | |
|---|---|---|---|
| 254 | Website www.Cn2009.com 7/25/08 | 2/18/2009 | |
| 254.1 | Website www.Cn2009.com 1/20/09 | 2/18/2009 | |
| 254.2 | Website www.Cn2009.com 1/30/09 | 2/18/2009 | |
| 255 | Hosting Status www.Cn2009.com 1/20/09 | 2/18/2009 | |
| 255.1 | Hosting Status www.Cn2009.com 1/30/09 | 2/18/2009 | |
| 256 | Website www.Cnlv.us 7/25/08 | 2/18/2009 | |
| 256.1 | Website www.Cnlv.us 1/20/09 | 2/18/2009 | |
| 256.2 | Website www.Cnlv.us 1/30/09 | 2/18/2009 | |
| 257 | Hosting Status www.Cnlv.us 1/20/09 | 2/18/2009 | |
| 257.1 | Hosting Status www.Cnlv.us 1/30/09 | 2/18/2009 | |
| 258 | Website www.Cn-nfl.com 7/25/08 | 2/18/2009 | |
| 259 | Hosting Status www.Cn-nfl.com 2/18/09 | 2/18/2009 | |
| 260 | Website www.Cntradetop.com 7/25/08 | 2/18/2009 | |
| 261 | Hosting Status www.Cntradetop.com 2/18/09 | 2/18/2009 | |
| 262 | Website www.Cocotrade.com 7/25/08 | 2/18/2009 | |
| 262.1 | Website www.Cocotrade.com 1/20/09 | 2/18/2009 | |
| 263 | Hosting Status www.Cocotrade.com 1/20/09 | 2/18/2009 | |
| 264 | Website www.Copy-offer.com 7/25/08 | 2/18/2009 | |
| 264.1 | Website www.Copy-offer.com 1/20/09 | 2/18/2009 | |
| 265 | Hosting Status www.Copy-Offer.com 1/20/09 | 2/18/2009 | |
| 266 | Website www.Copytransfer.com 7/25/08 | 2/18/2009 | |
| 266.1 | Website www.Copytransfer.com 1/26/09 | 2/18/2009 | |
| 267 | Hosting Status www.Copytransfer.com 1/26/09 | 2/18/2009 | |
| 268 | Website www.Cxdtrade.com 7/25/08 | 2/18/2009 | |
| 268.1 | Website www.Cxdtrade.com 1/20/09 | 2/18/2009 | |
| 269 | Hosting Status www.Cxdtrade.com 1/20/09 | 2/18/2009 | |
| 270 | Website www.Dadidatrade.com 7/25/08 | 2/18/2009 | |
| 270.1 | Website www.Dadidatrade.com 1/26/09 | 2/18/2009 | |
| 271 | Hosting Status www.Dadidatrade.com 1/26/09 | 2/18/2009 | |
| 272 | Website www.Divastyle-exclusives.com 7/25/08 | 2/18/2009 | |
| 273 | Hosting Status www.Divastyle-exclusives.com 2/18/09 | 2/18/2009 | |
| 274 | Website www.Dowellchina.com 7/25/08 | 2/18/2009 | |
| 275 | Hosting Status www.Dowellchina.com 2/18/09 | 2/18/2009 | |
| 276 | Website www.E-bayshoe.com 7/25/08 | 2/18/2009 | |
| 276.1 | Website www.E-bayshoe.com 1/20/09 | 2/18/2009 | |
| 277 | Hosting Status www.E-bayshoe.com 1/20/09 | 2/18/2009 | |
| 278 | Website www.Ebaytra.com 7/25/08 | 2/18/2009 | |
| 278.1 | Website www.Ebaytra.com 1/20/09 | 2/18/2009 | |
| 279 | Hosting Status www.Ebaytra.com 1/20/09 | 2/18/2009 | |
| 280 | Website www.Ec21china.com 7/25/08 | 2/18/2009 | |
| 280.1 | Website www.Ec21china.com 1/20/09 | 2/18/2009 | |
| 280.2 | Website www.Ec21china.com 1/30/09 | 2/18/2009 | |
| 281 | Hosting Status www.Ec21china.com 1/20/09 | 2/18/2009 | |
| 281.1 | Hosting Status www.Ec21china.com 1/30/09 | 2/18/2009 | |
| 282 | Website www.Ecvvnike.com 7/25/08 | 2/18/2009 | |
| 283 | Hosting Status www.Ecvvnike.com 2/18/09 | 2/18/2009 | |
| 284 | Website www.Electricvip.com 7/25/08 | 2/18/2009 | |
| 284.1 | Website www.Electricvip.com 1/20/09 | 2/18/2009 | |
| 285 | Hosting Status www.Electricvip.com 1/20/09 | 2/18/2009 | |
| 286 | Website www.Equaldeal.com 5/12/08 | 2/18/2009 | |
| 286.1 | Website www.Equaldeal.com 7/25/08 | 2/18/2009 | |
| 286.2 | Website www.Equaldeal.com 1/28/09 | 2/18/2009 | |

| 287 | Hosting Status www.Equaldeal.com 4/28/08 | 2/18/2009 | |
| 287.1 | Hosting Status www.Equaldeal.com 4/29/08 | 2/18/2009 | |
| 287.2 | Hosting Status www.Equaldeal.com 5/13/08 | 2/18/2009 | |
| 287.3 | Hosting Status www.Equaldeal.com 1/28/09 | 2/18/2009 | |
| 288 | Website www.Eshoesbiz.com 7/25/08 | 2/18/2009 | |
| 288.1 | Website www.Eshoesbiz.com 1/27/09 | 2/18/2009 | |
| 289 | Hosting Status www.Eshoesbiz.com 1/27/09 | 2/18/2009 | |
| 290 | Website www.Factory-trade.com 7/25/08 | 2/18/2009 | |
| 291 | Hosting Status www.Factory-trade.com 2/18/09 | 2/18/2009 | |
| 292 | Website www.Fallinmall.com 7/25/08 | 2/18/2009 | |
| 292.1 | Website www.Fallinmall.com 1/26/09 | 2/18/2009 | |
| 293 | Hosting Status www.Fallinmall.com 1/26/09 | 2/18/2009 | |
| 294 | Website www.Fashionholland.com 7/25/08 | 2/18/2009 | |
| 294.1 | Website www.Fashionholland.com 1/20/09 | 2/18/2009 | |
| 294.2 | Website www.Fashionholland.com 1/30/09 | 2/18/2009 | |
| 295 | Hosting Status www.Fashionholland.com 1/20/09 | 2/18/2009 | |
| 295.1 | Hosting Status www.Fashionholland.com 1/26/09 | 2/18/2009 | |
| 295.2 | Hosting Status www.Fashionholland.com 1/30/09 | 2/18/2009 | |
| 296 | Website www.Fugems.com 7/25/08 | 2/18/2009 | |
| 297 | Hosting Status www.Fugems.com 2/18/09 | 2/18/2009 | |
| 298 | Website www.Gegtrade.com 7/25/08 | 2/18/2009 | |
| 299 | Hosting Status www.Gegtrade.com 2/18/09 | 2/18/2009 | |
| 300 | Website www.Gift-pop.com 7/25/08 | 2/18/2009 | |
| 300.1 | Website www.Gift-pop.com 1/20/09 | 2/18/2009 | |
| 301 | Hosting Status www.Gift-pop.com 1/20/09 | 2/18/2009 | |
| 301.1 | Hosting Status www.Gift-pop.com 1/26/09 | 2/18/2009 | |
| 302 | Website www.Goingwto.com 7/25/08 | 2/18/2009 | |
| 303 | Hosting Status www.Goingwto.com 2/18/09 | 2/18/2009 | |
| 304 | Website www.Guangruntrade.com 7/25/08 | 2/18/2009 | |
| 304.1 | Website www.Guangruntrade.com 1/20/09 | 2/18/2009 | |
| 305 | Hosting Status www.Guangruntrade.com 1/20/09 | 2/18/2009 | |
| 305.1 | Hosting Status www.Guangruntrade.com 1/26/09 | 2/18/2009 | |
| 306 | Website www.Iknowkick.com 7/25/08 | 2/18/2009 | |
| 306.1 | Website www.Iknowkick.com 1/20/09 | 2/18/2009 | |
| 307 | Hosting Status www.Iknowkick.com 1/20/09 | 2/18/2009 | |
| 308 | Website www.ilovereplica.com 7/25/08 | 2/18/2009 | |
| 309 | Hosting Status www.ilovereplica.com 2/18/09 | 2/18/2009 | |
| 310 | Website www.Joinustrade.com 7/25/08 | 2/18/2009 | |
| 310.1 | Website www.Joinustrade.com 1/20/09 | 2/18/2009 | |
| 311 | Hosting Status www.Joinustrade.com 1/20/09 | 2/18/2009 | |
| 312 | Website www.Jordanaf1.com 7/25/08 | 2/18/2009 | |
| 312.1 | Website www.Jordanaf1.com 1/20/09 | 2/18/2009 | |
| 312.2 | Website www.Jordanaf1.com 1/30/09 | 2/18/2009 | |
| 313 | Hosting Status www.Jordanaf1.com 1/20/09 | 2/18/2009 | |
| 313.1 | Hosting Status www.Jordanaf1.com 1/26/09 | 2/18/2009 | |
| 313.2 | Hosting Status www.Jordanaf1.com 1/30/09 | 2/18/2009 | |
| 314 | Website www.Jordan-plaza.com 7/25/08 | 2/18/2009 | |
| 315 | Hosting Status www.Jordan-plaza.com 2/18/09 | 2/18/2009 | |
| 316 | Website www.Kickaaa.com 7/25/08 | 2/18/2009 | |
| 316.1 | Website www.Kickaaa.com 1/26/09 | 2/18/2009 | |
| 316.2 | Website www.Kickaaa.com 1/30/09 | 2/18/2009 | |
| 317 | Hosting Status www.Kickaaa.com 1/26/09 | 2/18/2009 | |

| 317.1 | Hosting Status www.Kickaaa.com 1/30/09 | 2/18/2009 | |
| 318 | Website www.Kneagle.com 7/25/08 | 2/18/2009 | |
| 318.1 | Website www.Kneagle.com 1/20/09 | 2/18/2009 | |
| 319 | Hosting Status www.Kneagle.com 1/20/09 | 2/18/2009 | |
| 319.1 | Hosting Status www.Kneagle.com 1/26/09 | 2/18/2009 | |
| 320 | Website www.Laceduptrade.com 7/25/08 | 2/18/2009 | |
| 321 | Hosting Status www.Laceduptrade.com 2/18/09 | 2/18/2009 | |
| 322 | Website www.Lg668.com 7/25/08 | 2/18/2009 | |
| 322.1 | Website www.Lg668.com 1/26/09 | 2/18/2009 | |
| 323 | Hosting Status www.Lg668.com 1/26/09 | 2/18/2009 | |
| 324 | Website www.Look9good.com 7/25/08 | 2/18/2009 | |
| 324.1 | Website www.Look9good.com 1/28/09 | 2/18/2009 | |
| 325 | Hosting Status www.Look9good.com 1/28/09 | 2/18/2009 | |
| 326 | Website www.Maike998.com 7/25/08 | 2/18/2009 | |
| 326.1 | Website www.Maike998.com 1/23/09 | 2/18/2009 | |
| 326.2 | Website www.Maike998.com 1/30/09 | 2/18/2009 | |
| 327 | Hosting Status www.Maike998.com 1/23/09 | 2/18/2009 | |
| 327.1 | Hosting Status www.Maike998.com 1/30/09 | 2/18/2009 | |
| 328 | Website www.Mayfutrade.com 7/25/08 | 2/18/2009 | |
| 329 | Hosting Status www.Mayfutrade.com 2/18/09 | 2/18/2009 | |
| 330 | Website www.Nft.cc 7/25/08 | 2/18/2009 | |
| 331 | Hosting Status www.Nft.cc 6/3/09 | 6/3/2009 | |
| 332 | Website www.Nikejordan.us 7/25/08 | 2/18/2009 | |
| 332.1 | Website www.Nikejordan.us 1/26/09 | 2/18/2009 | |
| 332.2 | Website www.Nikejordan.us 1/30/09 | 2/18/2009 | |
| 333 | Hosting Status www.Nikejordan.us 1/26/09 | 2/18/2009 | |
| 333.1 | Hosting Status www.Nikejordan.us 1/30/09 | 2/18/2009 | |
| 334 | Website www.Nikejordanun.com 7/25/08 | 2/18/2009 | |
| 335 | Hosting Status www.Nikejordanun.com 2/18/09 | 2/18/2009 | |
| 336 | Website www.Nike-king.com 7/25/08 | 2/18/2009 | |
| 337 | Hosting Status www.Nike-king.com 2/18/09 | 2/18/2009 | |
| 338 | Website www.Nikeme.com 7/25/08 | 2/18/2009 | |
| 338.1 | Website www.Nikeme.com 1/23/09 | 2/18/2009 | |
| 339 | Hosting Status www.Nikeme.com 1/23/09 | 2/18/2009 | |
| 340 | Website www.Nikeseller.com 7/25/08 | 2/18/2009 | |
| 340.1 | Website www.Nikeseller.com 1/26/09 | 2/18/2009 | |
| 341 | Hosting Status www.Nikeseller.com 1/26/09 | 2/18/2009 | |
| 342 | Website www.Nikeshoes888.com 7/25/08 | 2/18/2009 | |
| 342.1 | Website www.Nikeshoes888.com 1/27/09 | 2/18/2009 | |
| 343 | Hosting Status www.Nikeshoes888.com 1/27/09 | 2/18/2009 | |
| 344 | Website www.Nikeshoeshua.com 7/25/08 | 2/18/2009 | |
| 344.1 | Website www.Nikeshoeshua.com 1/23/09 | 2/18/2009 | |
| 345 | Hosting Status www.Nikeshoeshua.com 1/23/09 | 2/18/2009 | |
| 346 | Website www.Nikeshoesshopping.com 7/25/08 | 2/18/2009 | |
| 346.1 | Website www.Nikeshoesshopping.com 1/23/09 | 2/18/2009 | |
| 347 | Hosting Status www.Nikeshoesshopping.com 1/23/09 | 2/18/2009 | |
| 348 | Website www.Nikeskyb2b.com 7/25/08 | 2/18/2009 | |
| 349 | Hosting Status www.Nikeskyb2b.com 2/18/09 | 2/18/2009 | |
| 350 | Website www.Niketrading.com 7/25/08 | 2/18/2009 | |
| 350.1 | Website www.Niketrading.com 1/23/09 | 2/18/2009 | |
| 350.2 | Website www.Niketrading.com 1/30/09 | 2/18/2009 | |
| 351 | Hosting Status www.Niketrading.com 1/23/09 | 2/18/2009 | |

| 351.1 | Hosting Status www.Niketrading.com 1/30/09 | 2/18/2009 | |
|---|---|---|---|
| 352 | Website www.nikexp.com 9/20/07 | 2/18/2009 | |
| 352.1 | Website www.nikexp.com 5/6/08 | 2/18/2009 | |
| 353 | Hosting Status www.Nikexp.com 4/28/08 | 2/18/2009 | |
| 353.1 | Hosting Status www.Nikexp.com 4/29/08 | 2/18/2009 | |
| 353.2 | Hosting Status www.Nikexp.com 5/13/08 | 2/18/2009 | |
| 353.3 | Hosting Status www.Nikexp.com 9/20/07 | 2/18/2009 | |
| 353.4 | Hosting Status www.Nikexp.com 12/07/07 | 2/18/2009 | |
| 353.5 | Hosting Status www.Nikexp.com 5/6/08 | 2/18/2009 | |
| 354 | Website www.Nikezone23.com 8/5/08 | 2/18/2009 | |
| 354.1 | Website www.Nikezone23.com 1/27/09 | 2/18/2009 | |
| 355 | Hosting Status www.Nikezone23.com 1/27/09 | 2/18/2009 | |
| 356 | Website www.Popularkicks8.com 5/13/08 | 2/18/2009 | |
| 356.1 | Website www.Popularkicks8.com 7/25/08 | 2/18/2009 | |
| 356.2 | Website www.Popularkicks8.com 1/27/09 | 2/18/2009 | |
| 356.3 | Website www.Popularkicks8.com 1/29/09 | 2/18/2009 | |
| 357 | Hosting Status www.Popularkicks8.com 4/28/08 | 2/18/2009 | |
| 357.1 | Hosting Status www.Popularkicks8.com 4/29/08 | 2/18/2009 | |
| 357.2 | Hosting Status www.Popularkicks8.com 1/29/09 | 2/18/2009 | |
| 357.3 | Hosting Status www.Popularkicks8.com 1/27/09 | 2/18/2009 | |
| 357.4 | Hosting Status www.Popularkicks8.com 9/5/08 | 2/18/2009 | |
| 357.5 | Hosting Status www.Popularkicks8.com 6/19/08 | 2/18/2009 | |
| 357.6 | Hosting Status www.Popularkicks8.com 4/15/08 | 3/19/2009 | |
| 358 | Website www.Realfashion.us 7/25/08 | 2/18/2009 | |
| 358.1 | Website www.Realfashion.us 1/23/09 | 2/18/2009 | |
| 358.2 | Website www.Realfashion.us 1/30/09 | 2/18/2009 | |
| 359 | Hosting Status  www.Realfashion.us 1/23/09 | 2/18/2009 | |
| 359.1 | Hosting Status  www.Realfashion.us 1/30/09 | 2/18/2009 | |
| 360 | Website www.Replicabc.com 5/13/08 | 2/18/2009 | |
| 360.1 | Website www.Replicabc.com 2/11/09 | 2/18/2009 | |
| 360.2 | Website www.Replicabc.com 1/27/09 | 2/18/2009 | |
| 361 | Hosting Status www.Replicabc.com 4/28/08 | 2/18/2009 | |
| 361.1 | Hosting Status www.Replicabc.com 4/29/08 | 2/18/2009 | |
| 361.2 | Hosting Status www.Replicabc.com 5/13/08 | 2/18/2009 | |
| 361.3 | Hosting Status www.Replicabc.com 1/27/09 | 2/18/2009 | |
| 361.4 | Hosting Status www.Replicabc.com 2/11/09 | 2/18/2009 | |
| 362 | Website www.Ruimachina.com 7/25/08 | 2/18/2009 | |
| 362.1 | Website www.Ruimachina.com 1/26/09 | 2/18/2009 | |
| 362.2 | Website www.Ruimachina.com 1/30/09 | 2/18/2009 | |
| 363 | Hosting Status www.Ruimachina.com 1/26/09 | 2/18/2009 | |
| 363.1 | Hosting Status www.Ruimachina.com 1/30/09 | 2/18/2009 | |
| 364 | Website www.Sellcnshoes.com 7/25/08 | 2/18/2009 | |
| 364.1 | Website www.Sellcnshoes.com 1/26/09 | 2/18/2009 | |
| 365 | Hosting Status www.sellcnshoes.com 1/26/09 | 2/18/2009 | |
| 366 | Website www.Shoestrade.biz 7/25/08 | 2/18/2009 | |
| 366.1 | Website www.Shoestrade.biz 2/10/09 | 2/18/2009 | |
| 367 | Hosting Status www.Shoestrade.biz 2/10/09 | 2/18/2009 | |
| 367.1 | Website www.Shoestrade.biz 1/23/09 | 2/18/2009 | |
| 367.2 | Hosting Status www.Shoestrade.biz 1/23/09 | 2/18/2009 | |
| 367.3 | Website www.Shoestrade.biz 1/30/09 | 2/18/2009 | |
| 367.4 | Hosting Status www.Shoestrade.biz 1/30/09 | 2/18/2009 | |
| 368 | Website www.Shoestrade168.com 7/25/08 | 2/18/2009 | |

| 368.1 | Website www.Shoestrade168.com 1/26/09 (redirect to nike-shoes.com.cn) | 2/18/2009 | |
| 369 | Hosting Status www.nike-shoes.com.cn 1/26/09 | 2/18/2009 | |
| 370 | Website www.Shop-zappos.com 8/5/08 | 2/18/2009 | |
| 371 | Hosting Status www.Shop-zappos.com 2/18/09 | 2/18/2009 | |
| 372 | Website www.Shopping-key.com 7/25/08 | 2/18/2009 | |
| 372.1 | Website www.Shopping-key.com 1/23/09 | 2/18/2009 | |
| 372.2 | Hosting Status www.Shopping-key.com 1/23/09 | 2/18/2009 | |
| 373 | Hosting Status www.Shopping-key.com 1/23/09 | 2/18/2009 | |
| 374 | Website www.Shp365.com 7/25/08 | 2/18/2009 | |
| 375 | Hosting Status www.Shp365.com 2/18/09 | 2/18/2009 | |
| 376 | Website www.Sndress-trade.com 7/25/08 | 2/18/2009 | |
| 376.1 | Website www.Sndress-trade.com 1/23/09 | 2/18/2009 | |
| 377 | Hosting Status www.Sndress-trade.com 1/23/09 | 2/18/2009 | |
| 378 | Website www.Sneaker123.com 8/5/08 | 2/18/2009 | |
| 378.1 | Website www.Sneaker123.com 1/23/09 | 2/18/2009 | |
| 378.2 | Website www.Sneaker123.com 1/30/09 | 2/18/2009 | |
| 379 | Hosting Status www.Sneaker123.com 1/23/09 | 2/18/2009 | |
| 379.1 | Hosting Status www.Sneaker123.com 1/30/09 | 2/18/2009 | |
| 380 | Website www.Sportshoesshow.com 7/25/08 | 2/18/2009 | |
| 380.1 | Website www.sportshoesshow.com 1/23/09 | 2/18/2009 | |
| 381 | Hosting Status www.sportshoesshow.com 1/23/09 | 2/18/2009 | |
| 382 | Website www.Sport-sky.com 7/25/08 | 2/18/2009 | |
| 382.1 | Website www.sport-sky.com 1/23/09 | 2/18/2009 | |
| 383 | Hosting Status www.sport-sky.com 1/23/09 | 2/18/2009 | |
| 384 | Website www.Super99nike.com 7/25/08 | 2/18/2009 | |
| 384.1 | Website www.super99nike.com 1/23/09 | 2/18/2009 | |
| 384.2 | Website www.super99nike.com 1/30/09 | 2/18/2009 | |
| 385 | Hosting Status www.super99nike.com 1/23/09 | 2/18/2009 | |
| 385.1 | Hosting Status www.super99nike.com 1/30/09 | 2/18/2009 | |
| 386 | Website www.Thefirstshoes.com 7/25/08 | 2/18/2009 | |
| 387 | Hosting Status www.Thefirstshoes.com 2/18/09 | 2/18/2009 | |
| 388 | Website www.Tmslw.com 8/5/08 | 2/18/2009 | |
| 389 | Hosting Status www.Tmslw.com 2/18/09 | 2/18/2009 | |
| 390 | Website www.Tomorrow-trade.com 7/25/08 | 2/18/2009 | |
| 391 | Hosting Status www.Tomorrow-trade.com 2/18/09 | 2/18/2009 | |
| 392 | Website www.Tophopworld.com 8/5/08 | 2/18/2009 | |
| 392.1 | Website www.tophopworld.com 1/23/09 | 2/18/2009 | |
| 392.2 | Website www.tophopworld.com 1/30/09 | 2/18/2009 | |
| 393 | Hosting Status www.tophopworld.com 1/23/09 | 2/18/2009 | |
| 393.1 | Hosting Status www.tophopworld.com 1/30/09 | 2/18/2009 | |
| 394 | Website www.Trade31.com 7/25/08 | 2/18/2009 | |
| 394.1 | Website www.trade31.com 1/23/09 | 2/18/2009 | |
| 394.2 | Website www.trade31.com 1/30/09 | 2/18/2009 | |
| 395 | Hosting Status www.trade31.com 1/23/09 | 2/18/2009 | |
| 395.1 | Hosting Status www.trade31.com 1/30/09 | 2/18/2009 | |
| 396 | Website www.Trade58.com 7/25/08 | 2/18/2009 | |
| 397 | Hosting Status www.Trade58.com 2/18/09 | 2/18/2009 | |
| 398 | Website www.Trade789.com 7/25/08 | 2/18/2009 | |
| 398.1 | Website www.trade789.com 1/23/09 | 2/18/2009 | |
| 399 | Hosting Status www.trade789.com 1/23/09 | 2/18/2009 | |
| 400 | Website www.Tradekey1.com 7/25/08 | 2/18/2009 | |

| 400.1 | Website www.tradekey1.com 1/26/09 | 2/18/2009 | |
|---|---|---|---|
| 401 | Hosting Status www.tradekey1.com 1/26/09 | 2/18/2009 | |
| 401.1 | Hosting Status www.tradekey1.com 1/30/09 | 2/18/2009 | |
| 402 | Website www.Tradekeylead.com 5/13/08 | 2/18/2009 | |
| 403 | Hosting Status www.Tradekeylead.com 4/28/08 | 2/18/2009 | |
| 403.1 | Hosting Status www.Tradekeylead.com 4/29/08 | 2/18/2009 | |
| 403.2 | Hosting Status www.Tradekeylead.com 5/13/08 | 2/18/2009 | |
| 404 | Website www.Top-handbag.com 5/13/08 | 2/18/2009 | |
| 405 | Hosting Status www.Top-handbag.com 4/28/08 | 2/18/2009 | |
| 405.1 | Hosting Status www.Top-handbag.com 4/29/08 | 2/18/2009 | |
| 405.2 | Hosting Status www.Top-handbag.com 5/13/08 | 2/18/2009 | |
| 406 | Hosting Status www.Tradekeystar.com 4/28/08 | 2/18/2009 | |
| 406.1 | Hosting Status www.Tradekeystar.com 4/29/08 | 2/18/2009 | |
| 406.2 | Hosting Status www.tradekeystar.com 5/13/08 | 2/18/2009 | |
| 406.3 | Hosting Status www.tradekeystar.com 12/20/07 | 2/18/2009 | |
| 406.4 | Hosting Status www.tradekeystar.com 4/24/08 | 2/18/2009 | |
| 406.5 | Hosting Status www.tradekeystar.com 6/5/08 | 2/18/2009 | |
| 406.6 | Website www.tradekeystar.com 12/20/07 | 2/18/2009 | |
| 406.7 | Website www.tradekeystar.com 6/5/08 | 2/18/2009 | |
| 407 | Website www.Tradewto.com 7/25/08 | 2/18/2009 | |
| 407.1 | Website www.tradewto.com 1/27/09 | 2/18/2009 | |
| 408 | Hosting Status www.tradewto.com 1/27/09 | 2/18/2009 | |
| 409 | Website www.Trapkicks.com 7/25/08 | 2/18/2009 | |
| 409.1 | Website www.Trapkicks.com 1/26/09 | 2/18/2009 | |
| 409.2 | Website www.trapkicks.com 1/27/09 | 2/18/2009 | |
| 409.3 | Website www.trapkicks.com 1/30/09 | 2/18/2009 | |
| 409.4 | Website www.trapkicks.com 2/10/09 | 2/18/2009 | |
| 410 | Hosting Status www.Trapkicks.com 1/26/09 | 2/18/2009 | |
| 410.1 | Hosting Status www.trapkicks.com 1/30/09 | 2/18/2009 | |
| 410.2 | Hosting Status www.trapkicks.com 2/10/09 | 2/18/2009 | |
| 411 | Website www.Trendstown.com 7/25/08 | 2/18/2009 | |
| 412 | Hosting Status www.Trendstown.com 2/18/09 | 2/18/2009 | |
| 413 | Website www.Viciper.com 7/25/08 | 2/18/2009 | |
| 413.1 | Website www.viciper.com 1/22/09 | 2/18/2009 | |
| 414 | Hosting Status www.viciper.com 1/22/09 | 2/18/2009 | |
| 415 | Website www.Vow-Nike.com 7/25/08 | 2/18/2009 | |
| 415.1 | Website www.vow-nike.com 1/29/09 | 2/18/2009 | |
| 416 | Hosting Status www.vow-nike.com 1/29/09 | 2/18/2009 | |
| 417 | Website www.Well-Telecom.com 8/5/08 | 2/18/2009 | |
| 417.1 | Website www.Well-Telecom.com 1/26/09 | 2/18/2009 | |
| 418 | Hosting Status www.well-telecom.com 1/26/09 | 2/18/2009 | |
| 419 | Website www.Wholesale-bn.com 7/25/08 | 2/18/2009 | |
| 419.1 | Website www.wholesale-bn.com 1/22/09 | 2/18/2009 | |
| 420 | Hosting Status www.wholesale-bn.com 1/22/09 | 2/18/2009 | |
| 421 | Website www.Wholesalerelectron.com 7/25/08 | 2/18/2009 | |
| 421.1 | Website www.wholesalerelectron.com 1/22/09 | 2/18/2009 | |
| 422 | Hosting Status www.wholesalerelectron.com 1/22/09 | 2/18/2009 | |
| 423 | Website www.Xinda-trade.com 7/25/08 | 2/18/2009 | |
| 423.1 | Website www.xinda-trade.com 1/22/09 | 2/18/2009 | |
| 424 | Hosting Status www.xinda-trade.com 1/22/09 | 2/18/2009 | |
| 424.1 | Hosting Status www.xinda-trade.com 1/23/09 | 2/18/2009 | |
| 425 | Website www.Xinteshoes.com 7/25/08 | 2/18/2009 | |

| | | |
|---|---|---|
| 425.1 | Website www.xinteshoes.com 1/23/09 | 2/18/2009 |
| 425.2 | Website www.xinteshoes.com 1/30/09 | 2/18/2009 |
| 426 | Hosting Status www.xinteshoes.com 1/23/09 | 2/18/2009 |
| 426.1 | Hosting Status www.xinteshoes.com 1/30/09 | 2/18/2009 |
| 427 | Website www.Xqmade.com 7/25/08 | 2/18/2009 |
| 427.1 | Website www.xqmade.com 1/23/09 | 2/18/2009 |
| 428 | Hosting Status www.xqmade.com 1/23/09 | 2/18/2009 |
| 429 | Website www.Yabertrade.com 7/25/08 | 2/18/2009 |
| 429.1 | Website www.Yabertrade.com 1/23/09 | 2/18/2009 |
| 430 | Hosting Status www.yabertrade.com 1/23/09 | 2/18/2009 |
| 431 | Website www.Yournikeshop.com 7/25/08 | 2/18/2009 |
| 431.1 | Website www.Yournikeshop.com 1/27/09 | 2/18/2009 |
| 431.2 | Website www.Yournikeshop.com 1/28/09 | 2/18/2009 |
| 431.3 | Website www.Yournikeshop.com 1/30/09 | 2/18/2009 |
| 432 | Hosting Status www.Yournikeshop.com 1/27/09 | 2/18/2009 |
| 432.1 | Hosting Status www.Yournikeshop.com 1/28/09 | 2/18/2009 |
| 432.2 | Hosting Status www.Yournikeshop.com 130/09 | 2/18/2009 |
| 433 | Website www.Brandstreets.com.cn 6/18/08 | 2/18/2009 |
| 433.1 | Website www.Brandstreets.com.cn 6/24/08 | 3/19/2009 |
| 434 | Hosting Status www.Brandstreets.com.cn 6/18/08 | 2/18/2009 |
| 434.1 | Hosting Status www.Brandstreets.com.cn 6/24/08 | 3/19/2009 |
| 490 | Website www.Bapesky.com 2/10/09 | 2/18/2009 |
| 490.1 | Website www.Bapesky.com 1/27/09 | 2/18/2009 |
| 490.2 | Website www.Bapesky.com 1/28/09 | 2/18/2009 |
| 490.3 | Website www.Bapesky.com 9/19/08 | 2/18/2009 |
| 491 | Hosting Status www.Bapesky.com 1/23/09 | 2/18/2009 |
| 491.1 | Hosting Status www.Bapesky.com 1/27/09 | 2/18/2009 |
| 491.2 | Hosting Status www.Bapesky.com 1/28/09 | 2/18/2009 |
| 491.3 | Hosting Status www.Bapesky.com 2/10/09 | 2/18/2009 |
| 491.4 | Hosting Status www.Bapesky.com 9/19/08 | 2/18/2009 |
| 492 | Website www.Sportsvendor.biz 2/10/09 | 2/18/2009 |
| 492.1 | Website www.Sportsvendor.biz 1/08/09 | 2/18/2009 |
| 492.3 | Website www.Sportsvendor.biz 6/19/08 | 3/19/2009 |
| 493 | Hosting Status www.Sportsvendor.biz 2/10/09 | 2/18/2009 |
| 493.1 | Hosting Status www.Sportsvendor.biz 1/08/09 | 2/18/2009 |
| 493.3 | Hosting Status www.Sportsvendor.biz 6/18/08 | 3/19/2009 |
| 493.4 | Hosting Status www.Sportsvendor.biz 6/19/08 | 3/19/2009 |
| 495 | Deposition Transcript of Juliana Luk | 2/18/2009 |
| 496 | Website www.Bagforyourself.com 2/11/09 | 2/18/2009 |
| 496.1 | Website www.Bagforyourself.com 9/19/08 | 2/18/2009 |
| 496.2 | Website www.Bagforyourself.com 8/26/08 | 2/18/2009 |
| 497 | Hosting Status www.Bagforyourself.com 2/11/09 | 2/18/2009 |
| 497.1 | Hosting Status www.Bagforyourself.com 1/28/09 | 2/18/2009 |
| 497.2 | Hosting Status www.Bagforyourself.com 9/19/08 | 2/18/2009 |
| 497.3 | Hosting Status www.Bagforyourself.com 8/26/08 | 2/18/2009 |
| 498 | Website www.Bapedirect.com 2/11/09 | 2/18/2009 |
| 498.1 | Website www.Bapedirect.com 9/19/08 | 2/18/2009 |
| 498.2 | Website www.Bapedirect.com 8/27/08 | 2/18/2009 |
| 499 | Hosting Status www.Bapedirect.com 2/11/09 | 2/18/2009 |
| 499.1 | Hosting Status www.Bapedirect.com 9/19/08 | 2/18/2009 |
| 499.2 | Hosting Status www.Bapedirect.com 8/27/08 | 2/18/2009 |
| 502 | Website www.wholesaleprice.us 1/27/09 | 2/18/2009 |

| | | | |
|---|---|---|---|
| 502.1 | Website www.wholesaleprice.us 5/30/08 | 2/18/2009 | |
| 502.2 | Website www.wholesaleprice.us 6/19/08 | 2/18/2009 | |
| 503 | Hosting Status www.wholesaleprice.us 1/27/09 | 2/18/2009 | |
| 503.1 | Hosting Status www.wholesaleprice.us 5/30/08 | 2/18/2009 | |
| 503.2 | Hosting Status www.wholesaleprice.us 6/19/08 | 2/18/2009 | |
| 504 | Website www.supplyingshoes.com 1/27/09 | 2/18/2009 | |
| 504.1 | Website www.supplyingshoes.com 1/28/09 | 2/18/2009 | |
| 504.3 | Website www.supplying sheos.com 6/5/08 | 2/18/2009 | |
| 505 | Hosting Status www.supplyingshoes.com 1/27/09 | 2/18/2009 | |
| 505.1 | Hosting Status www.supplyingshoes.com 1/28/09 | 2/18/2009 | |
| 505.3 | Hosting Status www.supplyingshoes.com 6/5/08 | 2/18/2009 | |
| 506 | Website www.itemscatalog.com 1/28/09 | 2/18/2009 | |
| 506.1 | Website www.itemscatalog.com 1/30/09 | 2/18/2009 | |
| 507 | Hosting Status www.itemscatalog.com 1/28/09 | 2/18/2009 | |
| 507.1 | Hosting Status www.itemscatalog.com 1/30/09 | 2/18/2009 | |
| 508 | Website www.queen-bag.com 5/14/08 | 2/18/2009 | |
| 509 | Hosting Status www.queen-bag.com 5/14/08 | 2/18/2009 | |
| 510 | Website www.globwholesale.com 1/28/09 | 2/18/2009 | |
| 511 | Hosting Status www.globwholesale.com 1/28/09 | 2/18/2009 | |
| 512 | Website www.eshoes99.net 1/27/09 | 2/18/2009 | |
| 512.1 | Website www.eshoes99.net 1/28/09 | 2/18/2009 | |
| 512.2 | Website www.eshoes99.net 6/26/08 | 2/18/2009 | |
| 512.3 | Website www.eshoes99.net 7/25/08 | 2/18/2009 | |
| 513 | Hosting Status www.eshoes99.net 9/5/08 | 2/18/2009 | |
| 513.1 | Hosting Status www.eshoes99.net 6/26/08 | 2/18/2009 | |
| 513.2 | Hosting Status www.eshoes99.net 7/25/08 | 2/18/2009 | |
| 514 | Website www.ec21copy.com 1/20/09 | 2/18/2009 | |
| 515 | Hosting Status www.ec21copy.com 1/20/09 | 2/18/2009 | |
| 516 | Website www.ecvvcn.com 1/20/09 | 2/18/2009 | |
| 517 | Hosting Status www.ecvvcn.com 1/20/09 | 2/18/2009 | |
| 518 | Website www.nike-shoes.com.cn 1/26/09 | 2/18/2009 | |
| 518.1 | Website www.nike-shoes.com.cn 1/27/09 | 2/18/2009 | |
| 519 | Hosting Status www.nike-shoes.com.cn 1/26/09 | 2/18/2009 | |
| 519.1 | Hosting Status www.nike-shoes.com.cn 1/27/09 | 2/18/2009 | |
| 520 | Website www.tradeelectron.com 1/27/09 | 2/18/2009 | |
| 521 | Hosting Status www.tradeelectron.com 1/27/09 | 2/18/2009 | |
| 522 | Defendants' "Invoice_report-01-2007 to 12-2007" | 2/18/2009 | |
| 523 | Defendants' "Invoice_cancels-01-2007 to 12-2007" | 2/18/2009 | |
| 524 | PayPal Subpoena Production CD | 2/18/2009 | |
| 525 | Website www.66773388.com 1/30/09 | 2/18/2009 | |
| 526 | Hosting Status www.66773388.com 1/30/09 | 2/18/2009 | |
| 531 | Website www.bag1881.net 5/29/08 | 6/3/2009 | |
| 532 | Hosting www.bag1881.net 6/3/09 | 6/3/2009 | |
| 592 | Photographs of Defendants' Internal Computer System taken March 25, 2009 | 6/1/2009 | |
| 593 | Responsive Documents from Inspection of Defendants' Servers (79590-E01A) | 6/1/2009 | |
| 593.1 | :\79590-E01A\205.209.136.83\Report | 6/4/2009 | |
| 593.2 | :\79590-E01A\205.209.143.28\Report | 6/4/2009 | |
| 593.3 | :\79590-E01A\208.77.45.22\Report | 6/4/2009 | |
| 593.4 | :\79590-E01A\205.209.136.156\Report | 6/4/2009 | |

| | | | |
|---|---|---|---|
| 593.5 | :\79590-E01A\205.209.143.107\30808472_WMAEK2333951\Report | 6/4/2009 | |
| 593.6 | :\79590-E01A\205.209.143.107\30808473_WCAJD1091635 (Dynamic)\Report | 6/4/2009 | |
| 593.7 | :\79590-E01A\205.209.136.83\30808482_WMAEK2743459\D\vhost | 6/4/2009 | |
| 593.8 | :\79590-E01A\205.209.136.83\30808482_WMAEK2743459\D\tools\89\brandintroduction | 6/4/2009 | |
| 593.9 | :\79590-E01A\205.209.143.28\30808478_WMAEK2652367\D\wwwroot | 6/4/2009 | |
| 593.10. | :\79590-E01A\205.209.143.28\30808478_WMAEK2652367\D\Back\equaldeal | 6/4/2009 | |
| 593.11 | E01A\205.209.143.28\30808478_WMAEK2652367\D\139\Data\Data | 6/4/2009 | |
| 593.12 | :\79590-E01A\208.77.45.22\30808475-WCAS84125924\C\WINDOWS\Temp\Temporary Internet Files\Content.IE5 | 6/4/2009 | |
| 593.13 | :\79590-E01A\208.77.45.22\30808475_WCAS84125924\D\hosting\wwwroot | 6/4/2009 | |
| 593.14 | :\79590-E01A\208.77.45.22\30808475_WCAS84125924\D\hosting\logs\Weblog | 6/4/2009 | |
| 593.15 | :\79590-E01A\208.77.45.22\30808475-WCAS84125924\D\RECYCLER\S-1-5-21-2955858631-445945087-543245592-500\最新下载 | 6/4/2009 | |
| 593.16 | E01A\208.77.45.22\30808476_WMAEK2744830\D\hosting\wwwroot | 6/4/2009 | |
| 593.17 | :\79590-E01A\208.77.45.22\30808475-WCAS84125924\E\备份\每周备份\hosting\wwwroot | 6/4/2009 | |
| 593.18 | :\79590-E01A\208.77.45.22\30808476_WMAEK2744830\E\每周备份\hosting\wwwroot | 6/4/2009 | |
| 593.19 | :\79590-E01A\208.77.45.22\30808475-WCAS84125924\E\tradewep_com被分\htdocs\ebay.zip\ebay\images\ConsumerElectronics | 6/4/2009 | |
| 593.20. | :\79590-E01A\208.77.45.22\30808475-WCAS84125924\E\临时文件\sohoable_com.zip\sohoable_com\htdocs\uploadfile | 6/4/2009 | |
| 593.21 | :\79590-E01A\205.209.136.156\30808480_WMAEK2365204\D\Lost Files | 6/4/2009 | |
| 593.22 | :\79590-E01A\205.209.136.156\30808480_WMAEK2365204\D\web | 6/4/2009 | |
| 593.23 | :\79590-E01A\205.209.136.156\30808480_WMAEK2365204\D\RECYCLER\S-1-5-21-3740504335-235916517-2515661886-500\shoeshive.com | 6/4/2009 | |
| 593.24 | :\79590-E01A\205.209.143.107\30808472_WMAEK2333951\D\hosting\wwwroot | 6/4/2009 | |
| 593.25 | :\79590-E01A\205.209.143.107\30808472_WMAEK2333951\D\hosting\logs\Weblog | 6/4/2009 | |
| 593.26 | :\79590-E01A\205.209.143.107\30808472_WMAEK2333951\D\Lost Files | 6/4/2009 | |
| 593.27 | :\79590-E01A\205.209.143.107\30808472_WMAEK2333951\E\Lost Files | 6/4/2009 | |
| 593.28 | :\79590-E01A\205.209.143.107\30808472_WMAEK2333951\E\临时文件夹 | 6/4/2009 | |
| 593.29 | :\79590-E01A\205.209.143.107\30808473_WCAJD1091635 (Dynamic)\Recovered Folders | 6/4/2009 | |
| 593.30. | :\79590-E01A\205.209.143.107\30808473_WCAJD1091635 (Dynamic)\每周备份\hosting\wwwroot | 6/4/2009 | |
| 593.31 | Screen Capture Summary of View of Contents of Responsive Documents from Inspection of Defendants' Servers (79590-E01A) | 6/4/2009 | |
| 594 | Timeline | 6/4/2009 | |