UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., | No. C 07-03952 JW |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE CHANGING TIME FOR FINAL PRETRIAL CONFERENCE |
| AKANOC SOLUTIONS, INC. ET AL, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the time for the Final Pretrial Conference before Judge James Ware on July 13, 2009 at 11:00 AM has been advanced to **10:00 AM in** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: July 9, 2009

FOR THE COURT,
Richard W. Wieking, Clerk

by:  _____/s/_____
Elizabeth Garcia
Courtroom Deputy