# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME:** 1 hr 22 mins

## CIVIL MINUTES

| | |
|---|---|
| **Judge: James Ware** | **Courtroom Deputy: Elizabeth Garcia** |
| **Date:  July 13, 2009** | **Court Reporter: Unreported** |
| **Case No.: C-07-03952  JW** | **Special Master: N/A** |
| **Related Case No.: N/A** | **Interpreter: N/A** |

## TITLE

**Louis Vuitton Malletier, S.A. v. Akanoc Solutions, Inc et al**

**Attorney(s) for Plaintiff(s)**: J. Andrew Coombs, Annie Wang
**Attorney(s) for Defendant(s)**: James Lowe

## PROCEEDINGS

**Final Pretrial Conference**

## ORDER AFTER HEARING

Hearing held. The Court set the following trial dates:

1. Jury selection set for August 18, 2009 at 9:00 AM - 12:00 PM
2. Jury trial set for:
August 18, 2009 at 1:00 PM - 4:00 PM
August 19, 2009 through August 21, 2009 at 9:00 AM - 12:00 PM; 1:00 PM - 4:00 PM
August 25, 2009 through August 27 2009 at 9:00 AM - 12:00 PM; 1:00 PM - 4:00 PM
3. Argue and Submit August 28, 2009 at at 9:00 AM - 12:00 PM
4. Jury Deliberations August 28, 2009 through September 2, 2009

The Court to issue further Order following conference.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: J Younger