1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:    (818) 500-3200
5  Facsimile:    (818) 500-3201

6  Attorneys for Plaintiff Louis
   Vuitton Malletier, S.A.
7

8                         UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

10
                                              )
11  Louis Vuitton Malletier, S.A.,             )   Case No. C 07 3952 JW
                                              )
12                 Plaintiff,                  )   [PROPOSED] PERMANENT
            v.                                 )   INJUNCTION
13                                            )
    Akanoc Solutions, Inc., Managed Solutions  )
14  Group, Inc., Steve Chen and Does 1 through 10, )
    inclusive,                                 )
15                                            )
                   Defendants.                 )
16
        WHEREAS a jury was empanelled and trial proceedings held in the matter of Louis Vuitton
17
    Malletier, S.A. v. Akanoc Solutions, Inc., et al. (the "Action") beginning August 18, 2009;
18
        WHEREAS trial in Action concluded with entry of a verdict for Plaintiff Louis Vuitton
19
    Malletier, S.A. ("Plaintiff" or "Louis Vuitton") and against Defendants Akanoc Solutions, Inc.,
20
    Managed Solutions Group, Inc. and Steve Chen (collectively "Defendants") on Plaintiff's claims
21
    for contributory trademark infringement and contributory copyright infringement;
22
        NOW, THEREFORE, the Court finds as follows:
23
    1)  This Court has jurisdiction over the parties to this action and over the subject matter hereof
24
    pursuant to the Lanham Act, 15 U.S.C. § 1051, et seq., the Copyright Act 17 U.S.C. § 101 *et seq.*,
25
    and 28 U.S.C. §§ 1331, 1338 and 1367.  Service of process was properly made against the
26
    Defendants.
27

28

Louis Vuitton v. Akanoc, et al.: [Proposed] Permanent Injunction       - 1 -

2) Louis Vuitton owns the pertinent rights in and to the trademarks listed in Exhibit A attached hereto and incorporated herein by this reference. The trademarks identified in Exhibit A are collectively referred to herein as the "Louis Vuitton Trademarks."

3) Louis Vuitton owns the pertinent rights in the copyrights listed in Exhibit B attached hereto and incorporated herein by this reference. The copyrights identified in Exhibit B are collectively referred to herein as the "Louis Vuitton Copyrights." The Louis Vuitton Trademarks and Louis Vuitton Copyrights are collectively referred to herein as the "Louis Vuitton Properties."

4) Defendants have, with notice, unlawfully contributed to the infringement of the Louis Vuitton Properties through the continued provision of Internet hosting and routing services to direct infringers.

NOW, THEREFORE the Court ORDERS that the Defendants and their agents, servants, employees and all persons in active concert and participation with them who receive actual notice of the Injunction are hereby:

a) Restrained and enjoined from knowingly infringing the Louis Vuitton Properties, either directly or contributorily, in any manner, including generally, but not limited to manufacturing, importing, advertising, offering for sale, selling or distributing any unauthorized product which features any of the Louis Vuitton Properties, copies of the Louis Vuitton Properties or confusingly similar reproductions of the Louis Vuitton Properties ("Unauthorized Products") or, hosting websites that are engaged in the manufacture, import, advertisement, offer for sale, sale or distribution of Unauthorized Products;

b) Defendants will not be found in violation of paragraph (a) of this Injunction if they strictly comply with paragraphs (i)-(v), and their applicable subparts, as follows:

(i) Defendants maintain accurate and up to date contact information for the purpose of receiving notifications of intellectual property infringements (including but not limited to current and valid email and physical addresses, telephone and facsimile

numbers), which shall be published on their website(s) and timely recorded with the United States Copyright Office; and

(ii) Defendants obtain and publish on their website(s) complete and accurate contact information for the purpose of receiving notifications of intellectual property infringements (including but not limited to name, current and valid email and physical addresses, telephone and facsimile numbers if any) for their customers; and

(iii) Defendants publish terms of service on their website(s) and specifically notice that infringement of the Louis Vuitton Properties or any of them, may be the subject of action within the Defendants' discretion to terminate such infringement and to insure that it is not resumed on servers or using facilities owned by Defendants or services provided by Defendants; and

(iv) Upon receipt of any notice of infringement of the Louis Vuitton Properties or any of them, Defendants:
 1. promptly acknowledge receipt of such notice of Complaint;
 2. assign a tracking number to be used in connection with correspondence pertaining to said Complaint;
 3. notify their customer(s) of the Complaint within twenty-four (24) hours of receipt and, if activity complained of is still accessible on any server owned by Defendants, or any of them, seventy-two (72) hours after customer notification;
  (a) disable access to the infringing content; and
  (b) bar further access to the domain name on any server owned by Defendant(s) or any of them; and

(v) Take such additional action as provided by Defendants' terms of service if activity complained of resumes on any server owned by Defendant(s), or any of them, after complying with paragraph (iv), including suspension or termination of the customer

as may be required to accomplish a permanent stop to the complained of infringing activity.

5) This Injunction shall be deemed to have been served upon the Defendants and each of them at the time of its execution by the Court.

6) The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against the Defendants.

7) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

DATED:

_____
Hon. James Ware
United States District Court Judge

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: __/s/ J. Andrew Coombs_____
      J. Andrew Coombs
      Annie S. Wang
Attorneys for Plaintiff Louis Vuitton Malletier, S.A.

# EXHIBIT A

| TRADEMARK | REGISTRATION NUMBER | TRADEMARK PICTURE | CLASS OF GOODS |
|---|---|---|---|
| Louis Vuitton (Interlocked Letters) in a Circle Design | 286,345 | | 18 |
| Louis Vuitton (Interlocked Letters) and Monogram Canvas Design | 297,594 | | 18 |
| LOUIS VUITTON | 1,045,932 | LOUIS VUITTON | 18 |
| Louis Vuitton (Interlocked Letters) Design | 1,519,828 | | 18 |
| LOUIS VUITTON MALLETIER A PARIS in Rectangle Design | 1,615,681 | LOUIS VUITTON MALLETIER A PARIS | 16, 18 |
| Louis Vuitton (Interlocked Letters) on Epi Leather Design | 1,655,564 | | 18 |
| Louis Vuitton (Interlocked Letters) and Monogram Canvas Pattern Design | 1,770,131 | | 25 |

Louis Vuitton v. Akanoc, et al.: [Proposed] Permanent Injunction    - 5 -

| TRADEMARK | REGISTRATION NUMBER | TRADEMARK PICTURE | CLASS OF GOODS |
|---|---|---|---|
| Louis Vuitton (Interlocked Letters) Design | 1,794,905 | | 16, 25 |
| Louis Vuitton (Interlocked Letters) and Monogram Canvas Design | 1,875,198 | | 16 |
| Louis Vuitton (Interlocked Letters) | 1,938,808 | | 14, 24 |
| LOUIS VUITTON World Mark | 1,990,760 | LOUIS VUITTON | 14, 16, 18, 24, 25 |
| Louis Vuitton (Interlocked Letters) Design | 2,291,907 | | 34 |
| LOUIS VUITTON | 2,303,212 | LOUIS VUITTON | 34 |
| Louis Vuitton (Interlocked Letters) Design | 2,361,695 | | 25 |

| TRADEMARK | REGISTRATION NUMBER | TRADEMARK PICTURE | CLASS OF GOODS |
|---|---|---|---|
| LOUIS VUITTON PARIS and Damier (pattern design) | 2,378,388 | | 18 |

# **EXHIBIT B**

| Copyright | Reg. No. | Date Published | Date Registered |
|---|---|---|---|
| Multicolor Monogram – Black Print | VA 1-250-121 | 12/18/02 | 06/24/04 |
| Multicolor Monogram – White Print | VA 1-250-120 | 12/18/02 | 06/24/04 |