| | |
|---|---|
| 1 | J. Andrew Coombs (SBN 123881) |
| | *andy@coombspc.com* |
| 2 | Annie S. Wang (SBN 243027) |
| | *annie@coombspc.com* |
| 3 | J. Andrew Coombs, A Prof. Corp. |
| | 517 E. Wilson Ave., Suite 202 |
| 4 | Glendale, California 91206 |
| | Telephone: (818) 500-3200 |
| 5 | Facsimile: (818) 500-3201 |
| 6 | Attorneys for Plaintiff Louis Vuitton Malletier, S.A. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| Louis Vuitton Malletier, S.A., | Case No. C 07 3952 JW |
| Plaintiff, | PLAINTIFF'S MOTION FOR ADMINISTRATIVE LEAVE TO FILE PLAINTIFF'S MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE OF FINANCIAL CONDITION OF PLAINTIFF AND ITS AFFILIATES; DECLARATION IN SUPPORT |
| v. | |
| Akanoc Solutions, Inc., et al. | |
| Defendants. | |
| | Trial Date: August 18, 2009 |

Plaintiff Louis Vuitton Malletier, S.A. ("Louis Vuitton" or "Plaintiff") brings this motion for administrative relief to file its Motion in Limine No. 1 to Exclude Evidence of Financial Condition of Plaintiff and its Affiliates ("Motion in Limine") in light of Defendants' recently disclosed intent to introduce financial statements concerning Plaintiff's parent company, the LVMH Group on or about July 24, 2009, less than a month before the trial, despite its irrelevance to Plaintiff, and disregarding the Parties' long standing agreement that Louis Vuitton would not be introducing such evidence as it agreed not to seek damages based on its loss.

Defendants initially agreed to allow Plaintiff to file its one Motion in Limine, but later reneged when Plaintiff declined to stipulate to Defendants' filing of an additional motion in limine

Louis Vuitton v. Akanoc, et al.: Motion for Admin. Leave                - 1 -

Dockets.Justia.com

concerning a matter that could have brought during the first, second, or third rounds of Defendants' motions in limine filings.

The subject matter of the Motion in Limine is highly prejudicial and susceptible to creating undue bias, particularly in light of its lack of probative value and can not be decided at trial.

Plaintiff respectfully requests that the Court grant its motion for leave given Defendants' late disclosure, making it impossible for Plaintiff to bring such a Motion in Limine any sooner. A copy of Plaintiff's Motion in Limine is lodged concurrently herewith.

Dated: August 5, 2009          J. Andrew Coombs, A Professional Corp.

                                                     ___/s/ J. Andrew Coombs_____
                                                    By: J. Andrew Coombs
                                                         Annie Wang
                                                    Attorneys for Plaintiff Louis Vuitton Malletier, S.A.

### **DECLARATION OF J. ANDREW COOMBS**

I, J. Andrew Coombs, declare as follows:

1. I am an attorney at law duly admitted to practice before the Courts of the State of California and the United States District Court for the Northern District of California. I am counsel of record for Plaintiff Louis Vuitton Malletier, S.A. ("Plaintiff" or "Louis Vuitton") in an action styled <u>Louis Vuitton Malletier, S.A. v. Akanoc Solutions, Inc., et al.</u>, Case No. C 07 3952 JW. I submit this declaration in support of Plaintiff's Motion for Administrative Leave to File Plaintiff's Motion in Limine No. 1 to Exclude Evidence of Financial Condition of Plaintiff and Its Affiliates; Declaration in Support. Except as otherwise stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows.

2. On or about Monday, August 3, 2009, I spoke with Mr. Jim Lowe, counsel for Defendants, regarding a stipulation to file Plaintiff's Motion in Limine No. 1. Initially, Mr. Lowe agreed to this request. However, on or about August 4, 2009, Mr. Lowe made Defendants' agreement contingent upon Plaintiff's agreement that Defendants could file a sixteenth motion in limine concerning an unsupportable matter that could have in any event, been brought earlier.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 5th day of August, 2009, at Glendale, California.

                                                        /s/ J. Andrew Coombs  
                                                        J. ANDREW COOMBS