**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
Brian S. Edwards (SBN 166258)
Christopher Lai (SBN 249425)
18400 Von Karman, Suite 300
Irvine, California 92612
Telephone:    (949) 553-1010
Facsimile:    (949) 553-2050
jal@gauntlettlaw.com
bse@gauntlettlaw.com
cl@gauntlettlaw.com

Attorneys for Defendants
Akanoc Solutions, Inc.,
Managed Solutions Group, Inc.
and Steve Chen

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., | ) Case No.: C 07-3952 JW (HRL) |
| | ) |
| Plaintiff, | ) |
| | ) **DECLARATION OF JAMES A. LOWE** |
| vs. | ) **IN SUPPORT OF DEFENDANTS'** |
| | ) **OBJECTIONS TO LANGUAGE OF** |
| | ) **VUITTON'S PROPOSED PERMANENT** |
| AKANOC SOLUTIONS, INC., et al., | ) **INJUNCTION** |
| | ) |
| Defendants. | ) |
| | ) |

165740.1-10562-002-8/7/2009

DECL. OF JAMES A. LOWE IN SUPPORT OF
DEFENDANTS' OBJECTIONS TO LANGUAGE
OF PROPOSED PERMANENT INJUNCTION
– C 07-3952 JW (HRL)

1    I, JAMES A. LOWE, declare:

2    1.    I am an attorney duly licensed to practice law before this Court and am a partner in

3 the law firm of Gauntlett & Associates, counsel of record for defendants Managed Solutions Group,

4 Inc., Akanoc Solutions, Inc. and Steve Chen ("Defendants").

5    2.    I have personal knowledge of the facts stated in this Declaration and could testify

6 competently to them if called upon as a witness.

7    3.    This declaration is submitted in support of Defendants' objections to the language of

8 plaintiff Louis Vuitton Malletier, S.A.'s ("Vuitton") proposed permanent injunction.

9    4.    Attached as **Exhibit "1600.1"** are excerpts from a Quarterly Revenue Report issued

10 in 2006 by Vuitton's parent company, LVMH and reporting sales results for Louis Vuitton.

11    5.    Attached as **Exhibit "1600.2"** are excerpts from a Quarterly Revenue Report issued

12 in 2007 by Vuitton's parent company, LVMH and reporting sales results for Louis Vuitton.

13    6.    Attached as **Exhibit "1600.3"** are excerpts from a Quarterly Revenue Report issued

14 in 2007 by Vuitton's parent company, LVMH and reporting sales results for Louis Vuitton.

15    7.    Attached as **Exhibit "1600.4"** are excerpts from a Quarterly Revenue Report issued

16 in 2008 by Vuitton's parent company, LVMH and reporting sales results for Louis Vuitton.

17    8.    Attached as **Exhibit "1600.5"** are excerpts from a Quarterly Revenue Report issued

18 in 2008 by Vuitton's parent company, LVMH and reporting sales results for Louis Vuitton.

19    9.    Attached as **Exhibit "1600.6"** are excerpts from a Quarterly Revenue Report issued

20 in 2009 by Vuitton's parent company, LVMH and reporting sales results for Louis Vuitton.

21    I declare under penalty of perjury under the laws of the United States of America that the

22 foregoing is true and correct.

23    Executed at Irvine, California on August 7, 2009.

24

25    _____
                s/  James A. Lowe

26                James A. Lowe

27

28

**DECL. OF JAMES A. LOWE IN SUPPORT OF
DEFENDANTS' OBJECTIONS TO LANGUAGE
OF PROPOSED PERMANENT INJUNCTION
– C 07-3952 JW (HRL)**