# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., <br><br> Plaintiff, <br><br> vs. <br><br> AKANOC SOLUTIONS, INC., et al., <br><br> Defendants. | Case No.: C 07-3952 JW (HRL) <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE MOTIONS IN LIMINE #16 AND #17** <br><br> Judge: Hon. James Ware |

165759.1-10562-002-8/11/2009

[PROPOSED] ORDER GRANTING MOTION FOR
ADMINISTRATIVE RELIEF FOR LEAVE TO FILE
MOTIONS IN LIMINE #16 AND #17
**– C 07-3952 JW**

Having considered Defendants Akanoc Solutions, Inc.'s, Managed Solutions, Inc.'s and Steve Chen's ("Defendants") Motion for Administrative Relief for Leave to File Motions in Limine #16 and #17, IT IS ORDERED:

1. Defendants' Motion for Administrative Relief for Leave to File Motions in Limine #16 and #17 is GRANTED and defendants' Motions in Limine #16 and #17, lodged on or about August 11, 2009, are hereby filed.

2. On or before **August 13, 2009**, Plaintiff shall file its Oppositions thereto, if any.

Dated: _____        _____
                                                                HON. JAMES WARE
                                                                United States District Judge

Prepared by:

GAUNTLETT & ASSOCIATES
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
Brian S. Edwards (SBN 166258)
Christopher Lai (SBN 249425)
18400 Von Karman, Suite 300
Irvine, California 92612
Telephone: (949) 553-1010
Facsimile:  (949) 553-2050

Attorneys for Defendants
Akanoc Solutions, Inc.,
Managed Solutions Group, Inc.
and Steve Chen