# EXHIBIT 619

Dockets.Justia.com



Top 5 of 5 Total Countries

PLAINTIFF'S EXHIBIT
19

# EXHIBIT 620

PLANTIFF'S
EXHIBIT
020



Usage by Country for March 2009

Top 7 of 7 Total Countries

United States (48%)
Canada (10%)
China (10%)
France (7%)
India (7%)
Germany (4%)
Hong Kong (4%)

# EXHIBIT 1603

Statistics for www.BigWorldShoes.com - M   2009                file:///C:/Documen `20and%20Settings/Michael.Wilson/My%20Docum...



**Top 4 of 4 Total Countries**

| # | Hits | | Files | | KBytes | | Country |
|---|------|---|-------|---|--------|---|---------|
| 1 | 4919 | 76.48% | 4437 | 76.17% | 67066 | 70.20% | Unresolved/Unknown |
| 2 | 805 | 12.52% | 710 | 12.19% | 18703 | 19.58% | China |
| 3 | 584 | 9.08% | 554 | 9.51% | 7702 | 8.06% | Canada |
| 4 | 124 | 1.93% | 124 | 2.13% | 2064 | 2.16% | France |

Visitors are identified by IP addresses. Two or more visitors sharing the same IP address (e.g. firewall address) will be counted as a single visitor.

100% Micro$oft free!
<u>Stone Steps Webalizer</u> (v2.7.2.1)



EXHIBIT

ALL-STATE LEGAL®

1603

of 6

6/25/2009 8:10 PM

# EXHIBIT 1604

Statistics for THY or pcid=16 only BigWorld...es.com - March 2009    file:///C:/Document...and%20Settings/Michael.Wilson/My%20Docum...



**Top 8 of 8 Total Countries**

| # | Hits | | Files | | KBytes | | Country |
|---|------|---|-------|---|--------|---|---------|
| 1 | 1097 | 57.65% | 836 | 52.71% | 10556 | 52.06% | Unresolved/Unknown |
| 2 | 343 | 18.02% | 343 | 21.63% | 5370 | 26.49% | Canada |
| 3 | 115 | 6.04% | 59 | 3.72% | 769 | 3.79% | France |
| 4 | 113 | 5.94% | 113 | 7.12% | 1487 | 7.34% | China |
| 5 | 86 | 4.52% | 86 | 5.42% | 639 | 3.15% | Switzerland |
| 6 | 58 | 3.05% | 58 | 3.66% | 464 | 2.29% | Germany |
| 7 | 58 | 3.05% | 58 | 3.66% | 616 | 3.04% | India |
| 8 | 33 | 1.73% | 33 | 2.08% | 374 | 1.85% | Hong Kong |

Visitors are identified by IP addresses. Two or more visitors sharing the same IP address (e.g. firewall address) will be counted as a single visitor.

100% Micro$oft free!
Stone Steps Webalizer (v2.7.2.1)



6/25/2009 8:13 PM

# EXHIBIT 1605

1                    UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

3

4

    LOUIS VUITTON MALLETIER, S.A.,  )
5                                   )
                  Plaintiff,        )
6                                   )
         vs.                        )
7                                   ) No. C 07-3952 JW (HRL)
    AKANOC SOLUTIONS, INC.,         )
8   et al.,                         )
                                    )
9                 Defendants.       )
    _____)
10

11

12

13

14

15

16                 Deposition of MICHAEL WILSON,

17          taken on behalf of Defendants at 517 E. Wilson

18          Avenue, Suite 202, Glendale, California 91206,

19          commencing at 10:00 a.m., Friday, June 26, 2009,

20          before Mitch Genser, CSR No. 4239.

21

22

23

24

25

                          EXHIBIT

                          1605

                      MICHAEL WILSON

                                                    BARKLEY
                                                    Court Reporters

1        A        Correct.

2                 MR. LOWE:  I'm going to mark a copy of this

3    as Exhibit 1559.

4                 (Defendants' Exhibit 1559 was marked for

5                 identification by the Deposition Officer

6                 and is attached hereto.)

7        Q        BY MR. LOWE:  Exhibit 1559 is what, this

8    group of documents?

9        A        Exhibit 1559 is the printed out PDF'd

10   Webalizer web pages.  So it is the result of the web log

11   analysis that is exported by Webalizer.

12       Q        Would you agree that it's far more

13   information than anyone really wants to read?

14                MR. COOMBS:  Calls for a speculation.

15                Speak for yourself.

16                THE DEPONENT:  In my opinion, there is

17   significantly more information than is readily usable to

18   a layman.

19       Q        BY MR. LOWE:  We'll try a few pieces of it

20   here?

21       A        Okay.

22       Q        The first page looks like a summary of hits

23   from February 2009.  You mean people actually visiting

24   the website.  Is that it?

25       A        Yes.  Well, there is a difference between

                              156

MICHAEL WILSON

BARKLEY
Court Reporters

1   people visiting a website and hits, unfortunately.

2   Back when websites were first made, it was one static

3   HTML page.  And pretty much every time there was access

4   to that one web page, it was one person clicking on it.

5              Unfortunately -- or fortunately, depending

6   on your point of view -- nowadays websites and web

7   pages have significantly more than one item on them.

8   What that means is, a web page that looks like

9   bigworldshoes.com could have 5 or 6 or 10 or 20

10  different items available on it.  That means that every

11  time somebody looks at it, it could be 5 or 6 or 10 or

12  20 hits.  So it's not necessarily a one-to-one ratio

13  between hits and pages or hits and visits, or things

14  like that.

15             So what I can tell you is, the total number

16  of hits is the total number of items that were touched

17  during this time frame.

18      Q      On this first page, during February of 2009,

19  it looks like the total visits were four, and the total

20  hits were 63.

21             Is that correct?

22      A      That is what Webalizer thinks, yes.

23      Q      Do you think that's correct, or is there

24  some reason to doubt it?

25      A      I think that the total hits is correct.


                          157

BARKLEY
Court Reporters

1    I happen to not necessarily agree with Webalizer's idea

2    of visits.  But I'm also generally not concerned with

3    visits.

4         Q    What is your understanding of the phrase

5    "Total Unique URLs"?

6         A    "Total Unique URLs" should be the -- it

7    should be how many unique URLs were actually touched

8    during that time frame.

9         Q    URLs within the website?

10        A    Yes, URLs in general, but URLs within the

11   web logs.

12        Q    The next page shows a couple of graphs.

13   What roughly do they show?

14        A    Basically, they show a graphical

15   representation of the information on the first page,

16   which is that there were 63 hits during February.

17        Q    And the dates when those happened?

18        A    Exactly.

19        Q    It looks like it only had a couple of days

20   of activity.

21             Am I reading that right?

22        A    Yes.

23        Q    I'd like to move to a page that's marked as

24   "6 of 6," but it has a pie chart on it.

25        A    Yes.

MICHAEL WILSON

BARKLEY
Court Reporters

1      Q      And it looks like this is entitled "Usage by

2  Country for February 2009."

3      A      Yes.

4      Q      And do I understand that 97 percent of the --

5  is that visits or hits?  It looks like hits.

6      A      I believe this is hits, yes.

7      Q      -- were unresolved or unknown; is that

8  right?

9      A      Yes.

10     Q      What does that mean?

11     A      Well, this just means that my computer that

12  isn't connected to the Internet couldn't do any sort of

13  resolution on the IP addresses that hit the -- the IP

14  addresses that were responsible for these particular

15  hits.  It doesn't necessarily mean that they all

16  wouldn't be resolved on a system that could actually

17  go out and look.  But for security purposes and for the

18  preservation of evidence and all that, my system doesn't

19  have direct Internet access.  So it couldn't go and try

20  and resolve any of these things.

21     Q      So it had to look only at the data that you

22  had been able to pull off the hard drive?

23     A      Correct.  And some sort of internal cache.

24  And probably the internal cache is where it got the fact

25  that some of these were from France.

159

MICHAEL WILSON

BARKLEY
Court Reporters

1        Q       So 3 percent of the hits were from France

2   in February of '09?

3        A       Correct.

4        Q       And the others you don't know?

5        A       Right.

6        Q       Then it looks like the next page goes on to

7   the last 12 months.

8        A       Yes.

9        Q       So I guess we're talking from June 2008

10  through June 2009?

11       A       I believe we're actually talking about

12  April 2008 through March 31st of 2009.

13       Q       Once again, it's showing hits and visits;

14  right?

15       A       Yes.  It's showing 79 hits in March and

16  31 hits in February.  Actually, I'm wrong.  That was the

17  daily average.

18               It's showing 1,903 hits in March and 63 hits

19  in February.  So significantly more in March.

20       Q       The next page shows just March hits, or hits

21  and visits; right, March 2009?

22       A       Correct.

23       Q       The next page after this and some others

24  in here have a set of information called "Daily

25  Statistics." And it lists things by day.  And many of

160

MICHAEL WILSON

BARKLEY
Court Reporters

1    these are expressed in percentages.  That's a percentage

2    of what; do you know?

3         A       It would be a percentage of the total in

4    that particular column.

5         Q       A few pages further along, it looks like

6    there is a pie chart for March of 2009, Usage by

7    Country.

8         A       Correct.

9         Q       And aside from the unresolved and unknowns,

10   it looks like the hits came from Canada, France, China,

11   Switzerland, Germany, India, and Hong Kong.

12               Is that right?

13        A       Correct.

14        Q       The next page is -- I'm not sure how this

15   differs from the first page we looked at; it looks like

16   February of '09.

17        A       The first section was just the LV-related

18   hits.

19        Q       Okay.

20        A       The second section is the entire website.

21        Q       So starting at this page, about halfway

22   through, is everything?

23        A       Correct.

24        Q       Going back to the first page, is that what

25   the "THY" and the "pcid=16" refers to?

161

MICHAEL WILSON

BARKLEY
Court Reporters

1        A       Correct.

2                I was in a hurry.  Probably it would be

3    better to have them switched.

4        Q       Going on to the next pie chart.  It looks

5    like February of 2009 again.  Most of them, 92 percent,

6    are unresolved, but Canada and China are listed as

7    sources of hits; right?

8        A       Right.

9        Q       Actually, there are a couple of others:

10   Netherlands, Antilles, and Great Britain.

11       A       Correct.

12               The next chunk of data is for the 12-month

13   period.

14       Q       Starting where?  Is it headed, "Statistics

15   for bigworldshoes.com"?

16       A       Yes.  And then the next line says,

17   "Summary Period: Last 12 Months."

18       Q       Maybe I'm on the wrong page.  Okay.

19               And the page after that looks like

20   "Summary Period: January 2009."

21               Is that right?

22       A       Correct.

23       Q       And the next page has to do with

24   January '09?

25       A       Yes.

BARKLEY
Court Reporters

1      Q      And the next pie chart is January '09;

2  is that correct?

3      A      Correct.  That's January of '09 for the

4  entire website, bigworldshoes.com.

5      Q      So it looks like 31 percent are unresolved

6  and other countries are listed: Netherlands, Great

7  Britain, Belgium, Brazil, Italy, and China; correct?

8      A      Correct.

9      Q      And then the last page is yet another pie

10 chart.

11     A      Yes.

12     Q      For March of '09?

13     A      Correct.

14     Q      And this is, once again, for all of the

15 website, bigworldshoes.com?

16     A      Correct.

17     Q      And it reflects that 70 percent are

18 unresolved sources of hits, and the others that were

19 reflected are China, Canada, and France?

20     A      Correct.

21     Q      So at this point in time, you have only

22 reviewed information for this one website,

23 bigworldshoes.com?

24     A      Not quite.  At this point in time, I have

25 done what I would consider to be a relatively in-depth

163

MICHAEL WILSON

BARKLEY
Court Reporters

DEPOSITION OFFICER'S CERTIFICATE

1

2

3   STATE OF CALIFORNIA     }
                            }     ss.
4   COUNTY OF LOS ANGELES   }

5

6       I,  Mitch Genser  , hereby certify:

7       I am a duly qualified Certified Shorthand

8   Reporter in the State of California, holder of

9   Certificate Number CSR  4239  issued by the Court

10  Reporters Board of California and which is in full force

11  and effect.  (Fed. R. Civ. P. 28(a)).

12      I am authorized to administer oaths or

13  affirmations pursuant to California Code of Civil

14  Procedure, Section 2093(b) and prior to being examined,

15  the witness was first duly sworn by me.  (Fed. R. Civ.

16  P. 28(a), 30(f)(1)).

17      I am not a relative or employee or attorney or

18  counsel of any of the parties, nor am I a relative or

19  employee of such attorney or counsel, nor am I

20  financially interested in this action.  (Fed. R. Civ. P.

21  28).

22      I am the deposition officer that

23  stenographically recorded the testimony in the foregoing

24  deposition and the foregoing transcript is a true record

25                  / / /

172

BARKLEY

1    of the testimony given by the witness.   (Fed. R. Civ. P.

2    30(f)(1)).

3         Before completion of the deposition, review of

4    the transcript [ XX] was [  ] was not requested.   If

5    requested, any changes made by the deponent (and

6    provided to the reporter) during the period allowed, are

7    appended hereto.   (Fed. R. Civ. P. 30(e)).

8

9    Dated:   ___JULY 14_____, 200_9_

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25