# EXHIBIT 1600.1

Dockets.Justia.com

LVMH
MOËT HENNESSY . LOUIS VUITTON

# LVMH
# 2006 Q3 and 9 Months Revenue

October 17, 2006

---

LVMH
MOËT HENNESSY . LOUIS VUITTON

## Q3 2006 revenue highlights

- Double-digit organic revenue growth

- Excellent performance in Asia and Europe and continued robust growth in the US

- Continued double-digit organic revenue growth for Louis Vuitton

- Strong momentum at Fendi, Sephora and Watches & Jewelry



EXHIBIT 1600.1



## Fashion & Leather Goods
## 9 months 2006 highlights

- Louis Vuitton: double-digit organic revenue growth continues
    - Continued strong momentum in Europe, US and Asia
    - Major store openings in Q3: Budapest, Geneva, Dubai, Macao...
    - Innovation continues; new *Monogram Mini Lin* line, new *Lockit* model, iconic bags developed
- Continued strong advance of Fendi
    - Continued success of *Spy* and *BFendi* lines
    - Strong progress of RTW and shoes
- Good performance at other brands
    - Loewe: continued success of *Amazona* handbag line
    - Berluti: launch of "la Démesure" collection
    - Marc Jacobs: success of accessories at Collection and Marc by Marc

# EXHIBIT 1600.2



**LVMH**
MOËT HENNESSY. LOUIS VUITTON

**LVMH
Q1 2007 Revenue**

25 April 2007

## Q1 2007 revenue highlights

- Double-digit organic revenue growth in each business group
- Europe, US and Asia all performed very well
- Exceptional performance of Wines and Spirits in Q1
- Momentum continues at Louis Vuitton with strong progress in Europe, US and Asia
- Watches and Jewelry continued its excellent performance
- Continued strong growth at Perfumes and Cosmetics and Sephora

2



ALL-STATE LEGAL® EXHIBIT 1600.2

## Fashion & Leather Goods
## Q1 2007 highlights

- Louis Vuitton : strong momentum continued
  - Particularly rapid development in Europe, US and Asia
  - Outstanding contribution of *Damier Azur* line
  - Success of new leather products: *Monogram Riveting, Dentelle,* and *Monogram Vernis Pomme d'Amour*
  - Louis Vuitton Cup 2007 collection recently introduced into stores
- Double-digit revenue growth at Fendi
  - Excellent performance in Europe, US and Asia
  - Remarkable success of new *B-Mix* handbag line
  - Continued good progress of RTW and shoes
  - Improvement of store network continues
- Good momentum at other brands, notably Marc Jacobs



## Perfumes & Cosmetics
## Q1 2007 revenue - In millions of Euros

Q1 2006: 597
Organic: +15%
Structure: 0%
Change: -4%
Q1 2007: 663

# EXHIBIT 1600.3



### Q3 2007 revenue highlights

- Double-digit organic revenue growth continued
- Acceleration of organic revenue growth in Q3 (+15%)
- All regions and businesses contributed
  - Continued growth in Europe
  - Improved trends in US, Asia and Japan
- Hennessy performed particularly well in the US, China and Russia
- Exceptional performance at Louis Vuitton with very strong increases in Europe, US and Asia
- Sustained growth at Sephora worldwide



EXHIBIT 1600.3

## Fashion & Leather Goods
## 9 months 2007 highlights

- **Louis Vuitton: double-digit organic revenue growth for first 9 months**
  - Excellent performance in Europe, US and Asia, especially China
  - Strong contribution from *Damier Azur* line
  - Success of new leather goods products: *Monogram Vernis Amarante* and *Denim Neo* line
  - Positive impact of new advertising campaign
  - Major store openings in Q3 : Ho Chi Minh (Vietnam), Panama, Istanbul (Turkey), Nanjing and Beijing (China)...
  - Construction of new shoe workshop in Fiesso, Italy
- **Fendi: double-digit organic revenue growth**
  - Good performance in Asia and Middle East, in particular
  - Strong growth of RTW and shoes
  - Continued store network expansion
- **Good momentum at other brands**
  - Marc Jacobs: double-digit comparable store revenue growth
  - Givenchy: acceleration in RTW and leather goods
  - Loewe: continued growth of *Napa Aire* and *Amazona* lines

9



## Perfumes & Cosmetics
## 9 months 2007 revenue – In millions of Euros

Q1 2007: 663 · Q2 2007: 601 · Q3 2007: 697

2006: 1 807 · Organic +12% · Structure 0% · Change -3% · 2007: 1 961 (9 months)

10

# EXHIBIT 1600.4



**LVMH**
**MOËT HENNESSY. LOUIS VUITTON**

**LVMH**
**Q1 2008 Revenue**

April 16, 2008

## Q1 2008 revenue highlights

- Double-digit organic revenue growth continued
- Another exceptional performance by Louis Vuitton
- Revenue of Wines & Spirits was impacted by
  - High comparison base
  - Earlier than usual implementation of price increases
- Strong growth momentum at Sephora, Parfums Christian Dior and TAG Heuer
- Continued double-digit growth in US (in $) and Asia



EXHIBIT 1600.4

## Fashion & Leather Goods
## Q1 2008 highlights

- Good momentum of Fashion & Leather Goods in US (up 18% in $), Asia (up 19% in €) and Europe (up 8% in €). Japan slightly negative.
- Louis Vuitton: double-digit organic revenue growth
    - Excellent performance in Europe, US and Asia, especially China
    - Leather goods strong thanks to traditional *Monogram* and *Damier* lines
    - Success of new *Mahina* and *Richard Prince* bags
    - Reopening of Hong Kong Canton Road Maison, second largest Louis Vuitton Maison in the world
- Fendi: major store relocation in Paris to Avenue Montaigne
- Good growth of the luxury Donna Karan *Collection* line and *DKNY* ready-to-wear products
- Strong momentum at other brands: Marc Jacobs, Loewe, Givenchy, Celine, Pucci



Perfumes & Cosmetics
Q1 2008 revenue - In millions of Euros

Q1 2007: 663
Organic: +13%
Structure: 0%
Change: -5%
Q1 2008: 717

# EXHIBIT 1600.5





EXHIBIT 1600.5



## Fashion & Leather Goods
## 9 months 2008 highlights

- Good momentum in US (up 17% in $), Asia (up 29% in local currency) and Europe (up 9% in €). Japan negative.
- Louis Vuitton: double-digit organic revenue growth over the first 9 months
  - Excellent performance in Europe, US and Asia
  - Successful launch of new *Damier Graphite* line
  - Major store openings in Q3 in China (Urumqi, Changsha and Macao), India (New Delhi) and first store in Bahrain
- Fendi: continued expansion of store network, rapid growth of *Selleria*
- Donna Karan: good momentum of existing lines and successful launch of DKNYC new line
- Strong progress at Marc Jacobs and Givenchy
- Appointment of new designers: Phoebe Philo at Celine and Peter Dundas at Pucci

# EXHIBIT 1600.6



## Q1 2009 revenue highlights

- Positive revenue growth in harsh economic environment
- Strong performance of Louis Vuitton
- Sephora resists well
- Positive currency impact
- De-stocking at retailers combined with softer demand
  - Notably in Wines & Spirits, Watches & Jewelry, Perfumes & Cosmetics
- Good performance in Asia



EXHIBIT 1600.6

## Fashion & Leather Goods
## Q1 2009 highlights

- Good momentum of Fashion & Leather Goods in local currencies in Asia (up 24%) and Europe (up 7%). US and Japan negative in local currency.
- Louis Vuitton: double-digit revenue growth
    - All regions showing positive revenue growth in euros
    - Continued strong momentum in Europe and Asia
    - *Damier Graphite* performing very well
    - Launch of new *Boétie* and *Kalahari* models for the *Monogram* line
    - Success of new collections from the collaboration of Marc Jacobs and Stephen Sprouse
- Good resilience of Marc Jacobs thanks to good momentum of accessories as well as rapid development of licences
- Givenchy benefited from the Spring/Summer ready-to-wear collection
- Other brands impacted by current environment

9



## Perfumes & Cosmetics
## Q1 2009 revenue - In millions of Euros

| | Organic | Structure | Change | |
|---|---|---|---|---|
| 717 | -11% | 0% | +3% | 663 |
| Q1 2008 | | | | Q1 2009 |

10