1    J. Andrew Coombs (SBN 123881)
    *andy@coombspc.com*
2    Annie S. Wang (SBN 243027)
    *annie@coombspc.com*
3    J. Andrew Coombs, A P. C.
    517 East Wilson Avenue, Suite 202
4    Glendale, California 91206
    Telephone: (818) 500-3200
5    Facsimile: (818) 500-3201

6    Attorneys for Plaintiff Louis
    Vuitton Malletier, S.A.
7

8

9                     UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| 11  Louis Vuitton Malletier, S.A., | ) Case No.: C 07 3952 JW (HRL) |
| | ) |
| 12        Plaintiff, | ) REQUEST OF PLAINTIFF TO LODGE |
| 13    v. | ) ORIGINAL TRANSCRIPT OF STEVEN |
| | ) CHEN AND DESIGNATION OF |
| 14  Akanoc Solutions, Inc., et al. | ) PORTIONS TO BE READ |
| | ) |
| 15        Defendants. | ) Trial Date: August 18, 2009 |
| | ) |

16

17      TO DEFENDANTS AND TO THEIR COUNSEL OF RECORD:

18         PLEASE TAKE NOTICE THAT, pursuant to stipulation of the Parties, Plaintiff Louis

19  Vuitton Malletier, S.A. ("Plaintiff") requests that Defendants lodge the original transcript of

20  Defendant Steven Chen for trial in this matter.

21         PLEASE TAKE FURTHER NOTICE THAT, pursuant to Fed.R.Civ.P., Plaintiff designates

22  those portions of the transcript listed in Exhibit A attached hereto, to be read into evidence.

23  Dated: August 13, 2009        J. Andrew Coombs, A Professional Corp.

24

25                   By:

26                      J. Andrew Coombs
                         Annie Wang
27             Attorneys for Plaintiff Louis Vuitton Malletier, S.A.

28

Dockets.Justia.com

1
2

## EXHIBIT A

## Deposition of Steven Chen, vol. 1

| | | |
|---|---|---|
| 7:11-8:6 | 45:14-47:1 | 95:18-97:2 |
| 8:10-23 | 52:10-21 | 98:1-100:6 |
| 11:14-12:17 | 59:15-60:3 | 100:12-102:20 |
| 13:6-10 | 61:15-63:1 | 103:5-106:3 |
| 14:9-16 | 63:11-14 | 106:6-7 |
| 14:21-15:5 | 63:24-64:21 | 109:2-110:10 |
| 16:24-17:25 | 67:24-68:19 | 110:17-114:25 |
| 18:16-19:6 | 69:3-14 | 120:20-121:12 |
| 19:22-20:10 | 70:19-71:15 | 121:18-122:7 |
| 22:13-25:13 | 72:5-25 | 123:9-124:3 |
| 27:3-14 | 77:17-24 | 124:13-24 |
| 28:13-23 | 78:4-79:10 | 127:11-128:9 |
| 29:18-31:13 | 81:19-83:16 | 131:2-134:11 |
| 31:23-32:9 | 84:5-25 | 134:24-138:6 |
| 32:15-34:19 | 85:5-21 | 139:7-10 |
| 37:9-21 | 88:15-89:3 | 143:16-144:8 |
| 38:8-40:25 | 92:15-94:1 | |

## Deposition of Steven Chen, vol. 2

| |
|---|
| 158:14-161:16 |
| 162:2-23 |
| 163:2-164:18 |
| 166:2-16 |
| 166:18-167:21 |
| 168:5-10 |
| 169:22-172:11 |
| 172:20-174:1 |
| 183:5-184:21 |
| 185:6-8 |
| 185:14-186:13 |
| 186:15-187:2 |
| 187:4-189:10 |
| 189:14-25 |
| 190:13-191:14 |
| 194:5-19 |