J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A P. C.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile:  (818) 500-3201

Attorneys for Plaintiff Louis
Vuitton Malletier, S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| Louis Vuitton Malletier, S.A., | ) | Case No.: C 07 3952 JW (HRL) |
|---|---|---|
| Plaintiff, | ) | REQUEST OF PLAINTIFF TO LODGE |
| v. | ) | ORIGINAL TRANSCRIPT OF JULIANA |
| | ) | LUK AND DESIGNATION OF |
| Akanoc Solutions, Inc., et al. | ) | PORTIONS TO BE READ |
| Defendants. | ) | Trial Date: August 18, 2009 |

TO DEFENDANTS AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to stipulation of the Parties, Plaintiff Louis Vuitton Malletier, S.A. ("Plaintiff") requests that Defendants lodge the original transcript of Juliana Luk for trial in this matter.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to Fed.R.Civ.P., Plaintiff designates those portions of the transcript listed in Exhibit A attached hereto, to be read into evidence.

Dated: August 13, 2009            J. Andrew Coombs, A Professional Corp.

                                  By: _____
                                     J. Andrew Coombs
                                     Annie Wang
                                  Attorneys for Plaintiff Louis Vuitton Malletier, S.A.

Louis Vuitton v Akanoc, et al.: Request to Lodge and Designation    - 1 -
of Luk Deposition Testimony

# EXHIBIT A

## Deposition of Juliana Luk

| | | |
|---|---|---|
| 5:11-13 | 25:23-26:8 | 47:18-48:8 |
| 9:23-10:10 | 26:19-27:4 | 49:12-14 |
| 10:14-10:25 | 27:22-30:3 | 50:4-11 |
| 11:19-25 | 30:7-31:19 | 50:15-21 |
| 13:3-13 | 31:23-32:5 | 50:23-51:6 |
| 14:2-16 | 32:20-34:3 | 52:12-55:6 |
| 14:20-15:22 | 34:5-12 | 55:22-56:22 |
| 15:24 | 35:13-36:1 | 58:15-59:19 |
| 16:1-2 | 36:20-23 | 59:25-60:13 |
| 16:7-16:10 | 37:5-17 | 60:25-63:7 |
| 16:16-17:6 | 37:19-23 | 64:8-67:4 |
| 19:8-21:6 | 38:2-7 | 67:10-68:20 |
| 21:19-22:12 | 39:2-5 | 73:10-18 |
| 22:19-20 | 39:11-15 | 74:20-75:5 |
| 22:22-23 | 39:21-40:2 | 75:10-76:19 |
| 23:13-24:4 | 40:10-16 | |
| 25:6-12 | 41:8-10 | |