J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 E. Wilson Ave., Suite 202
Glendale, California 91206
Telephone:  (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiff Louis
Vuitton Malletier, S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| Louis Vuitton Malletier, S.A.,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>Akanoc Solutions, Inc., et al.,<br><br>　　　　　　Defendants. | Case No.: C 07 3952 JW<br><br>PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS<br><br>Trial:<br>Date:　　August 18, 2009<br>Time:　　9:00 a.m.<br>Courtroom: 8, 4th Floor |

TO THE COURT:

Plaintiff Louis Vuitton Malletier, S.A. ("Plaintiff") respectfully submits the following [Proposed] Voir Dire Questions.

1. Do you own any Louis Vuitton products?
2. If so, where did you buy them?
3. Do you ever shop online?
4. If so, for what and where?
5. Have you ever had your own website?
6. Have you ever heard of Louis Vuitton or LV?
7. What do you think of Louis Vuitton or LV?
8. What do you think of the costs of Louis Vuitton's products?
9. How does the profitability of a company affect your decision on whether that company should be awarded damages?

Louis Vuitton v Akanoc, et al.: Plaintiff's Proposed Voir Dire Questions　　　- 1 -

10. How often are you using the computer?  What for?

11. Have you or anyone in your household ever worked for eBay?

12. Have you or anyone in your household ever worked for Google?

13. Do you own any copyrights or trademarks?

14. Have you ever been to Canal Street in New York or Santee Alley in Los Angeles?

15. Are you familiar with the term "knock-off"?

16. Have you ever purchased a "knock-off" or "replica" item?

17. Are you familiar with the DMCA?

Plaintiff requests the right to amend or supplement these proposed voir dire questions at any time during the course of jury selection.

DATED: August 15, 2009                        J. Andrew Coombs, A Professional Corp.


   /s/ J. Andrew Coombs_____
       J. Andrew Coombs
       Annie S. Wang
Attorneys for Plaintiff Louis Vuitton Malletier S.A.