1  **GAUNTLETT & ASSOCIATES**
   David A. Gauntlett (SBN 96399)
2  James A. Lowe (SBN 214383)
   Brian S. Edwards (SBN 166258)
3  Christopher Lai (SBN 249425)
   18400 Von Karman, Suite 300
4  Irvine, California 92612
   Telephone:   (949) 553-1010
5  Facsimile:   (949) 553-2050
   jal@gauntlettlaw.com
6  bse@gauntlettlaw.com
   cl@gauntlettlaw.com
7
   Attorneys for Defendants
8  Akanoc Solutions, Inc.,
   Managed Solutions Group, Inc.
9  and Steve Chen

10

11                              **UNITED STATES DISTRICT COURT**

12                       **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

13

14  LOUIS VUITTON MALLETIER, S.A.,           )   Case No.: C 07-3952 JW (HRL)
                                             )
15                   Plaintiff,              )
                                             )
16          vs.                              )   **DEFENDANTS' PROPOSED VOIR DIRE**
                                             )   **QUESTIONS**
17                                           )
                                             )
18  AKANOC SOLUTIONS, INC., et al.,          )
                                             )
19                   Defendants.             )
                                             )
20  _____  )

21

22

23

24

25

26

27

28

165820.1-10562-002-8/17/2009                                **DEFENDANTS' PROPOSED**
                                                            **VOIR DIRE QUESTIONS**
                                                            **– C 07-3952 JW**

Dockets.Justia.com

**TO THE COURT:**

Defendants Akanoc Solutions, Inc., Managed Solutions Group, Inc. and Steve Chen ("Defendants") respectfully submit the following proposed Voir Dire questions:

1. What your educational background?
2. What is the highest level of education that you completed?
3. What is your experience in the technology field?
4. Have you ever worked in a retail store?
5. Have you ever purchased or sold anything on the Internet?
6. Have you ever created or sold a creative work?
7. Have you ever commercialized a creative work?
8. Have you ever registered a copyright or trademark?

Dated: August 17, 2009

**GAUNTLETT & ASSOCIATES**

By: /s/James A. Lowe
David A. Gauntlett
James A. Lowe
Brian S. Edwards
Christopher Lai

Attorneys for Defendants
Akanoc Solutions, Inc.,
Managed Solutions Group, Inc.,
and Steve Chen