| | |
|---|---|
| 1 | J. Andrew Coombs (SBN 123881) |
| | *andy@coombspc.com* |
| 2 | Annie S. Wang (SBN 243027) |
| | *annie@coombspc.com* |
| 3 | J. Andrew Coombs, A Professional Corporation |
| | 517 East Wilson Avenue, Suite 202 |
| 4 | Glendale, California  91206 |
| | Telephone:    (818) 500-3200 |
| 5 | Facsimile:     (818) 500-3201 |
| 6 | Attorneys for Plaintiff |
| 7 | Louis Vuitton Malletier, S.A. |
| 8 | GAUNTLETT & ASSOCIATES |
| | David A. Gauntlett (SBN 96399) |
| 9 | *info@gauntlettlaw.com* |
| | James A. Lowe (SBN 214383) |
| 10 | *jal@gauntlettlaw.com* |
| | Christopher Lai (SBN 249425) |
| 11 | *cl@gauntlettlaw.com* |
| | 18400 Von Karman, Suite 300 |
| 12 | Irvine, California  92612 |
| | Telephone:    (949) 553-1010 |
| 13 | Facsimile:     (949) 553-2050 |
| 14 | Attorneys for Defendants |
| | Akanoc Solutions, Inc., |
| 15 | Managed Solutions Group, Inc. |
| | and Steve Chen |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| Louis Vuitton Malletier, S.A., | Case No. C07-03952 JW (HRL) |
| Plaintiff, | JOINT STIPULATION FOR ADMINISTRATIVE LEAVE FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANTS' OBJECTIONS TO LANGUAGE OF VUITTON'S PROPOSED PERMANENT INJUNCTION [Dockets 191, 192, 192-2]; [PROPOSED] ORDER |
| v. | |
| Akanoc Solutions, Inc., et al. | |
| Defendants. | |

Plaintiff Louis Vuitton Malletier, S.A. ("Vuitton" or "Plaintiff") and Defendants Akanoc Solutions, Inc., Managed Solutions Group, Inc. and Steve Chen  (collectively referred to as "Defendants"), by and through their respective counsel of record, stipulate and agree that subject to

- 1 -

Louis Vuitton v. Akanoc, et al.: Stipulation re Administrative Leave

the Court's order, Plaintiff may file a Response to Defendants' Objections to Language of Vuitton's Proposed Permanent Injunction ("Objections") filed as Docket Numbers 191, 192, and 192-2 to address the arguments raised in Defendants' Objections. A copy of Plaintiff's Response is lodged concurrently herewith.

IT IS SO STIPULATED by the parties hereto.

Dated: August 17, 2009                J. Andrew Coombs, A Professional Corp.

                                      By:   /s/ J. Andrew Coombs
                                            J. Andrew Coombs
                                            Annie S. Wang
                                      Attorneys for Plaintiff Louis Vuitton Malletier, S.A.

Dated: August__, 2009                 Gauntlett & Associates

                                      By:   /s/ James A. Lowe
                                            James A. Lowe
                                            Brian S. Edwards
                                            Christopher Lai
                                      Attorneys for Defendants Akanoc Solutions, Inc.,
                                      Managed Solutions Group, Inc. and Steve Chen

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  August    , 2009


                                      _____
                                      Hon. James Ware
                                      UNITED STATES DISTRICT JUDGE