# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***

**TIME TOTAL: 1 hr 52 mins (select); 2 hrs 55 mins(trial)**

## CIVIL MINUTES  -  JURY TRIAL

| | |
|---|---|
| **Judge: James Ware** | **Courtroom Deputy: Elizabeth Garcia** |
| **Date:  August 18, 2009** | **Court Reporter: Irene Rodriguez** |
| **Case No: C-07-03952  JW** | **Interpreter: N/A** |

## TITLE

Louis Vuitton Malletier, S.A. v. Akanoc Solutions, Inc. et al

Attorney(s) for Plaintiff(s): J. Andrew Coombs, Annie S. Wang
Attorney(s) for Defendant(s): James A. Lowe, Christopher Lai

## PROCEEDINGS

**1.  Jury Selection**
**2. Jury Trial Session 1**

## ORDER AFTER HEARING

9:38 AM: Jury Selection begins. The Court gives opening remarks about case and jury selection process.
9:43 AM: Prospective jurors called for panel.  The Court voir dire panel members for time commitment and hardships from jury service.  The Court excuses various prospective jurors for cause and replaces juror with another prospective juror.
10:20 AM: The Court takes a mid morning break.
10:30 AM: Proceedings resume.
10:40 AM: Plaintiff voir dire prospective panel.
10:50 AM: Defendant voir dire prospective panel.
11:04 AM: The Court calls counsel for a side bar conference re further challenges for causes.
11:10 AM: The Court takes a brief recess for counsel to exercise peremptory challenges.
11:15 AM: Proceedings resume.
11:17 AM: The Clerk calls prospective panel.
11:21 AM: The Court inquires prospective panel for any further hardships or cause that panel might not be sworn for service.  No hardships or cause address to the Court.  The Clerk swears in panel for service.
11:23 AM: The Court gives opening instructions.
11:40 AM: The Jury is dismissed early for the lunch recess.  The Court holds brief hearing outside presence of the jury.
11:45 AM: The Court takes the lunch recess.
1:10 PM: Trial proceedings resume. Jury summoned, the Court calls on Plaintiff for opening instructions.
1:27 PM: Plaintiff ends opening instructions. Defense begins opening statements.
2:10 PM: Defense ends opening statements.  The Court takes a mid afternoon recess.
2:20 PM: Proceedings resume.  The Court holds a brief hearing outside the presence of the jury.
2:25 PM: Hearing concludes, jury summoned.  Plaintiff calls Nikolay Livadkin for testimony.  Direct examination begins.
3:55 PM: Jury dismissed for the day.  The Court holds a further hearing outside the presence of the jury.
4:15 PM: Hearing ends. Proceedings conclude for the day.

Further Jury Trial set for August 19, 2009 at 9:00 AM

**Exhibits Into Evidence:**
597, 1610, 1611, 175.1, 451, 175, 452, 453 - 465, 449 - 450, 67, 67.1, 82, 82.1, 74, 75, 76.1

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
CC: