**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

*E-FILED*
**TIME TOTAL: 6hrs**

**AMENDED CIVIL MINUTES - JURY TRIAL**

**Judge: James Ware**          **Courtroom Deputy: Elizabeth Garcia**
**Date:  August 19, 2009**     **Court Reporter: Irene Rodriguez**
**Case No: C-07-03952  JW**    **Interpreter: N/A**

**TITLE**

Louis Vuitton Malletier, S.A. v. Akanoc Solutions, Inc. et al

Attorney(s) for Plaintiff(s): J. Andrew Coombs, Annie S. Wang
Attorney(s) for Defendant(s): James A. Lowe, Christopher Lai

**PROCEEDINGS**

**Jury Trial Sessions 2 and 3**

**ORDER AFTER HEARING**

9:10AM: Jury summoned. Proceedings resume with continuance of direct examination of Nikolay Livadkin.
9:55AM: The Court dismisses the jury to hold a brief hearing outside the precense of the jury.
10:10 AM: Jury summoned, proceedings resume with continued direct examination of Nikolay Livadkin.
10:30 AM: The Court takes a mid morning break.
11:00 AM: Jury summoned. Proceedings resume with continuance of direct examination of Nikolay Livadkin.
11:55 AM: The Court takes the lunch recess.
1:00 PM: : Jury summoned. Proceedings resume with continuance of direct examination of Nikolay Livadkin.
1:05 PM: End of direct examination of Nikolay Livadkin. A glossary of terms is distributed to the jury. Defense begins cross-examination of Nikolay Livadkin.
2:30 PM: The Court takes a mid afternoon recess.
2:50 PM: Jury summoned. Proceedings resume with cross-examination of Nikolay Livadkin.
3:00 PM: End of cross-examination of Nikolay Livadkin. Begin redirect of Nikolay Livadkin.
3:11 PM: End redirect of Nikolay Livadkin, no further re-cross examination. The Court inquires of Nikolay Livadkin.
3:16 PM: The Court finishes inquiry of Nikolay Livadkin and opens further questioning by counsel. Defense counsel further cross-examines Nikolay Livadkin.
3:21 PM: End of re-cross examination of Nickolay Livadkin. Further redirect of Nikolay Livadkin.
3:23 PM: End of further redirect of Nikolay Livadkin. Plaintiff holds responsive reading of deposition testimony of Juliana Luk.
4:06 PM: End of deposition designationsof Juliana Luk by Plaintiff. The Court dismisses the jury for the day. The Court holds a brief hearing outside the presence of the jury.
4:10 PM: End of trial proceedings for the day.

Further Jury Trial set for August 20, 2009 at 9:00 AM

**Exhibits Into Evidence:**
76.1, 76.7, 58, 61, 1598, 75.1, 76.2, 18, 37, 06, 36, 59, 63.2, 64.2, 60, 01, 61, 15, 17, 19, 02, 03, 04, 05, 07, 51, 52, 608, 36, 16, 31, 38, 41, 43, 44, 47, 46
**Exhibits Into Evidence (Limited Purpose):**
76.3, 76.4, 76.5, 63.1, 64, 64.1, 70, 70.1, 70.2, 71.2, 71.3, 71.4, 73.1, 73.3, 85.2, 71.1, 69.1, 73,
**Exhibits Into Evidence(Demonstrative Purpose):**
589, 117, 129, 192, 591, 186, 142, 211, 587, 82, 1000096, 175, 585, 67.1, 67, 117.1, 129.1

Elizabeth C. Garcia
Courtroom Deputy
CC: