# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TIME TOTAL:** 5hrs, 45 mins

## CIVIL MINUTES - JURY TRIAL

| | |
|---|---|
| Judge: James Ware | Courtroom Deputy: Elizabeth Garcia |
| Date:    August 20, 2009 | Court Reporter: Irene Rodriguez |
| Case No: C-07-03952  JW | Interpreter: N/A |

### TITLE

Louis Vuitton Malletier, S.A. v. Akanoc Solutions, Inc. et al

Attorney(s) for Plaintiff(s): J. Andrew Coombs, Annie S. Wang
Attorney(s) for Defendant(s): James A. Lowe, Christopher Lai

### PROCEEDINGS

### Jury Trial Sessions 4 and 5

### ORDER AFTER HEARING

9:10AM:  Proceedings resume with hearing outside the presence of the jury.
9:20AM: Hearing concludes, jury summoned. Plaintiff calls Robert Holmes for direct examination.
10:00 AM: End of direct examination of Robert Holmes.  Defense begins cross examination.
10:30 AM:  The Court takes a mid morning break.
10:50 AM:  Jury summoned. Proceedings resume with continuance of cross examination of Robert Holmes.
11:13 AM: Defense enters in deposition designations of Robert Holmes testimony.
11:16 AM: End of cross examination, begin redirect of Robert Holmes.
11:19 AM: End of redirect examination, no recross.  Robert Holmes is excused from testimony.  Plaintiff holds responsive reading of deposition designations of Steven Chen.
12:00 PM:  The Court takes the lunch recess.
1:00 PM: : Jury summoned. Proceedings resume with continuance of Plaintiff's responsive reading of deposition designations of Steven Chen.
1:38 PM:  End of responsive reading of deposition designations of Steven Chen .  No counter designations by Defendant were offered.  Plaintiff calls Michael Wilson for testimony.  Direct examination begins.
2:17 PM: End of direct examination of Michael Wilson; Defense begins cross examination of Michael Wilson.
2:30 PM: The Court takes the mid afternoon recess.
2:40 PM: Proceedings resume with cross examination of Michael Wilson.
3:49 PM: End of cross examination, being redirect of Michael Wilson.
3:57 PM: End of redirect of Michael Wilson, being recross.
3:59 PM: End recross of Michael Wilson.  No further redirect by plaintiff.  The Court inquires of witness.
4:01 PM: End of Court inquiry.  The witness is excused.  The jury is dismissed for the day.  The Court holds a brief hearing outside the presence of the jury re remaining time, exhibits and Defendant's tendered Rule 50 Motions.
4:05 PM: Hearing concludes, proceeding conclude for the day.

Further Jury Trial set for August 21, 2009 at 9:00 AM

**Exhibits Into Evidence:**
65, 81, 116, 128, 141, 173, 185, 195, 210, 584, 586, 588, 590, 94, 95.3, 96.4, 95.6, 98.3, 99.3, 99.4, 99.5, 159, 160, 160.1, 165, 164.1, 164.2, 164, 163, 162.1, 162.2, 161, 160.2, 166, 166.1, 166.2, 212, 213.2, 213.3, 43.3, 287, 287.1, 287.2, 353, 353.2, 356, 357, 357.1, 360, 361, 361.1, 361.2, 402, 403, 403.1, 403.2, 404, 0450, 405.1, 405.2, 406, 406.1, 406.2, 213.4, 286, 287, 287.1, 287.2, 353, 353.1, 353.2, 356, 357, 357.1, 972, 109, 191, 85.2, 20, 21, 23, 26, 27, 1, 2, 3, 4, 8, 30, 32, 34, 35, 16, 18, 19, 38, 596, 609, 616, 592, 593, 615, 611, 613, 1611, 1610, 1616, 592
**Exhibits Into Evidence(Demonstrative Purpose):**
67

*Elizabeth C. Garcia*
Courtroom Deputy
CC: