# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TIME TOTAL: 5 hrs, 13 mins**

## CIVIL MINUTES - JURY TRIAL

**Judge:** James Ware  
**Date:** August 21, 2009  
**Case No:** C-07-03952 JW

**Courtroom Deputy:** Elizabeth Garcia  
**Court Reporter:** Irene Rodriguez  
**Interpreter:** N/A

## TITLE

Louis Vuitton Malletier, S.A. v. Akanoc Solutions, Inc. et al

Attorney(s) for Plaintiff(s): J. Andrew Coombs, Annie S. Wang  
Attorney(s) for Defendant(s): James A. Lowe, Christopher Lai

## PROCEEDINGS

### Jury Trial Sessions 6 and 7

## ORDER AFTER HEARING

9:05AM: Proceedings resume, jury summoned. Plaintiff rests case. Defense opens case in chief. Defense calls Steve Chen for testimony, direct examination begins.
10:30 AM: The Court takes a mid morning break.
10:50 AM: Jury summoned. Proceedings resume with continuance of direct examination of Steve Chen.
12:00 PM: The Court takes the lunch recess.
1:10 PM: : Jury summoned. Proceedings resume with direct examination of Steve Chen.
2:35 PM: The Court takes the mid afternoon recess.
2:50 PM: Proceedings resume with direct examination of Steve Chen.
2:56 PM: End of direct examination of Steve Chen, begin cross examination.
3:52 PM: Court holds side bar with counsel re further evidence.
3:55 PM: End side bar, jury dismissed. The Court holds a brief hearing outside the presence of the jury.
4:00 PM: Proceedings end for the day.

Further Jury Trial set for August 25, 2009 at 9:00 AM

**Exhibits Into Evidence:**
1523, 1524, 21, 1611, 1610, 54/1606, 55, 1613, 1614, 616, 1598, 7, 1527, 584, 600, 602, 601, 603, 528

Elizabeth C. Garcia  
Courtroom Deputy  
CC: