J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A P. C.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff Louis
Vuitton Malletier, S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| Louis Vuitton Malletier, S.A., <br><br> Plaintiff, <br> v. <br> Akanoc Solutions, Inc., et al. <br><br> Defendants. | Case No.: C 07 3952 JW (HRL) <br><br> [PROPOSED] SPECIAL VERDICT FORM SUBMITTED BY PLAINTIFF LOUIS VUITTON MALLETIER, S.A. |

**Contributory Copyright Infringement**

1. Was there an infringement by the websites of the two copyrights owned by Plaintiff?

   Yes____    No____

2. Did Defendants materially contribute to the infringement with knowledge of the infringement?

   Yes____    No____

3. Please specify the number of direct infringements of the Multicolor Monogram/White Print to which Defendants materially contributed with knowledge.

   _____

4. Please specify the number of direct infringements of the Multicolor Monogram/Black Print to which Defendants materially contributed with knowledge.

   _____

Louis Vuitton v Akanoc, et al.: Special Verdict Form         - 1 -

Dockets.Justia.com

5. Were any of the direct infringements intentional?

   Yes____   No____

6. If you answered "yes" to question 5, please specify how many of the direct infringements were intentional and how many were without knowledge of the Plaintiff's copyrights.

   Without Knowledge   _____

   Intentional            _____

7. Please specify the amount of statutory damages between $750 and $30,000 for each infringement without knowledge.
   $ _____

8. Please specify the amount of statutory damages between $750 and $150,000 for each intentional infringement.
   $ _____

## **Contributory Trademark Infringement**

1. Was there an infringement by the websites of any trademark owned by Plaintiff?

   Yes____   No____

2. Did Defendants continue to provide goods or services to the infringer with knowledge of the infringement?

   Yes____   No____

3. Using the following table, please specify the number of direct infringements of each listed trademark for which Defendants continued to provide goods with knowledge of the infringement:

| Trademark | Class | Number of Direct Infringements |
|---|---|---|
| (LV logo) | 18 | |
| (LV monogram pattern) | 18 | |

Louis Vuitton v Akanoc, et al.:  Special Verdict Form          - 2 -

| Mark | Count | |
|---|---|---|
| [LV monogram pattern] | 16 | |
| [LV monogram pattern] | 25 | |
| LOUIS VUITTON | 18 | |
| LOUIS VUITTON | 34 | |
| LOUIS VUITTON (word mark) | 14 | |
| LOUIS VUITTON (word mark) | 16 | |
| LOUIS VUITTON (word mark) | 18 | |
| LOUIS VUITTON (word mark) | 24 | |
| LOUIS VUITTON (word mark) | 25 | |
| LOUIS VUITTON MALLETIER A PARIS | 16 | |
| LOUIS VUITTON MALLETIER A PARIS | 18 | |

| Mark | Count | |
|---|---|---|
| (LV logo) | 18 | |
| (LV logo) | 14 | |
| (LV logo) | 16 | |
| (LV logo) | 18 | |
| (LV logo) | 24 | |
| (LV logo) | 25 | |
| (LV logo) | 34 | |
| (LV pattern) | 18 | |

4. Were any of the direct infringements identified in response to question (3) intentional?

Yes____   No____

5. If your answer to question (4) was "yes" please identify the number of infringements that were intentional and the number of infringements that were without knowledge.

   Without Knowledge   _____

   Intentional         _____

6. Please specify the amount of statutory damages of up to $2,000,000 for each intentional act of direct infringement.

   $ _____

7. Please specify the amount of statutory damages between $1,000 and up to $200,000 you award for each act of direct infringement that was done without knowledge of the infringement.

   $ _____