UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., | ) Case No.: C 07-3952 JW (HRL) |
| Plaintiff, | ) |
| vs. | ) **VERDICT FORM ON CONTRIBUTORY COPYRIGHT INFRINGEMENT CLAIM REGARDING:** |
| AKANOC SOLUTIONS, INC., et al., | ) **BIGWORLDSHOES.COM** |
| Defendants. | ) |

VERDICT FORM No. _____

1. Has **BigWorldShoes.com** directly infringed within the United States any exclusive right of Louis Vuitton Malletier under the Copyright Act?

    Yes _____          No _____

    If no, please sign and date this form.

2. If yes, which one(s)?

    _____ Multicolor Monogram-Black Print

    _____ Multicolor Monogram-White Print

3. If yes, how was the work or works infringed?

    _____

    _____

4. Did each defendant individually contribute to BigWorldShoes.com's direct copyright infringement of Louis Vuitton Malletier's work(s) by intentionally inducing the direct infringement or by encouraging direct infringement through specific intentional affirmative acts?

    As to Managed Solutions Group, Inc.:     Yes _____     No _____

    As to Akanoc Solutions, Inc.:            Yes _____     No _____

    As to Steve Chen:                        Yes _____     No _____

    If no, as to all defendants please sign and date this form.

5. If yes, please indicate what copyrighted work(s), if any, each defendant contributorily infringed at BigWorldShoes.com:

    <u>Managed Solutions Group, Inc.</u>

    Multicolor Monogram-Black Print _____

    Multicolor Monogram-White Print _____

**VERDICT FORM No. _____**

2

    Akanoc Solutions, Inc.

      Multicolor Monogram-Black Print _____

      Multicolor Monogram-White Print _____

    Steve Chen

      Multicolor Monogram-Black Print _____

      Multicolor Monogram-White Print _____

6. Are the Internet hosting services provided by the Internet Service Provider defendants capable of substantial or commercially significant noninfringing uses?

    As to Managed Solutions Group, Inc.:  Yes _____  No _____

    As to Akanoc Solutions, Inc.:  Yes _____  No _____

7. Could BigWorldShoes.com infringe Louis Vuitton Malletier's copyright(s) without using the Internet Service Provider defendants' Internet hosting services?

    Yes _____  No _____

8. Did each Internet Service Provider defendant receive DMCA-compliant notice from Louis Vuitton Malletier that its copyrighted work(s) was/were allegedly being infringed by BigWorldShoes.com?

    As to Managed Solutions Group, Inc.:  Yes _____  No _____

    As to Akanoc Solutions, Inc.:  Yes _____  No _____

9. If Managed Solutions Group, Inc., received DMCA-compliant notice, was BigWorldShoes.com using an Internet Protocol address assigned to Managed Solutions Group, Inc. at the time Managed Solutions Group, Inc. received the notice?

    Yes _____  No _____

**VERDICT FORM No. _____**

10. If Akanoc Solutions, Inc. received DMCA-compliant notice was BigWorldShoes.com using an Internet Protocol address assigned to Akanoc Solutions, Inc. at the time Akanoc Solutions, Inc. received the notice?

                Yes \_\_\_\_\_     No \_\_\_\_\_

11. Did the defendants take reasonable actions after receiving notice from Louis Vuitton Malletier of alleged copyright infringement?

    As to Managed Solutions Group, Inc.:    Yes \_\_\_\_\_    No \_\_\_\_\_

    As to Akanoc Solutions, Inc.:    Yes \_\_\_\_\_    No \_\_\_\_\_

    As to Steve Chen:    Yes \_\_\_\_\_    No \_\_\_\_\_

Date: _____

_____
Jury Foreperson

**VERDICT FORM No. _____**