UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., <br><br> Plaintiff, <br><br> vs. <br><br> AKANOC SOLUTIONS, INC., et al., <br><br> Defendants. | Case No.: C 07-3952 JW (HRL) <br><br> **VERDICT FORM ON CONTRIBUTORY COPYRIGHT INFRINGEMENT CLAIM REGARDING:** <br><br> **LUXURY2US.COM** |

VERDICT FORM No. _____

Dockets.Justia.com

1. Has **Luxury2us.com** directly infringed within the United States any exclusive right of Louis Vuitton Malletier under the Copyright Act?

   Yes \_\_\_\_\_          No \_\_\_\_\_

   If no, please sign and date this form.

2. If yes, which one(s)?

   _____ Multicolor Monogram-Black Print

   _____ Multicolor Monogram-White Print

3. If yes, how was the work or works infringed?

   _____

   _____

4. Did each defendant individually contribute to Luxury2us.com's direct copyright infringement of Louis Vuitton Malletier's work(s) by intentionally inducing the direct infringement or by encouraging direct infringement through specific intentional affirmative acts?

   As to Managed Solutions Group, Inc.:    Yes \_\_\_\_\_    No \_\_\_\_\_

   As to Akanoc Solutions, Inc.:    Yes \_\_\_\_\_    No \_\_\_\_\_

   As to Steve Chen:    Yes \_\_\_\_\_    No \_\_\_\_\_

   If no, as to all defendants please sign and date this form.

5. If yes, please indicate what copyrighted work(s), if any, each defendant contributorily infringed at Luxury2us.com:

   <u>Managed Solutions Group, Inc.</u>

   Multicolor Monogram-Black Print \_\_\_\_\_

   Multicolor Monogram-White Print \_\_\_\_\_

**VERDICT FORM No. \_\_\_\_\_**

2

        Akanoc Solutions, Inc.

            Multicolor Monogram-Black Print _____

            Multicolor Monogram-White Print _____

        Steve Chen

            Multicolor Monogram-Black Print _____

            Multicolor Monogram-White Print _____

6. Are the Internet hosting services provided by the Internet Service Provider defendants capable of substantial or commercially significant noninfringing uses?

    As to Managed Solutions Group, Inc.:    Yes _____    No _____

    As to Akanoc Solutions, Inc.:    Yes _____    No _____

7. Could Luxury2us.com infringe Louis Vuitton Malletier's copyright(s) without using the Internet Service Provider defendants' Internet hosting services?

    Yes _____    No _____

8. Did each Internet Service Provider defendant receive DMCA-compliant notice from Louis Vuitton Malletier that its copyrighted work(s) was/were allegedly being infringed by Luxury2us.com?

    As to Managed Solutions Group, Inc.:    Yes _____    No _____

    As to Akanoc Solutions, Inc.:    Yes _____    No _____

9. If Managed Solutions Group, Inc., received DMCA-compliant notice, was Luxury2us.com using an Internet Protocol address assigned to Managed Solutions Group, Inc. at the time Managed Solutions Group, Inc. received the notice?

    Yes _____    No _____

10. If Akanoc Solutions, Inc. received DMCA-compliant notice was Luxury2us.com using an Internet Protocol address assigned to Akanoc Solutions, Inc. at the time Akanoc Solutions, Inc. received the notice?

      Yes _____    No _____

11. Did the defendants take reasonable actions after receiving notice from Louis Vuitton Malletier of alleged copyright infringement?

   As to Managed Solutions Group, Inc.:  Yes _____  No _____
   As to Akanoc Solutions, Inc.:  Yes _____  No _____
   As to Steve Chen:  Yes _____  No _____

Date: _____

            _____
            Jury Foreperson