1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                            SAN JOSE DIVISION
11
12
13  LOUIS VUITTON MALLETIER, S.A.,        ) Case No.: C 07-3952 JW (HRL)
                                          )
14                    Plaintiff,          )
                                          ) **VERDICT FORM ON CONTRIBUTORY**
15        vs.                             ) **COPYRIGHT INFRINGEMENT CLAIM**
                                          ) **REGARDING:**
16                                        )
                                          ) **PICKYOURGOODS.COM**
17  AKANOC SOLUTIONS, INC., et al.,       )
                                          )
18                    Defendants.         )
                                          )
19  _____      )
20
21
22
23
24
25
26
27
28

VERDICT FORM No. _____

1. Has **PickYourGoods.com** directly infringed within the United States any exclusive right of Louis Vuitton Malletier under the Copyright Act?

    Yes \_\_\_\_\_          No \_\_\_\_\_

If no, please sign and date this form.

2. If yes, which one(s)?

    _____ Multicolor Monogram-Black Print

    _____ Multicolor Monogram-White Print

3. If yes, how was the work or works infringed?

_____

_____

4. Did each defendant individually contribute to PickYourGoods.com's direct copyright infringement of Louis Vuitton Malletier's work(s) by intentionally inducing the direct infringement or by encouraging direct infringement through specific intentional affirmative acts?

    As to Managed Solutions Group, Inc.:    Yes \_\_\_\_\_    No \_\_\_\_\_

    As to Akanoc Solutions, Inc.:    Yes \_\_\_\_\_    No \_\_\_\_\_

    As to Steve Chen:    Yes \_\_\_\_\_    No \_\_\_\_\_

If no, as to all defendants please sign and date this form.

5. If yes, please indicate what copyrighted work(s), if any, each defendant contributorily infringed at PickYourGoods.com:

    <u>Managed Solutions Group, Inc.</u>

        Multicolor Monogram-Black Print \_\_\_\_\_

        Multicolor Monogram-White Print \_\_\_\_\_

**VERDICT FORM No. \_\_\_\_\_**

2

        Akanoc Solutions, Inc.

            Multicolor Monogram-Black Print  \_\_\_\_\_

            Multicolor Monogram-White Print  \_\_\_\_\_

        Steve Chen

            Multicolor Monogram-Black Print  \_\_\_\_\_

            Multicolor Monogram-White Print  \_\_\_\_\_

6. Are the Internet hosting services provided by the Internet Service Provider defendants capable of substantial or commercially significant noninfringing uses?

        As to Managed Solutions Group, Inc.:    Yes \_\_\_\_\_    No \_\_\_\_\_

        As to Akanoc Solutions, Inc.:    Yes \_\_\_\_\_    No \_\_\_\_\_

7. Could PickYourGoods.com infringe Louis Vuitton Malletier's copyright(s) without using the Internet Service Provider defendants' Internet hosting services?

        Yes \_\_\_\_\_    No \_\_\_\_\_

8. Did each Internet Service Provider defendant receive DMCA-compliant notice from Louis Vuitton Malletier that its copyrighted work(s) was/were allegedly being infringed by PickYourGoods.com?

        As to Managed Solutions Group, Inc.:    Yes \_\_\_\_\_    No \_\_\_\_\_

        As to Akanoc Solutions, Inc.:    Yes \_\_\_\_\_    No \_\_\_\_\_

9. If Managed Solutions Group, Inc., received DMCA-compliant notice, was PickYourGoods.com using an Internet Protocol address assigned to Managed Solutions Group, Inc. at the time Managed Solutions Group, Inc. received the notice?

        Yes \_\_\_\_\_    No \_\_\_\_\_

**VERDICT FORM No. \_\_\_\_\_**

10. If Akanoc Solutions, Inc. received DMCA-compliant notice was PickYourGoods.com using an Internet Protocol address assigned to Akanoc Solutions, Inc. at the time Akanoc Solutions, Inc. received the notice?

    Yes _____    No _____

11. Did the defendants take reasonable actions after receiving notice from Louis Vuitton Malletier of alleged copyright infringement?

    As to Managed Solutions Group, Inc.:    Yes _____    No _____
    As to Akanoc Solutions, Inc.:    Yes _____    No _____
    As to Steve Chen:    Yes _____    No _____


Date: _____

                                                    _____
                                                    Jury Foreperson

**VERDICT FORM No. _____**