1

2

3

4

5

6

7

8            **UNITED STATES DISTRICT COURT**

9       **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10              **SAN JOSE DIVISION**

11

12

13   LOUIS VUITTON MALLETIER, S.A.,    )   Case No.: C 07-3952 JW (HRL)
                                         )

14             Plaintiff,            )
                                         )

15       vs.                          )   **VERDICT FORM ON CONTRIBUTORY**
                                         )   **TRADEMARK INFRINGEMENT**

16                                          )   **CLAIM REGARDING:**
                                         )

17   AKANOC SOLUTIONS, INC., et al.,     )   **BAG4SELL.COM**
                                         )

18            Defendants.        )
                                         )

19   _____ )

20

21

22

23

24

25

26

27

28

Dockets.Justia.com

1.   Has **Bag4Sell.com** used a trademark of Louis Vuitton Malletier in commerce in the United States in connection with the sale or advertising of goods?

Yes _____          No _____

If no, please sign and date form.

2.   If yes, was Bag4Sell.com's use of a Louis Vuitton Malletier trademark likely to confuse an appreciable number of reasonably prudent buyers exercising ordinary care, as to the source of the product?

Yes _____          No _____

If no, please sign and date form.

3.   If yes, which trademark(s) were directly infringed by Bag4Sell.com?

_____ Louis Vuitton (Interlocked Letters) in a Circle Design – Class 18

_____ Louis Vuitton (Interlocked Letters) and Monogram Canvas Design – Class 18

_____ LOUIS VUITTON – Class 18

_____ Louis Vuitton (Interlocked Letters) Design – Class18

_____ LOUIS VUITTON MALLETIER A PARIS in Rectangle – Class 16, 18

_____ Louis Vuitton (Interlocked Letters) in Epi Leather Design – Class 18

_____ Louis Vuitton (Interlocked Letters) and Monogram Canvas Pattern Design – Class 25

_____ Louis Vuitton (Interlocked Letters) Design – Class 16, 25

_____ Louis Vuitton (Interlocked Letters) and Monogram Canvas Design – Class 16

_____ Louis Vuitton (Interlocked Letters) – Class 14, 24

_____ LOUIS VUITTON World Mark – Class 16, 18, 24, 25

_____ Louis Vuitton (Interlocked Letters) Design – Class 34

_____ LOUIS VUITTON – Class 34

_____ Louis Vuitton (Interlocked Letters) Design – Class 25

_____ LOUIS VUITTON PARIS and Damier (pattern design) – Class 18

4.   If yes, how was/were the trademark(s) directly infringed by Bag4Sell.com?

_____

_____

2

**VERDICT FORM No. _____**

5.   Did Louis Vuitton establish that the person(s) who operate Bag4Sell.com are United States citizens?

                  Yes _____          No _____

6.   Did Louis Vuitton establish that the direct infringement of Louis Vuitton Malletier's trademark(s) by Bag4Sell.com have a substantial effect on United States commerce?

                  Yes _____          No _____

7.   Did each defendant individually intentionally persuade or influence Bag4Sell.com to infringe Louis Vuitton Malletier's trademark(s)?

        As to Managed Solutions Group, Inc.:          Yes _____     No _____

        As to Akanoc Solutions, Inc.:          Yes _____     No _____

        As to Steve Chen:          Yes _____     No _____

8.   Did each defendant individually directly control Bag4Sell.com's direct infringement of Louis Vuitton Malletier's trademark(s)?

        As to Managed Solutions Group, Inc.:          Yes _____     No _____

        As to Akanoc Solutions, Inc.:          Yes _____     No _____

        As to Steve Chen:          Yes _____     No _____

9.   Did each defendant individually monitor the infringement of Louis Vuitton Malletier's trademark(s) on Bag4Sell.com's website?

        As to Managed Solutions Group, Inc.:          Yes _____     No _____

        As to Akanoc Solutions, Inc.:          Yes _____     No _____

        As to Steve Chen:          Yes _____     No _____

10.  If yes to 7, 8 or 9, for each trademark Bag4Sell.com directly infringed, list each such trademark, if any, that each defendant contributorily infringed?  If none, please so indicate.

        Managed Solutions Group, Inc._____

_____

        Akanoc Solutions, Inc. _____

_____

VERDICT FORM No. _____

Steve Chen _____

_____

11.   Could Bag4Sell.com directly infringe Louis Vuitton Malletier's trademark(s) without using the Internet Service Provider defendants' Internet hosting services?

Yes _____     No _____

12.   Did each defendant who received notice regarding Bag4Sell.com take reasonable actions after it received notice from Louis Vuitton Malletier of alleged trademark infringement?

As to Managed Solutions Group, Inc.:     Yes _____     No _____

As to Akanoc Solutions, Inc.:     Yes _____     No _____

As to Steve Chen:     Yes _____     No _____

Date: _____

_____
Jury Foreperson

VERDICT FORM No. _____