1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10                              **SAN JOSE DIVISION**
11
12
13  | LOUIS VUITTON MALLETIER, S.A.,    ) Case No.: C 07-3952 JW (HRL)
14  |                                   )
    |          Plaintiff,               )
15  |                                   ) **VERDICT FORM ON CONTRIBUTORY**
    |     vs.                           ) **TRADEMARK INFRINGEMENT**
16  |                                   ) **CLAIM REGARDING:**
    |                                   )
17  | AKANOC SOLUTIONS, INC., et al.,   ) **BAG925.COM**
    |                                   )
18  |          Defendants.              )
    |                                   )
19  |_____)

20
21
22
23
24
25
26
27
28

1. Has **Bag925.com** used a trademark of Louis Vuitton Malletier in commerce in the United States in connection with the sale or advertising of goods?

   Yes _____     No _____

   If no, please sign and date form.

2. If yes, was Bag925.com's use of a Louis Vuitton Malletier trademark likely to confuse an appreciable number of reasonably prudent buyers exercising ordinary care, as to the source of the product?

   Yes _____     No _____

   If no, please sign and date form.

3. If yes, which trademark(s) were directly infringed by Bag925.com?

   _____ Louis Vuitton (Interlocked Letters) in a Circle Design – Class 18

   _____ Louis Vuitton (Interlocked Letters) and Monogram Canvas Design – Class 18

   _____ LOUIS VUITTON – Class 18

   _____ Louis Vuitton (Interlocked Letters) Design – Class18

   _____ LOUIS VUITTON MALLETIER A PARIS in Rectangle – Class 16, 18

   _____ Louis Vuitton (Interlocked Letters) in Epi Leather Design – Class 18

   _____ Louis Vuitton (Interlocked Letters) and Monogram Canvas Pattern Design – Class 25

   _____ Louis Vuitton (Interlocked Letters) Design – Class 16, 25

   _____ Louis Vuitton (Interlocked Letters) and Monogram Canvas Design – Class 16

   _____ Louis Vuitton (Interlocked Letters) – Class 14, 24

   _____ LOUIS VUITTON World Mark – Class 16, 18, 24, 25

   _____ Louis Vuitton (Interlocked Letters) Design – Class 34

   _____ LOUIS VUITTON – Class 34

   _____ Louis Vuitton (Interlocked Letters) Design – Class 25

   _____ LOUIS VUITTON PARIS and Damier (pattern design) – Class 18

4. If yes, how was/were the trademark(s) directly infringed by Bag925.com?

   _____

   _____

5. Did Louis Vuitton establish that the person(s) who operate Bag925.com are United States citizens?

        Yes _____          No _____

6. Did Louis Vuitton establish that the direct infringement of Louis Vuitton Malletier's trademark(s) by Bag925.com have a substantial effect on United States commerce?

        Yes _____          No _____

7. Did each defendant individually intentionally persuade or influence Bag925.com to infringe Louis Vuitton Malletier's trademark(s)?

    As to Managed Solutions Group, Inc.:     Yes _____     No _____

    As to Akanoc Solutions, Inc.:                 Yes _____     No _____

    As to Steve Chen:                              Yes _____     No _____

8. Did each defendant individually directly control Bag925.com's direct infringement of Louis Vuitton Malletier's trademark(s)?

    As to Managed Solutions Group, Inc.:     Yes _____     No _____

    As to Akanoc Solutions, Inc.:                 Yes _____     No _____

    As to Steve Chen:                              Yes _____     No _____

9. Did each defendant individually monitor the infringement of Louis Vuitton Malletier's trademark(s) on Bag925.com's website?

    As to Managed Solutions Group, Inc.:     Yes _____     No _____

    As to Akanoc Solutions, Inc.:                 Yes _____     No _____

    As to Steve Chen:                              Yes _____     No _____

10. If yes to 7, 8 or 9, for each trademark Bag925.com directly infringed, list each such trademark, if any, that each defendant contributorily infringed?  If none, please so indicate.

    Managed Solutions Group, Inc._____

_____

    Akanoc Solutions, Inc. _____

_____

**VERDICT FORM No. _____**

Steve Chen _____

_____

11. Could Bag925.com directly infringe Louis Vuitton Malletier's trademark(s) without using the Internet Service Provider defendants' Internet hosting services?

Yes _____   No _____

12. Did each defendant who received notice regarding Bag925.com take reasonable actions after it received notice from Louis Vuitton Malletier of alleged trademark infringement?

| | | |
|---|---|---|
| As to Managed Solutions Group, Inc.: | Yes _____ | No _____ |
| As to Akanoc Solutions, Inc.: | Yes _____ | No _____ |
| As to Steve Chen: | Yes _____ | No _____ |

Date: _____

_____
Jury Foreperson

4

**VERDICT FORM No.** _____