UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., | ) Case No.: C 07-3952 JW (HRL) <br> ) <br> ) **VERDICT FORM ON CONTRIBUTORY** <br> ) **TRADEMARK INFRINGEMENT** <br> ) **CLAIM REGARDING:** <br> ) <br> ) **ESHOES99.COM** <br> ) <br> ) <br> ) <br> ) |
| Plaintiff, | |
| vs. | |
| AKANOC SOLUTIONS, INC., et al., | |
| Defendants. | |

1. Has **Eshoes99.com** used a trademark of Louis Vuitton Malletier in commerce in the United States in connection with the sale or advertising of goods?

    Yes _____        No _____

    If no, please sign and date form.

2. If yes, was Eshoes99.com's use of a Louis Vuitton Malletier trademark likely to confuse an appreciable number of reasonably prudent buyers exercising ordinary care, as to the source of the product?

    Yes _____        No _____

    If no, please sign and date form.

3. If yes, which trademark(s) were directly infringed by Eshoes99.com?

    _____ Louis Vuitton (Interlocked Letters) in a Circle Design – Class 18

    _____ Louis Vuitton (Interlocked Letters) and Monogram Canvas Design – Class 18

    _____ LOUIS VUITTON – Class 18

    _____ Louis Vuitton (Interlocked Letters) Design – Class18

    _____ LOUIS VUITTON MALLETIER A PARIS in Rectangle – Class 16, 18

    _____ Louis Vuitton (Interlocked Letters) in Epi Leather Design – Class 18

    _____ Louis Vuitton (Interlocked Letters) and Monogram Canvas Pattern Design – Class 25

    _____ Louis Vuitton (Interlocked Letters) Design – Class 16, 25

    _____ Louis Vuitton (Interlocked Letters) and Monogram Canvas Design – Class 16

    _____ Louis Vuitton (Interlocked Letters) – Class 14, 24

    _____ LOUIS VUITTON World Mark – Class 16, 18, 24, 25

    _____ Louis Vuitton (Interlocked Letters) Design – Class 34

    _____ LOUIS VUITTON – Class 34

    _____ Louis Vuitton (Interlocked Letters) Design – Class 25

    _____ LOUIS VUITTON PARIS and Damier (pattern design) – Class 18

4. If yes, how was/were the trademark(s) directly infringed by Eshoes99.com?

    _____

    _____

5. Did Louis Vuitton establish that the person(s) who operate Eshoes99.com are United States citizens?

    Yes \_\_\_\_\_        No \_\_\_\_\_

6. Did Louis Vuitton establish that the direct infringement of Louis Vuitton Malletier's trademark(s) by Eshoes99.com have a substantial effect on United States commerce?

    Yes \_\_\_\_\_        No \_\_\_\_\_

7. Did each defendant individually intentionally persuade or influence Eshoes99.com to infringe Louis Vuitton Malletier's trademark(s)?

    As to Managed Solutions Group, Inc.:    Yes \_\_\_\_\_    No \_\_\_\_\_

    As to Akanoc Solutions, Inc.:    Yes \_\_\_\_\_    No \_\_\_\_\_

    As to Steve Chen:    Yes \_\_\_\_\_    No \_\_\_\_\_

8. Did each defendant individually directly control Eshoes99.com's direct infringement of Louis Vuitton Malletier's trademark(s)?

    As to Managed Solutions Group, Inc.:    Yes \_\_\_\_\_    No \_\_\_\_\_

    As to Akanoc Solutions, Inc.:    Yes \_\_\_\_\_    No \_\_\_\_\_

    As to Steve Chen:    Yes \_\_\_\_\_    No \_\_\_\_\_

9. Did each defendant individually monitor the infringement of Louis Vuitton Malletier's trademark(s) on Eshoes99.com's website?

    As to Managed Solutions Group, Inc.:    Yes \_\_\_\_\_    No \_\_\_\_\_

    As to Akanoc Solutions, Inc.:    Yes \_\_\_\_\_    No \_\_\_\_\_

    As to Steve Chen:    Yes \_\_\_\_\_    No \_\_\_\_\_

10. If yes to 7, 8 or 9, for each trademark Eshoes99.com directly infringed, list each such trademark, if any, that each defendant contributorily infringed? If none, please so indicate.

    Managed Solutions Group, Inc._____

_____

    Akanoc Solutions, Inc. _____

_____

VERDICT FORM No. \_\_\_\_\_

Steve Chen _____

_____

11. Could Eshoes99.com directly infringe Louis Vuitton Malletier's trademark(s) without using the Internet Service Provider defendants' Internet hosting services?

   Yes \_\_\_\_\_   No \_\_\_\_\_

12. Did each defendant who received notice regarding Eshoes99.com take reasonable actions after it received notice from Louis Vuitton Malletier of alleged trademark infringement?

   As to Managed Solutions Group, Inc.:   Yes \_\_\_\_\_   No \_\_\_\_\_
   As to Akanoc Solutions, Inc.:          Yes \_\_\_\_\_   No \_\_\_\_\_
   As to Steve Chen:                      Yes \_\_\_\_\_   No \_\_\_\_\_

Date: _____

_____
Jury Foreperson

**VERDICT FORM No. _____**