UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., | ) Case No.: C 07-3952 JW (HRL) |
| Plaintiff, | ) |
| vs. | ) **VERDICT FORM ON CONTRIBUTORY** <br> ) **TRADEMARK INFRINGEMENT** <br> ) **CLAIM REGARDING:** |
| AKANOC SOLUTIONS, INC., et al., | ) **ESHOES99.NET** |
| Defendants. | ) |

1.     Has **Eshoes99.net** used a trademark of Louis Vuitton Malletier in commerce in the United States in connection with the sale or advertising of goods?

       Yes _____        No _____

       If no, please sign and date form.

2.     If yes, was Eshoes99.net's use of a Louis Vuitton Malletier trademark likely to confuse an appreciable number of reasonably prudent buyers exercising ordinary care, as to the source of the product?

       Yes _____        No _____

       If no, please sign and date form.

3.     If yes, which trademark(s) were directly infringed by Eshoes99.net?

_____ Louis Vuitton (Interlocked Letters) in a Circle Design – Class 18

_____ Louis Vuitton (Interlocked Letters) and Monogram Canvas Design – Class 18

_____ LOUIS VUITTON – Class 18

_____ Louis Vuitton (Interlocked Letters) Design – Class18

_____ LOUIS VUITTON MALLETIER A PARIS in Rectangle – Class 16, 18

_____ Louis Vuitton (Interlocked Letters) in Epi Leather Design – Class 18

_____ Louis Vuitton (Interlocked Letters) and Monogram Canvas Pattern Design – Class 25

_____ Louis Vuitton (Interlocked Letters) Design – Class 16, 25

_____ Louis Vuitton (Interlocked Letters) and Monogram Canvas Design – Class 16

_____ Louis Vuitton (Interlocked Letters) – Class 14, 24

_____ LOUIS VUITTON World Mark – Class 16, 18, 24, 25

_____ Louis Vuitton (Interlocked Letters) Design – Class 34

_____ LOUIS VUITTON – Class 34

_____ Louis Vuitton (Interlocked Letters) Design – Class 25

_____ LOUIS VUITTON PARIS and Damier (pattern design) – Class 18

4.     If yes, how was/were the trademark(s) directly infringed by Eshoes99.net?

_____

_____

5. Did Louis Vuitton establish that the person(s) who operate Eshoes99.net are United States citizens?

        Yes _____        No _____

6. Did Louis Vuitton establish that the direct infringement of Louis Vuitton Malletier's trademark(s) by Eshoes99.net have a substantial effect on United States commerce?

        Yes _____        No _____

7. Did each defendant individually intentionally persuade or influence Eshoes99.net to infringe Louis Vuitton Malletier's trademark(s)?

    As to Managed Solutions Group, Inc.:    Yes _____   No _____
    As to Akanoc Solutions, Inc.:    Yes _____   No _____
    As to Steve Chen:    Yes _____   No _____

8. Did each defendant individually directly control Eshoes99.net's direct infringement of Louis Vuitton Malletier's trademark(s)?

    As to Managed Solutions Group, Inc.:    Yes _____   No _____
    As to Akanoc Solutions, Inc.:    Yes _____   No _____
    As to Steve Chen:    Yes _____   No _____

9. Did each defendant individually monitor the infringement of Louis Vuitton Malletier's trademark(s) on Eshoes99.net's website?

    As to Managed Solutions Group, Inc.:    Yes _____   No _____
    As to Akanoc Solutions, Inc.:    Yes _____   No _____
    As to Steve Chen:    Yes _____   No _____

10. If yes to 7, 8 or 9, for each trademark Eshoes99.net directly infringed, list each such trademark, if any, that each defendant contributorily infringed? If none, please so indicate.

    Managed Solutions Group, Inc._____

_____

    Akanoc Solutions, Inc. _____

VERDICT FORM No. _____

_____

        Steve Chen _____

_____

11. Could Eshoes99.net directly infringe Louis Vuitton Malletier's trademark(s) without using the Internet Service Provider defendants' Internet hosting services?

        Yes _____    No _____

12. Did each defendant who received notice regarding Eshoes99.net take reasonable actions after it received notice from Louis Vuitton Malletier of alleged trademark infringement?

| | | | |
|---|---|---|---|
| As to Managed Solutions Group, Inc.: | Yes _____ | No _____ |
| As to Akanoc Solutions, Inc.: | Yes _____ | No _____ |
| As to Steve Chen: | Yes _____ | No _____ |

Date: _____

                                                    _____
                                                    Jury Foreperson

**VERDICT FORM No.** _____