1

2

3

4

5

6

7

8                     **UNITED STATES DISTRICT COURT**

9            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                          **SAN JOSE DIVISION**

11

12

13   LOUIS VUITTON MALLETIER, S.A.,          ) Case No.:  C 07-3952 JW (HRL)
                                             )
14                    Plaintiff,             )
                                             ) **VERDICT FORM ON CONTRIBUTORY**
15          vs.                              ) **TRADEMARK INFRINGEMENT**
                                             ) **CLAIM REGARDING:**
16                                           )
                                             ) **GUCCIFENDI.COM**
17   AKANOC SOLUTIONS, INC., et al.,         )
                                             )
18                    Defendants.            )
                                             )
19   _____       )

20

21

22

23

24

25

26

27

28

Dockets.Justia.com

1.      Has **GucciFendi.com** used a trademark of Louis Vuitton Malletier in commerce in the United States in connection with the sale or advertising of goods?

Yes _____                    No _____

If no, please sign and date form.

2.      If yes, was GucciFendi.com's use of a Louis Vuitton Malletier trademark likely to confuse an appreciable number of reasonably prudent buyers exercising ordinary care, as to the source of the product?

Yes _____                    No _____

If no, please sign and date form.

3.      If yes, which trademark(s) were directly infringed by GucciFendi.com?

_____ Louis Vuitton (Interlocked Letters) in a Circle Design – Class 18

_____ Louis Vuitton (Interlocked Letters) and Monogram Canvas Design – Class 18

_____ LOUIS VUITTON – Class 18

_____ Louis Vuitton (Interlocked Letters) Design – Class18

_____ LOUIS VUITTON MALLETIER A PARIS in Rectangle – Class 16, 18

_____ Louis Vuitton (Interlocked Letters) in Epi Leather Design – Class 18

_____ Louis Vuitton (Interlocked Letters) and Monogram Canvas Pattern Design – Class 25

_____ Louis Vuitton (Interlocked Letters) Design – Class 16, 25

_____ Louis Vuitton (Interlocked Letters) and Monogram Canvas Design – Class 16

_____ Louis Vuitton (Interlocked Letters) – Class 14, 24

_____ LOUIS VUITTON World Mark – Class 16, 18, 24, 25

_____ Louis Vuitton (Interlocked Letters) Design – Class 34

_____ LOUIS VUITTON – Class 34

_____ Louis Vuitton (Interlocked Letters) Design – Class 25

_____ LOUIS VUITTON PARIS and Damier (pattern design) – Class 18

4.      If yes, how was/were the trademark(s) directly infringed by GucciFendi.com?

_____

_____

2

**VERDICT FORM No. _____**

1    5.    Did Louis Vuitton establish that the person(s) who operate GucciFendi.com are

2          United States citizens?

3                          Yes _____            No _____

4    6.    Did Louis Vuitton establish that the direct infringement of Louis Vuitton Malletier's

5          trademark(s) by GucciFendi.com have a substantial effect on United States

6          commerce?

7                          Yes _____            No _____

8    7.    Did each defendant individually intentionally persuade or influence GucciFendi.com

9          to infringe Louis Vuitton Malletier's trademark(s)?

10               As to Managed Solutions Group, Inc.:        Yes _____      No _____

11               As to Akanoc Solutions, Inc.:               Yes _____      No _____

12               As to Steve Chen:                           Yes _____      No _____

13   8.    Did each defendant individually directly control GucciFendi.com's direct

14         infringement of Louis Vuitton Malletier's trademark(s)?

15               As to Managed Solutions Group, Inc.:        Yes _____      No _____

16               As to Akanoc Solutions, Inc.:               Yes _____      No _____

17               As to Steve Chen:                           Yes _____      No _____

18   9.    Did each defendant individually monitor the infringement of Louis Vuitton

19         Malletier's trademark(s) on GucciFendi.com's website?

20               As to Managed Solutions Group, Inc.:        Yes _____      No _____

21               As to Akanoc Solutions, Inc.:               Yes _____      No _____

22               As to Steve Chen:                           Yes _____      No _____

23   10.   If yes to 7, 8 or 9, for each trademark GucciFendi.com directly infringed, list each

24         such trademark, if any, that each defendant contributorily infringed?  If none, please

25         so indicate.

26               Managed Solutions Group, Inc._____

27         _____

28               Akanoc Solutions, Inc. _____

**VERDICT FORM No.** _____

_____

        Steve Chen _____

_____

11. Could GucciFendi.com directly infringe Louis Vuitton Malletier's trademark(s) without using the Internet Service Provider defendants' Internet hosting services?

                Yes _____      No _____

12. Did each defendant who received notice regarding GucciFendi.com take reasonable actions after it received notice from Louis Vuitton Malletier of alleged trademark infringement?

        As to Managed Solutions Group, Inc.:     Yes _____     No _____

        As to Akanoc Solutions, Inc.:         Yes _____     No _____

        As to Steve Chen:                 Yes _____     No _____

Date: _____

                                      _____

                                      Jury Foreperson

4

**VERDICT FORM No. _____**