UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., | ) Case No.: C 07-3952 JW (HRL) <br> ) <br> ) <br> ) **VERDICT FORM ON CONTRIBUTORY** <br> ) **TRADEMARK INFRINGEMENT** <br> ) **CLAIM REGARDING:** <br> ) <br> ) **INNIKE.COM** <br> ) <br> ) <br> ) <br> ) |
| Plaintiff, | |
| vs. | |
| AKANOC SOLUTIONS, INC., et al., | |
| Defendants. | |

1. Has **InNike.com** used a trademark of Louis Vuitton Malletier in commerce in the United States in connection with the sale or advertising of goods?

 Yes \_\_\_\_\_          No \_\_\_\_\_

 If no, please sign and date form.

2. If yes, was InNike.com's use of a Louis Vuitton Malletier trademark likely to confuse an appreciable number of reasonably prudent buyers exercising ordinary care, as to the source of the product?

 Yes \_\_\_\_\_          No \_\_\_\_\_

 If no, please sign and date form.

3. If yes, which trademark(s) were directly infringed by InNike.com?

 \_\_\_\_\_ Louis Vuitton (Interlocked Letters) in a Circle Design – Class 18

 \_\_\_\_\_ Louis Vuitton (Interlocked Letters) and Monogram Canvas Design – Class 18

 \_\_\_\_\_ LOUIS VUITTON – Class 18

 \_\_\_\_\_ Louis Vuitton (Interlocked Letters) Design – Class18

 \_\_\_\_\_ LOUIS VUITTON MALLETIER A PARIS in Rectangle – Class 16, 18

 \_\_\_\_\_ Louis Vuitton (Interlocked Letters) in Epi Leather Design – Class 18

 \_\_\_\_\_ Louis Vuitton (Interlocked Letters) and Monogram Canvas Pattern Design – Class 25

 \_\_\_\_\_ Louis Vuitton (Interlocked Letters) Design – Class 16, 25

 \_\_\_\_\_ Louis Vuitton (Interlocked Letters) and Monogram Canvas Design – Class 16

 \_\_\_\_\_ Louis Vuitton (Interlocked Letters) – Class 14, 24

 \_\_\_\_\_ LOUIS VUITTON World Mark – Class 16, 18, 24, 25

 \_\_\_\_\_ Louis Vuitton (Interlocked Letters) Design – Class 34

 \_\_\_\_\_ LOUIS VUITTON – Class 34

 \_\_\_\_\_ Louis Vuitton (Interlocked Letters) Design – Class 25

 \_\_\_\_\_ LOUIS VUITTON PARIS and Damier (pattern design) – Class 18

4. If yes, how was/were the trademark(s) directly infringed by InNike.com?

_____

_____

**VERDICT FORM No. _____**

5. Did Louis Vuitton establish that the person(s) who operate InNike.com are United States citizens?

        Yes \_\_\_\_\_        No \_\_\_\_\_

6. Did Louis Vuitton establish that the direct infringement of Louis Vuitton Malletier's trademark(s) by InNike.com have a substantial effect on United States commerce?

        Yes \_\_\_\_\_        No \_\_\_\_\_

7. Did each defendant individually intentionally persuade or influence InNike.com to infringe Louis Vuitton Malletier's trademark(s)?

    As to Managed Solutions Group, Inc.:    Yes \_\_\_\_\_    No \_\_\_\_\_
    As to Akanoc Solutions, Inc.:    Yes \_\_\_\_\_    No \_\_\_\_\_
    As to Steve Chen:    Yes \_\_\_\_\_    No \_\_\_\_\_

8. Did each defendant individually directly control InNike.com's direct infringement of Louis Vuitton Malletier's trademark(s)?

    As to Managed Solutions Group, Inc.:    Yes \_\_\_\_\_    No \_\_\_\_\_
    As to Akanoc Solutions, Inc.:    Yes \_\_\_\_\_    No \_\_\_\_\_
    As to Steve Chen:    Yes \_\_\_\_\_    No \_\_\_\_\_

9. Did each defendant individually monitor the infringement of Louis Vuitton Malletier's trademark(s) on InNike.com's website?

    As to Managed Solutions Group, Inc.:    Yes \_\_\_\_\_    No \_\_\_\_\_
    As to Akanoc Solutions, Inc.:    Yes \_\_\_\_\_    No \_\_\_\_\_
    As to Steve Chen:    Yes \_\_\_\_\_    No \_\_\_\_\_

10. If yes to 7, 8 or 9, for each trademark InNike.com directly infringed, list each such trademark, if any, that each defendant contributorily infringed? If none, please so indicate.

    Managed Solutions Group, Inc._____

_____

    Akanoc Solutions, Inc. _____

_____

        Steve Chen _____

_____

11.    Could InNike.com directly infringe Louis Vuitton Malletier's trademark(s) without using the Internet Service Provider defendants' Internet hosting services?

        Yes _____    No _____

12.    Did each defendant who received notice regarding InNike.com take reasonable actions after it received notice from Louis Vuitton Malletier of alleged trademark infringement?

        As to Managed Solutions Group, Inc.:    Yes _____    No _____

        As to Akanoc Solutions, Inc.:    Yes _____    No _____

        As to Steve Chen:    Yes _____    No _____

Date: _____

                                        _____

                                        Jury Foreperson

**VERDICT FORM No. _____**