UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., | ) Case No.: C 07-3952 JW (HRL) |
| Plaintiff, | ) |
| vs. | ) **VERDICT FORM ON CONTRIBUTORY** <br> ) **TRADEMARK INFRINGEMENT** <br> ) **CLAIM REGARDING:** |
| AKANOC SOLUTIONS, INC., et al., | ) **PICKYOURGOODS.COM** |
| Defendants. | ) |

1. Has **PickYourGoods.com** used a trademark of Louis Vuitton Malletier in commerce in the United States in connection with the sale or advertising of goods?

   Yes _____        No _____

   If no, please sign and date form.

2. If yes, was PickYourGoods.com's use of a Louis Vuitton Malletier trademark likely to confuse an appreciable number of reasonably prudent buyers exercising ordinary care, as to the source of the product?

   Yes _____        No _____

   If no, please sign and date form.

3. If yes, which trademark(s) were directly infringed by PickYourGoods.com?

   _____ Louis Vuitton (Interlocked Letters) in a Circle Design – Class 18

   _____ Louis Vuitton (Interlocked Letters) and Monogram Canvas Design – Class 18

   _____ LOUIS VUITTON – Class 18

   _____ Louis Vuitton (Interlocked Letters) Design – Class18

   _____ LOUIS VUITTON MALLETIER A PARIS in Rectangle – Class 16, 18

   _____ Louis Vuitton (Interlocked Letters) in Epi Leather Design – Class 18

   _____ Louis Vuitton (Interlocked Letters) and Monogram Canvas Pattern Design – Class 25

   _____ Louis Vuitton (Interlocked Letters) Design – Class 16, 25

   _____ Louis Vuitton (Interlocked Letters) and Monogram Canvas Design – Class 16

   _____ Louis Vuitton (Interlocked Letters) – Class 14, 24

   _____ LOUIS VUITTON World Mark – Class 16, 18, 24, 25

   _____ Louis Vuitton (Interlocked Letters) Design – Class 34

   _____ LOUIS VUITTON – Class 34

   _____ Louis Vuitton (Interlocked Letters) Design – Class 25

   _____ LOUIS VUITTON PARIS and Damier (pattern design) – Class 18

4. If yes, how was/were the trademark(s) directly infringed by PickYourGoods.com?

   _____

   _____

5. Did Louis Vuitton establish that the person(s) who operate PickYourGoods.com are United States citizens?

        Yes \_\_\_\_\_        No \_\_\_\_\_

6. Did Louis Vuitton establish that the direct infringement of Louis Vuitton Malletier's trademark(s) by PickYourGoods.com have a substantial effect on United States commerce?

        Yes \_\_\_\_\_        No \_\_\_\_\_

7. Did each defendant individually intentionally persuade or influence PickYourGoods.com to infringe Louis Vuitton Malletier's trademark(s)?

    As to Managed Solutions Group, Inc.:    Yes \_\_\_\_\_    No \_\_\_\_\_

    As to Akanoc Solutions, Inc.:    Yes \_\_\_\_\_    No \_\_\_\_\_

    As to Steve Chen:    Yes \_\_\_\_\_    No \_\_\_\_\_

8. Did each defendant individually directly control PickYourGoods.com's direct infringement of Louis Vuitton Malletier's trademark(s)?

    As to Managed Solutions Group, Inc.:    Yes \_\_\_\_\_    No \_\_\_\_\_

    As to Akanoc Solutions, Inc.:    Yes \_\_\_\_\_    No \_\_\_\_\_

    As to Steve Chen:    Yes \_\_\_\_\_    No \_\_\_\_\_

9. Did each defendant individually monitor the infringement of Louis Vuitton Malletier's trademark(s) on PickYourGoods.com's website?

    As to Managed Solutions Group, Inc.:    Yes \_\_\_\_\_    No \_\_\_\_\_

    As to Akanoc Solutions, Inc.:    Yes \_\_\_\_\_    No \_\_\_\_\_

    As to Steve Chen:    Yes \_\_\_\_\_    No \_\_\_\_\_

10. If yes to 7, 8 or 9, for each trademark PickYourGoods.com directly infringed, list each such trademark, if any, that each defendant contributorily infringed?  If none, please so indicate.

    Managed Solutions Group, Inc._____

_____

    Akanoc Solutions, Inc. _____

**VERDICT FORM No. _____**

_____

        Steve Chen _____

_____

11. Could PickYourGoods.com directly infringe Louis Vuitton Malletier's trademark(s) without using the Internet Service Provider defendants' Internet hosting services?

        Yes _____     No _____

12. Did each defendant who received notice regarding PickYourGoods.com take reasonable actions after it received notice from Louis Vuitton Malletier of alleged trademark infringement?

| | | |
|---|---|---|
| As to Managed Solutions Group, Inc.: | Yes _____ | No _____ |
| As to Akanoc Solutions, Inc.: | Yes _____ | No _____ |
| As to Steve Chen: | Yes _____ | No _____ |

Date: _____

                                                _____
                                                Jury Foreperson

**VERDICT FORM No. _____**