1
2
3
4
5
6
7
8                              **UNITED STATES DISTRICT COURT**
9                          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10                                      **SAN JOSE DIVISION**
11
12
13  LOUIS VUITTON MALLETIER, S.A.,        ) Case No.:  C 07-3952 JW (HRL)
                                          )
14                  Plaintiff,            )
                                          ) **VERDICT FORM ON CONTRIBUTORY**
15       vs.                              ) **TRADEMARK INFRINGEMENT**
                                          ) **CLAIM REGARDING:**
16                                        )
                                          ) **SOAPPAREL.COM**
17  AKANOC SOLUTIONS, INC., et al.,       )
                                          )
18                  Defendants.           )
                                          )
19                                        )
20
21
22
23
24
25
26
27
28

1. Has **SoApparel.com** used a trademark of Louis Vuitton Malletier in commerce in the United States in connection with the sale or advertising of goods?

    Yes _____          No _____

    If no, please sign and date form.

2. If yes, was SoApparel.com's use of a Louis Vuitton Malletier trademark likely to confuse an appreciable number of reasonably prudent buyers exercising ordinary care, as to the source of the product?

    Yes _____          No _____

    If no, please sign and date form.

3. If yes, which trademark(s) were directly infringed by SoApparel.com?

    _____ Louis Vuitton (Interlocked Letters) in a Circle Design – Class 18

    _____ Louis Vuitton (Interlocked Letters) and Monogram Canvas Design – Class 18

    _____ LOUIS VUITTON – Class 18

    _____ Louis Vuitton (Interlocked Letters) Design – Class18

    _____ LOUIS VUITTON MALLETIER A PARIS in Rectangle – Class 16, 18

    _____ Louis Vuitton (Interlocked Letters) in Epi Leather Design – Class 18

    _____ Louis Vuitton (Interlocked Letters) and Monogram Canvas Pattern Design – Class 25

    _____ Louis Vuitton (Interlocked Letters) Design – Class 16, 25

    _____ Louis Vuitton (Interlocked Letters) and Monogram Canvas Design – Class 16

    _____ Louis Vuitton (Interlocked Letters) – Class 14, 24

    _____ LOUIS VUITTON World Mark – Class 16, 18, 24, 25

    _____ Louis Vuitton (Interlocked Letters) Design – Class 34

    _____ LOUIS VUITTON – Class 34

    _____ Louis Vuitton (Interlocked Letters) Design – Class 25

    _____ LOUIS VUITTON PARIS and Damier (pattern design) – Class 18

4. If yes, how was/were the trademark(s) directly infringed by SoApparel.com?

    _____

    _____

VERDICT FORM No. _____

5. Did Louis Vuitton establish that the person(s) who operate SoApparel.com are United States citizens?

        Yes _____        No _____

6. Did Louis Vuitton establish that the direct infringement of Louis Vuitton Malletier's trademark(s) by SoApparel.com have a substantial effect on United States commerce?

        Yes _____        No _____

7. Did each defendant individually intentionally persuade or influence SoApparel.com to infringe Louis Vuitton Malletier's trademark(s)?

    As to Managed Solutions Group, Inc.:    Yes _____    No _____
    As to Akanoc Solutions, Inc.:    Yes _____    No _____
    As to Steve Chen:    Yes _____    No _____

8. Did each defendant individually directly control SoApparel.com's direct infringement of Louis Vuitton Malletier's trademark(s)?

    As to Managed Solutions Group, Inc.:    Yes _____    No _____
    As to Akanoc Solutions, Inc.:    Yes _____    No _____
    As to Steve Chen:    Yes _____    No _____

9. Did each defendant individually monitor the infringement of Louis Vuitton Malletier's trademark(s) on SoApparel.com's website?

    As to Managed Solutions Group, Inc.:    Yes _____    No _____
    As to Akanoc Solutions, Inc.:    Yes _____    No _____
    As to Steve Chen:    Yes _____    No _____

10. If yes to 7, 8 or 9, for each trademark SoApparel.com directly infringed, list each such trademark, if any, that each defendant contributorily infringed? If none, please so indicate.

    Managed Solutions Group, Inc._____

_____

    Akanoc Solutions, Inc. _____

_____

        Steve Chen _____

_____

11. Could SoApparel.com directly infringe Louis Vuitton Malletier's trademark(s) without using the Internet Service Provider defendants' Internet hosting services?

        Yes _____     No _____

12. Did each defendant who received notice regarding SoApparel.com take reasonable actions after it received notice from Louis Vuitton Malletier of alleged trademark infringement?

| | | |
|---|---|---|
| As to Managed Solutions Group, Inc.: | Yes _____ | No _____ |
| As to Akanoc Solutions, Inc.: | Yes _____ | No _____ |
| As to Steve Chen: | Yes _____ | No _____ |

Date: _____

                                                                _____
                                                                 Jury Foreperson

**VERDICT FORM** No. _____