| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | | |
|---|---|---|
| LOUIS VUITTON MALLETIER, S.A., | ) | Case No.: C 07-3952 JW (HRL) |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | **VERDICT FORM ON CONTRIBUTORY TRADEMARK INFRINGEMENT CLAIM REGARDING:** |
| | ) ) | **WATCHNREPLICA.NET** |
| AKANOC SOLUTIONS, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

1. Has **WatchNReplica.net** used a trademark of Louis Vuitton Malletier in commerce in the United States in connection with the sale or advertising of goods?

   Yes _____          No _____

   If no, please sign and date form.

2. If yes, was WatchNReplica.net's use of a Louis Vuitton Malletier trademark likely to confuse an appreciable number of reasonably prudent buyers exercising ordinary care, as to the source of the product?

   Yes _____          No _____

   If no, please sign and date form.

3. If yes, which trademark(s) were directly infringed by WatchNReplica.net?

   _____ Louis Vuitton (Interlocked Letters) in a Circle Design – Class 18

   _____ Louis Vuitton (Interlocked Letters) and Monogram Canvas Design – Class 18

   _____ LOUIS VUITTON – Class 18

   _____ Louis Vuitton (Interlocked Letters) Design – Class18

   _____ LOUIS VUITTON MALLETIER A PARIS in Rectangle – Class 16, 18

   _____ Louis Vuitton (Interlocked Letters) in Epi Leather Design – Class 18

   _____ Louis Vuitton (Interlocked Letters) and Monogram Canvas Pattern Design – Class 25

   _____ Louis Vuitton (Interlocked Letters) Design – Class 16, 25

   _____ Louis Vuitton (Interlocked Letters) and Monogram Canvas Design – Class 16

   _____ Louis Vuitton (Interlocked Letters) – Class 14, 24

   _____ LOUIS VUITTON World Mark – Class 16, 18, 24, 25

   _____ Louis Vuitton (Interlocked Letters) Design – Class 34

   _____ LOUIS VUITTON – Class 34

   _____ Louis Vuitton (Interlocked Letters) Design – Class 25

   _____ LOUIS VUITTON PARIS and Damier (pattern design) – Class 18

4. If yes, how was/were the trademark(s) directly infringed by WatchNReplica.net?

   _____

   _____

**VERDICT FORM No.** _____

5.  Did Louis Vuitton establish that the person(s) who operate WatchNReplica.net are United States citizens?

    Yes _____        No _____

6.  Did Louis Vuitton establish that the direct infringement of Louis Vuitton Malletier's trademark(s) by WatchNReplica.net have a substantial effect on United States commerce?

    Yes _____        No _____

7.  Did each defendant individually intentionally persuade or influence WatchNReplica.net to infringe Louis Vuitton Malletier's trademark(s)?

    As to Managed Solutions Group, Inc.:     Yes _____     No _____
    As to Akanoc Solutions, Inc.:            Yes _____     No _____
    As to Steve Chen:                        Yes _____     No _____

8.  Did each defendant individually directly control WatchNReplica.net's direct infringement of Louis Vuitton Malletier's trademark(s)?

    As to Managed Solutions Group, Inc.:     Yes _____     No _____
    As to Akanoc Solutions, Inc.:            Yes _____     No _____
    As to Steve Chen:                        Yes _____     No _____

9.  Did each defendant individually monitor the infringement of Louis Vuitton Malletier's trademark(s) on WatchNReplica.net's website?

    As to Managed Solutions Group, Inc.:     Yes _____     No _____
    As to Akanoc Solutions, Inc.:            Yes _____     No _____
    As to Steve Chen:                        Yes _____     No _____

10. If yes to 7, 8 or 9, for each trademark WatchNReplica.net directly infringed, list each such trademark, if any, that each defendant contributorily infringed? If none, please so indicate.

    Managed Solutions Group, Inc._____
    _____
    Akanoc Solutions, Inc. _____

3

VERDICT FORM No. _____

_____

        Steve Chen _____

_____

11. Could WatchNReplica.net directly infringe Louis Vuitton Malletier's trademark(s) without using the Internet Service Provider defendants' Internet hosting services?

        Yes _____   No _____

12. Did each defendant who received notice regarding WatchNReplica.net take reasonable actions after it received notice from Louis Vuitton Malletier of alleged trademark infringement?

        As to Managed Solutions Group, Inc.:   Yes _____   No _____
        As to Akanoc Solutions, Inc.:   Yes _____   No _____
        As to Steve Chen:   Yes _____   No _____

Date: _____

                                            _____
                                            Jury Foreperson

**VERDICT FORM No.** _____