**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

*E-FILED*
TIME TOTAL: 5 hrs, 29 mins

**CIVIL MINUTES - JURY TRIAL**

Judge: James Ware
Date: August 25, 2009
Case No: C-07-03952 JW

Courtroom Deputy: Elizabeth Garcia
Court Reporter: Jana Ridenour
Interpreter: N/A

**TITLE**

Louis Vuitton Malletier, S.A. v. Akanoc Solutions, Inc. et al

Attorney(s) for Plaintiff(s): J. Andrew Coombs, Annie S. Wang
Attorney(s) for Defendant(s): James A. Lowe, Christopher Lai

**PROCEEDINGS**

**Jury Trial Sessions 8 and 9**

**ORDER AFTER HEARING**

9:05AM: Jury summoned, proceedings resume with continued cross examination of Steve Chen.
10:10 AM: End of cross examination of Steve Chen, redirect examination begins.
10:25 AM: End of redirect, no further re-cross. The Court inquires of witness re jury note #1 (trial) inquiry.
10:34 AM: The Court ends inquiry and calls on counsel for any clarifying questions. Defense counsel holds further questioning of Steve Chen. .
10:35 AM: End of defense examination, Plaintiff did not hold further examination. Witness excused from testimony. The Court took the mid morning break.
10:50 AM: Jury summoned. Defense calls Andrew Cheng for direct examination.
11:25 AM: End of direct examination of Andrew Cheng, begin cross examination.
11:29 AM: No redirect of witness. The witness is excused from testimony. Defense calls Richard Gralnik for testimony. Direct examination begins.
11:58 AM: Jury dismissed for lunch. The Court holds a brief hearing outside the presence of the jury re remaining trial time, jury instructions and jury note #2 (trial).
12:02 PM: The Court takes the lunch recess.
1:04 PM: Jury summoned. Proceedings resume with direct examination Richard Gralnik.
1:54 PM: End of direct examination, begin cross examination of Richard Gralnik.
2:22 PM: End of cross examination, being redirect of Richard Gralnik.
2:40 PM: The Court takes the mid afternoon recess.
2:55 PM: Proceedings resume with a brief hearing prior to the jury being summoned.
3:00 PM: Jury summoned, proceedings resume with redirect of Richard Gralnik.
3:07 PM: End of redirect, Plaintiff holds recross of Richard Gralnik.
3:20 PM: End of recross examination, the Defense holds further redirect of Richard Gralnik.
3:26 PM: End of redirect, Plaintiff holds brief recross of Richard Gralnik.
3:27 PM: No further redirect of witness. The witness is excused. The Court calls counsel for side bar re further testimony.
3:28 PM: Proceedings resume. The Court dismissed the jury for the day. The Court holds a further hearing outside the presence of the jury re Jury Note No. 3 (trial), further evidence, closing instructions and verdict form.
3:48 PM: Proceedings end for the day.

Further Hearing with counsel set for August 26, 2009 at 8:30 AM.
Further Jury Trial set for August 26, 2009 at 9:00 AM

**Exhibits Into Evidence:**
1598, 625, 626, 25, 627, 1613, 616, 550, 554, 555, 560, 562, 564, 582, 557, 549, 628, 13, 482, 483, 485, 488, 489, 608, 592, 1546, 1547, 1548, 1549, 1576, 593.31, 1580, 604

Elizabeth C. Garcia
Courtroom Deputy
CC: