1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                        SAN JOSE DIVISION
11
12
13   LOUIS VUITTON MALLETIER, S.A.,        )  Case No.:  C 07-3952 JW (HRL)
                                           )
14               Plaintiff,                )
                                           )  **[PROPOSED] VERDICT FORM**
15        vs.                              )  **REGARDING STATUTORY DAMAGES**
                                           )
16                                         )  **(CONTRIBUTORY COPYRIGHT**
                                           )  **INFRINGEMENT CLAIM)**
17   AKANOC SOLUTIONS, INC., et al.,       )
                                           )
18               Defendants.               )
                                           )
19  _____ )
20
21
22
23
24
25
26
27
28

1      1.      Did any defendant contributorily infringe the *Multicolor Monogram Black Print*

2  copyrighted work?

3              As to Managed Solutions Group, Inc.:        Yes _____      No _____

4              As to Akanoc Solutions, Inc.:              Yes _____      No _____

5              As to Steve Chen:                          Yes _____      No _____

6      If "no" for all three defendants, please sign and date this form.

7      If yes as to one or more defendants, you must determine an appropriate award of statutory

8  damages.  Please answer the following additional questions:

9      2.      Was the contributory infringement of the *Multicolor Monogram Black Print*

10  copyrighted work innocent?

11              Yes _____      No _____

12              If yes to Question 2, please state the amount of statutory damages Louis Vuitton is

13  entitled for the contributory infringement of the *Multicolor Monogram Black Print* copyrighted

14  work:

15              $_____ (Between $200 and $30,000)

16              If no to Question 2, please answer the following question:

17      3.      Was the contributory infringement of the *Multicolor Monogram Black Print*

18  copyrighted work willful?

19              Yes _____      No _____

20              If yes to Question 3, please state the amount of statutory damages Louis Vuitton is

21  entitled for the contributory infringement of the *Multicolor Monogram Black Print* copyrighted

22  work:

23              $_____ (Between $750 and $150,000)

24              If no to Question 3, please state the amount of statutory damages Louis Vuitton is

25  entitled for the contributory infringement of the *Multicolor Monogram Black Print* copyrighted

26  work:

27              $_____ (Between $750 and $30,000)

28

2

**VERDICT FORM No. _____**

1       4.    Did any defendant contributorily infringe the *Multicolor Monogram White Print*
2   copyrighted work?

3       As to Managed Solutions Group, Inc.:    Yes _____    No _____

4       As to Akanoc Solutions, Inc.:    Yes _____    No _____

5       As to Steve Chen:    Yes _____    No _____

6       If "no" for all three defendants, please sign and date this form.

7       If yes as to one or more defendants, you must determine an appropriate award of statutory
8   damages.  Please answer the following additional questions:

9       5.    Was the contributory infringement of the *Multicolor Monogram White Print*
10  copyrighted work innocent? (Please leave blank if not applicable)

11      Yes _____    No _____

12      If yes to Question 5, please state the amount of statutory damages Louis Vuitton is
13  entitled for the contributory infringement of the *Multicolor Monogram White Print* copyrighted
14  work:

15      $_____ (Between $200 and $30,000)

16      If no to Question 5, please answer the following question:

17      6.    Was the contributory infringement of the *Multicolor Monogram Black Print*
18  copyrighted work willful?

19      Yes _____    No _____

20      If yes to Question 6, please state the amount of statutory damages Louis Vuitton is
21  entitled for the contributory infringement of the *Multicolor Monogram White Print* copyrighted
22  work:

23      $_____ (Between $750 and $150,000)

24      If no to Question 6, please state the amount of statutory damages Louis Vuitton is
25  entitled for the contributory infringement of the *Multicolor Monogram White Print* copyrighted
26  work:

27      $_____ (Between $750 and $30,000)

28

**VERDICT FORM No. _____**

Date: _____

_____
Jury Foreperson

VERDICT FORM No. _____

17 U.S.C. § 504(c) Statutory Damages.--

(1) Except as provided by clause (2) of this subsection, the copyright owner may elect, at any time before final judgment is rendered, to recover, instead of actual damages and profits, an award of statutory damages for all infringements involved in the action, ***with respect to any one work***, for which any one infringer is liable individually, or ***for which any two or more infringers are liable jointly and severally***, in a sum of **not less than $750 or more than $30,000** as the court considers just. For the purposes of this subsection, all the parts of a compilation or derivative work constitute one work.

(2) In a case **where the** copyright owner sustains the burden of proving, and the court finds, that **infringement was committed willfully**, the court in its discretion may **increase the award** of statutory damages **to a sum of not more than $150,000**. In a case **where the infringer** sustains the burden of proving, and the court finds, that such infringer **was not aware and had no reason to believe that his or her acts constituted an infringement of copyright, the court in its discretion may reduce the award of statutory damages to a sum of not less than $200**.

*Mason v. Montgomery Data, Inc.,* 967 F.2d 135, 143-144 (5th Cir. 1992) ("Under this section [504(c)(1) of the Copyright Act], the total number of "awards" of statutory that a plaintiff may recover in any given action depends on the number of [copyrighted] works that are infringed and the number of individual liable infringers, **regardless of the number of infringements of those works**.")

*McClatchey v. Associated Press,* 2007 WL 1630261 (W.D.Pa. June 4, 2007) ("There is only one defendant and one work. McClatchey seeks multiple awards against AP, even though it did not name any other parties, by invoking the doctrine of joint and several liability. In other words, Plaintiff seeks to invoke joint and several liability to overcome the statutory limitation on damages whenever there is joint and several liability. This reasoning is counterintuitive and circular at best and is directly contrary to **the actual statutory text**, which **explicitly limits plaintiff to a single award where "any two or more infringers are liable jointly and severally."** 17 U.S.C.A. § 504(c)(1). Thus, it is not necessary for the Court to reject the Nimmer hypothetical in all circumstances. **Here, where the only Defendant is jointly and severally liable with all other alleged downstream infringers, Plaintiff is entitled to only a single statutory damages award."**)

*A&M Records v. Abdallah,* 948 F.Supp. 1449, 1457-58, (C.D.Cal.1996) ("The plaintiffs have provided a list of 156 different sound recordings that Mr. Abdallah's *customers* had counterfeited. . . . Mr. Abdallah was aware that *each* legitimate sound recording that his *customers* were counterfeiting had its own unique length . . . Given this inference, the Court finds that Mr. Abdallah knowingly contributed to the copyright infringement of at least 156 different works. . . . According to the evidence presented at trial, 156 separate instances of infringement is almost certainly a low estimate. These only represent *the titles* that were known to be *copied by three of Mr. Abdallah's customers*. . . . Accordingly, this Court awards statutory damages of $156,000 for 156 separate violations of the Copyright Act.")

MCCARTHY ON TRADEMARKS AND UNFAIR COMPETITION, Fourth Edition, Ch. 30 Remedies for Infringement and Unfair Competition (March 2009) ("Under the Copyright Act, **one does not multiply the minimum and maximum limits by the number of infringing copies**. **For infringement of a single copyrighted work** by a single infringer, **the statutory ceiling and floor**

VERDICT FORM No. _____

**dollar limits apply, no matter how many acts of infringement are involved** in the lawsuit, and regardless of whether the acts were separate, isolated, or occurred in a related series.")

VERDICT FORM No. _____