UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE JAMES WARE          Case No. **C-07-03952  JW**

CASE TITLE:   Louis Vuitton Malletier, S.A. v. Akanoc Solutions, Inc. et al

NOTE FROM THE JURY DURING TRIAL

Date: August 25, 2009

Note No(s).  **ONE (1) through THREE (3)**

Please see attached pages.

8/25/09 Trial Jury Note ①

IF STEVEN CHEN DIDN'T KNOW HOW TO DISABLE A DOMAIN NAME
(HE KNOWS HOW TO DISABLE AN IP ADDRESS)
DID HE ASK ANYBODY HOW TO DO IT ↓

(WITH MORE QUALIFICATION)

OR DID HE TRIED LOOKING ON INTERNET?

OR POSTING THE QUESTION TO A PUBLIC FORUM ON INTERNET?

8/25/09 Trial Jury Note ②

- CAN BE MULTIPLE ADMINISTRATIVE PASSWORDS BE SET FOR ONE SERVER?

- IF SO, HAS THAT BEEN THE POLICY FOR AKANOC?

- IF NOT, WHY NOT?

8/25/09 Trial Jury Note ③

IF YOU DON'T HAVE (ROOT) PASSWORD ACCESS TO THE MACHINE, MEANING THAT THE CUSTOMER RESETED YOUR KNOWN PASSWORD,
ISN'T THIS (RESET THE PASSWORD) A VIOLATION OF THE AGREEMENT?
(HOSTING)

IF SO, SHOULDN'T THE ADMINISTRATOR STOP THE MACHINE?
TO PREVENT FURTHER DAMAGES