IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| Louis Vuitton Malletier, S.A. et al, | NO. C 07-03952 JW |
|---|---|
| Plaintiff(s), | **ORDER TO JURY COMMISSIONER** |
| v. | |
| Akanoc Solutions, Inc. Et al, | |
| Defendant(s). | |

IT IS HEREBY ORDERED that the Jury Commissioner shall furnish morning refreshments and lunch in the above entitled matter at the expense of the United States District Court through Le Boulanger for the members of the jury during deliberations effective for August 27, 2008 through August 28, 2009 and as needed for August 31, 2008 through September 4, 2008.

Dated: August 26, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Annie S Wang annie@coombspc.com
Brian S. Edwards bse@gauntlettlaw.com
David A. Gauntlett info@gauntlettlaw.com
J. Andrew Coombs andy@coombspc.com
James A. Lowe info@gauntlettlaw.com

**Dated: August 26, 2009**                               **Richard W. Wieking, Clerk**

                                                         **By:      /s/ JW Chambers**
                                                               **Elizabeth Garcia**
                                                               **Courtroom Deputy**

**United States District Court**
For the Northern District of California