**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

***E-FILED***
**TIME TOTAL: 3 hrs 22 mins**

**CIVIL MINUTES - JURY TRIAL**

**Judge: James Ware**  **Courtroom Deputy: Elizabeth Garcia**
**Date:   August 26, 2009**  **Court Reporter: Peter Torreano**
**Case No: C-07-03952  JW**  **Interpreter: N/A**

**TITLE**

Louis Vuitton Malletier, S.A. v. Akanoc Solutions, Inc. et al

Attorney(s) for Plaintiff(s): J. Andrew Coombs, Annie S. Wang
Attorney(s) for Defendant(s): James A. Lowe, Christopher Lai

**PROCEEDINGS**

**1. Argue and Submit**
**2. Jury Deliberations**

**ORDER AFTER HEARING**

8:45AM:  Hearing held outside the presence of the jury re closing instructions.
9:36 AM:  The hearing concludes and the Court stands in recess pending final version of closing instructions.
10:13 AM:  Brief hearing held outside the presence of the jury.
10:15 AM: Hearing concludes, the Court summons the jury. Defense rests their case in chief.  Plaintiff did  not put on a rebuttal case.  The Court finds both cases have rested pending any prior motions made be the parties.
10:16 AM: The Court begins closing instructions.
10:49 AM: The Court concludes first part of closing instructions.
10:50 AM:  The Court takes a brief recess prior to closing arguments.
10:57 AM: The Court calls on Plaintiff for closing arguments.
11:28 AM: Plaintiff concludes closing argument. The Court calls on defense counsel for closing arguments.
12:32 PM: Defense concludes closing arguments. The Court calls on Plaintiff for rebuttal argument.
12:43 PM: Plaintiff ends rebuttal argument.  The Court gave further closing instructions.
12:48 PM: Jury dismissed for deliberations.  The Court held a brief hearing outside jury re verdict form.
12:55 PM: Hearing concluded.  Recess taken pending revisions on verdict form.
2:20 PM: Hearing outside sure re verdict form (off the record).
2:39 PM: Hearing on the record re verdict form.
2:51 PM: Hearing concluded.  In the interim final revisions were made to the verdict form and then distributed to the jury and counsel.
4:00 PM: Jury deliberations concluded for the day.

Further Jury Deliberations set for August 27, 2009 at 9:00 AM

**Exhibits Into Evidence:**
Please see Docket entry re Final submission of Jury Exhibits.

Elizabeth C. Garcia
Courtroom Deputy
CC: