J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Professional Corporation
517 E. Wilson Ave., Suite 202
Glendale, California 91206
Telephone:   (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiff
Louis Vuitton Malletier, S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | | |
|---|---|---|
| Louis Vuitton Malletier, S.A., | ) | Case No. C07-03952 JW (HRL) |
| | ) | |
| Plaintiff, | ) | JOINT EXHIBIT LIST (FINAL) |
| v. | ) | |
| | ) | |
| Akanoc Solutions, Inc., Managed Solutions | ) | |
| Group, Inc., Steven Chen and Does 1 through | ) | |
| 10, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

**Joint Exhibit List**
**Louis Vuitton Malletier, S.A. v. Akanoc Solutions, Inc., et al. CV07-3952 JW**

| Ex. # | Description | Identified | Admitted |
|---|---|---|---|
| | **Plaintiff's Exhibits** | | |
| 1 | Email dated 1/17/07 to abuse@akanoc.com (www.wendy929.net) | 8/20/2009 | 8/20/2009 |
| 2 | Letter dated 2/9/07 to Akanoc Solutions Inc. (www.bag925.com) | 8/20/2009 | 8/20/2009 |
| 3 | Letter dated 2/19/07 to Akanoc Solutions Inc. (www.bag925.com) w/tracking | 8/20/2009 | 8/20/2009 |
| 4 | Letter dated 2/21/07 to Akanoc Solutions Inc. (www.ape168.com) w/tracking | 8/20/2009 | 8/20/2009 |
| 5 | Letter dated 3/19/07 to Akanoc Solutions Inc. (www.ape168.com) w/tracking | 8/19/2009 | 8/19/2009 |
| 6 | Letter from J. Andrew Coombs, Esq. to Steve Chen dated 4/20/07 | 8/19/2009 | 8/19/2009 |
| 7 | Letter from J. Andrew Coombs, Esq. to James. A. Lowe, Esq. dated 11/26/07 | 8/19/2009 | 8/19/2009 |
| 8 | Email from security to noraq (www.watchesreplica.net) dated 11/29/07 | 8/20/2009 | 8/20/2009 |
| 13 | Letter from J.Andrew Coombs, Esq. to James A. Lowe, Esq. dated 3/3/08 | 8/25/2009 | 8/25/2009 |
| 14 | Letter from J.Andrew Coombs, Esq. to James A. Lowe, Esq. dated 3/31/08 | 8/21/2009 | 8/21/2009 |
| 15 | Letter dated 2/7/07 to Managed Solutions Group Inc. (New Jersey) from Louis Vuitton (www.atozbrand.com) | 8/19/2009 | 8/19/2009 |
| 16 | Letter dated 2/14/07 to Managed Solutions Group Inc. from Louis Vuitton (www.eshoes99.com) | 8/20/2009 | 8/20/2009 |
| 17 | Letter dated 2/21/07 to Managed Solutions Group from Louis Vuitton (www.atozbrand.com) w/tracking | 8/19/2009 | 8/19/2009 |
| 18 | Letter dated 2/23/07 to Managed Solutions Group from Louis Vuitton (www.eshoes99.com) w/tracking | 8/20/2009 | 8/20/2009 |
| 19 | Letter dated 3/30/07 to Managed Solutions Group Inc. and Steve Chen from Louis Vuitton (www.atozbrand.com) w/tracking | 8/20/2009 | 8/20/2009 |
| 20 | ARIN WHOIS Database Search Results for "akanoc" dated 4/8/08 | 8/20/2009 | 8/20/2009 |
| 21 | Akanoc Solutions Inc. Service Agreement | 8/20/2009 | 8/20/2009 |
| 23 | Dediwebhost.com printout re company profile dated 4/8/08 | 8/20/2009 | 8/20/2009 |
| 25 | ARIN Service Agreement | 8/25/2009 | 8/25/2009 |
| 26 | Email from security to wangkiyo@hotmail.com ("www.eastarebiz.com") dated 3/3/08 | 8/20/2009 | 8/20/2009 |
| 27 | Email from security to wangkiyo@hotmail.com (www.eastarbiz.net) dated 4/1/08 | 8/20/2009 | 8/20/2009 |
| 30 | Email from security to Will Lone ("content inspection") dated 11/29/07 | 8/20/2009 | 8/20/2009 |
| 31 | Email from steve chen to security (content checking, unplug if moved around, past complaints) dated 9/12/07 | 8/19/2009 | 8/19/2009 |
| 32 | Email from security to caizj ("2nd time" "verify result") dated 9/11/07 | 8/20/2009 | 8/20/2009 |
| 34 | Document from ARIN WHOIS Database Search | 8/20/2009 | 8/20/2009 |
| 35 | Spreadsheet | 8/20/2009 | 8/20/2009 |
| 36 | Letter to Manged Solutions Group Inc. from Louis Vuitton (www.wendy929.net) dated 10/16/06 | 8/19/2009 | 8/19/2009 |

| 37 | Letter to Manged Solutions Group Inc. and Steve Chen from Louis Vuitton (www.eshoes99.com) dated 3/30/07 w/tracking | 8/19/2009 | 8/19/2009 |
|---|---|---|---|
| 38 | Email from Steve Chen to Security (www.lvbagz.com) dated 9/14/07 | 8/19/2009 | 8/19/2009 |
| 41 | Email from security to Steve Chen (www.watch-ebay.com) dated 8/21/07 | 8/19/2009 | 8/19/2009 |
| 43 | Email from security to abuse@knownhost.com dated 9/2/07 | 8/19/2009 | 8/19/2009 |
| 44 | Email from security to ahuji.biz dated 9/6/07 | 8/19/2009 | 8/19/2009 |
| 46 | Email from security to Noraq@126.com dated 9/13/07 | 8/19/2009 | 8/19/2009 |
| 47 | Email from security to Brian C. Roche (re Microsoft infringement) dated 9/12/07 | 8/19/2009 | 8/19/2009 |
| 48 | Email from security to Steve Chen dated 9/1/07 | 8/19/2009 | 8/19/2009 |
| 50 | Email from security to support@tooming.com (re "2nd note") dated 9/15/07 | 8/19/2009 | 8/19/2009 |
| 51 | Letter from J. Andrew Coombs, Esq. to James A. Lowe, Esq. dated 1/30/09 | 8/19/2009 | 8/19/2009 |
| 52 | Letter from J. Andrew Coombs, Esq. to James A. Lowe, Esq. dated 2/4/09 | 8/19/2009 | 8/19/2009 |
| 54 | Interim Designation of Agent to Receive Notification of Claimed Infringement for Akanoc Solutions, Inc. dated received 11/30/07 | 8/21/2009 | 8/21/2009 |
| 55 | Interim Designation of Agent to Receive Notification of Claimed Infringement for Managed Solutions Group, Inc. dated received 11/30/07 | 8/21/2009 | 8/21/2009 |
| 58 | Letter/email dated 10/23/06 to abuse@akanoc.com re www.eshoes99.com | 8/19/2009 | 8/19/2009 |
| 59 | Email dated 10/25/06 to abuse@webhostplus.com re www.wendy929.net | 8/19/2009 | 8/19/2009 |
| 60 | Letter dated 10/30/06 to Akanoc Solutions Inc. re www.wendy929.net | 8/19/2009 | 8/19/2009 |
| 61 | Letter dated 2/6/07 to Akanoc Solutions Inc. from Louis Vuitton (www.eshoes99.com) w/tracking | 8/19/2009 | 8/19/2009 |
| 63 | Website www.wendy929.net 8/11/06 | 8/19/2009 | 8/19/2009 |
| 63.1 | Website www.wendy929.net 10/11/06 | 8/19/2009 | 8/19/2009 |
| 63.2 | Website www.wendy929.net 10/30/06 | 8/19/2009 | 8/19/2009 |
| 64 | Hosting Status www.wendy929.net 10/16/06 | 8/19/2009 | 8/19/2009 |
| 64.1 | Hosting Status www.wendy929.net 10/23/06 | 8/19/2009 | 8/19/2009 |
| 64.2 | Hosting Status www.wendy929.net 10/30/06 | 8/19/2009 | 8/19/2009 |
| 64.3 | Hosting Status www.wendy929.net 4/17/07 | 8/19/2009 | 8/19/2009 |
| 65 | R. Holmes buy report dated 6/26/07 w/images of product and packaging purchased from www.wendy929.net and related documents (CONFIDENTIAL) | 8/19/2009 | 8/19/2009 |
| 67 | Evidence www.wendy929.net multi-colored handbag and packaging | 8/18/2009 | 8/18/2009 |
| 67.1 | Authentic Product: Keepall 45 Multicolor Noir M92640 | 8/18/2009 | 8/18/2009 |
| 69.1 | Hosting Status www.ape168.com | 8/19/2009 | 8/19/2009 |
| 69.3 | Hosting Status www.ape168.com dated 7/24/08 | 8/25/2009 | 8/25/2009 |
| 70 | Website www.atozbrand.com | 8/19/2009 | 8/19/2009 |
| 70.1 | Website www.atozbrand.com 1/31/07 | 8/19/2009 | 8/19/2009 |
| 70.2 | Website www.atozbrand.com dated 3/19/07 | 8/19/2009 | 8/19/2009 |
| 71.1 | Hosting Status www.atozbrand.com | 8/19/2009 | 8/19/2009 |
| 71.2 | Hosting Status www.atozbrand.com dated 1/31/07 | 8/19/2009 | 8/19/2009 |
| 71.3 | Hosting Status www.atozbrand.com dated 4/10/07 | 8/19/2009 | 8/19/2009 |
| 71.4 | Hosting Status www.atozbrand.com dated 7/24/08 | 8/19/2009 | 8/19/2009 |

| 72.1 | Website www.bag925.com dated 10/9/06 | 8/19/2009 | 8/19/2009 |
|---|---|---|---|
| 73 | Hosting Status www.bag925.com | 8/19/2009 | 8/19/2009 |
| 73.1 | Hosting Status www.bag925.com 3/10/08 | 8/19/2009 | 8/19/2009 |
| 73.2 | Hosting Status www.bag925.com 10/9/06 | 8/19/2009 | 8/19/2009 |
| 73.3 | Hosting Status www.bag925.com 7/24/08 | 8/19/2009 | 8/19/2009 |
| 74 | Louis Vuitton response to customer complaint dated 1/31/07 re www.atozbrand.com | 8/18/2009 | 8/18/2009 |
| 75 | Website www.eshoes99.com 9/19/07 | 8/18/2009 | 8/18/2009 |
| 75.1 | Website www.eshoes99.com 10/23/06 | 8/19/2009 | 8/19/2009 |
| 76.1 | Hosting Status www.eshoes99.com 10/23/06 | 8/18/2009 | 8/18/2009 |
| 76.2 | Hosting Status www.eshoes99.com 2/23/07 | 8/19/2009 | 8/19/2009 |
| 76.3 | Hosting Status www.eshoes99.com 3/14/07 | 8/19/2009 | 8/19/2009 |
| 76.4 | Hosting Status www.eshoes99.com 4/10/07 | 8/19/2009 | 8/19/2009 |
| 76.5 | Hosting Status www.eshoes99.com 9/19/07 | 8/19/2009 | 8/19/2009 |
| 76.7 | Hosting Status www.eshoes99.com 7/24/08 | 8/19/2009 | 8/19/2009 |
| 81 | R. Holmes buy report dated 5/30/07 w/images of product and packaging purchased from www.bag4sell.com and related documents (CONFIDENTIAL) | 8/20/2009 | 8/20/2009 |
| 82 | Evidence www.bag4sell.com LV purse (small, brown monogram) and packaging | 8/18/2009 | 8/18/2009 |
| 82.1 | Authentic Product: Tikal PM Monogram M40078 | 8/18/2009 | 8/18/2009 |
| 85.2 | Hosting Status www.Bigworldshoes.com 1/23/09 | 8/19/2009 | 8/19/2009 |
| 85.3 | Hosting Status www.Bigworldshoes.com 1/27/09 | 8/20/2009 | 8/20/2009 |
| 94 | Website www.Cn-nike.us 5/12/08 | 8/20/2009 | 8/20/2009 |
| 95.3 | Hosting Status www.Cn-nike.us 4/28/08 | 8/20/2009 | 8/20/2009 |
| 95.4 | Hosting Status www.Cn-nike.us 4/29/08 | 8/20/2009 | 8/20/2009 |
| 95.5 | Hosting Status www.Cn-nike.us 5/13/08 | 8/20/2009 | 8/20/2009 |
| 95.6 | Hosting Status www.Cn-nike.us 1/29/09 | 8/20/2009 | 8/20/2009 |
| 97.2 | Hosting Status www.Dreamyshoes.com 1/23/09 | 8/20/2009 | 8/20/2009 |
| 98.3 | Website www.Eastarbiz.com 5/12/08 | 8/20/2009 | 8/20/2009 |
| 99.2 | Hosting Status www.Eastarbiz.com 3/10/08 | 8/25/2009 | 8/25/2009 |
| 99.3 | Hosting Status www.Eastarbiz.com 4/28/08 | 8/20/2009 | 8/20/2009 |
| 99.4 | Hosting Status www.Eastarbiz.com 4/29/08 | 8/20/2009 | 8/20/2009 |
| 99.5 | Hosting Status www.Eastarbiz.com 5/13/08 | 8/20/2009 | 8/20/2009 |
| 109 | Website www.Eshoes99.net 1/23/09 | 8/20/2009 | 8/20/2009 |
| 116 | R. Holmes buy report dated 11/13/07 w/images of product and packaging purchased from www.guccifendi.com and related documents (CONFIDENTIAL) | 8/20/2009 | 8/20/2009 |
| 117 | Evidence www.guccifendi.com LV handbag white w/mulitcolored monogram and packaging | 8/19/2009 | 8/19/2009 |
| 117.1 | Authentic Product: Priscilla Multico Blanc M40096 | 8/19/2009 | 8/19/2009 |
| 128 | R. Holmes buy report dated 5/30/07 w/images of product and packaging purchased from www.innike.com and related documents (CONFIDENTIAL) | 8/20/2009 | 8/20/2009 |
| 129 | Evidence www.innike.com LV multi-colored handbag with pink flowers and packaging | 8/19/2009 | 8/19/2009 |
| 129.1 | Authentic Product: Papillon Monogram Cherry Blossom M92009 | 8/19/2009 | 8/19/2009 |
| 141 | R. Holmes buy report dated 11/6/07 w/images of product and packaging purchased rom www.luxury2us.com and related documents (CONFIDENTIAL) | 8/20/2009 | 8/20/2009 |
| 142 | Evidence www.luxury2us.com LV wallet (white/multicolor monogram) and packaging | 8/19/2009 | 8/19/2009 |
| 159 | Website www.Nikebrother.com 5/13/08 | 8/20/2009 | 8/20/2009 |

| 160 | Hosting Status www.Nikebrother.com 4/28/08 | 8/20/2009 | 8/20/2009 |
|---|---|---|---|
| 160.1 | Hosting Status www.Nikebrother.com 4/29/08 | 8/20/2009 | 8/20/2009 |
| 160.2 | Hosting Status www.Nikebrother.com 5/13/08 | 8/20/2009 | 8/20/2009 |
| 161 | Website www.lkkfashion2006.com Web Offer 5/13/08 | 8/20/2009 | 8/20/2009 |
| 162 | Hosting Status www.lkkfashion2006.com 4/28/08 | 8/20/2009 | 8/20/2009 |
| 162.1 | Hosting Status www.lkkfashion2006.com 4/29/08 | 8/20/2009 | 8/20/2009 |
| 162.2 | Hosting Status www.lkkfashion2006.com 5/13/08 | 8/20/2009 | 8/20/2009 |
| 163 | Website www.Lv-handbag.com 5/13/08 | 8/20/2009 | 8/20/2009 |
| 164 | Hosting Status www.Lv-handbag.com 4/28/08 | 8/20/2009 | 8/20/2009 |
| 164.1 | Hosting Status www.Lv-handbag.com 4/29/08 | 8/20/2009 | 8/20/2009 |
| 164.2 | Hosting Status www.Lv-handbag.com 5/13/08 | 8/20/2009 | 8/20/2009 |
| 165 | Website www.At88.com 5/12/08 | 8/20/2009 | 8/20/2009 |
| 166 | Hosting Status www.At88.com 4/28/08 | 8/20/2009 | 8/20/2009 |
| 166.1 | Hosting Status www.At88.com 4/29/08 | 8/20/2009 | 8/20/2009 |
| 166.2 | Hosting Status www.At88.com 5/13/08 | 8/20/2009 | 8/20/2009 |
| 173 | R. Holmes buy report dated 6/26/07 w/images of product and packaging purchased from www.pickyourgoods.com and related documents (CONFIDENTIAL) | 8/20/2009 | 8/20/2009 |
| 175 | Evidence www.pickyourgoods.com LV Monogram bag (brown) and packaging | 8/18/2009 | 8/18/2009 |
| 175.1 | Authentic Product: Bum Bag Bosphore Monogram M40108 | 8/18/2009 | 8/18/2009 |
| 185 | R. Holmes buy report dated 11/6/07 w/images of product and packaging purchased from www.rrgnl.com and related documents (CONFIDENTIAL) | 8/20/2009 | 8/20/2009 |
| 186 | Evidence www.Rrgnl.com LV belt (brown w/tan monogram) and packaging | 8/19/2009 | 8/19/2009 |
| 191 | R. Holmes buy report dated 5/30/07 w/images of product and packaging purchased from www.soapparel.com and related documents (CONFIDENTIAL) | 8/20/2009 | 8/20/2009 |
| 192 | Evidence www.soapparel.com LV cruise bag (red label) and packaging | 8/19/2009 | 8/19/2009 |
| 195 | R. Holmes buy report dated 11/6/07 w/images of product and packaging purchased from www.sunny7shoes.com and related documents (CONFIDENTIAL) | 8/20/2009 | 8/20/2009 |
| 196 | Evidence www.Sunny7shoes.com LV wallet (brown w/tan monogram) and packaging | 8/19/2009 | 8/19/2009 |
| 196.1 | Authentic Product: PF.Inter NM Monogram M61217 | 8/18/2009 | 8/18/2009 |
| 210 | R. Holmes buy report dated 7/24/07 w/images of product and packaging purchased from www.watchnreplica.net and related documents (CONFIDENTIAL) | 8/20/2009 | 8/20/2009 |
| 211 | Evidence www.Watchnreplica.net  - LV watch (black) and packaging | 8/19/2009 | 8/19/2009 |
| 212 | Website www.Wearonline.net 1/23/06 | 8/20/2009 | 8/20/2009 |
| 213 | Hosting Status www.Wearonline.net 10/15/07 | 8/20/2009 | 8/20/2009 |
| 213.1 | Hosting Status www.Wearonline.net 3/10/08 | 8/20/2009 | 8/20/2009 |
| 213.2 | Hosting Status www.Wearonline.net 4/28/08 | 8/20/2009 | 8/20/2009 |
| 213.3 | Hosting Status www.Wearonline.net 4/29/08 | 8/20/2009 | 8/20/2009 |
| 213.4 | Hosting Status www.Wearonline.net 5/13/08 | 8/20/2009 | 8/20/2009 |
| 286 | Website www.Equaldeal.com 5/12/08 | 8/20/2009 | 8/20/2009 |
| 287 | Hosting Status www.Equaldeal.com 4/28/08 | 8/20/2009 | 8/20/2009 |
| 287.1 | Hosting Status www.Equaldeal.com 4/29/08 | 8/20/2009 | 8/20/2009 |
| 287.2 | Hosting Status www.Equaldeal.com 5/13/08 | 8/20/2009 | 8/20/2009 |
| 287.3 | Hosting Status www.Equaldeal.com 1/28/09 | 8/20/2009 | 8/20/2009 |
| 353 | Hosting Status www.Nikexp.com 4/28/08 | 8/20/2009 | 8/20/2009 |

| | | | |
|---|---|---|---|
| 353.1 | Hosting Status www.Nikexp.com 4/29/08 | 8/20/2009 | 8/20/2009 |
| 353.2 | Hosting Status www.Nikexp.com 5/13/08 | 8/20/2009 | 8/20/2009 |
| 356 | Website www.Popularkicks8.com 5/13/08 | 8/20/2009 | 8/20/2009 |
| 357 | Hosting Status www.Popularkicks8.com 4/28/08 | 8/20/2009 | 8/20/2009 |
| 357.1 | Hosting Status www.Popularkicks8.com 4/29/08 | 8/20/2009 | 8/20/2009 |
| 360 | Website www.Replicabc.com 5/13/08 | 8/20/2009 | 8/20/2009 |
| 360.1 | Website www.Replicabc.com 2/11/09 | 8/20/2009 | 8/20/2009 |
| 361 | Hosting Status www.Replicabc.com 4/28/08 | 8/20/2009 | 8/20/2009 |
| 361.1 | Hosting Status www.Replicabc.com 4/29/08 | 8/20/2009 | 8/20/2009 |
| 361.2 | Hosting Status www.Replicabc.com 5/13/08 | 8/20/2009 | 8/20/2009 |
| 402 | Website www.Tradekeylead.com 5/13/08 | 8/20/2009 | 8/20/2009 |
| 403 | Hosting Status www.Tradekeylead.com 4/28/08 | 8/20/2009 | 8/20/2009 |
| 403.1 | Hosting Status www.Tradekeylead.com 4/29/08 | 8/20/2009 | 8/20/2009 |
| 403.2 | Hosting Status www.Tradekeylead.com 5/13/08 | 8/20/2009 | 8/20/2009 |
| 404 | Website www.Top-handbag.com 5/13/08 | 8/20/2009 | 8/20/2009 |
| 405 | Hosting Status www.Top-handbag.com 4/28/08 | 8/20/2009 | 8/20/2009 |
| 405.1 | Hosting Status www.Top-handbag.com 4/29/08 | 8/20/2009 | 8/20/2009 |
| 405.2 | Hosting Status www.Top-handbag.com 5/13/08 | 8/20/2009 | 8/20/2009 |
| 406 | Hosting Status www.Tradekeystar.com 4/28/08 | 8/20/2009 | 8/20/2009 |
| 406.1 | Hosting Status www.Tradekeystar.com 4/29/08 | 8/20/2009 | 8/20/2009 |
| 406.2 | Hosting Status www.tradekeystar.com 5/13/08 | 8/20/2009 | 8/20/2009 |
| 449 | Certified Copyright Certificated VA 1-250-120 Multi-Colored Monogram/White Print | 8/18/2009 | 8/18/2009 |
| 450 | Certified Copyright Certificated VA 1-250-121 Multi-Colored Monogram/Black Print | 8/18/2009 | 8/18/2009 |
| 451 | Certified Trademark Certificate 1770131 | 8/18/2009 | 8/18/2009 |
| 452 | Certified Trademark Certificate 1794905 | 8/18/2009 | 8/18/2009 |
| 453 | Certified Trademark Certificate 1615681 | 8/18/2009 | 8/18/2009 |
| 454 | Certified Trademark Certificate 1990760 | 8/18/2009 | 8/18/2009 |
| 455 | Certified Trademark Certificate 2291907 | 8/18/2009 | 8/18/2009 |
| 456 | Certified Trademark Certificate 2303212 | 8/18/2009 | 8/18/2009 |
| 457 | Certified Trademark Certificate 1519828 | 8/18/2009 | 8/18/2009 |
| 458 | Certified Trademark Certificate 1875198 | 8/18/2009 | 8/18/2009 |
| 459 | Certified Trademark Certificate 286345 | 8/18/2009 | 8/18/2009 |
| 460 | Certified Trademark Certificate 1938808 | 8/18/2009 | 8/18/2009 |
| 461 | Certified Trademark Certificate 1045932 | 8/18/2009 | 8/18/2009 |
| 462 | Certified Trademark Certificate 297594 | 8/18/2009 | 8/18/2009 |
| 463 | Certified Trademark Certificate 1655564 | 8/18/2009 | 8/18/2009 |
| 464 | Certified Trademark Certificate 2361695 | 8/18/2009 | 8/18/2009 |
| 465 | Certified Trademark Certificate | 8/18/2009 | 8/18/2009 |

| 482 | Letter from J. Andrew Coombs, Esq. to James A. Lowe, Esq. dated 4/7/08 | 8/25/2009 | 8/25/2009 |
|---|---|---|---|
| 483 | Letter from J. Andrew Coombs, Esq. to James A. Lowe, Esq. dated 6/2/08 | 8/25/2009 | 8/25/2009 |
| 485 | Letter from J. Andrew Coombs, Esq. to James A. Lowe, Esq. dated 6/24/08 | 8/25/2009 | 8/25/2009 |
| 488 | Letter from J. Andrew Coombs, Esq. to James A. Lowe, Esq. dated 7/25/08 | 8/25/2009 | 8/25/2009 |
| 489 | Letter from J. Andrew Coombs, Esq. to James A. Lowe, Esq. dated 9/19/08 | 8/25/2009 | 8/25/2009 |
| 491 | Hosting Status www.Bapesky.com 1/23/09 | 8/20/2009 | 8/20/2009 |
| 528 | Email from steve chen to Security (zhonghh@it5.cn and chendan@it8.cn referenced) dated 8/8/07 re www.ape168.com | 8/21/2009 | 8/21/2009 |
| 549 | Email from steve chen to chendan and zhonghh@it8.cn re www.guccifendi.com dated 12/13/07 re "15 minutes" and movement of website from one server to another of Defendants' servers | 8/25/2009 | 8/25/2009 |
| 550 | Email from security to zhonghh re "www.bag4sel..com" (www.bag4sell.com) dated 11/29/07 re sale of counterfeit product | 8/25/2009 | 8/25/2009 |
| 554 | Email from security to zhonghh re www.buymyshoes.net dated 11/29/07 re sale of counterfeit product | 8/25/2009 | 8/25/2009 |
| 555 | Email from security to chendan re www.dreamyshoes.com dated 11/29/07 re sale of counterfeit product | 8/25/2009 | 8/25/2009 |
| 557 | Email from security to zhonghh re www.guccifendi.com dated 11/29/07 re sale of counterfeit product | 8/25/2009 | 8/25/2009 |
| 559 | Email from security to zhonghh re www.luxury2us.com dated 11/29/07 re sale of counterfeit product | 8/25/2009 | 8/25/2009 |
| 560 | Email from security to chendan re www.nike558.com dated 11/29/07 re sale of counterfeit product | 8/25/2009 | 8/25/2009 |
| 562 | Email from security to zhonghh re www.shoes-order.com dated 11/29/07 re sale of counterfeit product | 8/25/2009 | 8/25/2009 |
| 564 | Email from security to zhonghh re www.super925.com dated 11/29/07 re sale of counterfeit product | 8/25/2009 | 8/25/2009 |
| 582 | Email from security to zhonghh re www.pro-jordan.com dated 11/29/07 re sale of counterfeit product | 8/25/2009 | 8/25/2009 |
| 583 | Akanoc Solutions Company Profile dated 6/19/08 | 8/21/2009 | 8/21/2009 |
| 584 | R. Holmes buy report dated 3/10/09 w/ images of product and packaging purchased from www.Sunny7shoes.com and related documents (CONFIDENTIAL) | 8/20/2009 | 8/20/2009 |
| 585 | Evidence www.Sunny7shoes.com LV long wallet (brown monogram) and packaging | 8/19/2009 | 8/19/2009 |
| 586 | R. Holmes buy report dated 2/17/09 w/ images of product and packaging purchased from www.Eshoes99.net and related documents (CONFIDENTIAL) | 8/20/2009 | 8/20/2009 |
| 587 | Evidence www.Eshoes99.net LV belt (brown/tan monogram w/ silver buckle) | 8/19/2009 | 8/19/2009 |
| 588 | R. Holmes buy report dated 2/24/09 w/ images of product and packaging purchased from www.Bigworldshoes.com and related documents (CONFIDENTIAL) | 8/20/2009 | 8/20/2009 |
| 589 | Evidence www.Bigworldshoes.com LV shoes pair (denim/black/gold) and packaging | 8/19/2009 | 8/19/2009 |

| 590 | R. Holmes buy report dated 3/10/09 w/ images of product and packaging purchased from www.Bapesky.com and related documents (CONFIDENTIAL) | 8/20/2009 | 8/20/2009 |
|---|---|---|---|
| 591 | Evidence www.Bapesky.com LV belt (brown w/ silver buckle) and packaging | 8/19/2009 | 8/19/2009 |
| 592 | Photographs of Defendants' Internal Computer System taken March 25, 2009 | 8/20/2009 | 8/20/2009 |
| 593 | Responsive Documents from Inspection of Defendants' Servers (79590-E01A) | 8/20/2009 | 8/20/2009 |
| 593.31 | Screen Capture Summary of View of Contents of Responsive Documents from Inspection of Defendants' Servers (79590-E01A) | 8/20/2009 | 8/20/2009 |
| 596 | Michael Wilson CV | 8/20/2009 | 8/20/2009 |
| 597 | Demonstrative Chart | 8/20/2009 | 8/20/2009 |
| 600 | Email from Security to wangkiyo dated 11/29/07 | 8/21/2009 | 8/21/2009 |
| 601 | Email from Security to wangkiyo dated 1/14/08 | 8/21/2009 | 8/21/2009 |
| 602 | Email from Security to wangkiyo dated 3/3/08 | 8/21/2009 | 8/21/2009 |
| 603 | Proof of service of Steve Chen served 8/15/07 | 8/21/2009 | 8/21/2009 |
| 604 | Richard Gralnik May 28, 2009 E-mail to Lai with Domain List Spreadsheet | 8/25/2009 | 8/25/2009 |
| 608 | Response to 1/30/09 and 2/4/09 letters from James A. Lowe, Esq. to J. Andrew Coombs, Esq. dated 2/10/09 | 8/19/2009 | 8/19/2009 |
| 609 | Akanoc Acceptable Use Policy dated 6/25/09 | 8/20/2009 | 8/20/2009 |
| 611 | Screenshot of rebuild of Bigworldshoes.com (Captured-website-LV-pcid=16.jpg) | 8/20/2009 | 8/20/2009 |
| 613 | Screenshot of online LV of Bigworldshoes.com (Online-bigworldshoes.com-LV_page.jpg) | 8/20/2009 | 8/20/2009 |
| 615 | Websitelist-full | 8/20/2009 | 8/20/2009 |
| 616 | CPRO-Exract | 8/20/2009 | 8/20/2009 |
| 625 | Hosting bag925.com 08-25-09 | 8/25/2009 | 8/25/2009 |
| 626 | ARIN MSG 08-24-09 | 8/25/2009 | 8/25/2009 |
| 627 | Introduction to ARIN's Database 08-24-09 | 8/25/2009 | 8/25/2009 |
| 628 | Second Req. for Production of Documents 01/03/08 | 8/25/2009 | 8/25/2009 |

**Defendants' Exhibits**

| 1523 | MSG Corporate Filings with California Secretary of State | 8/21/2009 | 8/21/2009 |
|---|---|---|---|
| 1524 | Akanoc Corporate Filings with California Secretary of State | 8/21/2009 | 8/21/2009 |
| 1526 | Price lists for Akanoc unmanaged Internet hosting plans | 8/21/2009 | 8/21/2009 |
| 1527 | Managed.com Separation Agreements | 8/21/2009 | 8/21/2009 |
| 1543 | Computer graphic of global Internet traffic | 8/25/2009 | 8/25/2009 |
| 1544 | Web session setup diagram | 8/25/2009 | 8/25/2009 |
| 1545 | Global consumer internet graphic diagram | 8/25/2009 | 8/25/2009 |
| 1546 | Image of Louis Vuitton bag, file name LV_42427_capture.jpeg | 8/25/2009 | 8/25/2009 |
| 1547 | Image of Louis Vuitton bag, file name LV_42427_capture.gif | 8/25/2009 | 8/25/2009 |
| 1548 | Raw data in file LV_42427.jpeg | 8/25/2009 | 8/25/2009 |
| 1549 | Raw data in file LV_42427.gif | 8/25/2009 | 8/25/2009 |
| 1576 | Terms of Service for hostgator.com | 8/25/2009 | 8/25/2009 |
| 1580 | Acceptable use policy for theplanet.com | 8/25/2009 | 8/25/2009 |
| 1598 | Summary of Complaint Responses | 8/19/2009 | 8/19/2009 |
| 1606 | Certified Interim Designation of Agent for Akanoc Solutions | 8/21/2009 | 8/21/2009 |
| 1607 | Certified Interim Designation of Agent for Managed Solutions Group, Inc. | 8/25/2009 | 8/25/2009 |
| 1610 | Simplified Internet Chart | 8/18/2009 | 8/18/2009 |

| 1611 | Website Chart | 8/18/2009 | 8/18/2009 |
|------|---------------|-----------|-----------|
| 1612 | Curriculum Vitae of Richard Gralnik | 8/25/2009 | 8/25/2009 |
| 1613 | Domain Tools and Ping Results Taken at Same Time for eshoes99.net | 8/21/2009 | 8/21/2009 |
| 1614 | Reverse IP Search for wendy929.com | 8/21/2009 | 8/21/2009 |