**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

***E-FILED***
**TIME TOTAL: 29 mins**

**CIVIL MINUTES - JURY TRIAL**

| | |
|---|---|
| **Judge: James Ware** | **Courtroom Deputy: Elizabeth Garcia** |
| **Date:   August 27, 2009** | **Court Reporter: Jana Ridenour** |
| **Case No: C-07-03952 JW** | **Interpreter: N/A** |

**TITLE**

Louis Vuitton Malletier, S.A. v. Akanoc Solutions, Inc. et al

Attorney(s) for Plaintiff(s): J. Andrew Coombs, Annie S. Wang
Attorney(s) for Defendant(s): James A. Lowe, Christopher Lai

**PROCEEDINGS**

**Jury Deliberations**

**ORDER AFTER HEARING**

9:00 AM: Jury Deliberations begin.
9:08 AM: Jury Note No. 1 regarding schedule.
11:20 AM: Jury Note No. 2
11:25 AM: Hearing on the record re Note No. 2
11:40 AM: Hearing concludes.  In the interim, the Court sent in a revised versions of the verdict form.
12:00 PM: Jury breaks for lunch.
12:34 PM: Jury deliberations resume.
12:35 PM: The Court holds a hearing regarding the submission of Supplemental Instruction No. 1 and a second and final revised verdict form.
12:42 PM: Hearing concludes and the Court sends in Supplemental Instruction No. 1 and a second and final revised verdict form.
3:20 PM: Jury Note. No 3
3:30 PM: The Court holds a brief hearing, off the record, regarding the note and proposed Supplemental Instruction No. 2.
3:37 PM: Hearing concludes.  In the interim, the Court sends in Supplemental Instruction No. 2.
4:10 PM: Deliberations end for the day


Further Jury Deliberations set for August 28, 2009 at 9:00 AM

**Exhibits Into Evidence:**
Please see Docket entry re Final submission of Jury Exhibits.

Elizabeth C. Garcia
Courtroom Deputy
CC: