# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TIME TOTAL:** 39 mins

## CIVIL MINUTES - JURY TRIAL

| | |
|---|---|
| **Judge: James Ware** | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** August 28, 2009 | **Court Reporter:** Jana Ridenour |
| **Case No: C-07-03952 JW** | **Interpreter:** N/A |

## TITLE

Louis Vuitton Malletier, S.A. v. Akanoc Solutions, Inc. et al

Attorney(s) for Plaintiff(s): J. Andrew Coombs, Annie S. Wang
Attorney(s) for Defendant(s): James A. Lowe, Christopher Lai

## PROCEEDINGS

**Jury Deliberations and Verdict**

## ORDER AFTER HEARING

9:15 AM: Jury Deliberations begin.
9:25 AM: Jury Note No. 4.
9:30 AM: The Court holds a brief hearing, off the record, regarding Jury Note No. 4 and proposed Supplemental Instruction No. 3.
9:35 AM: Hearing concludes, and in the interim, the Court submitted Supplemental Instruction No. 3 to the jury.
11:30 AM: Jury breaks for lunch.
12:00 PM: Jury deliberations resume. Jury Note No. 5 regarding time for afternoon deliberations.
1:05 PM: Jury Note No. 6 that a verdict had been reached.
1:23 PM: Brief hearing outside the present of the jury.
1:25 PM: Jury summoned.
1:26 PM: The Court gives closing remarks regarding juror's service for trial.
1:32 PM: Verdict is inspected and read into the record.
1:36 PM: The Court inquires of counsel if the panel should be polled. Defense requests polling of panel.
1:37 PM: Jury polled, the Court finds the verdict unanimous. The Jury is discharged from service. At the conclusion of the hearing, the Clerk returned all admitted trial exhibits to respective counsel to retain for all appeal purposes.

**Exhibits Into Evidence:**
Please see Docket entry re Final submission of Jury Exhibits.

Elizabeth C. Garcia
Courtroom Deputy
CC: