IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Louis Vuitton Malletier, S.A. et al, | NO. C 07-03952 JW |
| Plaintiff(s), | **JURY NOTES AND SUPPLEMENTAL INSTRUCTIONS DURING DELIBERATIONS** |
| v. | |
| Akanoc Solutions, Inc. Et al, | |
| Defendant(s). | |

Please see the subsequent pages for Jury Notes One through Six and the Court's Supplemental Instructions One through Three that were submitted during jury deliberations.

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Annie S Wang annie@coombspc.com
Brian S. Edwards bse@gauntlettlaw.com
David A. Gauntlett info@gauntlettlaw.com
J. Andrew Coombs andy@coombspc.com
James A. Lowe info@gauntlettlaw.com

**Dated: August 28, 2009**               **Richard W. Wieking, Clerk**


**By:    /s/ JW Chambers**

      **Elizabeth Garcia**

      **Courtroom Deputy**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE JAMES WARE          Case No. **C-07-03952 JW**

CASE TITLE: Louis Vuitton Malletier, S.A. v. Akanoc Solutions, Inc. et al

NOTE FROM THE JURY DURING DELIBERATIONS

Date: 8-27-09

Time: 9:08

Note No. 1

1. The Jury has reached a unanimous verdict. [Please mark]  (____)

or

2. The Jury has the following ~~question~~: comment / question

Dear Judge Ware,

① FYI, we expect to be in deliberations until at least until this afternoon.

DATE: 8-27-09          _Robin Samuels_
                        Signature of Jury Foreperson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE JAMES WARE          Case No. **C-07-03952 JW**

CASE TITLE: Louis Vuitton Malletier, S.A. v. Akanoc Solutions, Inc. et al

NOTE FROM THE JURY DURING DELIBERATIONS

Date: 8-28-09

Time: 11:20 am

Note No. 2

1. The Jury has reached a unanimous verdict. [Please mark]    (_____)

or

2. The Jury has the following question:

① End of question 1, there appears to be an extra "s". What is missing text?

② Page 7, line 23. Please clarify "what does "per counterfeit mark per type of goods" mean? What is the number

DATE: 8-28-09             _Robin Samuels_
                          Signature of Jury Foreperson

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Louis Vuitton Malletier, S.A., | NO. C 07-03952 JW |
| Plaintiff, | **SUPPLEMENTAL INSTRUCTION NO 1** |
| v. | |
| Akanoc Solutions, Inc., et al., | |
| Defendants. | |

Members of the jury, in compiling the final verdict form, one of the charts of trademarks was inadvertently omitted. A revised verdict form is being provided.

The Court has completed the wording of Question No. 1.

With respect to your request that the Court clarify "per counterfeit mark per type of goods" you are instructed as follows: If the Plaintiff proves each of the elements for contributory trademark infringement, as statutory damages you may award an amount in the ranges I gave you per trademark. For example, if you find from the evidence that Plaintiff has proved contributory infringement of the "LV" mark, you would apply the statutory damage amount to the "LV" mark. If you also find that Plaintiffs also prove contributory infringement of the "LOUIS VUITTON" mark, you would apply the statutory damage amount to the "LOUIS VUITTON" mark. You would repeat this process for each mark you find was contributorily infringed.

The Plaintiff has the burden to prove that each mark is unique.

The word "type" in my instructions means "class." You have received evidence that some marks were registered in multiple "classes." For example, in the chart attached to the verdict form the "LV" mark is registered in classes: 18, 34, 25, 16, 14 and 24. Thus, the mark is registered in six classes. If you find that the "LV" mark was contributorily infringed in all six classes, you could multiply the statutory award for contributory infringement of the "LV" mark times six. You must find that Plaintiff has proved contributory infringement in each class, however. So that if, for example Plaintiff proved contributory infringement in less than all six classes, you would use the lower number.

You would repeat this process for each mark that appears in multiple classes.

Thus, if in a given case handbags and shoes are two different classes of goods and there are four different trademarks that you find were contributorily infringed in each class of goods, then the Defendant in that case would have committed eight contributory trademark infringements.

You should not use the number of times a particular mark in a class have the used on particular goods.

If you find willful infringement, you would use that amount in making your calculation.

This instruction only applies to the contributory trademark infringement claim.

Dated: August 27, 2009

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Annie S Wang annie@coombspc.com
Brian S. Edwards bse@gauntlettlaw.com
David A. Gauntlett info@gauntlettlaw.com
J. Andrew Coombs andy@coombspc.com
James A. Lowe info@gauntlettlaw.com

Dated: August 26, 2009                                  Richard W. Wieking, Clerk

                                                        By:    /s/ JW Chambers
                                                               Elizabeth Garcia
                                                               Courtroom Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE JAMES WARE            Case No. **C-07-03952 JW**

CASE TITLE: Louis Vuitton Malletier, S.A. v. Akanoc Solutions, Inc. et al

NOTE FROM THE JURY DURING DELIBERATIONS

Date: 8-28-09
Time: 3:20 pm
Note No. 3

1. The Jury has reached a unanimous verdict. [Please mark]   (____)

or

2. The Jury has the following question:

Trademark 695 has a class 25, and trademark 905 has classes 16 & 25. They look the same. Should we consider 695 & 905 separate instances or 1 instance of infringement? (for ~~category~~ class 25) Please clarify lines 15 & 16 on your supplemental instructions to us.

DATE: 8-28-09                    Robin Samuel
                                 Signature of Jury Foreperson

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Louis Vuitton Malletier, S.A., | NO. C 07-03952 JW |
| Plaintiff, | **SUPPLEMENTAL INSTRUCTION NO 2** |
| v. | |
| Akanoc Solutions, Inc., et al., | |
| Defendants. | |

There is no dispute between the parties that '695 and '905 are the same mark Therefore, if you find that the mark was contributorily infringed in class 16, for example, you would award to the Plaintiffs the statutory amount. If you find that the mark was also contributorily infringed in class 25, you may double the statutory award for infringement of that mark because then you would be finding two contributory infringements of the mark.

As to lines 15 and 16. I gave you that instruction to clarify that if you find that a mark was used by a direct infringer, the Plaintiff is not required to prove the number of products on which the mark was used by a direct infringer.

Dated: August 27, 2009

JAMES WARE
United States District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE JAMES WARE          Case No. **C-07-03952 JW**

CASE TITLE: Louis Vuitton Malletier, S.A. v. Akanoc Solutions, Inc. et al

NOTE FROM THE JURY DURING DELIBERATIONS

Date: 8-28-09
Time: 925 am
Note No. 4

1. The Jury has reached a unanimous verdict. [Please mark]   (____)

or

2. The Jury has the following question:

1. Trademark 564. Must LV be stand alone on item or can it be part of a larger pattern?
2. ~~One juror is not satisfied t~~ There is one juror who has a question about 2 classes of goods. We have not found corresponding goods for these 2 classes. 1 juror thinks we can find ~~be~~ for it because trademark is in evidence. But we can't find examples of those 2 items.

DATE: 8-28-09

Robin Samuels
Signature of Jury Foreperson

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Louis Vuitton Malletier, S.A., | NO. C 07-03952 JW |
| Plaintiff, | **SUPPLEMENTAL INSTRUCTION NO 3** |
| v. | |
| Akanoc Solutions, Inc., et al., | |
| Defendants. | |

There is no dispute between the parties that '564 is a different mark from, for example '695 and '905 in which the "LV" mark has no background.

Your verdict must be unanimous. If, based on the evidence, all of you do not agree that Plaintiff has proved that a mark has been infringed by a product or offer containing the mark, you may not include that mark in your decision.

Dated: August 28, 2009

JAMES WARE
United States District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE JAMES WARE          Case No. **C-07-03952 JW**

CASE TITLE: Louis Vuitton Malletier, S.A. v. Akanoc Solutions, Inc. et al

NOTE FROM THE JURY DURING DELIBERATIONS

Date: 8-28-09

Time:

Note No. 5

1. The Jury has reached a unanimous verdict.  [Please mark]   (_____)

or

2. The Jury has the following question:

We believe we will have a verdict this afternoon.

DATE: 8-28-09                    _Robin Samuels_
                                 Signature of Jury Foreperson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION


PRESIDING: JUDGE JAMES WARE              Case No. **C-07-03952 JW**


CASE TITLE: Louis Vuitton Malletier, S.A. v. Akanoc Solutions, Inc. et al


NOTE FROM THE JURY DURING DELIBERATIONS

Date: 8-28-09

Time: 1:05pm

Note No. 6


1. The Jury has reached a unanimous verdict. [Please mark]  (  )

or

2. The Jury has the following question:




DATE: 8-28-09                     _____
                                  Signature of Jury Foreperson