1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A Professional Corporation
   517 East Wilson Avenue, Suite 202
4  Glendale, California  91206
   Telephone:   (818) 500-3200
5  Facsimile:   (818) 500-3201

6  Attorneys for Plaintiff
   Louis Vuitton Malletier, S.A.
7

8  GAUNTLETT & ASSOCIATES
   David A. Gauntlett (SBN 96399)
9  *info@gauntlettlaw.com*
   James A. Lowe (SBN 214383)
10 *jal@gauntlettlaw.com*
   Christopher Lai (SBN 249425)
11 *cl@gauntlettlaw.com*
   18400 Von Karman, Suite 300
12 Irvine, California  92612
   Telephone:   (949) 553-1010
13 Facsimile:   (949) 553-2050

14 Attorneys for Defendants
   Akanoc Solutions, Inc.,
15 Managed Solutions Group, Inc.
   and Steve Chen
16

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" signed Judge James Ware]

17                          UNITED STATES DISTRICT COURT

18                  NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

19 Louis Vuitton Malletier, S.A.,        )   Case No. C07-03952 JW (HRL)
20                                       )
                 Plaintiff,              )   JOINT STIPULATION FOR
21        v.                             )   ADMINISTRATIVE LEAVE FOR
                                         )   PLAINTIFF TO FILE A RESPONSE TO
22 Akanoc Solutions, Inc., et al.        )   DEFENDANTS' OBJECTIONS TO
                                         )   LANGUAGE OF VUITTON'S
23               Defendants.             )   PROPOSED PERMANENT
                                         )   INJUNCTION [Dockets 191, 192, 192-2];
24                                       )   [PROPOSED] ORDER
                                         )
25

26     Plaintiff Louis Vuitton Malletier, S.A. ("Vuitton" or "Plaintiff") and Defendants Akanoc

27 Solutions, Inc., Managed Solutions Group, Inc. and Steve Chen  (collectively referred to as

28 "Defendants"), by and through their respective counsel of record, stipulate and agree that subject to

- 1 -
Louis Vuitton v. Akanoc, et al.: Stipulation re Administrative Leave

the Court's order, Plaintiff may file a Response to Defendants' Objections to Language of Vuitton's Proposed Permanent Injunction ("Objections") filed as Docket Numbers 191, 192, and 192-2 to address the arguments raised in Defendants' Objections.  A copy of Plaintiff's Response is lodged concurrently herewith.

    IT IS SO STIPULATED by the parties hereto.

Dated: August 17, 2009                J. Andrew Coombs, A Professional Corp.

                                            By:   /s/ J. Andrew Coombs
                                                    J. Andrew Coombs
                                                    Annie S. Wang
                                    Attorneys for Plaintiff Louis Vuitton Malletier, S.A.

Dated: August__, 2009               Gauntlett & Associates

                                            By:   /s/ James A. Lowe
                                                    James A. Lowe
                                                    Brian S. Edwards
                                                    Christopher Lai
                                    Attorneys for Defendants Akanoc Solutions, Inc.,
                                    Managed Solutions Group, Inc. and Steve Chen

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  September 1, 2009

_____
Hon. James Ware
UNITED STATES DISTRICT JUDGE