1  **GAUNTLETT & ASSOCIATES**
   David A. Gauntlett (SBN 96399)
2  James A. Lowe (SBN 214383)
   Brian S. Edwards (SBN 166258)
3  18400 Von Karman, Suite 300
   Irvine, California  92612
4  Telephone:     (949) 553-1010
   Facsimile:      (949) 553-2050
5  info@gauntlettlaw.com
   jal@gauntlettlaw.com
6  bse@gauntlettlaw.com

7  Attorneys for Defendants
   Akanoc Solutions, Inc.,
8  Managed Solutions Group, Inc.
   and Steve Chen

9

10                              **UNITED STATES DISTRICT COURT**

11                      **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

12

13  LOUIS VUITTON MALLETIER, S.A.,           ) Case No.:  C 07-3952 JW (HRL)
                                             )
14                      Plaintiff,           )
                                             ) **DEFENDANTS' PRELIMINARY RESPONSE**
15         vs.                               ) **TO PLAINTIFF'S SUPPLEMENTAL BRIEF**
                                             ) **RE EXTRA TERRITORIAL APPLICATION**
16                                           ) **OF U. S. COPYRIGHT AND TRADEMARK**
                                             ) **LAWS, AND TO PLAINTIFF'S REQUEST**
17  AKANOC SOLUTIONS, INC., et al.,          ) **FOR ENTRY OF JUDGMENT**
                                             )
18                      Defendants.          )
                                             )
19  _____  )

20

21

22

23

24

25

26

27

28

### I. ENTRY OF JUDGMENT WOULD BE PREMATURE BECAUSE THE PARTIES HAVE NOT YET COMPLETELY BRIEFED THE POST-VERDICT ISSUES THAT THE COURT REQUESTED

During Jury deliberations, the Court requested additional briefing about whether (and if so, to what extent) the United States copyright and trademark laws applied to acts of infringement that occurred outside the United States.  The Court listed several discrete questions on which it desired additional briefing.

The Court indicated that it would issue a briefing schedule for the issues raised.  But before the Court provided one, on September 3, 2009 Plaintiff suddenly filed a "Supplemental Brief Re Applicability of U.S. Copyright and Trademark Laws to California Based Web Hosting Defendants," combined with a one-sentence "Request for Entry of Judgment."  [Docket No. 237].

Defendants preliminarily respond:

1.  Judgment should not be entered until the Court has issued its briefing schedule, the parties complete their briefing and the Court decides the issues briefed.[1]

2.  Judgment also should not be entered until the parties complete their briefing on the scope and language of the permanent injunction that Plaintiff seeks.

Dated:  September 4, 2009

**GAUNTLETT & ASSOCIATES**

By:   /s/ James A. Lowe
      David A. Gauntlett
      James A. Lowe
      Brian S. Edwards

Attorneys for Defendants
Akanoc Solutions, Inc.,
Managed Solutions Group, Inc.,
and Steve Chen

---

[1] By submitting their prejudgment briefs in accordance with the Court's directives, Defendants do not waive their rights to submit additional post-judgment briefing, if necessary, on the subjects pursuant to Fed. R. Civ. P. 50(b) or 59 should they deem it necessary to do so.