IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| Louis Vuitton Malletier, S.A., | NO. C 07-03952 JW |
|---|---|
| Plaintiff, v. | **ORDER SETTING POST-TRIAL CASE MANAGEMENT CONFERENCE** |
| Akanoc Solutions, Inc., et al., | |
| Defendants. | |

This case was tried to a jury. On August 28, 2009, the jury reached a verdict. (See Docket Item No. 235.) In light of the verdict, the Court sets a Post-Trial Case Management Conference to discuss the next phase of the trial–namely, the injunctive relief phase. Accordingly, the parties shall appear on **October 19, 2009 at 10 a.m.** for the Conference. On or before **October 9, 2009**, the parties shall file a Joint Case Management Statement. The Statement shall, among other things, provide a recommended schedule for the injunction phase of the litigation, including any pending or anticipated post-trial motions, and a description of all other post-trial issues for which the parties request the Court's adjudication.

Dated: September 28, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Annie S Wang annie@coombspc.com
Brian S. Edwards bse@gauntlettlaw.com
David A. Gauntlett info@gauntlettlaw.com
J. Andrew Coombs andy@coombspc.com
James A. Lowe info@gauntlettlaw.com

**Dated: September 28, 2009**              **Richard W. Wieking, Clerk**

                                          **By:     /s/ JW Chambers**
                                                  **Elizabeth Garcia**
                                                  **Courtroom Deputy**

United States District Court
For the Northern District of California