1  J. ANDREW COOMBS, A P.C.
   J. Andrew Coombs (SBN 123881)
2  *andy@coombspc.com*
   Annie S. Wang (SBN 243027)
3  *annie@coombspc.com*
   517 E. Wilson Ave., Suite 202
4  Glendale, California  91206
   Telephone:    (818) 500-3200
5  Facsimile:    (818) 500-3201

6  Attorneys for Plaintiff
   Louis Vuitton Malletier, S.A.
7

8  GAUNTLETT & ASSOCIATES
   David A. Gauntlett (SBN 96399)
9  *info@gauntlettlaw.com*
   James A. Lowe (SBN 214383)
10 *jal@gauntlettlaw.com*
   Christopher Lai (SBN 249425)
11 *cl@gauntlettlaw.com*
   18400 Von Karman, Suite 300
12 Irvine, California  92612
   Telephone:    (949) 553-1010
13 Facsimile:    (949) 553-2050

14 Attorneys for Defendants
   Akanoc Solutions, Inc.,
15 Managed Solutions Group, Inc.
   and Steve Chen
16

17                       UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

19 Louis Vuitton Malletier, S.A.,          )   Case No. C07-03952 JW (HRL)
                                           )
20              Plaintiff,                 )   **JOINT STIPULATION RE**
                                           )   **CONTINUANCE OF POST-TRIAL**
21       v.                                )   **CASE MANAGEMENT**
                                           )   **CONFERENCE**
22 Akanoc Solutions, Inc., et al.,         )
                                           )   Court: Hon. James Ware
23              Defendants.                )   Date:  October 19, 2009
                                           )   Time:  10:00 a.m.
24

25       Plaintiff Louis Vuitton Malletier, S.A. ("Vuitton" or "Plaintiff") and Defendants Akanoc

26 Solutions, Inc., Managed Solutions Group, Inc. and Steve Chen (collectively referred to as

27 "Defendants"), by and through their respective counsel of record, agree and stipulate as follows:

28

Louis Vuitton v. Akanoc, et al.: Stipulation to Continue CMC           - 1 -

WHEREAS the Court issued its Order Setting Post-Trial Case Management Conference on or about September 30, 2009, setting the Case Management Conference on October 19, 2009, at 10:00 a.m.;

WHEREAS counsel for Plaintiff has a pre-planned obligation for October 19, 2009, and will be unable to attend any such conference until November 2, 2009;

WHEREAS the parties have met and conferred in preparation for the Case Management Conference and Joint Case Management Statement on October 6, 2009, and intend to meet the Court's October 9, 2009, deadline to file the Joint Statement;

NOW, THEREFORE, the Parties stipulate and agree that the pending Case Management Conference currently set for October 19, 2009, be continued until November 2, 2009, or a date thereafter acceptable to the court.

IT IS SO STIPULATED by the parties hereto:

Dated: October 6, 2009     J. Andrew Coombs, A Professional Corp.


By:    _/s/ J. Andrew Coombs_____
           J. Andrew Coombs
           Annie S. Wang
Attorneys for Plaintiff Louis Vuitton Malletier, S.A.

Dated: October 6, 2009     Gauntlett & Associates


By:     /s/ James A. Lowe_____
           David A. Gauntlett
           James A. Lowe
           Christopher Lai
Attorneys for Defendants Akanoc Solutions, Inc.,
Managed Solutions Group, Inc. and Steve Chen