1  J. ANDREW COOMBS, A P.C.
   J. Andrew Coombs (SBN 123881)
2  *andy@coombspc.com*
   Annie S. Wang (SBN 243027)
3  *annie@coombspc.com*
   517 E. Wilson Ave., Suite 202
4  Glendale, California  91206
   Telephone:     (818) 500-3200
5  Facsimile:     (818) 500-3201

6  Attorneys for Plaintiff
   Louis Vuitton Malletier, S.A.
7

8  GAUNTLETT & ASSOCIATES
   David A. Gauntlett (SBN 96399)
9  *info@gauntlettlaw.com*
   James A. Lowe (SBN 214383)
10 *jal@gauntlettlaw.com*
   Christopher Lai (SBN 249425)
11 *cl@gauntlettlaw.com*
   18400 Von Karman, Suite 300
12 Irvine, California  92612
   Telephone:     (949) 553-1010
13 Facsimile:     (949) 553-2050

14 Attorneys for Defendants
   Akanoc Solutions, Inc.,
15 Managed Solutions Group, Inc.
   and Steve Chen
16

*IT IS SO ORDERED*
*[signature]*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| Louis Vuitton Malletier, S.A., | ) | Case No.: C07-03952 JW (HRL) |
|---|---|---|
|             Plaintiff, | ) | **[PROPOSED] ORDER GRANTING CONTINUANCE OF POST-TRIAL CASE MANAGEMENT CONFERENCE** |
|     v. | ) | |
| Akanoc Solutions, Inc., et al. | ) | |
|             Defendants. | ) | Court:  Hon. James Ware |
| | ) | Date:   October 19, 2009 |
| | ) | Time:   10:00 a.m. |

On or about September 30, 2009, the Court filed its Order Setting Post-Trial Case Management Conference ordering the parties to appear on October 19, 2009, at 10:00 a.m.

Louis Vuitton v. Akanoc, et al.: Proposed Order to Continue CMC       - 1 -

The parties thereafter submitted a stipulation to continue the conference in light of a scheduling conflict.

In light of the Parties' stipulation, the Post-Trial Case Management Conference in this matter which is currently on calendar for October 19, 2009, at 10:00 a.m., is continued until November 2, 2009, at 10:00.a.m.

The Joint Case Management Statement must still be filed on or before October 9, 2009.

IT IS SO ORDERED.

Dated:  October 8, 2009

_____
Hon. James Ware
United States District Judge

Presented By:

J. Andrew Coombs, A Professional Corp.

By: \_\_\_\_/s/ J. Andrew Coombs_____
        J. Andrew Coombs
        Annie S. Wang
Attorneys for Louis Vuitton Malletier, S.A.

Gauntlett & Associates

By: \_\_\_/s/ James A. Lowe_____
        David A. Gauntlett
        James A. Lowe
        Christopher Lai
Attorneys for Defendants Akanoc Solutions, Inc., Managed Solutions Group, Inc. and Steven Chen