| | |
|---|---|
| 1 | **GAUNTLETT & ASSOCIATES** |
| | David A. Gauntlett (SBN 96399) |
| 2 | James A. Lowe (SBN 214383) |
| | Brian S. Edwards (SBN 166258) |
| 3 | Christopher Lai (SBN 249425) |
| | 18400 Von Karman, Suite 300 |
| 4 | Irvine, California  92612 |
| | Telephone:     (949) 553-1010 |
| 5 | Facsimile:     (949) 553-2050 |
| | jal@gauntlettlaw.com |
| 6 | bse@gauntlettlaw.com |
| | cl@gauntlettlaw.com |
| 7 | |
| | Attorneys for Defendants |
| 8 | AKANOC SOLUTIONS, INC., |
| | MANAGED SOLUTIONS GROUP, INC. |
| 9 | AND STEVE CHEN |
| | |
| 10 | **J. ANDREW COOMBS, A P.C.** |
| | J. Andrew Coombs (SBN 123881) |
| 11 | Annie S. Wang (SBN 243027) |
| | 517 East Wilson Avenue, Suite 202 |
| 12 | Glendale, CA 91206 |
| | Telephone: (818) 500-3200 |
| 13 | Facsimile:  (818) 500-3201 |
| | andy@coombspc.com |
| 14 | annie@coombspc.com |
| | |
| 15 | Attorneys for Plaintiff |
| | LOUIS VUITTON MALLETIER, S.A. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | | |
|---|---|---|
| LOUIS VUITTON MALLETIER, S.A., | ) | Case No.:  C 07-3952 JW (HRL) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO CONTINUE** |
| vs. | ) | **NOVEMBER 4, 2009 CASE** |
| | ) | **MANAGEMENT CONFERENCE;** |
| AKANOC SOLUTIONS, INC., et al., | ) | **[PROPOSED] ORDER** |
| | ) | |
| Defendants. | ) | |

Plaintiff Louis Vuitton Malletier, S.A. by its counsel, J. Andrew Coombs A P.C. and Defendants Managed Solutions Group, Inc., Akanoc Solutions, Inc. and Steve Chen ("Defendants"), by their counsel, Gauntlett & Associates, hereby agree and stipulate as follows:

1. WHEREAS, the Court continued the Case Management Conference previously noticed for November 2, 2009 to November 4, 2009.

2. WHEREAS, Defendants' counsel will be participating in oral argument at the Seventh Circuit Court of Appeals in Chicago, Illinois on November 4, 2009 and therefore cannot attend the Case Management Conference on November 4, 2009.

3. WHEREAS, counsel understand that the Court is available on November 23, 2009 10:00 A.M. for a continued Case Management Conference.

NOW, THEREFORE, THE PARTIES STIPULATE, AND REQUEST THE COURT TO ORDER, AS FOLLOWS:

1. The Case Management Conference scheduled for November 4, 2009 is continued until November 23, 2009 at 10:00 A.M.

**IT IS SO STIPULATED**

Dated: October 28, 2009                **J. ANDREW COOMBS, A P.C.**

By:   /s/ J. Andrew Coombs
    J. Andrew Coombs
    Annie Wang
Attorneys for Plaintiff
LOUIS VUITTON MALLETIER, S.A.

Dated: October 28, 2009                **GAUNTLETT & ASSOCIATES**

By:   /s/ James A. Lowe
    David A. Gauntlett
    James A. Lowe
Attorneys for Defendants
AKANOC SOLUTIONS, INC.,
MANAGED SOLUTIONS GROUP, INC.
AND STEVE CHEN

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

DATED: _____           _____
    JAMES WARE
    UNITED STATES DISTRICT JUDGE