**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
Brian S. Edwards (SBN 166258)
Christopher Lai (SBN 249425)
18400 Von Karman, Suite 300
Irvine, California 92612
Telephone:   (949) 553-1010
Facsimile:    (949) 553-2050
jal@gauntlettlaw.com
bse@gauntlettlaw.com
cl@gauntlettlaw.com

Attorneys for Defendants
AKANOC SOLUTIONS, INC.,
MANAGED SOLUTIONS GROUP, INC.
AND STEVE CHEN

**J. ANDREW COOMBS, A P.C.**
J. Andrew Coombs (SBN 123881)
Annie S. Wang (SBN 243027)
517 East Wilson Avenue, Suite 202
Glendale, CA 91206
Telephone:  (818) 500-3200
Facsimile:   (818) 500-3201
andy@coombspc.com
annie@coombspc.com

Attorneys for Plaintiff
LOUIS VUITTON MALLETIER, S.A.

*IT IS SO ORDERED*
*Judge James Ware*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., <br><br> Plaintiff, <br><br> vs. <br><br> AKANOC SOLUTIONS, INC., et al., <br><br> Defendants. | Case No.: C 07-3952 JW (HRL) <br><br> **STIPULATION TO CONTINUE NOVEMBER 4, 2009 CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

Plaintiff Louis Vuitton Malletier, S.A. by its counsel, J. Andrew Coombs A P.C. and Defendants Managed Solutions Group, Inc., Akanoc Solutions, Inc. and Steve Chen ("Defendants"), by their counsel, Gauntlett & Associates, hereby agree and stipulate as follows:

1.   WHEREAS, the Court continued the Case Management Conference previously noticed for November 2, 2009 to November 4, 2009.

2.   WHEREAS, Defendants' counsel will be participating in oral argument at the Seventh Circuit Court of Appeals in Chicago, Illinois on November 4, 2009 and therefore cannot attend the Case Management Conference on November 4, 2009.

3.   WHEREAS, counsel understand that the Court is available on November 23, 2009 10:00 A.M. for a continued Case Management Conference.

NOW, THEREFORE, THE PARTIES STIPULATE, AND REQUEST THE COURT TO ORDER, AS FOLLOWS:

1.   The Case Management Conference scheduled for November 4, 2009 is continued until November 23, 2009 at 10:00 A.M.

**IT IS SO STIPULATED**

Dated: October 28, 2009          **J. ANDREW COOMBS, A P.C.**

By:   /s/ J. Andrew Coombs
         J. Andrew Coombs
         Annie Wang
Attorneys for Plaintiff
LOUIS VUITTON MALLETIER, S.A.

Dated: October 28, 2009          **GAUNTLETT & ASSOCIATES**

By:   /s/ James A. Lowe
         David A. Gauntlett
         James A. Lowe
Attorneys for Defendants
AKANOC SOLUTIONS, INC.,
MANAGED SOLUTIONS GROUP, INC.
AND STEVE CHEN

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

DATED:  October 28, 2009                    _____
                                            JAMES WARE
                                            UNITED STATES DISTRICT JUDGE