J. Andrew Coombs (SBN 123881)
Annie S. Wang (SBN 243027)
J. Andrew Coombs, A Prof. Corp.
517 E. Wilson Ave., Suite 202
Glendale, California 91206
Telephone:  (818) 500-3200
Facsimile:   (818) 500-3201

andy@coombspc.com
annie@coombspc.com

Attorneys for Plaintiff Louis
Vuitton Malletier, S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

|  |  |  |
|---|---|---|
| Louis Vuitton Malletier, S.A., | ) ) | Case No.: C 07 3952 JW |
| Plaintiff, | ) ) ) | SUPPLEMENTAL DECLARATION OF J. ANDREW COOMBS RE INJUNCTIVE PHASE |
| v. | ) ) | |
| Akanoc Solutions, Inc., et al. | ) ) | Case Management Conference Date:  November 23, 2009 |
| Defendants. | ) ) ) | Time:  10:00 a.m. Courtroom 8, 4th Floor |

I, J. Andrew Coombs, declare as follows:

1.     I am an attorney at law duly admitted to practice before the Courts of the Northern District of California.  I am counsel of record for Plaintiff Louis Vuitton Malletier, S.A. ("Louis Vuitton") in the above-captioned matter.  Except as otherwise stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2.     I am informed and believe that as part of Louis Vuitton's ongoing enforcement efforts it has identified websites offering counterfeit Louis Vuitton merchandise which are hosted on servers owned by one or another of the Defendants herein after the jury rendered its verdict on August 28, 2009.  I am further informed and believe that certain of these websites were the subject of notifications on behalf of Louis Vuitton before the verdict was rendered in this matter.  I attach hereto as Exhibits A through J inclusive letters sent by or on behalf of Louis Vuitton and the

1  responses thereto received by Louis Vuitton from counsel for Defendants.  The responses purport to

2  indicate the action(s) taken by Defendants in response to the notices attached hereto.

3    I declare under penalty of perjury that the foregoing is true and correct and that this

4  declaration was executed the 18th day of November 2009 at Glendale, California.

5

6             _____

         J. ANDREW COOMBS

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A

LAW OFFICES

# J. ANDREW COOMBS

A PROFESSIONAL CORPORATION

517 EAST WILSON AVENUE, SUITE 202

GLENDALE, CALIFORNIA 91206-5902

TELEPHONE (818) 500-3200

FACSIMILE (818) 500-3201

September 8, 2009

**Via E-Mail and**
**First Class Mail**
*jal@gauntlettlaw.com*
James A. Lowe, Esq.
Gauntlett & Associates
18400 Von Karman, Suite 300
Irvine, California 92612

> **Re:   Louis Vuitton Malletier, S.A. v. Akanoc Solutions, Inc., et al. –**
> **Infringing Sites – Previously Notified**

Dear Mr. Lowe:

I follow up on our previous correspondence regarding the continued hosting of websites offering counterfeit Louis Vuitton merchandise. According to Plaintiff Louis Vuitton Malletier, S.A.'s ("Louis Vuitton") research, including pinging results, the below websites continue to be the beneficiary of Defendants Managed Solutions Group, Inc., Akanoc Solutions, Inc. and Steven Chen (collectively "Defendants") goods and services despite prior notice.

As set forth in greater detail below, these websites all continue to benefit from Defendants' routing of Internet traffic and hosting services. It should be noted that it is no coincidence that multiple infringing websites are hosted on a single IP Address, and that there is no question that the below websites were hosted at the following IP Addresses as of September 8, 2009.

|  | URL | IP ADDRESS | NOTIFIED |
|---|---|---|---|
| 1. | www.bag925.com | 205.209.137.172 | 2/9/07<br>8/1/07 (complaint) |
| 2. | www.brandshoesclub.com | 205.209.177.17 | 7/25/08 |
| 3. | www.dadidatrade.com | 66.79.172.215 | 7/25/08<br>1/30/09<br>2/4/09 |
| 4. | www.ec21copy.com | 205.209.177.19 | 7/25/08<br>1/30/09<br>2/4/09 |
| 5. | www.ecshoes.com | 205.209.137.53 | 11/26/08 |
| 6. | www.eshoesbiz.com | 205.209.177.18 | 7/25/08<br>1/30/09<br>2/4/09 |

EXHIBIT A                                    Page 3

Mr. James A Lowe, Esq.
September 8, 2009
Page 2 of 3

| | URL | IP ADDRESS | NOTIFIED |
|---|---|---|---|
| 7. | www.fugems.com | 205.209.148.137 | 7/25/08 |
| 8. | www.gift-pop.com | 205.209.177.13 | 7/25/08 1/30/09 2/4/09 |
| 9. | www.globwholesale.com | 66.79.172.215 | 1/30/09 |
| 10. | www.itemscatalog.com | 205.209.177.19 | 1/30/09 |
| 11. | www.nft.cc | 66.79.172.22 | 7/25/08 |
| 12. | www.nike-king.com | 204.16.196.76 | 7/25/08 |
| 13. | www.nikeseller.com | 205.209.177.13 | 7/25/08 1/30/09 2/4/09 |
| 14. | www.nikeshoes888.com | 66.79.172.215 | 7/25/08 1/30/09 2/4/09 |
| 15. | www.nikeshoeshua.com | 205.209.177.19 | 7/25/08 1/30/09 2/4/09 |
| 16. | www.niketrading.com | 205.209.139.107 | 7/25/08 1/30/09 2/4/09 |
| 17. | www.nikezone23.com | 205.209.172.56 | 7/25/08 |
| 18. | www.Ruimachina.com | 205.209.173.198 | 7/25/08 1/30/09 2/4/09 |
| 19. | www.shoestrade.biz | 205.209.173.198 | 7/25/08 1/30/09 2/4/09 |
| 20. | www.sndress-trade.com | 205.209.177.19 | 7/25/08 1/30/09 2/4/09 |
| 21. | www.sportshoesshow.com | 205.209.177.18 | 7/25/08 1/30/09 2/4/09 |
| 22. | www.sunny7shoes.com | 208.77.46.193 | 11/26/07 1/30/09 2/4/09 |
| 23. | www.top-handbag.com | 204.13.64.63 | 6/2/08 |
| | | | |

Mr. James A Lowe, Esq.
September 8, 2009
Page 3 of 3

|    | URL | IP ADDRESS | NOTIFIED |
|----|-----|------------|----------|
| 24. | www.trade31.com | 66.79.172.215 | 7/25/08 1/30/09 2/4/09 |
| 25. | www.trade789.com | 208.77.47.149 | 7/25/08 1/30/09 2/4/09 |
| 26. | www.xinda-trade.com | 205.209.177.13 | 7/25/08 1/30/09 2/4/09 |
| 27. | www.xinteshoes.com | 205.209.174.139 | 7/25/08 1/30/09 2/4/09 |
| 28. | www.xqmade.com | 205.209.177.19 | 7/25/08 1/30/09 2/4/09 |

The persistent and intentional contribution to the wholesale infringement of Louis Vuitton's rights outlined above must stop immediately. Defendants must act expeditiously to remove the infringing material and, with respect to websites the subject of previous notifications, those websites and corresponding accounts should be permanently banned.

Please insure that the Defendants take all appropriate steps to preserve any and all evidence regarding the websites identified in our letter and the location of those websites using Defendants' servers and services.

The foregoing is without prejudice to Louis Vuitton's rights all of which are expressly reserved.

Very Truly Yours,

J. Andrew Coombs,
A Professional Corporation

By: J. Andrew Coombs
Attorney for Louis Vuitton Malletier, S.A.

JAC:ra

**Exhibit B**

# LVMH FASHION GROUP

**Akanoc Solutions, Inc.**
Mr Steve CHEN
45535 Northport Loop East
Fremont, CA 94538
USA

September 09, 2009

By electronic mail (steve@akanoc.com, abuse@akanoc.com)

**Re: Trademark and copyright claims**

Dear Sir,

As you know, I am in-house legal counsel at LVMH Fashion Group's Intellectual Property Department, in charge of IP matters for Louis Vuitton Malletier, Givenchy and Marc Jacobs (hereinafter referred to as "LVMH Fashion Group"). LVMH Fashion Group owns certain copyrights and trademarks, registered in the United States (see next page).

We hereby notify you that your company is currently providing hosting services to the websites: http://www.ecalibaba.com (IP-address: 204.13.66.215), http://ecalibaba.com/ (IP-address: 204.13.66.215), http://www.cheapsneakersb2b.com (IP-address: 204.16.197.118), http://cheapsneakersb2b.com (IP-address: 204.16.197.118), http://www.nikeokshoes.com (IP-address: 204.16.198.248), http://nikeokshoes.com (IP-address: 204.16.198.248), http://www.goldeneshop.com (IP-address: 204.16.196.74), http://goldeneshop.com (IP-address: 204.16.196.74) and that **THESE SITES INFRINGE UPON LVMH FASHION GROUP'S TRADEMARKS AND COPYRIGHTS.**

Therefore, we ask your voluntary assistance in removing these websites, or requiring that their owners cease any further infringement of the said LVMH Fashion Group intellectual property rights.

We would appreciate confirmation of your action before September 19, 2009.

Sincerely,

Nikolay Livadkin

Copy to:    J. Andrew Coombs (andy@coombspc.com)
            James A. Lowe (info@gauntlettlaw.com, jal@gauntlettlaw.com)

2, RUE DU PONT-NEUF 75001 PARIS TEL : 01 55 80 32 00 FAX : 01 55 80 33 99
LVMH FASHION GROUP SOCIETE ANONYME AU CAPITAL DE 35 633 796 EUROS
335.581 294 RCS PARIS APE 741 J TVA FR 03 335 581 294 SIEGE SOCIAL : 22, AVENUE MONTAIGNE 75008 PARIS

1/3

LVMH FASHION GROUP

**Information for Akanoc Solutions, Inc.:**

1. See above for signature.

2. http://www.ecalibaba.com, http://ecalibaba.com, http://www.cheapsneakersb2b.com, http://cheapsneakersb2b.com, http://www.nikeokshoes.com, http://nikeokshoes.com, http://www.goldeneshop.com and http://goldeneshop.com are using LVMH Fashion Group's copyrighted material without authorization and selling counterfeit merchandise, which is prohibited by law. LVMH Fashion Group owns he following rights:

| Owner | Trademark | Registration Nr. | Copyrights |
|---|---|---|---|
| Louis Vuitton Malletier | "Louis Vuitton" | 1.990.760 | VA 1-250-121, VA 1-250-120, VA 1-365-644 and VA 1-365-645 |
| | "LV Logo" | 1.519.828 | |
| | "Floral Device" | 3.107.072 | |
| Marc Jacobs | "Marc Jacobs" | 1.967.123 | |
| Givenchy | "Givenchy" | 1.336.562 | |

3. By clicking the links below, you will be able to accurately locate the infringing material (list is not exhaustive):

**http://www.ecalibaba.com/**
http://www.ecalibaba.com/cheap-AAA-LV-Handbags-c-113_472.html
http://www.ecalibaba.com/cheap-AAA-LV-Handbags-c-113_472.html
http://www.ecalibaba.com/cheap-LV-Wallet-c-299_306.html
http://www.ecalibaba.com/cheap-LV-Belts-c-386_392.html
http://www.ecalibaba.com/cheap-LV-Sunglasses-c-373_381.html
http://www.ecalibaba.com/cheap-LV-c-633_675.html
http://www.ecalibaba.com/cheap-LV-Men-Shoes-c-112_168.html

**http://ecalibaba.com**
http://ecalibaba.com/cheap-AAA-LV-Handbags-c-113_472.html
http://ecalibaba.com/cheap-AAA-LV-Handbags-c-113_472.html
http://ecalibaba.com/cheap-LV-Wallet-c-299_306.html
http://ecalibaba.com/cheap-LV-Belts-c-386_392.html
http://ecalibaba.com/cheap-LV-Sunglasses-c-373_381.html
http://ecalibaba.com/cheap-LV-c-633_675.html
http://ecalibaba.com/cheap-LV-Men-Shoes-c-112_168.html

**http://www.cheapsneakersb2b.com**
http://www.cheapsneakersb2b.com/LV_Bag_1.html
http://www.cheapsneakersb2b.com/LV_Shoes_1.html
http://www.cheapsneakersb2b.com/Brand_LV_1.html

**http://cheapsneakersb2b.com**
http://cheapsneakersb2b.com/LV_Bag_1.html
http://cheapsneakersb2b.com/LV_Shoes_1.html
http://cheapsneakersb2b.com/Brand_LV_1.html

**http://www.nikeokshoes.com**
http://www.nikeokshoes.com/product.asp?classid=631

2/3

LVMH FASHION GROUP

http://www.nikeokshoes.com/product.asp?classid=696
http://www.nikeokshoes.com/product.asp?classid=695
http://www.nikeokshoes.com/product.asp?classid=582
http://www.nikeokshoes.com/product.asp?classid=686
http://www.nikeokshoes.com/product.asp?classid=612
http://www.nikeokshoes.com/product.asp?classid=657

http://nikeokshoes.com
http://nikeokshoes.com/product.asp?classid=631
http://nikeokshoes.com/product.asp?classid=696
http://nikeokshoes.com/product.asp?classid=695
http://nikeokshoes.com/product.asp?classid=582
http://nikeokshoes.com/product.asp?classid=686
http://nikeokshoes.com/product.asp?classid=612
http://nikeokshoes.com/product.asp?classid=657

http://www.goldeneshop.com
http://www.goldeneshop.com/pc.asp?class1id=2932
http://www.goldeneshop.com/pc.asp?class1id=2788&l=n
http://www.goldeneshop.com/pc.asp?class1id=3851&l=n
http://www.goldeneshop.com/pc.asp?class1id=4513&l=n
http://www.goldeneshop.com/pc.asp?class1id=2927

http://goldeneshop.com
http://goldeneshop.com/pc.asp?class1id=2932
http://goldeneshop.com/pc.asp?class1id=2788&l=n
http://goldeneshop.com/pc.asp?class1id=3851&l=n
http://goldeneshop.com/pc.asp?class1id=4513&l=n
http://goldeneshop.com/pc.asp?class1id=2927

4.  Our physical address is

    LVMH Fashion Group
    Intellectual Property Department
    2 rue du Pont Neuf
    75001 Paris FRANCE
    Telephone number: 011 33 1 55 80 32 00
    You may contact our office through email at ipd@fr.lvmh-fashion.com

5.  and 6.   I state UNDER PENALTY OF PERJURY that I am authorized to act on behalf of the
    owner of the above listed intellectual property rights ("IP Owner"); I have a good faith belief that
    the websites http://www.ecalibaba.com, http://ecalibaba.com, http://www.cheapsneakersb2b.com,
    http://cheapsneakersb2b.com,       http://www.nikeokshoes.com,       http://nikeokshoes.com,
    http://www.goldeneshop.com and http://goldeneshop.com offer items or contain materials that are
    not authorized by the IP Owner, its agent, or the law, and therefore infringe the IP Owner's rights
    and that the information in this notice is accurate.

3/3

EXHIBIT B                                        Page 8

**Exhibit C**

# LVMH FASHION GROUP

Managed Solutions Group, Inc.
Mr Steve CHEN
45535 Northport Loop East
Fremont, CA 94538
USA

September 09, 2009

By electronic mail (steve@managedsg-inc.com, abuse@managedsg-inc.com)

## Re: Trademark and copyright claims

Dear Sir,

As you know, I am in-house legal counsel at LVMH Fashion Group's Intellectual Property Department, in charge of IP matters for Louis Vuitton Malletier, Loewe, Givenchy and Marc Jacobs (hereinafter referred to as "LVMH Fashion Group"). LVMH Fashion Group owns certain copyrights and trademarks, registered in the United States (see next page).

We hereby notify you that your company is currently providing hosting services to the websites:   http://www.09fashionshop.com   (IP-address:   205.209.168.151), http://09fashionshop.com (IP-address: 205.209.168.151), http://www.2009bagsky.com (IP-address:   205.209.168.151),   http://2009bagsky.com   (IP-address:   205.209.168.151), http://www.ctocspace.com (IP-address: 205.209.172.149), http://ctocspace.com (IP-address: 205.209.172.149),   http://www.e-louisvuitton.com   (IP-address:   205.209.165.28), http://e-louisvuitton.com (IP-address: 205.209.165.28), http://www.hiphopoffer.com (IP-address:   205.209.173.200),   http://hiphopoffer.com   (IP-address:   205.209.173.200), http://www.lvspecial.com (IP-address: 205.209.168.151), http://lvspecial.com (IP-address: 205.209.168.151), http://www.nike-lv.com (IP-address: 205.209.143.92), http://nike-lv.com (IP-address: 205.209.143.92), http://www.replicawiki.com (IP-address: 66.79.172.217) and that **THESE SITES INFRINGE UPON LVMH FASHION GROUP'S TRADEMARKS AND COPYRIGHTS.**

Therefore, we ask your voluntary assistance in removing these websites, or requiring that their owners cease any further infringement of the said LVMH Fashion Group intellectual property rights.

We would appreciate confirmation of your action before September 19, 2009.

Sincerely,

Nikolay Livadkin

Copy to:   *J. Andrew Coombs (andy@coombspc.com)*
*James A. Lowe (info@gauntlettlaw.com, jal@gauntlettlaw.com)*

2, RUE DU PONT-NEUF 75001 PARIS   TEL : 01 55 80 32 00   FAX : 01 55 80 33 99
LVMH FASHION GROUP SOCIETE ANONYME AU CAPITAL DE 35 633 796 EUROS
335 581 294 RCS PARIS   APE 741 J   TVA FR 03 335 581 294   SIEGE SOCIAL   22, AVENUE MONTAIGNE 75008 PARIS

1/7

EXHIBIT C                                    Page 9

LVMH FASHION GROUP

**Information for Managed Solutions Group, Inc:**

1. See above for signature.

2. http://www.09fashionshop.com, http://09fashionshop.com, http://www.2009bagsky.com, http://2009bagsky.com, http://www.ctocspace.com, http://ctocspace.com, http://www.e-louisvuitton.com, http://e-louisvuitton.com, http://www.hiphopoffer.com, http://hiphopoffer.com, http://www.lvspecial.com, http://lvspecial.com, http://www.nike-lv.com, http://nike-lv.com and http://www.replicawiki.com are using LVMH Fashion Group's copyrighted material without authorization and selling counterfeit merchandise, which is prohibited by law. LVMH Fashion Group owns the following rights:

| Owner | Trademark | Registration Nr. | Copyrights |
|---|---|---|---|
| Louis Vuitton Malletier | "Louis Vuitton" | 1.990.760 | VA 1-250-121, VA 1-250-120, VA 1-365-644 and VA 1-365-645 |
| | "LV Logo" | 1.519.828 | |
| | "Floral Device" | 3.107.072 | |
| Marc Jacobs | "Marc Jacobs" | 1.967.123 | |
| Loewe | "Loewe" | 1.122.323 | |
| | "4L Logo" | 1.328.409 | |
| Givenchy | "Givenchy" | 1.336.562 | |

3. By clicking the links below, you will be able to accurately locate the infringing material (list is not exhaustive):

**http://www.09fashionshop.com**
http://www.09fashionshop.com/handbag.asp
http://www.09fashionshop.com/handbag.asp?id=848
http://www.09fashionshop.com/handbag.asp?id=861
http://www.09fashionshop.com/wallet.asp?id=862
http://www.09fashionshop.com/clothing.asp?id=1073
http://www.09fashionshop.com/NEW-ARRIVAL.asp

**http://09fashionshop.com**
http://09fashionshop.com/handbag.asp
http://09fashionshop.com/handbag.asp?id=848
http://09fashionshop.com/handbag.asp?id=861
http://09fashionshop.com/wallet.asp?id=862
http://09fashionshop.com/clothing.asp?id=1073
http://09fashionshop.com/NEW-ARRIVAL.asp

**http://www.2009bagsky.com**
http://www.2009bagsky.com/LV/LV-handbags-40/index_1.html
http://www.2009bagsky.com/LV/LV-wallets-41/index_1.html
http://www.2009bagsky.com/LV/LV-luggage-96/index_1.html
http://www.2009bagsky.com/LV/Damier-Canvas-97/index_1.html

**http://2009bagsky.com**
http://2009bagsky.com/LV/LV-handbags-40/index_1.html
http://2009bagsky.com/LV/LV-wallets-41/index_1.html
http://2009bagsky.com/LV/LV-luggage-96/index_1.html

EXHIBIT C                                    Page 10

LVMH FASHION GROUP

http://2009bagsky.com/LV/Damier-Canvas-97/index_1.html

**http://www.ctocspace.com**
http://www.ctocspace.com/handbags-louis-vuitton-c-1_9.html
http://www.ctocspace.com/louis-vuitton-luggage-c-1_9_174.html
http://www.ctocspace.com/louis-vuitton-lv-new-arrival-c-1_9_173.html
http://www.ctocspace.com/louis-vuitton-monogram-canvas-c-1_9_29.html
http://www.ctocspace.com/louis-vuitton-monogramouflage-c-1_9_30.html
http://www.ctocspace.com/louis-vuitton-monogram-multicolore-c-1_9_31.html
http://www.ctocspace.com/louis-vuitton-monogram-watercolor-c-1_9_32.html
http://www.ctocspace.com/louis-vuitton-mahina-c-1_9_33.html
http://www.ctocspace.com/louis-vuitton-monogram-groom-c-1_9_34.html
http://www.ctocspace.com/louis-vuitton-tahitiennes-c-1_9_35.html
http://www.ctocspace.com/louis-vuitton-damier-canvas-c-1_9_36.html
http://www.ctocspace.com/louis-vuitton-damier-graphite-c-1_9_37.html
http://www.ctocspace.com/louis-vuitton-damier-azur-c-1_9_38.html
http://www.ctocspace.com/louis-vuitton-damier-geant-c-1_9_39.html
http://www.ctocspace.com/louis-vuitton-monogram-tisse-c-1_9_40.html
http://www.ctocspace.com/louis-vuitton-monogram-jokes-c-1_9_41.html
http://www.ctocspace.com/louis-vuitton-monogram-denim-c-1_9_42.html
http://www.ctocspace.com/louis-vuitton-monogram-vernis-c-1_9_43.html
http://www.ctocspace.com/louis-vuitton-monogram-mirage-c-1_9_44.html
http://www.ctocspace.com/louis-vuitton-monogram-mini-lin-c-1_9_45.html
http://www.ctocspace.com/louis-vuitton-mini-lin-croisette-c-1_9_46.html
http://www.ctocspace.com/louis-vuitton-monogram-rubis-c-1_9_47.html
http://www.ctocspace.com/louis-vuitton-monogram-miroir-c-1_9_48.html
http://www.ctocspace.com/louis-vuitton-monogram-dentelle-c-1_9_49.html
http://www.ctocspace.com/louis-vuitton-utah-leather-c-1_9_50.html
http://www.ctocspace.com/louis-vuitton-suhali-leather-c-1_9_51.html
http://www.ctocspace.com/louis-vuitton-nomade-leather-c-1_9_52.html
http://www.ctocspace.com/louis-vuitton-epi-leather-c-1_9_53.html
http://www.ctocspace.com/louis-vuitton-monogram-rivets-c-1_9_54.html
http://www.ctocspace.com/louis-vuitton-luggage-c-1_9_55.html
http://www.ctocspace.com/louis-vuitton-embossed-leather-c-1_9_56.html
http://www.ctocspace.com/handbags-marc-jacobs-c-1_18.html
http://www.ctocspace.com/handbags-loewe-c-1_19.html
http://www.ctocspace.com/handbags-givenchy-c-1_28.html

**http://ctocspace.com**
http://ctocspace.com/handbags-louis-vuitton-c-1_9.html
http://ctocspace.com/louis-vuitton-luggage-c-1_9_174.html
http://ctocspace.com/louis-vuitton-lv-new-arrival-c-1_9_173.html
http://ctocspace.com/louis-vuitton-monogram-canvas-c-1_9_29.html
http://ctocspace.com/louis-vuitton-monogramouflage-c-1_9_30.html
http://ctocspace.com/louis-vuitton-monogram-multicolore-c-1_9_31.html
http://ctocspace.com/louis-vuitton-monogram-watercolor-c-1_9_32.html
http://ctocspace.com/louis-vuitton-mahina-c-1_9_33.html
http://ctocspace.com/louis-vuitton-monogram-groom-c-1_9_34.html
http://ctocspace.com/louis-vuitton-tahitiennes-c-1_9_35.html
http://ctocspace.com/louis-vuitton-damier-canvas-c-1_9_36.html
http://ctocspace.com/louis-vuitton-damier-graphite-c-1_9_37.html
http://ctocspace.com/louis-vuitton-damier-azur-c-1_9_38.html
http://ctocspace.com/louis-vuitton-damier-geant-c-1_9_39.html

3/7

EXHIBIT C                    Page 11

LVMH FASHION GROUP

http://ctocspace.com/louis-vuitton-monogram-tisse-c-1_9_40.html
http://ctocspace.com/louis-vuitton-monogram-jokes-c-1_9_41.html
http://ctocspace.com/louis-vuitton-monogram-denim-c-1_9_42.html
http://ctocspace.com/louis-vuitton-monogram-vernis-c-1_9_43.html
http://ctocspace.com/louis-vuitton-monogram-mirage-c-1_9_44.html
http://ctocspace.com/louis-vuitton-monogram-mini-lin-c-1_9_45.html
http://ctocspace.com/louis-vuitton-mini-lin-croisette-c-1_9_46.html
http://ctocspace.com/louis-vuitton-monogram-rubis-c-1_9_47.html
http://ctocspace.com/louis-vuitton-monogram-miroir-c-1_9_48.html
http://ctocspace.com/louis-vuitton-monogram-dentelle-c-1_9_49.html
http://ctocspace.com/louis-vuitton-utah-leather-c-1_9_50.html
http://ctocspace.com/louis-vuitton-suhali-leather-c-1_9_51.html
http://ctocspace.com/louis-vuitton-nomade-leather-c-1_9_52.html
http://ctocspace.com/louis-vuitton-epi-leather-c-1_9_53.html
http://ctocspace.com/louis-vuitton-monogram-rivets-c-1_9_54.html
http://ctocspace.com/louis-vuitton-luggage-c-1_9_55.html
http://ctocspace.com/louis-vuitton-embossed-leather-c-1_9_56.html
http://ctocspace.com/handbags-marc-jacobs-c-1_18.html
http://ctocspace.com/handbags-loewe-c-1_19.html
http://ctocspace.com/handbags-givenchy-c-1_28.html

**http://www.e-louisvuitton.com**
http://www.e-louisvuitton.com/index.php?main_page=index&cPath=71
http://www.e-louisvuitton.com/index.php?main_page=index&cPath=85
http://www.e-louisvuitton.com/index.php?main_page=index&cPath=16
http://www.e-louisvuitton.com/index.php?main_page=index&cPath=31
http://www.e-louisvuitton.com/index.php?main_page=index&cPath=46
http://www.e-louisvuitton.com/index.php?main_page=index&cPath=9
http://www.e-louisvuitton.com/index.php?main_page=index&cPath=56
http://www.e-louisvuitton.com/index.php?main_page=index&cPath=1
http://www.e-louisvuitton.com/index.php?main_page=index&cPath=80
http://www.e-louisvuitton.com/index.php?main_page=index&cPath=13
http://www.e-louisvuitton.com/index.php?main_page=index&cPath=18
http://www.e-louisvuitton.com/index.php?main_page=index&cPath=38

**http://e-louisvuitton.com**
http://e-louisvuitton.com/index.php?main_page=index&cPath=71
http://e-louisvuitton.com/index.php?main_page=index&cPath=85
http://e-louisvuitton.com/index.php?main_page=index&cPath=16
http://e-louisvuitton.com/index.php?main_page=index&cPath=31
http://e-louisvuitton.com/index.php?main_page=index&cPath=46
http://e-louisvuitton.com/index.php?main_page=index&cPath=9
http://e-louisvuitton.com/index.php?main_page=index&cPath=56
http://e-louisvuitton.com/index.php?main_page=index&cPath=1
http://e-louisvuitton.com/index.php?main_page=index&cPath=80
http://e-louisvuitton.com/index.php?main_page=index&cPath=13
http://e-louisvuitton.com/index.php?main_page=index&cPath=18
http://e-louisvuitton.com/index.php?main_page=index&cPath=38

**http://www.hiphopoffer.com**
http://www.hiphopoffer.com/products.asp?classid=400
http://www.hiphopoffer.com/products.asp?classid=283
http://www.hiphopoffer.com/products.asp?classid=437

4/7

EXHIBIT C                                    Page 12

LVMH FASHION GROUP

http://www.hiphopoffer.com/products.asp?classid=574
http://www.hiphopoffer.com/products.asp?classid=436
http://www.hiphopoffer.com/products.asp?classid=444
http://www.hiphopoffer.com/products.asp?classid=445
http://www.hiphopoffer.com/products.asp?classid=450
http://www.hiphopoffer.com/products.asp?classid=247
http://www.hiphopoffer.com/products.asp?classid=442
http://www.hiphopoffer.com/products.asp?classid=434
http://www.hiphopoffer.com/products.asp?classid=300
http://www.hiphopoffer.com/products.asp?classid=694

**http://hiphopoffer.com**
http://hiphopoffer.com/products.asp?classid=400
http://hiphopoffer.com/products.asp?classid=283
http://hiphopoffer.com/products.asp?classid=437
http://hiphopoffer.com/products.asp?classid=574
http://hiphopoffer.com/products.asp?classid=436
http://hiphopoffer.com/products.asp?classid=444
http://hiphopoffer.com/products.asp?classid=445
http://hiphopoffer.com/products.asp?classid=450
http://hiphopoffer.com/products.asp?classid=247
http://hiphopoffer.com/products.asp?classid=442
http://hiphopoffer.com/products.asp?classid=434
http://hiphopoffer.com/products.asp?classid=300
http://hiphopoffer.com/products.asp?classid=694

**http://www.lvspecial.com**
http://www.lvspecial.com/handbag.asp?id=848
http://www.lvspecial.com/handbag.asp?id=861
http://www.lvspecial.com/clothing.asp?id=1073
http://www.lvspecial.com/NEW-ARRIVAL.asp
http://www.lvspecial.com/new-arrival.asp?id=1018
http://www.lvspecial.com/new-arrival.asp?id=1075
http://www.lvspecial.com/new-arrival.asp?id=1076

**http://lvspecial.com**
http://lvspecial.com/handbag.asp?id=848
http://lvspecial.com/handbag.asp?id=861
http://lvspecial.com/clothing.asp?id=1073
http://lvspecial.com/NEW-ARRIVAL.asp
http://lvspecial.com/new-arrival.asp?id=1018
http://lvspecial.com/new-arrival.asp?id=1075
http://lvspecial.com/new-arrival.asp?id=1076

**http://www.nike-lv.com**
http://www.nike-lv.com/Louis-Vuitton-Bag-1616-4-1_pl.html
http://www.nike-lv.com/LV-Wallet(AAAA)-Bag-1979-4-1_pl.html
http://www.nike-lv.com/LV-Women-Bag(AAAA)-Bag-1967-4-1_pl.html
http://www.nike-lv.com/LV-Travel-bags-Bag-1786-4-1_pl.html
http://www.nike-lv.com/Louis-Vuitton-Walle-Burse-Bag-1627-4-1_pl.html
http://www.nike-lv.com/LV-Men-shoe-leather-Shoes-2005-1-1_pl.html
http://www.nike-lv.com/LV-Men-business-suit-Clothes-1917-2-1_pl.html
http://www.nike-lv.com/LV-Men-Underwear-Trousers-1846-3-1_pl.html

5/7

EXHIBIT C                    Page 13

LVMH FASHION GROUP

http://www.nike-lv.com/Jewelry-11-1_pe.html
http://www.nike-lv.com/MARC-JACOBS-Women-Bag(AAAA)-Bag-1968-4-1_pl.html
http://www.nike-lv.com/LOEWE-Women-Bag(AAAA)-Bag-1974-4-1_pl.html
http://www.nike-lv.com/GIVENCHY-watches-1865-6-1_pl.html

**http://nike-lv.com**
http://nike-lv.com/Louis-Vuitton-Bag-1616-4-1_pl.html
http://nike-lv.com/LV-Wallet(AAAA)-Bag-1979-4-1_pl.html
http://nike-lv.com/LV-Women-Bag(AAAA)-Bag-1967-4-1_pl.html
http://nike-lv.com/LV-Travel-bags-Bag-1786-4-1_pl.html
http://nike-lv.com/Louis-Vuitton-Walle-Burse-Bag-1627-4-1_pl.html
http://nike-lv.com/LV-Men-shoe-leather-Shoes-2005-1-1_pl.html
http://nike-lv.com/LV-Men-business-suit-Clothes-1917-2-1_pl.html
http://nike-lv.com/LV-Men-Underwear-Trousers-1846-3-1_pl.html
http://nike-lv.com/Jewelry-11-1_pe.html
http://nike-lv.com/MARC-JACOBS-Women-Bag(AAAA)-Bag-1968-4-1_pl.html
http://nike-lv.com/LOEWE-Women-Bag(AAAA)-Bag-1974-4-1_pl.html
http://nike-lv.com/GIVENCHY-watches-1865-6-1_pl.html

**http://www.replicawiki.com**
http://www.replicawiki.com/Handbag/Louis-Vuitton-Handbag-384-1.html
http://www.replicawiki.com/LV-Monogram-Mini-Lin-147-1.html
http://www.replicawiki.com/Handbag/LV-Monogram-Mini-Lin-147-1.html
http://www.replicawiki.com/Handbag/LV-Onattah-154-1.html
http://www.replicawiki.com/Handbag/LV-Nomade-153-1.html
http://www.replicawiki.com/Handbag/LV-Monogram-Vernis-152-1.html
http://www.replicawiki.com/Handbag/LV-Monogram-Satin-151-1.html
http://www.replicawiki.com/Handbag/LV-Monogram-Perforation-150-1.html
http://www.replicawiki.com/Handbag/LV-Cup-140-1.html
http://www.replicawiki.com/Handbag/LV-Monogram-Mirrior-148-1.html
http://www.replicawiki.com/Handbag/LV-Taiga-157-1.html
http://www.replicawiki.com/Handbag/LV-Monogram-Denim-146-1.html
http://www.replicawiki.com/Handbag/LV-Monogram-Canvas-145-1.html
http://www.replicawiki.com/Handbag/LV-Epi-144-1.html
http://www.replicawiki.com/Handbag/LV-Damier-Canvas-143-1.html
http://www.replicawiki.com/Handbag/LV-Damier-Azure-142-1.html
http://www.replicawiki.com/Handbag/LV-Antigua-141-1.html
http://www.replicawiki.com/Handbag/LV-Monogram-Multicolor-149-1.html
http://www.replicawiki.com/Handbag/LV-Tobago-159-1.html
http://www.replicawiki.com/Handbag/LV-Utah-160-1.html
http://www.replicawiki.com/Handbag/LV-Knock-off-162-1.html
http://www.replicawiki.com/Handbag/LV-Cruise-180-1.html
http://www.replicawiki.com/Handbag/LV-Suhali-156-1.html
http://www.replicawiki.com/Handbag/LV-Reviting-155-1.html
http://www.replicawiki.com/Handbag/Monogram-Motard-377-1.html
http://www.replicawiki.com/Handbag/LV-Monogram-Shearling-464-1.html
http://www.replicawiki.com/Handbag/LV-Stephen-Sprouse-463-1.html
http://www.replicawiki.com/Handbag/LV-2009-441-1.html
http://www.replicawiki.com/Handbag/LV-Monogram-Lepoad-432-1.html
http://www.replicawiki.com/Handbag/LV-Paris-407-1.html
http://www.replicawiki.com/Handbag/LV-Suede-Embossed-406-1.html
http://www.replicawiki.com/Handbag/Monogram-Jokes-378-1.html
http://www.replicawiki.com/Handbag/LV-Mahina-366-1.html

EXHIBIT C                                              Page 14

LVMH FASHION GROUP

http://www.replicawiki.com/Handbag/LV-Monogramouflage-465-1.html
http://www.replicawiki.com/Handbag/LV-Damier-Geant-391-1.html
http://www.replicawiki.com/Shoes/LV-Shoes-468-1.html
http://www.replicawiki.com/Shoes/LV-boots-438-1.html
http://www.replicawiki.com/Apparel/LV-Cap-247-1.html
http://www.replicawiki.com/Apparel/Louis-Vuitton-Ties-276-1.html
http://www.replicawiki.com/Apparel/Louis-Vuitton-Scarf-262-1.html
http://www.replicawiki.com/Belt/LV-Belt-241-1.html
http://www.replicawiki.com/Jewelry/LV-Jewelry-496-1.html
http://www.replicawiki.com/Handbag/Marc-Jacobs-Handbag-398-1.html
http://www.replicawiki.com/Wallet/Marc-Jacobs-Wallet-427-1.html
http://www.replicawiki.com/Handbag/Loewe-Handbag-409-1.html
http://www.replicawiki.com/Wallet/Loewe-Wallet-415-1.html
http://www.replicawiki.com/Handbag/Givenchy-Handbag-476-1.html

4.  Our physical address is

    LVMH Fashion Group
    Intellectual Property Department
    2 rue du Pont Neuf
    75001 Paris FRANCE
    Telephone number: 011 33 1 55 80 32 00
    You may contact our office through email at ipd@fr.lvmh-fashion.com

5.  and 6.   I state UNDER PENALTY OF PERJURY that I am authorized to act on behalf of the
    owner of the above listed intellectual property rights ("IP Owner"); I have a good faith belief that
    the       websites       http://www.09fashionshop.com,       http://09fashionshop.com,
    http://www.2009bagsky.com,       http://2009bagsky.com,       http://www.ctocspace.com,
    http://ctocspace.com,       http://www.e-louisvuitton.com,       http://e-louisvuitton.com,
    http://www.hiphopoffer.com,       http://hiphopoffer.com,       http://www.lvspecial.com,
    http://lvspecial.com, http://www.nike-lv.com, http://nike-lv.com and http://www.replicawiki.com
    offer items or contain materials that are not authorized by the IP Owner, its agent, or the law, and
    therefore infringe the IP Owner's rights and that the information in this notice is accurate.

EXHIBIT C                                    Page 15

**Exhibit D**

# LVMH FASHION GROUP

**Managed Solutions Group, Inc.**
Mr Steve CHEN
45535 Northport Loop East
Fremont, CA 94538
USA

September 14th, 2009

By electronic mail (steve@managedsg-inc.com, abuse@managedsg-inc.com)

**Re: Trademark and copyright claims**

Dear Sir,

I am in-house legal counsel at LVMH Fashion Group's Intellectual Property Department, in charge of IP matters for Louis Vuitton Malletier, Givenchy and Marc Jacobs (hereinafter referred to as "LVMH Fashion Group"). LVMH Fashion Group owns certain copyrights and brands protected by trademark registrations throughout the world, including the United States (see next page).

We hereby notify you that your company is currently providing hosting services to the websites      http://www.bestsellsneakers.com      (IP-address:      205.209.177.13), http://bestsellsneakers.com (IP-address: 205.209.177.13) and http://www.stylehandbag-shop.com (IP-address: 205.209.148.253) and that **THESE SITES INFRINGE UPON LVMH FASHION GROUP'S TRADEMARKS AND COPYRIGHTS.**

Therefore, we ask your voluntary assistance in removing those websites, or requiring that their owner cease any further infringement of the LVMH Fashion Group intellectual property rights.

We would appreciate confirmation of your action before September 24th, 2009.

Sincerely,

Nikolay Livadkin

*Copy to: J. Andrew Coombs (andy@coombspc.com)*
            *James A. Lowe (info@gauntlettlaw.com, jal@gauntlettlaw.com)*

2, RUE DU PONT-NEUF 75001 PARIS  TEL : 01 55 80 32 00  FAX : 01 55 80 33 99
LVMH FASHION GROUP  SOCIETE ANONYME A DIRECTOIRE ET CONSEIL DE SURVEILLANCE AU CAPITAL DE 35 633 796 EUROS
335 581 294 RCS PARIS  APE 741 J  TVA FR 03 335 581 294  SIEGE SOCIAL : 54, AVENUE MONTAIGNE 75008 PARIS

1/3

LVMH FASHION GROUP

**Information for Managed Solutions Group, Inc.:**

1. See above for signature.

2. http://www.bestsellsneakers.com, http://bestsellsneakers.com and http://www.stylehandbag-shop.com are using LVMH Fashion Group's copyrighted material without authorization and selling counterfeit merchandise, which is prohibited by law. LVMH Fashion Group is the owner of the following rights:

| Owner | Trademark | Registration Nr. | Copyrights |
|---|---|---|---|
| Louis Vuitton Malletier | "Louis Vuitton" | *1.990.760* | VA 1-250-121, VA 1-250-120, VA 1-365-644 and VA 1-365-645 |
| | "LV Logo" | *1.519.828* | |
| | "Floral Device" | *3.107.072* | |
| Marc Jacobs | "Marc Jacobs" | *1.967.123* | |
| Givenchy | "Givenchy" | *1.336.562* | |

3. By clicking the links below, we feel your servers will be able to accurately locate the infringing material (list is not exhaustive):

> ➢ **http://www.bestsellsneakers.com**
http://www.bestsellsneakers.com/product.asp?bid=7
http://www.bestsellsneakers.com/product.asp?bid=7&nid=25
http://www.bestsellsneakers.com/product.asp?bid=8&nid=18
http://www.bestsellsneakers.com/product.asp?bid=9&nid=29
http://www.bestsellsneakers.com/product.asp?bid=13
http://www.bestsellsneakers.com/product.asp?bid=13&nid=72
http://www.bestsellsneakers.com/product.asp?bid=13&nid=74
http://www.bestsellsneakers.com/product.asp?bid=16
http://www.bestsellsneakers.com/product.asp?bid=16&nid=66
http://www.bestsellsneakers.com/product.asp?bid=16&nid=67
http://www.bestsellsneakers.com/product.asp?bid=16&nid=61

> ➢ **http://bestsellsneakers.com**
http://bestsellsneakers.com/product.asp?bid=7
http://bestsellsneakers.com/product.asp?bid=7&nid=25
http://bestsellsneakers.com/product.asp?bid=8&nid=18
http://bestsellsneakers.com/product.asp?bid=9&nid=29
http://bestsellsneakers.com/product.asp?bid=13
http://bestsellsneakers.com/product.asp?bid=13&nid=72
http://bestsellsneakers.com/product.asp?bid=13&nid=74
http://bestsellsneakers.com/product.asp?bid=16
http://bestsellsneakers.com/product.asp?bid=16&nid=66
http://bestsellsneakers.com/product.asp?bid=16&nid=67
http://bestsellsneakers.com/product.asp?bid=16&nid=61

> ➢ **http://www.stylehandbag-shop.com**
http://www.stylehandbag-shop.com/list.php?yzid=80
http://www.stylehandbag-shop.com/list.php?yzid=2
http://www.stylehandbag-shop.com/list.php?yzid=70

2/3

L V M H  FASHION GROUP

4.  Our physical address is

LVMH Fashion Group
Intellectual Property Department
2 rue du Pont Neuf
75001 Paris FRANCE
Telephone number: 011 33 1 55 80 32 00
You may contact our office through email at ipd@fr.lvmh-fashion.com

5.  and 6.    I state UNDER PENALTY OF PERJURY that I am authorized to act on behalf of the owner of the above listed intellectual property rights ("IP Owner"); I have a good faith belief that the website http://www.bestsellsneakers.com, http://bestsellsneakers.com and http://www.stylehandbag-shop.com offer items or contain materials that are not authorized by the IP Owner, its agent, or the law, and therefore infringe the IP Owner's rights and that the information in this notice is accurate.

3/3

**Exhibit E**

LAW OFFICES

# J. ANDREW COOMBS

A PROFESSIONAL CORPORATION
517 EAST WILSON AVENUE, SUITE 202
GLENDALE, CALIFORNIA 91206-5902
TELEPHONE (818) 500-3200
FACSIMILE (818) 500-3201

September 29, 2009

**Via E-Mail and**
**First Class Mail**
*jal@gauntlettlaw.com*
James A. Lowe, Esq.
Gauntlett & Associates
18400 Von Karman, Suite 300
Irvine, California 92612

      Re:     <u>Louis Vuitton Malletier, S.A. v. Akanoc Solutions, Inc., et al.</u> –
               **Infringing Sites – Previously Notified**

Dear Mr. Lowe:

      I follow up on our previous correspondence regarding the continued hosting of websites offering counterfeit Louis Vuitton merchandise. According to Plaintiff Louis Vuitton Malletier, S.A.'s ("Louis Vuitton") research, including pinging results, the below websites continue to be the beneficiary of Defendants Managed Solutions Group, Inc., Akanoc Solutions, Inc. and Steven Chen (collectively "Defendants") goods and services despite prior notice.

      As set forth in greater detail below, these websites all continue to benefit from Defendants' routing of Internet traffic and hosting services. It should be noted that it is no coincidence that multiple infringing websites are hosted on a single IP Address, and that there is no question that the below websites were hosted at the following IP Addresses as of September 29, 2009.

|   | URL | IP ADDRESS | NOTIFIED |
|---|---|---|---|
| 1. | www.at88.com | 205.209.167.19 | 6/2/08 |
| 2. | www.cn2009.com | 205.209.168.152 | 7/25/08<br>1/30/09<br>2/4/09 |
| 3. | www.kickaaa.com | 205.209.168.152 | 7/25/08<br>1/30/09<br>2/4/09 |
| 4. | www.lg668.com | 205.209.168.161 | 7/25/08<br>1/30/09<br>2/4/09 |
| 5. | www.wholesale-bn.com | 205.209.168.152 | 7/25/08<br>1/30/09<br>2/4/09 |

Mr. James A Lowe, Esq.
September 29, 2009
Page 2 of 2

The persistent and intentional contribution to the wholesale infringement of Louis Vuitton's rights outlined above must stop immediately. Defendants must act expeditiously to remove the infringing material and, with respect to websites the subject of previous notifications, those websites and corresponding accounts should be permanently banned.

Please insure that the Defendants take all appropriate steps to preserve any and all evidence regarding the websites identified in our letter and the location of those websites using Defendants' servers and services.

The foregoing is without prejudice to Louis Vuitton's rights all of which are expressly reserved.

Very Truly Yours,

J. Andrew Coombs,
A Professional Corporation

By: J. Andrew Coombs
Attorney for Louis Vuitton Malletier, S.A.

JAC:ra

**Exhibit F**



**GAUNTLETT &
ASSOCIATES**

A T T O R N E Y S   A T   L A W

18400 Von Karman, Suite 300
Irvine, California 92612
Phone: (949) 553-1010
Facsimile: (949) 553-2050

Email:   info@gauntlettlaw.com
Website: www.gauntlettlaw.com

Our File Number:
10562-002

October 6, 2009

**VIA E-MAIL & U.S. Mail**
andy@coombspc.com

J. Andrew Coombs, Esq.
LAW OFFICES J. ANDREW COOMBS, APC
517 E. Wilson Avenue, Suite 202
Glendale, CA 91206-5902

Re:   *Louis Vuitton Malletier, S.A. v. Akanoc Solutions, Inc., et al.*
      **U.S.D.C., Northern District of CA, Case No. C07 3952-JW**

•   **Response to Your Letter of September 8, 2009**

Dear Mr. Coombs:

Enclosed please find a summary of the actions taken by our clients in response to your letter sent on September 8, 2009.

Very truly yours,

James A. Lowe

JAL:pam
cc: Clients (via email)

166233.1-10562-002-10/6/2009

Response to September 8, 2009 Notification from J. Andrew Coombs

| Domain | Date of Notification | IP Address on Date of Notification | IP Disabled* | Follow-Up Date | Follow-Up Result | Follow-Up Date | Follow-Up Result |
|---|---|---|---|---|---|---|---|
| www.bag925.com | 9/8/09 | 205.209.137.172 | 9/8/09 | 9/12/09 | 174.165.123.148 (IP not in assigned range) | 10/6/09 | 174.165.123.148 (IP not in assigned range) |
| www.brandshoesclub.com | 9/8/09 | 205.209.177.17 | 9/8/09 | 9/12/09 | Website inaccessible | 10/6/09 | Website inaccessible |
| www.dadidatrade.com | 9/8/09 | 66.79.172.215 | 9/8/09 | 9/12/09 | 120.79.172.216 (IP not in assigned range) | 10/6/09 | 218.5.74.146 (IP not in assigned range) |
| www.ec21copy.com | 9/8/09 | 205.209.177.19 | 9/8/09 | 9/12/09 | 98.126.21.182 (IP not in assigned range) | 10/6/09 | 218.5.74.146 (IP not in assigned range) |
| www.ecshoes.com | 9/8/09 | 205.209.137.53 | 9/8/09 | 9/12/09 | 64.120.173.126 (IP not in assigned range) | 10/6/09 | 64.120.173.126 (IP not in assigned range) |
| www.eshoesbiz.com | 9/8/09 | 205.209.177.18 | 9/8/09 | 9/12/09 | Website inaccessible | 10/6/09 | Website inaccessible |
| www.fugems.com | 9/8/09 | 205.209.148.137 | 9/8/09 | 9/12/09 | 64.120.173.126 (IP not in assigned range) | 10/6/09 | 64.120.173.126 (IP not in assigned range) |
| www.gift-pop.com | 9/8/09 | 205.209.177.13 | 9/8/09 | 9/12/09 | 58.61.157.134 (IP not in assigned range) | 10/6/09 | 204.13.71.233 (IP not in assigned range) |
| www.globwholesale.com | 9/8/09 | 66.79.172.215 | 9/8/09 | 9/12/09 | 118.126.2.64 (IP not in assigned range) | 10/6/09 | 118.126.2.109 (IP not in assigned range) |
| www.itemscatalog.com | 9/8/09 | 205.209.177.19 | 9/8/09 | 9/12/09 | 202.104.186.4 (IP not in assigned range) | 10/6/09 | 202.104.186.4 (IP not in assigned range) |
| www.nfl.cc | 9/8/09 | 66.79.172.22 | 9/8/09 | 9/12/09 | Website inaccessible | 10/6/09 | Website inaccessible |
| www.nike-king.com | 9/8/09 | 204.18.196.76 | 9/8/09 | 9/12/09 | 76.76.96.139 (IP not in assigned range) | 10/6/09 | 76.76.96.140 (IP not in assigned range) |
| www.nikeseller.com | 9/8/09 | 205.209.177.13 | 9/8/09 | 9/12/09 | 58.61.37.56 (IP not in assigned range) | 10/6/09 | 58.61.37.56 (IP not in assigned range) |
| www.nikeshoes888.com | 9/8/09 | 66.79.172.215 | 9/8/09 | 9/12/09 | 98.126.21.182 (IP not in assigned range) | 10/6/09 | 165.160.13.20 (IP not in assigned range) |
| www.nikeshoesusa.com | 9/8/09 | 205.209.177.19 | 9/8/09 | 9/12/09 | 64.120.173.126 (IP not in assigned range) | 10/6/09 | 64.120.173.126 (IP not in assigned range) |
| www.niketrading.com | 9/8/09 | 205.209.139.107 | 9/8/09 | 9/12/09 | 64.120.173.126 (IP not in assigned range) | 10/6/09 | 64.120.173.126 (IP not in assigned range) |
| www.nikezone23.com | 9/8/09 | 205.209.172.56 | 9/8/09 | 9/12/09 | 64.120.173.126 (IP not in assigned range) | 10/6/09 | 64.120.173.126 (IP not in assigned range) |
| www.ruimachina.com | 9/8/09 | 205.209.173.198 | 9/8/09 | 9/12/09 | 64.120.173.126 (IP not in assigned range) | 10/6/09 | 64.120.173.126 (IP not in assigned range) |
| www.shoestrade.biz | 9/8/09 | 205.209.173.198 | 9/8/09 | 9/12/09 | 64.120.173.126 (IP not in assigned range) | 10/6/09 | 64.120.173.126 (IP not in assigned range) |

**Response to September 8, 2009 Notification from J. Andrew Coombs**

| Website | 9/8/09 | 9/8/09 | 9/12/09 | 10/6/09 |
|---|---|---|---|---|
| www.sndress-trade.com | 205.209.177.19 | Website inaccessible | Website inaccessible | |
| www.sportsshoesshow.com | 205.209.177.18 | Website inaccessible | 208.87.149.260 (IP not in assigned range) | |
| www.sunny7shoes.com | 208.77.4.193 | 61.4.190.208 (IP not in assigned range) | 121.199.253.168 (IP not in assigned range) | |
| www.top-handbag.com | 204.13.64.63 | Website inaccessible | Website inaccessible | |
| www.trade31.com | 66.79.172.215 | 222.73.69.228 (IP not in assigned range) | 222.73.69.228 (IP not in assigned range) | |
| www.trade789.com | 208.77.47.149 | 222.73.69.228 (IP not in assigned range) | 58.61.157.134 (IP not in assigned range) | |
| www.xinda-trade.com | 205.209.177.13 | Website inaccessible | Website inaccessible | |
| www.xinteshoes.com | 205.209.174.139 | Website inaccessible | 218.5.74.146 (IP not in assigned range) | |
| www.xqmade.com | 205.209.177.19 | 120.79.172.216 (IP not in assigned range) | | |

\* Notice of IP Disabling emailed to reseller on same date that IP address is disabled

**Exhibit G**



# GAUNTLETT & ASSOCIATES

## ATTORNEYS AT LAW

18400 Von Karman, Suite 300
Irvine, California 92612
Phone: (949) 553-1010
Facsimile: (949) 553-2050

Email:   info@gauntlettlaw.com
Website: www.gauntlettlaw.com

Our File Number:
10562-002

October 6, 2009

**VIA E-MAIL**
ipd@fr.lvmh-fashion.com

Nikolay Livadkin
LVMH Fashion Group
2 rue du Pont Neuf
75001 Paris FRANCE

> Re:  *Louis Vuitton Malletier, S.A. v. Akanoc Solutions, Inc., et al.*
> **U.S.D.C., Northern District of CA, Case No. C07 3952-JW**
>
> • **Response to Your Letter of September 9, 2009**

Dear Mr. Livadkin:

Enclosed please find a summary of the actions taken by our clients in response to your letter sent to Steve Chen on September 9, 2009 with a copy sent to our office.

Very truly yours,

James A. Lowe

JAL:pam
cc:      J. Andrew Coombs, Esq. (via email)
         Clients (via email)

166245.1-10562-002-10/6/2009

Response to September 9, 2009 Notification from Nikolay Livadkin

| Domain | Date of Notification | IP Address on Date of Notification | IP Disabled* | Follow-Up Date | Follow-Up Result | Follow-Up Date | Follow-Up Result |
|---|---|---|---|---|---|---|---|
| **Akanoc** | | | | | | | |
| | | | | | 118.126.2.49 | | 118.126.2.49 |
| www.ecalibaba.com | 9/9/09 | 204.13.66.215 | 9/9/09 | 9/12/09 | (IP not in assigned range) | 10/6/09 | (IP not in assigned range) |
| | | | | | 58.215.65.32 | | 58.215.65.32 |
| www.cheapsneakersb2b.com | 9/9/09 | 204.16.197.118 | 9/9/09 | 9/12/09 | (IP not in assigned range) | 10/6/09 | (IP not in assigned range) |
| | | | | | Website not accessible, | | Website not accessible, |
| | | | | | Website not hosted on any | | Website not hosted on any |
| www.nikeokshoes.com | 9/9/09 | 204.16.198.248 | 9/9/09 | 9/12/09 | IP | 10/6/09 | IP |
| | | | | | 222.77.187.195 | | 218.66.104.67 |
| www.goldeneshop.com | 9/9/09 | 204.16.196.74 | 9/9/09 | 9/12/09 | (IP not in assigned range) | 10/6/09 | (IP not in assigned range) |
| **Managed Solutions Group, Inc.** | | | | | | | |
| | | | | | 215.1.1.115 | | 215.1.1.115 |
| www.09fashionshop.coom | 9/9/09 | 205.209.168.151 | 9/9/09 | 9/12/09 | (IP not in assigned range) | 10/6/09 | (IP not in assigned range) |
| | | | | | 128.209.168.182 | | 128.209.168.182 |
| www.2009bagsky.com | 9/9/09 | 205.209.168.151 | 9/9/09 | 9/12/09 | (IP not in assigned range) | 10/6/09 | (IP not in assigned range) |
| | | | | | 91.214.46.211 | | 91.214.46.211 |
| www.ctocspace.com | 9/9/09 | 205.209.172.149 | 9/9/09 | 9/12/09 | (IP not in assigned range) | 10/6/09 | (IP not in assigned range) |
| | | | | | Website not accessible, | | Website not accessible, |
| | | | | | Website not hosted on any | | Website not hosted on any |
| www.e-louisvuitton.com | 9/9/09 | 205.209.165.28 | 9/9/09 | 9/12/09 | IP | 10/6/09 | IP |
| www.hiphopoffer.com | 9/9/09 | 205.209.168.151 | 9/9/09 | 9/12/09 | Website not accessible | 10/6/09 | Website not accessible |
| | | | | | | | 205.20.143.92 |
| www.nike-tv.com | 9/9/09 | 205.209.143.92 | 9/9/09 | 9/12/09 | Website not accessible | 10/6/09 | (IP not in assigned range) |
| | | | | | 174.139.243.130 | | 174.139.243.130 |
| www.replicawiki.com | 9/9/09 | 66.79.172.217 | 9/9/09 | 9/12/09 | (IP not in assigned range) | 10/6/09 | (IP not in assigned range) |

* Notice of IP Disabling emailed to reseller on same date that IP address is disabled

# Exhibit H



### GAUNTLETT & ASSOCIATES
#### ATTORNEYS AT LAW

18400 Von Karman, Suite 300
Irvine, California 92612
Phone: (949) 553-1010
Facsimile: (949) 553-2050

Email:   info@gauntlettlaw.com
Website: www.gauntlettlaw.com

Our File Number:
10562-002

October 6, 2009

**VIA E-MAIL**
ipd@fr.lvmh-fashion.com

Nikolay Livadkin
LVMH Fashion Group
2 rue du Pont Neuf
75001 Paris FRANCE

Re: *Louis Vuitton Malletier, S.A. v. Akanoc Solutions, Inc., et al.*
  **U.S.D.C., Northern District of CA, Case No. C07 3952-JW**

 • **Response to Your Letter of September 14, 2009**

Dear Mr. Livadkin:

  Enclosed please find a summary of the actions taken by our clients in response to your letter sent to Steve Chen on September 14, 2009 with a copy sent to our office.

       Very truly yours,

       James A. Lowe

JAL:pam
cc: J. Andrew Coombs, Esq. (via email)
  Clients (via email)

166246.1-10562-002-10/6/2009

Response to September 14, 2009 Notification from Nikolay Livadkin

| Domain | Date of Notification | IP Address on Date of Notification | IP Disabled* | Follow-Up Date | Follow-Up Result | Follow-Up Date | Follow-Up Result |
|---|---|---|---|---|---|---|---|
| www.bestsellsneakers.com | 9/14/09 | 205.209.177.13 | 9/14/09 | 9/16/09 | 222.73.69.228 (IP not in assigned range) | 10/6/09 | Website not accessible, Website not hosted on any IP |
| www.stylehandbag-shop.com | 9/14/09 | 205.209.148.253 | 9/14/09 | 9/16/09 | 111.111.111.111 (IP not in assigned range) | 10/6/09 | Website not accessible, Website not hosted on any IP |
| | | | | | | | |

* Notice of IP Disabling emailed to reseller on same date that IP address is disabled

**Exhibit I**



**GAUNTLETT &**
**ASSOCIATES**
A T T O R N E Y S   A T   L A W

18400 Von Karman, Suite 300
Irvine, California 92612
Phone: (949) 553-1010
Facsimile: (949) 553-2050

Email: info@gauntlettlaw.com
Website: www.gauntlettlaw.com

Our File Number:
10562-002

October 6, 2009

**VIA E-MAIL & U.S. Mail**
andy@coombspc.com

J. Andrew Coombs, Esq.
LAW OFFICES J. ANDREW COOMBS, APC
517 E. Wilson Avenue, Suite 202
Glendale, CA  91206-5902

> Re:   ***Louis Vuitton Malletier, S.A. v. Akanoc Solutions, Inc., et al.***
> **U.S.D.C., Northern District of CA, Case No. C07 3952-JW**
>
> • **Response to Your Letter of September 29, 2009**

Dear Mr. Coombs:

Enclosed please find a summary of the actions taken by our clients in response to your letter sent on September 29, 2009.

Very truly yours,

James A. Lowe

JAL:pam
Enclosures
cc: Clients (via email)

166230.1-10562-002-10/6/2009

EXHIBIT I                    Page 28

Response to September 29, 2009 Notification from J. Andrew Coombs

| Domain | Date of Notification | IP Address on Date of Notification | IP Disabled* | Follow-Up Date | Follow-Up Result | Follow-Up Date | Follow-Up Result |
|--------|------|------|------|------|------|------|------|
| www.at88.com | 9/29/09 | 205.209.167.19 | 9/30/09 | 10/2/09 | Website not accessible | 10/6/09 | Website not accessible |
| www.cn2009.com | 9/29/09 | 205.209.168.152 | 9/30/09 | 10/2/09 | Website not accessible | 10/6/09 | Website not accessible |
| www.kickaaa.com | 9/29/09 | 205.209.168.152 | 9/30/09 | 10/2/09 | 200.200.200.200 (IP not in assigned range) | 10/6/09 | 200.200.200.200 (IP not in assigned range) |
| www.kq688.com | 9/29/09 | 205.209.168.161 | 9/30/09 | 10/2/09 | Website not accessible, Website not hosted on any IP | 10/6/09 | Website not accessible, Website not hosted on any IP |
| www.wholesale-bn.com | 9/29/09 | 205.209.168.152 | 9/30/09 | 10/2/09 | Website not accessible, Website not hosted on any IP | 10/6/09 | Website not accessible, Website not hosted on any IP |
| | | | | | | | |

* Notice of IP Disabling emailed to reseller on same date that IP address is disabled

EXHIBIT I                                        Page 29

**Exhibit J**

LAW OFFICES

# J. ANDREW COOMBS

A PROFESSIONAL CORPORATION

517 EAST WILSON AVENUE, SUITE 202

GLENDALE, CALIFORNIA 91206-5902

TELEPHONE (818) 500-3200

FACSIMILE (818) 500-3201

November 13, 2009

**Via E-Mail and**
**First Class Mail**
*jal@gauntlettlaw.com*
James A. Lowe, Esq.
Gauntlett & Associates
18400 Von Karman, Suite 300
Irvine, California 92612

Re:   **Louis Vuitton Malletier, S.A. v. Akanoc Solutions, Inc., et al. –**
**Infringing Sites – Previously Notified**

Dear Mr. Lowe:

I follow up on our previous correspondence regarding the continued hosting of websites offering counterfeit Louis Vuitton merchandise. According to Plaintiff Louis Vuitton Malletier, S.A.'s ("Louis Vuitton") research, including pinging results, the below websites continue to be the beneficiary of Defendants Managed Solutions Group, Inc., Akanoc Solutions, Inc. and Steven Chen (collectively "Defendants") goods and services despite prior notice.

As set forth in greater detail below, these websites all continue to benefit from Defendants' routing of Internet traffic and hosting services. It should be noted that it is no coincidence that multiple infringing websites are hosted on a single IP Address, and that there is no question that the below websites were hosted at the following IP Addresses as of November 13, 2009.

|  | URL | IP ADDRESS | NOTIFIED |
|---|---|---|---|
| 1. | www.lvspecial.com | 205.209.168.152 | 9/9/09 |
| 2. | www.china-sneakers.com | 205.209.183.200 | 7/25/08 |
| 3. | www.nikeme.com | 205.209.168.152 | 7/25/08<br>1/30/09<br>2/4/09 |
| 4. | www.gift-pop.com | 204.13.71.233 | 7/25/08<br>1/30/09<br>2/4/09<br>9/8/09 |

Mr. James A Lowe, Esq.
November 13, 2009
Page 2 of 2

| | URL | IP ADDRESS | NOTIFIED |
|---|---|---|---|
| 5. | www.fashionholland.com | 205.209.157.184 | 7/25/08<br>1/30/09<br>2/4/09 |
| 6. | www.bbnike.com | 205.209.139.106 | 7/25/08 |
| 7. | www.21cntrade.com | 205.209.173.197 | 7/25/08 |
| 8. | www.shoes-order.com | 204.16.198.248 | 11/26/07<br>7/25/08 |

    The persistent and intentional contribution to the wholesale infringement of Louis Vuitton's rights outlined above must stop immediately. Defendants must act expeditiously to remove the infringing material and, with respect to websites the subject of previous notifications, those websites and corresponding accounts should be permanently banned.

    Please insure that the Defendants take all appropriate steps to preserve any and all evidence regarding the websites identified in our letter and the location of those websites using Defendants' servers and services.

    The foregoing is without prejudice to Louis Vuitton's rights all of which are expressly reserved.

Very Truly Yours,

J. Andrew Coombs,
A Professional Corporation

By: J. Andrew Coombs
Attorney for Louis Vuitton Malletier, S.A.

JAC:ra