**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
Christopher Lai (SBN 249425)
18400 Von Karman, Suite 300
Irvine, California  92612
Telephone:     (949) 553-1010
Facsimile:      (949) 553-2050
jal@gauntlettlaw.com
cl@gauntlettlaw.com

Attorneys for Defendants
Akanoc Solutions, Inc.,
Managed Solutions Group, Inc.
and Steve Chen

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A.,<br><br>             Plaintiff,<br><br>      vs.<br><br>AKANOC SOLUTIONS, INC., et al.,<br><br>             Defendants. | Case No.:  C 07-3952 JW (HRL)<br><br>**DECLARATION OF JAMES A. LOWE RE: POST-TRIAL RESPONSES TO VUITTON'S INFRINGEMENT NOTICES** |

166605.1-10562-002-11/20/2009

**DECL. OF JAMES A. LOWE RE: POST-TRIAL RESPONSES TO INFRINGEMENT NOTICES – C 07-3952 JW (HRL)**

I, JAMES A. LOWE, declare:

1. I am an attorney duly licensed to practice law before this Court and am a partner in the law firm of Gauntlett & Associates, counsel of record for defendants Managed Solutions Group, Inc., Akanoc Solutions, Inc. and Steve Chen ("Defendants").

2. I have personal knowledge of the facts stated in this Declaration and could testify competently to them if called upon as a witness.

3. On November 18, 2009, I sent to Vuitton's counsel, J. Andrew Coombs, a letter and chart that confirmed Defendants' responses to Mr. Coombs' letter dated November 13, 2009. This letter and attached chart, which were not included as exhibits attached to the "Supplemental Declaration of J. Andrew Coombs Re Injunctive Phase" filed on November 18, 2009 [Docket No. 249], are attached hereto as **"Exhibit 1615."**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Irvine, California on November 20, 2009.

                                                s/ James A. Lowe
                                                  James A. Lowe

# EXHIBIT 1615



# GAUNTLETT & ASSOCIATES
### ATTORNEYS AT LAW

18400 Von Karman, Suite 300
Irvine, California 92612
Phone: (949) 553-1010
Facsimile: (949) 553-2050

Email: info@gauntlettlaw.com
Website: www.gauntlettlaw.com

Our File Number:
10562-002

November 18, 2009

**VIA E-MAIL & U.S. Mail**
andy@coombspc.com

J. Andrew Coombs, Esq.
LAW OFFICES J. ANDREW COOMBS, APC
517 E. Wilson Avenue, Suite 202
Glendale, CA 91206-5902

    Re:   *Louis Vuitton Malletier, S.A. v. Akanoc Solutions, Inc., et al.*
           U.S.D.C., Northern District of CA, Case No. C07 3952-JW

- **Response to Your Letter of November 13, 2009**

Dear Mr. Coombs:

    Enclosed please find a summary of the actions taken by our clients in response to your letter sent on November 13, 2009.

Very truly yours,

James A. Lowe

JAL:pam
Enclosures
cc: Clients (via email)



EXHIBIT
1615

166599.1-10562-002-11/18/2009

| Domain | Date of Complaint | IP Address on Date of Complaint | Date of Takedown Notice | IP disabled | Date That IP Address is Confirmed Out of Range | IP Address that Domain Has Moved Out of Range To |
|---|---|---|---|---|---|---|
| www.lvspecial.com | 11/13/2009 | 205.209.168.152 | 11/14/2009 | 11/14/2009 | 11/14/2009 | No host |
| www.china-sneakers.com | 11/13/2009 | 205.209.183.200 | 11/14/2009 | 11/14/2009 | 11/16/2009 | 118.126.2.109 |
| www.nikeme.com | 11/13/2009 | 205.209.168.152 | 11/14/2009 | 11/14/2009 | 11/16/2009 | 222.73.69.228 |
| www.gift-pop.com | 11/13/2009 | 204.13.71.233 | 11/14/2009 | 11/14/2009 | 11/16/2009 | 221.122.67.184 |
| www.fashionholland.com | 11/13/2009 | 205.209.157.184 | 11/14/2009 | 11/14/2009 | 11/16/2009 | 218.6.16.229 |
| www.bbnike.com | 11/13/2009 | 205.209.139.106 | 11/14/2009 | 11/14/2009 | 11/16/2009 | 218.5.74.111 |
| www.21cntrade.com | 11/13/2009 | 205.209.173.197 | 11/14/2009 | 11/14/2009 | 11/16/2009 | 218.6.16.229 |
| www.shoes-order.com | 11/13/2009 | 204.16.198.248 | 11/14/2009 | 11/14/2009 | 11/14/2009 | No host |