# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME: 20 mins**

## CIVIL MINUTES

**Judge:** James Ware                                **Courtroom Deputy:** Elizabeth Garcia
**Date:** November 23, 2009                      **Court Reporter:** Unreported
**Case No.:** C-07-03952 JW                    **Special Master:** N/A
**Related Case No.:** N/A                          **Interpreter:** N/A

## TITLE

**Louis Vuitton, S. A. v. Akanoc Solutions, Inc. et. al.**

**Attorney(s) for Plaintiff(s)**: Andrew Coombs, Annie Wang
**Attorney(s) for Defendant(s)**: James Lowe

## PROCEEDINGS

Post-Trial Case Management Conference

## ORDER AFTER HEARING

Hearing held, unreported. The Court set a further hearing on the Motion for Permanent Injunction on January 25, 2010 at 9:00 AM and further post-trial motions (including Rule 50 motions) for February 22, 2010 at 9:00 AM. The Court to issue further Order following case management conference.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: