IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| Louis Vuitton Malletier, S.A., | NO. C 07-03952 JW |
|---|---|
| Plaintiff, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Akanoc Solutions, Inc., et al., | |
| Defendants. | |

On November 23, 2009, the Court conducted a Case Management Conference. Counsel for the respective parties were present. In light of the discussion at the Conference, the Court orders as follows:

(1) On **January 25, 2010 at 9 a.m.**, the parties shall appear for a hearing on Plaintiff's Motion for a Permanent Injunction Order. To the extent that further briefing is required, the parties shall adhere to the briefing schedule as set forth in the Civil Local Rule of the Court.

(2) On **February 22, 2010 at 9 a.m.**, the parties shall appear for a hearing on Defendants' various Post-Trial Motions. To the extent that further briefing is required, the parties shall adhere to the briefing schedule as set forth in the Civil Local Rule of the Court.

Dated: November 23, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Annie S Wang annie@coombspc.com
Brian S. Edwards bse@gauntlettlaw.com
David A. Gauntlett info@gauntlettlaw.com
J. Andrew Coombs andy@coombspc.com
James A. Lowe info@gauntlettlaw.com

Dated:  November 23, 2009                    Richard W. Wieking, Clerk

                                             By:     /s/ JW Chambers
                                                   Elizabeth Garcia
                                                   Courtroom Deputy