1  **GAUNTLETT & ASSOCIATES**
    David A. Gauntlett (SBN 96399)
2  James A. Lowe (SBN 214383)
    Preston K. Ascherin (SBN 260361)
3  18400 Von Karman, Suite 300
    Irvine, California 92612
4  Telephone:  (949) 553-1010
    Facsimile:   (949) 553-2050
5  jal@gauntlettlaw.com
    pka@gauntlettlaw.com
6
    Attorneys for Defendants
7  Akanoc Solutions, Inc.,
    Managed Solutions Group, Inc.
8  and Steve Chen

9

10                          **UNITED STATES DISTRICT COURT**

11                     **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

12

13  LOUIS VUITTON MALLETIER, S.A.,        ) Case No.:  C 07-3952 JW (HRL)
                                           )
14                  Plaintiff,             )
                                           ) **DECLARATION OF JAMES A. LOWE**
15      vs.                                ) **IN SUPPORT OF DEFENDANTS'**
                                           ) **OPPOSITION TO VUITTON'S MOTION**
16  AKANOC SOLUTIONS, INC., et al.,        ) **FOR A PERMANENT INJUNCTION**
                                           )
17                  Defendants.            ) Date: January 25, 2010
                                           ) Time: 9:00 a.m.
18                                         ) Ctrm.: 8, 4th Floor
                                           )
19

20

21

22

23

24

25

26

27

28

166858.1-10562-002-1/4/2010                                    **DECL. OF JAMES A. LOWE IN OPP**
                                                               **TO VUITTON'S MTN FOR INJUNCTION**
                                                               **– C 07-3952 JW (HRL)**

I, JAMES A. LOWE, declare:

1. I am an attorney duly licensed to practice law before this Court and am a partner in the law firm of Gauntlett & Associates, counsel of record for defendants Managed Solutions Group, Inc., Akanoc Solutions, Inc. and Steve Chen ("Defendants").

2. I have personal knowledge of the facts stated in this Declaration and could testify competently to them if called upon as a witness.

3. Copies of excerpts from the certified court reporter's transcript (Vols. 8 & 9) of August 25, 2009 trial testimony in this case by Defendants' expert witness, Richard Gralnik are attached hereto as **"Exhibit 1616."** Attached hereto is a copy of a trial exhibit admitted in evidence in the above-referenced action ("This Case") as **"Exhibit 1544."** It is discussed in testimony contained in **"Exhibit 1616"** beginning at 100:2.

4. Copies of excerpts from the certified court reporter's transcript (Vol. 3) of August 20, 2009 trial testimony by Plaintiff's expert witness, Michael Wilson, in This Case are attached hereto as **"Exhibit 1617."**

5. Copies of excerpts from the certified court reporter's transcript (Vols. 8 & 9) containing the Court's August 25, 2009 statements made on the record in This Case are attached hereto as **"Exhibit 1618."**

6. Attached hereto is a copy of a trial exhibit admitted in evidence in This Case as **"Exhibit 616."**

7. Attached hereto is a copy of a trial exhibit admitted in evidence in This Case as **"Exhibit 1546."**

8. Attached hereto is a copy of a trial exhibit admitted in evidence in This Case as **"Exhibit 1547."**

9. Attached hereto is a copy of a trial exhibit admitted in evidence in This Case as **"Exhibit 1559."**

10. Attached hereto is a copy of a trial exhibit admitted in evidence in This Case as **"Exhibit 54."**

11. Attached hereto is a copy of a trial exhibit admitted in evidence in This Case as

1 **"Exhibit 55."**

2 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

4 Executed at Irvine, California on January 4, 2010.

       /s/ James A. Lowe
       James A. Lowe