# EXHIBIT 1617

Dockets.Justia.com

1           IN THE UNITED STATES DISTRICT COURT

2         FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                   SAN JOSE DIVISION

4

5   LOUIS VUITTON              )   C-07-03952-JW
    MALLETIER, S.A.,           )
6                              )   AUGUST 20, 2009
              PLAINTIFF,       )
7                              )   VOLUME 3
              V.               )
8                              )   PAGES 1 - 267
    AKANOC SOLUTIONS, INC.,    )
9   ET AL.,                    )
                               )
10            DEFENDANTS.      )
    _____   )
11

12

13         THE PROCEEDINGS WERE HELD BEFORE

14      THE HONORABLE UNITED STATES DISTRICT

15               JUDGE JAMES WARE

16   A P P E A R A N C E S:

17   FOR THE PLAINTIFF:  J. ANDREW COOMBS
                         BY:  J. ANDREW COOMBS
18                            ANNIE S. WANG
                         517 E. WILSON AVENUE
19                       SUITE 202
                         GLENDALE, CALIFORNIA 91206

20

21   FOR THE DEFENDANTS: GAUNTLETT & ASSOCIATES
                         BY:   JAMES A. LOWE
22                             CHRISTOPHER G. LAI
                         18400 VON KARMAN
23                       IRVINE, CALIFORNIA 92612

24       (APPEARANCES CONTINUED ON THE NEXT PAGE.)

25   OFFICIAL COURT REPORTER: IRENE RODRIGUEZ, CSR, CRR
                              CERTIFICATE NUMBER 8074

EXHIBIT

1617

1

INDEX OF PROCEEDINGS

**ROBERT HOLMES**            DIRECT EXAMINATION P. 11
                             CROSS-EXAMINATION P. 38
                             REDIRECT EXAMINATION P. 84

**DEPOSITION READ OF STEVEN CHEN** P. 87


**MICHAEL WILSON**           DIRECT EXAMINATION P. 167
                             CROSS-EXAMINATION P. 196
                             REDIRECT EXAMINATION P. 253
                             RECROSS-EXAMINATION P. 259

INDEX OF EXHIBITS

                             IDENT.        EVIDENCE


FOR THE PLAINTIFF:

65, 81, 116, 128, 141, 173, 185,
195, 210, 584, 586, 588 & 590             25

94, 95.3, 95.4, 95.5, 98.3, 99.3,
99.4, 99.5, 169, 160, 160.1, 160.2,
161, 162.1, 162.2, 163, 164, 164.1,
614.2, 165, 166, 166.1, 166.2, 212,
213.2, 213.3, 213.4, 286, 287, 287.1,
287.2, 353, 353.1, 353.2, 356, 357,
357.1, 360, 361, 361.1, 361.2, 402,
403, 403.1, 403.2, 404, 405, 405.1,
405.2, 406, 406.1 AND 406.2               31

97.2, 109 491                             35

3

1  RECORD?

2          THE WITNESS:  MICHAEL WILSON.

3  W-I-L-S-O-N.

4          THE COURT:  YOU MAY PROCEED.

5              **DIRECT EXAMINATION**

6  BY MS. WANG:

7  Q    MR. WILSON, ARE YOU CURRENTLY EMPLOYED?

8  A    YES, I AM.

9  Q    BY WHOM?

10  A    I WORK FOR GUIDANCE SOFTWARE IN THE

11  PROFESSIONAL SERVICES DIVISION.

12  Q    AND WHAT IS GUIDANCE SOFTWARE IN THE BUSINESS

13  OF DOING?

14  A    GUIDANCE SOFTWARE MAKES THE ENCASE,

15  E-N-C-A-S-E, PRODUCT LINE.

16  Q    AND DOES GUIDANCE SOFTWARE ALSO PROVIDE

17  SERVICES?

18  A    YES, WE DO.  THE PROFESSIONAL SERVICES GROUP

19  PROVIDES IMPLEMENTATION AND TRAINING FOR THE ENCASE

20  PRODUCT LINE AS WELL AS PROVIDES DIGITAL FORENSICS,

21  INCIDENT RESPONSE TO DISCOVERY AND INCIDENT

22  INSURANCE FOR ITS CLIENTS.

23  Q    AND WHO ARE TYPICAL CLIENTS OF GUIDANCE?

24  A    TYPICAL CLIENTS OF GUIDANCE RANGE ANYWHERE

25  FROM LARGE CORPORATIONS LIKE WACHOVIA OR ITT,

167

1    Q    BUT CONCEPTUALLY THEY'RE THE SAME KIND OF

2    FACILITY?

3    A    YES.

4    Q    HOW DOES ONE COMMUNICATE IN ONE OF THESE DATA

5    CENTERS WITH THESE SERVERS?

6    A    TO DO WHAT?

7    Q    FOR ANY PURPOSE?  ANYONE ON THE INTERNET, HOW

8    WOULD THEY COMMUNICATE WITH THESE SERVERS IN THIS

9    DATA CENTER?

10   A    THROUGH THE NETWORK CONNECTIVITY THAT IS

11   PROVIDED BY THE WEB HOSTING FACILITY.

12   Q    PERHAPS WE CAN SHOW YOU ANOTHER CHART, AND I

13   BELIEVE THAT WOULD HELP.  1610, PLEASE.

14        MR. WILSON, I'LL SHOW YOU A COPY OF PAGE

15   1610.

16   A    PLEASE.  THANK YOU.

17   Q    DOES THIS SIMPLIFIED CHART HELP YOU EXPLAIN

18   HOW PEOPLE CONNECT TO A DATA CENTER IN ANY WAY?

19   A    WELL, IT'S A LITTLE SIMPLIFIED.  YEAH, IT DOES

20   ACTUALLY EXPLAIN IT.

21   Q    COULD YOU LEAD US THROUGH THIS A LITTLE BIT,

22   PLEASE?

23   A    SURE.  OKAY.  BASICALLY IN STEP ONE IT LOOKS

24   LIKE THE USER WANTS TO GET TO GOOGLE.COM.  SO THEY

25   PUT IN THE DATA IN THE WEB BROWSER OF GOOGLE.COM.

213

1          WHAT HAPPENS IS THAT BEHIND THE SCENES

2     THE COMPUTER ACTUALLY DOES WHAT THEY CALL A DNS

3     LOOK UP, WHICH IS DOMAIN NAME SERVICE LOOKUP OR

4     DOMAIN NAME RESOLVER WHICH IN THIS CASE IS STEP

5     TWO.

6          AND WHAT THAT DOES IS GO AND ASK A BUNCH

7     OF DEDICATED COMPUTERS WHAT IS THE IP ADDRESS THAT

8     IS ASSOCIATED WITH GOOGLE.  SO IT'S JUST ASKING FOR

9     AN ADDRESS.

10         EVENTUALLY THAT INFORMATION COMES BACK,

11    WHICH I GUESS WOULD BE STEP THREE.  YEAH, THAT'S

12    STEP THREE.  SO THAT INFORMATION COMES BACK AND IT

13    SAYS THE IP ADDRESS WE WANT IS BLOCKED.  ALL RIGHT.

14         NOBODY REALLY CARES WHAT THAT IP ADDRESS

15    IS, IT'S JUST AS FAR AS THE NORMAL USER IS

16    CONCERNED IT'S A BUNCH OF NUMBERS.

17         NUMBER FOUR IS ALSO BEHIND THE SCENES.

18    NUMBER FOUR IS THE USER'S COMPUTER SAYS, ALL RIGHT,

19    THEN I WANT TO GO TO GOOGLE.COM, AND IT'S AT THIS

20    ADDRESS.  SO I'M GOING TO SEND OUT THE REQUEST TO

21    GIVE ME THE WEB SITE.

22         THAT REQUEST TRAVELS THROUGH THE INTERNET

23    THROUGH ALL OF THE LITTLE LINES AND EVENTUALLY GETS

24    TO NUMBER FIVE WHICH IS THE COMPUTER THAT IS

25    ACTUALLY POSTING THE WEB SITE FOR GOOGLE.  IT GETS

                                                   214

1    THE DATA FROM THAT COMPUTER AND SENDS THE

2    INFORMATION BACK TO THE COMPUTER SCREEN OR USER.

3    Q    NOW, IN THE MIDDLE OF THIS IS THE INTERNET

4    SERVICE PROVIDER AND SERVERS BLOCK, IS THAT THE

5    DATA CENTER THAT YOU WERE TALKING ABOUT TYPICALLY?

6    A    THE ONE WITH THE LITTLE PICTURE WITH THE

7    WIRELESS ROUTER IN IT.

8    Q    YES.

9    A    YES, THAT WOULD BE A DATA CENTER, YES.

10   Q    AND DOWN BELOW IT ARE SOME ILLUSTRATIONS OF

11   MAYBE SERVERS OR SOME SUCH DEVICE?

12   A    YEAH.

13   Q    AND SO THE INFORMATION COMES TO THOSE SERVERS

14   FROM WHAT SOURCE?

15   A    THE WEB SITE INFORMATION YOU MEAN?

16   Q    YES.

17   A    IT WOULD BE BY WHOMEVER IS CONTROLLING THE WEB

18   SITE.  SO IT WOULD BE PUT ONTO THE SERVERS FOR --

19   TO BE SERVED UP TO WHOEVER WANTED TO LOOK AT THE

20   WEB SITE.

21   Q    SO SOME THIRD PARTY WOULD UPLOAD INFORMATION

22   ON TO THOSE SERVERS?  IS THAT THE WAY IT WOULD

23   WORK?

24   A    YES.

25   Q    AND THEN THAT WOULD BE PASSED BACK THROUGH THE

215

1    INTERNET USER TO THE USER?

2    A    RIGHT.

3    Q    AND THIS HAPPENS AT A VERY FAST SPEED I

4    PRESUME?

5    A    HOPEFULLY.  IF IT DOESN'T PEOPLE DEFINITELY

6    GET UPSET.

7    Q    ALL RIGHT.  DO YOU HAVE ANY REASON TO BELIEVE

8    THAT THE DEFENDANT'S INTERNET SERVICE PROVIDER

9    OPERATIONS AND DATA CENTER WOULD BE OPERATING

10   DIFFERENTLY THAN THIS ILLUSTRATES?

11   A    NO.

12   Q    NOW, I BELIEVE YOU TESTIFIED THAT A WEB HOST

13   IN YOUR VIEW, MAYBE I DIDN'T WRITE THIS DOWN RIGHT,

14   IS LIKE AN APARTMENT BUILDING OR IS IT --

15   A    A WEB HOLDING FACILITY IS LIKE AN APARTMENT.

16   Q    A WEB HOSTING FACILITY, AND THAT'S ONE THAT

17   HAS SERVERS AND HAS DATA ON THEM CONCERNING WEB

18   SITES.  IS THAT WHAT YOU ARE TALKING ABOUT?

19   A    UH-HUH.

20   Q    SO A SERVER IS, SAY, A MINIATURE APARTMENT

21   BUILDING IN YOUR ANALOGY?

22   A    WELL, AN IP ADDRESS WOULD BE A MINIATURE

23   APARTMENT BUILDING, BUT IT DEPENDS.  YOU CAN USE

24   EITHER ONE, YES.

25   Q    ALL RIGHT.  SO HOW DOES THE IP ADDRESS DIFFER

216

1    FROM THE SERVER?

2    A    YOU CAN HAVE MULTIPLE IP ADDRESSES ON ONE

3    SERVER.

4             SO BASICALLY SO I GUESS IF YOU REALLY

5    WANTED TO TALK ABOUT IT THAT WAY YOU COULD SAY THE

6    SERVER WOULD BE A FLOOR OF THE APARTMENT BUILDING

7    SO YOU COULD HAVE MULTIPLE ROOMS WITHIN AN

8    INDIVIDUAL SERVER JUST LIKE YOU HAVE -- OR MULTIPLE

9    ROOMS WITHIN A FLOOR JUST LIKE YOU CAN HAVE

10   MULTIPLE IP ADDRESSES WITHIN AN INDIVIDUAL SERVER.

11   Q    AND YOU CAN HAVE MULTIPLE, LET'S SAY, WEB

12   SITES ON A SINGLE IP ADDRESS?

13   A    CORRECT.

14   Q    AND ONE OR TWO OR HUNDRED MAYBE?

15   A    YES.

16   Q    AND TRYING TO STAY WITH THAT ANALOGY A LITTLE

17   BIT, ARE YOU TALKING ABOUT, FOR EXAMPLE, PEOPLE

18   LIVING IN A ROOM ON THIS FLOOR OR USING A ROOM ON

19   THIS FLOOR FOR SOME PURPOSE?

20   A    YES.

21   Q    OKAY.  THE WEB HOST FACILITY, DO THEY

22   NECESSARILY KNOW WHAT THE WEB CONTENT IS ON THE WEB

23   SITES?

24   A    NO.

25   Q    AND WHY IS THAT?

217

CERTIFICATE OF REPORTER

      I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

      THAT THE FOREGOING TRANSCRIPT, CERTIFICATE, INCLUSIVE, CONSTITUTED A TRUE, FULL AND CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED TRANSCRIPTION TO THE BEST OF MY ABILITY.

IRENE RODRIGUEZ, CSR, CRR
CERTIFICATE NUMBER CSR 8074

1          IN THE UNITED STATES DISTRICT COURT

2        FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                 SAN JOSE DIVISION

4

5   LOUIS VUITTON              )   C-07-03952-JW
    MALLETIER, S.A.,           )
6                              )   AUGUST 20, 2009
            PLAINTIFF,         )
7                              )   VOLUME 3
            V.                 )
8                              )   PAGES 1 - 267
    AKANOC SOLUTIONS, INC.,    )
9   ET AL.,                    )
                               )
10          DEFENDANTS.        )
    _____   )
11

12

13        THE PROCEEDINGS WERE HELD BEFORE

14      THE HONORABLE UNITED STATES DISTRICT

15             JUDGE JAMES WARE

16   A P P E A R A N C E S:

17   FOR THE PLAINTIFF:  J. ANDREW COOMBS
                         BY:  J. ANDREW COOMBS
18                            ANNIE S. WANG
                         517 E. WILSON AVENUE
19                       SUITE 202
                         GLENDALE, CALIFORNIA 91206
20

21   FOR THE DEFENDANTS: GAUNTLETT & ASSOCIATES
                         BY:   JAMES A. LOWE
22                             CHRISTOPHER G. LAI
                         18400 VON KARMAN
23                       IRVINE, CALIFORNIA 92612

24      (APPEARANCES CONTINUED ON THE NEXT PAGE.)

25   OFFICIAL COURT REPORTER: IRENE RODRIGUEZ, CSR, CRR
                              CERTIFICATE NUMBER 8074

                                              1

INDEX OF PROCEEDINGS

**ROBERT HOLMES**              DIRECT EXAMINATION P. 11
                              CROSS-EXAMINATION P. 38
                              REDIRECT EXAMINATION P. 84

**DEPOSITION READ OF STEVEN CHEN** P. 87

**MICHAEL WILSON**            DIRECT EXAMINATION P. 167
                              CROSS-EXAMINATION P. 196
                              REDIRECT EXAMINATION P. 253
                              RECROSS-EXAMINATION P. 259

INDEX OF EXHIBITS

                              IDENT.        EVIDENCE

FOR THE PLAINTIFF:

65, 81, 116, 128, 141, 173, 185,
195, 210, 584, 586, 588 & 590              25

94, 95.3, 95.4, 95.5, 98.3, 99.3,
99.4, 99.5, 169, 160, 160.1, 160.2,
161, 162.1, 162.2, 163, 164, 164.1,
614.2, 165, 166, 166.1, 166.2, 212,
213.2, 213.3, 213.4, 286, 287, 287.1,
287.2, 353, 353.1, 353.2, 356, 357,
357.1, 360, 361, 361.1, 361.2, 402,
403, 403.1, 403.2, 404, 405, 405.1,
405.2, 406, 406.1 AND 406.2                31

97.2, 109 491                              35

3

1    RECORD?

2              THE WITNESS:  MICHAEL WILSON.

3    W-I-L-S-O-N.

4              THE COURT:  YOU MAY PROCEED.

5                    **DIRECT EXAMINATION**

6    BY MS. WANG:

7    Q    MR. WILSON, ARE YOU CURRENTLY EMPLOYED?

8    A    YES, I AM.

9    Q    BY WHOM?

10   A    I WORK FOR GUIDANCE SOFTWARE IN THE

11   PROFESSIONAL SERVICES DIVISION.

12   Q    AND WHAT IS GUIDANCE SOFTWARE IN THE BUSINESS

13   OF DOING?

14   A    GUIDANCE SOFTWARE MAKES THE ENCASE,

15   E-N-C-A-S-E, PRODUCT LINE.

16   Q    AND DOES GUIDANCE SOFTWARE ALSO PROVIDE

17   SERVICES?

18   A    YES, WE DO.  THE PROFESSIONAL SERVICES GROUP

19   PROVIDES IMPLEMENTATION AND TRAINING FOR THE ENCASE

20   PRODUCT LINE AS WELL AS PROVIDES DIGITAL FORENSICS,

21   INCIDENT RESPONSE TO DISCOVERY AND INCIDENT

22   INSURANCE FOR ITS CLIENTS.

23   Q    AND WHO ARE TYPICAL CLIENTS OF GUIDANCE?

24   A    TYPICAL CLIENTS OF GUIDANCE RANGE ANYWHERE

25   FROM LARGE CORPORATIONS LIKE WACHOVIA OR ITT,

                                                    167

1    Q    AND HOW EXACTLY DOES THAT WORK IN A DATA

2    CENTER AS FAR AS YOU KNOW?

3    A    IT'S THE SAME BASIC IDEA.  THE INDIVIDUAL

4    ROUTERS WOULD BASICALLY BE ACTING LIKE LOCAL POST

5    OFFICES TO SET UP SERVERS.  SO IF THE TRAFFIC

6    NEEDED TO GET TO A PARTICULAR SERVER, THE ROUTER

7    WOULD BE ABLE TO DIRECT IT TO THAT SERVER.

8    Q    AND JUST LIKE THE POST OFFICE, IT ONLY READS

9    THE ADDRESS TO DECIDE WHICH BOX TO PUT IT IN OR

10   WHERE IN THE APARTMENT BUILDING TO SEND IT; IS THAT

11   RIGHT?

12   A    CORRECT, ALTHOUGH ALSO JUST LIKE A POST

13   OFFICE, IF THERE IS A CHANGE OF ADDRESS FORM

14   SUBMITTED OR THERE'S A, YOU KNOW, A STOP OF SOME

15   SORT AND IT WOULD BEHAVE LIKE THAT, TOO.

16   Q    NOW, THE POST OFFICE DOESN'T READ YOUR MAIL,

17   DOES IT, ORDINARILY?

18   A    NOT ORDINARILY.  NOT THAT I KNOW OF.

19   Q    PEOPLE WOULDN'T LIKE IT IF THEY DID, RIGHT?

20   A    PROBABLY NOT.

21   Q    ISN'T IT ALSO TRUE THAT IF THE POST OFFICE

22   OPENED EVERY LETTER TO READ IT BEFORE THEY SENT IT

23   ON, THAT WOULD SLOW DOWN THE SERVICE UNBELIEVABLY?

24   A    WELL, I THINK NOW YOU'RE GETTING THE

25   THEORETICALLY.  I'M BETTING THERE'S A WAY TO DO

220

1    THAT FAIRLY QUICKLY, BUT I DON'T KNOW WHAT THAT IS.

2    Q    OKAY.  THE ROUTER DOESN'T OPEN ANY OF THE

3    PACKETS OF INFORMATION THAT ARE TRANSMITTED OVER

4    THE INTERNET, DOES IT, OTHER THAN TO LOOK FOR AN

5    ADDRESS?

6    A    WELL, YEAH, BUT THE PROBLEM IS THAT OTHER THAN

7    TO LOOK FOR AN ADDRESS IS OPENING IT.

8            SO IT IS ACTUALLY VIEWING THE CONTENTS OF

9    THE PACKETS IN ORDER TO BE ABLE TO TELL WHERE IT'S

10   SUPPOSED TO GO.

11   Q    BUT THAT'S ALL IT'S SUPPOSED TO DO; IS THAT

12   RIGHT?

13   A    IT DEPENDS ON THE TYPE OF ROUTER.  CERTAIN

14   ROUTERS HAVE THE ABILITY TO DO MORE DEEP LEVEL

15   INSPECTIONS, AND IT WILL ACTUALLY LOOK AT THE

16   PACKET AND THE CONTENTS ITSELF.

17   Q    ISN'T IT TRUE THAT INFORMATION THAT TRAVELS

18   OVER THE INTERNET, EVEN A LOOKUP FOR GOOGLE OR

19   WHATEVER ISN'T ALL IN ONE PACKET NECESSARILY BUT

20   MAYBE A SERIES OF PACKETS?

21   A    CORRECT.

22   Q    MAYBE SERIES AND ONES?

23   A    UH-HUH.

24   Q    AND IF YOU WANTED TO OPEN OR YOU WANTED TO SEE

25   WHAT A MESSAGE WAS OR WHAT WAS BEING TRANSFERRED TO

                                                    221

1    OR FROM, YOU WOULD HAVE TO OPEN A SERIES OF PACKETS

2    AND THEN HOLD THEM AND UNTIL YOU SEND THEM ON IF

3    YOU WANTED TO KIND OF SCREEN THINGS?

4    A    THEORETICALLY, YES.

5    Q    AND THAT'S NOT VERY PRACTICAL, IS IT?

6    A    AGAIN, IT DEPENDS ON YOUR DEFINITION OF

7    PRACTICAL, AND IT DEPENDS ON THE HARDWARE THAT

8    YOU'RE USING.

9    Q    OKAY.  NOW, YOU MENTIONED YOU COULD USE A

10   ROUTER TO STOP OR REROUTE INFORMATION FROM OR TO A

11   WEB SITE; IS THAT CORRECT?

12   A    UH-HUH.

13   Q    BY THAT DO YOU ESSENTIALLY MEAN YOU WOULD

14   DISABLE THE IP ADDRESS?

15   A    EFFECTIVELY.  YOU COULD DISABLE THE IP

16   ADDRESS.  YOU COULD TELL IT TO SEND THE INFORMATION

17   TO A DIFFERENT LOCATION, ALL SORTS OF THINGS BUT

18   EFFECTIVELY WHAT YOU WOULD BE DOING IS DISABLING

19   THE IP ADDRESS, YES.

20   Q    OKAY.  MAYBE YOU CAN TELL US IF SOMEONE LET'S

21   SAY AT AN ISP WHAT PHYSICALLY HAPPENS OR WHATEVER

22   LOGICALLY IT IS?

23   A    WELL, LOGICALLY THEY WOULD GO IN AND

24   RECONFIGURE THE ROUTER TO NOT REROUTE THE TRAFFIC

25   FOR THAT PARTICULAR ADDRESS.

                                                          222

1       Q     SO THEY WOULD PROGRAM THE ROUTER TO REJECT THE

2   MAIL OF THAT PARTICULAR ADDRESS?

3       A     YES.

4       Q     NOW, YOU INDICATED AT WARNER MUSIC THAT YOU

5   DIDN'T HAVE CONTROL OF THE WEB SITES.  YOU JUST

6   MAINTAINED THE INFRASTRUCTURE SO TO SPEAK; IS THAT

7   RIGHT?

8       A     ACTUALLY --

9       Q     IN ONLY A FEW CASES?

10      A     IN ONLY A FEW CASES WE DIDN'T HAVE DIRECT

11  CONTROL.  MOST OF THE TIME WE DID.

12      Q     BUT IF IT WAS A MANAGED SETUP THEN YOU

13  WOULDN'T HAVE THAT DIRECT CONTROL?

14      A     NOT DIRECTLY.  ALTHOUGH AGAIN BECAUSE WE HAVE

15  ACCESS TO THE PHYSICAL SYSTEM, WE NEEDED IT, WE

16  HAVE DIRECT CONTROL.

17      Q     AND BECAUSE THESE PEOPLE WERE UNDER CONTRACT

18  TO WARNER MUSIC, IF YOU ASKED THEM FOR ACCESS, THEY

19  WOULD PRETTY MUCH HAVE TO GIVE IT TO YOU, WOULDN'T

20  THEY?

21      A     YOU WOULD THINK, BUT, NO, NOT NECESSARILY.

22      Q     REALLY?

23      A     WELL, ALTHOUGH THEY ARE UNDER CONTRACT, THE

24  IDEA OF THEM ALL BEING HAPPY FRIENDLY PEOPLE THAT

25  GET ALONG IS PROBABLY NOT REALISTIC.  SO SOME OF

223

1

2

3

4                    CERTIFICATE OF REPORTER

5

6

7

8              I, THE UNDERSIGNED OFFICIAL COURT

9     REPORTER OF THE UNITED STATES DISTRICT COURT FOR

10    THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

11    FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

12    CERTIFY:

13              THAT THE FOREGOING TRANSCRIPT,

14    CERTIFICATE, INCLUSIVE, CONSTITUTED A TRUE, FULL

15    AND CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN

16    AS SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS

17    HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

18    TRANSCRIPTION TO THE BEST OF MY ABILITY.

19

20

21

22

23              IRENE RODRIGUEZ, CSR, CRR
                CERTIFICATE NUMBER CSR 8074

25

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                      SAN JOSE DIVISION

 4


 5    LOUIS VUITTON            )   C-07-03952-JW
      MALLETIER, S.A.,         )
 6                             )   AUGUST 20, 2009
                PLAINTIFF,     )
 7                             )   VOLUME 3
                V.             )
 8                             )   PAGES 1 - 267
      AKANOC SOLUTIONS, INC.,  )
 9    ET AL.,                  )
                               )
10              DEFENDANTS.    )
      _____)
11

12


13           THE PROCEEDINGS WERE HELD BEFORE

14         THE HONORABLE UNITED STATES DISTRICT

15                   JUDGE JAMES WARE

16    A P P E A R A N C E S:

17    FOR THE PLAINTIFF:  J. ANDREW COOMBS
                          BY:  J. ANDREW COOMBS
18                             ANNIE S. WANG
                          517 E. WILSON AVENUE
19                        SUITE 202
                          GLENDALE, CALIFORNIA 91206
20


21    FOR THE DEFENDANTS: GAUNTLETT & ASSOCIATES
                          BY:   JAMES A. LOWE
22                             CHRISTOPHER G. LAI
                          18400 VON KARMAN
23                        IRVINE, CALIFORNIA 92612

24         (APPEARANCES CONTINUED ON THE NEXT PAGE.)

25    OFFICIAL COURT REPORTER: IRENE RODRIGUEZ, CSR, CRR
                               CERTIFICATE NUMBER 8074
```

(APPEARANCES CONTINUED ON THE NEXT PAGE.)

1

1                    INDEX OF PROCEEDINGS

2

3    **ROBERT HOLMES**            DIRECT EXAMINATION P. 11
                                   CROSS-EXAMINATION P. 38

4                                    REDIRECT EXAMINATION P. 84

5    **DEPOSITION READ OF STEVEN CHEN** P. 87

6

7    **MICHAEL WILSON**          DIRECT EXAMINATION P. 167
                                   CROSS-EXAMINATION P. 196

8                                    REDIRECT EXAMINATION P. 253
                                   RECROSS-EXAMINATION P. 259

9

10                    INDEX OF EXHIBITS

11                      IDENT.        EVIDENCE

12    FOR THE PLAINTIFF:

13    65, 81, 116, 128, 141, 173, 185,
     195, 210, 584, 586, 588 & 590        25

14

15    94, 95.3, 95.4, 95.5, 98.3, 99.3,
     99.4, 99.5, 169, 160, 160.1, 160.2,
     161, 162.1, 162.2, 163, 164, 164.1,

16    614.2, 165, 166, 166.1, 166.2, 212,
     213.2, 213.3, 213.4, 286, 287, 287.1,

17    287.2, 353, 353.1, 353.2, 356, 357,
     357.1, 360, 361, 361.1, 361.2, 402,

18    403, 403.1, 403.2, 404, 405, 405.1,
     405.2, 406, 406.1 AND 406.2        31

19    97.2, 109 491                    35

20

21

22

23

24

25

                                                        3

1    RECORD?

2              THE WITNESS:  MICHAEL WILSON.

3    W-I-L-S-O-N.

4              THE COURT:  YOU MAY PROCEED.

5                    **DIRECT EXAMINATION**

6    BY MS. WANG:

7    Q    MR. WILSON, ARE YOU CURRENTLY EMPLOYED?

8    A    YES, I AM.

9    Q    BY WHOM?

10   A    I WORK FOR GUIDANCE SOFTWARE IN THE

11   PROFESSIONAL SERVICES DIVISION.

12   Q    AND WHAT IS GUIDANCE SOFTWARE IN THE BUSINESS

13   OF DOING?

14   A    GUIDANCE SOFTWARE MAKES THE ENCASE,

15   E-N-C-A-S-E, PRODUCT LINE.

16   Q    AND DOES GUIDANCE SOFTWARE ALSO PROVIDE

17   SERVICES?

18   A    YES, WE DO.  THE PROFESSIONAL SERVICES GROUP

19   PROVIDES IMPLEMENTATION AND TRAINING FOR THE ENCASE

20   PRODUCT LINE AS WELL AS PROVIDES DIGITAL FORENSICS,

21   INCIDENT RESPONSE TO DISCOVERY AND INCIDENT

22   INSURANCE FOR ITS CLIENTS.

23   Q    AND WHO ARE TYPICAL CLIENTS OF GUIDANCE?

24   A    TYPICAL CLIENTS OF GUIDANCE RANGE ANYWHERE

25   FROM LARGE CORPORATIONS LIKE WACHOVIA OR ITT,

                                                  167

1    YOU?

2    A    YES, ALTHOUGH YOU COULD.  I WOULD RECOMMEND

3    AGAINST IT BECAUSE IT TENDS TO MAKE A MESS.

4    Q    THAT'S NOT A WELL ACCEPTED ADMINISTRATIVE

5    TECHNIQUE?

6    A    CORRECT.

7    Q    AND OBVIOUSLY AT SOME POINT YOU COULD JUST

8    UNPLUG THE SERVER?

9    A    YES.

10   Q    HOW OFTEN DID YOU HAVE TO DO THAT AT WARNER,

11   IF EVER?

12   A    MOST OF THE TIME WE WOULDN'T UNPLUG THE ACTUAL

13   POWER FOR THE SYSTEM, BUT WE DID HAVE A FEW

14   OCCASIONS WHERE WE WOULD HAVE TO UNPLUG THE NETWORK

15   FROM THE SYSTEMS.

16   Q    SO WHY DID YOU NOT WANT TO UNPLUG A SERVER?

17   A    BECAUSE IT WOULD BE DISRUPTIVE FOR BUSINESS,

18   BUT IN THESE CASES IT'S ALSO BECAUSE IF I UNPLUG

19   THE SERVER IT'S ALSO IMPORTANT FOR ME TO

20   INVESTIGATE WHAT WENT WRONG OR WHAT REQUIRED US TO

21   PULL THE NETWORK OUT OF IT.

22   Q    BUT IF YOU HAD A NUMBER OF USERS ON A SERVER

23   AND VARIOUS IP ADDRESSES USING THAT SERVER AND

24   MULTIPLE WEB SITES USING THE IP ADDRESSES, IF YOU

25   UNPLUG THE SERVER, YOU SHUT DOWN EVERYBODY; RIGHT?

                                                   226

1    A    CORRECT.

2    Q    AND EVEN IF THERE'S A PROBLEM WITH ONE

3    PARTICULAR WEB SITE, FOR EXAMPLE, YOU DON'T WANT TO

4    DO THAT TO DISABLE EVERYONE'S WEB SITE?

5    A    IF WE CAN AVOID IT, RIGHT.

6    Q    YOU TALKED ABOUT ARIN DURING YOUR DIRECT

7    TESTIMONY.  DO YOU KNOW WHETHER OR NOT ARIN HAS A

8    CONNECTION TO DATABASES RUN BY ISP'S THAT HAVE IP

9    ADDRESSES ASSIGNED TO IT IN ORDER TO OBTAIN

10   INFORMATION AS TO WHO IS USING THE IP ADDRESSES?

11   A    I'M SORRY.  I DON'T UNDERSTAND THAT.

12   Q    LET ME TRY TO SIMPLIFY THIS.  DO YOU KNOW

13   WHETHER OR NOT ARIN HAS A POLICY OR REQUIREMENT OF

14   HAVING ACCESS TO AN ISP'S CUSTOMER LIST IN ORDER TO

15   LOOK UP THINGS ON THE CUSTOMER'S -- THE ISP'S

16   DATABASE, IN ORDER TO KNOW WHO IS USING AN ISP

17   ADDRESS?

18   A    I DON'T BELIEVE THAT THEY DO, NO.

19   Q    OKAY.  AND DO YOU KNOW IN THIS PARTICULAR

20   INSTANCE WHETHER IN THIS INSTANCE IN DEALING WITH

21   THESE DEFENDANTS IN THIS CASE, WHETHER ARIN, IN

22   FACT, HAS ACCESS TO THE CPRO DATABASE TO DETERMINE

23   WHO IS ASSIGNED A PARTICULAR IP ADDRESS?

24   A    I DOUBT THAT THEY HAVE ACCESS TO THE DATABASE,

25   AND I DOUBT THAT THEY CARE WHO IS ASSIGNED THAT

227

CERTIFICATE OF REPORTER

        I, THE UNDERSIGNED OFFICIAL COURT

REPORTER OF THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

CERTIFY:

        THAT THE FOREGOING TRANSCRIPT,

CERTIFICATE, INCLUSIVE, CONSTITUTED A TRUE, FULL

AND CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN

AS SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS

HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

TRANSCRIPTION TO THE BEST OF MY ABILITY.

        IRENE RODRIGUEZ, CSR, CRR
        CERTIFICATE NUMBER CSR 8074

1           IN THE UNITED STATES DISTRICT COURT

2        FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                  SAN JOSE DIVISION

4

5   LOUIS VUITTON            )   C-07-03952-JW
    MALLETIER, S.A.,         )
6                            )   AUGUST 20, 2009
            PLAINTIFF,       )
7                            )   VOLUME 3
            V.               )
8                            )   PAGES 1 - 267
    AKANOC SOLUTIONS, INC.,  )
9   ET AL.,                  )
                             )
10          DEFENDANTS.      )
    _____ )
11

12

13        THE PROCEEDINGS WERE HELD BEFORE

14      THE HONORABLE UNITED STATES DISTRICT

15               JUDGE JAMES WARE

16  A P P E A R A N C E S:

17  FOR THE PLAINTIFF:  J. ANDREW COOMBS
                        BY:  J. ANDREW COOMBS
18                           ANNIE S. WANG
                        517 E. WILSON AVENUE
19                      SUITE 202
                        GLENDALE, CALIFORNIA 91206
20

21  FOR THE DEFENDANTS: GAUNTLETT & ASSOCIATES
                        BY:   JAMES A. LOWE
22                            CHRISTOPHER G. LAI
                        18400 VON KARMAN
23                      IRVINE, CALIFORNIA 92612

24      (APPEARANCES CONTINUED ON THE NEXT PAGE.)

25  OFFICIAL COURT REPORTER: IRENE RODRIGUEZ, CSR, CRR
                             CERTIFICATE NUMBER 8074

                                                    1

INDEX OF PROCEEDINGS

**ROBERT HOLMES**              DIRECT EXAMINATION P. 11
                              CROSS-EXAMINATION P. 38
                              REDIRECT EXAMINATION P. 84

**DEPOSITION READ OF STEVEN CHEN** P. 87

**MICHAEL WILSON**            DIRECT EXAMINATION P. 167
                              CROSS-EXAMINATION P. 196
                              REDIRECT EXAMINATION P. 253
                              RECROSS-EXAMINATION P. 259

INDEX OF EXHIBITS

                              IDENT.          EVIDENCE

FOR THE PLAINTIFF:

65, 81, 116, 128, 141, 173, 185,
195, 210, 584, 586, 588 & 590              25

94, 95.3, 95.4, 95.5, 98.3, 99.3,
99.4, 99.5, 169, 160, 160.1, 160.2,
161, 162.1, 162.2, 163, 164, 164.1,
614.2, 165, 166, 166.1, 166.2, 212,
213.2, 213.3, 213.4, 286, 287, 287.1,
287.2, 353, 353.1, 353.2, 356, 357,
357.1, 360, 361, 361.1, 361.2, 402,
403, 403.1, 403.2, 404, 405, 405.1,
405.2, 406, 406.1 AND 406.2                31

97.2, 109 491                              35

3

1    RECORD?

2            THE WITNESS:  MICHAEL WILSON.

3    W-I-L-S-O-N.

4            THE COURT:  YOU MAY PROCEED.

5                    **DIRECT EXAMINATION**

6    BY MS. WANG:

7    Q    MR. WILSON, ARE YOU CURRENTLY EMPLOYED?

8    A    YES, I AM.

9    Q    BY WHOM?

10   A    I WORK FOR GUIDANCE SOFTWARE IN THE

11   PROFESSIONAL SERVICES DIVISION.

12   Q    AND WHAT IS GUIDANCE SOFTWARE IN THE BUSINESS

13   OF DOING?

14   A    GUIDANCE SOFTWARE MAKES THE ENCASE,

15   E-N-C-A-S-E, PRODUCT LINE.

16   Q    AND DOES GUIDANCE SOFTWARE ALSO PROVIDE

17   SERVICES?

18   A    YES, WE DO.  THE PROFESSIONAL SERVICES GROUP

19   PROVIDES IMPLEMENTATION AND TRAINING FOR THE ENCASE

20   PRODUCT LINE AS WELL AS PROVIDES DIGITAL FORENSICS,

21   INCIDENT RESPONSE TO DISCOVERY AND INCIDENT

22   INSURANCE FOR ITS CLIENTS.

23   Q    AND WHO ARE TYPICAL CLIENTS OF GUIDANCE?

24   A    TYPICAL CLIENTS OF GUIDANCE RANGE ANYWHERE

25   FROM LARGE CORPORATIONS LIKE WACHOVIA OR ITT,

                                                    167

1    Q    AND HOW FAR DOWN DOES THAT GO DATE WISE?  CAN

2    YOU TELL?

3    A    YEAH.  CAN YOU SCROLL DOWN A LITTLE?  THE LAST

4    ONE WAS 2-2-2009.

5    Q    NOW, YOU MENTIONED, IF I'M NOT MISTAKEN, FIVE

6    ACTIONS THAT WERE TAKEN BY THE DEFENDANTS

7    CONCERNING VARIOUS ABUSE COMPLAINTS; IS THAT RIGHT?

8    A    ON THIS PAGE?  YES.

9    Q    OKAY.  AND THEY WERE REMOVING SOMETHING.  WHAT

10   WAS YOUR UNDERSTANDING OF WHAT THEY WERE DOING?

11   A    IT APPEARS THAT THEY WERE REMOVING AN IP

12   ADDRESS FROM A PARTICULAR SERVER.

13           SO THAT WOULD PROBABLY MEAN REMOVING IT

14   FROM THE ROUTER SO THE TRAFFIC DOESN'T GET THERE

15   ANYMORE.

16   Q    IF YOU COULD BRING UP EXHIBIT 1559, PLEASE.

17   DO YOU RECOGNIZE THIS, SIR?

18   A    YES.

19   Q    AND WHAT IS IT?

20   A    THIS IS THE PARSED WEB LOGS FOR THE LOUIS

21   VUITTON PART OF BIGWORLDSHOES.COM.

22   Q    CAN YOU EXPLAIN EXACTLY WHAT THAT IS FOR THE

23   BENEFIT OF THOSE WHO ARE NOT IN YOUR BUSINESS?

24   A    SURE.  BASICALLY THE WEB LOGS ARE JUST GOING

25   TO BE A SERIES OF TEXT ENTRIES IN VERILOG OR

238

1    MULTIPLE TEXT FILES SO NOT ANYTHING A NORMAL PERSON

2    WOULD WANT TO READ AT ALL.  THERE ARE PAGES AND

3    PAGES OF THEM.

4            SO IN ORDER TO GET A MORE MARGINALLY PAGE

5    TO READ LIKE THIS YOU RUN IT THROUGH A WEB LOG

6    ANALYZER.  IN THIS CASE I USED A FREE PRODUCT

7    CALLED WEBLYZER BUT THERE ARE MULTIPLE OTHER

8    PRODUCTS YOU CAN HAVE.  IT JUST DEPENDS ON WHAT YOU

9    HAVE AT HAND.

10           WHAT THIS DOES IS THAT IT GOES THROUGH

11   AND PARSES THE INFORMATION IN THE WEB LOGS, AND IT

12   SHOWS YOU HOW MANY VISITS FOR THIS PARTICULAR WEB

13   LOG AND WHAT THE TIME PERIOD WAS AND THINGS LIKE

14   THAT, WHAT ACTUAL PICTURES THEY LOOKED AT.

15           IT GIVES YOU SOME IDEA AS TO WHETHER OR

16   NOT YOUR WEB SITE IS BEING USED BASICALLY.

17   Q    THIS IS SOMETHING THAT A WEB SITE OPERATOR WHO

18   IS CREATING AND WOULD USE FOR THEIR OWN INTERNAL

19   PURPOSES TO SEE HOW THINGS ARE GOING?

20   A    USUALLY, YES.

21   Q    ALL RIGHT.  SO THIS WEBLYZER PROGRAM GENERATED

22   THIS INFORMATION?

23   A    NO, THE WEB SITE GENERATED THIS INFORMATION.

24   THIS PARSED IT AND PUT IT INTO SOME SORT OF

25   READABLE FORMAT.

239

1   Q    AND IF WE GO TO PAGE 2 OF THIS EXHIBIT.  WHAT

2   DOES THAT REFLECT?

3   A    THAT JUST SHOWS HOW MANY HITS THERE WERE

4   DURING THIS PERIOD OF TIME.  SO IT SHOWS THAT THE

5   WEB SITE WAS BEING ACCESSED ON THE 26TH AND 27TH OF

6   FEBRUARY.

7   Q    OF 2009?

8   A    YES.

9   Q    ONLY THOSE TWO DAYS?

10  A    IN FEBRUARY, YES.

11  Q    OKAY.  NOW, IF I'M UNDERSTANDING THE CAPTION

12  ON THIS, IF YOU CAN SCROLL DOWN A LITTLE BIT

13  FURTHER, THIS SAYS THAT IT'S REPORTING SUCCESSFUL

14  REQUESTS OF ALL TYPES WHICH WOULD BE EVERYTHING AND

15  IN A WEB SITE OR OUTSIDE OF A WEB SITE; IS THAT

16  CORRECT?  ANY KIND OF A REQUEST FOR INFORMATION?

17  A    NO, THIS IS WEB SITE REQUEST.

18       THIS IS SHOWING ALL OF THE ACTUAL WEB LOG

19  DATA FOR THESE TWO DAYS.  SO ANYTHING THAT ACTUALLY

20  GOT TO A WEB SITE IT WAS REQUESTING SOME SORT OF

21  PAGE ON THE WEB SITE.  THAT'S WHAT THIS IS

22  RECORDING.

23  Q    NOW, ON THAT MONTH THERE WERE ONLY TWO DAYS

24  THAT YOU WERE HITTING ANYTHING, ANYBODY WAS HITTING

25  THAT WEB SITE; IS THAT RIGHT?

240

1    A    CORRECT.

2    Q    THE BIGWORLDSHOES.COM?

3    A    NOT THE BIGWORLDSHOES.COM.

4    Q    I'M SORRY.  PLEASE REPEAT YOUR ANSWER.

5    A    I SAID NOT THE BIGWORLDSHOES.COM WEB SITE,

6    JUST THE LOUIS VUITTON PART OF THE

7    BIGWORLDSHOES.COM WEB SITE.

8    Q    JUST TO HELP US UNDERSTAND THIS EXHIBIT A

9    LITTLE BIT.  IF YOU GO BACK TO THE FIRST PAGE

10   THERE'S A TITLE ON HERE THAT I'D LIKE YOU TO

11   EXPLAIN.  WHAT IS THY OR PCID EQUALS 16?

12   A    SURE.  THE PART OF THE BIGWORLDSHOES.COM WEB

13   SITE THAT HAD TO DO WITH LOUIS VUITTON HAD TWO

14   EASY-TO-SPOT CHARACTERISTICS, IN THE GIGANTIC URL

15   WAS THERE IT SAID EITHER PCID EQUALS 16, WHICH WAS

16   THE MAIN PAGE THAT YOU SAW THAT HAD ALL OF THE

17   PICTURES OF THE VARIOUS PRODUCTS OR IN THE CASE OF

18   THE ACTUAL PICTURES OF THE PRODUCT THERE WAS A

19   CAPITAL THY IN THE URL.

20          SO THE URL IS GIGANTIC BECAUSE THEY HAVE

21   THINGS NESTED IN THE STRUCTURE.  BUT THE BOTTOM

22   LINE IS ANYTHING IN THE LOUIS VUITTON WAS IN THE

23   THY OR LOUIS VUITTON DIRECTORY OR SOMEWHERE ELSE.

24   Q    ALL RIGHT.  SO THAT WAS JUST A WAY THAT YOU

25   USED TO ISOLATE PARTICULAR INFORMATION RELATED TO

241

1    LOUIS VUITTON?

2    A    CORRECT.

3    Q    IF YOU WOULD GO TO PAGE 6.  WERE YOU ABLE TO

4    MAINTAIN FROM THE SERVERS THAT YOU COPIED AND HAD

5    BEEN PROVIDED TO YOU, USE INFORMATION THAT ALLOWED

6    THE PRODUCTION OF THIS PARTICULAR EXHIBIT?

7    A    YES, THE DATA EXISTS WITHIN THE WEB LOGS.

8    Q    SO THE DATA CAME FROM THE WEB LOGS WHICH WERE

9    ON THE SERVERS; CORRECT?

10   A    CORRECT.

11   Q    OKAY.  AND PAGE 6, WHAT DOES THAT SHOW?  WHAT

12   IS THAT CHART?

13   A    THIS SHOWS AN INCOMPLETE CHART OF THE LOCATION

14   OF THE INDIVIDUAL USERS, AND BASICALLY THE WEBLYZER

15   PROGRAM THAT I USED HAS A VERY SMALL INTERNAL

16   DATABASE THAT ACTUALLY TELLS IT AN IP ADDRESS

17   BELONGS TO IT AND GIVE A LOCATION.

18           SO SINCE I WAS USING IT ON A FORENSIC

19   SYSTEM THAT WAS NOT CONNECTED TO THE INTERNET IT

20   DIDN'T HAVE THE ABILITY TO GO OUT AND GET BETTER

21   DATA.  SO THAT'S WHY IT SAYS UNRESOLVED.

22   Q    WELL, WHAT DOES IT REFLECT?

23   A    IT REFLECTS HOW MANY USER OR WHERE THE USERS

24   WERE THAT IT COULD IDENTIFY.

25   Q    THE USERS BEING PEOPLE LIKE ORDINARY PEOPLE

                                                      242

1
2
3
4                  CERTIFICATE OF REPORTER
5
6
7
8            I, THE UNDERSIGNED OFFICIAL COURT
9    REPORTER OF THE UNITED STATES DISTRICT COURT FOR
10   THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH
11   FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY
12   CERTIFY:
13            THAT THE FOREGOING TRANSCRIPT,
14   CERTIFICATE, INCLUSIVE, CONSTITUTED A TRUE, FULL
15   AND CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN
16   AS SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS
17   HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED
18   TRANSCRIPTION TO THE BEST OF MY ABILITY.
19
20
21
22
23              IRENE RODRIGUEZ, CSR, CRR
                 CERTIFICATE NUMBER CSR 8074
25

1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                      SAN JOSE DIVISION

4

5    LOUIS VUITTON              )  C-07-03952-JW
     MALLETIER, S.A.,           )
6                               )  AUGUST 20, 2009
               PLAINTIFF,       )
7                               )  VOLUME 3
                 V.             )
8                               )  PAGES 1 - 267
     AKANOC SOLUTIONS, INC.,    )
9    ET AL.,                    )
                                )
10             DEFENDANTS.      )
     _____)
11

12

13           THE PROCEEDINGS WERE HELD BEFORE

14         THE HONORABLE UNITED STATES DISTRICT

15                  JUDGE JAMES WARE

16   A P P E A R A N C E S:

17   FOR THE PLAINTIFF:  J. ANDREW COOMBS
                         BY:  J. ANDREW COOMBS
18                            ANNIE S. WANG
                         517 E. WILSON AVENUE
19                       SUITE 202
                         GLENDALE, CALIFORNIA 91206
20

21   FOR THE DEFENDANTS: GAUNTLETT & ASSOCIATES
                         BY:  JAMES A. LOWE
22                            CHRISTOPHER G. LAI
                         18400 VON KARMAN
23                       IRVINE, CALIFORNIA 92612

24      (APPEARANCES CONTINUED ON THE NEXT PAGE.)

25   OFFICIAL COURT REPORTER: IRENE RODRIGUEZ, CSR, CRR
                              CERTIFICATE NUMBER 8074

                                                        1

INDEX OF PROCEEDINGS


**ROBERT HOLMES**              DIRECT EXAMINATION P. 11
                             CROSS-EXAMINATION P. 38
                             REDIRECT EXAMINATION P. 84

**DEPOSITION READ OF STEVEN CHEN** P. 87


**MICHAEL WILSON**             DIRECT EXAMINATION P. 167
                             CROSS-EXAMINATION P. 196
                             REDIRECT EXAMINATION P. 253
                             RECROSS-EXAMINATION P. 259


                    INDEX OF EXHIBITS

                         IDENT.        EVIDENCE


FOR THE PLAINTIFF:

65, 81, 116, 128, 141, 173, 185,
195, 210, 584, 586, 588 & 590           25

94, 95.3, 95.4, 95.5, 98.3, 99.3,
99.4, 99.5, 169, 160, 160.1, 160.2,
161, 162.1, 162.2, 163, 164, 164.1,
614.2, 165, 166, 166.1, 166.2, 212,
213.2, 213.3, 213.4, 286, 287, 287.1,
287.2, 353, 353.1, 353.2, 356, 357,
357.1, 360, 361, 361.1, 361.2, 402,
403, 403.1, 403.2, 404, 405, 405.1,
405.2, 406, 406.1 AND 406.2             31

97.2, 109 491                           35

                                                      3

1    RECORD?

2              THE WITNESS:  MICHAEL WILSON.

3    W-I-L-S-O-N.

4              THE COURT:  YOU MAY PROCEED.

5                     **DIRECT EXAMINATION**

6    BY MS. WANG:

7    Q    MR. WILSON, ARE YOU CURRENTLY EMPLOYED?

8    A    YES, I AM.

9    Q    BY WHOM?

10   A    I WORK FOR GUIDANCE SOFTWARE IN THE

11   PROFESSIONAL SERVICES DIVISION.

12   Q    AND WHAT IS GUIDANCE SOFTWARE IN THE BUSINESS

13   OF DOING?

14   A    GUIDANCE SOFTWARE MAKES THE ENCASE,

15   E-N-C-A-S-E, PRODUCT LINE.

16   Q    AND DOES GUIDANCE SOFTWARE ALSO PROVIDE

17   SERVICES?

18   A    YES, WE DO.  THE PROFESSIONAL SERVICES GROUP

19   PROVIDES IMPLEMENTATION AND TRAINING FOR THE ENCASE

20   PRODUCT LINE AS WELL AS PROVIDES DIGITAL FORENSICS,

21   INCIDENT RESPONSE TO DISCOVERY AND INCIDENT

22   INSURANCE FOR ITS CLIENTS.

23   Q    AND WHO ARE TYPICAL CLIENTS OF GUIDANCE?

24   A    TYPICAL CLIENTS OF GUIDANCE RANGE ANYWHERE

25   FROM LARGE CORPORATIONS LIKE WACHOVIA OR ITT,

                                                167

```
1    Q    WELL, ON MY COPY I SEE --
2    A    THE NAMES ARE LISTED, BUT THEY'RE NOT ON THE
3    CHART.
4    Q    OH, I SEE.  DOWN BELOW.  I SEE.
5              NOW, IN REBUILDING -- LET ME START
6    FURTHER BACK.  I BELIEVE YOU TESTIFIED THAT YOU HAD
7    LOOKED AT INFORMATION CONCERNING BIGWORLDSHOES.COM?
8    A    CORRECT.
9    Q    AND YOU HAD TO REBUILD THE WEB SITE I THINK
10   WAS THE PHRASE THAT YOU USED?
11   A    I DID REBUILD THE WEB SITE, YES.
12   Q    OKAY.  AND WHAT DOES REBUILD MEAN?  WHAT DOES
13   REBUILDING A WEB SITE FROM SERVER INFORMATION?
14   A    WELL, IN THIS CASE WHAT IT MEANS IS THAT I
15   TRIED TO RECREATE THE WEB SITE AS IT WOULD HAVE
16   BEEN VISIBLE ON THE SERVER AT THE TIME THE SYSTEM
17   WAS TAKEN DOWN FOR IMAGING.
18   Q    AND WHAT DID YOU HAVE TO DO IN ORDER TO
19   REBUILD THAT?
20   A    BASICALLY I NEEDED TO -- OKAY.  IN ORDER TO
21   REBUILD THE WEB SITE, WHAT I NEEDED TO DO WAS
22   ACTUALLY REBUILD THE SERVER AND PUT IT INTO WHAT IS
23   CALLED A VIRTUAL IMAGE.
24             SO THE EASIEST WAY TO EXPLAIN THIS WOULD
25   BE IMAGINE TAKING AN ENTIRE COMPUTER AND PUTTING IT
```

245

1    INTO ONE OR TWO FILES SITTING ON YOUR COMPUTER AND

2    THEN RUNNING IT LIKE IT WAS ITS OWN LITTLE

3    MINIATURE ENVIRONMENT.

4             SO IN ORDER TO MORE EASILY VIEW THE DATA

5    IN THE NATIVE FORMAT, I HAD TO DO THAT TO A

6    PARTICULAR WEB SERVER THAT WE WERE TALKING ABOUT.

7             SO ONCE I DID THAT THEN I COULD ACTUALLY

8    VIEW THE WEB SITE AS IT WOULD HAVE BEEN SEEN BY A

9    NORMAL END USER.

10            THERE ARE A NUMBER OF OTHER WAYS THAT I

11   COULD HAVE DONE IT AND THAT WAS JUST THE MOST

12   EXPEDIENT SOLUTION FOR ME AT THE TIME.

13   Q    DID YOU HAVE TO USE SOFTWARE TOOLS OR SOME

14   OTHER THING THAT WERE NOT ON THE SERVER THAT YOU

15   HAD TO PROVIDE?

16   A    YES.

17   Q    AND HOW MANY DIFFERENT SOFTWARE PROJECTS DID

18   YOU HAVE TO USE TO DO THIS REBUILDING?

19   A    TWO OR THREE.  I HAD A FORENSIC IMAGE SO IN

20   ORDER TO BE ABLE TO VIEW THE DATA ON THE FORENSIC

21   IMAGE I HAD TO USE ENCASE.  AND IN ORDER TO CONVERT

22   THE DATA FROM THE FORENSIC IMAGE INTO THE VM IMAGE,

23   VIRTUAL MACHINE, I HAD TO USE A PRODUCT CALLED LIVE

24   VIEW WHICH IS JUST A FREE PRODUCT THAT DOES EXACTLY

25   WHAT I JUST SAID, IT CONVERTS REAL COMPUTERS OR

                                                    246

1    IMAGES OF REAL COMPUTERS INTO VIRTUAL IMAGES.

2            AND THEN I ACTUALLY HAD TO USE THE VM

3    SOFTWARE ITSELF IN ORDER TO VIEW THE VIRTUAL IMAGE.

4    Q    AND THEN YOU HAD TO USE WEBLYZER?

5    A    NO, ACTUALLY WEBLYZER WASN'T RELATED TO THE

6    REBUILD BECAUSE I HAD ACCESS TO THE WEB LOGS

7    THROUGH THE FORENSIC IMAGE.

8    Q    OKAY.  SO THE REBUILDING REQUIRED USING

9    ENCASE, LIVE VIEW AND VM, OR VIRTUAL MACHINE?

10   A    UH-HUH.

11   Q    AND THEN WEBLYZER WAS ANOTHER PROGRAM USED TO

12   ACCESS AND MAKE SOME SENSE OF THE LOGS?

13   A    TO ANALYZE.

14   Q    TO ANALYZE THE LOGS.

15           HOW DID YOU GET ACCESS TO THE DATA ON THE

16   SERVERS?  DID YOU HAVE A PASSWORD?

17   A    NO.  SINCE I HAD THE FORENSIC IMAGE I DIDN'T

18   NEED THE PASSWORD.  IT'S THE SAME AS EFFECTIVELY

19   HAVING A HARD DRIVE IN YOUR HAND.  I WAS ABLE TO

20   PLUG IN AND GET TO ALL OF THE DATA THAT I NEEDED.

21   Q    AND HOW DID YOU DO THAT?  WHAT DID YOU DO TO

22   GET TO THE DATA?  DID YOU USE ANOTHER PIECE OF

23   SOFTWARE?

24   A    ENCASE.

25   Q    ENCASE DOES THAT?

                                              247

1    A    YES.

2    Q    AND IS THERE SOMETHING CALLED H TRACK?

3    A    HT TRACK YOU MEAN?

4    Q    HT TRACK RATHER, YES.

5    A    HT TRACK IS A PROGRAM THAT IS USED TO DOWNLOAD

6    ENTIRE WEB SITES SO WHEN I WAS TALKING EARLIER

7    ABOUT COMPARING THE CURRENT WEB SITE

8    BIGWORLDSHOES.COM WEB SITE THAT IS ON-LINE RIGHT

9    NOW TO THE REBUILT ONE I USED HT TRACK TO DOWNLOAD

10   THE CURRENT WEB SITE SO I DIDN'T HAVE TO GO ON THE

11   INTERNET.

12   Q    SO IF I UNDERSTAND YOU GOT THESE SERVERS AND

13   THEY WEREN'T THE THINGS THAT YOU COULD JUST PLUG IN

14   OR OPEN UP IMMEDIATELY AND JUST VIEW THEM AS WEB

15   SITES WITHOUT GOING THROUGH A FAIR AMOUNT OF WORK?

16   A    CORRECT.

17   Q    THEY'RE JUST A LOT OF FILES?

18   A    RIGHT.

19   Q    STORED SOMEWHERE TRYING TO FIND THE RIGHT

20   FILES AND FIGURING OUT WHICH GOES WHERE AND PUTTING

21   THEM TOGETHER AND TRYING TO MAKE IT WORK AS IF YOU

22   WERE VIEWING IT ON THE INTERNET WAS WHAT YOU WERE

23   DOING USING ALL OF THESE PROGRAMS?

24   A    CORRECT.

25   Q    IS IT TRUE THAT NONE OF THOSE PROGRAMS THAT

248

1    YOU USED WERE ON THE SERVERS?

2    A    I ACTUALLY DIDN'T CHECK, BUT I WOULDN'T

3    IMAGINE THEY WERE, NO.

4    Q    THEY'RE NOT THINGS THAT PEOPLE TYPICALLY HAVE

5    THAT ARE NOT IN YOUR BUSINESS?

6    A    CORRECT.

7    Q    SO THE SERVERS DIDN'T HAVE ENCASE OR LIVE VIEW

8    OR VM OR HT TRACK OR WEBLYZER?

9    A    CORRECT.

10   Q    OKAY.

11   A    THEY MIGHT HAVE HAD WEBLYZER BUT NOT THE REST

12   OF THEM.

13   Q    OKAY.  SO IF SOMEONE WHO WANTS TO SEE WHAT

14   SORT OF INFORMATION IS ON WEB SITES AND THEY DON'T

15   HAVE A SPECIFIC WEB SITE THAT THEY KNOW TO LOOK TO

16   OR AN IP ADDRESS TO LOOK TO, IF THEY JUST ARE GOING

17   IN BLIND, THEY ACTUALLY HAVE TO DO WHAT YOU HAVE

18   DONE, ISN'T THAT RIGHT, TO SEE WHAT IS STORED ON

19   THE SERVER?

20   A    CAN YOU RESTATE THAT BECAUSE ACCORDING TO THAT

21   YOU'RE JUST GETTING RANDOM DATA FROM A RANDOM WEB

22   SERVER, AND THAT DOESN'T MAKE SENSE.

23   Q    WELL, LET'S SAY THAT SOME ISP WANTED TO FIND

24   OUT WHAT WEB SITES ARE ON THIS SERVER OVER IN THE

25   CORNER, ONE OF THESE 1500 SERVERS?

249

1    A    UH-HUH.

2    Q    IN ORDER TO FIND THAT OUT IF THEY DON'T HAVE

3    PASSWORD ACCESS AND THEY DON'T HAVE A NAME TO LOOK

4    FOR, WOULDN'T THEY HAVE TO DO WHAT YOU DID IN ORDER

5    TO SEE WHAT IS ON THE SERVER?

6    A    WELL, THEY CAN GO TO THE PERSON WHO CONTROLS

7    THE SERVER AND ASK THEM.  THAT WOULD WORK, TOO.

8    Q    BUT IF THAT PERSON DOESN'T GIVE THEM

9    PERMISSION?

10   A    THEN THEY WOULD PROBABLY NEED A COURT ORDER IN

11   ORDER TO FIND OUT.

12   Q    ALL RIGHT.  ARE YOU FAMILIAR WITH ANY LAWS

13   THAT RESTRICT INTERNET SERVICE PROVIDERS FROM

14   MONITORING WHAT IS ON THEIR SERVICE OR DISCLOSING

15   WHAT IS ON THEIR SERVERS?

16   A    I'M FAMILIAR WITH THE LAWS, YES, BUT NOT

17   ENOUGH TO TESTIFY ABOUT THEM.

18   Q    ALL RIGHT.  DO YOU AGREE THAT THERE ARE SOME

19   RESTRICTIONS THAT MIGHT REQUIRE A COURT ORDER TO DO

20   WHAT IT IS YOU'RE TALKING ABOUT?

21   A    YES.

22   Q    NOW, YOU TESTIFIED EARLIER THAT YOU THINK THAT

23   THERE COULD BE AN APPROPRIATE SYSTEM FOR RESPONDING

24   TO ABUSE COMPLAINTS.  THAT WOULD NOT REQUIRE THE

25   EXERCISE OF JUDGMENT.  DO I UNDERSTAND THAT RIGHT?

250

1

2

3

4                  CERTIFICATE OF REPORTER

5

6

7

8              I, THE UNDERSIGNED OFFICIAL COURT

9    REPORTER OF THE UNITED STATES DISTRICT COURT FOR

10   THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

11   FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

12   CERTIFY:

13             THAT THE FOREGOING TRANSCRIPT,

14   CERTIFICATE, INCLUSIVE, CONSTITUTED A TRUE, FULL

15   AND CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN

16   AS SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS

17   HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

18   TRANSCRIPTION TO THE BEST OF MY ABILITY.

19

20

21

22                        _____

23                        IRENE RODRIGUEZ, CSR, CRR
                           CERTIFICATE NUMBER CSR 8074

25

1              IN THE UNITED STATES DISTRICT COURT

2           FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                     SAN JOSE DIVISION

4

5    LOUIS VUITTON              )   C-07-03952-JW
     MALLETIER, S.A.,           )
6                               )   AUGUST 20, 2009
               PLAINTIFF,       )
7                               )   VOLUME 3
               V.               )
8                               )   PAGES 1 - 267
     AKANOC SOLUTIONS, INC.,    )
9    ET AL.,                    )
                                )
10             DEFENDANTS.      )
                                )
11   _____  )

12

13          THE PROCEEDINGS WERE HELD BEFORE

14        THE HONORABLE UNITED STATES DISTRICT

15                  JUDGE JAMES WARE

16   A P P E A R A N C E S:

17   FOR THE PLAINTIFF:  J. ANDREW COOMBS
                         BY:  J. ANDREW COOMBS
18                            ANNIE S. WANG
                         517 E. WILSON AVENUE
19                       SUITE 202
                         GLENDALE, CALIFORNIA 91206
20

21   FOR THE DEFENDANTS: GAUNTLETT & ASSOCIATES
                         BY:  JAMES A. LOWE
22                            CHRISTOPHER G. LAI
                         18400 VON KARMAN
23                       IRVINE, CALIFORNIA 92612

24       (APPEARANCES CONTINUED ON THE NEXT PAGE.)

25   OFFICIAL COURT REPORTER: IRENE RODRIGUEZ, CSR, CRR
                              CERTIFICATE NUMBER 8074

                                                        1

INDEX OF PROCEEDINGS


**ROBERT HOLMES**          DIRECT EXAMINATION P. 11
                          CROSS-EXAMINATION P. 38
                          REDIRECT EXAMINATION P. 84

**DEPOSITION READ OF STEVEN CHEN** P. 87


**MICHAEL WILSON**         DIRECT EXAMINATION P. 167
                          CROSS-EXAMINATION P. 196
                          REDIRECT EXAMINATION P. 253
                          RECROSS-EXAMINATION P. 259


INDEX OF EXHIBITS

                          IDENT.        EVIDENCE


FOR THE PLAINTIFF:

65, 81, 116, 128, 141, 173, 185,
195, 210, 584, 586, 588 & 590              25

94, 95.3, 95.4, 95.5, 98.3, 99.3,
99.4, 99.5, 169, 160, 160.1, 160.2,
161, 162.1, 162.2, 163, 164, 164.1,
614.2, 165, 166, 166.1, 166.2, 212,
213.2, 213.3, 213.4, 286, 287, 287.1,
287.2, 353, 353.1, 353.2, 356, 357,
357.1, 360, 361, 361.1, 361.2, 402,
403, 403.1, 403.2, 404, 405, 405.1,
405.2, 406, 406.1 AND 406.2                31

97.2, 109 491                              35

3

1    RECORD?

2              THE WITNESS:  MICHAEL WILSON.

3    W-I-L-S-O-N.

4              THE COURT:  YOU MAY PROCEED.

5                    **DIRECT EXAMINATION**

6    BY MS. WANG:

7    Q    MR. WILSON, ARE YOU CURRENTLY EMPLOYED?

8    A    YES, I AM.

9    Q    BY WHOM?

10   A    I WORK FOR GUIDANCE SOFTWARE IN THE

11   PROFESSIONAL SERVICES DIVISION.

12   Q    AND WHAT IS GUIDANCE SOFTWARE IN THE BUSINESS

13   OF DOING?

14   A    GUIDANCE SOFTWARE MAKES THE ENCASE,

15   E-N-C-A-S-E, PRODUCT LINE.

16   Q    AND DOES GUIDANCE SOFTWARE ALSO PROVIDE

17   SERVICES?

18   A    YES, WE DO.  THE PROFESSIONAL SERVICES GROUP

19   PROVIDES IMPLEMENTATION AND TRAINING FOR THE ENCASE

20   PRODUCT LINE AS WELL AS PROVIDES DIGITAL FORENSICS,

21   INCIDENT RESPONSE TO DISCOVERY AND INCIDENT

22   INSURANCE FOR ITS CLIENTS.

23   Q    AND WHO ARE TYPICAL CLIENTS OF GUIDANCE?

24   A    TYPICAL CLIENTS OF GUIDANCE RANGE ANYWHERE

25   FROM LARGE CORPORATIONS LIKE WACHOVIA OR ITT,

167

1    A    YES.

2    Q    WOULD IT SHOW RECORDS OF ALL ABUSE COMPLAINTS

3    RECEIVED?

4    A    NO.  ACTUALLY IT SHOWS RECORDS OF ACTIONS AND

5    SO IT SHOWS RECORDS OF THINGS THAT WERE TAKEN AS A

6    RESULT OF ABUSE COMPLAINTS.

7             SO IT ACTUALLY DOESN'T SHOW THE RECORD OF

8    THE ABUSE COMPLAINT ITSELF.  SO LIKE IT SHOWS -- IT

9    DOESN'T SHOW A RECORD THAT THERE WAS AN E-MAIL OR

10   THERE WAS 12 OR 12,000 E-MAILS RELATED TO THE FACT

11   THAT THEY UNPLUGGED IT ON 8-22-2005.

12   Q    AND IT WOULDN'T SHOW IF THE DEFENDANTS DID

13   NOTHING?

14   A    CORRECT.

15   Q    ARE THE DEFENDANTS WEB HOSTS?

16   A    YES.

17             MS. WANG:  NO FURTHER QUESTIONS, YOUR

18   HONOR.

19             THE COURT:  FURTHER QUESTIONS?

20             MR. LOWE:  VERY BRIEFLY, YOUR HONOR.

21                  **RECROSS-EXAMINATION**

22   BY MR. LOWE:

23   Q    HOW MUCH TIME DID YOU SPEND, MR. WILSON, IN

24   REBUILDING THE BIGWORLDSHOES.COM INFORMATION AND

25   DOING YOUR ANALYSIS PRIOR TO YOUR DEPOSITION?

                                                      259

```
 1    A    QUITE A FEW HOURS.  TEN OR TWENTY I WOULD

 2    IMAGINE.

 3    Q    TEN OR TWENTY HOURS.  AND YOU DO THIS SORT OF

 4    THING FOR A LIVING SO TO SPEAK?

 5    A    I DON'T DO THAT SORT OF THING.  THE NICE THING

 6    ABOUT FORENSICS IS THAT IT'S DIFFERENT EVERY SINGLE

 7    TIME I DO IT.

 8          THE REASON I TOOK SO LONG THIS TIME IS

 9    THAT THIS WAS THE FIRST TIME THAT I DID THIS

10    PARTICULAR INSTANCE.  SO IF I HAD TO DO IT AGAIN,

11    IT WOULD PROBABLY TAKE ME ABOUT AN HOUR AND A HALF.

12    Q    BY THE WAY, YOU HAVE BEEN COMPENSATED FOR YOUR

13    WORK BY LOUIS VUITTON; IS THAT RIGHT?

14    A    I'M COMPENSATED FOR MY WORK BY GUIDANCE

15    SOFTWARE, AND I BELIEVE GUIDANCE SOFTWARE IS

16    COMPENSATED BY LOUIS VUITTON.

17    Q    AND DO YOU KNOW HOW MUCH GUIDANCE SOFTWARE

18    CHARGES BY THE HOUR TO LOUIS VUITTON FOR YOUR

19    SERVICES?

20    A    IT DEPENDS ON THE -- ON WHAT I'M DOING.

21    Q    AND CAN YOU TELL US APPROXIMATELY WHAT THE

22    HOURLY RATE IS?

23    A    I BELIEVE THE HOURLY RATE FOR ANALYSIS IS

24    SOMEWHERE AROUND 325 AN HOUR AND FOR TESTIMONY IT'S

25    500 AN HOUR.
```

260

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT

REPORTER OF THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

CERTIFY:

THAT THE FOREGOING TRANSCRIPT,

CERTIFICATE, INCLUSIVE, CONSTITUTED A TRUE, FULL

AND CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN

AS SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS

HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

TRANSCRIPTION TO THE BEST OF MY ABILITY.

IRENE RODRIGUEZ, CSR, CRR
CERTIFICATE NUMBER CSR 8074

1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                      SAN JOSE DIVISION

4

5    LOUIS VUITTON            )   C-07-03952-JW
     MALLETIER, S.A.,         )
6                             )   AUGUST 20, 2009
                PLAINTIFF,    )
7                             )   VOLUME 3
                V.            )
8                             )   PAGES 1 - 267
     AKANOC SOLUTIONS, INC.,  )
9    ET AL.,                  )
                              )
10              DEFENDANTS.   )
     _____)
11

12

13          THE PROCEEDINGS WERE HELD BEFORE

14        THE HONORABLE UNITED STATES DISTRICT

15                  JUDGE JAMES WARE

16   A P P E A R A N C E S:

17   FOR THE PLAINTIFF:  J. ANDREW COOMBS
                         BY:  J. ANDREW COOMBS
18                            ANNIE S. WANG
                         517 E. WILSON AVENUE
19                       SUITE 202
                         GLENDALE, CALIFORNIA 91206
20

21   FOR THE DEFENDANTS: GAUNTLETT & ASSOCIATES
                         BY:  JAMES A. LOWE
22                            CHRISTOPHER G. LAI
                         18400 VON KARMAN
23                       IRVINE, CALIFORNIA 92612

24       (APPEARANCES CONTINUED ON THE NEXT PAGE.)

25   OFFICIAL COURT REPORTER: IRENE RODRIGUEZ, CSR, CRR
                              CERTIFICATE NUMBER 8074

                                                      1

INDEX OF PROCEEDINGS


**ROBERT HOLMES**          DIRECT EXAMINATION P. 11
                          CROSS-EXAMINATION P. 38
                          REDIRECT EXAMINATION P. 84

**DEPOSITION READ OF STEVEN CHEN** P. 87


**MICHAEL WILSON**        DIRECT EXAMINATION P. 167
                          CROSS-EXAMINATION P. 196
                          REDIRECT EXAMINATION P. 253
                          RECROSS-EXAMINATION P. 259


INDEX OF EXHIBITS

                          IDENT.        EVIDENCE


FOR THE PLAINTIFF:

65, 81, 116, 128, 141, 173, 185,
195, 210, 584, 586, 588 & 590              25

94, 95.3, 95.4, 95.5, 98.3, 99.3,
99.4, 99.5, 169, 160, 160.1, 160.2,
161, 162.1, 162.2, 163, 164, 164.1,
614.2, 165, 166, 166.1, 166.2, 212,
213.2, 213.3, 213.4, 286, 287, 287.1,
287.2, 353, 353.1, 353.2, 356, 357,
357.1, 360, 361, 361.1, 361.2, 402,
403, 403.1, 403.2, 404, 405, 405.1,
405.2, 406, 406.1 AND 406.2                31

97.2, 109 491                              35

3

1     RECORD?

2              THE WITNESS:  MICHAEL WILSON.

3     W-I-L-S-O-N.

4              THE COURT:  YOU MAY PROCEED.

5                     **DIRECT EXAMINATION**

6     BY MS. WANG:

7     Q    MR. WILSON, ARE YOU CURRENTLY EMPLOYED?

8     A    YES, I AM.

9     Q    BY WHOM?

10    A    I WORK FOR GUIDANCE SOFTWARE IN THE

11    PROFESSIONAL SERVICES DIVISION.

12    Q    AND WHAT IS GUIDANCE SOFTWARE IN THE BUSINESS

13    OF DOING?

14    A    GUIDANCE SOFTWARE MAKES THE ENCASE,

15    E-N-C-A-S-E, PRODUCT LINE.

16    Q    AND DOES GUIDANCE SOFTWARE ALSO PROVIDE

17    SERVICES?

18    A    YES, WE DO.  THE PROFESSIONAL SERVICES GROUP

19    PROVIDES IMPLEMENTATION AND TRAINING FOR THE ENCASE

20    PRODUCT LINE AS WELL AS PROVIDES DIGITAL FORENSICS,

21    INCIDENT RESPONSE TO DISCOVERY AND INCIDENT

22    INSURANCE FOR ITS CLIENTS.

23    Q    AND WHO ARE TYPICAL CLIENTS OF GUIDANCE?

24    A    TYPICAL CLIENTS OF GUIDANCE RANGE ANYWHERE

25    FROM LARGE CORPORATIONS LIKE WACHOVIA OR ITT,

                                                    167

1    INVESTIGATORY PURPOSES?

2            THE WITNESS:  IF YOU WANTED TO VIEW WHAT

3    WAS VISIBLE ON THE WEB SITE YOU WOULD ACTUALLY

4    ACCESS IT THE SAME WAY ANY NORMAL PERSON WOULD.  SO

5    YOU WOULD JUST GO TO THE WEB SITE.

6            THE ONLY DIFFERENCE BETWEEN IS IF YOU

7    WERE LOCAL OR NOT IS THEN YOU KNOW WHERE THE END

8    POINT IS.

9            BUT I MEAN, LIKE IN THIS PARTICULAR CASE

10   IF YOU WANTED TO SEE WHAT WAS ON BIGWORLDSHOES.COM,

11   YOU WOULD GO TO IT JUST EXACTLY THE SAME AS ANYONE

12   ELSE WOULD AND SEE WHAT THE CONTENTS.

13           THE COURT:  AND WHAT DOES YOUR REBUILDING

14   THE WEB SITE ACCOMPLISH OTHER THAN SIMPLY SEEING

15   WHAT THE WORLD WOULD SEE AT THAT WEB SITE?

16           THE WITNESS:  THAT'S PRETTY MUCH IT.  I

17   HAD ACCESS TO ALL OF THE DATA WITH THE FORENSIC

18   IMAGE BUT SOMETIMES LOOKING AT THE DATA THROUGH

19   ENCASE AND THROUGH FORENSIC IMAGE ISN'T AS EASY FOR

20   ME OR SOMEONE ELSE TO PARSE AND ANALYZE.

21           SO WHAT I DID WAS THAT I TRIED TO REBUILD

22   IT IN A MORE NORMAL FORMAT SO I COULD SEE WHAT IT

23   LOOKED LIKE TO THE OUTSIDE WORLD.

24           THE COURT:  THE WITNESS MAY BE EXCUSED.

25   THANK YOU VERY MUCH.

                                                      262

1

2

3

CERTIFICATE OF REPORTER

4

5

6

7

8          I, THE UNDERSIGNED OFFICIAL COURT

9    REPORTER OF THE UNITED STATES DISTRICT COURT FOR

10   THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

11   FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

12   CERTIFY:

13          THAT THE FOREGOING TRANSCRIPT,

14   CERTIFICATE, INCLUSIVE, CONSTITUTED A TRUE, FULL

15   AND CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN

16   AS SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS

17   HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

18   TRANSCRIPTION TO THE BEST OF MY ABILITY.

19

20

21

22

23          IRENE RODRIGUEZ, CSR, CRR
            CERTIFICATE NUMBER CSR 8074

25