Louis Vuitton Malletier, S.A. v. Akanoc Solutions, Inc. et al Doc. 258 Att. 2

# EXHIBIT 1618

Dockets.Justia.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., PLAINTIFF, | C-07-03952 JW (HRL) |
| V. | AUGUST 25, 2009 |
| AKANOC SOLUTIONS, INC., MANAGED SOLUTIONS GROUP, INC., STEVEN CHEN AND DOES 1 THROUGH 10, INCLUSIVE, DEFENDANTS. | VOLUMES 8 AND 9 |
| | PAGES 1 - 231 |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

OR THE PLAINTIFFS: J. ANDREW COOMBS, A PROF. CORP.
BY: J. ANDREW COOMBS, ESQ.
ANNIE S. WANG, ESQ.
517 E. WILSON AVE., SUITE 202
GLENDALE, CA 91206
TEL: (818) 500-3200

ALSO APPEARING: RUTH ADLER
NIKOLAY LIVADKIN

FOR THE DEFENDANTS: GAUNTLETT & ASSOCIATES
BY: JAMES A. LOWE, ESQ.
18400 VON KARMAN, SUITE 300
IRVINE, CA 92612
TEL: (949) 553-1010

OFFICIAL REPORTER PRO TEM: JANA L. RIDENOUR, CSR
LICENSE NUMBER 9302

EXHIBIT 1618 ALL-STATE LEGAL®

## EXAMINATION INDEX

**STEVEN CHEN**

CROSS BY MR. COOMBS (CONTINUED) . . . . . . 4
REDIRECT BY MR. LOWE . . . . . . . . . . . . 47
FURTHER REDIRECT BY MR. LOWE . . . . . . . 62

**ANDREW CHENG**

DIRECT BY MR. LOWE . . . . . . . . . . . . . 65
CROSS BY MS. WANG . . . . . . . . . . . . . . 87

**RICHARD GRALNIK**

DIRECT BY MR. LOWE . . . . . . . . . . . . . 90
CROSS BY MR. COOMBS . . . . . . . . . . . . 155
REDIRECT BY MR. LOWE . . . . . . . . . . . . 177
RECROSS BY MR. COOMBS . . . . . . . . . . . 200
FURTHER REDIRECT BY MR. LOWE . . . . . . . 210
FURTHER RECROSS BY MR. COOMBS . . . . . . . 215

## EXHIBIT INDEX

| | IDENT. | EVIDENCE |
|---|---|---|
| PAGE 4 | 625 | |
| PAGE 8 | 626 | |
| PAGE 14 | 627 | |
| PAGE 230 | (ALL DOMAIN TOOLS REPORTS ARE ADMITTED) | |

**REPORTER NOTE: ALL QUOTED EXCERPTS IN THIS TRANSCRIPT WERE REPORTED AND TYPED "AS READ."**

ONE OF THE THINGS WE WILL TALK ABOUT IS HOW LONG THEY WILL ASK THE COURT TO ALLOW THEM FOR PURPOSES OF THEIR ARGUMENT.

BUT BASED UPON WHERE WE ARE NOW, I EXPECT YOU WILL HAVE THE CASE SHORTLY AFTER YOU COME BACK FROM YOUR LUNCH RECESS OR EVEN BEFORE, AND SO YOU WILL HAVE THE REMAINDER OF THE DAY TOMORROW, AND THAT WOULD ACTUALLY GET THE CASE TO YOU MUCH EARLIER THAN WE ANTICIPATED, SO THAT WOULD LEAVE YOU THURSDAY AND FRIDAY FOR A FULL DAY OF DELIBERATIONS, NOT THAT YOU WILL REQUIRE ALL OF THAT TIME.

ONE OF THE OTHER THINGS WE WILL WORK ON IS THE VERDICT FORMS. AS I INDICATED TO YOU, IT'S MY PRACTICE TO GIVE YOU THE VERDICT IN THE FORM OF QUESTIONS, AND SO I WILL GO OVER ALL OF THOSE MATTERS WITH YOU TOMORROW MORNING.

YOU MAY BE EXCUSED.

(WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD IN OPEN COURT, OUT OF THE PRESENCE OF THE JURY:)

THE COURT: WE ARE MEETING OUT OF THE PRESENCE OF THE JURY.

AT THE SIDEBAR, COUNSEL INDICATED THAT EXCEPT FOR THESE MATTERS HAVING TO DO WITH EXAMINATION OF LOUIS VUITTON GENERAL COUNSEL WITH RESPECT TO DAMAGES, THE DEFENSE WOULD REST, AND THE PLAINTIFF INDICATED THAT

THEY DON'T HAVE ANY REBUTTAL CASE.

I'VE BRIEFLY HAD AN OPPORTUNITY TO READ THIS MEMORANDUM THAT WAS SUBMITTED BY DEFENDANT RELATING TO STATUTORY DAMAGES. THERE ARE SEVERAL ASPECTS OF IT THAT PLAY IN THE COURT'S VIEW WITH RESPECT TO WHETHER OR NOT IT SHOULD PERMIT DEFENDANT TO EXAMINE THE GENERAL COUNSEL FURTHER WITH RESPECT TO THE REVENUES OF LOUIS VUITTON, WHICH IS WHAT I UNDERSTAND HIS PROFFER IS.

FIRST OF ALL, THIS IS NOT A CASE WHERE LOUIS VUITTON HAS CLAIMED ACTUAL DAMAGES, BUT THEY ARE ASKING FOR STATUTORY DAMAGES. IT IS FAIR, AS I READ FROM THE AUTHORITIES CITED HERE, FOR A DEFENDANT TO ARGUE THAT STATUTORY DAMAGES SHOULD NOT BE DISPROPORTIONATE TO ACTUAL DAMAGES.

AND AS I INDICATED BEFORE THE JURY CAME BACK EARLIER TODAY, IT WOULD BE PERMISSIBLE FOR THE COURT -- IT WOULD BE PERMISSIBLE FOR THE DEFENDANT TO ARGUE THAT THERE IS NO CLAIM FOR ACTUAL DAMAGES, AND YOU MAY TAKE THAT INTO CONSIDERATION IN DETERMINING THE AMOUNT OF STATUTORY DAMAGES. BOTH SIDES CAN ARGUE ABOUT THAT. YOU MAY USE IT TO ARGUE NO, OR MINIMUM STATUTORY DAMAGES, AND THE PLAINTIFF CAN ARGUE FOR MAXIMUM OR SOME OTHER STATUTORY DAMAGES, TAKING INTO ACCOUNT I WILL GIVE THE JURY INSTRUCTION WITH RESPECT TO THE LAW ON THE MEASURE OF DAMAGES.

CERTIFICATE OF REPORTER

I, JANA L. RIDENOUR, OFFICIAL REPORTER PRO TEM IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT IS A FULL, TRUE AND CORRECT TRANSCRIPT OF THE PROCEEDINGS HAD IN LOUIS VUITTON MALLETIER, S.A., V. AKANOC SOLUTIONS, INC., MANAGED SOLUTIONS GROUP, INC., STEVEN CHEN AND DOES 1 THROUGH 10, INCLUSIVE, CASE NO. C-07-03952 JW (HRL), DATED AUGUST 25, 2009; THAT I REPORTED THE SAME IN STENOTYPE AND TRANSCRIBED THE SAME BY COMPUTER-AIDED TRANSCRIPTION TO THE BEST OF MY ABILITY AS HEREIN APPEARS.

DATED THIS 4th DAY OF DECEMBER, 2009.

Jana L. Ridenour, CSR # 9302
JANA L. RIDENOUR, CSR
OFFICIAL REPORTER PRO TEM
LICENSE NUMBER 9302

CERTIFIED COPY