Dockets.Justia.com

# EXHIBIT 1546



