Dockets.Justia.com

# EXHIBIT 1547



EXHIBIT 1547