# EXHIBIT 54

## Interim Designation of Agent to Receive Notification of Claimed Infringement

Full Legal Name of Service Provider: Akanoc Solutions, Inc

Alternative Name(s) of Service Provider (including all names under which the service provider is doing business): Akanoc.com ; Cololacarte.com dedicatedhost.com

Address of Service Provider: 45535 Northport Loop East, Fremont, CA 94538

Name of Agent Designated to Receive Notification of Claimed Infringement: Steve Chen

Full Address of Designated Agent to which Notification Should be Sent (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location): 45535 Northport Loop East, Fremont, CA 94538

Telephone Number of Designated Agent: 510-580-5588

Facsimile Number of Designated Agent: 510-580-5589

Email Address of Designated Agent: Steve@akanoc.com

Signature of Officer or Representative of the Designating Service Provider:
Date: NOV 15, 2007

Typed or Printed Name and Title: STEVE CHEN, General Manager

Note: This Interim Designation Must be Accompanied by a $80 Filing Fee Made Payable to the Register of Copyrights.

SCANNED · 1   03/2008

163609933

RECE[IVED]
NOV 3 0 2007
COPYRIGHT OFFICE


PLAINTIFF'S EXHIBIT 54