# EXHIBIT 55


## Interim Designation of Agent to Receive Notification of Claimed Infringement

Full Legal Name of Service Provider: **Managed Solutions Group, Inc.**

Alternative Name(s) of Service Provider (including all names under which the service provider is doing business): **Managedsg-inc.com**

Address of Service Provider: **45535 Northport Loop East, Fremont, CA 94538**

Name of Agent Designated to Receive Notification of Claimed Infringement: **Steve Chen**

Full Address of Designated Agent to which Notification Should be Sent (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location):
**45535 Northport Loop East, Fremont, CA 94538**

Telephone Number of Designated Agent: **510-580-5588**

Facsimile Number of Designated Agent: **510-580-5589**

Email Address of Designated Agent: **steve@Managedsg-inc.com**

Signature of Officer or Representative of the Designating Service Provider:

Date: **Nov 15, 2007**

Typed or Printed Name and Title: **STEVE CHEN, General Manager**

Note: This Interim Designation Must be Accompanied by a $80 Filing Fee Made Payable to the Register of Copyrights.

SCANNED 01·03/2008





RECEIVED
NOV 3 0 2007
COPYRIGHT OFFICE



PLAINTIFF'S EXHIBIT 55