**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
Preston K. Ascherin (SBN 260361)
18400 Von Karman, Suite 300
Irvine, California 92612
Telephone:   (949) 553-1010
Facsimile:   (949) 553-2050
jal@gauntlettlaw.com
pka@gauntlettlaw.com

Attorneys for Defendants
Akanoc Solutions, Inc.,
Managed Solutions Group, Inc.
and Steve Chen

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., <br><br> Plaintiff, <br><br> vs. <br><br> AKANOC SOLUTIONS, INC., et al., <br><br> Defendants. | Case No.: C 07-3952 JW (HRL) <br><br> Hon. James Ware <br><br> **DECLARATION OF JAMES A. LOWE IN SUPPORT OF DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO EXCEED PAGE LIMIT FOR RULE 59 MOTION** |

166987.1-10562-002-1/18/2010

**DECL. OF JAMES A. LOWE IN SUPPORT OF DEFTS'
MTN. FOR ADMIN. LEAVE TO EXCEED PAGE LIMIT
– C 07-3952 JW (HRL)**

Dockets.Justia.com

I, JAMES A. LOWE, declare:

1. I am an attorney admitted to practice before this Court and am a partner in the law firm of Gauntlett & Associates, counsel of record for Defendants Managed Solutions Group, Inc., Akanoc Solutions, Inc., and Steve Chen ("Defendants").

2. I have personal knowledge of the facts stated in this Declaration and could testify competently to them if called upon as a witness.

3. This declaration is submitted in support of Defendants' Motion for Administrative Relief for Leave to Exceed Page Limit for Rule 59 Motion ("Administrative Motion").

4. On January 18, 2010, I e-mailed and telephoned Andy Coombs and Annie Wang, counsel for Vuitton, to request that the Plaintiff stipulate to allow Defendants to file the Administrative Motion and to the relief requested therein. I was unable to reach either of the opposing counsel and did not receive a response to my e-mail.

5. If Defendants' Administrative Motion is granted, Defendants will stipulate to allow Vuitton to file an opposition memorandum of the same length as Defendants' proffered Rule 59 motion of up to 45 pages.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Irvine, California on January 18, 2010.

/s/ James A. Lowe
James A. Lowe