1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A P. C.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone: (818) 500-3200
5  Facsimile: (818) 500-3201

6  Attorneys for Plaintiff Louis
   Vuitton Malletier, S.A.
7

8
                          UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)
10

11 Louis Vuitton Malletier, S.A.,              ) Case No.: C 07 3952 JW (HRL)
                                               )
12                Plaintiff,                   ) OPPOSITION TO DEFENDANTS'
      v.                                       ) ADMINISTRATIVE MOTION FOR
13                                             ) LEAVE TO EXCEED PAGE
   Akanoc Solutions, Inc., et al.              ) LIMITATION AND OBJECTIONS TO
14                                             ) UNTIMELY MOTION; DECLARATION
                  Defendants.                  ) IN SUPPORT
15                                             )
                                               ) Trial Date: August 18, 2009
16                                             )

17
        Defendants' Administrative Motion for Leave to Exceed the Page Limitation set forth by
18
   the Local Rule should be denied as moot, untimely and otherwise unreasonable.
19
        Despite the Parties' post-trial case management conference with the Court on November
20
   23, 2009, and dates set by the Court for hearing on all motions on that same date, Defendants failed
21
   to file any post-trial motion timely based on the hearing date set by the Court of February 22, 2010,
22
   pursuant to the Local Rule. Declaration of J. Andrew Coombs ("Coombs Decl.") at ¶¶ 2-3; see
23
   also Docket No. 253 at ¶ 2. The administrative request is thus, moot, as any post-trial motion filed
24
   now, would be untimely per the Court's November 23, 2009, order.
25
        Pursuant to Local Rule 7-2, moving papers were to have been "filed, served and
26
   noticed…for hearing not less than 35 days after service of the motion", thus, Defendants' motion
27
   should have been filed at least 35 days before the February 22 hearing date. That date, January 18,
28

Louis Vuitton v Akanoc, et al.: Declaration in Opposition to         - 1 -
Defendants' Request for Leave to Exceed Page Limitation

2010, is Martin Luther King Jr.'s Birthday, a "legal holiday" as defined by Fed.R.Civ.P. 6(a)(6). Pursuant to Fed.R.Civ.P. 6(a)(1)(C) in computing any time period specified "in any local rule" where the period for filing "is stated in days or longer unit of time…if the last day is a …legal holiday, the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday".  Defendants' last business day for filing their motion was, therefore, January 16, 2010, but no motion has been filed as of the filing of this opposition to administrative leave. Coombs Decl. at ¶ 3.

Moreover, Defendants' counsel's request for a stipulation to this relief on Martin Luther King Jr.'s Birthday, was particularly untimely and not meaningful given that the federal courts as well as Plaintiff's counsel's office was closed in recognition of this holiday and there had been no mention of this issue by Defendants' counsel previously.  Coombs Decl. at ¶ 4.  Defendants' filing of their request for administrative leave instead of their post-trial motion on this date, indicates they were able to file such a motion, but have delayed unreasonably.

Any untimely (and length excessive) post-trial motion filed by Defendants will rob Plaintiff of the allotted time it would have received to prepare its opposition to a 25-page brief (not a brief upwards of 45 pages), had Defendants' complied with the Local Rules.

Plaintiff opposes Defendants' belated request to file any untimely post-trial motion supported by papers exceeding the 25 page limit set by the Local and asks that, if the Court is inclined to grant this relief to condition it upon (a) giving Plaintiff additional time to prepare its opposition to these papers that will already be untimely, and (b) giving Plaintiff leave to file opposing papers up to the same length as any moving papers which are permitted by the Court.

Dated:  January 19, 2010                     J. Andrew Coombs, A Professional Corp.


By: __/s/ J. Andrew Coombs_____
    J. Andrew Coombs
    Annie S. Wang
Attorneys for Plaintiff Louis Vuitton Malletier, S.A.

Louis Vuitton v Akanoc, et al.:  Declaration in Opposition to       - 2 -
Defendants' Request for Leave to Exceed Page Limitation

**DECLARATION OF J. ANDREW COOMBS**

I, J. Andrew Coombs, declare as follows:

1. I am an attorney at law duly admitted to practice before the United States District Court for the Northern District of California. I am counsel of record for plaintiff Louis Vuitton Malletier, S.A. in the above captioned matter and principal of J. Andrew Coombs, A P.C. Except as otherwise stated to the contrary, I have personal knowledge of the following.

2. On November 23, 2009, I attended a case management conference in the above-captioned matter. At that time, the Court set further hearing dates (i) on Plaintiff's prayer for injunctive relief, and (ii) on Defendants' proposed post-verdict motions. Docket No. 253. The Court set a hearing date of February 22, 2010, on Defendants' motions.

3. On or about January 19, 2010, I reviewed the PACER docket for this matter and did not see any post-trial motion filed by Defendants since November 23, 2009, as of the filing of this Opposition to Defendant's Administrative Motion for Leave To Exceed Page Limitation and Objections To Untimely Motion.

4. In observance of Martin Luther King Jr.'s birthday, my office was closed on January 18, 2010, and I did not receive Defendants' counsel's request for any stipulation until January 19, 2010. I am informed and believe there had been no mention of this issue by Defendants' counsel previously.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of January, 2010 at Glendale, California

                                                    /s/ J. Andrew Coombs
                                                      J. Andrew Coombs