**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
18400 Von Karman, Suite 300
Irvine, California 92612
Telephone: (949) 553-1010
Facsimile: (949) 553-2050
jal@gauntlettlaw.com

Attorneys for Defendants
Akanoc Solutions, Inc.,
Managed Solutions Group, Inc.
and Steve Chen

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., <br><br> Plaintiff, <br><br> vs. <br><br> AKANOC SOLUTIONS, INC., et al., <br><br> Defendants. | Case No.: C 07-3952 JW (HRL) <br><br> Hon. James Ware <br><br> **DECLARATION OF JAMES A. LOWE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 50 AND ALTERNATIVELY FOR A NEW TRIAL OR OTHER RELIEF PURSUANT TO RULE 59** <br><br> Date: February 22, 2010 <br> Time: 9:00 a.m. <br> Ctrm: 8, 4th Floor |

167044.1-10562-002-1/19/2010

**DECL. OF JAMES A. LOWE IN SUPPORT OF RULE 59 MOTION
– C 07-3952 JW (HRL)**

Dockets.Justia.com

I, JAMES A. LOWE, declare:

1. I am an attorney duly licensed to practice law before this Court, and am a partner in the law firm of Gauntlett & Associates, counsel of record for defendants Managed Solutions Group, Inc., Akanoc Solutions, Inc. and Steve Chen ("Defendants").

2. I have personal knowledge of the facts stated in this Declaration and could testify competently to them if called upon as a witness.

3. Attached hereto is a true and correct copy of a trial exhibit admitted in evidence in this case as **Exhibit 74**.

4. Attached hereto is a true and correct copy of a trial exhibit admitted in evidence in this case as **Exhibit 449**.

5. Attached hereto is a true and correct copy of a trial exhibit admitted in evidence in this case as **Exhibit 450**.

6. Attached hereto is a true and correct copy of a trial exhibit admitted in evidence in this case as **Exhibit 1559**.

7. Attached hereto is a true and correct copy of a trial exhibit admitted in evidence in this case as **Exhibit 1598**.

8. Attached hereto is a true and correct copy of a trial exhibit admitted in evidence in this case as **Exhibit 1613**.[1]

9. Attached hereto as **Exhibit 1620** are true and correct copies of excerpts from the certified court report's transcript of the August 18, 2009 trial testimony in this case.

10. Attached hereto as **Exhibit 1621** are true and correct copies of excerpts from the certified court report's transcript of the August 19, 2009 trial testimony in this case.

11. Attached hereto as **Exhibit 1622** are true and correct copies of excerpts from the certified court report's transcript of the August 20, 2009 trial testimony in this case.

12. Attached hereto as **Exhibit 1623** are true and correct copies of excerpts from the certified court report's transcript of the August 21, 2009 trial testimony in this case.

---

[1] During the trial, I inadvertently referred to this exhibit as Exhibit 1315. *See* Exhibit 1623, 107:11-110:24.

167044.1-10562-002-1/19/2010 **DECL. OF JAMES A. LOWE IN SUPPORT OF RULE 59 MOTION – C 07-3952 JW (HRL)**

13. Attached hereto as **Exhibit 1624** are true and correct copies of excerpts from the certified court report's transcript of the August 26, 2009 trial testimony in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Irvine, California on January 19, 2010.

/s/ James A. Lowe
James A. Lowe