# EXHIBIT 449

*LIBRARY OF CONGRESS*

*Copyright Office of the United States*
WASHINGTON, D.C.

     **THIS IS TO CERTIFY** that on June 24, 2004, a claim for copyright of a work identified as **MULTICOLOR MONOGRAM - WHITE PRINT** was registered under number **VA 1-250-120**. This work was registered in accordance with provisions of the United States Copyright Law. (Title 17 United States Code)

     **THIS IS TO CERTIFY ALSO**, that the attached is an additional certificate for this work.

     **IN WITNESS WHEREOF**, the seal of this office is affixed hereto on January 30, 2009.

Marybeth Peters
Register of Copyrights

*Rosemary J. Kelly*
Rosemary J. Kelly
Head
Records Research and
Certification Section
Information and Reference
Division


PLAINTIFF'S EXHIBIT 449

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-250-120**

EFFECTIVE DATE OF REGISTRATION

06 / 24 / 04
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**  Title of This Work ▼
Multicolor Monogram - White Print

NATURE OF THIS WORK ▼ See Instructions
Fabric/leather print

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**  NAME OF AUTHOR ▼
a  Takashi Murakami

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼
1962

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of  Japan
     { Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?      ☐ Yes  ☑ No
Pseudonymous?   ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture      ☐ Map              ☐ Technical drawing
☑ 2-Dimensional artwork        ☐ Photograph       ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design   ☐ Architectural work

b  Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     { Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No

Nature of Authorship  Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture      ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph       ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design   ☐ Architectural work

---

**3**  a Year in Which Creation of This Work Was Completed
2002  Year  in all cases.
This Information must be given

b Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month December  Day 18  Year 2002
France  Nation

---

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Louis Vuitton Malletier
48-50, rue de la Victoire, 75311 Paris Cedex 09 FRANCE

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED  JUN 24 2004
TWO DEPOSITS RECEIVED
FUNDS RECEIVED  JUN 24 2004

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

|  |  |
|---|---|
| EXAMINED BY | **FORM VA** |
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼       Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Louis Vuitton Monogram Design

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Original combination and arrangement of 23 different unique colors as a reinterpretation of the famed Louis Vuitton Monogram Design

**6**
a
See instructions before completing this space.
b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                 Account Number ▼

Finnegan, Henderson, Farabow, Garrett & Dunner LLP        60313

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Julia Anne Matheson
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
1300 I Street, N.W., Washington, DC 20005-3315

Area code and daytime telephone number  ( 202 ) 408-4020       Fax number  ( 202 ) 408-4400
Email   julia.matheson@finnegan.com

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Louis Vuitton Malletier
                       Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Julia Anne Matheson                                                Date  June 23, 2004

Handwritten signature (X) ▼
X  [signature]

**8**

| Certificate will be mailed in window envelope to this address: | Name ▼<br>CERTIFICATE TO BE PICKED UP IN PUBLIC OFFICE |
|---|---|
| | Number/Street/Apt ▼ |
| | City/State/ZIP ▼ |

• Complete all necessary spaces
• Sign your application in space 8
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: June 2002   ♻ Printed on recycled paper                            U.S. Government Printing Office: 2003-496-605/60,029



Plaintiff's Document Production 107