# EXHIBIT 450

LIBRARY OF CONGRESS

# Copyright Office of the United States

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that on June 24, 2004, a claim for copyright of a work identified as **MULTICOLOR MONOGRAM - BLACK PRINT** was registered under number **VA 1-250-121**. This work was registered in accordance with provisions of the United States Copyright Law. (Title 17 United States Code)

**THIS IS TO CERTIFY ALSO**, that the attached is an additional certificate for this work.

**IN WITNESS WHEREOF**, the seal of this office is affixed hereto on January 30, 2009.

Marybeth Peters
Register of Copyrights

*Rosemary J. Kelly*

Rosemary J. Kelly
Head
Records Research and
Certification Section
Information and Reference
Division



PLAINTIFF'S EXHIBIT 450

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-250-121**

**EFFECTIVE DATE OF REGISTRATION**
06 / 24 / 04
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1. Title of This Work ▼**
Multicolor Monogram - Black Print

**NATURE OF THIS WORK ▼ See Instructions**
Fabric/leather print

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

**2. NAME OF AUTHOR ▼**
a. Takashi Murakami

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1962    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of Japan
{ Domiciled in

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map            ☐ Technical drawing
☒ 2-Dimensional artwork     ☐ Photograph    ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

b. **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of
{ Domiciled in

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph    ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3. a. Year in Which Creation of This Work Was Completed** 2002
This information must be given Year in all cases.

**b. Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month December   Day 18   Year 2002
France                              Nation

**4. COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Louis Vuitton Malletier
48-50, rue de la Victoire, 75311 Paris Cedex 09  FRANCE

**APPLICATION RECEIVED**
Jun 24, 2004
**ONE DEPOSIT RECEIVED**
Jun 24, 2004
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

FORM VA

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼       Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Louis Vuitton Monogram Design

**6**
a

See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Original combination and arrangement of 23 different unique colors as a reinterpretation of the famed Louis Vuitton Monogram Design

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

Finnegan, Henderson, Farabow, Garrett & Dunner LLP       60313

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Julia Anne Matheson
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
1300 I Street, N.W., Washington, DC 20005-3315

b

Area code and daytime telephone number  ( 202 ) 408-4020      Fax number  ( 202 ) 408-4400
Email  julia.matheson@finnegan.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶  ☐ author
                  ☐ other copyright claimant
                  ☐ owner of exclusive right(s)
                  ☑ authorized agent of  Louis Vuitton Malletier
                                         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Julia Anne Matheson                                    Date  June 23, 2004

Handwritten signature (X) ▼
X _[signature]_

Certificate will be mailed in window envelope to this address:

Name ▼
CERTIFICATE TO BE PICKED UP IN PUBLIC OFFICE

Number/Street/Apt ▼

City/State/ZIP ▼

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000  Web Rev: June 2002  ⊕ Printed on recycled paper       U.S. Government Printing Office: 2003-496-605/60,029



**Plaintiff's Document Production 104**