# EXHIBIT 1598

## SUMMARY OF MSG/AKANOC RESPONSES TO WEBSITE COMPLAINTS

| Domain Name | Notice Date | Resolution | Notice Date | Resolution | Notice Date | Resolution | Notice Date | Resolution |
|---|---|---|---|---|---|---|---|---|
| **_Complaint_** | | | | | | | | |
| ape168.com | 8/20/07 | IP address not in range | | | | | | |
| atozbrand.com | 8/20/07 | IP address not in range | 1/3/08 (Diff IP) | IP address not in range | | | | |
| bag925.com | 8/20/07 | IP address not in range | 1/3/08 (Diff IP) | IP address not in range | | | | |
| eshoes99.com | 8/20/07 | IP address not in range | 11/26/07 | IP address not in range | 1/3/08 (Diff IP) | IP address not in range | 3/3/08 (Diff IP) | Takedown notice sent on 3/3/08 Server unplugged on 3/3/08 |
| wendy929.net | 8/20/07 | Website not functional | 11/26/07 (Diff IP) | Takedown notice sent on 11/29/07 | 1/3/08 | Website Not Functional | | |
| **_11/26/07_** | | | | | | | | |
| 315ec.com | 11/26/07 | IP address not in range | 1/3/08 | IP address not in range | | | | |
| bag4sell.com | 11/26/07 | Takedown notice sent on 11/29/07 | 1/3/08 (Diff IP) | | | | | |
| bigworldshoes.com | 11/26/07 | Takedown notice sent on 11/29/07 | 1/3/08 (Diff IP) | Takedown notice sent on 1/11/08 Website did not resolve on 1/14/08 | 1/30/09 (Diff IP) | Takedown notice sent 2/2/09 IP address out of range on 2/9/09 | 2/4/09 (Diff IP) | Takedown notice sent 2/2/09 IP address out of range on 2/9/09 |
| brandfashioner.com | 11/26/07 | Takedown notice sent on 11/29/07 | 1/3/08 (Diff IP) | Takedown notice sent on 1/14/08 Website did not resolve on 1/15/08 | | | | |
| brandstylesales.com | 11/26/07 | Takedown notice sent on 11/29/07 | 1/3/08 (Diff IP) | IP address not in range | | | | |

EXHIBIT 1598 · ALL-STATE LEGAL®

165517.1-10562-002-8/12/2009 5:19 PM

1

## SUMMARY OF MSG/AKANOC RESPONSES TO WEBSITE COMPLAINTS

| Domain Name | Notice Date | Resolution | Notice Date | Resolution | Notice Date | Resolution | Notice Date | Resolution |
|---|---|---|---|---|---|---|---|---|
| buymyshoes.net | 11/26/07 | Takedown notice sent on 11/29/07 | 1/3/08 (Diff IP) | Takedown notice sent on 1/14/08 Website did not resolve on 1/15/08 | | | | |
| cn-nike.com | 11/26/07 | IP address not in range | 1/3/08 (Diff IP) | IP address not in range | | | | |
| dreamyshoes.com | 11/26/07 | Takedown notice sent on 11/29/07 | 1/3/08 | Takedown notice sent on 1/14/08 Website did not resolve on 1/15/08 | 1/30/09 | Takedown notice sent 2/2/09 Website Not Functional on 2/9/09 | 2/4/09 | Takedown notice sent 2/2/09 Website Not Functional on 2/9/09 |
| eastarbiz.com | 11/26/07 | Takedown notice sent on 11/29/07 | 1/3/08 | Takedown notice sent on 1/14/08 Website did not resolve on 1/15/08 | 3/3/08 | Takedown notice sent on 3/3/08 Server unplugged on 3/3/08 | 6/2/08 (Diff IP) | Takedown notice sent on 6/2/08 IP address disabled on 6/3/08 |
| ebuynike.com | 11/26/07 | Takedown notice sent on 11/29/07 | 1/3/08 (Diff IP) | IP address not in range | 3/3/08 (Diff IP) | Takedown notice sent on 3/3/08 Server unplugged on 3/3/08 | | |
| ecshoes.com | 11/26/07 | Takedown notice sent on 11/29/07 | 1/3/08 | IP address not in range | 3/3/08 (Diff IP) | Takedown notice sent on 3/3/08 Server unplugged on 3/3/08 | | |
| egotobuy.com | 11/26/07 | Takedown notice sent on 11/29/07 | 1/3/08 | Website Not Functional | | | | |
| emsyou.com | 11/26/07 | Takedown notice sent on 11/29/07 | 1/3/08 (Diff IP) | IP address not in range | | | | |
| famous-shop.com | 11/26/07 | Takedown notice sent on 11/29/07 | 1/3/08 | Takedown notice sent on 1/14/08 Website did not resolve on 1/15/08 | | | | |
| guccifendi.com | 11/26/07 | Takedown notice sent on 11/29/07 | 1/3/08 | Website Not Functional | | | | |
| gz-free.com | 11/26/07 | Takedown notice sent on 11/29/07 | 1/3/08 (Diff IP) | IP address not in range | | | | |

165517.1-10562-002-8/12/2009 5:19 PM

2

## SUMMARY OF MSG/AKANOC RESPONSES TO WEBSITE COMPLAINTS

| Domain Name | Notice Date | Resolution | Notice Date | Resolution | Notice Date | Resolution | Notice Date | Resolution |
|---|---|---|---|---|---|---|---|---|
| handbagsell.com | 11/26/07 | Takedown notice sent on 11/29/07 | 1/3/08 (Diff IP) | Takedown notice sent on 1/14/08 **Website did not resolve on 1/15/08** | 3/3/08 | Takedown notice sent on 3/3/08 **Server unplugged on 3/3/08** | | |
| imitation-gold.com | 11/26/07 | Takedown notice sent on 11/29/07 | 1/3/08 (Diff IP) | IP address not in range | | | | |
| innike.com | 11/26/07 | Takedown notice sent on 11/29/07 | 1/3/08 | Takedown notice sent on 1/14/08 **Nullrouted IP address on 1/15/08** | | | | |
| llouisvuitton.com | 11/26/07 | No Action Necessary Website Not Functional | 1/3/08 | No Action Necessary Website Not Functional | | | | |
| longtimegroup.com | 11/26/07 | Takedown notice sent on 11/29/07 | 1/3/08 (Diff IP) | IP address not in range | | | | |
| louisvuittonbagz.com | 11/26/07 | Takedown notice sent on 11/29/07 | 1/3/08 | Takedown notice sent on 1/11/08 **Website did not resolve on 1/14/08** | | | | |
| lovenike.com | 11/26/07 | Website Not Functional | 1/3/08 | IP address not in range | | | | |
| luxelike.com | 11/26/07 | IP address not in range | 1/3/08 | IP address not in range | | | | |
| luxury2us.com | 11/26/07 | Takedown notice sent on 11/29/07 | 1/3/08 (Diff IP) | Takedown notice sent on 1/14/08 **Website did not resolve on 1/15/08** | | | | |
| lvbagz.com | 11/26/07 | Takedown notice sent on 11/29/07 | 1/3/08 (Diff IP) | Takedown notice sent on 1/11/08 **Website did not resolve on 1/15/08** | 3/3/08 (Diff IP) | Takedown notice sent on 3/3/08 **Server unplugged on 3/3/08** | | |
| mailgoods.com | 11/26/07 | Takedown notice sent on 11/29/07 | 1/3/08 (Diff IP) | IP address not in range | | | | |

3

165517.1-10562-002-8/12/2009 5:19 PM

## SUMMARY OF MSG/AKANOC RESPONSES TO WEBSITE COMPLAINTS

| Domain Name | Notice Date | Resolution | Notice Date | Resolution | Notice Date | Resolution | Notice Date | Resolution |
|---|---|---|---|---|---|---|---|---|
| nike558.com | 11/26/07 | Takedown notice sent on 11/29/07 | 1/3/08 | Website Not Functional | | | | |
| nikeshoesoffer.com | 11/26/07 | Takedown notice sent on 11/29/07 | 1/3/08 (Diff IP) | Takedown notice sent on 1/14/08 Website did not resolve on 1/15/08 | | | | |
| nikewto.com | 11/26/07 | IP address not in range | 1/3/08 (Diff IP) | Website Not Functional on 1/15/08 | 3/3/08 (Diff IP) | Takedown notice sent on 3/3/08 Server unplugged on 3/3/08 | 1/30/09, 2/4/09 (Diff IP) | Takedown notice sent 2/2/09 Website not functional on 2/9/09 |
| nonstopbeauty.com | 11/26/07 | Website Not Functional | 1/3/08 | IP address not in range | | | | |
| pfcstation.com | 11/26/07 | Website Not Functional | 1/3/08 | Website Not Functional | | | | |
| pickhiphop.com | 11/26/07 | Takedown notice sent on 11/29/07 | 1/3/08 (Diff IP) | IP address not in range | | | | |
| pickyourgoods.com | 11/26/07 | Takedown notice sent on 11/29/07 | 1/3/08 (Diff IP) | Takedown notice sent on 1/14/08 Website did not resolve on 1/15/08 | | | | |
| pickyourorder.com | 11/26/07 | Takedown notice sent on 11/29/07 | 1/3/08 (Diff IP) | Takedown notice sent on 1/14/08 Nullrouted IP address on 1/15/08 | 3/3/08 | Website Not Functional | | |
| pro-jordan.com | 11/26/07 | Takedown notice sent on 11/29/07 | 1/3/08 (Diff IP) | IP address not in range | 3/3/08 | Takedown notice sent on 3/3/08 Server unplugged on 3/3/08 | 1/30/09, 2/4/09 | Takedown notice sent 2/2/09 IP address not in range on 2/9 |
| rrgnl.com | 11/26/07 | Website Not Functional | 1/3/08 | Website Not Functional | | | | |
| shoes-order.com | 11/26/07 | Takedown notice sent on 11/29/07 | 1/3/08 (Diff IP) | Takedown notice sent on 1/14/08 Website did not resolve on 1/15/08 | | | | |

4

165517.1-10562-002-8/12/2009 5:19 PM

## SUMMARY OF MSG/AKANOC RESPONSES TO WEBSITE COMPLAINTS

| Domain Name | Notice Date | Resolution | Notice Date | Resolution | Notice Date | Resolution | Notice Date | Resolution |
|---|---|---|---|---|---|---|---|---|
| soapparel.com | 11/26/07 | Takedown notice sent on 11/29/07 | 1/3/08 | Takedown notice sent on 1/14/08 Nullrouted IP address on 1/15/08 | 3/3/08 (Diff IP) | Takedown notice sent on 3/3/08 Server unplugged on 3/3/08 | | |
| sunny7shoes.com | 11/26/07 | IP address not in range | 1/3/08 | IP address not in range | 1/30/09 (Diff IP) | IP address disabled on 2/2/09 IP address not in range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09 IP address not in range on 2/9/09 |
| super925.com | 11/26/07 | Takedown notice sent on 11/29/07 | 1/3/08 | IP address not in range | 3/3/08 | Takedown notice sent on 3/3/08 Server unplugged on 3/3/08 | | |
| watchesreplica.net | 11/26/07 | Takedown notice sent on 11/29/07 | 1/3/08 (Diff IP) | IP address not in range | | | | |
| watchnreplica.net | 11/26/07 | IP address not in range | 1/3/08 | IP address not in range | | | | |
| wearonline.net | 11/26/07 | IP address not in range | 1/3/08 (Diff IP) | Takedown notice sent on 1/14/08 Nullrouted IP address on 1/15/08 | 6/2/08 | Website not functional on 6/2/08 | | |
| wendy929.com | 11/26/07 | Takedown notice sent on 11/29/07 | 1/3/08 | Website not Functional | | | | |
| worldkeytrade.com | 11/26/07 | Takedown notice sent on 11/29/07 | 1/3/08 (Diff IP) | IP address not in range | | | | |
| yeahebay.com | 11/26/07 | Takedown notice sent on 11/29/07 | 1/3/08 | Website Not Functional | | | | |
| **1/3/08** | | | | | | | | |
| fansjersey.com | 1/3/08 | IP address not in range | | | | | | |
| globefashion.com | 1/3/08 | IP address not in range | | | | | | |
| louisvuittonbags.com | 1/3/08 | IP address not in range | | | | | | |

5

165517.1-10562-002-8/12/2009 5:19 PM

## SUMMARY OF MSG/AKANOC RESPONSES TO WEBSITE COMPLAINTS

| Domain Name | Notice Date | Resolution | Notice Date | Resolution | Notice Date | Resolution | Notice Date | Resolution |
|---|---|---|---|---|---|---|---|---|
| louis-vuitton-bags.org | 1/3/08 | IP address not in range | | | | | | |
| lv-nike.com | 1/3/08 | IP address not in range | | | | | | |
| myshoes99.com | 1/3/08 | IP address not in range | | | | | | |
| nikeexp.com | 1/3/08 | IP address not in range | 6/2/08 (Diff IP) | Takedown notice sent 6/2/08, server unplugged on 6/3/08 | | | | |
| replica-ebags.com | 1/3/08 | Takedown notice sent on 1/14/08 Website did not resolve on 1/15/08 | | | | | | |
| swisshours.biz | 1/3/08 | IP address not in range | | | | | | |
| tytrade88.com | 1/3/08 | Takedown notice sent on 1/14/08 Website did not resolve on 1/15/08 | | | | | | |
| watchesnreplica.com | 1/3/08 | IP address not in range | | | | | | |
| wendyluxury.com | 1/3/08 | IP address not in range | | | | | | |
| yseenet.net | 1/3/08 | IP address not in range | | | | | | |
| **1/11/08** | | | | | | | | |
| bizyao.com | 1/11/08 | IP address not in range | | | | | | |
| brandtrading.net | 1/11/08 | IP address not in range | | | | | | |
| | | | | | | | | |

6

165517.1-10562-002-8/12/2009 5:19 PM

## SUMMARY OF MSG/AKANOC RESPONSES TO WEBSITE COMPLAINTS

| Domain Name | Notice Date | Resolution | Notice Date | Resolution | Notice Date | Resolution | Notice Date | Resolution |
|---|---|---|---|---|---|---|---|---|
| **3/3/08** | | | | | | | | |
| Eastarebiz.com | 3/3/08 | **Takedown notice sent on 3/3/08** <br> **Server unplugged on 3/3/08** | | | | | | |
| **3/31/08** | | | | | | | | |
| eastarbiz.net | 3/31/08 | **Takedown notice sent 4/1/08** <br> **Website not functional on 4/1/08** | | | | | | |
| eshoes99.net | 3/31/08 | **IP address not in range** | 4/7/08 | **IP address not in range** | 7/25/08 | **IP address not in range** | 1/30/09, 2/4/09 (Diff IP) | **Takedown notice sent on 2/2/09** <br> **IP address not in range on 2/9/09** |
| soapparel.net | 3/31/08 | **Takedown notice sent 4/1/08** <br> **IP address disabled on 4/1/08** | | | | | | |
| **6/2/08** | | | | | | | | |
| at88.com | 6/2/08 | **Takedown notice sent 6/2/08** <br> **IP address disabled on 6/3/08** | | | | | | |
| bag1881.net | 6/2/08 | **Takedown notice sent 6/2/08** <br> **IP address disabled on 6/3/08** | | | | | | |
| cn-nike.us | 6/2/08 | **Takedown notice sent 6/2/08** <br> **IP address not in range on 6/3/08** | 1/30/09 (Diff IP) | **IP address disabled on 2/2/09** <br> **IP address not in range on 2/9/09** | 2/4/09 | **IP address disabled on 2/2/09** <br> **IP address not in range on 2/9/09** | | |

165517.1-10562-002-8/12/2009 5:19 PM

## SUMMARY OF MSG/AKANOC RESPONSES TO WEBSITE COMPLAINTS

| Domain Name | Notice Date | Resolution | Notice Date | Resolution | Notice Date | Resolution |
|---|---|---|---|---|---|---|
| lkkfashion2006.com | 6/2/08 | Takedown notice sent on 6/2/08, Reseller removed website on 6/3/08 | | | | |
| lv-handbag.com | 6/2/08 | Takedown notice sent on 6/2/08, Reseller removed website on 6/3/08 | | | | |
| queen-bag.com | 6/2/08 | Takedown notice sent 6/2/08 Reseller removed website on 6/3/08 | | | | |
| replicabc.com | 6/2/08 | Takedown notice sent on 6/2/08, Reseller removed website on 6/3/08 | 1/30/09 (Diff IP) | Takedown notice sent 2/2/09 Website not functional on 2/9/09 | 2/4/09 | Takedown notice sent 2/2/09 Website not functional on 2/9/09 |
| top-handbag.com | 6/2/08 | Takedown notice sent on 6/2/08, Reseller removed website on 6/3/08 | | | | |
| **6/20/08** | | | | | | |
| sportsvendor.biz | 6/20/08 | Takedown notice sent on 6/20/08 Website not functional on 6/22/08 | 1/30/09 (Diff IP) | Takedown notice sent 2/2/09 IP address not in range on 2/9/09 | 2/4/09 | Takedown notice sent 2/2/09 IP address not in range on 2/9/09 |
| **6/24/08** | | | | | | |
| Brandstreets.com.cn | 6/24/08 | Takedown notice sent 6/24/08 IP address not in range on 6/25/08 | | | | |

## SUMMARY OF MSG/AKANOC RESPONSES TO WEBSITE COMPLAINTS

| Domain Name | Notice Date | Resolution | Notice Date | Resolution | Notice Date | Resolution | Notice Date | Resolution |
|---|---|---|---|---|---|---|---|---|
| **7/25/08** | | | | | | | | |
| 2008allshoes.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | IP address disabled on 2/2/09 IP address not in range on 2/9/09 | | | | |
| 21cntrade.com | 7/25/08 | IP address disabled on 7/30/08 | | | | | | |
| 21cn-trade.com | 7/25/08 | IP address disabled on 7/30/08 | | | | | | |
| Activestreetwear.com | 7/25/08 | IP address disabled on 7/30/08 | | | | | | |
| Aifacn.com | 7/25/08 | IP address disabled on 7/30/08 | | | | | | |
| Aileapparelonline.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | IP address disabled on 2/2/09 IP address not in range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09 IP address not in range on 2/9/09 | | |
| Alijordan.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | IP address disabled on 2/2/09 IP address not in range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09 IP address not in range on 2/9/09 | | |
| Asiagora.com | 7/25/08 | IP address disabled on 7/30/08 | | | | | | |
| Bbnike.com | 7/25/08 | IP address disabled on 7/30/08 | | | | | | |
| Bestgoods4u.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | IP address disabled on 2/2/09 IP address not in range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09 IP address not in range on 2/9/09 | | |
| Biz918.com | 7/25/08 | IP address disabled on 7/30/08 | | | | | | |
| Bizwto.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | IP address disabled on 2/2/09 IP address not in range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09 IP address not in range on 2/9/09 | | |

9

165517.1-10562-002-8/12/2009 5:19 PM

## SUMMARY OF MSG/AKANOC RESPONSES TO WEBSITE COMPLAINTS

| Domain Name | Notice Date | Resolution | Notice Date | Resolution | Notice Date | Resolution | Notice Date | Resolution |
|---|---|---|---|---|---|---|---|---|
| Brandshoesclub.com | 7/25/08 | IP address disabled on 7/30/08 | | | | | | |
| Chinabizshop.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Dif IP) | IP address disabled on 2/2/09 <br> IP address not in range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09 <br> IP address not in range on 2/9/09 | | |
| China-sneakers.com | 7/25/08 | IP address disabled on 7/30/08 | | | | | | |
| Cicitrade.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Dif IP) | IP address disabled on 2/2/09 <br> IP address not in range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09 <br> IP address not in range on 2/9/09 | | |
| Cn2009.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Dif IP) | Takedown notice sent 2/2/09 <br> IP address out of range on 2/9 | 2/4/09 | Takedown notice sent 2/2/09 <br> IP address out of range on 2/9 | | |
| Cnlv.us | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Dif IP) | IP address disabled on 2/2/09 <br> IP address not in range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09 <br> IP address not in range on 2/9/09 | | |
| Cn-nfl.com | 7/25/08 | IP address disabled on 7/30/08 | | | | | | |
| Cntradetop.com | 7/25/08 | IP address disabled on 7/30/08 | | | | | | |
| Cocotrade.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Dif IP) | IP address disabled on 2/2/09 <br> IP address not in range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09 <br> IP address not in range on 2/9/09 | | |
| Copy-offer.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Dif IP0 | IP address disabled on 2/2/09 <br> IP address not in range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09 <br> IP address not in range on 2/9/09 | | |

10

**SUMMARY OF MSG/AKANOC RESPONSES TO WEBSITE COMPLAINTS**

| Domain Name | Notice Date | Resolution | Notice Date | Resolution | Notice Date | Resolution | Notice Date | Resolution |
|---|---|---|---|---|---|---|---|---|
| Copytransfer.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | IP address disabled on 2/2/09<br>IP address not in range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09<br>IP address not in range on 2/9/09 | | |
| Cxdtrade.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | IP address disabled on 2/2/09<br>IP address not in range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09<br>IP address not in range on 2/9/09 | | |
| Dadidatrade.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | Takedown notice sent 2/2/09<br>IP address out of range on 2/9 | 2/4/09 | Takedown notice sent 2/2/09<br>IP address out of range on 2/9 | | |
| Divastyle-exclusives.com | 7/25/08 | IP address disabled on 7/30/08 | | | | | | |
| Dowellchina.com | 7/25/08 | IP address disabled on 7/30/08 | | | | | | |
| e-bayshoe.com | 7/25/08 | IP address disabled on 7/30/08 | | | | | | |
| Ebaytra.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | IP address disabled on 2/2/09<br>IP address not in range on 2/11/09 | 2/4/09 | IP address disabled on 2/2/09<br>IP address out of range on 2/11/09 | | |
| Ec21china.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | IP address disabled on 2/2/09<br>IP address out of range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09<br>IP address out of range on 2/9/09 | | |
| Ec21copy.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | IP address disabled on 2/2/09<br>IP address out of range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09<br>IP address out of range on 2/9/09 | | |
| Ecrvcn.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | IP address disabled on 2/2/09<br>IP address out of range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09<br>IP address out of range on 2/9/09 | | |

11

165517.1-110562-002-8/12/2009 5:19 PM

## SUMMARY OF MSG/AKANOC RESPONSES TO WEBSITE COMPLAINTS

| Domain Name | Notice Date | Resolution | Notice Date | Resolution | Notice Date | Resolution | Notice Date | Resolution |
|---|---|---|---|---|---|---|---|---|
| Ecvvnike.com | 7/25/08 | IP address disabled on 7/30/08 | | | | | | |
| Electricvip.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | IP address disabled on 2/2/09<br>IP address out of range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09<br>IP address out of range on 2/9/09 | | |
| Equaldeal.com | 7/25/08 | IP address disabled on 8/1/08 | 1/30/09 (Diff IP) | Takedown notice sent 2/2/09<br>IP address out of range on 2/17/09 | | | | |
| Eshoesbiz.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | IP address disabled on 2/2/09<br>IP address out of range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09<br>IP address out of range on 2/9/09 | | |
| Factory-trade.com | 7/25/08 | IP address disabled on 7/30/08 | | | | | | |
| Fallinmall.com | 7/25/08 | IP address disabled on 7/30/08 | | | | | | |
| Fashionholland.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | Takedown notice sent 2/2/09<br>IP address out of range on 2/9/09 | 2/4/09 | Takedown notice sent 2/2/09<br>IP address out of range on 2/9/09 | | |
| Fugems.com | 7/25/08 | IP address disabled on 7/30/08 | | | | | | |
| Gegtrade.com | 7/25/08 | IP address disabled on 7/30/08 | | | | | | |
| Gift-pop.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | Takedown notice sent 2/2/09<br>IP address out of range on 2/9/09 | 2/4/09 | Takedown notice sent 2/2/09<br>IP address out of range on 2/9/09 | | |
| Goingwto.com | 7/25/08 | IP address disabled on 7/30/08 | | | | | | |

12

**SUMMARY OF MSG/AKANOC RESPONSES TO WEBSITE COMPLAINTS**

| Domain Name | Notice Date | Resolution | Notice Date | Resolution | Notice Date | Resolution | Notice Date | Resolution |
|---|---|---|---|---|---|---|---|---|
| Guangruntrade.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | IP address disabled on 2/2/09 / IP address out of range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09 / IP address out of range on 2/9/09 | 2/4/09 | |
| Iknowkick.com | 7/25/08 | IP address disabled on 7/30/08 | | | | | | |
| Ilovereplica.com | 7/25/08 | IP address not in range on 7/30/08 | | | | | | |
| Joinustrade.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | IP address disabled on 2/2/09 / IP address out of range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09 / IP address out of range on 2/9/09 | | |
| Jordanafl.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | IP address disabled on 2/2/09 / Website not functional on 2/9 | 2/4/09 | IP address disabled on 2/2/09 / Website not functional on 2/9 | | |
| Jordan-plaza.com | 7/25/08 | IP address disabled on 7/30/08 | | | | | | |
| Kickaaa.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | IP address disabled on 2/2/09 / IP address out of range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09 / IP address out of range on 2/9/09 | | |
| Kneagle.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | IP address disabled on 2/2/09 / IP address out of range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09 / IP address out of range on 2/9/09 | | |
| Laceuptrade.com | 7/25/08 | IP address disabled on 7/30/08 | | | | | | |
| Lg668.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | IP address disabled on 2/2/09 / IP address out of range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09 / IP address out of range on 2/9/09 | | |

## SUMMARY OF MSG/AKANOC RESPONSES TO WEBSITE COMPLAINTS

| Domain Name | Notice Date | Resolution | Notice Date | Resolution | Notice Date | Resolution | Notice Date | Resolution |
|---|---|---|---|---|---|---|---|---|
| Look9good.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | IP address disabled on 2/2/09 <br> IP address out of range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09 <br> IP address out of range on 2/9/09 | | |
| Maike998.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | IP address disabled on 2/2/09 <br> IP address out of range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09 <br> IP address out of range on 2/9/09 | | |
| Mayfutrade.com | 7/25/08 | IP address disabled on 7/30/08 | | | | | | |
| Nft.cc | 7/25/08 | IP address disabled on 8/1/08 | | | | | | |
| Nikejordan.us | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | Takedown notice sent 2/2/09 <br> IP address out of range on 2/9/09 | 2/4/09 | Takedown notice sent 2/2/09 <br> IP address out of range on 2/9/09 | | |
| Nikejordanun.com | 7/25/08 | IP address disabled on 7/30/08 | | | | | | |
| Nike-king.com | 7/25/08 | IP address disabled on 7/30/08 | | | | | | |
| Nikeme.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | Takedown notice sent 2/2/09 <br> IP address out of range on 2/9/09 | 2/4/09 | Takedown notice sent 2/2/09 <br> IP address out of range on 2/9/09 | | |
| Nikeseller.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | Takedown notice sent 2/2/09 <br> IP address out of range on 2/9/09 | 2/4/09 | Takedown notice sent 2/2/09 <br> IP address out of range on 2/9/09 | | |
| Nikeshoes888.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | Takedown notice sent 2/2/09 <br> IP address out of range on 2/9/09 | 2/4/09 | Takedown notice sent 2/2/09 <br> IP address out of range on 2/9/09 | | |

14

165517.1-10562-002-8/12/2009 5:19 PM

## SUMMARY OF MSG/AKANOC RESPONSES TO WEBSITE COMPLAINTS

| Domain Name | Notice Date | Resolution | Notice Date | Resolution | Notice Date | Resolution | Notice Date | Resolution |
|---|---|---|---|---|---|---|---|---|
| Nikeshoeshua.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | IP address disabled on 2/2/09 IP address out of range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09 IP address out of range on 2/9/09 | | |
| Nikeshoesshopping.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | IP address disabled on 2/2/09 IP address out of range on 2/11/09 | 2/4/09 | IP address disabled on 2/2/09 IP address out of range on 2/11/09 | | |
| Nikeskyb2b.com | 7/25/08 | IP address disabled on 7/30/08 | | | | | | |
| Niketrading.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | IP address disabled on 2/2/09 IP address out of range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09 IP address out of range on 2/9/09 | | |
| Nikezone23.com | 7/25/08 | IP address disabled on 7/30/08 | | | | | | |
| Popularkicks8.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 | IP address disabled on 2/2/09 IP address out of range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09 IP address out of range on 2/9/09 | | |
| Realfashion.us | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | IP address disabled on 2/2/09 IP address out of range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09 IP address out of range on 2/9/09 | | |
| Ruimachina.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | IP address disabled on 2/2/09 IP address out of range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09 IP address out of range on 2/9/09 | | |
| Sellenshoes.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | IP address disabled on 2/2/09 IP address out of range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09 IP address out of range on 2/9/09 | | |

15

165517.1-10562-002-8/12/2009 5:19 PM

## SUMMARY OF MSG/AKANOC RESPONSES TO WEBSITE COMPLAINTS

| Domain Name | Notice Date | Resolution | Notice Date | Resolution | Notice Date | Resolution | Notice Date | Resolution |
|---|---|---|---|---|---|---|---|---|
| Shoestrade.biz | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | Takedown notice sent 2/2/09 IP address out of range on 2/9/09 | 2/4/09 | Takedown notice sent 2/2/09 IP address out of range on 2/9/09 | | |
| Shoestrade168.com | 7/25/08 | IP address disabled on 7/30/08 | | | | | | |
| Shopping-key.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | IP address disabled on 2/2/09 IP address out of range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09 IP address out of range on 2/9/09 | | |
| Shop-zappos.com | 7/25/08 | IP address disabled on 7/30/08 | | | | | | |
| Shp365.com | 7/25/08 | IP address disabled on 7/30/08 | | | | | | |
| Sndress-trade.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | IP address disabled on 2/2/09 IP address out of range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09 IP address out of range on 2/9/09 | | |
| Sneaker123.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | IP address disabled on 2/2/09 IP address out of range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09 IP address out of range on 2/9/09 | | |
| Sportshoesshow.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | IP address disabled on 2/2/09 IP address out of range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09 IP address out of range on 2/9/09 | | |
| Sports-sky.com | 7/25/08 | IP address disabled on 7/30/08 | | | | | | |
| Super99nike.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | Takedown notice sent 2/2/09 IP address out of range on 2/9/09 | 2/4/09 | Takedown notice sent 2/2/09 IP address out of range on 2/9/09 | | |
| Thefirstshoes.com | 7/25/08 | IP address disabled on 7/30/08 | | | | | | |

16

165517.1-10562-002-8/12/2009 5:19 PM

## SUMMARY OF MSG/AKANOC RESPONSES TO WEBSITE COMPLAINTS

| Domain Name | Notice Date | Resolution | Notice Date | Resolution | Notice Date | Resolution | Notice Date | Resolution |
|---|---|---|---|---|---|---|---|---|
| Tmslw.com | 7/25/08 | IP address disabled on 7/30/08 | | | | | | |
| Tomorrow-trade.com | 7/25/08 | IP address disabled on 7/30/08 | | | | | | |
| Tophopworld.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | Takedown notice sent 2/2/09 Website not functional on 2/11 | 2/4/09 | Takedown notice sent 2/2/09 Website not functional on 2/11 | | |
| Trade31.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | IP address disabled on 2/2/09 IP address out of range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09 IP address out of range on 2/9/09 | | |
| Trade58.com | 7/25/08 | IP address disabled on 7/30/08 | | | | | | |
| Trade789.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | IP address disabled on 2/2/09 IP address out of range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09 IP address out of range on 2/9/09 | | |
| Tradekey1.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | IP address disabled on 2/2/09 IP address out of range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09 IP address out of range on 2/9/09 | | |
| Tradewto.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | IP address disabled on 2/2/09 IP address out of range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09 IP address out of range on 2/9/09 | | |
| Trapkicks.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | Takedown notice sent 2/2/09 IP address out of range on 2/11/09 | 2/4/09 | Takedown notice sent 2/2/09 IP address out of range on 2/11/09 | | |
| Trendstown.com | 7/25/08 | IP address disabled on 7/30/08 | | | | | | |

17

## SUMMARY OF MSG/AKANOC RESPONSES TO WEBSITE COMPLAINTS

| Domain Name | Notice Date | Resolution | Notice Date | Resolution | Notice Date | Resolution | Notice Date | Resolution |
|---|---|---|---|---|---|---|---|---|
| Viciper.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | IP address disabled on 2/2/09<br>IP address out of range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09<br>IP address out of range on 2/9/09 | | |
| Vow-nike.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | IP address disabled on 2/2/09<br>IP address out of range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09<br>IP address out of range on 2/9/09 | | |
| Well-telecom.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | IP address disabled on 2/2/09<br>IP address out of range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09<br>IP address out of range on 2/9/09 | | |
| Wholesale-bn.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | IP address disabled on 2/2/09<br>IP address out of range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09<br>IP address out of range on 2/9/09 | | |
| Wholesalerelectron.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | IP address disabled on 2/2/09<br>IP address out of range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09<br>IP address out of range on 2/9/09 | | |
| Xinda-trade.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | IP address disabled on 2/2/09<br>IP address out of range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09<br>IP address out of range on 2/9/09 | | |
| Xinteshoes.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | IP address disabled on 2/2/09<br>IP address out of range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09<br>IP address out of range on 2/9/09 | | |
| Xqmade.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | IP address disabled on 2/2/09<br>IP address out of range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09<br>IP address out of range on 2/9/09 | | |
| Yabertrade.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | IP address disabled on 2/2/09<br>IP address out of range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09<br>IP address out of range on 2/9/09 | | |

18

165517.1-10562-002-8/12/2009 5:19 PM

## SUMMARY OF MSG/AKANOC RESPONSES TO WEBSITE COMPLAINTS

| Domain Name | Notice Date | Resolution | Notice Date | Resolution | Notice Date | Resolution | Notice Date | Resolution |
|---|---|---|---|---|---|---|---|---|
| Yournikeshop.com | 7/25/08 | IP address disabled on 7/30/08 | 1/30/09 (Diff IP) | IP address disabled on 2/2/09; IP address out of range on 2/9/09 | 2/4/09 | IP address disabled on 2/2/09; IP address out of range on 2/9/09 | | |
| **9/19/08** | | | | | | | | |
| Bagforyourself.com | 9/19/08 | Takedown sent 9/22/08; Reseller removed website 9/22/08 | | | | | | |
| Bapedirect.com | 9/19/08 | Takedown sent 9/22/08; Reseller removed website 9/22/08 | 1/30/09 (Diff IP) | Takedown notice sent 2/2/09; IP address out of range on 2/17/09 | 2/4/09 | Takedown notice sent 2/2/09; IP address out of range on 2/17/09 | | |
| Bapesky.com | 9/19/08 | Takedown sent 9/22/08; Reseller removed website 9/22/09 | 1/30/09 (Diff IP) | Takedown notice sent 9/22/08; IP address out of range on 2/17/09 | 2/4/09 | Takedown notice sent; IP address out of range on 2/17/09 | | |
| **1/30/09, 2/4/09** | | | | | | | | |
| 66773388.com | 1/30/09 | Takedown notice sent 2/2/09; IP address out of range on 2/9/09 | | | | | | |
| Globwholesale.com | 1/30/09 | Takedown notice sent 2/2/09; IP address out of range on 2/9/09 | | | | | | |
| Itemscatalog.com | 1/30/09 | Takedown notice sent 2/2/09; IP address out of range on 2/9/09 | 2/4/09 | Takedown notice sent 2/2/09; IP address out of range on 2/9/09 | | | | |

## SUMMARY OF MSG/AKANOC RESPONSES TO WEBSITE COMPLAINTS

| Domain Name | Notice Date | Resolution | Notice Date | Resolution | Notice Date | Resolution | Notice Date | Resolution |
|---|---|---|---|---|---|---|---|---|
| Supplyingshoes.com | 1/30/09 | Takedown notice sent 2/2/09<br>Website not functional on 2/9/09 | 2/4/09 | Takedown notice sent 2/2/09<br>Website not functional on 2/9/09 | | | | |
| Tradeelectron.com | 1/30/09 | Takedown notice sent 2/2/09<br>IP address out of range on 2/9/09 | | | | | | |
| Wholesaleprice.us | 1/30/09 | Takedown notice sent 2/2/09<br>IP address out of range on 2/9/09 | 2/4/09 | Takedown notice sent 2/2/09<br>IP address out of range on 2/9/09 | | | | |

20