# EXHIBIT 1620

Dockets.Justia.com

```
 1              IN THE UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                       SAN JOSE DIVISION
 4
 5   LOUIS VUITTON            )   C-07-03952-JW
     MALLETIER, S.A.,         )
 6                            )   AUGUST 18, 2009
              PLAINTIFF,      )
 7                            )   VOLUME 1
                  V.          )
 8                            )   PAGES 1 - 199
     AKANOC SOLUTIONS, INC.,  )
 9   ET AL.,                  )
                              )
10            DEFENDANTS.     )
     _____)
11
12
13         THE PROCEEDINGS WERE HELD BEFORE
14       THE HONORABLE UNITED STATES DISTRICT
15                   JUDGE JAMES WARE
16   A P P E A R A N C E S:
17   FOR THE PLAINTIFF:  J. ANDREW COOMBS
                         BY:  J. ANDREW COOMBS
18                            ANNIE S. WANG
                         517 E. WILSON AVENUE
19                       SUITE 202
                         GLENDALE, CALIFORNIA 91206
20
21   FOR THE DEFENDANTS: GAUNTLETT & ASSOCIATES
                         BY:  JAMES A. LOWE
22                            CHRISTOPHER G. LAI
                         18400 VON KARMAN
23                       IRVINE, CALIFORNIA 92612
24      (APPEARANCES CONTINUED ON THE NEXT PAGE.)
25   OFFICIAL COURT REPORTER: IRENE RODRIGUEZ, CSR, CRR
                              CERTIFICATE NUMBER 8074
```

EXHIBIT 1620

                                                                1

U.S. COURT REPORTERS

```
 1
 2     A P P E A R A N C E S: (CONT'D)
 3
 4     ALSO PRESENT:            LAW OFFICES OF J. ANDREW
                                COOMBS
                                BY:  RUTH ADLER, PARALEGAL
 5                              517 E. WILSON AVENUE
                                SUITE 202
 6                              GLENDALE, CALIFORNIA 91206

 7                              LVMH FASHION GROUP
                                BY:  NIKOLAY LIVADKIN
 8                              2 RUE DU PONT-NEUF 75001
                                PARIS, FRANCE
 9
                                AKANOC SOLUTIONS, INC.
10                              BY:  STEVE CHEN, PRESIDENT
                                45535 NORTH PORT LOOP EAST
11                              FREMONT, CALIFORNIA 94538
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

U.S. COURT REPORTERS

INDEX OF PROCEEDINGS

PLAINTIFF'S OPENING STATEMENT P. 82

DEFENDANTS' OPENING STATEMENT P. 97

FOR THE PLAINTIFF'S:

**NIKOLAY LIVADKIN**  DIRECT EXAMINATION P. 131

INDEX OF EXHIBITS

|  | IDENT. | EVIDENCE |
|---|---|---|
| PLAINTIFF'S: | | |
| 451 | | 145 |
| 74 | | 170 |
| 75 | | 177 |

3

1        THE CLERK:  WOULD YOU PLEASE RAISE YOUR
2   RIGHT HAND.
3              NIKOLAY LIVADKIN,
4   BEING CALLED AS A WITNESS ON BEHALF OF THE
5   PLAINTIFF, HAVING BEEN FIRST DULY SWORN, WAS EXAMINED
6   AND TESTIFIED AS FOLLOWS:
7        THE WITNESS:  YES.
8        THE CLERK:  WOULD YOU PLEASE STATE YOUR
9   FULL NAME AND SPELL YOUR LAST NAME FOR THE RECORD.
10       THE WITNESS:  NIKOLAY LIVADKIN,
11  L-I-V-A-D-K-I-N.
12       THE COURT:  WE'RE GOING TO ADJUST THE
13  VOLUME ON YOUR MICROPHONE SO WE CAN HEAR YOU
14  BETTER, BUT LET'S GO AHEAD AND WE CAN DO IT AS WE
15  GO.
16                    **DIRECT EXAMINATION**
17  BY MR. COOMBS:
18  Q    MR. LIVADKIN, BY WHOM ARE YOU EMPLOYED?
19  A    I'M EMPLOYED BY LOUIS VUITTON IN JUST A FEW
20  WORDS.  I APOLOGIZE FOR MY ACCENT AND PLEASE DO
21  INTERRUPT ME IF YOU DON'T UNDERSTAND WHAT I'M
22  SAYING.
23  Q    FOR HOW LONG HAVE YOU BEEN EMPLOYED BY LOUIS
24  VUITTON?
25  A    I HAVE BEEN EMPLOYED BY LOUIS VUITTON SINCE

131

1 EXAMPLES?
2 A   E-BAY AS THE FIRST PLACE SPECIALIZING IN
3 AUCTIONS.  THERE WOULD ALSO BE AMAZON WHERE GOODS
4 ARE SOLD AT FIXED PRICES.
5 Q   AND FOCUSSING ONLY ON YOUR ENFORCEMENT
6 RESPONSIBILITIES AS IT RELATES TO STAND-ALONE WEB
7 SITES AND E-COMMERCE PLATFORMS, CAN YOU GIVE US AN
8 IDEA OF HOW MANY NEW FILES A MONTH YOUR OFFICE
9 OPENS TO ADDRESS SUCH ISSUES?
10 A   WE DEAL WITH SEVERAL HUNDREDS OF NEW MATTERS
11 EVERY MONTH.
12 Q   AND CAN YOU IDENTIFY OUT OF THOSE SEVERAL
13 HUNDRED, APPROXIMATELY HOW MANY INVOLVE STAND-ALONE
14 WEB SITES?
15 A   AROUND 100 PLUS OF THESE NEW MATTERS ARE NEAR
16 STAND-ALONE WEB SITES DEDICATED TO COUNTERFEIT
17 SALES.
18 Q   AND WHEN YOU REFER TO STAND-ALONE WEB SITES
19 YOU'RE TALKING ABOUT DISTINCT TO DOMAIN NAMES?
20 A   I WOULD SAY THAT THEY WERE MR. COOMBS
21 MENTIONED THAT WOULD BE WEB SITES THAT WE WOULD
22 TYPICALLY DEAL WITH.
23 Q   AND HOW HAS YOUR ENFORCEMENT WITH THE INTERNET
24 CONNECTION CHANGED SINCE YOU WERE HIRED IN 2002?
25 A   WHEN I WAS HIRED IN 2002 I WAS DEALING WITH

134

1       THESE ISSUES ALONE.  UNFORTUNATELY THE AMOUNT OF
2       ISSUES THAT COMPANIES WERE FACING IN REGARDS TO
3       VIOLATION OF ITS INTELLECTUAL PROPERTIES IS GROWING
4       TREMENDOUSLY.  SO WE SIZE UP THE TEAM AND CURRENTLY
5       WE ARE FOUR PEOPLE FULLY DEDICATED ON THAT, AND I'M
6       HEADING THIS TEAM.
7       Q    AND HAS THE VOLUME OF ENFORCEMENT ACTIVITY
8       THAT YOUR OFFICE HANDLED CHANGED DURING THAT TIME?
9       A    YES.
10      Q    AND CAN YOU DESCRIBE IN THE WAY IN WHICH THAT
11      HAS CHANGED?
12      A    WELL, WE ARE SENDING -- WE ARE OPENING MORE
13      AND MORE FILES EVERY MONTH.  WE ARE SENDING MORE
14      AND MORE WARNING LETTERS, AND WE NEED TO DEAL WITH
15      MORE AND MORE SOPHISTICATED ISSUES WITH THE
16      DEVELOPMENT OF THE TECHNOLOGY, WITH THE NEW WAYS TO
17      DISTRIBUTE THE NEW COUNTERFEIT PRODUCTS AND MORE
18      AND MORE SOPHISTICATED ISSUES.
19      Q    IS THERE A DEVELOPMENT IN THE AMOUNT OF
20      E-COMMERCE ISSUES THAT YOUR OFFICE DEALS WITH
21      SPECIFICALLY, E-COMMERCE PLATFORM ISSUES LIKE E-BAY
22      AND AMAZON?
23      A    YES.  WELL, CONCERNING E-BAY SPECIFICALLY UP
24      TO 2006 THE AMOUNT OF AUCTIONS THAT WE HAD TO
25      MONITOR AND SEND AND TAKE DOWN NOTICES TO E-BAY TO

135

1  REMOVE COUNTERFEIT GOODS, THE NUMBER OF THESE
2  AUCTIONS BECAME SO IMPORTANT AND IT WAS SO
3  UNBEARABLE TO US THAT WE WERE FORCED TO FILE A
4  LAWSUIT AGAINST E-BAY AND --
5          MR. LOWE:  EXCUSE ME.  EXCUSE ME.  YOUR
6  HONOR, I WOULD OBJECT.  THIS IS NOT RELEVANT AND
7  POTENTIALLY IT'S PREJUDICIAL.
8          THE COURT:  SUSTAINED.
9  BY MR. COOMBS:
10 Q   DOES LOUIS VUITTON COOPERATE WITH OTHER LUXURY
11 BRANDS IN CONNECTION WITH ITS ONLINE ENFORCEMENT
12 EFFORTS?
13 A   YES, IT DOES.
14 Q   CAN YOU IDENTIFY SOME OF THEM FOR US?
15 A   LOUIS VUITTON COOPERATES WITH MOST OF THE
16 OTHER BRANDS OF THE LUXURY INDUSTRY WITH COMPANIES
17 SUCH AS CHANNEL, CHRISTIAN DIOR, BURBERRY, PRADA,
18 GUICCI.
19 Q   AND WHY DOES IT COOPERATE WITH THOSE COMPETING
20 BRANDS IN THE ENFORCEMENT ARENA?
21 A   WELL, COUNTERFEITING IS A GLOBAL ISSUE.  ALL
22 OF THESE COMPANIES ARE FACING THE SAME ISSUES AS WE
23 DO AND ALSO NOT ONLY FROM THE LUXURY INDUSTRY BUT
24 FROM OTHER INDUSTRIES.  WE ALSO COOPERATE WITH SUCH
25 BRANDS SUCH AS NIKE AND ALSO WITH BRANDS FROM THE

136

1    CORPORATE INDUSTRY WHICH IS MICROSOFT.
2            IT'S A GLOBAL PHENOMENON, AND IT REQUIRES
3    GLOBAL ACTION.  OBVIOUSLY WORKING TOGETHER IT ALSO
4    SAVES US COST BUT MORE COMPETITION.
5    Q    DOES LOUIS VUITTON TAKE ANY INTERNET -- STRIKE
6    THAT.
7            DOES LOUIS VUITTON PARTICIPATE IN ANY
8    TRADE ASSOCIATIONS THAT ARE ALSO CONCERNED WITH
9    ONLINE ENFORCEMENT?
10   A    LOUIS VUITTON DOES.  WE ARE A MEMBER OF THE
11   INTERNATIONAL TRADEMARK ASSOCIATION WHICH IS ONE OF
12   THE, I THINK IT'S THE LARGEST, WITH THE
13   INTERNATIONAL ANTI-COUNTERFEITING COALITION; THE
14   EUROPEAN BRUSSELS BASED ASSOCIATION; DENMARK; AIM;
15   WITH THE FRENCH UNION; WITH THE CHINESE QUALITY
16   BRAND PROTECTION COALITION AND MANY OTHERS.
17   Q    NOW, YOU MENTIONED EARLIER THAT YOU WERE
18   ENGAGED IN SOME LOBBYING EFFORTS.  COULD YOU
19   BRIEFLY DESCRIBE THOSE LOBBYING EFFORTS FOR US?
20           MR. LOWE:  YOUR HONOR, I'M GOING TO
21   OBJECT TO THIS.  I THINK THIS HAS NO RELEVANCE
22   EITHER.
23           THE COURT:  SUSTAINED.
24   BY MR. COOMBS:
25   Q    DURING THE COURSE OF YOUR EMPLOYMENT WITH

1  Q   WHEN YOU SAY THAT YOU VISITED SOME OF THE
2  FACTORIES WHERE THE NONGENUINE PRODUCTS ARE
3  MANUFACTURED, CAN YOU DESCRIBE THEM AS COMPARED
4  WITH THE FACTORIES WHERE GENUINE LOUIS VUITTON
5  PRODUCTS ARE MANUFACTURED THAT YOU'VE ALSO VISITED?
6            THE COURT:  PUT IT ON YOUR TIE.
7            THE WITNESS:  I'VE HAD THE EXPERIENCE OF
8  VISITING SEVERAL MANUFACTURING FACILITIES WAS VERY
9  TRAUMATIZING.  I HAVE SEEN ENTIRE FAMILIES AND EVEN
10 UNDERAGED EMPLOYEES BEING LOCKED IN SWEAT SHOPS
11 WORKING, EVEN BABIES WERE THERE.  I HAVE TO SAY MY
12 HEAD WAS SPINNING WITH THE SMELL OF CHEMICAL
13 PRODUCTS THAT WERE USED.  IT WAS QUITE
14 TRAUMATIZING.
15 BY MR. COOMBS:
16 Q   BY THE WAY, IN THE MULTI-COLORED DEVICE THAT
17 WE'RE LOOKING AT THE PRODUCT THAT HAS THE COPYRIGHT
18 WE WERE TALKING ABOUT BUT IT ALSO HAS SOME OF THE
19 TRADEMARKS; IS THAT RIGHT?
20 A   YES, MULTI-COLOR MONOGRAM BLACK AND WHITE IS
21 THE SUBJECT OF THE COPYRIGHT REGISTRATION
22 CERTIFICATES 450 AND 449.
23 Q   I WILL SHOW THE WITNESS EXHIBIT 82 AND 82.1.
24 A   EXHIBIT 82.1, THIS IS A TIKAL BAG, A PRODUCT
25 BY LOUIS VUITTON.  EXHIBIT 82 IS A NONGENUINE

159

| | |
|---|---|
| 1 | THE PARTICULAR OR PIECE OF EXOTIC LEATHER IS |
| 2 | AVAILABLE COULD COME FROM -- IT'S DIFFICULT TO |
| 3 | SOURCE. |
| 4 | Q   SO IF LOUIS VUITTON CAN COMMAND SUCH A PRICE |
| 5 | FOR ITS PRODUCT WHY DOES IT CARE ABOUT THE |
| 6 | NONGENUINE PRODUCT THAT WE HAVE BEEN LOOKING AT? |
| 7 | A   WELL, I WASN'T -- |
| 8 | Q   I'M SORRY.  DID I INTERRUPT? |
| 9 | A   WE ALSO MANUFACTURE IN COUNTRIES WITH HIGH |
| 10 | LABOR COSTS.  WE SHOULD BE PARTICULARLY IN EUROPE. |
| 11 | WE'RE PROBABLY AMONGST THE LAST COMPANIES THAT DO |
| 12 | NOT OUTSOURCE PRODUCTION IN LOW COST PRODUCTION |
| 13 | COUNTRIES PRECISELY BECAUSE WE NEED TO SOURCE THE |
| 14 | BEST QUALITY PRODUCT. |
| 15 | Q   SO -- |
| 16 | A   ALSO THE SALE OF LUXURY GOODS REQUIRES QUITE |
| 17 | EXPENSIVE COMMUNICATION AND ADVERTISING CAMPAIGNS |
| 18 | WHICH IS THIS ADDITIONAL COST GOES TO THE END PRICE |
| 19 | OF THE PRODUCT. |
| 20 | Q   SO A CONSIDERABLE EXPENSE ON MARKETING? |
| 21 | A   YES. |
| 22 | Q   SO IF LOUIS VUITTON CAN COMMAND A PREMIUM |
| 23 | PRICE FOR ITS PRODUCT, THEN WHY DOES IT CARE ABOUT |
| 24 | THE NONGENUINE PRODUCT THAT YOU'VE BEEN LOOKING AT? |
| 25 | A   WELL, IT'S A BIG PROBLEM FOR US.  NOT ONLY |

165

1  BECAUSE IT'S A CUSTOMER WHO PURCHASES A NONGENUINE
2  PRODUCT WILL PROBABLY NOT BUY OUR PRODUCT, BUT ALSO
3  BECAUSE PEOPLE WHO HAVE -- WHO LOVE OUR PRODUCT SO
4  MUCH THAT THEY WOULD SAVE MONEY FOR A LONG TIME TO
5  BUY A BAG THAT THEY DREAMED FOR A LONG TIME, THEY
6  ARE GENUINELY DISGUSTED WHEN THEY SEE A CHEAP
7  IMITATIONS OF THIS BAG ALL OVER THE PLACE.
8        WE RECEIVE MANY, MANY COMPLAINTS OF SUCH
9  PEOPLE.
10 Q    SO HOW IS IT THAT LOUIS VUITTON IS HARMED BY
11 THESE NONGENUINE PRODUCTS.
12 A    THE IMAGE OF THE COMPANY AS A LUXURY BRAND
13 SUFFERS FROM THESE PRODUCTS.
14 Q    SO GIVEN THAT, WHAT DOES LOUIS VUITTON DO TO
15 ADDRESS THE PROBLEM -- WHEN WE TALK ABOUT
16 "NONGENUINE SALES" WE'RE TALKING ABOUT MERCHANDISE
17 THAT LOUIS VUITTON HAS NOT MADE; IS THAT CORRECT?
18 A    YES.
19 Q    AND SO WHAT DOES LOUIS VUITTON DO TO TRY TO
20 CURTAIL THE SALE OF SUCH MERCHANDISE?
21 A    LOUIS VUITTON EMPLOYS WITHIN THE INTELLECTUAL
22 PROPERTY DEPARTMENT 40 PEOPLE FULLY DEDICATED ON
23 THIS KIND OF ISSUES MAINTAINING OUR RIGHTS AND
24 ENFORCING THEM.
25       THIS TEAM OF 40 PEOPLE IS MAINLY BASED IN

U.S. COURT REPORTERS

| | |
|---|---|
| 1 | PARIS WITH LOCAL OFFICERS AROUND THE WORLD IN NEW |
| 2 | YORK, BUENOS AIRES, MULAN, DUBAI, HONG KONG, AND |
| 3 | TOKYO. |
| 4 | Q    AND WHAT KIND OF BUDGET DOES LOUIS VUITTON |
| 5 | ALLOCATE TO DEALING WITH THIS ISSUE ON AN ANNUAL |
| 6 | BASIS? |
| 7 | A    AROUND 15 MILLION EUROS PER YEAR WHICH WOULD |
| 8 | BE MORE THAN $20 MILLION. |
| 9 | Q    TURNING TO YOUR OFFICES AND HOW DID YOU LEARN |
| 10 | ABOUT LOUIS VUITTON DISTRIBUTION OF COUNTERFEITS? |
| 11 | A    THERE ARE SEVERAL INFORMATION ABOUT LOUIS |
| 12 | VUITTON DISTRIBUTION OF COUNTERFEITS.  THE ONE |
| 13 | SOURCE WE GET IS BY OUR CUSTOMERS.  OUR CUSTOMERS |
| 14 | CAN REACH OUR CUSTOMER SERVICE DEPARTMENTS BY PHONE |
| 15 | CALL OR AN E-MAIL AND THEY ACTUALLY DO SO VERY |
| 16 | OFTEN AND REPORT COUNTERFEIT SALES TO US. |
| 17 |             WE ALSO EMPLOY AN EXTERNAL SERVICE |
| 18 | PROVIDER SPECIFICALLY FOR ONLINE DISTRIBUTION OF |
| 19 | COUNTERFEITS.  THIS COMPANY MAINTAINS THE DATABASE |
| 20 | FOR US OF COUNTERFEIT WEB SITES AND THIS DATABASE |
| 21 | IS UPDATED TWICE A MONTH WHERE NEW COUNTERFEIT WEB |
| 22 | SITES ARE ADDED. |
| 23 | Q    AND HOW DO CUSTOMERS COMPLAINTS ABOUT ONLINE |
| 24 | INFORMATION REACH YOUR OFFICE? |
| 25 | A    THEY REACH OUR OFFICE VIA OUR CUSTOMER SERVICE |

167

1   DEPARTMENT.
2            FOR EXAMPLE, WHEN AN E-MAIL IS RECEIVED
3   BY THE CSD, THE CSD WILL REPLY TO THE CUSTOMER AND
4   WILL COPY OUR INTELLECTUAL PROPERTY DEPARTMENT TO
5   THE E-MAIL.  RESPONSE TO THE CUSTOMER.
6   Q    SO YOUR OFFICE WOULD RECEIVE A COPY OF THE
7   RESPONSE BEING SENT TO THE CONSUMER?
8   A    YES.
9   Q    AND DOES YOUR OFFICE RETAIN THOSE REPORTS IN
10  THE NORMAL COURSE?
11  A    YES.
12  Q    DID YOU TAKE --
13  A    WE ALSO -- THERE ARE ALSO MANY CUSTOMERS WHO
14  COME TO THE STORES AND COMPLAIN ABOUT IT, IN THIS
15  CASE THE STORES THAT WOULD TRANSFER INFORMATION TO
16  US.
17           WE ALSO RECEIVE INFORMATION FROM A WIDE
18  NETWORK OF AGENTS AND INVESTIGATORS AND LAWYERS
19  AROUND THE WORLD WHO WORK WITH US.
20  Q    AND WHY DO CUSTOMERS COME INTO THE LOUIS
21  VUITTON STORES TO COMPLAIN ABOUT NONGENUINE
22  MERCHANDISE?
23  A    WELL, THAT HAS HAPPENED ON SEVERAL OCCASIONS
24  AND IT'S BECOMING A REAL PROBLEM FOR LOUIS VUITTON
25  BECAUSE IT ACTUALLY DIVERTS OUR STAFF FROM SELLING

1     PRODUCTS TO AUTHENTICATING GOODS.
2              PEOPLE COME AND MAKE PURCHASES ON THE
3     INTERNET AND THINKING THAT THEY HAVE PURCHASED AN
4     AUTHENTIC LOUIS VUITTON ITEM AND ACTUALLY THEY
5     RECEIVE A FAKE SO THEY COME IN THE STORE AND THEY
6     ASK OUR STAFF TO AUTHENTICATE THE PRODUCT.
7              VERY OFTEN THE GOAL OF THIS
8     AUTHENTICATION IS TO ASK LOUIS VUITTON TO PROVIDE A
9     CERTIFICATE SO THAT THE CUSTOMER -- SO THAT THESE
10    PEOPLE GET A REFUND FROM THEIR CREDIT CARD OR FROM
11    COMPANIES SUCH AS PAY PAL.
12    Q    I THINK BY YOUR FEET THERE SHOULD BE A BINDER
13    OF VOLUME 1 AND IN IT EXHIBIT 74.  IF YOU COULD
14    TAKE A LOOK AT IT AND IDENTIFY IT FOR US.
15    A    EXHIBIT 74 IS A RESPONSE VIA E-MAIL BY OUR
16    CUSTOMER SERVICE DEPARTMENT TO A LOUIS VUITTON
17    CUSTOMER, AND WE HAVE BEEN BLIND COPIED ON THIS
18    E-MAIL.
19             IN THE HISTORY OF THE E-MAIL WE ACTUALLY
20    SEE THE ACTUAL COMPLAINT RECEIVED BY THE LOUIS
21    VUITTON CUSTOMER.
22    Q    AND THIS IS THE TYPE OF CUSTOMER COMPLAINT
23    THAT YOU WERE DESCRIBING EARLIER THAT IS ROUTINELY
24    COPIED, THE RESPONSE IS ROUTINELY COPIED TO YOUR
25    OFFICE?

1  HOW IS IT THAT YOU CAN TELL FROM LOOKING AT A WEB
2  SITE ONLINE WHETHER OR NOT THE OFFERS ARE VIOLATING
3  LOUIS VUITTON'S INTELLECTUAL PROPERTY RIGHTS?
4  A    WELL, IT'S QUITE EASY.  ACTUALLY WITH THIS
5  SPECIFICITY OF OUR PRODUCTS, AS YOU CAN SEE MOST OF
6  OUR PRODUCTS BEAR OUR TRADEMARKS.  THEY'RE VISIBLE.
7           AND THESE COMBINED WITH THE FACT THAT WE
8  HAVE GONE THROUGH EXTENSIVE TRAINING, WE'RE ABLE TO
9  RECOGNIZE MOST OF THE TIMES FROM LOOKING AT THE
10 PICTURE, BUT THERE ARE SEVERAL OTHER ELEMENTS THAT
11 INDICATE THAT WE'RE IN THE PRESENCE OF COUNTERFEIT
12 GOODS.  THAT WOULD BE THE PRICE.  THAT WOULD ALSO
13 BE THE QUANTITIES OFFERED FOR SALE.
14          BECAUSE OF THE TIGHT CONTROL THAT LOUIS
15 VUITTON EXERCISES ON THE DISTRIBUTION OF ITS
16 PRODUCTS, IT'S VIRTUALLY IMPOSSIBLE THAT A WEB SITE
17 WOULD HAVE THE POSSIBILITY OF OFFERING HIGH VOLUMES
18 OF AUTHENTIC GOODS.
19 Q    ANYTHING ELSE ABOUT THE CONTENT OF THE WEB
20 SITE THAT HELPS YOU DETERMINE WHETHER OR NOT THE
21 OFFERS ARE FOR GENUINE MERCHANDISE OR NOT?
22 A    MOST OF THOSE WEB SITES ACTUALLY DISCLOSE THAT
23 THEY DEAL WITH FAKES.
24 Q    AND HOW DO THEY DO THAT?
25 A    THEY EITHER REFER TO THE PRODUCTS AS A REPLICA

1  OR MIRROR IMAGE OR FAKE OR THEY CLAIM THEY'RE NOT
2  AFFILIATED IN ANY WAY WITH THE TRADEMARK OWNER.
3  Q    AND YOU THEN SAID THAT YOU WENT ON TO DOCUMENT
4  OR BUILD A FILE BY DOCUMENTING THE INFRINGEMENT.
5          CAN YOU DESCRIBE WHAT DOCUMENTING THE
6  INFRINGEMENT INVOLVES?
7  A    WE WOULD PRINT OUT ALL OF THE RELEVANT PAGES
8  OF THE WEB SITE.
9  Q    IS THIS SOMETHING THAT YOU DO OR SOMETHING
10 THAT YOUR STAFF DOES?
11 A    IN THE BEGINNING WHEN I WAS HIRED, AS I SAID,
12 I WAS ALONE SO I WAS DOING IT MYSELF.
13         CURRENTLY MY ASSISTANTS ARE DOING THAT
14 AND EVERYTHING IS VERIFIED BY ME IN THE END.
15 Q    AND IF YOU WOULD TAKE A -- I THINK THERE'S A
16 BINDER UP THERE MARKED 2 THAT AS AN EXHIBIT 75, AND
17 I WOULD ASK THE WITNESS TO TAKE A LOOK AT THAT.
18 A    I'M SORRY, THE NUMBER AGAIN?
19 Q    75.  I THINK IT'S NEAR THE FRONT OF THE
20 BINDER.
21         MR. LOWE:  YOUR HONOR, BEFORE COUNSEL
22 SHOWS THIS TO THE JURY, WE DO HAVE AN OBJECTION TO
23 THIS.
24         THE WITNESS:  THAT'S A PRINTOUT OF THE
25 WEB SITE ESHOES99.COM.

175

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE, INCLUSIVE, CONSTITUTED A TRUE, FULL AND CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED TRANSCRIPTION TO THE BEST OF MY ABILITY.

IRENE RODRIGUEZ, CSR, CRR
CERTIFICATE NUMBER CSR 8074