# EXHIBIT 1622

Dockets.Justia.com

1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                     SAN JOSE DIVISION

4

5    LOUIS VUITTON              )   C-07-03952-JW
     MALLETIER, S.A.,           )
6                               )   AUGUST 20, 2009
              PLAINTIFF,        )
7                               )   VOLUME 3
                 V.             )
8                               )   PAGES 1 - 267
     AKANOC SOLUTIONS, INC.,    )
9    ET AL.,                    )
                                )
10            DEFENDANTS.        )
     _____  )
11

12

13          THE PROCEEDINGS WERE HELD BEFORE

14        THE HONORABLE UNITED STATES DISTRICT

15                 JUDGE JAMES WARE

16   A P P E A R A N C E S:

17   FOR THE PLAINTIFF:  J. ANDREW COOMBS
                         BY:  J. ANDREW COOMBS
18                            ANNIE S. WANG
                         517 E. WILSON AVENUE
19                       SUITE 202
                         GLENDALE, CALIFORNIA 91206
20

21   FOR THE DEFENDANTS: GAUNTLETT & ASSOCIATES
                         BY:  JAMES A. LOWE
22                            CHRISTOPHER G. LAI
                         18400 VON KARMAN
23                       IRVINE, CALIFORNIA 92612

24       (APPEARANCES CONTINUED ON THE NEXT PAGE.)

25   OFFICIAL COURT REPORTER: IRENE RODRIGUEZ, CSR, CRR
                              CERTIFICATE NUMBER 8074

**EXHIBIT**

**1622**

ALL-STATE LEGAL®

                                                          1

1    A P P E A R A N C E S: (CONT'D)

2

3    ALSO PRESENT:              LAW OFFICES OF J. ANDREW
                               COOMBS
4                              BY:  RUTH ADLER, PARALEGAL
                               517 E. WILSON AVENUE
                               SUITE 202
5                              GLENDALE, CALIFORNIA 91206

6                              LVMH FASHION GROUP
                               BY:  NIKOLAY LIVADKIN
7                              2 RUE DU PONT-NEUF 75001
                               PARIS, FRANCE
8
                               AKANOC SOLUTIONS, INC.
9                              BY:  STEVE CHEN, PRESIDENT
                               45535 NORTH PORT LOOP EAST
10                             FREMONT, CALIFORNIA 94538

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                            2

1                     INDEX OF PROCEEDINGS

2

3      **ROBERT HOLMES**          DIRECT EXAMINATION P. 11
                                 CROSS-EXAMINATION P. 38
4                                REDIRECT EXAMINATION P. 84

5      **DEPOSITION READ OF STEVEN CHEN** P. 87

6

7      **MICHAEL WILSON**         DIRECT EXAMINATION P. 167
                                 CROSS-EXAMINATION P. 196
                                 REDIRECT EXAMINATION P. 253
8                                RECROSS-EXAMINATION P. 259

9

                           INDEX OF EXHIBITS
10
                              IDENT.      EVIDENCE
11

12     FOR THE PLAINTIFF:

13     65, 81, 116, 128, 141, 173, 185,
       195, 210, 584, 586, 588 & 590          25
14
       94, 95.3, 95.4, 95.5, 98.3, 99.3,
15     99.4, 99.5, 169, 160, 160.1, 160.2,
       161, 162.1, 162.2, 163, 164, 164.1,
16     614.2, 165, 166, 166.1, 166.2, 212,
       213.2, 213.3, 213.4, 286, 287, 287.1,
17     287.2, 353, 353.1, 353.2, 356, 357,
       357.1, 360, 361, 361.1, 361.2, 402,
18     403, 403.1, 403.2, 404, 405, 405.1,
       405.2, 406, 406.1 AND 406.2            31
19
       97.2, 109 491                          35
20

21

22

23

24

25

                                                             3

1      THE CLERK OF COURT.

2                THE WITNESS:  YES.

3                THE CLERK:  PLEASE BE SEATED.  WOULD YOU

4      PLEASE STATE YOUR NAME AND SPELL YOUR LAST NAME FOR

5      THE RECORD.

6                THE WITNESS:  ROBERT HOLMES.

7      H-O-L-M-E-S.

8                THE COURT:  YOU MAY INQUIRE.

9                       **DIRECT EXAMINATION**

10     BY MS. WANG:

11     Q    MR. HOLMES, ARE YOU CURRENTLY EMPLOYED?

12     A    YES.

13     Q    BY WHOM?

14     A    BY MYSELF.  I'M A SELF-EMPLOYED PRIVATE

15     INVESTIGATOR.

16     Q    IS THIS THE FIRST TIME THAT YOU HAVE EVER

17     TESTIFIED IN FRONT OF A JURY?

18     A    YES.

19     Q    IS THIS THE FIRST TIME THAT YOU HAVE EVER

20     TESTIFIED IN COURT?

21     A    YES.

22     Q    AND YOU'RE HERE BECAUSE YOU WERE SERVED A

23     SUBPOENA?

24     A    YES.

25     Q    WHAT ARE YOU AND YOUR COMPANY IN THE BUSINESS

                                                      11

1    A    ROUGHLY WE CHARGE ANYWHERE BETWEEN $150 TO

2    $600.

3    Q    PER BUY?

4    A    YES, FOR THE SERVICE.

5    Q    FOR SORT OF THE LITPAK THAT YOU PROVIDE THEM?

6    A    YES.  FOR THE LITPAK PER SE.  IF WE WERE JUST

7    ASSIGNED TO CONDUCT A PURCHASE, WE WOULD CHARGE

8    ABOUT $250, THAT WOULD BE OUR FEES PLUS EXPENSES.

9    Q    NOW, ISN'T IT TRUE THAT OF ALL OF THE SITES

10   THAT YOU TESTIFY FOR ABOUT MAKING BUYS FOR YOU,

11   THAT YOU DIDN'T -- LET ME REPHRASE THIS.

12           AS TO EACH OF THE SITES THAT YOU DID BUYS

13   FOR LOUIS VUITTON, DID THEY DIRECT YOU TO ORDER

14   MERCHANDISE TO BE DELIVERED TO YOU IN THE UNITED

15   STATES?

16   A    THAT IS WHERE I'M LOCATED.

17   Q    DID LOUIS VUITTON DIRECT YOU TO HAVE

18   MERCHANDISE DELIVERED TO YOU IN THE UNITED STATES?

19   A    THEY NEVER SPECIFICALLY ASKED ME TO DELIVER IT

20   INTO THE UNITED STATES.

21   Q    DID YOU EVER TALK TO THEM ABOUT WHERE IT WAS

22   GOING TO BE DELIVERED?

23   A    I DON'T RECALL SO.

24   Q    WHY WAS IT DELIVERED INTO THE UNITED STATES?

25   A    BECAUSE THAT'S WHERE I'M LOCATED.

41

1    Q    AND YOU WERE DOING THIS AS PART OF YOUR WORK

2    FOR LOUIS VUITTON?

3    A    YES.

4    Q    OKAY.  YOU DIDN'T -- THEY DIDN'T ASK YOU TO

5    HAVE IT DELIVERED TO FRANCE, FOR EXAMPLE?

6    A    THEY DIDN'T ASK ME TO DO THAT.

7    Q    IN FACT, THEY ASKED YOU TO HAVE IT DELIVERED

8    TO SOMEPLACE HERE AND THEN YOU SENT IT OFF TO LOUIS

9    VUITTON?

10   A    YES, SIR.

11   Q    EVERY PURCHASE YOU MADE WAS WITH THE EXPRESS

12   AUTHORIZATION OF LOUIS VUITTON; IS THAT CORRECT?

13   A    IN THIS CASE?

14   Q    YES.

15   A    YES, SIR.

16   Q    HOW DID YOU PAY FOR THE PURCHASES THAT YOU

17   MADE IN THESE CASES FOR LOUIS VUITTON?

18   A    I WOULD HAVE TO LOOK AT EACH OF THESE TO

19   RECOLLECT, BUT I WOULD SAY ON A REGULAR BASIS WHEN

20   THESE WEB SITES, FOR EXAMPLE, THIS TYPE OF WEB SITE

21   WE WOULD TYPICALLY PAY BY WESTERN UNION OR CREDIT

22   CARD.

23   Q    WELL, WHY DO YOU PAY BY WESTERN UNION?

24   A    BECAUSE WE FOLLOW THE INSTRUCTIONS ON THE

25   SUBJECT'S WEB SITE.

42

1   Q    SO THE WEB SITE SAYS YOU HAVE TO USE WESTERN

2   UNION?

3   A    IT WILL TYPICALLY SAY HOW TO PAY.  IT WILL

4   SUGGEST HOW TO PAY AND WE WOULD USE -- MORE THAN

5   NOT WE WOULD USE THE SIMPLEST AND EASIEST WAY TO

6   PAY.

7   Q    WELL, TYPICALLY IF YOU BUY SOMETHING ON-LINE,

8   DON'T YOU JUST ENTER A CREDIT CARD NUMBER AND THAT

9   GETS PROCESSED BY THE SELLER AND THEY SHIP YOU THE

10  MERCHANDISE?

11  A    IF THAT PROCESS IS AVAILABLE, YES.

12  Q    BUT THAT PROCESS WASN'T AVAILABLE FOR ANY OF

13  THE ITEMS YOU PURCHASED IN THIS CASE FOR LOUIS

14  VUITTON, WAS IT?

15  A    ACTUALLY IT WAS FROM LVBAGZ.COM.

16  Q    DID YOU MAKE A PURCHASE FROM LVBAGZ.COM?

17  A    YES, IT WAS THE CASE.  IT WAS THE FINAL

18  EXHIBIT THAT I REVIEWED IN THE DIRECT EXAMINATION.

19  Q    WHAT EXHIBIT NUMBER WAS THAT, SIR?

20  A    210.

21  Q    ACCORDING TO MY NOTES EXHIBIT 210 HAS TO DO

22  WITH WATCHNREPLICA.NET; IS THAT RIGHT?

23  A    YES.  DO YOU HAVE THAT IN FRONT OF YOU, SIR?

24  I'LL EXPLAIN THE NOTES ON THAT PURCHASE.  IF

25  SOMEONE WANTS TO BRING IT UP I CAN TELL YOU IT'S

43

1    EXHIBIT 210 ON THE FIRST PAGE.

2    Q    I'VE ASKED PLAINTIFF'S COUNSEL TO BRING UP 210

3    SO WE CAN SEE IT.

4              THE COURT:  CERTAINLY.

5              THE WITNESS:  OKAY.  YOU'LL SEE IN THE

6    VERY BOTTOM OF THE PAGE IF YOU'LL ZOOM IN ON THAT A

7    TINY BIT I CAN SHOW YOU THE ADDITIONAL INFO SECTION

8    WHICH IF SOMETHING --

9              THE COURT:  BRING IT UP.

10             THE WITNESS:  OH, YES.  THERE YOU GO.  AS

11   YOU SEE IN THE VERY BOTTOM WHERE IT SAYS ADDITIONAL

12   INFO.

13             AND THIS IS WHERE IF THERE WAS ANYTHING

14   DIFFERENT THAT WAS NOT OF THE ORDINARY THAT

15   HAPPENED DURING OUR PURCHASE THAT WOULD FIT INTO

16   ONE OF OUR OTHER DATABASE FIELDS, WE WOULD PUT THAT

17   INFORMATION IN ADDITIONAL INFO AND EVERY ONCE IN A

18   WHILE THAT HAPPENS.

19             AND HERE IT SAYS THAT "ALTHOUGH THE

20   INITIAL PURCHASE DID NOT GO THROUGH, WE LOCATED A

21   SECOND WEB SITE OWNED BY THIS SUBJECT AT

22   WATCHNREPLICA.NET WHERE WE PLACED THIS ORDER."

23             SO UP AT THE TOP WHERE IT SAYS THE CASE

24   NAME -- I'M SORRY -- IF YOU WANT TO GO TO THE TOP.

25   SOMETIMES IT DOES DIFFER, THE INFORMATION, AND

                                                      44

1    THAT'S WHY WE DO HAVE DIFFERENT FIELDS.

2          IN THIS CASE IT'S NOT REDUNDANT.  YOU'LL

3    SEE THE NAME LVBAGZ.COM AND THEN WATCHNREPLICA.NET

4    AND ALSO WHERE WE MADE THE WATCH WAS

5    WATCHNREPLICA.NET.

6    BY MR. LOWE:

7    Q    SO THE FACT IS THAT YOU WERE NOT ABLE TO MAKE

8    A PURCHASE FROM LVBAGZ.NET; IS THAT TRUE?

9    A    WELL, HERE DO YOU SEE LVBAGZ@GMAIL.COM.

10   Q    OF THIS FIRST PAGE?

11   A    THE TOP SECTION.  YES, SIR.  ABOUT FOUR LINES

12   DOWN.  THE E-MAIL THAT WAS USED TO INSTRUCT US TO

13   MAKE THE PURCHASE ON WATCHNREPLICA.NET WAS, IN

14   FACT, LVBAGZ, WITH A Z, @GMAIL.COM WAS THE E-MAIL

15   ADDRESS THAT APPEARED ON LVBAGZ, WITH A Z, DOT COM.

16   Q    ALL RIGHT.

17   A    SO THAT INDIVIDUAL, WHAT WE DO, BECAUSE EVERY

18   PROCESS IS THE SAME, WE WILL GO ON THE WEB SITE AND

19   FOLLOW THE INSTRUCTIONS WHICH IS TO E-MAIL LVBAGZ,

20   WITH A Z, @GMAIL.COM AND THAT INDIVIDUAL INSTRUCTED

21   US TO PLACE AN ORDER ON WATCHNREPLICA.NET.

22          SO FOR ALL INTENTS AND PURPOSES WE DID

23   NOT PLACE AN ORDER THAT BUT FINALIZED IT ON

24   WATCHNREPLICA.NET.

25   Q    DOESN'T IT SAY ON THE BOTTOM OF THE PAGE

                                                    45

1    ALTHOUGH THE INITIAL PURCHASE DID NOT GO THROUGH?

2    A    YES.

3    Q    AND MEANING YOU DID NOT MAKE A PURCHASE FROM

4    LVBAGZ, YOU COULDN'T DO THAT?

5    A    THE INITIAL PURCHASE, THE INITIAL ATTEMPT DID

6    NOT GO THROUGH.

7    Q    AND THE INITIAL ATTEMPT WAS THROUGH

8    LVBAGZ.COM?

9    A    YES, SIR.

10   Q    THAT DID NOT WORK?

11   A    NO, IT SAYS --

12   Q    DID IT WORK OR NOT, SIR?

13   A    DID WHAT?

14   Q    DID YOU MAKE A PURCHASE FROM LVBAGZ.COM?

15   A    YES.  YOU'RE MISSING THE WORD INITIAL.

16   Q    WHERE DID YOU MAKE A PURCHASE FROM LVBAGZ.COM

17   AS OPPOSED TO WATCHNREPLICA.NET?

18   A    SEE, WHAT HAPPENED HERE WAS THE SHOPPING CART

19   WAS NOT APPARENTLY WORKING ON LVBAGZ.COM.

20   Q    IN FACT, THE SHOPPING CART DID NOT WORK ON ANY

21   OF THESE, DID IT, OTHER THAN TO COLLECT

22   INFORMATION?

23   A    I'M NOT AWARE OF WHICH ONES HAD SHOPPING CARTS

24   AND WHICH ONES DID NOT, SIR.

25   Q    OKAY.  IN THIS CASE THE SHOPPING CART DIDN'T

46

1    WORK?

2    A    YES.

3    Q    OKAY.

4    A    SO THEN WE FILED THE SECONDARY INSTRUCTIONS

5    WERE TO E-MAIL THE INDIVIDUAL AT LVBAGZ.

6    Q    AT GMAIL?

7    A    AT GMAIL.COM AND FOLLOWED THE INSTRUCTIONS

8    GIVEN TO US ON THE OTHER SIDE OF THE E-MAIL THAT

9    WAS PROVIDED ON LVBAGZ.COM.

10   Q    DO THE DEFENDANTS HOST GMAIL.COM?

11   A    THE DEFENDANTS DO NOT.

12   Q    WHAT IS GMAIL.COM?

13   A    IT'S AN E-MAIL SERVICE.

14   Q    THAT SOMEBODY CAN USE?

15   A    GMAIL IS A SERVICE THAT ANYBODY CAN USE.

16   Q    AND IT'S RUN BY GOOGLE, ISN'T IT?

17   A    YES, IT IS.

18   Q    SO, IN FACT, YOU CONTACTED THE LVBAGZ THROUGH

19   GMAIL, NOT THROUGH LVBAGZ.COM HOSTED FOR THE

20   DEFENDANTS; IS THAT RIGHT?

21   A    WELL, WE CONTACTED THE PERSON WHO OWNS THE

22   E-MAIL ACCOUNT AT LVBAGZ.COM.  WE DIDN'T CONTACT

23   THEM THROUGH.

24   Q    BUT YOU CONTACTED THEM THROUGH GOOGLE?

25   A    WE CONTACTED THEM THROUGH E-MAIL CONTACTS

47

1    WHICH IS HOW YOU CONTACT PEOPLE BY E-MAIL.

2    Q    YOU USED THE GOOGLE COMPUTERS TO CONTACT THE

3    PEOPLE AT LVBAGZ.COM THROUGH LVBAGZ@GMAIL.COM; IS

4    THAT RIGHT?

5    A    I USED MY COMPUTER.

6    Q    DID YOUR COMPUTER CONNECT WITH A GOOGLE

7    COMPUTER TO DELIVER THAT E-MAIL OR NOT, SIR?

8    A    LIKELY, YES, IN THAT PROCESS.  LIKELY IT DID

9    HIT A GOOGLE COMPUTER.

10   Q    ALL RIGHT.  AND YOU DIDN'T SUGGEST THAT LOUIS

11   VUITTON SUE GOOGLE ABOUT THAT, DID YOU?

12   A    NO, SIR.

13   Q    THANK YOU.  NOW, YOU COULDN'T MAKE THE BUY

14   THROUGH THE COMPUTERS OPERATED BY THE DEFENDANTS

15   BECAUSE THE SHOPPING CART DIDN'T WORK, ACCORDING TO

16   YOUR TESTIMONY, AND INSTEAD YOU WENT TO AN E-MAIL,

17   YOU WENT THROUGH AN E-MAIL PROCESS.  AND WHAT WERE

18   YOU TOLD WHEN YOU GOT YOUR E-MAIL BACK?  WHAT

19   INSTRUCTIONS DID YOU GET FROM THE SELLER?

20   A    TO MAKE A PURCHASE ON WATCHNREPLICA.NET.

21   Q    SO THEY REFERRED YOU TO SOMEBODY ELSE?

22   A    THEY TOLD US TO MAKE A PURCHASE ON THEIR OTHER

23   SITE.

24   Q    OKAY.

25   A    YOU SEE DOWN ON THE BOTTOM OUR INSTRUCTIONS

48

1    WERE TO MAKE A PURCHASE ON THEIR OTHER -- SO WHAT

2    THEY'RE SAYING IS A WEB SITE OWNED BY THE SUBJECT,

3    NOT SOMEONE ELSE.  I DON'T KNOW WHERE YOU GOT THAT.

4    Q    WELL, HOW DID YOU KNOW IT WAS OWNED BY THEM?

5    A    THAT'S WHAT THEY TOLD US.

6    Q    WELL, THEY TOLD YOU WHAT EXACTLY?

7    A    I HAVE AN E-MAIL.

8    Q    DO YOU HAVE AN E-MAIL?

9    A    NOT IN THIS EXHIBIT.

10    Q    SO YOUR CONCLUSION WAS THAT THEY REFERRED YOU

11    TO THIS OTHER SITE?

12    A    BECAUSE THEY TOLD US IT WAS THEIR OTHER SITE.

13    Q    BUT YOU DON'T HAVE ANY DOCUMENTATION FOR THAT?

14    A    NOT IN THIS EXHIBIT.

15    Q    AND YOU TRIED TO MAINTAIN ALL OF YOUR

16    DOCUMENTS IN THESE LITIGATION REPORTS, DON'T YOU?

17    A    NO, NOT ALL OF OUR DOCUMENTS ARE IN A

18    LITIGATION -- A LIT PACKET.

19    Q    OKAY.  IN ANY CASE, LET'S FOLLOW THIS PROCESS

20    A LITTLE FURTHER.

21    A    SURE.

22    Q    HOW DID YOU MAKE THE PURCHASE FROM

23    WATCHNREPLICA.NET?

24    A    WE USED THE SHOPPING CART SYSTEM ON THE WEB

25    SITE.

49

1    Q    AND TELL ME HOW THAT WORKED?

2    A    WE PROCEEDED TO THE WEB SITE USING OUR

3    BROWSER, AND WE FOLLOWED THE INSTRUCTIONS ON THAT

4    WEB SITE.

5    Q    AND WHAT DID YOU DO EXACTLY?

6    A    WE CLICKED ON AN ITEM, AND IT WENT TO OUR

7    SHOPPING CART.  AND ONCE WE DID THAT WE CLICKED A

8    BUTTON THAT MOST LIKELY WOULD REFLECT A WORD

9    CHECKOUT OR SOMETHING.

10   Q    AND THEN WHAT HAPPENED?

11   A    WE WOULD TYPE OUT OUR INFORMATION, OUR NAME,

12   ADDRESS, PHONE NUMBER, CREDIT CARD INFORMATION AND

13   THEN PROCEED TO WHATEVER THE FOLLOWING INSTRUCTIONS

14   WERE, WHICH IT PROBABLY WOULD BE COMPLETE PURCHASE

15   OR SOMETHING LIKE THAT.

16   Q    ISN'T IT TRUE IN THIS PARTICULAR CASE YOU MADE

17   THE PURCHASE THROUGH A SERVICE CALLED PAY DOLLAR?

18   A    WHERE IS THAT?  WHAT PAGE ARE YOU ON?

19   Q    LET'S SEE IF I CAN GET IT.  LET ME DIRECT YOU

20   TO PAGE 5 OF THIS EXHIBIT 210.

21   A    YES, I SEE IT.

22   Q    COULD YOU GO TO THAT PAGE, PLEASE?

23   A    YES, I SEE IT HERE.

24   Q    SO --

25            THE COURT:  EXPAND IT SO WE CAN READ IT.

50

1    BY MR. LOWE:

2    Q    SO THIS SHOWS THAT YOU MADE A PAYMENT THROUGH

3    PAY DOLLAR.  DO YOU KNOW WHAT PAY DOLLAR IS?

4    A    YES.

5    Q    AND WHAT IS PAY DOLLAR?

6    A    PAY DOLLAR IS SIMILAR TO PAY PAL.  BASICALLY

7    IT'S AN ALL ENCOMPASSING SHOPPING CART SYSTEM.  FOR

8    EXAMPLE, ON PAY PAL IF YOU DON'T WANT TO SET UP A

9    SHOPPING CART SYSTEM THROUGH YOUR BANK AND BANK

10   PROCESS AND HAVE YOUR BANK PROCESS YOUR CREDIT

11   CARDS, YOU CAN HAVE PAY PAL DO IT, CHECKOUT THROUGH

12   PAY PAL AND IT WOULD LEAVE YOU TO THE WEB SITE TO

13   THE SHOPPING CART AND IT WOULD SEND TO YOU PAY PAL,

14   BUT IN THIS CASE PAY DOLLAR, WHICH IS A PAYMENT

15   SERVICE.

16   Q    SO, IN FACT, YOU HAD TO ESTABLISH AN ACCOUNT

17   AND MAKE AN ACCOUNT TO THE PAY DOLLAR BANK, DIDN'T

18   YOU?

19   A    I DON'T RECALL IF WE HAD TO ESTABLISH AN

20   ACCOUNT, BUT THAT IS THE WEB SITE THAT FACILITATED

21   THE FINALITY OF THIS PURCHASE.

22   Q    AND THIS WAS DONE, IF YOU CAN MOVE THE SCREEN

23   DOWN, THIS IS DONE THROUGH THE WING HANG BANK?

24   A    THAT'S WHAT THE PAGE SAYS.

25   Q    AND THE MERCHANT IS HK NEWENDER E-BUSINESS

51

1    COMPANY?

2    A    YES.

3    Q    AND SO YOU HAD TO MAKE THE PAYMENT THROUGH A

4    THIRD PARTY IN ORDER TO GET THIS PURCHASE; IS THAT

5    RIGHT?

6    A    YES, JUST AS WE PAID THE SUBJECTS THROUGH

7    WESTERN UNION THE OTHER WAY.

8    Q    SO THIS IS LIKE WESTERN UNION IN A SENSE?

9    A    IT'S A PAYMENT CONDUIT.

10   Q    OKAY.  AND FOR THAT PARTICULAR ONE -- I

11   BELIEVE YOU TALKED ABOUT YOUR PROCESS IN EXHIBIT

12   785.  DID YOU RECEIVE THE PRODUCT SHIPPED FROM

13   CHINA?  WOULD YOU TELL US HOW IT WAS RECEIVED IN

14   THIS PARTICULAR CASE FOLLOWING THIS EXHIBIT 210?

15   A    I'M SORRY.  I'M ON THAT PAGE NOW.  WHAT DID

16   YOU ASK ME AGAIN?

17         THE COURT:  HOW DID YOU RECEIVE IT?

18   BY MR. LOWE:

19   Q    HOW DID YOU RECEIVE THE MERCHANDISE?  WAS IT

20   SHIPPED TO YOU FROM CHINA.

21   A    IT WAS SHIPPED TO OUR UNDERCOVER MAILBOX.

22   Q    WHAT IS THE UNDERCOVER MAILBOX?

23   A    WHAT I HAVE BEEN DOING SINCE THE MID-90'S, WE

24   HAVE ALWAYS ESTABLISHED UNDERCOVER MAILBOX SERVICES

25   THROUGHOUT THE UNITED STATES FOR THE PURPOSE OF US

52

1    GIVEN BY WESTERN UNION AN MTC NUMBER, A CONTROLLING

2    NUMBER, AND THEN WHAT WE DO IS GIVE THAT MTC NUMBER

3    TO THE INDIVIDUAL WHO E-MAILED US WITH THOSE

4    INSTRUCTIONS.

5           THEN WITH THAT MTC NUMBER THEY'RE ABLE TO

6    GO TO A WESTERN UNION LOCATION IN THEIR AREA AND

7    PICK UP THAT MONEY AND THAT NUMBER.

8    Q    SO YOU'RE USING A MONEY TRANSFER PROCESS LET'S

9    SAY THE SAME WAY SOMEONE HERE IN CALIFORNIA WOULD

10   MAYBE TRANSFER MONEY TO MEXICO?

11   A    IF THEY CHOSE WESTERN UNION THEY COULD.

12   Q    WESTERN UNION PROVIDES THAT SORT OF SERVICE

13   AROUND THE WORLD AS FAR AS YOU KNOW?

14   A    YES, SIR.

15   Q    BUT IN ALL CASES THAT YOU HAVE DEALT WITH HERE

16   IN THIS LAWSUIT YOUR WESTERN UNION PAYMENTS WERE

17   DELIVERED TO A LOCATION IN CHINA; IS THAT RIGHT?

18   A    THE ONES THAT I HAVE LOOKED AT SO FAR, YES,

19   SIR.

20   Q    WELL, I WANT YOU TO LOOK AT THIS AND CONFIRM

21   THIS FACT, PLEASE.  EXHIBIT 65 DEALING WITH

22   WENDY929.NET WAS PAID THROUGH WESTERN UNION, WAS IT

23   NOT?

24   A    YES, SIR.

25   Q    AND YOU CONFIRMED THAT YOUR BAG4SELL.COM WAS

57

1    PAID THROUGH WESTERN UNION?

2    A    YES.

3    Q    AND WOULD YOU LOOK AT EXHIBIT 16 YOUR BUY FROM

4    GUCCIFENDI.COM?

5    A    I'M SORRY, 116.

6    Q    116.  WAS THAT ALSO PAID THROUGH WESTERN

7    UNION?

8    A    YES, SIR.

9    Q    AND LOOK AT EXHIBIT 128, YOUR BUY FROM

10   NNIKE.COM.  WAS THAT ALSO PAID THROUGH WESTERN

11   UNION?

12   A    YES.

13   Q    AND YOUR EXHIBIT 141 CONCERNING YOUR BUY FROM

14   LUXURY2US.COM, WAS THAT PAID THROUGH WESTERN UNION?

15   A    YES, AND YOU CAN SEE WE WERE GIVEN A PERSON'S

16   BANK ACCOUNT NUMBER AS WELL AS AN ALTERNATIVE.

17   Q    BUT YOU USED WESTERN UNION?

18   A    YES, WE DID BECAUSE IT WAS THE EASIEST OF THE

19   CHOICES.

20   Q    AS OPPOSED TO MAKING A WIRE TRANSFER OR

21   SOMETHING?

22   A    YES, OFTEN THAT IS GIVEN AS AN OPTION.  IT'S

23   AN EXPENSIVE OPTION AND MORE TIME-CONSUMING.

24   Q    SO TYPICALLY IN THESE CASES YOU'RE GOING TO

25   SEND THEM THROUGH WESTERN UNION OR A WIRE TRANSFER

58

1    FROM YOUR BANK TO THE SELLER'S BANK?

2    A     IN MANY CASES, YES.

3    Q     OKAY.  PLEASE LOOK AT EXHIBIT 173, YOUR

4    LITIGATION REPORT CONCERNING THE BUY FROM

5    PICKYOURGOODS.COM.  WAS THAT ALSO PAID THROUGH

6    WESTERN UNION?

7    A     YES.

8    Q     AND LOOK AT EXHIBIT 155, CONCERNING YOUR

9    BUYFROMLLG.COM.  WAS THAT ALSO PAID FOR THROUGH

10   WESTERN UNION?

11   A     YES, SIR.

12   Q     PLEASE LOOK AT EXHIBIT 191, YOUR BUY REPORT OR

13   THE BUY FROM SOAPPAREL.COM.  WAS THAT ALSO PAID

14   THROUGH WESTERN UNION?

15   A     YES, SIR.

16   Q     LOOK AT YOUR EXHIBIT 195, YOUR PURCHASE FROM

17   SUNNY7SHOES.COM.  WAS THAT PAID THROUGH WESTERN

18   UNION?

19   A     YES, SIR.

20   Q     AND PLEASE LOOK AT YOUR REPORT 854, YOUR BUY

21   REPORT FROM SUNNY7SHOES.COM ON A DIFFERENT DATE,

22   WAS THAT ALSO PAID THROUGH WESTERN UNION?

23   A     YES, SIR.

24   Q     AND LOOK AT EXHIBIT 586, YOUR BUY REPORT

25   CONCERNING A PURCHASE FROM ESHOES99.NET.  WAS THAT

                                                      59

1   ALSO PAID THROUGH WESTERN UNION?

2   A    YES.

3   Q    AND YOUR REPORT EXHIBIT 588 CONCERNING YOUR

4   BUY FROM BIGWORLDSHOES.COM, WAS THAT PURCHASED

5   THROUGH WESTERN UNION?

6   A    YES, SIR.

7   Q    AND FINALLY 590, YOUR REPORT FROM BAPESKY.COM,

8   WAS THAT ALSO PAID THROUGH FROM WESTERN UNION?

9   A    YES, SIR.

10  Q    NOW, DO YOU UNDERSTAND THAT IN ORDER TO HAVE

11  AN E-COMMERCE SITE THAT IT'S NECESSARY FOR A

12  MERCHANT ON THE INTERNET TO HAVE A SECURE WEB SITE,

13  A SECURE -- A CERTIFICATE OF SECURITY SO THAT YOU

14  DON'T JUST GO TO HTTP, IT HAS TO BE AN HTTPS WEB

15  SITE.  ARE YOU FAMILIAR WITH THAT?

16  A    I'M FAMILIAR WITH THAT, BUT I DON'T AGREE WITH

17  YOU.

18  Q    YOU DON'T THINK IT'S IMPORTANT TO HAVE A

19  CERTIFICATE TO HAVE A SAFE SITE THAT TRANSFERS

20  INFORMATION OVER THE INTERNET?

21  A    IF I OPENED A WEB SITE I WOULD TELL YOU TO DO

22  THAT, I WOULD SUGGEST TO DO THAT, BUT IT'S NOT

23  NECESSARY IN ORDER TO HAVE AN E-COMMERCE SITE, NO,

24  SIR.

25  Q    ALL RIGHT.

60

1      A     IT JUST MAKES IT SAFER.

2      Q     SAFER FOR THE BUYER; RIGHT?

3      A     SAFER FOR THE BUYER IF YOU WERE TO USE CREDIT

4      CARDS AS AN OPTION.

5      Q     AND, IN FACT, MOST BUYERS WANT THAT SECURE --

6                MS. WANG:  OBJECTION, YOUR HONOR.

7                THE COURT:  SUSTAINED.

8      BY MR. LOWE:

9      Q     NOW, WHEN YOU RECEIVED THESE BAGS, THEY WERE

10     ALL SHIPPED TO YOU FROM CHINA OR SHOES OR WHATEVER

11     YOU BOUGHT?

12     A     THE ONES I LOOKED AT.

13     Q     WELL, HAVE YOU LOOKED AT ALL OF THE ONES WE

14     TALKED ABOUT TODAY?

15     A     YES, SIR.

16     Q     AND ALL OF THE ONES WE'RE TALKING ABOUT IN

17     THIS LAWSUIT, THEY WERE ALL SHIPPED FROM CHINA?

18     A     YES, SIR.

19     Q     AND WERE YOU ABLE TO IDENTIFY THE PERSON WHO

20     SHIPPED THEM TO YOU?

21     A     IN SOME CASES PERHAPS.

22     Q     JUST PERHAPS?

23     A     WELL, I DON'T HAVE THOSE REPORTS IN FRONT OF

24     ME.

25     Q     WELL, WHAT WAS YOUR GENERAL ABILITY ABOUT

                                                          61

1    THESE PARTICULAR PURCHASES?  WERE YOU ABLE TO TELL

2    WHO YOU BOUGHT THEM FROM?

3    A    I WOULD HAVE TO SEE MY REPORTS FOR THOSE

4    PARTICULAR PURCHASES.

5    Q    WELL, WOULD IT HELP TO LOOK AT SOME OF YOUR

6    REPORTS?

7    A    NO.  THE REPORTS OF THE INVESTIGATION?  I'M

8    SORRY.

9    Q    OKAY.

10   A    A PURCHASE IS THE FIRST PORTION OF AN

11   INVESTIGATION, AND WE WOULD CONDUCT A PURCHASE AND

12   THEN WE WOULD GATHER ALL OF THE INFORMATION FROM

13   THE CRIME SEEN WHICH IS WHAT I CALL THE VIRTUAL

14   CRIME SCENE IS BASICALLY SOME OF THIS INFORMATION

15   THAT YOU SEE HERE.

16         AND BASED ON THE DATA THAT YOU COLLECT

17   THROUGHOUT THIS SCENE WILL IDENTIFY SOME OF THE

18   INDIVIDUALS, IF THE CLIENT DOESN'T REQUEST IT, TO

19   INVESTIGATE THE SPECIFIC SELLER.

20         OFTEN WITH THE CHINESE SELLERS, THE

21   SITUATION IS THAT THERE TURNS OUT THE PERSON IS

22   JUST LIVING IN AN APARTMENT AND WORKING FOR SOMEONE

23   ELSE.  SO THAT'S NOT OFTEN ALWAYS THE CASE.

24   Q    HAVE YOU OFTEN HAD THE EXPERIENCE IN THESE

25   CASES TO RECEIVING FALSE INFORMATION IN CASES OF

62

1    PEOPLE YOU DEAL WITH IN CHINA?

2    A    OFTEN SHADY CHARACTERS GIVE FALSE INFORMATION.

3    Q    CAN YOU ANSWER MY QUESTION.  IN THESE CASES

4    DID YOU OFTEN FIND THAT PEOPLE WERE GIVING FALSE

5    INFORMATION ABOUT THEIR IDENTITY?

6    A    I DON'T RECALL, BUT IT'S LIKELY THAT SOME OF

7    THESE PEOPLE DID GIVE ME FALSE INFORMATION.

8    Q    NOW, YOU'VE INDICATED THAT YOU -- LET ME BACK

9    UP HERE.

10          THE INSTRUCTIONS THAT YOU GOT TO USE

11   WESTERN UNION TO DO OR WHATEVER, THE INFORMATION

12   WAS TRANSFERRED TO YOU OVER E-MAIL, WAS IT NOT?

13   A    YES, SIR.

14   Q    SO YOU GOT AN E-MAIL FROM A SELLER SAYING SEND

15   US MONEY VIA WESTERN YOUNG, FOR EXAMPLE, TO SOME

16   PERSON OR ADDRESS.  IS THAT THE WAY IT WORKED?

17   A    YES.

18   Q    OKAY.  WHEN YOU GOT THE MERCHANDISE FROM

19   CHINA, DID IT COME FROM THAT PERSON IN ALL CASES?

20   A    IN ALL CASES IT WAS INSTRUCTED TO US.  WHAT WE

21   DO TO VERIFY THE ACCURACY OF THE GOODS IS THAT WE

22   ALWAYS DEMAND -- AND TYPICALLY THESE SELLERS, AND

23   PEOPLE WHO SELL FROM CHINA TYPICALLY ARE VERY

24   ORGANIZED AND THEY WOULD SEND THE TRACKING NUMBER,

25   AS THE PRODUCT SHIPS OUT THEY WOULD E-MAIL US THE

1    Q    ALL RIGHT.

2    A    WHERE THE SERVICE IS I DON'T KNOW.

3    Q    AND YOU ALSO DEALT WITH ANOTHER E-MAIL ADDRESS

4    REFLECTED IN THIS PARTICULAR REPORT OF HOTMAIL.COM;

5    IS THAT RIGHT?

6    A    YES, SIR.

7    Q    AND HOTMAIL.COM IS OPERATED BY MICROSOFT; IS

8    THAT RIGHT?

9    A    YES.

10   Q    GOING TO YOUR REPORT OF EXHIBIT 41 CONCERNING

11   YOUR PROCESS OF LUXURY.COM?

12   A    YES.

13   Q    AND YOU DEALT WITH AN ACCOUNT OF YAHOO.COM.CN;

14   IS THAT RIGHT?

15   A    YES.

16   Q    AND AS TO EXHIBIT 173 CONCERNING YOUR REPORTED

17   PURCHASE FROM PICKYOURGOODS.COM YOU DEALT WITH AN

18   E-MAIL ACCOUNT ONCE AGAIN MAINTAINED FROM

19   YAHOO.COM.CN?

20   A    YES.

21   Q    CONCERNING EXHIBIT 185 CONCERNING YOUR REPORT

22   REFLECTING YOUR PURCHASE OF MERCHANDISE FROM

23   RRGNL.COM, THAT E-MAIL WAS TRANSMITTED THROUGH

24   HOTMAIL.COM AGAIN; IS THAT RIGHT?

25   A    YES, SIR.

72

1    A    NO, SIR.

2    Q    DID YOU TESTIFY AS TO REVERSE IP REPORTS THAT

3    YOU HAVE DONE IN THIS CASE?

4    A    YES.

5    Q    AND CAN YOU IDENTIFY ANY OF THE EXHIBITS WHERE

6    YOU HAVE ACTUALLY SHOWN ONE OF THOSE?

7    A    THE NUMBERS ARE STARTING TO RUN TOGETHER.  SO

8    I CANNOT IDENTIFY AN EXHIBIT OFF THE TOP OF MY

9    HEAD, BUT I KNOW THERE WAS AN EXHIBIT EARLIER TODAY

10   THAT I DID TESTIFY TO.  IF YOU COULD REFRESH ME,

11   THAT WOULD BE GREAT.

12   Q    LET'S TRY EXHIBIT 85.2.  IS THERE A REVERSE IP

13   REPORT IN THIS EXHIBIT?

14   A    YES.

15   Q    AND COULD YOU DIRECT US TO THE PAGE SO WE CAN

16   SHOW IT ON THE SCREEN?

17   A    SURE.  6.

18   Q    THANK YOU.

19          NOW, WHAT BRIEFLY IS A REVERSE IP REPORT

20   AS WE SEE HERE AS YOU UNDERSTAND IT?

21   A    THIS IS JUST A REVELATION OF OTHER DOMAINS

22   THAT ARE HOSTED ON THE SAME IP ADDRESS.

23   Q    SO IT'S TRUE THAT MORE THAN ONE DOMAIN CAN BE

24   USING A SINGLE IP ADDRESS?

25   A    YES, SIR.

77

1    Q    AND IT'S COMMON IN YOUR EXPERIENCE?

2    A    IT HAPPENS REGULARLY.

3    Q    AND IN THIS PARTICULAR CASE I BELIEVE YOU

4    TESTIFIED PREVIOUSLY THAT THIS REPORT INDICATED 115

5    DOMAINS USING A SINGLE IP ADDRESS?

6    A    YES, SIR.

7    Q    DO YOU KNOW HOW MANY IP ADDRESSES ARE ASSIGNED

8    TO THE DEFENDANTS?

9    A    NOT OFF THE TOP OF MY HEAD, SIR.

10   Q    ALL RIGHT.  IF I SUGGESTED APPROXIMATELY

11   40,000, WOULD THAT SOUND APPROXIMATELY RIGHT

12   ACCORDING TO YOUR INVESTIGATION?

13   A    YES, SIR.

14   Q    WOULD YOU AGREE THAT IF YOU HAD 115 DOMAINS

15   USING 40,000 IP ADDRESSES, THAT THAT WOULD GET YOU

16   MORE THAN 4 AND A HALF MILLION POTENTIAL WEB SITES

17   USING THOSE IP ADDRESSES?

18   A    YES, SIR.

19   Q    AND YOU HAVE TESTIFIED HERE THAT YOU HAVE MADE

20   SOME BUYS FROM 14 SITES THAT YOU HAVE ASSOCIATED

21   WITH WEB SITES THAT ARE HOSTED AS YOU CALL IT ON

22   SERVERS OF THE DEFENDANTS?

23   A    FOURTEEN SITES THAT ARE EXHIBITS, YES.

24   Q    WOULD YOU SHOW THE WITNESS EXHIBIT 95.4.

25        WAS THERE A TRACE REPORT THAT YOU

78

1     WILL TAKE.

2              MR. COOMBS:  IT'S ABOUT AN HOUR.

3              THE COURT:  WELL, THAT WILL GET YOU READY

4     FOR LUNCH BY LISTENING TO THIS.

5              WE'RE GOING TO ALSO HAVE THIS DONE

6     RESPONSIVELY.  IT'S PERFECTLY PERMISSIBLE EVEN

7     THOUGH MR. CHEN IS HERE TO READ FROM HIS TRANSCRIPT

8     BECAUSE THIS IS PRIOR TESTIMONY AND COUNSEL IS ABLE

9     TO USE THAT DEPOSITION FOR THIS PURPOSE SO WE'RE

10    GOING TO HAVE HIS DEPOSITION READ.

11             AND AGAIN YOU WANT THIS ON THE RECORD SO

12    YOU NEED TO MODERATE YOUR SPEED.

13             MR. COOMBS:  I WILL DO SO, THANK YOU.

14    AND I WILL COUNT ON THE REPORTER TO LET ME KNOW.

15             MR. CHEN'S DEPOSITION WAS TAKEN OVER TWO

16    DAYS.  HIS FIRST DAY AS A REPRESENTATIVE OF AKANOC

17    SOLUTIONS, INC., AND THE SECOND DAY AS A

18    REPRESENTATIVE OF MANAGED SOLUTIONS GROUP, INC.

19    THE FIRST DAY WAS APRIL 8, 2008 AND THE SECOND DAY

20    WAS APRIL 9, 2008.

21    Q    WOULD YOU STATE AND SPELL YOUR NAME NOR THE

22    RECORD, PLEASE?

23    A    STEVE CHEN.  S-T-E-V-E-N, C-H-E-N.

24    Q    AND, MR. CHEN, YOU UNDERSTAND THAT TODAY

25    YOU'RE HERE AS A WITNESS FOR DEFENDANT AKANOC

                                                    87

1    Q    I'LL ASK YOU FIRST IF YOU YOU'VE EVER SEEN

2    EITHER OF THOSE E-MAILS BEFORE?

3    A    HAVE I SEEN IT?

4    Q    YES.

5    A    YES.

6    Q    DID YOU WRITE THEM?

7    A    I THINK SO.

8    Q    YOU WROTE BOTH?

9    A    I WROTE BOTH OF THESE.

10   Q    AND IT HAS SECURITY SS AND?

11   A    YES.

12   Q    AND WHEN IT SAYS SS IT'S REFERRING TO?

13   A    YES.

14   Q    AND DOES JULIANA LUK HAVE A DIFFERENT

15   SIGNATURE LINE?

16   A    I THINK MOST OF THE TIME SHE JUST USES

17   SECURITY.  AND SOMETIMES I WOULD JUST USE SECURITY

18   BUT FOR SOMETHING THAT I WANT TO IDENTIFY, THIS IS

19   FROM MYSELF I WOULD PUT IN SS.

20   Q    AND EARLIER YOU INDICATED THAT IN ADDITION TO

21   FORWARDING ABUSE REPORTS TO YOUR CUSTOMER YOU COULD

22   UNPLUG THE SERVER.  IS THAT WHAT THESE E-MAILS ARE

23   REFERRING TO?

24   A    YES.

25   Q    AND THE TWO E-MAILS ONE SAYS YOUR SERVER HAS

116

1    BEEN UNPLUGGED AND THE OTHER SAYS IT HAS BEEN

2    DISABLED.

3    A    YES.

4    Q    AND DO THEY MEAN DIFFERENT THINGS?

5    A    YES.

6    Q    OKAY.  PLEASE EXPLAIN TO ME WHAT THE

7    DIFFERENCE IS?

8    A    THE SERVER UNPLUGGED IS DISCONNECTING IT

9    COMPLETELY REGARDLESS OF HOW MANY DIFFERENT IP'S IN

10   IT.  DISABLING AN IP IS MAYBE THIS PARTICULAR

11   SERVER HAS 20 DIFFERENT IP'S AND I AM ONLY TAKING

12   DOWN THAT PARTICULAR IP.

13   Q    BUT BOTH OF THEM WILL RESULT IN REMOVING

14   ACCESS TO THE ABUSIVE WEB SITE OR CONTENT OR

15   WHATEVER?

16   A    THAT'S CORRECT.

17   Q    THE COMPLAINT IS ABOUT?

18   A    THAT'S CORRECT.

19   Q    AND HOW LONG ASKING IT TAKE?  I THINK EARLIER

20   YOU SAID YOU COULD UNPLUG THE SERVER IN ABOUT 30

21   MINUTES; IS THAT RIGHT?

22   A    RIGHT.

23   Q    HOW LONG DOES IT TAKE YOU TO DISABLE IP?

24   A    ABOUT 30 MINUTES.  IT DEPENDS ON HOW FAST WE

25   CAN PROCESS THE INSTRUCTION.

117

1                      **CROSS-EXAMINATION**

2     BY MR. LOWE:

3     Q     GOOD AFTERNOON, MR. WILSON.  YOU TESTIFIED

4     EARLIER ABOUT YOUR EXPERIENCE WITH THE WARNER MUSIC

5     GROUP AND THAT YOU WERE WORKING FOR THE WEB HOSTING

6     BRANCH OF THAT ORGANIZATION.  DO I UNDERSTAND THAT

7     CORRECTLY?

8     A     YES, THE TECHNICAL SERVICES GROUP.

9     Q     AND HOW LONG WERE YOU IN THAT POSITION?

10    A     BETWEEN THREE AND FOUR YEARS.

11    Q     AND THAT IS THE WEB SITES THAT WERE HOSTED BY

12    WARNER MUSIC GROUP DURING THE TIME YOU WERE THERE

13    WERE ALL OF -- THEY WERE ALL PEOPLE UNDER CONTRACT

14    WITH WARNER MUSIC?

15    A     YES.

16    Q     SO SORT OF AN IN-HOUSE POSTING FACILITY?

17    A     CORRECT.

18    Q     AND YOU INDICATED THAT THOSE WEB SITES FOR THE

19    MOST WERE NOT CONTROLLED BY WARNER MUSIC GROUP; IS

20    THAT RIGHT?

21    A     WELL, AGAIN, THEY WERE CONTROLLED BY WARNER

22    MUSIC GROUP IN THE BROADER SENSE BUT INDIVIDUALLY

23    THEY'RE CONTROLLED BY THE ARTISTS MANAGEMENT OR THE

24    ARTISTS THEMSELVES.

25    Q     AND MAYBE YOU CAN EXPLAIN WHAT YOU MEAN BY

                                              196

1    Q    AND HOW FAR DOWN DOES THAT GO DATE WISE?  CAN

2    YOU TELL?

3    A    YEAH.  CAN YOU SCROLL DOWN A LITTLE?  THE LAST

4    ONE WAS 2-2-2009.

5    Q    NOW, YOU MENTIONED, IF I'M NOT MISTAKEN, FIVE

6    ACTIONS THAT WERE TAKEN BY THE DEFENDANTS

7    CONCERNING VARIOUS ABUSE COMPLAINTS; IS THAT RIGHT?

8    A    ON THIS PAGE?  YES.

9    Q    OKAY.  AND THEY WERE REMOVING SOMETHING.  WHAT

10   WAS YOUR UNDERSTANDING OF WHAT THEY WERE DOING?

11   A    IT APPEARS THAT THEY WERE REMOVING AN IP

12   ADDRESS FROM A PARTICULAR SERVER.

13         SO THAT WOULD PROBABLY MEAN REMOVING IT

14   FROM THE ROUTER SO THE TRAFFIC DOESN'T GET THERE

15   ANYMORE.

16   Q    IF YOU COULD BRING UP EXHIBIT 1559, PLEASE.

17   DO YOU RECOGNIZE THIS, SIR?

18   A    YES.

19   Q    AND WHAT IS IT?

20   A    THIS IS THE PARSED WEB LOGS FOR THE LOUIS

21   VUITTON PART OF BIGWORLDSHOES.COM.

22   Q    CAN YOU EXPLAIN EXACTLY WHAT THAT IS FOR THE

23   BENEFIT OF THOSE WHO ARE NOT IN YOUR BUSINESS?

24   A    SURE.  BASICALLY THE WEB LOGS ARE JUST GOING

25   TO BE A SERIES OF TEXT ENTRIES IN VERILOG OR

238

1    MULTIPLE TEXT FILES SO NOT ANYTHING A NORMAL PERSON

2    WOULD WANT TO READ AT ALL.  THERE ARE PAGES AND

3    PAGES OF THEM.

4              SO IN ORDER TO GET A MORE MARGINALLY PAGE

5    TO READ LIKE THIS YOU RUN IT THROUGH A WEB LOG

6    ANALYZER.  IN THIS CASE I USED A FREE PRODUCT

7    CALLED WEBLYZER BUT THERE ARE MULTIPLE OTHER

8    PRODUCTS YOU CAN HAVE.  IT JUST DEPENDS ON WHAT YOU

9    HAVE AT HAND.

10             WHAT THIS DOES IS THAT IT GOES THROUGH

11   AND PARSES THE INFORMATION IN THE WEB LOGS, AND IT

12   SHOWS YOU HOW MANY VISITS FOR THIS PARTICULAR WEB

13   LOG AND WHAT THE TIME PERIOD WAS AND THINGS LIKE

14   THAT, WHAT ACTUAL PICTURES THEY LOOKED AT.

15             IT GIVES YOU SOME IDEA AS TO WHETHER OR

16   NOT YOUR WEB SITE IS BEING USED BASICALLY.

17   Q    THIS IS SOMETHING THAT A WEB SITE OPERATOR WHO

18   IS CREATING AND WOULD USE FOR THEIR OWN INTERNAL

19   PURPOSES TO SEE HOW THINGS ARE GOING?

20   A    USUALLY, YES.

21   Q    ALL RIGHT.  SO THIS WEBLYZER PROGRAM GENERATED

22   THIS INFORMATION?

23   A    NO, THE WEB SITE GENERATED THIS INFORMATION.

24   THIS PARSED IT AND PUT IT INTO SOME SORT OF

25   READABLE FORMAT.

239

1    Q    AND IF WE GO TO PAGE 2 OF THIS EXHIBIT.  WHAT

2    DOES THAT REFLECT?

3    A    THAT JUST SHOWS HOW MANY HITS THERE WERE

4    DURING THIS PERIOD OF TIME.  SO IT SHOWS THAT THE

5    WEB SITE WAS BEING ACCESSED ON THE 26TH AND 27TH OF

6    FEBRUARY.

7    Q    OF 2009?

8    A    YES.

9    Q    ONLY THOSE TWO DAYS?

10   A    IN FEBRUARY, YES.

11   Q    OKAY.  NOW, IF I'M UNDERSTANDING THE CAPTION

12   ON THIS, IF YOU CAN SCROLL DOWN A LITTLE BIT

13   FURTHER, THIS SAYS THAT IT'S REPORTING SUCCESSFUL

14   REQUESTS OF ALL TYPES WHICH WOULD BE EVERYTHING AND

15   IN A WEB SITE OR OUTSIDE OF A WEB SITE; IS THAT

16   CORRECT?  ANY KIND OF A REQUEST FOR INFORMATION?

17   A    NO, THIS IS WEB SITE REQUEST.

18        THIS IS SHOWING ALL OF THE ACTUAL WEB LOG

19   DATA FOR THESE TWO DAYS.  SO ANYTHING THAT ACTUALLY

20   GOT TO A WEB SITE IT WAS REQUESTING SOME SORT OF

21   PAGE ON THE WEB SITE.  THAT'S WHAT THIS IS

22   RECORDING.

23   Q    NOW, ON THAT MONTH THERE WERE ONLY TWO DAYS

24   THAT YOU WERE HITTING ANYTHING, ANYBODY WAS HITTING

25   THAT WEB SITE; IS THAT RIGHT?

240

1      A      CORRECT.

2      Q      THE BIGWORLDSHOES.COM?

3      A      NOT THE BIGWORLDSHOES.COM.

4      Q      I'M SORRY.  PLEASE REPEAT YOUR ANSWER.

5      A      I SAID NOT THE BIGWORLDSHOES.COM WEB SITE,

6      JUST THE LOUIS VUITTON PART OF THE

7      BIGWORLDSHOES.COM WEB SITE.

8      Q      JUST TO HELP US UNDERSTAND THIS EXHIBIT A

9      LITTLE BIT.  IF YOU GO BACK TO THE FIRST PAGE

10     THERE'S A TITLE ON HERE THAT I'D LIKE YOU TO

11     EXPLAIN.  WHAT IS THY OR PCID EQUALS 16?

12     A      SURE.  THE PART OF THE BIGWORLDSHOES.COM WEB

13     SITE THAT HAD TO DO WITH LOUIS VUITTON HAD TWO

14     EASY-TO-SPOT CHARACTERISTICS, IN THE GIGANTIC URL

15     WAS THERE IT SAID EITHER PCID EQUALS 16, WHICH WAS

16     THE MAIN PAGE THAT YOU SAW THAT HAD ALL OF THE

17     PICTURES OF THE VARIOUS PRODUCTS OR IN THE CASE OF

18     THE ACTUAL PICTURES OF THE PRODUCT THERE WAS A

19     CAPITAL THY IN THE URL.

20             SO THE URL IS GIGANTIC BECAUSE THEY HAVE

21     THINGS NESTED IN THE STRUCTURE.  BUT THE BOTTOM

22     LINE IS ANYTHING IN THE LOUIS VUITTON WAS IN THE

23     THY OR LOUIS VUITTON DIRECTORY OR SOMEWHERE ELSE.

24     Q      ALL RIGHT.  SO THAT WAS JUST A WAY THAT YOU

25     USED TO ISOLATE PARTICULAR INFORMATION RELATED TO

241

1    LOUIS VUITTON?

2    A    CORRECT.

3    Q    IF YOU WOULD GO TO PAGE 6.  WERE YOU ABLE TO

4    MAINTAIN FROM THE SERVERS THAT YOU COPIED AND HAD

5    BEEN PROVIDED TO YOU, USE INFORMATION THAT ALLOWED

6    THE PRODUCTION OF THIS PARTICULAR EXHIBIT?

7    A    YES, THE DATA EXISTS WITHIN THE WEB LOGS.

8    Q    SO THE DATA CAME FROM THE WEB LOGS WHICH WERE

9    ON THE SERVERS; CORRECT?

10   A    CORRECT.

11   Q    OKAY.  AND PAGE 6, WHAT DOES THAT SHOW?  WHAT

12   IS THAT CHART?

13   A    THIS SHOWS AN INCOMPLETE CHART OF THE LOCATION

14   OF THE INDIVIDUAL USERS, AND BASICALLY THE WEBLYZER

15   PROGRAM THAT I USED HAS A VERY SMALL INTERNAL

16   DATABASE THAT ACTUALLY TELLS IT AN IP ADDRESS

17   BELONGS TO IT AND GIVE A LOCATION.

18          SO SINCE I WAS USING IT ON A FORENSIC

19   SYSTEM THAT WAS NOT CONNECTED TO THE INTERNET IT

20   DIDN'T HAVE THE ABILITY TO GO OUT AND GET BETTER

21   DATA.  SO THAT'S WHY IT SAYS UNRESOLVED.

22   Q    WELL, WHAT DOES IT REFLECT?

23   A    IT REFLECTS HOW MANY USER OR WHERE THE USERS

24   WERE THAT IT COULD IDENTIFY.

25   Q    THE USERS BEING PEOPLE LIKE ORDINARY PEOPLE

242

1      LOOKING FOR THIS INFORMATION ABOUT THE LOUIS

2      VUITTON PRODUCTS, IS THAT WHAT YOU ARE GETTING TO?

3      A    WELL, THE SAME PEOPLE MAY BE INCORRECT, BUT,

4      YEAH, COMPUTERS.

5      Q    COMPUTER USERS?

6      A    WELL, OR THERE'S A USER AT THE END OF THAT

7      COMPUTER, YES.

8      Q    OKAY.  AND THIS PARTICULAR CHART SHOWS THAT

9      THE ONLY ONES THAT COULD IDENTIFY CAME FROM FRANCE?

10     A    CORRECT, THE ONLY ONE THAT WEBLYZER COULD

11     IDENTIFY CAME FROM FRANCE.

12     Q    ALL RIGHT.  IF WE COULD GO TO -- AND THAT WAS

13     FOR THE MONTH OF FEBRUARY; IS THAT RIGHT?  '09?

14     A    YES.

15     Q    AND IF WE COULD GO TO PAGE 14 OF THIS EXHIBIT.

16     IS THIS A SIMILAR CHART FOR THE MONTH OF MARCH

17     2009?

18     A    YES, IT IS.

19     Q    AND ONCE AGAIN, THE MAJORITY IS UNRESOLVED?

20     A    THE MAJORITY IS UNRESOLVED BY WEBLYZER, THE

21     FREE PRODUCT THAT I USED TO PARSE IT.

22     Q    AND THE PARTS THAT WERE RESOLVED REFLECTS THE

23     COUNTRIES FROM WHICH HITS CAME; IS THAT RIGHT?

24     A    YES.

25     Q    AND THE ONLY COUNTRIES THAT IT FOUND WERE

                                                     243

1    CANADA, FRANCE, CHINA, SWITZERLAND, GERMANY, INDIA

2    AND HONG KONG; IS THAT RIGHT?

3    A    CORRECT.

4    Q    THANK YOU.  IF WE COULD GO TO PAGE 27 I

5    BELIEVE.  THIS IS ANOTHER CHART SHOWING HITS IN

6    JANUARY I BELIEVE; IS THAT RIGHT?

7    A    YES.

8    Q    AND, ONCE AGAIN, ABOUT 31 PERCENT WERE

9    UNRESOLVED; IS THAT RIGHT?

10   A    YES.

11   Q    AND THE ONLY ONES -- THE ONLY HITS THAT WERE

12   IDENTIFIED CAME FROM THE NETHERLANDS, GREAT

13   BRITAIN, BELGIUM, BRAZIL, ITALY, CHINA, AND FRANCE;

14   IS THAT CORRECT?

15   A    CLOSE.  THERE ARE ALSO OTHERS.  SO SOMETHING

16   THAT LESS THAN A FEW PERCENT THAT IT DIDN'T BOTHER

17   TO PUT ON THE CHART.

18   Q    ALL RIGHT.

19          THE COURT:  I DON'T SEE FRANCE AND CHINA

20   ON THIS ONE.

21          MR. LOWE:  SCROLL DOWN A LITTLE BIT TO

22   27.

23          THE WITNESS:  CHINA AND FRANCE ARE

24   PROBABLY ON THE OTHER.

25   BY MR. LOWE:

                                                    244

1     Q     WELL, ON MY COPY I SEE --

2     A     THE NAMES ARE LISTED, BUT THEY'RE NOT ON THE

3     CHART.

4     Q     OH, I SEE.  DOWN BELOW.  I SEE.

5            NOW, IN REBUILDING -- LET ME START

6     FURTHER BACK.  I BELIEVE YOU TESTIFIED THAT YOU HAD

7     LOOKED AT INFORMATION CONCERNING BIGWORLDSHOES.COM?

8     A     CORRECT.

9     Q     AND YOU HAD TO REBUILD THE WEB SITE I THINK

10    WAS THE PHRASE THAT YOU USED?

11    A     I DID REBUILD THE WEB SITE, YES.

12    Q     OKAY.  AND WHAT DOES REBUILD MEAN?  WHAT DOES

13    REBUILDING A WEB SITE FROM SERVER INFORMATION?

14    A     WELL, IN THIS CASE WHAT IT MEANS IS THAT I

15    TRIED TO RECREATE THE WEB SITE AS IT WOULD HAVE

16    BEEN VISIBLE ON THE SERVER AT THE TIME THE SYSTEM

17    WAS TAKEN DOWN FOR IMAGING.

18    Q     AND WHAT DID YOU HAVE TO DO IN ORDER TO

19    REBUILD THAT?

20    A     BASICALLY I NEEDED TO -- OKAY.  IN ORDER TO

21    REBUILD THE WEB SITE, WHAT I NEEDED TO DO WAS

22    ACTUALLY REBUILD THE SERVER AND PUT IT INTO WHAT IS

23    CALLED A VIRTUAL IMAGE.

24            SO THE EASIEST WAY TO EXPLAIN THIS WOULD

25    BE IMAGINE TAKING AN ENTIRE COMPUTER AND PUTTING IT

245

## CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE, INCLUSIVE, CONSTITUTED A TRUE, FULL AND CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED TRANSCRIPTION TO THE BEST OF MY ABILITY.

IRENE RODRIGUEZ, CSR, CRR
CERTIFICATE NUMBER CSR 8074