**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*
1/20/2010

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., | Case No.: C 07-3952 JW (HRL) |
| Plaintiff, | Hon. James Ware |
| vs. | [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMIT FOR RULE 59 MOTION |
| AKANOC SOLUTIONS, INC., et al., | |
| Defendants. | |

Having considered Defendants Akanoc Solutions, Inc.'s, Managed Solutions, Inc.'s and Steve Chen's ("Defendants") Motion for Administrative Relief for Leave to Exceed Page Limit for Rule 59 Motion, IT IS ORDERED:

1. Defendants' Motion for Administrative Relief for Leave to Exceed the Page Limit for their Rule 59 Motion is GRANTED AS MODIFIED. Defendants' page limit shall not exceed **35** pages.

Dated: January 25, 2010

_____
HON. JAMES WARE
United States District Judge

Prepared by Attorneys for Defendants
Akanoc Solutions, Inc., Managed Solutions
Group, Inc. and Steve Chen:

GAUNTLETT & ASSOCIATES
David A. Gauntlett (SBN 96399)
18400 Von Karman, Suite 300
Irvine, California  92612
Telephone:	(949) 553-1010
Facsimile:	(949) 553-2050

166986.2-10562-002-1/18/2010

1

[PROPOSED] ORDER GRANTING MTN FOR ADMIN.
RELIEF FOR LEAVE TO EXCEED PAGE LIMIT
– C 07-3952 JW (HRL)

Dockets.Justia.com