**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
18400 Von Karman, Suite 300
Irvine, California 92612
Telephone:   (949) 553-1010
Facsimile:   (949) 553-2050
info@gauntlettlaw.com
jal@gauntlettlaw.com

Attorneys for Defendants
Akanoc Solutions, Inc.,
Managed Solutions Group, Inc.
and Steve Chen

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., | Case No.: C 07-3952 JW |
| Plaintiff, | Hon. James Ware |
| vs. | **DEFENDANTS' RULE 50(b) MOTION** |
| AKANOC SOLUTIONS, INC., et al., | Date: February 22, 2010<br>Time: 9:00 a.m.<br>Ctrm: 8, 4th Floor |
| Defendants. | |

167072.1-10562-002-1/21/2010                                                                                      **DEFENDANTS' RULE 50(b) MOTION**
                                                                                                                                           **– C 07-3952 JW**

1  **PLEASE TAKE NOTICE** that on February 22, 2010 at 9:00 a.m. in Courtroom 8 of this
2  courthouse Defendants Akanoc Solutions, Inc., Managed Solutions Group, Inc. and Steven Chen
3  (collectively, "Defendants") will renew their motions for judgment as a matter of law.  This motion
4  is made pursuant to Rule 50(b) of the Federal Rules of Civil Procedure, and is based on this Notice
5  and the pleadings and documents on file in this lawsuit, and on such other evidence as may be
6  presented at the hearing.

7  As provided by Rule 50(b), the Defendants hereby renew their motions made under Rule
8  50(a) and, for the reasons set forth in their Rule 50(a) motions, including supplemental briefing,
9  move the Court to enter judgment for Defendants as a matter of law.

10  Pursuant to Rule 50(a), Defendants moved on August 20, 2009 at the close of the Plaintiff's
11  case in chief for the dismissal of its contributory copyright infringement claim and its contributory
12  trademark infringement claim.  *See* Docket Nos. 209 & 210.  As requested by the Court, Defendants
13  filed supplemental briefs in support of their Rule 50(a) motions on October 27, 2009.   *See* Docket
14  Nos. 244 & 245.  Those pleadings and supporting documents are incorporated herein by reference.
15  The Court took Defendants' motions under submission.

16  As provided by Rule 50(b), Defendants hereby renew their motions made under Rule 50(a)
17  and, for the reasons set forth in those motions, move the Court to enter judgment for the Defendants
18  as a matter of law, and to dismiss the case based upon Plaintiff Vuitton's failure to present evidence
19  necessary to prove contributory infringement of its asserted trademarks or copyrights.

20

21  Dated:  January 21, 2010                                **GAUNTLETT & ASSOCIATES**

22

23                                                                                    By:      s/James A. Lowe
                                                                                                 David A. Gauntlett
24                                                                                              James A. Lowe

25                                                                                    Attorneys for Defendants
                                                                                        Akanoc Solutions, Inc.,
26                                                                                    Managed Solutions Group, Inc.,
                                                                                        and Steve Chen
27

28

167072.1-10562-002-1/21/2010                          1                   **DEFENDANTS' RULE 50(b) MOTION
                                                                                    – C 07-3952 JW**