UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME:** 31 mins

## CIVIL MINUTES

**Judge:** James Ware
**Date:** January 25, 2010
**Case No.:** C-09-05954  JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**Special Master:** N/A
**Interpreter:** N/A

## TITLE

**Dennis Spielbauer v. Faramarz and Afsaneh Yazdani Family Trust et al**

**Attorney(s) for Plaintiff(s)**: Douglas Allen
**Attorney(s) for Defendant(s)**: Michael Mandell

## PROCEEDINGS

1. Plaintiff's Motion to Remand and Abstention and for Attorneys Fees and Costs [Doc. 4]
2. Plaintiff's Motion for Preliminary Injunction [Doc. 16]

## ORDER AFTER HEARING

Hearing held.  The Court took both matters under submission after oral argument.  The Court to issue further Order following hearing.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: