UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME:** 45 mins

CIVIL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** January 25, 2010 | **Court Reporter:** Irene Rodriguez |
| **Case No.:** C-07-03952 JW | **Special Master:** N/A |
| **Related Case No.:** N/A | **Interpreter:** N/A |

TITLE

**Louis Vuitton Malletier, S.A. v. Akanoc Solutions Inc et al**

**Attorney(s) for Plaintiff(s)**: J. Andrew Coombs, Annie Wang
**Attorney(s) for Defendant(s)**: James Lowe

PROCEEDINGS

**Plaintiff's Motion for Permanent Injunction [Doc. 256]**

ORDER AFTER HEARING

Hearing held. The Court took the matter under submission after oral argument. The Court to issue further Order following hearing.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: