1  **GAUNTLETT & ASSOCIATES**
   David A. Gauntlett (SBN 96399)
2  James A. Lowe (SBN 214383)
   Raymond K. Chan (SBN 220534)
3  Preston K. Ascherin (SBN 260361)
   18400 Von Karman Avenue, Suite 300
4  Irvine, California  92612
   Telephone:     (949) 553-1010
5  Facsimile:     (949) 553-2050
   jal@gauntlettlaw.com
6  rkc@gauntlettlaw.com
   pka@gauntlettlaw.com
7
   Attorneys for Defendants
8  Akanoc Solutions, Inc.,
   Managed Solutions Group, Inc.
9  and Steve Chen

10

11              **UNITED STATES DISTRICT COURT**

12         **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

13

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., | Case No.:  C 07-3952 JW (HRL) |
| Plaintiff, | Hon. James Ware |
| vs. | **DECLARATION OF JAMES A. LOWE IN SUPPORT OF DEFENDANTS' REPLY ON MOTION FOR RULE 59 RELIEF** |
| AKANOC SOLUTIONS, INC., et al., | Date:       February 22, 2010 |
| Defendants. | Time:       9:00 a.m. |
| | Ctrm:       8, 4th Floor |

167267.1-10562-002-2/8/2010

**DECL. OF JAMES A. LOWE IN SUPPORT OF RULE 59 REPLY
– C 07-3952 JW (HRL)**

I, JAMES A. LOWE, declare:

1. I am an attorney duly licensed to practice law before this Court, and am a partner in the law firm of Gauntlett & Associates, counsel of record for defendants Managed Solutions Group, Inc., Akanoc Solutions, Inc. and Steve Chen ("Defendants").

2. I have personal knowledge of the facts stated in this Declaration and could testify competently to them if called upon as a witness.

3. Attached hereto as **Exhibit 1625** is a true and correct copy of the February 4, 2010 judgment by Judge Cowdroy in a Federal Court of Australia matter cited as *Roadshow Films Pty Ltd v iiNet Limited* (No.3) [2010] FCA 24 (Australia).

4. Attached hereto as **Exhibit 1626** are true and correct copies of excerpts from the certified court reporter's transcript (Volume 1) of the August 18, 2009 trial testimony in this case.

5. Attached hereto as **Exhibit 1627** are true and correct copies of excerpts from the certified court reporter's transcript (Volume 3) of the August 20, 2009 trial testimony in this case.

6. Attached hereto as **Exhibit 1628** are true and correct copies of excerpts from the certified court reporter's transcript (Volume 4) of the August 21, 2009 trial testimony in this case.

7. Attached hereto as **Exhibit 1629** are true and correct copies of excerpts from the certified court reporter's transcript (Volumes 8 and 9) of the August 25, 2009 trial testimony in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Irvine, California on February 8, 2010.

        /s/ James A. Lowe
        James A. Lowe