# EXHIBIT 1626

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                       SAN JOSE DIVISION

 4

 5    LOUIS VUITTON            )   C-07-03952-JW
      MALLETIER, S.A.,         )
 6                             )   AUGUST 18, 2009
               PLAINTIFF,      )
 7                             )   VOLUME 1
                  V.           )
 8                             )   PAGES 1 - 199
      AKANOC SOLUTIONS, INC.,  )
 9    ET AL.,                  )
                               )
10             DEFENDANTS.     )
                               )
11    _____

12

13          THE PROCEEDINGS WERE HELD BEFORE

14       THE HONORABLE UNITED STATES DISTRICT

15                 JUDGE JAMES WARE

16    A P P E A R A N C E S:

17    FOR THE PLAINTIFF:   J. ANDREW COOMBS
                           BY:  J. ANDREW COOMBS
18                              ANNIE S. WANG
                           517 E. WILSON AVENUE
19                         SUITE 202
                           GLENDALE, CALIFORNIA 91206
20

21    FOR THE DEFENDANTS: GAUNTLETT & ASSOCIATES
                          BY:  JAMES A. LOWE
22                             CHRISTOPHER G. LAI
                          18400 VON KARMAN
23                        IRVINE, CALIFORNIA 92612

24       (APPEARANCES CONTINUED ON THE NEXT PAGE.)

25    OFFICIAL COURT REPORTER: IRENE RODRIGUEZ, CSR, CRR
                               CERTIFICATE NUMBER 8074
```

EXHIBIT 1626

1

U.S. COURT REPORTERS

```
 1
 2        A P P E A R A N C E S:  (CONT'D)
 3
 4        ALSO PRESENT:            LAW OFFICES OF J. ANDREW
                                   COOMBS
                                   BY:  RUTH ADLER, PARALEGAL
 5                                 517 E. WILSON AVENUE
                                   SUITE 202
 6                                 GLENDALE, CALIFORNIA 91206

 7                                 LVMH FASHION GROUP
                                   BY:  NIKOLAY LIVADKIN
 8                                 2 RUE DU PONT-NEUF 75001
                                   PARIS, FRANCE
 9
                                   AKANOC SOLUTIONS, INC.
10                                 BY:  STEVE CHEN, PRESIDENT
                                   45535 NORTH PORT LOOP EAST
11                                 FREMONT, CALIFORNIA 94538
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                                  2
```

```
 1                    INDEX OF PROCEEDINGS
 2
 3    PLAINTIFF'S OPENING STATEMENT P. 82
 4    DEFENDANTS' OPENING STATEMENT P. 97
 5
      FOR THE PLAINTIFF'S:
 6
 7    NIKOLAY LIVADKIN           DIRECT EXAMINATION P. 131
 8
 9                     INDEX OF EXHIBITS
10
                          IDENT.           EVIDENCE
11    PLAINTIFF'S:
12    451                                  145
      74                                   170
13    75                                   177
14
15
...
25
```

3

```
1          THE CLERK:  WOULD YOU PLEASE RAISE YOUR
2  RIGHT HAND.
3                 NIKOLAY LIVADKIN,
4  BEING CALLED AS A WITNESS ON BEHALF OF THE
5  PLAINTIFF, HAVING BEEN FIRST DULY SWORN, WAS EXAMINED
6  AND TESTIFIED AS FOLLOWS:
7          THE WITNESS:  YES.
8          THE CLERK:  WOULD YOU PLEASE STATE YOUR
9  FULL NAME AND SPELL YOUR LAST NAME FOR THE RECORD.
10         THE WITNESS:  NIKOLAY LIVADKIN,
11 L-I-V-A-D-K-I-N.
12         THE COURT:  WE'RE GOING TO ADJUST THE
13 VOLUME ON YOUR MICROPHONE SO WE CAN HEAR YOU
14 BETTER, BUT LET'S GO AHEAD AND WE CAN DO IT AS WE
15 GO.
```

### DIRECT EXAMINATION

```
17 BY MR. COOMBS:
18 Q    MR. LIVADKIN, BY WHOM ARE YOU EMPLOYED?
19 A    I'M EMPLOYED BY LOUIS VUITTON IN JUST A FEW
20 WORDS.  I APOLOGIZE FOR MY ACCENT AND PLEASE DO
21 INTERRUPT ME IF YOU DON'T UNDERSTAND WHAT I'M
22 SAYING.
23 Q    FOR HOW LONG HAVE YOU BEEN EMPLOYED BY LOUIS
24 VUITTON?
25 A    I HAVE BEEN EMPLOYED BY LOUIS VUITTON SINCE
```

131

1  A    THIS PRODUCT HAS BEEN PURCHASED BY OUR
2  INVESTIGATOR ON THE WEB SITE BIGWORLDSHOES.COM.
3  Q    AND TELL US IS THAT BROADLY COMPARABLE TO THE
4  EXHIBIT 175.1 GENUINE ARTICLE THAT YOU LOOKED AT A
5  MOMENT AGO?  THERE ARE SIMILAR PRODUCTS, ARE THEY
6  NOT, 175.1 AND 175?
7  A    YEAH, THIS WOULD BE THE CLOSEST IMITATION TO
8  THE GENUINE PRODUCT THAT I PREVIOUSLY MENTIONED BUM
9  BAG.
10 Q    AND CAN YOU DESCRIBE FOR US HOW THE NONGENUINE
11 ARTICLE CAN BE DESCRIBED SUCH BY YOU AND IF
12 NECESSARY BY COMPARING IT WITH THE 175 EXHIBIT?
13 A    WELL, THE QUALITIES OF THE NONGENUINE PRODUCT
14 ARE UNCOMPARABLE TO THE GENUINE.
15      THERE ARE SEVERAL, SEVERAL DETAILS SOME
16 OF WHICH ARE BIGGER THAN OTHERS.
17      FIRST THE WAY THE PRODUCT CLOSES.  ON THE
18 GENUINE PRODUCT THERE'S A MAGNET WHICH ALLOWS THIS
19 PART OF THE PRODUCT TO STAY CLOSED.
20      HERE THERE'S NOTHING.  THERE'S A TAG
21 WHICH WE NEVER ATTACH.  WE DO NOT ATTACH THESE
22 TAGS.
23 Q    SHOW THE JURY SO THEY CAN SEE WHAT YOU'RE
24 REFERRING TO?
25 A    THE STITCHING IS FAR FROM BEING GOOD QUALITY

154

1  PRODUCT BEARING LOUIS VUITTON TRADEMARKS.
2         I BROUGHT THIS EXHIBIT 82.1 TO COMPARE TO
3  THE NONGENUINE. THIS IS THE CLOSEST I COULD FIND
4  BECAUSE AGAIN IT'S A PRODUCT THAT WE DO NOT
5  MANUFACTURE ANYMORE.
6  BY MR. COOMBS:
7  Q    AND CAN YOU DESCRIBE FOR US HOW YOU CAN
8  IDENTIFY THE NONGENUINE ARTICLE AS NONGENUINE?
9  A    WELL, AGAIN, QUITE EASY. THIS PLASTIC
10 PROTECTION OF THE METALLIC PARTS THAT I JUST
11 MENTIONED, THE BUCKLE HERE IS QUITE DIFFICULT TO
12 TURN AND TO CLOSE COMPARED TO THE GENUINE WHICH
13 WORKS VERY SMOOTHLY.
14        THE INTERIOR IS NOT THE SAME. YOU WILL
15 SEE THE LINING IS NOT THE SAME.
16 Q    THE LINING.
17 A    THE LINING, SORRY. THE QUALITY OF THE
18 METALLIC PARTS IS QUITE POOR. THESE CARDS WHICH
19 PROBABLY ARE MADE TO LURE THE CUSTOMER THAT IT'S
20 NOT AN AUTHENTICITY CARD, WE DO NOT DO THESE CARDS.
21        THERE'S A LITTLE BOOKLET INSIDE WHICH IS
22 PRINTED NOT IN THE RIGHT WAY. PART OF THE TEXT IS
23 ACTUALLY CUT SO THAT'S AN EASY WAY TO SEE THAT IT
24 DOESN'T COME FROM OUR COMPANY.
25 Q    I'LL GIVE YOU A SHORT BREAK FROM PRODUCT

160

# CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE, INCLUSIVE, CONSTITUTED A TRUE, FULL AND CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED TRANSCRIPTION TO THE BEST OF MY ABILITY.

IRENE RODRIGUEZ, CSR, CRR
CERTIFICATE NUMBER CSR 8074