# EXHIBIT 1627

1     IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3       SAN JOSE DIVISION

4

5  LOUIS VUITTON     ) C-07-03952-JW
   MALLETIER, S.A.,    )
6             ) AUGUST 20, 2009
     PLAINTIFF,   )
7             ) VOLUME 3
      V.     )
8             ) PAGES 1 - 267
   AKANOC SOLUTIONS, INC., )
9   ET AL.,       )
             )
10    DEFENDANTS.   )
   ————————————————————————)
11

12

13     THE PROCEEDINGS WERE HELD BEFORE

14    THE HONORABLE UNITED STATES DISTRICT

15      JUDGE JAMES WARE

16 A P P E A R A N C E S:

17 FOR THE PLAINTIFF: J. ANDREW COOMBS
          BY:  J. ANDREW COOMBS
18           ANNIE S. WANG
         517 E. WILSON AVENUE
19         SUITE 202
         GLENDALE, CALIFORNIA 91206
20

21 FOR THE DEFENDANTS: GAUNTLETT & ASSOCIATES
          BY:   JAMES A. LOWE
22           CHRISTOPHER G. LAI
         18400 VON KARMAN
23         IRVINE, CALIFORNIA 92612

24   (APPEARANCES CONTINUED ON THE NEXT PAGE.)

25 OFFICIAL COURT REPORTER: IRENE RODRIGUEZ, CSR, CRR
           CERTIFICATE NUMBER 8074

ALL-STATE LEGAL®

EXHIBIT

1627

1

1     A P P E A R A N C E S: (CONT'D)

2

3     ALSO PRESENT:                    LAW OFFICES OF J. ANDREW
                                        COOMBS
4                                       BY:  RUTH ADLER, PARALEGAL
                                        517 E. WILSON AVENUE
                                        SUITE 202
5                                       GLENDALE, CALIFORNIA 91206

6                                       LVMH FASHION GROUP
                                        BY:  NIKOLAY LIVADKIN
7                                       2 RUE DU PONT-NEUF 75001
                                        PARIS, FRANCE
8
                                        AKANOC SOLUTIONS, INC.
9                                       BY:  STEVE CHEN, PRESIDENT
                                        45535 NORTH PORT LOOP EAST
10                                      FREMONT, CALIFORNIA 94538

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                                    2

1                    INDEX OF PROCEEDINGS

2

3     **ROBERT HOLMES**            DIRECT EXAMINATION P. 11
                                  CROSS-EXAMINATION P. 38
4                                 REDIRECT EXAMINATION P. 84

5     **DEPOSITION READ OF STEVEN CHEN** P. 87

6

7     **MICHAEL WILSON**          DIRECT EXAMINATION P. 167
                                  CROSS-EXAMINATION P. 196
                                  REDIRECT EXAMINATION P. 253
8                                 RECROSS-EXAMINATION P. 259

9

                       INDEX OF EXHIBITS
10

                         IDENT.        EVIDENCE
11

12    FOR THE PLAINTIFF:

13    65, 81, 116, 128, 141, 173, 185,
      195, 210, 584, 586, 588 & 590          25
14
      94, 95.3, 95.4, 95.5, 98.3, 99.3,
15    99.4, 99.5, 169, 160, 160.1, 160.2,
      161, 162.1, 162.2, 163, 164, 164.1,
16    614.2, 165, 166, 166.1, 166.2, 212,
      213.2, 213.3, 213.4, 286, 287, 287.1,
17    287.2, 353, 353.1, 353.2, 356, 357,
      357.1, 360, 361, 361.1, 361.2, 402,
18    403, 403.1, 403.2, 404, 405, 405.1,
      405.2, 406, 406.1 AND 406.2            31
19
      97.2, 109 491                          35
20

21

22

23

24

25

                                                    3

1    THE CLERK OF COURT.

2              THE WITNESS:  YES.

3              THE CLERK:  PLEASE BE SEATED.  WOULD YOU

4    PLEASE STATE YOUR NAME AND SPELL YOUR LAST NAME FOR

5    THE RECORD.

6              THE WITNESS:  ROBERT HOLMES.

7    H-O-L-M-E-S.

8              THE COURT:  YOU MAY INQUIRE.

9                    **DIRECT EXAMINATION**

10   BY MS. WANG:

11   Q    MR. HOLMES, ARE YOU CURRENTLY EMPLOYED?

12   A    YES.

13   Q    BY WHOM?

14   A    BY MYSELF.  I'M A SELF-EMPLOYED PRIVATE

15   INVESTIGATOR.

16   Q    IS THIS THE FIRST TIME THAT YOU HAVE EVER

17   TESTIFIED IN FRONT OF A JURY?

18   A    YES.

19   Q    IS THIS THE FIRST TIME THAT YOU HAVE EVER

20   TESTIFIED IN COURT?

21   A    YES.

22   Q    AND YOU'RE HERE BECAUSE YOU WERE SERVED A

23   SUBPOENA?

24   A    YES.

25   Q    WHAT ARE YOU AND YOUR COMPANY IN THE BUSINESS

                                                    11

1    TELL US WHAT HE DID IN THIS CASE.

2          SO GO TO THE -- BECAUSE RIGHT NOW WE'RE

3    JUST HEARING HIS GENERAL PRACTICE.

4          MS. WANG:  SURE.

5    Q    MR. HOLMES, COULD YOU PLEASE FLIP TO EXHIBIT

6    65.  CAN YOU REVIEW EXHIBIT 65 AND TELL ME WHAT

7    THAT IS?

8    A    THIS IS A LITPAK PREPARED BY MY OFFICE

9    REGARDING A PURCHASE FROM WENDY929.NET AND IT WAS

10   RECEIVED IN OUR OFFICE ON 6-26-07.

11   Q    AND WHAT IS A LITPAK?

12   A    A LITPAK IS A PDF DOCUMENT THAT WE CREATE IN

13   OUR OFFICE THAT DOCUMENTS IMPORTANT INFORMATION

14   DURING THE BUY PROCESS.

15   Q    AND WHEN YOU SAY, "BUY PROCESS," IS THAT THE

16   SAME THING AS AN INVESTIGATION OR IS THAT SOMETHING

17   DIFFERENT?

18   A    WELL, BUY PROCESS IS MORE SPECIFIC TO THE

19   INVESTIGATION.  IT'S PART OF THE INVESTIGATION.

20   Q    AND LET ME SEE THE FIRST PAGE OF EXHIBIT 65.

21   CAN YOU TELL ME WHAT THAT IS?

22   A    YES.  THIS IS OUR BUY REPORT.  IT'S ENTITLED

23   INTERNET BUY SUMMARY, AND WE CALL IT A BUY REPORT

24   IN THE OFFICE.

25   Q    AND CAN YOU BRIEFLY GO THROUGH THE FIELDS

                                                    17

1    LISTED AND TELL ME WHAT EACH FIELD MEANS?

2    A    SURE.   THE FIRST FIELD IS EVIDENCE NUMBER.

3    THAT'S THE NUMBER TO WHICH THIS PARTICULAR

4    TRANSACTION PURCHASE WAS ASSIGNED IN OUR OFFICE,

5    CASE NAME, CONTACTED, PHONE NUMBER, E-MAIL, WEB

6    SITE, ITEM NUMBER, USER NAME ALIAS, WHICH IS

7    TYPICALLY USED IN AUCTION SITES LIKE EBAY, CONTACT

8    METHOD, OUR CASE NUMBER, THE DATE IT WAS RECEIVED

9    IN OUR OFFICE, INVESTIGATOR'S INITIALS, AMOUNT OF

10   ITEMS ORDERED, DESCRIPTION OF PRODUCT ORDERED, THE

11   AMOUNT PER UNIT, THE TOTAL FOR THE PRODUCT, TAX AND

12   WIRE FEE TOTAL, METHOD OF PAYMENT, EVIDENCE

13   RECEIVED VIA WHICH IS THE METHOD USED TO SEND TO

14   US, TRACKING INFORMATION, PAYEE INFORMATION.

15             THE COURT:  WE CAN READ THESE TITLES SO

16   THAT'S NOT PRODUCTIVE.  LET'S GO ON.

17   BY MS. WANG:

18   Q    AT THE TOP OF THE PAGE THERE'S AN EVIDENCE

19   NUMBER.  CAN YOU TELL ME HOW YOU CREATE THE

20   EVIDENCE NUMBER?

21   A    YES, THE EVIDENCE NUMBER IS SEQUENTIALLY

22   ASSIGNED IN OUR OFFICE.  ONCE IT'S RECEIVED IN OUR

23   OFFICE IT'S GIVEN A NUMBER SEQUENTIAL IN THAT YEAR.

24             SO, FOR EXAMPLE, IN 2007 THE FIRST

25   PURCHASE RECEIVED IN OUR OFFICE WOULD HAVE BEEN

                                                    18

1    2007, 001 AND SO FORTH.

2    Q    AND CAN YOU PLEASE GO TO THE SECOND AND THIRD

3    PAGES.  CAN YOU TELL ME WHAT THOSE PAGES ARE?

4    A    THIS IS A DOMAIN TOOLS PRINTOUT FOR

5    WENDY929.NET.

6    Q    AND WHAT IS DOMAIN TOOLS?

7    A    DOMAIN TOOLS IS AN EASY TO READ REPORT

8    GENERATED ON-LINE THAT BASICALLY IT SHOWS

9    INFORMATION ALL IN ONE PLACE THAT CAN BE FOUND

10   ON-LINE AS WELL.

11   Q    HOW OFTEN DO YOU USE DOMAIN TOOLS?

12   A    EVERY DAY.  WE USUALLY USE FOR EVERY

13   ASSIGNMENT AND OFTEN MORE THAN ONCE.

14   Q    SPEAKING ABOUT THE SERVER DATA SPECIFICALLY,

15   DO YOU VERIFY THAT INFORMATION?

16   A    YES, WE DO.

17   Q    AND HOW DO YOU VERIFY THAT INFORMATION?

18   A    WE ALWAYS SECOND AND TRIPLE SOURCE ALL OF OUR

19   SEARCHES.  SO, FOR EXAMPLE, THIS IP ADDRESS THAT

20   SHOWS SERVER DATA IT SHOWS 204.13.69.140, WHAT

21   WE'LL DO IS GO TO THE ACTUAL DOS COMMAND PROMPT ON

22   OUR PC AND TYPE IN THE WORD PING SPACE AND THEN

23   WWW.WENDY929.NET.

24            AND ONCE WE HIT THE ENTER KEY ON OUR

25   COMPUTER, RAW PACKETS OF DATA ARE SENT TO THE

                                                      19

1    SERVER, AND THAT INFORMATION IS RECEIVED BACK TO

2    US.  AND THE WAY THAT THE -- THIS PROCESS WORKS,

3    THIS PINGING PROCESS WORKS IS THAT FOUR PIECES OF

4    DATA ARE SENT AND RECEIVED.

5              SO WHAT YOU'LL ACTUALLY SEE IN THE DOS

6    DEMAND PROMPT IS THE RESULT WHERE THE IP ADDRESS IS

7    ASSIGNED TO THAT DOMAIN NAME, AND IT WAS VERIFIED

8    BY OUR COMPUTER, JUST BY THE DOS COMMAND ALONE FOUR

9    TIMES AND THAT'S THE RAWEST COMPUTER DATA FOR IP'S

10   AND DOMAIN NAMES.  WE'LL ALWAYS DO THAT AS WELL.

11   Q    AND DO YOU KNOW IF DOMAIN TOOLS IS USED BY

12   OTHERS IN YOUR INDUSTRY?

13   A    YES, IT'S FAIRLY -- IT'S AN INDUSTRY STANDARD

14   PRETTY MUCH FOR ANYBODY WHO USES -- WHO WORKS IN

15   THE DOMAIN BUSINESS AND ALSO A LOT OF INVESTIGATORS

16   WILL USE IT AS WELL BECAUSE WE DO A LOT OF DOMAIN

17   INVESTIGATIONS.

18   Q    AND CAN YOU QUICKLY GO THROUGH THE REST OF THE

19   PAGES OF EXHIBIT 65 AND TELL ME WHAT THOSE PAGES

20   ARE?

21   A    SURE.

22   Q    AND IF YOU COULD VERBALIZE WHAT PAGE YOU'RE

23   ON?

24   A    YES.

25   Q    THAT WOULD BE HELPFUL.

                                                    20

1    A    OKAY.  PAGE 4 HERE IT'S A PRINTOUT THAT

2    REPRESENTS THE STATUS OF WENDY929.  IT'S A SCREEN

3    SHOT OF WENDY929 THAT REPRESENTS WHAT IT LOOKED

4    LIKE DURING OUR INVESTIGATION AND AS YOU CAN SEE

5    HERE IT HAS LOUIS VUITTON MERCHANDISE BEING SOLD

6    AND OFFERED ON THE SITE.

7              THE NEXT PAGE WOULD BE PAGE -- I'M SORRY.

8    I'M LOSING MY PAGE NUMBERS -- PAGE 5 AND 6 IS

9    E-MAIL COMMUNICATION BETWEEN OUR OFFICE AND THE

10   E-MAIL ADDRESS THAT WAS OFFERED TO US ON

11   WENDY929.NET.

12             THEN THE NEXT PAGE HERE IS OUR RECEIPT

13   FROM WESTERN UNION.

14             THE NEXT PAGE IS THE -- THIS HERE IS THE

15   PACKING LABEL, THE PACKAGE LABEL THAT ARRIVED IN

16   OUR OFFICE ON THE PACKAGE ITSELF FOR THE EVIDENCE.

17             AS YOU CAN SEE THE FIRST LABEL ON THE TOP

18   SHOWS, IT SHOWS THAT IT WAS SHIPPED FROM CHINA

19   USING A PRODUCT, A SERVICE CALLED EMS WHICH IS A

20   SHIPPING SERVICE THAT MANY PEOPLE OUTSIDE OF THE

21   UNITED STATES USE.

22             ONCE IT'S ACCEPTED INTO THE UNITED

23   STATES, EMS GENERALLY THEY WORK WITH THE U.S.

24   POSTAL SERVICE.  SO AS YOU CAN SEE THE SECOND HALF

25   IS THE ACCEPTANCE LABEL THAT IS GIVEN TO THE

                                                    21

1    PACKAGE ITSELF, AND AS YOU CAN SEE THE TRACKING

2    NUMBER IS THE SAME.  WHEN IT WAS ACCEPTED INTO THE

3    UNITED STATES IT WAS ENTERED INTO THE UNITED STATES

4    POSTAL SERVICE DATABASE AS WELL.

5            THE NEXT THREE PAGES -- ACTUALLY THE NEXT

6    PAGE IS AN OVERALL SHOT OF THE MERCHANDISE THAT WAS

7    SENT TO OUR OFFICE AND PROCESSED BY MY OFFICE.

8            THE NEXT PAGE IS A CLOSE-UP OF LOUIS

9    VUITTON MARK BEING USED ON DOCUMENTATION PROVIDED

10   TO US BY THE SUBJECT.

11           AND THE LAST PAGE -- ACTUALLY THE NEXT

12   PAGE IS OUR EVIDENCE TAG.  AND THE EVIDENCE TAG IT

13   SHOWS OUR EVIDENCE NUMBER COLLECTED FROM, WHICH IS

14   TYPICALLY THE WEB SITE, THE CASE NUMBER, THE CASE

15   NUMBER WHICH OFTEN IS THE SAME AS THE WEB SITE

16   INFO, AND COLLECTED BY, AND YOU CAN SEE ALSO THAT

17   YOU HAVE HANDWRITTEN INITIALS BY THE INVESTIGATOR,

18   AND THE HANDWRITTEN DATE THAT IT WAS RECEIVED IN

19   OUR OFFICE.

20           AND THE LAST PAGE IS OUR CHAIN OF CUSTODY

21   FORM.

22   Q    THANK YOU, MR. HOLMES.  I'D LIKE TO SHOW YOU I

23   BELIEVE THIS IS EXHIBIT 67.

24           THAT ITEM HAS ACTUALLY BEEN STIPULATED

25   INTO EVIDENCE, BUT CAN YOU PLEASE OVERVIEW IT AND

                                                      22

1    EXPRESSED REQUEST?

2    A    YES.

3    Q    DID, IN FACT, LOUIS VUITTON DIRECT YOU TO

4    PARTICULAR WEB SITES FOR YOU TO LOOK AT?

5    A    YES.

6    Q    SO THEY TOLD YOU WHERE TO GO AND WHAT TO LOOK

7    AT, WHICH WEB SITES?

8    A    THEY DIDN'T TELL ME WHAT TO LOOK AT.

9    Q    THEY TOLD YOU WHAT TO LOOK AT OR NOT?

10   A    PARTICULARLY THOSE WEB SITES?

11   Q    YES.

12   A    THEY TOLD ME WHICH WEB SITES.

13   Q    SO LOUIS VUITTON AUTHORIZED YOU TO VIEW

14   WHATEVER YOU SAW ON THOSE WEB SITES?

15   A    YES, SIR.

16   Q    YOU DID NOT INITIATE AN INVESTIGATION OF ANY

17   WEB SITE THAT WAS NOT DIRECTED TO YOU BY LOUIS

18   VUITTON; IS THAT CORRECT?

19   A    THAT'S NOT CORRECT.

20   Q    YOU DID SOME ON YOUR OWN?

21   A    I DO MANY INVESTIGATIONS ON MY OWN AND

22   SPECULATION FOR OTHER CLIENTS AS WELL AND

23   SPECULATION FOR MY CURRENT CLIENTS.

24   Q    ALL RIGHT.  JUST GENERAL CURIOSITY SO TO

25   SPEAK?

                                                    39

```
1    A    NOT GENERAL -- GENERAL CURIOSITY.  MY BUSINESS
2    IS TO LOOK FOR PEOPLE WHO FACILITATE THAT SORT OF
3    BUSINESS ON-LINE SO I DO LOOK FOR THE ACT OF THE
4    SALE OF COUNTERFEIT GOODS ON-LINE AND DRUM UP WORK
5    SO TO SPEAK.
6    Q    DO YOU EVER DRUM UP WORK SO TO SPEAK FOR LOUIS
7    VUITTON?
8    A    YES.
9    Q    DID YOU DO THAT IN ANY CASE, IN OTHER WORDS,
10   IN ANY OF THE INVESTIGATIONS THAT YOU TESTIFIED
11   ABOUT, DID YOU INITIATE THAT PROCESS?
12   A    THAT HASN'T COME UP IN THE STUDY OF THIS.
13   Q    ALL RIGHT.
14   A    BUT WE OFTEN DO PROVIDE LISTS TO OUR CLIENTS
15   AND SUGGEST ASSIGNMENTS ON A REGULAR BASIS.
16   Q    SO YOU OFFER THAT SERVICE TO YOUR CLIENTS SO
17   TO SPEAK?
18   A    YES.
19   Q    YOU DID, IF I COUNTED CORRECTLY, 14
20   INVESTIGATIONS WHERE YOU MADE BUYS?
21   A    YES, SIR.
22   Q    AND YOU CHARGE FOR THAT SERVICE?
23   A    YES.
24   Q    AND HOW MUCH DO YOU CHARGE LOUIS VUITTON FOR
25   EACH ONE?
```

40

## CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT

REPORTER OF THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

CERTIFY:

THAT THE FOREGOING TRANSCRIPT,

CERTIFICATE, INCLUSIVE, CONSTITUTED A TRUE, FULL

AND CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN

AS SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS

HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

TRANSCRIPTION TO THE BEST OF MY ABILITY.


IRENE RODRIGUEZ, CSR, CRR
CERTIFICATE NUMBER CSR 8074