# EXHIBIT 1628

```
 1              IN THE UNITED STATES DISTRICT COURT

 2             FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                         SAN JOSE DIVISION

 4

 5   LOUIS VUITTON              )  C-07-03952-JW
     MALLETIER, S.A.,           )
 6                              )  AUGUST 21, 2009
                 PLAINTIFF,     )
 7                              )  VOLUME 4
                    V.          )
 8                              )  PAGES 1 - 208
     AKANOC SOLUTIONS, INC.,    )
 9   ET AL.,                    )
                                )
10               DEFENDANTS.    )
                                )
11   _____

12

13            THE PROCEEDINGS WERE HELD BEFORE

14         THE HONORABLE UNITED STATES DISTRICT

15                   JUDGE JAMES WARE

16   A P P E A R A N C E S:

17   FOR THE PLAINTIFF:  J. ANDREW COOMBS
                         BY:  J. ANDREW COOMBS
18                            ANNIE S. WANG
                         517 E. WILSON AVENUE
19                       SUITE 202
                         GLENDALE, CALIFORNIA 91206
20
     FOR THE DEFENDANTS: GAUNTLETT & ASSOCIATES
21                       BY:  JAMES A. LOWE
                              CHRISTOPHER G. LAI
22                       18400 VON KARMAN
                         IRVINE, CALIFORNIA 92612
23

24         (APPEARANCES CONTINUED ON THE NEXT PAGE.)

25   OFFICIAL COURT REPORTER: IRENE RODRIGUEZ, CSR, CRR
                              CERTIFICATE NUMBER 8074
```

EXHIBIT 1628

                                                                1

U.S. COURT REPORTERS

```
 1      A P P E A R A N C E S:  (CONT'D)

 2
             ALSO PRESENT:              LAW OFFICES OF J. ANDREW
 3                                      COOMBS
                                        BY:  RUTH ADLER, PARALEGAL
 4                                      517 E. WILSON AVENUE
                                        SUITE 202
 5                                      GLENDALE, CALIFORNIA 91206

 6                                      LVMH FASHION GROUP
                                        BY:  NIKOLAY LIVADKIN
 7                                      2 RUE DU PONT-NEUF 75001
                                        PARIS, FRANCE
 8
                                        AKANOC SOLUTIONS, INC.
 9                                      BY:  STEVE CHEN, PRESIDENT
                                        45535 NORTH PORT LOOP EAST
10                                      FREMONT, CALIFORNIA 94538

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                                   2
```

INDEX OF PROCEEDINGS

FOR THE DEFENDANTS:

**STEVEN CHEN**         DIRECT EXAMINATION P. 5
                        CROSS-EXAMINATION P. 165

```
 1    SAN JOSE, CALIFORNIA                    AUGUST 18, 2009
 2                    P R O C E E D I N G S
 3
 4          (WHEREUPON, THE PROCEEDINGS IN THIS
 5    MATTER WERE HELD OUT OF THE PRESENCE OF THE JURY:)
 6          THE COURT:  VERY WELL.  ARE YOU READY TO
 7    RESUME?
 8          MR. COOMBS:  YES, YOUR HONOR.
 9          THE COURT:  SUMMON THE JURY.
10          (WHEREUPON, THE FOLLOWING PROCEEDINGS
11    WERE HELD IN THE PRESENCE OF THE JURY:)
12          THE COURT:  VERY WELL.  YOU MAY PROCEED.
13          MR. COOMBS:  THANK YOU, YOUR HONOR.  AT
14    THIS TIME THE PLAINTIFF RESTS.
15          THE COURT:  VERY WELL.  THE PLAINTIFF
16    RESTS.
17          I UNDERSTAND THERE ARE CERTAIN OTHER
18    LEGAL PROCEEDINGS WE WOULD TAKE UP AT THIS TIME OUT
19    OF THE PRESENCE OF THE JURY.  THE COURT HAS
20    DEFERRED THAT TO A LATER TIME.
21          SO THE COURT AT THIS TIME WILL CALL ON
22    DEFENSE COUNSEL TO CALL YOUR FIRST WITNESS.
23          MR. LOWE:  THANK YOU, YOUR HONOR.  IF IT
24    PLEASE THE COURT, WE WOULD CALL STEVE CHEN.
25          THE COURT:  VERY WELL.  MR. CHEN.
```

```
 1            THE CLERK:  PLEASE RAISE YOUR RIGHT HAND.
 2                        STEVEN CHEN,
 3   BEING CALLED AS A WITNESS ON BEHALF OF HIMSELF,
 4   HAVING BEEN FIRST DULY SWORN, WAS EXAMINED AND
 5   TESTIFIED AS FOLLOWS:
 6            THE WITNESS:  YES.
 7            THE CLERK:  PLEASE BE SEATED.  COULD YOU
 8   PLEASE STATE YOUR FULL NAME AND SPELL YOUR LAST
 9   NAME FOR THE RECORD.
10            THE WITNESS:  STEVE CHEN.  S-T-E-V-E,
11   C-H-E-N.
12                    DIRECT EXAMINATION
13   BY MR. LOWE:
14   Q    GOOD MORNING, MR. CHEN.  ARE YOU A DEFENDANT
15   IN THIS CASE?
16   A    YES.
17   Q    AND YOU HAVE BEEN PRESENT DURING THE ENTIRE
18   TRIAL SO FAR?
19   A    YES.
20   Q    HOW ARE YOU EMPLOYED?
21   A    I STARTED THE COMPANY.  SO AT THIS POINT I'M
22   GENERAL MANAGER OF MANAGED SOLUTIONS GROUP, INC.,
23   AND AKANOC SOLUTIONS.
24   Q    THE OTHER TWO DEFENDANTS IN THIS CASE?
25   A    YES, THAT'S CORRECT.
```

5

```
 1    BASED ON INSTRUCTION FROM THE LEGAL AUTHORITY.
 2    Q    GOVERNMENT OFFICIALS IS WHAT YOU'RE TALKING
 3    ABOUT?
 4    A    YES, YES.
 5    Q    AND DO YOU EVER GET SPAM COMPLAINTS?
 6    A    OH, YEAH, SPAM COMPLAINTS.  WHEN IT HITS
 7    SOMEBODY LIKE SPAM HOUSE.  SPAM HOUSE IS A
 8    GENERAL -- A PUBLIC SERVICE THAT TRACK ON THE
 9    SPAMMING ACTIVITIES IN THE INTERNET WORLD.
10         BUT WHEN OUR SERVER GETS CITED FOR THAT
11    TYPE OF ABUSE, IT COMES IN VERY, VERY TECHNICAL
12    DETAILS THAT WE CAN VERIFY THAT WE KNOW IS DAMAGING
13    TO THE GENERAL INTENDED WORK, WE UNPLUG THOSE RIGHT
14    AWAY AND WE TERMINATE THE CUSTOMER.
15    Q    AND WHAT ABOUT COMPLAINTS OF TRADEMARK AND
16    COPYRIGHT INFRINGEMENT?  DO YOU GET THOSE
17    PERIODICALLY?
18    A    YES, WE GET IT THROUGH ATTORNEYS, WE GET IT
19    THROUGH TRADEMARK OWNERS.  WE GET IT THROUGH ALL
20    TYPES OF ANGLES.
21    Q    DO YOU GET A LOT OF THEM?
22    A    PROBABLY 10, 20 A WEEK AT THIS LEVEL.  SO THAT
23    WE CAN SEE IT'S MORE OF A BUSINESS ARGUMENT,
24    BUSINESS PRACTICE.  WE TEND TO FORWARD IT TO THE
25    CUSTOMER, OUR CUSTOMER AND LET MY CUSTOMER DEAL
```

83

```
 1    WITH IT AT THE FIRST LEVEL.
 2              BASICALLY THE BIG REASON FOR IT, AS I
 3    SAID, THEY'RE COMING FROM ALL TYPE OF DIFFERENT
 4    TYPE OF ANGLES.  PERSONALLY I HAVE BEEN INVOLVED IN
 5    A COUPLE THAT PEOPLE SEND CLAIMING THAT THEY HAVE
 6    THE TRADEMARK RIGHT AND WORK DESIGN RIGHT OR
 7    COPYRIGHT OR WHATEVER AND THEN THE OTHER PARTY IS
 8    STEALING MY TRADEMARK OR THINGS LIKE THAT.  AND IT
 9    WOUND UP THAT WE REACT TO IT AND THEN THE OTHER
10    PARTY SAYS, NO, HE'S JUST MY EX-PARTNER.  HE JUST
11    WANTS TO BRING ME DOWN.
12              SO THINGS LIKE THAT.  WE HAVE NO WAY OF
13    JUDGING ALL DIFFERENT LEVELS OF THE COMPLAINT.
14              ON THE OTHER HAND, IT WOULD BE A LOT
15    EASIER THAT I FORWARD IT TO MY CUSTOMER AND LET
16    THEM LOOK INTO IT AND SEE HOW THEY WANT TO DO IT.
17              IF THEY RESPOND BACK AND SAY WE JUST WANT
18    TO TAKE DOWN THE CONTENT OR TAKEDOWN THAT
19    PARTICULAR WEB SITE, THAT PLEASES EVERYBODY.
20              BUT IF THEY COME BACK AND SAY, OH, WE
21    HAVE A DIFFERENT THOUGHT OF IT.  WE OWN THIS.  WE
22    WANT TO ARGUE.  IN THAT CASE WE MAY SEND IT BACK TO
23    THE ORIGINAL COMPLAINANT AND LET THEM DEAL WITH IT.
24    Q    DO YOU HAVE ANY WAY OF KNOWING WHO IS RIGHT
25    AND WHO IS WRONG IN THOSE SITUATIONS?
```

1  A    NO, I DON'T WANT TO BE THE JUDGE IN THAT.
2  Q    DO YOU HAVE ANY INFORMATION THAT WOULD ALLOW
3  YOU TO MAKE A DECISION OTHER THAN --
4  A    I CAN'T DO ANYTHING WHEN THE NAME WITH THEIR
5  SIGNATURE CLAIMING THAT AND WITH THE LONG LIST OF
6  INFORMATION IN IT, I TEND TO THINK THEY HAVE A
7  POSITION BETTER.
8  Q    OKAY.  NOW, IS THERE A PROCEDURE FOR PEOPLE TO
9  COMPLAIN ABOUT COPYRIGHT INFRINGEMENT UNDER U.S.
10 LAW?
11 A    WE HAVE A VERY GENERAL PROCEDURE.
12 Q    I'M SORRY?
13 A    IF THERE'S ANY COMPLAINT COMES IN, UNLESS IT'S
14 COMING FROM SOME ISP, THAT NEEDED SPECIAL AND
15 IMMEDIATE ATTENTION OTHERWISE GENERALLY A COMPLAINT
16 COMES IN, WE FORWARD IT TO OUR CUSTOMER AND LET OUR
17 CUSTOMER TAKE THE FIRST SHOT AT IT.
18 Q    COULD YOU TAKE A LOOK AT EXHIBIT 54, PLEASE.
19 AND WHAT IS THIS, AS SOON AS IT COMES UP?
20      I THINK YOU HAVE IT IN YOUR BOOK THERE AS
21 WELL IF YOU NEED TO LOOK AT IT THIS WAY.
22 A    WHAT NUMBER?
23 Q    54?
24 A    I HAVE ALL OF THE DIGITS 54.
25 Q    CAN YOU LOOK AT IT ON THE SCREEN AND TELL ME

|     |                                                                 |
| --- | --------------------------------------------------------------- |
| 1   | TECHNICALLY HOW IT PERFORMS.                                    |
| 2   | Q    IS THERE ANY WAY MANAGED SOLUTIONS GROUP OR                |
| 3   | AKANOC SOLUTIONS COULD PERMANENTLY PREVENT SOME                 |
| 4   | DOMAIN OR WEB SITE FROM USING YOUR SERVERS OR YOUR              |
| 5   | IP ADDRESSES?                                                   |
| 6   | A    AT THE DOMAIN LEVEL?                                       |
| 7   | Q    YES.                                                       |
| 8   | A    NO.                                                        |
| 9   | Q    WHY IS THAT?                                               |
| 10  | A    IT'S NOT CONTROLLED BY US.                                 |
| 11  | Q    WELL, LET'S SAY IF YOU ARE GETTING A LOT OF                |
| 12  | COMPLAINTS, FOR EXAMPLE, FROM LOUIS VUITTON, CAN                |
| 13  | YOU STOP SOME OUTFIT LIKE WENDY929 FROM USING YOUR              |
| 14  | SERVERS?                                                        |
| 15  | A    WELL, AS I EXPLAINED IT PREVIOUSLY, THE NAME               |
| 16  | SERVER CONTROLS WHERE THE IP WILL GO FOR THAT                   |
| 17  | DOMAIN, SO WHOEVER CONTROLS THE NAME SERVER, THEY               |
| 18  | CAN POINT TO WHEREVER THEY WANT.                                |
| 19  | Q    OKAY.  BUT YOU CAN'T CHANGE THAT?                          |
| 20  | A    WE CANNOT CHANGE THAT BECAUSE WE ARE THE                   |
| 21  | RECEIVER, WE ARE NOT THE TEACHER.                               |
| 22  | Q    OKAY.  DO YOU KNOW WHEN A DOMAIN OR WEB SITE               |
| 23  | HAS BEGUN USING YOUR EQUIPMENT OR YOUR SERVER OR                |
| 24  | ADDRESS?                                                        |
| 25  | A    SINCE AS LONG AS THE WEB CONTENT IS THERE, THE             |

1  IP, THE NAME SERVER POINTS TO THAT PARTICULAR
2  SERVER, THAT'S WHEN IT'S ACTIVE.
3          WE HAD NO WAY OF KNOWING, ONE, WHETHER
4  THE CONTENT IS WITHIN OUR SERVER; TWO, WE HAVE NO
5  CONTROL WHEN THE DOMAIN IS GOING TO BE POINTED TO
6  OUR NETWORK.
7  Q    AND IS THERE ANY WAY YOU STOP ONE OF THESE
8  DOMAINS FROM COMING BACK TO YOUR SERVERS?
9  A    TECHNICALLY I HAVE NOT SEEN ANYTHING AT THE
10 RECEIVING END TO STOP SOMETHING COMING IN.
11 Q    WOULD YOU LIKE TO IF YOU COULD?
12 A    YES.
13 Q    WHY?
14 A    THAT WOULD TAKE CARE OF MY LAWSUIT HERE IF
15 THERE WAS ANYTHING THAT WE COULD DO.
16 Q    DO YOU HAVE A SIMILAR PROBLEM WITH SPAM, FOR
17 EXAMPLE, PEOPLE GETTING SPAM ONTO YOUR SERVERS AND
18 BEING ABLE TO STOP THAT?
19 A    IN SPAMMING WE ARE THE SOURCE.  SO AS LONG AS
20 WE CAN IDENTIFY THE SOURCE, WE CAN DISABLE THAT
21 SOURCE BY SHUTTING DOWN THAT SERVER.
22 Q    BUT THAT'S DIFFERENT FROM SOMEONE'S WEB SITE?
23 A    THAT'S DIFFERENT FROM THE WEB SITE.  AS I
24 SAID, THE WEB SITE IS CONTROLLED BY THE NAME
25 SERVER.  SO NAME SERVER WE, WE HAVE NO WAY OF

1    SECURE WEB SITES, THEY, IN FACT, CHANGE THEIR IP
2    ADDRESS AND IN ORDER TO TAKE PAYMENTS THROUGH
3    CREDIT CARDS AND SO ON YOU WOULD HAVE TO HAVE A
4    SECURE WEB SITE THAT WOULD HAVE A FIXED IP ADDRESS
5    WHEREAS THESE MOVE AROUND AS WE HAVE HAD TESTIMONY.
6            THE COURT:  ALL RIGHT.  I WILL SUSTAIN
7    THE OBJECTION.  I DON'T THINK IT'S LOST ON ME OR
8    THE JURY THAT THERE ARE DIFFERENT PROCESSES FOR
9    PAYMENT FOR GOODS THAN WOULDN'T PERHAPS BE INVOLVED
10   IN THE DISPLAY AND THE USE OF THE COPYRIGHT.
11           THIS CASE CONCERNS THE USE AND DISPLAY OF
12   THE COPYRIGHT AND WERE THIS A CASE WHERE THE
13   DEFENDANTS WERE ACCUSED SOMEHOW OF BEING INVOLVED
14   IN PAYMENT AND THOSE SORTS OF THINGS, THOSE MATTERS
15   MAY BE MORE RELEVANT.
16           ALTHOUGH THERE WAS TESTIMONY, AND I
17   UNDERSTAND WHY YOU WOULD WANT TO GO INTO THIS, BUT
18   I THINK IN VIEW OF THE TIME I AM GOING TO SUSTAIN
19   MY OBJECTION.
20           MR. LOWE:  VERY WELL, YOUR HONOR.
21   Q    HOW HARD IS IT FOR A WEB SITE OR DOMAIN THAT
22   YOU HAVE TAKEN SOME ACTION AGAINST TO MOVE TO A
23   DIFFERENT IP ADDRESS FROM ONE THAT IS IN YOUR RANGE
24   TO SOMEONE ELSE'S?
25   A    PROBABLY WITHIN TEN MINUTES.

```
 1    Q    TEN MINUTES?
 2    A    YOU JUST NEED TO GO TO LOG INTO YOUR DOMAIN
 3   REGISTRATION SITE, CHANGE THE IP ADDRESS FOR THE
 4   NAME SERVER.
 5    Q    AND NOTHING ELSE IS NECESSARY?
 6    A    AND THEN IT'S A MATTER OF HOW FAST THAT NEW
 7   NAME SERVER INFORMATION CAN BE UPDATED THROUGHOUT
 8   THE WORLD.
 9    Q    DOES IT -- IS IT NECESSARY FOR ONE OF THESE
10   DOMAINS TO MOVE THE DATA FROM YOUR SERVERS TO MOVE
11   IT TO ANOTHER SERVER?
12    A    I HAVE SEEN, AS I JUST SAID IT, MY EXPERIENCE,
13   I HAVE SEEN A COMPLAINER CALLING ME BACK TWO HOURS
14   LATER AND SAYS WHY THE WEB SITE IS STILL UP AND I
15   SAY, WE ALREADY TOOK IT DOWN FROM OUR END.
16             SO WHAT HAPPENED IS THAT IF THAT
17   PARTICULAR CONTENT IS RECITED IN SOME OTHER IP
18   ADDRESS SOMEWHERE, AS LONG AS THE NAME SERVER
19   RECORD IS CHANGED TO A DIFFERENT LOCATION AND MAKE
20   THE CONNECTION, THAT WEB SITE IS UP RIGHT AWAY.
21    Q    IS DATA THAT IS VISIBLE ON A WEB SITE, DOES
22   THAT HAVE TO BE STORED IN JUST ONE PLACE OR CAN IT
23   BE STORED IN MULTIPLE PLACES ON MULTIPLE SERVERS?
24    A    BY LOOKING AT THE TRAFFIC PATTERN OF SOME OF
25   THE CUSTOMERS THAT RENT SERVERS FROM US, USUALLY
```

## CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE, INCLUSIVE, CONSTITUTED A TRUE, FULL AND CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED TRANSCRIPTION TO THE BEST OF MY ABILITY.

IRENE RODRIGUEZ, CSR, CRR
CERTIFICATE NUMBER CSR 8074