UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME:** 29 mins

CIVIL MINUTES

**Judge:** James Ware
**Date:** February 22, 2010
**Case No.:** C-07-03952 JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Summer Clanton
**Special Master:** N/A
**Interpreter:** N/A

TITLE

**Louis Vuitton Malletier S.A. v. Akanoc Solutions, Inc. et al**

**Attorney(s) for Plaintiff(s)**: J Andrew Coombs, Annie Wang
**Attorney(s) for Defendant(s)**: James Lowe

PROCEEDINGS

**1. Defendants' Motion to Dismiss or in the Alternative Motion for a New Trial [Doc. 269, 272]**
**2. Defendants' Motion for Judgment [Doc. 273, 209, 210]**

ORDER AFTER HEARING

Hearing held.  The Court took the matter under submission after oral argument.  The Court to issue further Order on Motions.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: