J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:   (818) 500-3200
Facsimile:    (818) 500-3201

Attorneys for Plaintiff
Louis Vuitton Malletier, S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| Louis Vuitton Malletier, S.A., | Case No. C07-3952 JW |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING CONTINUANCE OF DEBTOR EXAMINATION OF STEVE CHEN |
| v. | |
| Akanoc Solutions, Inc., et al. | |
| Defendants. | |

In light of the request of the Parties, and good cause being shown, the Joint Stipulation re Continuance of Debtor Examination of Steve Chen is hereby GRANTED and Steve Chen is ordered to appear for examination re enforcement of judgment of judgment debtor on **August 23,**, 2010, at **9:00**, a.m. in Courtroom 8, 4th Floor of the United States District Court, Northern District of California, 280 South 1st Street, San Jose, California 95113.

IT IS SO ORDERED.

Dated:  July 13, 2010

_____
Hon. James Ware
United States District Judge

PRESENTED BY:
J. Andrew Coombs, A Professional Corp.

By:  /s/ J. Andrew Coombs
       J. Andrew Coombs
       Annie S. Wang
Attorneys for Plaintiff Louis Vuitton Malletier, S.A.

Louis Vuitton v. Akanoc, et al.: [Proposed] Order re Continuance of Debtor Examination         - 1 -