**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Louis Vuitton Malletier, S.A., | NO. C 07-03952 JW |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S APPLICATION TO COMPEL DEFENDANT STEVE CHEN FOR EXAMINATION RE. ENFORCEMENT OF JUDGMENT** |
| v. | |
| Akanoc Solutions, Inc., et al., | |
| Defendants. | |

Presently before the Court is Plaintiff's Application for Appearance and Examination Re: Enforcement of Judgment. (See Docket Item No. 306.) For good cause shown, the Court GRANTS Plaintiff's Application and ORDERS Defendant Steve Chen to appear for a Judgment Debtor Examination on **June 20, 2011 at 9 a.m.** at the Phillip Burton Federal Building, San Francisco, Courtroom 5 on the seventeenth floor. Plaintiff shall serve this Order on Defendant Chen on or before **May 20, 2011** and file the certificate of service with the Court.

Dated: April 19, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Annie S. Wang annie@coombspc.com
David A. Gauntlett info@gauntlettlaw.com
J. Andrew Coombs andy@coombspc.com
James A. Lowe info@gauntlettlaw.com

**Dated: April 19, 2011**          **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
       **Elizabeth Garcia**
       **Courtroom Deputy**