1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A Professional Corporation
   517 East Wilson Avenue, Suite 202
4  Glendale, California  91206
   Telephone:     (818) 500-3200
5  Facsimile:     (818) 500-3201

6  Attorneys for Plaintiff
   Louis Vuitton Malletier, S.A.
7

8  GAUNTLETT & ASSOCIATES
   David A. Gauntlett (SBN 96399)
9  *info@gauntlettlaw.com*
   James A. Lowe (SBN 214383)
10 *jal@gauntlettlaw.com*
   18400 Von Karman, Suite 300
11 Irvine, California  92612
   Telephone:     (949) 553-1010
12 Facsimile:     (949) 553-2050

13 Attorneys for Defendants
   Akanoc Solutions, Inc.,
14 Managed Solutions Group, Inc.
   and Steve Chen

15

16                         UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

18 | Louis Vuitton Malletier, S.A.,        | )  Case No. C07-03952 JW (HRL)
19 |                                        | )
   |                    Plaintiff,          | )  JOINT STIPULATION RE
20 |       v.                               | )  CONTINUANCE OF DEADLINE TO
   |                                        | )  SERVE AND CONTINUANCE OF
21 | Akanoc Solutions, Inc., et al.         | )  DEBTOR EXAMINATION OF STEVE
   |                                        | )  CHEN
22 |                    Defendants.         | )
   |                                        | )  Date:  June 20, 2011
23 |                                        | )  Time: 9:00 a.m.
   |_____| )  Court: Courtroom 5, 17th Floor

24       Plaintiff Louis Vuitton Malletier, S.A. ("Plaintiff") and Defendant Steve Chen

25 ("Defendant"), by and through their respective counsel of record, stipulate and agree as follows:

26       WHEREAS on or about April 7, 2011, Plaintiff filed its Application for Appearance and

27 Examination Re: Enforcement of Judgment of Judgment Debtor (Docket No. 306);

28
                                               - 1 -

WHEREAS on or about April 19, 2011, the Court entered its Order Granting Plaintiff's Application to Compel Defendant Steve Chen for Examination Re Enforcement of Judgment (Docket No. 307), setting a service deadline of May 20, 2011, and an examination date of June 20, 2011, at 9:00 a.m.;

WHEREAS Plaintiff has been diligently investigating Defendant Chen's current whereabouts and has attempted service on Defendant Chen on numerous occasions;

WHEREAS Defendant Chen is believed to have returned to the country but Plaintiff has been unable to personally serve him with the Court's Order;

NOW, THEREFORE, the Parties request that Plaintiff be given another sixty (60) days to serve Defendant Chen with the Court's Order including up to July 19, 2011, or a date thereafter acceptable to the Court, and the examination of Defendant Steve Chen be continued to August 22, 2011, at 9:00 a.m., or a date thereafter acceptable to the Court.

IT IS SO STIPULATED by the parties hereto.

Dated: May 20, 2011                     J. Andrew Coombs, A Professional Corp.


By:  /s/ J. Andrew Coombs
     J. Andrew Coombs
     Annie S. Wang
Attorneys for Plaintiff Louis Vuitton Malletier, S.A.


Dated: May 20, 2011                     Gauntlett & Associates


By:  /s/ James A. Lowe
     James A. Lowe
Attorneys for Defendants Akanoc Solutions, Inc.,
Managed Solutions Group, Inc. and Steve Chen

1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:    (818) 500-3200
5  Facsimile:    (818) 500-3201

6  Attorneys for Plaintiff
   Louis Vuitton Malletier, S.A.
7

8                    UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

10

11 Louis Vuitton Malletier, S.A.,         )   Case No. C07-3952 JW
                                          )
12         Plaintiff,                     )   [PROPOSED] ORDER CONTINUING
       v.                                 )   DEADLINE TO SERVE AND
13                                        )   CONTINUING DEBTOR
   Akanoc Solutions, Inc., et al.         )   EXAMINATION OF STEVE CHEN
14                                        )
           Defendants.                    )
15 _____)

16         In light of the stipulation filed by the parties and good cause being shown, the Joint

17 Stipulation Re Continuance of Deadline to Serve and Continuance of Debtor Examination of Steve

18 Chen is hereby GRANTED.

19         Plaintiff shall have through and until  August 1, 2011  to serve Defendant Chen with this

20 Order, and Defendant is ordered to appear on  August 29, 2011  at 9:00 a.m. at the Phillip Burton

21 Federal Building, San Francisco, Courtroom 5 on the seventeenth floor. *

22         IT IS SO ORDERED.

23
   Dated: 5/23/2011                       _____
24                                        Hon. James Ware
                                          United States District Judge
25 PRESENTED BY:
   J. Andrew Coombs, A Professional Corp.
26
   By:  /s/ J. Andrew Coombs
27        J. Andrew Coombs
          Annie S. Wang
28 Attorneys for Plaintiff Louis Vuitton Malletier, S.A.

Louis Vuitton v. Akanoc, et al.: [Proposed] Order Continuing    - 1 -
Debtor Examination

*Plaintiff shall served this order on defendant, and file appropriate certificate of service in this action.

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge James Ware]