IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Louis Vuitton Malletier, S.A.,<br><br>      Plaintiff,<br>  v.<br><br>Akanoc Solutions, Inc., et al.,<br><br>      Defendants. | NO. C 07-03952 JW<br><br>**ORDER CONTINUING JUDGMENT DEBTOR EXAMINATION** |

Defendant Steve Chen is scheduled to appear for a Judgment Debtor Examination in this case on August 29, 2011.[1] In light of a scheduling conflict on that day, the Court CONTINUES the Judgment Debtor Examination to **September 19, 2011 at 9 a.m.** at the Phillip Burton Federal Building, San Francisco, Courtroom 15 on the eighteenth floor. Plaintiff shall serve this Order on Defendant Chen on or before **August 19, 2011** and file the certificate of service with the Court.

Dated: July 13, 2011

                                                    JAMES WARE<br>
                                                  United States District Chief Judge

---

[1] (See Order Continuing Deadline to Serve and Continuing Debtor Examination of Steve Chen, Docket Item No. 309.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Annie S. Wang annie@coombspc.com
David A. Gauntlett info@gauntlettlaw.com
J. Andrew Coombs andy@coombspc.com
James A. Lowe info@gauntlettlaw.com

**Dated:  July 13, 2011**                              **Richard W. Wieking, Clerk**

                                                              **By:     /s/ JW Chambers                    **
                                                                     **Susan Imbriani**
                                                                     **Courtroom Deputy**