J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:   (818) 500-3200
Facsimile:    (818) 500-3201

Attorneys for Plaintiff
Louis Vuitton Malletier, S.A.

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| Louis Vuitton Malletier, S.A., | Case No. C07-3952 JW |
| Plaintiff, | [PROPOSED] ORDER VACATING DEBTOR EXAMINATION OF STEVE CHEN |
| v. | |
| Akanoc Solutions, Inc., et al. | |
| Defendants. | |

In light of the extended absence of Defendant Chen and good cause being shown, the Request to Vacate Debtor Examination of Steve Chen is hereby GRANTED, without prejudice to Plaintiff to re-apply at a later date.

IT IS SO ORDERED.

Dated:  August 24, 2011

_____
Hon. James Ware
United States District Judge

PRESENTED BY:
J. Andrew Coombs, A Professional Corp.

By: __/s/ J. Andrew Coombs_____
    J. Andrew Coombs
    Annie S. Wang
Attorneys for Plaintiff Louis Vuitton Malletier, S.A.

Louis Vuitton v. Akanoc, et al.: [Proposed] Order Vacating Debtor Examination    - 1 -